```
 1  Christopher B. Ghio (State Bar No. 259094)
    Christopher Celentino (State Bar No. 131688)
 2  Jeremy B. Freedman (State Bar No. 308752)
    DINSMORE & SHOHL LLP
 3  655 West Broadway, Suite 800
    San Diego, CA 92101
 4  Telephone: 619.400.0500
    Facsimile: 619.400.0501
 5  christopher.ghio@dinsmore.com
    christopher.celentino@dinsmore.com
 6  jeremy.freedman@dinsmore.com

 7  Proposed Special Counsel to Richard A. Marshack
```



**FILED**
MAY 25 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>---<br><br>RICHARD A. MARSHACK,<br>Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW GROUP, INC.; MAVERICK MANAGEMENT, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T. INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No.<br><br>Chapter 11<br><br>**TRUSTEE'S EMERGENCY NOTICE OF MOTION AND MOTION FOR PERMISSION TO FILE OMNIBUS EMERGENCY MOTION AFTER SERVICE OF COURTESY COPY AND AFTER HEARING, AND UNDER SEAL**<br><br>Date: May 26, 2023<br>Time: **T.B.D. By Clerk of Court**<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

1 | d/b/a OPTIMUM BANK; MARICH BEIN, LLC;
BANKUNITED, N.A.; REVOLV3, INC.;
2 | FIDELITY NATIONAL INFORMATION
SERVICES, INC. d/b/a FIS; WORLDPAY, INC.;
3 | WORLDPAY GROUP; MERIT FUND, LLC;
GUARDIAN PROCESSING, LLC; THE
4 | UNITED STATES POSTAL SERVICE; and
DOES 1 through 100, inclusive,

Defendants.

**TO THE COURT:**

TRUSTEE HEREBY FILES THIS EMERGENCY MOTION FOR PERMISSION TO FILE OMNIBUS MOTION FOR TURNOVER OF BANKRUPTCY PROPERTY AFTER SERVICE OF COURT'S COURTESY COPY AND AFTER HEARING, AND UNDER SEAL and alleges as follows:

Pursuant to that certain Declaration of Richard Marshack ("Trustee") submitted in support hereof, the Trustee asserts that exigent circumstances exist for this Court to hold an EMERGENCY HEARING ON TRUSTEE'S OMNIBUS EMERGENCY MOTION FOR: 1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542; 2) PRELIMINARY INJUNCTION; 3) LOCK-OUT; 4) RE-DIRECTION OF UNITED STATES PARCEL SERVICES MAIL; AND 5) ISSUANCE OF ORDER TO SHOW CAUSE RE COMPLIANCE WITH COURT ORDER; AND [PROPOSED] ORDER THEREON ("Omnibus Emergency Motion"), WITHOUT NOTICE TO GRANT RESTRAINING ORDERS TO PROTECT THE STATUS QUO AND PREVENT FURTHER DISSIPATION OF ESTATE PROPERTY. In conjunction therewith, Trustee Moves the Court to hold a hearing on Friday, May 26, 2023 at _____ a.m. in Courtroom 5C of the United States Bankruptcy Court, Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701. Honorable Scott Clarkson, presiding Richard A. Marshack ("Trustee" or "Plaintiff"), the Court-appointed Chapter 11 Trustee in the Chapter 11 Bankruptcy Case No. 8:23-bk-10571-SC and Plaintiff in the as yet to be filed Adversary Case No. 1, will, and hereby does respectfully submit this Motion for Permission to File his Omnibus Emergency Motion under seal. In conjunction therewith,

1 | Trustee respectfully submits this EMERGENCY MOTION FOR PERMISSION TO FILE OMNIBUS EMERGENCY MOTION AFTER SERVICE OF COURT'S COURTESY COPY AND AFTER HEARING, AND UNDER SEAL ("Seal Motion"), pursuant to Local Rule 5003-2(c) and 11 U.S.C. § 107, to prevent filed copies of the within Motion from appearing on the docket until such relief, if any be granted by the Court, can be effected.

This Motion is based upon this notice, the accompanying Memorandum of Points and Authorities, the Declaration of Richard Marshack submitted herewith, all pleadings and papers on file in this action relating to the Omnibus Emergency Motion described above, and upon such other matters as may be presented to the Court at the time of hearing. Pursuant to this Seal Motion and all accompanying documents, the Trustee requests permission to (1) file the Omnibus Emergency Motion for under seal in its entirety, after a date certain as will be advocated in open court and; (2) for such further and other relief as may be warranted under the circumstances.

Dated: May 25, 2023

Respectfully submitted,

DINSMORE & SHOHL LLP

By: /s/ Christopher B. Ghio
    Christopher B. Ghio
    Christopher Celentino
    Proposed Special Counsel to
    Richard A. Marshack