1 | Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
2 | Jeremy B. Freedman (State Bar No. 308752)
**DINSMORE & SHOHL LLP**
3 | 655 West Broadway, Suite 800
San Diego, CA 92101
4 | Telephone: 619.400.0500
Facsimile: 619.400.0501
5 | christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
6 | jeremy.freedman@dinsmore.com

7 | Proposed Special Counsel to Richard A. Marshack

8



FILED

MAY 25 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

9 |                **UNITED STATES BANKRUPTCY COURT**

10 |        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

11

12 | In re:                                    | Case No.: 8:23-bk-10571-SC

13 | THE LITIGATION PRACTICE GROUP P.C.,      | Adv. Proc. No.

14 |     Debtor.                               | Chapter 11

15 |                                           | **DECLARATION OF CHRISTOPHER B.**
  | RICHARD A. MARSHACK,                      | **GHIO IN SUPPORT OF TRUSTEE'S**
16 | Chapter 11 Trustee,                       | **OMNIBUS *EMERGENCY* MOTION FOR:**

17 |     Plaintiff,                            | **1) TURNOVER OF ESTATE PROPERTY**
  |                                           | **AND RECORDED INFORMATION**
18 |     v.                                    | **PURSUANT TO 11 U.S.C. § 542;**
  |                                           | **2) PRELIMINARY INJUNCTION;**
19 | TONY DIAB, an individual; DANIEL S.       | **3) LOCK-OUT;**
  | MARCH, an individual; ROSA BIANCA LOLI,   | **4) RE-DIRECTION OF UNITED STATES**
20 | an individual; LISA COHEN, an individual; | **PARCEL SERVICES MAIL;**
  | WILLIAM TAYLOR CARSS, an individual;      | **5) ORDER TO SHOW CAUSE RE**
21 | ENG TANG, an individual; MARIA EEYA TAN, | **COMPLIANCE WITH COURT ORDER;**
  | an individual; JAKE AKERS, an individual; HAN | **AND**
22 | TRINH, an individual; JAYDE TRINH, an     | **6) OTHER RELIEF AS NECESSARY TO**
  | individual; WES THOMAS, an individual;    | **THE EFFICIENT ADMINISTRATION OF**
23 | SCOTT JAMES EADIE, an individual; JIMMY   | **THIS MATTER**
  | CHHOR, an individual; DONGLIANG JIANG,    |
24 | an individual; OAKSTONE LAW GROUP PC;     | Date:  May 26, 2023
  | GREYSON LAW CENTER PC; PHOENIX            | Time:  **T.B.D. By Clerk of Court**
25 | LAW GROUP, INC.; MAVERICK                 | Judge: Hon. Scott C. Clarkson
  | MANAGEMENT, LLC; LGS HOLDCO, LLC;         | Place: Courtroom 5C
26 | CONSUMER LEGAL GROUP, P.C.; VULCAN       |         411 W. Fourth Street
  | CONSULTING GROUP LLC; B.A.T. INC. d/b/a   |         Santa Ana, CA  92701
27 | COAST PROCESSING; PRIME LOGIX, LLC;       |
  | TERACEL BLOCKCHAIN FUND II LLC;           |
28 | EPPS; EQUIPAY; AUTHORIZE.NET; WORLD       |
  | GLOBAL; OPTIMUMBANK HOLDINGS, INC.        |

1  d/b/a OPTIMUM BANK; MARICH BEIN, LLC;
   BANKUNITED, N.A.; REVOLV3, INC.;
2  FIDELITY NATIONAL INFORMATION
   SERVICES, INC. d/b/a FIS; WORLDPAY, INC.;
3  WORLDPAY GROUP; MERIT FUND, LLC;
   GUARDIAN PROCESSING, LLC; THE
4  UNITED STATES POSTAL SERVICE; and
   DOES 1 through 100, inclusive,

5
                    Defendants.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Christopher B. Ghio declare as follows:

1.     I am special counsel to the duly appointed Chapter 11 Trustee in the above captioned matter. I am a partner at Dinsmore & Shohl, LLP, and duly admitted to practice before all of the Courts in the State of California, United States District Court for the Central District of the State of California.

2.     I have personal knowledge of the matters set forth herein. If called as a witness in this matter, I could and would testify competently thereto.

3.     A true and correct copy of the Law360 article dated and published May 19, 2023 entitled "Debt Firm's Flameout A Cautionary Tale For Consumers" written by Daniel Connolly is attached hereto as **Exhibit 1**.

4.     A true and correct copy of the Litigation Practice Group, P.C. ("LPG") March 22, 2019 Amendment to LPG Articles of Incorporation filing by John Thompson and Rosa Loli is attached hereto as **Exhibit 2**.

5.     A true and correct copy of LPG's June 15, 2021 California Secretary of State Statement of Information filing naming Daniel March as Chief Executive Officer of LPG is attached hereto as **Exhibit 3**.

6.     A true and correct copy of Phoenix Law, PC's Better Business Bureau ("BBB") profile page available at the www.bbb.org, last accessed May 24, 2023 is attached hereto as **Exhibit 4**.

7.     A true and correct copy of Phoenix Law, PC's BBB complaints available at www.bbb.org, last accessed May 24, 2023 is attached hereto as **Exhibit 5**.

8.     A true and correct copy of www.phoenixlaw.co Wayback Machine usage report indicating website usage starting February 12, 2023 available at https://web.archive.org/web/changes/www.phoenixlaw.co, last accessed May 24, 2023 is attached hereto as **Exhibit 6**.

9.     A true and correct copy of a May 8, 2023 solicitation letter from Point Break Debt Relief, who had provided LPG with marketing services (a capping company) to LPG clients advising of its bankruptcy is attached hereto as **Exhibit 7**.

10.    A true and correct copy of the California Bar Association disbarment of Tony Diab dated January 10, 2020 is attached hereto as **Exhibit 8**.

11.    A true and correct copy of Tony Diab's Order of Disbarment from the State of Nevada entered on January 14, 2019 is attached hereto as **Exhibit 9**.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration is executed on this 24th day of May, 2023 at San Diego, California.

_____
Christopher Ghio

1  Christopher B. Ghio (State Bar No. 259094)
   Christopher Celentino (State Bar No. 131688)
2  Jeremy B. Freedman (State Bar No. 308752)
   **DINSMORE & SHOHL LLP**
3  655 West Broadway, Suite 800
   San Diego, CA 92101
4  Telephone: 619.400.0500
   Facsimile: 619.400.0501
5  christopher.ghio@dinsmore.com
   christopher.celentino@dinsmore.com
6  jeremy.freedman@dinsmore.com

7  Proposed Special Counsel to Richard A. Marshack

8

9                  **UNITED STATES BANKRUPTCY COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

11

12  In re:                                      Case No.: 8:23-bk-10571-SC

13  THE LITIGATION PRACTICE GROUP P.C.,         Adv. Proc. No.

14          Debtor.                             Chapter 11

15  ──────────────────────────────             **DECLARATION OF CHRISTOPHER B.
                                                GHIO IN SUPPORT OF TRUSTEE'S**
16  Richard A. Marshack,                        **OMNIBUS EMERGENCY MOTION FOR:
                                                1) TURNOVER OF ESTATE PROPERTY**
17          Plaintiff                           **AND RECORDED INFORMATION
                                                PURSUANT TO 11 U.S.C. § 542;**
18  v.                                          **2) PRELIMINARY INJUNCTION;
                                                3) LOCK-OUT;**
19  ──────────────────────────                  **4) RE-DIRECTION OF UNITED STATES
                                                PARCEL SERVICES MAIL; AND**
20          Defendant(s).                       **5) ISSUANCE OF ORDER TO SHOW
                                                CAUSE RE COMPLIANCE WITH**
21                                              **COURT ORDER; AND [PROPOSED]
                                                ORDER THEREON**
22

23                                              May 25, 2023
                                                Time:  **T.B.D. By Clerk of Court**
24                                              Judge: Hon. Scott C. Clarkson
                                                Place:  Courtroom 5C
25                                                      411 W. Fourth Street
                                                        Santa Ana, CA 92701
26

27

28

1    I, Christopher B. Ghio declare as follows:

2         1.     I am special counsel to the duly appointed Chapter 11 Trustee in the above captioned

3    matter. I am a partner at Dinsmore & Shohl, LLP, and duly admitted to practice before all of the

4    Courts in the State of California, United States District Court for the Central District of the State of

5    California.

6         2.     I have personal knowledge of the matters set forth herein. If called as a witness in this

7    matter, I could and would testify competently thereto.

8         3.     A true and correct copy of the Law360 article dated and published May 19, 2023

9    entitled "Debt Firm's Flameout A Cautionary Tale For Consumers" written by Daniel Connolly is

10   attached hereto as **Exhibit 1**.

11        4.     A true and correct copy of the Litigation Practice Group, P.C. ("LPG") March 22,

12   2019 Amendment to LPG Articles of Incorporation filing by John Thompson and Rosa Loli is

13   attached hereto as **Exhibit 2**.

14        5.     A true and correct copy of LPG's June 15, 2021 California Secretary of State

15   Statement of Information filing naming Daniel March as Chief Executive Officer of LPG is attached

16   hereto as **Exhibit 3**.

17        6.     A true and correct copy of Phoenix Law, PC's Better Business Bureau ("BBB") profile

18   page available at the www.bbb.org, last accessed May 24, 2023 is attached hereto as **Exhibit 4**.

19        7.     A true and correct copy of Phoenix Law, PC's BBB complaints available at

20   www.bbb.org, last accessed May 24, 2023 is attached hereto as **Exhibit 5**.

21        8.     A true and correct copy of www.phoenixlaw.co Wayback Machine usage report

22   indicating      website      usage      starting      February      12,      2023      available      at

23   https://web.archive.org/web/changes/www.phoenixlaw.co, last accessed May 24, 2023 is attached

24   hereto as **Exhibit 6**.

25        9.     A true and correct copy of a May 8, 2023 solicitation letter from Point Break Debt

26   Relief, who had provided LPG with marketing services (a capping company) to LPG clients advising

27   of its bankruptcy is attached hereto as **Exhibit 7**.

28

10.     A true and correct copy of the California Bar Association disbarment of Tony Diab dated January 10, 2020 is attached hereto as **Exhibit 8**.

11.     A true and correct copy of Tony Diab's Order of Disbarment from the State of Nevada entered on January 14, 2019 is attached hereto as **Exhibit 9**.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration is executed on this 24th day of May, 2023 at San Diego, California.

Christopher Ghio

# EXHIBIT 1

- Class Action
- Competition
- Employment
- Energy
- Expert Analysis
- Insurance
- Intellectual Property
- Product Liability
- Securities

- Beta Tools
- Track docs
- Track attorneys
- Track judges

- Site Menu
- Join the Law360 team
- Search legal jobs
- Learn more about Law360
- Read testimonials
- Contact Law360
- Sign up for our newsletters
- Explore Law360
- Resource Library
- Site Map
- Help

Intellectual Property Securities Bankruptcy Competition Employment White Collar Legal Industry Access To Justice Law360 UK Pulse || See all sections ||   TAKE A FREE TRIAL

# Debt Firm's Flameout A Cautionary Tale For Consumers

By **Daniel Connolly** | May 19, 2023, 10:12 PM EDT · Listen to article



Experts and advocates say the recent collapse of California based **Litigation Practice Group**, a law firm that promised debt
resolution services to tens of thousands of clients across the United States, reflects broader problems with these firms and
shows why debtors should think twice before signing up. (iStock.com/Feodora Chiosea)

Anna Roden was facing nearly $16,000 in credit card bills in early 2022 when she signed up with a
law firm called Litigation Practice Group that promised to challenge the validity of her debts and
improve her credit score. In exchange, she agreed to pay the firm $330 per month. But early this
year, the 24-year-old Minnesota college student realized something had gone very wrong.

"YOU ARE BEING SUED," said the bold words on the notice that arrived at her home. She was
shocked to see one of her creditors, <u>Synchrony Bank</u>, was coming after her. She would have to pay
hundreds of dollars extra to settle the debt.



Anna Reden signed up with Litigation Practice Group in January 2022, paying the firm thousands of dollars only to wind up being sued by one of her creditors for non-payment. (Courtesy of Anna Reden)

Her experience is an unfortunately common one for consumers in the larger debt resolution or credit repair industry. An entire universe of marketing companies and law firms urge vulnerable, legally unsophisticated debtors to pay big money for services that consumer advocates say have little to no real value.

"It's a scummy, scammy business model, targeting people who are desperately trying to fix their debt, fix their credit," said Ira Rheingold, executive director of the National Association of Consumer Advocates, an organization of lawyers who represent consumers.

The case of the California-based Litigation Practice Group serves as an extreme example of the

broader problems within this industry. The Orange County firm is allegedly run by a disbarred lawyer, Tony Diab, and in recent months it failed in a spectacular fashion that has affected at least 50,000 people across the U.S.

Diab had previously denied running the law firm, telling Law360 in a January interview that another attorney, Daniel March, was in control. "This notion that he's just a figurehead or something like that is absurd," Diab said at the time.

But in a second interview with Law360 on Thursday evening, Diab reversed course. He acknowledged that in 2019, after losing his license to practice law in California and Nevada amid allegations of forgery and stealing $375,000 from clients, he created Litigation Practice Group.

"The actual practice of law, I didn't manage, but pretty much everything else I did, including hiring a lot of the lawyers that wound up staffing LPG," Diab said.

| | |
|---|---|
| **STATE OF MINNESOTA** | **DISTRICT COURT** |
| **COUNTY OF DAKOTA** | **FIRST JUDICIAL DISTRICT** |

**SYNCHRONY BANK**
                    **Plaintiff,**

v.                                                **SUMMONS**

    **ANNA RODEN**                          **Court File No.**
                    **Defendant(s).**        **Case Type: Consumer Credit Contract (3A)**

---

**THE STATE OF MINNESOTA TO THE ABOVE-NAMED DEFENDANT(S).**

    1.      **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no Court file number on this Summons.

Anna Roden received notice that she was being sued by one of her creditors about a year after signing up with Litigation Practice Group. (Courtesy of Anna Roden)

Diab said he controlled the firm's business operations, including multiple call centers, mailing centers and relations with dozens of advertising firms and investors. He said he worked to keep his own involvement secret from banks and other institutions.

"Because of my background, we decided it wasn't good to see that name on the books or on the bank account," he said.

Diab also said the firm was bigger than previously reported. Though the 50,000-client figure has been widely cited in lawsuits against the firm, Diab told Law360 the number of clients peaked at 67,000 early this year.

He argued that the now-bankrupt firm provided a useful service to debtors by pushing back against potentially invalid debts. He said it didn't promise a magical cure for debt problems.



Tony Diab, a Costa Mesa lawyer who ran business operations at the California-based debt resolution firm Litigation Practice Group. Consumers across the country have filed lawsuits and complaints that the now-bankrupt law firm scammed them and made their credit worse. (Courtesy of Tony Diab)

"Maybe we succeeded, maybe we failed, but we tried to do debt in an ethical way where we made it clear that we're going to try," he said. "We may succeed, and we may fail, but you're going to be much better off having a lawyer than not."

Anna Roden doesn't see it that way.

A few weeks after she was sued, the law firm stopped responding to her emails, and she couldn't get anyone on the phone. After looking the firm up on the Better Business Bureau website, she realized she wasn't alone: Hundreds of people had filed complaints. They said the firm had stopped responding to them, too.

Many clients said they'd been sued, that the firm had switched them to other law firms without their consent, and in many cases they'd been double-charged or triple-charged on their monthly payments to Litigation Practice Group.

She also discovered that, while many of the documents she had received from the firm had been signed by Daniel March, who is listed as the firm's managing shareholder, lawsuits filed against Litigation Practice Group alleged the person who really controlled the firm was Diab.

Roden was appalled.

"I wish I also would have known this before deciding to go with this company," she wrote on Facebook on March 24. "I was wondering, if this man is disbarred from practicing law, how is he allowed to run a law firm?"

Her Facebook message quickly drew responses from other law firm clients from across the country, including other people who had been sued by creditors.

Roden, who recently started work as a paralegal and plans to become a lawyer, created a Facebook message group called "Taking Down LPG." In the coming weeks, the group grew to about 30 members who shared messages, built camaraderie and worked together to plan their next moves.

Then a former employee gave the group Diab's cell phone number. Group members called Diab directly and demanded refunds. In response, Diab mailed several of them mysterious checks, drawn on accounts from companies they had never heard of.

Litigation Practice Group declared bankruptcy on March 20, claiming in a filing around the same time that it had only $4,500 in a checking account.

It was a stunning turn for a firm that, with tens of thousands of people making monthly payments ranging from $200 or less to more than $2,000, had been on the receiving end of a staggering amount of money in recent years.

 **Our Nevada Judges** ✓
@OurNevadaJudges · **Follow**


The Supreme Court of Nevada disbars Tony Diab for stealing client's $375K
settlement, creating fake email from opposing counsel, tricking client into
signing over $372K, forging retainer agreement, and creating fake order with
forged judge's signature. ournevadajudges.com/assets/docs/ca...

## se No: 77318

# DISBARRED

 **Rules of Professional Conduct
Violated**

**1.3, 1.4, 3.4, 8.4(c)**

10:21 AM · Jan 15, 2019                                                    ⓘ

♥ 1     💬 Reply     ⬆ Share

In an April court filing, the firm claimed to have earned revenue of $97 million in 2021, $155 million
in 2022, and $30 million so far in 2023.

And it's not just former clients who are coming after the firm. Investors who say they poured tens of
millions of dollars into LPG to finance its aggressive recruitment of troubled debtors are demanding
their money back — at least $147.4 million — in lawsuits from California to New York.

Some of the leading investors accuse the firm's leadership of **deliberately scuttling the firm**,
transferring away its assets and stealing millions of dollars. At least one investment company has
openly called for federal prosecutors to investigate the law firm's leadership.

Diab said the firm got into financial trouble early this year when two outside companies stopped
processing payments. He said the firm missed payroll and quickly fell apart.

He said the investors are now discussing breach of contract claims as though they were crimes.

"I'm not aware of any potential federal law violations. I certainly don't believe that I've engaged in
any or that [Daniel March has] engaged in any."

March didn't respond to requests for comment. An attorney handling the firm's bankruptcy, Joon
Khang, didn't respond to requests for comment.

The large-scale fraud allegations against Litigation Practice Group are unusual — but no matter which debt resolution or credit repair company is involved, most debtors shouldn't sign up, experts say.

Most debtors would be far better off either declaring bankruptcy or negotiating one-on-one with credit card companies and credit reporting agencies, these experts say, because credit repair companies and similar firms often make people's debt problems worse.

The credit repair industry has abused consumers for decades. Congress passed the Credit Repair Organizations Act in 1996 to rein in the worst practices. Regulators have cracked down on some firms.

---

Are you a client, current or former employee or investor in Litigation Practice Group or another debt resolution or credit repair company? Law360 would like to hear from you about your experience. You can email accesstojustice@law360.com or reporter Daniel Connolly.

But some companies have continued to offend — and because investors are willing to bankroll these companies' heavy marketing to bring in more and more clients, troubled debtors are blanketed with phone calls, postcards and other advertising messages promising help.

The data company IBISWorld estimated the 2022 revenue of the U.S. credit repair market at $4.4 billion.

As Rheingold puts it, "We live in a world with lots of people who are in debt."

One of them is Anna Roden.

**Anna's Story**

Anna Roden, a student at a two-year college near St. Paul, moved out of her parents' home when she was 17.

Young, and inexperienced at managing her money, she accrued nearly $16,000 in credit card debt over the next few years, plus student loans, a car loan and medical bills on top of that. Her $21.17 hourly wage from her job at a vaccine clinic wasn't enough, and she was already enrolled in a debt program with another law firm.

Then a telemarketer called and urged her to sign up with LPG.

"And he was telling me about, 'Litigation Practice Group is better, and they're faster, and they work on removing the debts from your credit report. So your credit report will improve.'"

She signed up in January 2022. As she made her payments, she could log into an online portal and read the letters that the firm had sent on her behalf to credit card companies and credit agencies, demanding the companies provide documents to validate their claims against Roden.

Acting in accordance with the instructions she said she got from the firm, she stopped making payments on her debts.

The legal services agreement she signed with LPG, however, included some contradictory language: "By signing this agreement, you acknowledge that LPG has not instructed you to breach any contract, fail to make any required payment, or fail to perform any obligation you have lawfully incurred."

If LPG wanted Roden to pay her creditors, it wasn't emphasizing that instruction.

As recently as November, Litigation Practice Group sent her an email assuring her that the firm was corresponding with credit bureaus "to clear invalid debts and derogatory marks" from her credit report.

Clients interviewed by Law360, including Roden, believed at least part of the money they were paying the firm could go toward paying off their debts.

It is a business model that shysters – scam artists – will go to because, from my many years of consumer law, when people are desperate or need help, you know, a lot of times the vultures come out.



Ira Rheingold

National Association Of Consumer Advocates

That wasn't true.

In theory, at least, the clients' monthly payments covered the cost of the firm's legal services. The law firm's demands for validation documents, meanwhile, were intended to force the credit card companies and credit reporting bureaus to acknowledge the debts weren't legitimate.

This type of debt validation process is unlikely to work for most people, said Andrew Pizor, senior attorney with the National Consumer Law Center.

He called this approach "even more bogus" than a similar service, debt settlement, in which a company negotiates with creditors to pay a reduced amount for the debt.

The Consumer Financial Protection Bureau says customers shouldn't trust any company that claims to make bad information disappear from credit reports.

If the negative information is accurate and current, no one can make it go away, the agency says.

Diab told Law360 on Thursday that many other firms in the debt industry sell what he calls "snake oil."

He summed up the false promises: "If you sign up for this program, your debt will magically go away, you'll have no consequences. And for one low monthly payment, it's as though you were never in debt to begin with."

His firm, he said, didn't make those false promises — but most of the thousands of new clients who signed up with Litigation Practice Group had been brought in by outside marketing companies.

"At one point, we had 80 different companies feeding us clients," he said.

He said Litigation Practice Group tried to implement quality control measures for those marketers.

"But at the end of the day, we're not the one on the phone making the sale. So we never know what is actually being said," he said.

To protect against false promises, Diab said that when a new client was recruited to the firm, Litigation Practice Group representatives would explain the program to them again during an educational outreach phone call and a follow-up quality control call.

He described the content of the calls: "We're not telling you not to pay your bills. And if you have the ability to continue to pay your bills, you're going to be in a much better position. But if you can't, we're here to help. And these are the ways that will help you and then go through the functions."

However, at least one highly questionable statement was still present on Litigation Practice Group's own website as recently as Friday.

Rochelle Sparko is a credit repair expert with the Center for Responsible Lending. She reviewed Litigation Practice Group's website and noticed a blog post that provided a general overview of debt relief programs. It said these programs lead to "ceasing of collection activity."

"That's just a lie," Sparko said. "I mean, there is nothing that stops debt collection efforts other than a bankruptcy."

Many clients of Litigation Practice Group would find this out firsthand when they got sued.

When Synchrony Bank sued Roden in January, she ended up signing a settlement and agreeing to a $311 monthly payment.

Physically and mentally, this has ruined me – ruined me. For someone that is so dishonest to steal from so many people.



Lee Russell

Litigation Practice Group client

Because she would be making this payment, she told Litigation Practice Group to stop charging her for several months. The firm agreed. Then in February, the firm took out its $330 monthly payment anyway.

To resolve the double payment, she emailed every contact she had at Litigation Practice Group. For days, no one answered.

"So that was $650 that I had to shell out that month, and then had to get a payday loan because I have to eat," she told Law360. "So with the interest on that being 700%, it's like, that's another rut that LPG has put me in that I'm still trying to get out of."

Her own frustration prompted her to go public on Facebook on March 24. Other LPG clients contacted her in response.

One of them was Lee Russell, a 48-year-old single mother living near Knoxville, Tennessee, who works as a recruiter for a professional staffing agency.

Russell told Law360 in late March that, for weeks, Litigation Practice Group had been promising to refund the more than $6,000 she paid to the firm. It hadn't happened — and like Roden, she'd been sued by one of her creditors.

"Physically and mentally, this has ruined me — ruined me," Russell said, and began to cry. "For someone that is so dishonest to steal from so many people."

Russell originally expressed anger at March, the official leader of the law firm whose name appeared on documents. But in the weeks since, she and others discovered the role allegedly played by Diab in the firm's operations.

**The Law Firm That's Not Really A Law Firm**

The key thing to understand about a law firm like Litigation Practice Group is that it isn't really a law firm at all, said Rheingold.

"They're marketing companies, period."

He said these firms use automated systems and large numbers of paralegals and other assistants to send massive numbers of letters to creditors and to credit reporting agencies. The clients send the firm monthly payments. The only problem is that the process doesn't generally yield results for clients, he said.

"They've automated a business that really requires much more individual care. So that's a major piece of it," he said. "They're all about finding customers and getting business as opposed to actually solving people's problems."

So why are these businesses so successful?

There are two underlying, related problems, he said. The big three credit reporting bureaus — Experian, Equifax and TransUnion — all face long-standing complaints that their reports are full of errors. Meanwhile, credit scores increasingly matter for everything from finding jobs to renting

apartments.

"And so there's enormous demand for people to say, 'Hey, wait, you know, I got denied this mortgage,' or, 'I can't get a car, or I've been turned down for a job,' or, 'I can't find an apartment.' There's an enormous demand for people who need to get their credit fixed."

Unfortunately, some of the people looking to address that demand are bad actors.

"It is a business model that shysters — scam artists — will go to because, from my many years of consumer law, when people are desperate or need help, a lot of times the vultures come out," he said. "And this business model is mostly a vulture business model. It's not a model designed to help people. It's designed to maximize their profits."

Even as Litigation Practice Group falls apart, the Consumer Financial Protection Bureau is pursuing a $3.1 billion judgment against other credit repair businesses — Lexington Law and its related companies — over accusations they illegally took fees from more than four million customers.

Lexington Law argues the court hasn't shown actual harm to customers, and it doesn't deserve such a big penalty.

Businesses like Lexington Law frequently violate the federal Credit Repair Organizations Act, or CROA, Rheingold said. For instance, the CROA says any business that offers credit repair cannot charge up-front fees — it has to do the work first, and only then can it charge money, Rheingold said.

**Bankruptcy**

On March 20, Litigation Practice Group **filed for Chapter 11 bankruptcy in California**, bringing a temporary halt to **the pile of consumer and investor lawsuits** against the firm.

Investors have argued LPG's bankruptcy claims are fake and part of a larger scheme to dodge creditors and legal liabilities.

Investors bristled when the law firm suggested that March should be compensated at $100,000 per month, or $1.2 million per year.



Daniel March serves as the nominal managing shareholder of Litigation Practice Group, though Tony Diab has admitted to playing a major role in running the firm's day-to-day operations. (Litigation Practice Group)

"In what alternative universe could March ever be justified any compensation, let alone $1.2 million, in this case?" the investment firm Debt Validation Fund said in an early May filing.

The investment firm argued that March's work with the firm constituted criminal fraud and recommended that his actions and those of his colleagues be referred to federal prosecutors.

No criminal charges have been filed to date, but Anna Roden and others in her Facebook group for clients have been filing complaints to everyone they can think of, including state attorneys general and the FBI.

Roden found out Litigation Practice Group had transferred her case to another law firm without her consent — something it's accused of doing to thousands of other clients. She saw it as a violation of her attorney-client privilege and privacy and told the other firm, called Phoenix Law, that she didn't want them to represent her.

Diab confirmed to Law360 that Litigation Practice Group transferred tens of thousands of client files to other law firms. He said the clients had signed contracts which included language that allowed Litigation Practice Group to make these transfers.

The wholesale trading of clients underscores the argument that these law firms are little more than marketing companies, said Rheingold. He said real lawyers wouldn't do this.

"You don't trade clients — you don't trade consumers — no!" he said, and laughed.

Meanwhile, Roden said her credit score has sunk to 530, so bad that she can't qualify for a car loan, even as her current car is breaking down.

She said she's learned from this experience.

"I learned a lot more about bankruptcy than I've ever wanted to know. I've learned that there are so many more people involved in this mess," she said. "And I also learned to really do my research about who I'm going to be trusting with my money ever again."

In the meantime, Roden and some other members of the "Taking Down LPG" Facebook group have communicated directly with Diab in recent weeks after a former firm employee gave the group his personal information.

Russell said she spoke with Diab and convinced him to send her a $6,681 refund check in early May. The check she received didn't come from LPG, but another, apparently unrelated company called Prime Logix LLC.

There was some good news for Russell: The mysterious check cleared the bank. Roden also received a refund check for $3,960, and it cleared, too.

As of May 17, some other members of the "Taking Down LPG" group likewise reported contacting Diab and receiving checks from outside companies. Some were still waiting for the checks to clear.

But Russell still has questions about the whole process.

After Russell filed a complaint to the Tennessee attorney general's office earlier this year, March responded to the office in writing, saying the firm couldn't issue refund checks because of the bankruptcy proceedings.

So how could Diab cut her a refund check on his own?

"All of our checks had to come from the appointed trustee," Russell told Law360 on May 9, adding that she'd flagged the issue with the authorities in Tennessee. "I let them know, 'Well, this Tony Diab is writing checks. So where's the money coming from?'"

She said she asked Diab if he would cover her costs related to the creditor's lawsuit against her, and he said he would. Her conclusion: "He's nervous. He knows he's about to get in trouble."

Diab acknowledged to Law360 that he has been interacting directly via his cellphone with 20 or 30 people who have demanded refunds and said Prime Logix is likely a firm that's associated with Oakstone Law Group, one of the other law firms that's taken cases.

"So the third party that's collecting the revenue from the client and issuing the refund to the client isn't touching LPG," he said. "LPG has refund requests itself that are pending and sitting in the bankruptcy, and LPG can't send those refund checks until the trustee approves it."

Despite the continued uncertainty over what the future holds for LPG's aggrieved clients, Russell expressed a kind of pride at the progress the tiny group on Facebook had managed to make.

"No attorney, no legal representation. A group of people came together and did this," she said.

She realizes, though, that it's a partial victory at best.

"There's probably still like, probably a million people that don't even know what to do."

--Additional reporting by Brandon Lowrey, Jon Hill and Allison Grande. Editing by Dave Trumbore.

*Have a story idea for Access to Justice? Reach us at accesstojustice@law360.com.*


**Hello! I'm Law360's automated support bot.**

How can I help you today?

For example, you can type:

- I forgot my password
- I took a free trial but didn't get a verification email
- How do I sign up for a newsletter?


Ask a question!

# EXHIBIT 2

A0826337



## Secretary of State
## Certificate of Amendment of
## Articles of Incorporation
### *Name Change Only - Stock*

AMDT-STK-NA

**FILED**
Secretary of State
State of California

MAR 22 2019

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee – $30.00**

Copy Fees – First Page $1.00 & .50 for each attachment page;
Certification Fee – $5.00

**This Space For Office Use Only**

**1. Corporation Name** (Enter the exact name of the corporation as it currently is recorded with the California Secretary of State.)

The Litigation Practice Group PLC

**2. 7-Digit Secretary of State File Number**

# 4247540

**3. New Corporation Name**

**Item 3a:** Enter the number, letter or other designation assigned to the provision in the Articles of Incorporation being amended (e.g., "I," "First," or "A"). See Instructions if the provision in the Articles of Incorporation being amended does not include a number, letter, or other designation. Any attachment is made part of this document.

**Item 3b:** Enter the new corporate name.

3a.  Article  <u>4247540</u>  of the Articles of Incorporation is amended to read as shown in Item 3b below:

3b.  The name of the corporation is  <u>The Litigation Practice Group PC</u>

**4. Approval Statements**

4a.  The Board of Directors has approved the amendment of the Articles of Incorporation.

4b.  Shareholder approval was **(check one):**

☐ By the required vote of shareholders in accordance with California Corporations Code section 902. The total number of outstanding shares of the corporation is _____. The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required was more than 50%.

☑ Not required because the corporation has no outstanding shares.

**5. Read, sign and date below (See instructions for signature requirements. Note: Both lines must be signed.)**

We declare under penalty of perjury under the laws of the State of California that the matters set forth herein are true and correct of our own knowledge and we are authorized by California law to sign.

<u>3/21/2019</u>
Date

Signature

John Thompson
Type or Print Name of President

<u>3/21/2019</u>
Date

Signature

Rosa Bianca Loli
Type or Print Name of Secretary

# EXHIBIT 2

A0826337



**Secretary of State
Certificate of Amendment of
Articles of Incorporation**

*Name Change Only - Stock*

AMDT-
STK-NA

**FILED**
Secretary of State
State of California

MAR 22 2019

PC

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee – $30.00**

Copy Fees – First Page $1.00 & .50 for each attachment page;
Certification Fee – $5.00

**1. Corporation Name** (Enter the exact name of the corporation as it currently is
recorded with the California Secretary of State.)

The Litigation Practice Group PLC

**2. 7-Digit Secretary of State File Number**

# 4247540

**3. New Corporation Name**

Item 3a:  Enter the number, letter or other designation assigned to the provision in the Articles of
Incorporation being amended (e.g., "1," "First," or "A"). See Instructions if the provision in the
Articles of Incorporation being amended does not include a number, letter, or other designation.
Any attachment is made part of this document.

Item 3b:  Enter the new corporate name.

3a.   Article  _4247540_  of the Articles of Incorporation is amended to read as shown in Item 3b below:

3b.   The name of the corporation is  The Litigation Practice Group PC

**4. Approval Statements**

4a.   The Board of Directors has approved the amendment of the Articles of Incorporation.

4b.   Shareholder approval was **(check one)**:

☐  By the required vote of shareholders in accordance with California Corporations Code section 902. The
total number of outstanding shares of the corporation is _____. The number of shares
voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required
was more than 50%.

☑  Not required because the corporation has no outstanding shares.

**5. Read, sign and date below (See instructions for signature requirements. Note: Both lines must be signed.)**

We declare under penalty of perjury under the laws of the State of California that the matters set forth herein are true
and correct of our own knowledge and we are authorized by California law to sign.

3/21/2019
Date

Signature

John Thompson
Type or Print Name of President

3/21/2019
Date

Signature

Rosa Bianca Loli
Type or Print Name of Secretary

AMDT-STK-NA (EST 09/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

# EXHIBIT 3

 **California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| **Entity Name:** | THE LITIGATION PRACTICE GROUP PC |
| **Entity (File) Number:** | C4247540 |
| **File Date:** | 06/15/2021 |
| **Entity Type:** | Corporation |
| **Jurisdiction:** | CALIFORNIA |
| **Document ID:** | GU10315 |

## Detailed Filing Information

1. Entity Name:

   THE LITIGATION PRACTICE GROUP PC

2. Business Addresses:
   a. Street Address of Principal Office in California:

   17542 17th Street, Suite 100
   Tustin, California 92780
   United States of America

   b. Mailing Address:

   17542 17th Street, Suite 100
   Tustin, California 92780
   United States of America

   c. Street Address of Principal Executive Office:

   17542 17th Street, Suite 100
   Tustin, California 92780
   United States of America

3. Officers:
   a. Chief Executive Officer:

   Daniel S March
   17542 17th Street, Suite 100
   Tustin, California 92780
   United States of America

   b. Secretary:

   Daniel S March
   17542 17th Street, Suite 100
   Tustin, California 92780
   United States of America

Document ID: GU10315

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.   Chief Financial Officer:

                                                      Daniel S March
                                                      17542 17th Street, Suite 100
                                                      Tustin, California 92780
                                                      United States of America

4.   Director:

                                                      Daniel S March
                                                      17542 17th Street, Suite 100
                                                      Tustin, California 92780

     Number of Vacancies on the Board of
     Directors:

United States of America

0

5.   Agent for Service of Process:

                                                      Daniel S March
                                                      17542 17th Street, Suite 100
                                                      Tustin, California 92780
                                                      United States of America

6.   Type of Business:

                                                      Law Firm

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Daniel S March

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GU10315

# EXHIBIT 3

 **California Secretary of State**
Electronic Filing

 **FILED**
Secretary of State
State of California

## Corporation - Statement of Information

**Entity Name:** THE LITIGATION PRACTICE GROUP
PC

**Entity (File) Number:** C4247540
**File Date:** 06/15/2021
**Entity Type:** Corporation
**Jurisdiction:** CALIFORNIA
**Document ID:** GU10315

### Detailed Filing Information

1. Entity Name:

    THE LITIGATION PRACTICE GROUP
    PC

2. Business Addresses:
   a. Street Address of Principal
      Office in California:

      17542 17th Street, Suite 100
      Tustin, California 92780
      United States of America

   b. Mailing Address:

      17542 17th Street, Suite 100
      Tustin, California 92780
      United States of America

   c. Street Address of Principal
      Executive Office:

      17542 17th Street, Suite 100
      Tustin, California 92780
      United States of America

3. Officers:
   a. Chief Executive Officer:

      Daniel S March
      17542 17th Street, Suite 100
      Tustin, California 92780
      United States of America

   b. Secretary:

      Daniel S March
      17542 17th Street, Suite 100
      Tustin, California 92780
      United States of America

Document ID:GU10315

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

Daniel S March
17542 17th Street, Suite 100
Tustin, California 92780
United States of America

4.  Director:

Daniel S March
17542 17th Street, Suite 100
Tustin, California 92780
United States of America

    Number of Vacancies on the Board of
Directors:

0

5.  Agent for Service of Process:

Daniel S March
17542 17th Street, Suite 100
Tustin, California 92780
United States of America

6.  Type of Business:

Law Firm

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Daniel S March

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GU10315

# EXHIBIT 4



**Business Profile**

# Phoenix Law

Lawyers

Not BBB
Accredited

## Contact Information

Los Angeles, CA 90045-9205

Visit Website

(424) 622-4044

## BBB Rating & Accreditation

# A+

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

**Years in Business:** 21

**Customer Reviews are not used in the calculation of BBB Rating**

Overview of BBB Rating

## Customer Reviews

 **3.25/5**

Average of 8 Customer Reviews

| Read Reviews | **Start a Review**

## Customer Complaints

**18** complaints closed in last 3 years

**18** complaints closed in last 12 months

| Read Complaints | **File a Complaint**

## Related Categories

Lawyers

## Customer Complaints

18 Customer Complaints

## **Most Recent Customer Complaint**

**Complaint Type:** Problems with Product/Service
**Status:** Resolved

                                                    05/08/2023

I joined. ******************* Group March 3, 2022, and have made payments of $3,524.I was not notified ******************* filed for bankruptcy and Oakstone was representing me now. I spoke with ******** at Oakstone and advised I would like to cancel services with Oakstone. I also requested a refund and she advised I would have to contact...

## Customer Reviews

8 Customer Reviews

**What do you think? Share your review.**
How BBB Processes Complaints and Reviews

Submit a Review

**Most Recent Customer Review**

Kathleen S

☆ ☆ ☆ ☆ ☆                                                                                                05/19/2023

This is a complaint....I was originally a client with ******************* Group and then transferred over to Phoenix Law without my knowledge or consent. No one has ever reached out to me, to give me an update on changes within the company. I had no clue that LPG had filed for bankruptcy or that the owner, ****************** (disbarred litigation attorney), was currently under...

Read More

Read 7 More Customer Reviews

## Business Details

**Location of This Business**
Los Angeles, CA 90045-9205

**BBB File Opened:**2/21/2023

**Years in Business:**21

**Business Started:**1/5/2002

**Licensing Information:**
This business is in an industry that may require professional licensing, bonding or registration. BBB encourages you to check with the appropriate agency to be certain any requirements are currently being met.

**Type of Entity:**Corporation

**Alternate Business Name**
Phoenix Law PC
Phoenix Law Group

**Hours of Operation**

Primary

| | |
|---|---|
| **M:** | 7:00 AM - 6:00 PM |
| **T:** | 7:00 AM - 6:00 PM |
| **W:** | **7:00 AM - 6:00 PM** |
| **Th:** | 7:00 AM - 6:00 PM |
| **F:** | 7:00 AM - 6:00 PM |
| **Sa:** | Closed |
| **Su:** | Closed |

**Contact Information**
Customer Contact
Customer Service

## Local BBB

BBB of Los Angeles & Silicon Valley

More Info on Local BBB

## BBB Reports On

BBB reports on known marketplace practices.

See What BBB Reports On

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

© 2023, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. The Canada, trademark(s) of the International Association of Better Business Bureaus, used under license.

# EXHIBIT 5



**Complaints**

# Phoenix Law

**Not BBB Accredited**

Lawyers



## Need to file a complaint?
BBB is here to help. We'll guide you through the process.

## Complaint Details
Note that complaint text that is displayed might not represent all complaints filed with BBB. See details.

**Complaint Type:**
Problems with Product/Service
**Status:**
Resolved

**Initial Complaint**
05/08/2023

I joined. ******************* Group March 3, 2022, and have made payments of $3,524. I was not notified ******************* filed for bankruptcy and Oakstone was representing me now. I spoke with ******** at Oakstone and advised I would like to cancel services with Oakstone. I also requested a refund and she advised I would have to contact *******************. She gave me their email and I emailed them requesting refund. I never received any reply from them. Today I received email from Phoenix Law advising they are representing me now. I called Phoenix to advising them again to cancel my services and requested a refund. I was told to email ******** to request refund. I am going around in circles and would appreciate your help in receiving my refund of $3,524. I also failed to mention ******** took my monthly payment out in April 2023 and I contacted my bank to file a fraud complaint as I didn't give them permission to take out the fee and money was put back into my account.





**Business response**
05/11/2023

Phoenix Law has investigated the client's claims and reviewed her internal file. It appears that the client misunderstood the transition of her account from LPG. Our legal team member reached out to the client on 5/11/2023 and clarified all her concerns. The client understood and had no further questions.



**Customer response**
05/11/2023

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*******************

**Complaint Type:**
Problems with Product/Service
**Status:**
Resolved



**Initial Complaint**
05/08/2023

I was with lpg law in March of 2021. I had paid ****** in service fees for them to invalidate my debt over the last 2 years. I did not have any problems with the company until they filed for bankruptcy. I was told my files had been transferred to oakstone law group and everything would remain the same as I only have 2 payments left. I also had got a subpoena that I was being sued by a creditor and they said they would attend court date. For the whole month of April I emailed 30 times and called 15 times a day for 30 days, no response or answer. In the meantime I received a letter saying a judgment has been made and I have to put together a pay plan for the creditor because ******** did not attend court. Magically, last week I called oakstone and the business that answered was pheonix law group out of ***********? Why are they attached to oakstone phone number? The attendant told me they are now taking over oakstones files and they don't have my info yet? Isn't all of these companies the same thing? What I need from pheonix law is a phone call, to finish the job, repair the case I lost, or just refund me ****** that was paid. My last payment is June 15th 2023 and I will be happy to pay as long as I get answers and I am informed of what Is required going forward. If they did inherit my files then I need them to do what is right and call me to Rectify this mess please.



**Customer response**
05/08/2023

Mailing address is **************************************
********* ** 60404



**Business response**
05/11/2023

Our legal counsel reached out to the client last 5/10/2023 and explained the transition of his files. Based on the conversation, the client will be getting his new retainer agreement and we will continue to represent him and his accounts. Adjustments were also made to accommodate him to ensure the successful completion of his program.



**Customer response**
05/11/2023

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

***********************

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered



**Initial Complaint**
05/02/2023

Approximately Feb 15,2023 I enlisted the help of LPG debt relief, agreed amount $347.13 per month on the 1st of March, they withdrew the amount then gave my case to phoenix law, Phoenix law then Phoenix law went into my bank account March 13, 2023 withdrew the same amount. Both companies keep telling me theyre refunding my money plus overdraft charges from March 13th. I have not yet seen anything. Since then I canceled their terrible services! Just want my refund back since they doubled dipped!



**Business response**
05/04/2023

We're sorry to hear of your less than satisfactory experience with us and hope you will accept our sincerest apologies. For clarification purposes; We are a completely separate entity from ******************* Group; your file was transferred to us and it's important to us

that our clients know that we want to provide an exemplary experience compared to what you previously experienced. We already processed your refund along with the overdraft charge and should be in your account by early next week. If you still haven't received it, please contact us directly so we can assist you immediately.



**Customer response**
05/09/2023

Complaint: 19918293

I am rejecting this response because:

Sincerely,

***********************************



**Business response**
05/09/2023

As a follow-up to the original response, the refund was already processed and should be in the client's account depending on her financial institution.  Phoenix Law strives to provide excellent customer service. If there are any further questions or concerns that she may have, she is invited to call our customer service department  between the hours of 7AM and 6PM PST. Thank you for bringing this matter to our attention.

**Complaint Type:**
Billing/Collection Issues
**Status:**
Answered



**Initial Complaint**
04/28/2023

Last april 2022 I was working trying to consolidate debt. I talked with a. Company called litigation practice group. It turned out this wasnt a debt consolidation. Co. It was a company that was going to try to get my creditors to settle for less than I owed. That wasnt what I wanted and I canceled. They never took care of any of my debt. I took a low interest loan out at a credit union and paid it that ********* forward to April 24, 2023. A payment ach was taken without my permission from my bank account in the Amount of $253 by phoenix law. I have contacted them. I guess litigation practice group closed and now phoenix law somehow got my information from them. They took money from my account for what reason I dont know. And almost ******** my account. No one has ever provided me a service from phoenix law. I have 3 kids to feed and that was half of my money for two weeks. They havent refunded it.

Even though I have contacted them. They do not have any time frame for the refund. This is not ok. They have no authorization whatsoever to take it. Someone must address this.

 **Business response**
05/01/2023

We appreciate the opportunity to respond to the client's concerns regarding a billing adjustment .A review of her internal file has been conducted. Since the filing of the customers complaint on 4/28/23, contact was made with the client the same day; We sincerely apologize for this technical error and corrected this mistake by making sure that the refund is processed immediately. A follow up call with the client is scheduled to make sure that refund was received. We hope this clears up any concerns.

 **Customer response**
05/02/2023

Complaint: 19995104

I am rejecting this response because: I have yet to see a refund. I work for a financial institution. I am aware how long an ach transaction takes and also there are many other methods available in todays day and age  to return my funds as quickly as they were taken. They were taken 4-24-23 and now it is May 2. My family of 5 has $70 to our name until we get paid at the end of the week.
Ill accept the response from the business when I actually receive my money.

Sincerely,

************************

 **Business response**
05/03/2023

As per our previous response; We are currently processing your refund request; The timeframe depends on your financial institution. We apologize for any frustration this has caused. Please don't hesitate to contact us directly if you have any more questions.

**Complaint Type:**
Billing/Collection Issues
**Status:**
Answered

 **Initial Complaint**
04/24/2023

I hired a company to take care of a legal matter but then they sent my account over to the ********************** so when I was notified I did research and decided to go with another company so I called and cancelled everything with them! On a recorded line! And they still debited another 510 dollar payment from my account! And I even tried to block the transaction from going through my bank but they still managed to get the payment! Your help with this matter would be greatly appreciated!!! Thank you!



**Business response**
05/03/2023

It's important to ** that are clients are more than satisfied and we would like the opportunity to resolve this issue immediately. Our legal department reached out to the client on 5/2/2023 and went thru his bank statements; It was discovered that the money that was deducted was also refunded on the same day and was just overlooked. We value our client's concern and would like to thank you for bringing this to our attention.

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered



**Initial Complaint**
04/20/2023

I was previously enrolled in a debt resolution program with ****************** Group, from May 2021 until March 2023. Then on March 3rd I received an email, from ***********************, stating that my account will be transferred but didnt specify to who. Looking into my accounts that were never resolved, I ultimately signed up with another company to settle. After signing with a different settlement company, on March 17th, Phoenix Law reached out notifying me they took over my account from LPG. They told me everything was transferred over from LPG with zero issues, I quickly questioned where my money was and stated that I need to withdraw from their program. I was forwarded over to a guy named ******* where he told me to send in all documents showing each transaction and theyll work to get me my refund. I paid $17k into the program, being persuaded to stop making payments and my accounts would be resolved. It has now been roughly 24 months and not a single account had been touched. Im just baffled at the fact LPG promised they wouldnt s**** over a service member while they were deployed overseas, but decided to make the situation worse . It has been a month now and still haven't heard back from them regarding the whereabouts of my refund. I have called at least twice and no one has contacted me to discuss cancellation. On a perfect world, I would argue that I should receive my refund in full and be compensated for the complete carelessness in handling my Credit. Hopefully we can resolve this issue and move on.



**Business response**
04/26/2023





We're sorry to hear about your experience and also want to thank you for sharing your concerns with us.

Management has reached out to the client and provided the customer with the necessary information regarding this matter.



**Customer response**
04/26/2023

Complaint: 19963008

I am rejecting this response. Within the first minute ******* stated he needed to speak with management, stated he was going to bat for me, seeking for any possible way of getting me my requested refund. Should've had this figured out before calling me. This is where I started to sense that this field of work is built on lies. The deal I received was remarkable, I was told that to receive a full refund I WOULD HAVE TO MAKE 4 more payments. Regardless of what theyve stated, it took weeks for them to come up with this statement when I opted out of the program on March 16th. Im not buying the lies and have multiple law firms that have reached out in regards to this issue.

Sincerely,

****************************



**Business response**
05/01/2023

As a follow-up to the original response to the client, our upper management reached out to him once again last 4/25/2023 at 10:23 AM and understood that we are not ****************** Group and we are trying our best to make sure that the clients that was transferred to us receives a stellar experience from all different channels of the process. We hope this answer the client's concerns.

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered



**Initial Complaint**
04/19/2023

My case involves two Debt Relief companies.******************* Group
(***)*********************************************************** ***************** Phoenix Law
*************************************************************************** ************************************** I
began with *** in November 2020. They were to attempt to invalidate my credit card debt. If
they were unable to invalidate the debt I could use the money paid to them towards
settlement. If unable to invalidate the debt and if there was no settlement paid, I could receive
a full refund.I paid *** $31,948.27. They could not invalidate the debt. I was sued by 3 of the 6
card companies. I was forced to agreed judgment. *** refunded $15,000. That left $16,948.27
being held by ***. There has been no action on the other 3 cards for 2.5 years. The debt
remains. I tried to cancel. They offered to stop monthly drafting my bank account if I would
allow them to continue trying to invalidate the debt. They continued drafting my account. I put
stop payment on account. I wrote again to cancel and get refund of $16,948.27. I called *** and
was told my account had been transferred from *** to Phoenix Law (PL).I never heard of PL and
was never informed that my account was transferred. ** attempted to make an unauthorized
withdrawal of funds from my account. I filed a fraud claim with the bank.PL rep called saying
PL would honor all terms of the *** agreement, except for the refund policies. The rep told me
if I cancelled, PL would notify the creditors that I was without representation. She said
cancellation would lead to creditors suing me, I would no longer have lawyers and I would be
in a vulnerable position. I am 81 years old and I interpreted this as a threat. These two
companies are taking advantage of people and not performing as agreed.I am asking that
either *** or PL return the $16,948.27 they are holding..


**Business response**
04/20/2023

We have investigated the client's claims and reviewed his internal file. The customer
enrolled and executed a debt resolution agreement with ******************* Group on
December 12, 2020. The Debt Consultant thoroughly reviewed the agreement with
customer over the telephone.
LPG already refunded the client his requested amount and settled 3 accounts.  Phoenix
Law is not associated with LPG.
A notification via email sent on Feb 1, 2023 and a telephone call transpired when the
client's account was transferred to Phoenix Law. Our legal team will reach out to you so
we can help you resolve your concerns.




**Customer response**
04/20/2023


Complaint: 19955172

I am rejecting this response because: Phoenix Law is being untruthful.  I have never received
any notice of any type that *** was transferring my account to Phoenix Law.  After many emails
to ***, I called their office and was then told my account had been transferred.  I then called
Phoenix Law and was told my account had been transferred to them, and they would honor all
of the terms of the *** agreement, but I would likely not receive a refund.  *** did refund

$15,000 after they could not resolve 3 credit card debts. However, there are 3 still open that have not been resolved. I have asked for a refund for the remaining 3 cards. The refund amount is $16,948.27. My conversations with Phoenix Law have been recorded. So my information can be verified as truthful.

Sincerely,

.............................

 **Business response**
04/25/2023

Upper management is currently reviewing the client's file. We will reach out to the client once a thorough review is completed.

 **Customer response**
04/25/2023

Complaint: 19955172

I am rejecting this response because: I am waiting for them to resolve this complaint by issuing a refund to me.

Sincerely,

****************************

 **Customer response**
05/08/2023

I previously filed a complaint about Phoenix Law, #********. They responded to the BBB saying they would contact me directly to resolve the matter. I have never heard from them and written them two times since their answer to you.. But I still get no response. They owe me $16,948.27 refund. Please reopen the file reflecting that the company has not resolved the complaint.

 **Business response**
05/09/2023

Our senior legal officer reached out to the client last 4/21/2023 and left a VM so that they can discuss his concerns. We advised that the client calls ** directly so we can resolve this matter once and for all.

 **Customer response**
05/10/2023

Complaint: 19955172

I am rejecting this response because: Their message thru the BBB asked me to call them to resolve this matter. I called on 5-9-23 was promised their supervisor would call me today 5/10/23. I have not received a call, so I called them two times and was left on hold without anyone ever responding. This matter is not complicated. They have been unable to perform as promised. They are holding $16,948.27 deposited with them. I have already cancelled their service and want a refund..

Sincerely,

---------------------------

 **Business response**
05/11/2023

We regret that the client is not satisfied with our initial response. Please note that the client already got his refund from LPG. To date, all the clients account has been taken care of and Phoenix Law already did our due diligence explaining to the client the difference between the two entity and how the process works. No refund will is due or will be issued on our side. If the client would like to re-explore their options, we would welcome an opportunity to discuss.

**Complaint Type:**
Guarantee/Warranty Issues
**Status:**
Answered

 **Initial Complaint**
04/18/2023

I made 7 $278.59 monthly payments with LPG law/pheonix law for 7 months with a total amount of $1,950.13. I was told over the phone I can cancel anytime and I would be refunded for any debts not settled. I canceled and none of my debts were settled. They wont refund me any amount of money. They made me call to get an explanation and told me I had to be in the program for
************************************************************************************** a refund.

 **Business response**
04/18/2023



We appreciate you bringing this issue to our attention and we are very grateful for the opportunity to respond. Your concern is escalated to our legal team for review and someone will reach out to you immediately to help you resolve all your concerns. We

apologize for any inconvenience this has caused you and we look forward to providing
you with further assistance.

 **Customer response**
04/19/2023

Complaint: 19949922

I am rejecting this response because:
No refund was issued. The employee was extremely unprofessional when calling me.
Sincerely,

**••••••••••••••••••••••••••••**

 **Business response**
04/20/2023

Im sorry to hear about your experience and also want to thank you for sharing your
concerns with us.
Our Public Relations Director will call you directly to help you resolve this issue
immediately. Once again, We sincerely apologize for any frustration this has caused you.

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered

 **Initial Complaint**
04/06/2023

Our *********** were transferred to Phoenix Law on February 10th 2023 from LPG. There has not
been any communication from Phoenix Law since the transfer after numerous calls, emails,
and certified mail notifications. We have been with LPG since November 2022 and have
requested refund of our money. Sadly there has been no response.We are requesting our
refund of ******* as we have cancelled the contract.

 **Business response**
04/11/2023

We appreciate you bringing this issue to our attention and we are very grateful for the
opportunity to respond. Upon review of your account, after it was transferred, Our client
advocate specialist reached out to you numerous times to discuss the transition and
resolve the refund request. We apologize for any miscommunication.  Your concern is

escalated to our upper management and someone will contact you to help you resolve this matter immediately. We look forward to providing you with further assistance.

**Complaint Type:**
Problems with Product/Service
**Status:**
Resolved



**Initial Complaint**
03/22/2023

****************** group sent me to this debt relief program company, Phoenix law, that told me I was in good hands after being transferred from LPG. They took out money on the 9th of this month of March and again today the 20th. They wont give me my money back after numerous emails and phone calls I do not trust this company and I think its a fraud.



**Business response**
03/24/2023

We appreciate the opportunity to respond to our client's concern regarding a billing adjustment. A review of his internal file has been conducted and our Senior compliance officer reached out to the client to resolve the issue at hand. Our team requested for an expedited refund and a follow up call with the client has been set for next week to ensure that he received the requested funds. We sincerely apologize for any inconvenience this has caused. We hope this clears up any concerns. If he has any further questions, he is invited to contact us directly.



**Customer response**
03/28/2023

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*************************

**1**      2      Next ▶

*Some consumers may elect to not publish the details of their complaints, some complaints may not meet BBB's standards for publication, or BBB may display a portion of complaints when a high volume is received for a particular business. ↵

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

## BBB Rating & Accreditation

# A+

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

**Years in Business:** 21

**Customer Reviews are not used in the calculation of BBB Rating**

Overview of BBB Rating

## Contact Information

 Los Angeles, CA 90045-9205

Visit Website

📞 (424) 622-4044

## Complaints Summary

**20** total complaints in the last 3 years.

**20** complaints closed in the last 12 months.

© 2023, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.



### Complaints
# Phoenix Law

Lawyers

**Not BBB
Accredited**



## Need to file a complaint?
BBB is here to help. We'll guide you through the process.

## Complaint Details
Note that complaint text that is displayed might not represent all complaints filed with BBB. See details.

---

**Complaint Type:**
Problems with Product/Service
**Status:**
Resolved

 **Initial Complaint**
03/16/2023

We were previously enrolled in a debt resolution program with ******************** Group. Then on February 15, 2023 we receive an email stating that our account was transferred to Phoenix Law. It has been a month now and we still haven't heard back from them regarding the program details. We decided that we would like to cancel our contract with Phoenix Law. I have sent at least three emails and no one has contacted me to discuss cancellation. We also paid ******************* Group $9163.22 from June 08, 2022 -December 27, 2022. We would like a refund for the fees that we paid them that were supposedly credited to Phoenix Law. Thank you,********************************

**Business response**
03/24/2023

Phoenix Law's Retention Director  worked directly with the customer to resolve her concerns. An email was sent to the customer on 3/24/2023 that contained the documents she's now requesting.  We wish the customer well in the future.

 **Customer response**
03/24/2023

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

**********************************

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered

 **Initial Complaint**
03/07/2023

I contacted the company about debt resolution in early February. They sounded like they would do a consolidation for me, so I filled out some things online. I then received an email from them on 2/27/23 about a payment that was due to process on the 28th. I was unaware of any payment or an amount, so I called the number and learned they were charging me ******. I told them I could not afford this amount and wished to withdraw from their program. I was told to write an email at ***************************** stating that I was not authorizing the payment. I did so but the next day (2/28) sure enough they had gone ahead and processed the payment and deducted it from my checking account. I called them that day and restated that I did not wish to participate in the program and needed to be reimbursed. I was told to send an email with a screen shot of my bank account and the transaction to the above email address, which I did. I then called again and was told that they would remove me from their services and I would be paid back the fee in 7 to 10 business days. I sent another email on 3/1 to restate my wishes and state what I understood they had promised me in my conversation on the 28th.

 **Business response**
03/27/2023

We appreciate the opportunity to respond to her concerns regarding a billing adjustment. Per a review of the internal notes on the file, the customer and our customer service representative agreed to move forward with the scheduled payment hence the payment was taken out of the client's account.



Our records indicate that the client has been assisted with their concerns by management. Adjustments were made to their refund request and a confirmation email was sent.

Phoenix Law strives to provide excellent customer service. If there are any further questions or concerns that she may have, she is invited to call our customer service department between the hours of 7AM and 6PM PST. Thank you for bringing this matter to our attention.



**Customer response**
04/18/2023

After several months of communication and me calling them, they reimbursed me, but they sent the money to a closed checking account. (I had to close it due to a scam.) My bank said they would need to have PL resend the money. Phoenix Law said they were unable to do so. After insisting they needed to, I am awaiting a phone call to hopefully resolve the issue. This has been a nightmare! This is clearly a scam set up to draw good people in by promising to help them resolve their debt and then out right robbing them. I hope others will read this and beware the trap!



**Business response**
04/18/2023

Our legal team will be reaching out to you to help you resolve this issue as soon as possible. We apologize for the inconvenience this has caused you.

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered



**Initial Complaint**
02/21/2023

On January 31, 2023 I made a phone call to ********************* and spoke with a **************************** regarding debt consolidation. After taking my information she stated that debt consolidation was not an option and that I qualified for debt resolution with LPG Law. I agreed. Signed documentation and was sent a welcome email which included a login to my account. My first payment was drafted on 02/03/2023 and a welcome phone call was made by LPG. The woman I spoke with could not answer any of my questions and abruptly ended the call. After days of trying to reach LPG LAW, I reached out to ***************************- Certified Debt Specialist, requesting cancellation of my account and a refund of the initial payment. She stated that would be made possible and on 02.09.23 LPG Law sent me an email that confirmed my account had been closed. No refund of the initial payment.****** 02.13.2023 a **************** March with LPG Law emailed me stating that he had transferred my file to another law firm, called Phoenix Law. I immediately responded to the email that it would be fraudulent to take any more money from my account when I already confirmed cancellation. Now I am unable to get ahold of anyone regarding this dispute. Please assist BBB.

 **Business response**
03/27/2023

Our records indicate that the customer has been assisted with their concerns by management. The customers account had been cancelled and an expedited refund request has been processed as well. We sincerely apologize for any inconvenience caused by our clerical error. and have corrected the situation.

 ◀ Prev.    1    **2**

*Some consumers may elect to not publish the details of their complaints, some complaints may not meet BBB's standards for publication, or BBB may display a portion of complaints when a high volume is received for a particular business. ↵

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

## BBB Rating & Accreditation

 **A+**

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

**Years in Business:** 21

**Customer Reviews are not used in the calculation of BBB Rating**

Overview of BBB Rating

## Contact Information

📍 Los Angeles, CA 90045-9205

🌐 Visit Website

📞 (424) 622-4044

## Complaints Summary

**20** total complaints in the last 3 years.

**20** complaints closed in the last 12 months.

© 2021, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. In Canada, trademark(s) of the International Association of Better Business Bureaus, used under license.

# EXHIBIT 6



DONATE

Explore more than 808 billion web pages saved over time

www.phoenixlaw.co

**Calendar** · **Collections** · **Changes** · **Summary** · **Site Map** · **URLs**

"Changes" is a tool you can use to identify, and display, changes in the content of archives of URLs.
First you can select two different archives for a URL, based on an interface that shows the degree of relative change from one archive to another.
Then you can see the replay of the two URLs you select, side-by-side, with changes highlighted in Blue and Yellow.

Compare





The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

# EXHIBIT 7

From: **Point Break Debt Relief**
        support@pointbreakdebtrelief.com
Subject: **LPG Bankruptcy: Please Read**
Date: May 8, 2023 at 10:03:44 AM
To: anniegongora@icloud.com



**POINT BREAK**

Advertisement / Elite Legal Practice

As you may know, we provided marketing services to The Litigation Practice Group PC, pursuant to which we communicated with you regarding your need for debt relief services. It is our understanding that you subsequently became a client of The Litigation Practice Group PC.

Unfortunately, on March 20, 2023, The Litigation Practice Group PC filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. The Litigation Practice Group PC's case was assigned case no. 8:23-bk-10571 and is pending before the honorable Judge Scott C. Clarkson in the U.S. Bankruptcy Court, Central District of California, Santa Ana division.

We have received calls and emails from people with whom we previously communicated about debt resolution services, asking us for help now that The Litigation Practice Group PC is in bankruptcy and/or has not responded to communications. Some people who asked us for help have indicated that their files were transferred to another law firm (i.e. Phoenix Law) without their informed consent. We are ready, willing, and able to help and encourage you to contact us right away. Please call to speak to a representative or send an email and we will call you back immediately.

Advertisement / Elite Legal Practice

CALL                                    EMAIL

858-290-6731
304 South Jones Blvd. Ste 5051
Las Vegas, Nevada 89107

# EXHIBIT 8

# The State Bar *of California*

**Tony M Diab #277343**
**License Status: Disbarred**

This licensee is prohibited from practicing law in California by order of the California Supreme Court.

**CONSUMER ALERT**
This attorney is disbarred from the practice of law. As a result, the attorney is ineligible to practice law in California. The State Bar posts consumer alerts online when attorneys are disbarred. The decision(s) or order(s) are posted on the State Bar Court Smart Search. Anyone who believes they have been the victim of attorney misconduct is urged to file a complaint with the State Bar.

Address: Diab Law, 620 Newport Center Dr, Ste 670, Newport Beach, CA 92660-8055
Phone: 949-485-4450 | Fax: Not Available
Email: tony@diablaw.com | Website: Not Available

## More about This Attorney ▾

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ❶ | Discipline ❶ | Administrative Action ❶ |
|------|------------------|--------------|-------------------------|
| Present | Disbarred | | |
| 1/10/2020 | Disbarred | Disbarment 17-O-04174 ❶ | |
| 7/22/2019 | Not eligible to practice law in CA | Ordered inactive 17-O-04174 ❶ | |
| 7/2/2019 | Not eligible to practice law in CA | | Suspended, failed to pay fees |
| 2/10/2019 | Not eligible to practice law in CA | Ordered inactive 17-O-04174 ❶ | |
| 9/12/2018 | | Disciplinary charges filed in State Bar Court 17-O-04174 ❶ | |
| 6/29/2011 | Admitted to the State Bar of California | | |

**State Bar Court Cases**
**The listing below is partial, as the State Bar Court is transitioning to online dockets. Please refer to the License Status, Disciplinary and Administrative History section above for a record of discipline cases. Case dockets and documents may be available using the State Bar Court Search for a Case feature; see instructions below.**

| Effective Date ❶ | Case Number | Description ❶ |
|------------------|-------------|---------------|
| 1/10/2020 | 17-O-4174 | Decision [PDF] |
| 2/10/2019 | 17-O-4174 | Order re Entry of Default [PDF] |

Here is what you need to know to access discipline documents in public cases:

Documents are added to the State Bar Court's online docket as events occur.

To search for a case, please copy the case number displayed above and click Search for a Case. In the search box, paste the complete case number. If the case number

Search for a Case

begins with "19" or higher, you must add the prefix SBC to the case number, e.g., SBC [CASE NUMBER]. If a case number begins with 18 or lower, there's no need to add SBC.

Most public case records since 2000 are available through search. Older case records are available on request. The State Bar Court began posting public discipline documents online in 2005.

NOTE: Only Published Opinions may be cited or relied on as precedent in State Bar Court proceedings.

DISCLAIMER: Any posted Notice of Disciplinary Charges, Conviction Transmittal or other initiating document, contains only allegations of professional misconduct. The licensee is presumed to be innocent of any misconduct warranting discipline until the charges have been proven.

**Additional Information:**
- About the disciplinary system

Copyright © 2023 The State Bar of California

  

# EXHIBIT 9

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
TONY DIAB, BAR NO. 12954.

No. 77318

**FILED**

JAN 14 2019

CLERK ... A. BROWN
BY____ [signature]
CHI[E]F

### ORDER OF DISBARMENT

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that attorney Tony Diab be disbarred based on violations of RPC 1.3 (diligence), RPC 1.4 (communication), RPC 3.4 (fairness to opposing party or counsel), and RPC 8.4(c) (misconduct). Because no briefs have been filed, this matter stands submitted for decision based on the record. SCR 105(3)(b).

The State Bar has the burden of showing by clear and convincing evidence that Diab committed the violations charged. *In re Discipline of Drakulich*, 111 Nev. 1556, 1566, 908 P.2d 709, 715 (1995). Here, however, the charges alleged in the complaint are deemed admitted because Diab withdrew his answer and requested a default be entered against him, resulting in the panel entering a default. SCR 105(2).

The record therefore establishes that Diab violated the above-referenced rules. He redirected a $375,000 settlement payment, which was to be deposited directly into a client's account, and had it deposited into his own personal bank account. When the client inquired about the settlement payment, Diab falsely asserted that he was negotiating the deposit with the opposing party and went as far as to provide the client with a fraudulent email from opposing counsel contesting the payment. After, the client called

19- 01837

the opposing party and learned that the payment was made to Diab directly, Diab promised to repay the client but only if the client signed an agreement releasing any claims the client may have against Diab. Needing the funds, the client signed the agreement without having another attorney review it, but the client did not understand that the agreement allowed Diab to keep $372,000 of the $375,000 payment. Once the client retained outside counsel to sue Diab, Diab forged a retainer agreement, which he alleged was signed by the client in person on December 2, 2016, and that provided that Diab could retain the $375,000 as attorney fees. The client, however, provided travel receipts demonstrating that he could not have signed the agreement in person on that day because he was not in California, as alleged by Diab. Diab's former employer eventually settled the matter with the client, agreeing to pay the client $375,000, plus the attorney fees and costs the client incurred in recovering that amount.

Additionally, Diab represented the same client's brother in a criminal matter, in which Diab told to the client and his brother that he had successfully had a warrant for the brother's arrest quashed. Diab even provided the brothers an order quashing the arrest warrant. Diab, however, never made an appearance in the criminal matter or filed anything on behalf of the brother in the matter and the arrest warrant was still pending. The order Diab gave the client and his brother was fraudulent: it was from a different court than the one to which the brother's matter was assigned and included a forged signature of a judge.

Turning to the appropriate discipline, we review the hearing panel's recommendation de novo. SCR 105(3)(b). Although, we "must . . . exercise independent judgment," the panel's recommendation is persuasive. *In re Discipline of Schaefer*, 117 Nev. 496, 515, 25 P.3d 191, 204 (2001). In

determining the appropriate discipline, we weigh four factors: "the duty violated, the lawyer's mental state, the potential or actual injury caused by the lawyer's misconduct, and the existence of aggravating or mitigating factors." *In re Discipline of Lerner*, 124 Nev. 1232, 1246, 197 P.3d 1067, 1077 (2008).

Diab knowingly violated duties to his clients (diligence, communication), the public (failure to maintain personal integrity), and the profession (misconduct). Diab's misconduct injured his clients. Specifically, his client had to retain new counsel to recover the settlement funds and he was deprived of those funds for a period of time preventing him from expanding his business and resulting in a loss of business opportunities. Diab's misconduct also injured the integrity of the profession. The baseline sanction for Diab's misconduct before considering aggravating and mitigating circumstances is disbarment. *See* Standards for Imposing Lawyer Sanctions, *Compendium of Professional Responsibility Rules and Standards*, Standard 5.11 (Am. Bar Ass'n 2017) (providing that disbarment is appropriate if an attorney "engages in serious criminal conduct, a necessary element of which includes ... misrepresentation, fraud, ... misappropriation, or theft" or "engages in any other intentional conduct involving dishonesty, fraud, deceit, or misrepresentation that seriously adversely reflects on the lawyer's fitness to practice").

The record supports the hearing panel's findings of three aggravating circumstances (dishonest or selfish motive, pattern of misconduct, and multiple offenses) and one mitigating circumstance (absence of prior disciplinary record). We agree with the panel that the single mitigating circumstance does not warrant discipline less than disbarment, particularly considering the aggravating circumstances.

Further, because Diab's misconduct was extreme and he went to great lengths to cover up his initial acts of misconduct, including fraudulently creating an email, a retainer agreement, and a district court order, disbarment is appropriate.

Accordingly, we disbar attorney Tony Diab from the practice of law in Nevada. Such disbarment is irrevocable. SCR 102(1). Diab shall pay the costs of the disciplinary proceedings, including $3,000 under SCR 120, within 30 days from the date of this order. Further, to the extent Diab's actions have not been reported to law enforcement, we direct the State Bar to refer this matter to the appropriate law enforcement agencies. The parties shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                                  Hardesty

_____, J.          _____, J.
Parraguirre                                Stiglich

_____, J.          _____, J.
Cadish                                     Silver

cc:    Chair, Southern Nevada Disciplinary Panel
       Tony M. Diab
       Bar Counsel, State Bar of Nevada
       Executive Director, State Bar of Nevada
       Perry Thompson, Admissions Office, U.S. Supreme Court