United States Bankruptcy Court

Central District of California

In re:  Case No. 23-00102-SC

Chapter

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 1
Date Rcvd: Jun 02, 2023      Form ID: pdf031      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| lit | | Master File 2023-1 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Celentino | on behalf of Litigant Master File 2023-1 christopher.celentino@dinsmore.com caron.burke@dinsmore.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3



**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No.: 8:23-MP-00102<br><br>Chapter 11: 8:23-bk-10571 |
| RICHARD A. MARSHACK,<br>Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW GROUP, INC.; MAVERICK MANAGEMENT, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T. INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; | **AMENDED ORDER ON TRUSTEE, RICHARD MARSHACK'S OMNIBUS *EMERGENCY* MOTION FOR:**<br>**1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542;**<br>**2) PRELIMINARY INJUNCTION;**<br>**3) LOCK-OUT;**<br>**4) RE-DIRECTION OF UNITED STATES PARCEL SERVICES MAIL;**<br>**5) ORDER TO SHOW CAUSE RE COMPLIANCE WITH COURT ORDER; AND**<br>**6) OTHER RELIEF AS NECESSARY TO EFFICIENT ADMINISTRATION OF THIS MATTER**<br><br>Date: May 25, 2023<br>Time: **4:00 P.M.**<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

1
2
3
4  | BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, INC.; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; THE UNITED STATES POSTAL SERVICE; and DOES 1 through 100, inclusive,

5                    Defendants.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In his capacity as the duly appointed and acting Chapter 11 Trustee, Richard Marshack ("Trustee") filed an Omnibus Emergency Motion for Turnover of Estate Property and Recorded Information Pursuant to 11 U.S.C. § 542; Preliminary Injunction; Lock-Out; Re-Direction of United States Postal Service Mail; Setting an Order To Show Cause re Compliance with the Court's Order as to Tony Diab, Rosa Loli aka Rosa Bianca Loli aka Bianca Loli ("Rosa Loli"), Lisa Cohen, Daniel March and William Tyson "Ty" Carss; and Other As Necessary to the Efficient Administration of this Matter under seal on May 25, 2023, which matter was heard on May 25, 2023, pursuant to Local Bankruptcy Rule 9075-1. The Court, having considered the pleadings on file and the discussion of the parties at the hearing, and having placed its findings of fact and conclusions of law in support of this order orally on the record at the hearing, and finding that exigent circumstances exist and good cause appearing therefor, hereby **ORDERS AS FOLLOWS**:

**TURNOVER ORDER OF ESTATE PROPERTY AND RECORDED INFORMATION:**

**A. RECORDED INFORMATION**

Within twenty-four (24) hours from the date of this Order or notice thereof, whichever is later, the following information regarding any and all persons who signed a Legal Services Contract with LPG or whose file was purchased or otherwise transferred to LPG; OakStone Legal Group, P.C. ("OakStone"); Greyson Law, P.C. ("Greyson"); Gallant Law Group ("Gallant"); Phoenix Law Group, P.C. (Phoenix"); LGS Holdco., LLC; Consumer Legal Group, P.C. ("CLG"); Maverick Management, LLC ("Maverick"); Vulcan Consulting Group, LLC ("Vulcan"); BAT Inc. d/b/a Coast Processing ("Coast Processing"); Strategic Consulting Solutions, LLC ("SCS"); Prime Logix, LLC ("Prime Logix"); Tony Diab; Rosa Loli aka Rosa Bianca Loli aka Bianca Loli ("Rosa Loli") ; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same, for which the client's file remains open and/or continues to make payments under an agreed upon installment contract, except those clients who signed a Legal Services Contract post-petition (hereinafter "Client") shall be turned over to the Trustee by Debtor:

1. All Client files, including but not limited to names, contact information, client file management, communications, account information, letters, pleadings, communications, payment

1

history, financial account information, credit reports, executed legal services contracts, automated clearing house ("ACH") contracts, executed installment contracts, account balances, debts in dispute, payment history, file status, settlements, debt invalidations and/or any other information created, managed and stored electronically utilizing DebtPayPro, a Forth, Inc. ("DPP") software program's software license, key or account, that was opened and is maintained and controlled by LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; Coast Processing; SCS; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same (the "DPP Data");

2. All administrative usernames and passwords that give the Trustee access to any DPP account held, maintained or controlled by LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; SCS; Coast Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same;

3. All Client files, including but not limited to names, contact information, client file management, communications, account information, letters, pleadings, communications, payment history, financial account information, credit reports, executed legal services contracts, ACH contracts, executed installment contracts, account balances, debts in dispute, payment history, file status, settlements, debt invalidations and/or any other information created, managed and stored electronically utilizing proprietary software program "LUNA" hosted on Amazon Web Services ("AWS") and located at the current domain "lunapp.com" that is maintained and controlled by LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; SCS; Coast Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same (the "Luna Data");

4. All administrative usernames and passwords that give the Trustee access to any AWS account where Luna, its software program, databases and client information is held, stored and hosted

that is maintained or controlled by LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; SCS; Vulcan; Coast Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same;

     5. All ACH files related to Client information, details, accounts, history of electronic fund transfers ("EFT"), payments, amounts held, interest on held amounts, penalty fees, nonsufficient fund fees or other ACH related charges to the Clients stored electronically or in hard copy associated with ACH processing service providers and/or affiliated financial institutions, including but not limited to EPPS; EquiPay, LLC ("EquiPay"); Merit Fund, LLC ("Merit Fund"); Authorize.net a subsidiary of Visa, Inc. ("Authorize.net"); World Global; OptimumBank Holdings, Inc. dba Optimum Bank ("Optimum Bank"); BankUnited, Inc. ("BankUnited"); Marich Bein, LLC ("Marich Bein"); Revolv3, Inc. ("Revolv3"); Fidelity National Information Services, Inc. dba FIS, including but not limited to its subsidiaries Worldpay, Inc., Worldpay Group or any other subsidiaries providing ACH processing services ("FIS"); Guardian Processing, LLC ("Guardian"); and/or any entity associated with the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction (hereinafter the "ACH Data");

     6. All files, information, reports, spreadsheets, account numbers, routing numbers, and databases related to transfer of funds out of any account opened, maintained and controlled by LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; SCS; Vulcan; Coast Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same that were processed and executed by ACH processing service providers and/or their affiliated financial institutions, including but not limited to EPPS; EquiPay; Merit Fund; Authorize.net; World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity associated with the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction (hereinafter the "ACH Transfer Data");

7. All administrative usernames and passwords that give the Trustee access to any ACH processing accounts, software, database or other program at ACH processing service providers and/or affiliated financial institutions, including but not limited to EPPS; EquiPay; Merit Fund; Authorize.net; World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity associated with the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction used to upload or input Client information, initiate Client ACH EFTs, transfer Client ACH funds to outside financial institutions or otherwise manage any account opened, maintained and controlled by LPG; OakStone; Greyson; Phoenix; LGS Holdco., LLC; CLG; SCS; Vulcan; Coast Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same;

8. All accounting records, files, data and information for LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; SCS; Vulcan; Coast Processing; and Prime Logix stored on NetSuite, Quickbooks and Microsoft SharePoint, G-Suite or other permanent or cloud based systems (hereinafter the "Accounting Data");

9. All contracts, records, reports, information, data and details regarding the transfer or sale of any Client files or future Client ACH payments to any other law firm, organization, corporate entity, person(s), or investment group (otherwise known as factoring companies) by LPG; OakStone; Greyson; Phoenix; LGS Holdco., LLC; and/or CLG (hereinafter the "Client Transfer-Out Data");

10. All contracts, records, reports, information, data, cost basis, payment information and details regarding the transfer or receipt of any Client files or future Client ACH payments from any other law firm, organization, corporate entity, person(s), investment or marketing group (otherwise known as capping companies) to LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; Maverick; and/or CLG (hereinafter the "Client Transfer-In Data");

11. All information, data, tables, spreadsheets and reports regarding Client information stored on Formgrid, Inc. dba Airtable's ("Airtable") cloud based data management system used by LPG;

OakStone; Greyson; Phoenix; LGS Holdco., LLC; and/or CLG to manage the aforementioned information (hereinafter the "Airtable Data"); and

12. All administrative usernames and passwords that give the Trustee access to any Airtable account opened, maintained or controlled by LPG; OakStone; Greyson, Phoenix; LGS Holdco., LLC; Maverick; and/or CLG; and

13. All email accounts related to LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; and/or CLG stored maintained and/or hosted on Office 365, g-suite or any other email server, whether physical or cloud based servers (hereinafter "Email Data").

**B. ESTATE FUNDS**

Within five (5) calendar days from the date of this order or notice thereof, whichever is later, the following shall be turned over to the Trustee:

1. All post-petition Client ACH payments processed and received by LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; SCS; Vulcan; Coast Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same related to LPG Clients who entered into a Legal Services Agreement pre-petition and who have received the services provided in the contract;

2. The $6,308,702.72 million dollars in post-petition ACH EFTs processed through LPG's Revolv3, Inc. merchant account from March 2023 to the present, including any amounts that have been transferred, wired or otherwise withdrawn from LPG's Revolv3, Inc. merchant account to OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; SCS; Vulcan; Coast Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same;

**TEMPORARY RESTRAINING ORDER**

From the date of this **ORDER** through and including, June 12, 2023 or as further Ordered by this Court:

**1. Control Over ACH Transfers:** All covered entities and individuals (defined below) are hereby enjoined and shall not interfere with any ACH electronic funds transfer being executed pursuant to documents authorizing such transfers to be executed in favor of LPG as follows:

a) <u>Covered Entities and Individuals</u>: The following entities and individuals, and anyone acting on their behalf: LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; Coast Processing; Prime Logix; SCS; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same shall, absent further order from this Court:

i) <u>Enjoined Conduct re ACH Instructions</u>: No covered entity or individual shall initiate, cause to be initiated, or instruct any company or person that processes ACH transfers and/or their affiliated financial institutions, including EPPS; EquiPay; Merit Fund; Authorize.net; World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity associated with the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction, to execute any ACH EFT on any file, financial institution, or current or former client of LPG, to or for the benefit of LPG, including but not limited to OakStone; Greyson; Phoenix; CLG; Prime Logix; SCS; Maverick; and/or Vulcan, without the express authorization of Trustee;

ii) <u>Enjoined Conduct re Bank Accounts</u>: No covered entity or individual shall open, or cause to be opened, any account, whether business or personal, that can receive or send money or anything of value, at any company including banking, financial, or similar institutions and/or receive, directly or indirectly, any funds drawn from ACH electronic fund transfers;

**2. Execution of ACH Transfer:** All covered entities and individuals (defined below) are hereby enjoined and prohibited from interfering with any ACH electronic funds transfer being executed pursuant to documents authorizing such transfers to be executed in favor of LPG as follows:

a) <u>Covered Entities and Individuals</u>: All companies capable of processing ACH electronic funds transfers, including EPPS; EquiPay; Merit Fund; Authorize.net; World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity associated

with the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction are enjoined absent further order of this court, from:

      i) <u>Enjoined Conduct re ACH Transfers</u>: No covered entity or individual shall transfer, wire, divert or otherwise permit the withdraw any funds received from any ACH electronic funds transfer on any client file, financial institution, or current or former client of LPG, to or for the benefit of LPG or any or more of its alleged assignees or transferees, including but not limited to OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG and/or Maverick to any financial account maintained, owned or controlled by Vulcan; Coast Processing; Prime Logix; SCS; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same. All ACH funds held by any covered entity or individual shall be held in trust until such time as written authorization and instruction is provided by Trustee;

      ii) <u>Injunction Mandating Turnover to Trustee</u>: all covered entities and individuals shall hold in trust any and all funds, receipts, and transfers related to any account, file, or current or former client of LPG; OakStone; Greyson; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; Coast Processing; Prime Logix; SCS; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or other alias', agents or corporate entities affiliated with same until expressly directed to release, wire or transfer such funds by the Trustee and to a bank account whose information shall be provided with any such request; and, shall upon request by the Trustee provide an accounting of any and all such funds held in trust to the Trustee upon written request within 10 days of said request;

    3. LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; SCS; Vulcan; Coast Processing; Prime Logix; SCS; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same are hereby enjoined and shall not incur, take out or pledge any receivables of LPG; OakStone; Greyson; Gallant; Phoenix; Prime Logix; SCS; Maverick; and/or CLG without seeking leave of court;

4. Any and all funds held at Bank of America on behalf of Prime Logix and/or Vulcan, including but not limited to account Nos. ending in xxx951 and xxx9021 and/or any other financial accounts having received funds originating from LPG; OakStone; Greyson; Gallant; Phoenix; LGS HoldCo., LLC; CLG; and/or Maverick shall be held in trust and shall not be with withdrawn, wired, drawn against, moved, or otherwise transferred without the express consent of the Trustee in writing and to a financial account identified by the Trustee at the time the authorization is provided.

## **LOCKOUT ORDER**

From the date of this **ORDER**:

1. All persons identified below are enjoined and shall not access or attempt to gain access whether physically, remotely, electronically, or virtually to the following locations associated with LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; Coast Processing; Prime Logix; SCS; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same: a) 3347 Michelson Drive, Suites 400, 410 & 420, Irvine, California 92612; b) 17542 17th St Suite 100, Tustin, California 92780; b) Luna's domain located on AWS; c) DPP Data or accounts; d) Accounting Data and/or accounts on NetSuite, Quickbooks and Microsoft SharePoint, G-Suite or other permanent or cloud based systems; e) ACH processing accounts, whether individual, merchant or business, held at any ACH processing or affiliated financial institution, including but not limited to EPPS; EquiPay; Merit Fund; Authorize.net; World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity associated with the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction; f) Vulcan and/or PrimeLogix' financial accounts at Bank of America, including but not limited to Account Nos. ending in xxx951 and xxx9021; and g) the Email Data, as follows:

    i) Tony Diab;

    ii) Rosa Loli aka Rosa Bianca Loli aka Bianca Loli;

    iii) Lisa Cohen;

    iv) Daniel March;

1       v) Eng Taing;

2       vi) Maria Eeya Tan;

3       vii) Jake Akers;

4       viii) Han Trinh;

5       ix) Jayde Trinh;

6       x) Wes Thomas;

7       xi) William Taylor "Ty" Carss;

8       x) Scott James Eadie;

9       xi) Jimmy Chhor;

10      xii) Brad Lee; and

11      xiii) Dongliang Jiang.

**ORDER TO RE-DIRECT MAIL**

From the date of this **ORDER**:

1. Trustee is hereby authorized to instruct the United States Postal Service to re-direct any and all mail processed by the United States Postal Service Directed to: a) LPG, 17542 17th St Suite 100, Tustin, California 92780; b) OakStone, 888 Prospect Street, Suite 200 La Jolla, California 92037; c) Phoenix, 3347 Michelson Drive, Suites 400, 410 & 420, Irvine, California 92612; d) Prime Logix, 3347 Michelson Drive, Suites 400, 410 & 420, Irvine, California 92612; e) CLG, PO Box 412 Elmsford, NY 10523; f) Greyson, 3347 Michelson Drive, Suites 400, 410 & 420, Irvine, California 92612; and/or any other address associated with such entities, shall be forwarded and re-directed to an address provided by the Trustee until such time as ordered by the Court.

**ORDER TO SHOW CAUSE RE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND LIMITED EXAMINATION**

Tony Diab, Lisa Cohen, Rosa Loli, Daniel March and William Taylor "Ty" Carss are hereby ordered, provided that the summons and complaint in this adversarial proceeding captioned above have been served upon said individuals, to appear on **Monday, June 12, 2023 at 1:30 pm** in Courtroom 5C of the above captioned court located at 411 W. Fourth Street Santa Ana, California 92701:

9

1. For an order to show cause regarding why a preliminary injunction should not issue regarding the Court's forgoing Temporary Restraining Order; and

2. To sit for a limited examination before the Court regarding the $6,308,702.72 million dollars in ACH EFTs processed through Revolv3, Inc. from March 2023 to the present, and other ACH ETFs processed post-petition through EPPS; EquiPay; Merit Fund; Authorize.net; World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity associated with LPG and or the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction; or any other ACH process company LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; Coast Processing; Prime Logix; SCS; or any ACH EFTs known to Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang relating in any way to LPG or current or former customers of LPG; and/or any other alias', agents or corporate entities affiliated with same have used, initiated ACH EFTs, opened an account with or maintained since March 20, 2023.

### NOTICE TO LPG CLIENTS

Trustee is hereby authorized to provide notice to any and all LPG clients, including those transferred and/or assigned to OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; and/or Maeverick regarding: i) LPG's Bankruptcy filing; ii) pending evaluation of their file; and iii) status prior to assuming or rejecting their contract in substantially the same form of notice attached to this Order as Exhibit 1.

###

JUN 02 2023

**SCOTT C. CLARKSON**

10

Exhibit 1

[Client Name]
[Date]
[Address Line 1]
[Address Line 2]
[Address Line 3]
Tel:
Email:

**RE: STATUS REGARDING YOUR MATTER WITH THE LITIGATION PRACTICE GROUP**

Dear [Name],

Please be advised that on May 20, 2023, The Litigation Practice Group ("LPG") filed for protection under Chapter 11 of the Bankruptcy Code. On May 8, 2023, the United States Bankruptcy Court—Central District of California, Case No. 8:23-bk-10571, appointed Richard Marshack, Esq. as the duly appointed Chapter 11 Trustee to oversee the administration of LPG's Bankruptcy matter. See Docket No. 65.

Subsequently, the United States Bankruptcy Court authorized Trustee to obtain information in order to review and evaluate the status of your file at LPG and/or any other debt relief law firm your file may have been transferred or assigned to at or around the time LPG filed for Bankruptcy, including but not limited to OakStone Legal Group, P.C.; Greyson Law, P.C.; Gallant Law Group; Phoenix Law Group, P.C.; LGS Holdco., LLC; Consumer Legal Group, P.C. and/or Maverick Management, LLC.

Over the coming weeks, Trustee Richard Marshack will provide status of your file and continuation of legal services pursuant to the Legal Services Agreement with LPG.

We greatly appreciate your patience and cooperation while we work on your behalf.

                                                Sincerely,

                                                [Signatory name]