| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher Celentino (State Bar No. 131688)<br>christopher.celentino@dinsmore.com<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: 619.400.0500<br>Facsimile: 619.400.0501<br><br>Proposed Special Counsel to the Chapter 11 Trustee, Richard A. Marshack<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for*: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor(s). | CASE NO.:        8:23-bk-10571-SC<br>ADVERSARY NO.: 8:23-mp-00102-SC<br>CHAPTER:         11 |
|---|---|
| RICHARD A. MARSHACK,<br>Chapter 11 Trustee,<br><br>Plaintiff(s),<br>vs<br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual;<br>(See Attachment A for names of additional defendants)<br><br>Defendant(s). | **REQUEST THAT THE CLERK ISSUE ANOTHER SUMMONS AND NOTICE OF STATUS CONFERENCE**<br><br>**[LBR 7004-1(a)(1)(B)]**<br><br>No hearing required [LBR 9013-1(p)] |

**PLEASE TAKE NOTICE THAT** (*name of party*) Richard A. Marshack, Chapter 11 Trustee
requests that the clerk issue another Summons and Notice of Status Conference, for the reason(s) stated below. This request is made pursuant to LBR 9013-1(p), which allows the court to grant the request without a hearing.

☒  **A.  ORIGINAL SUMMONS NOT TIMELY SERVED** [FRBP 7004(e)]

1. A summons was issued and filed by the clerk as docket entry # 15 on (*date*) 05/26/2023 .

2. The 7-day period to serve a summons ended on (*date*) 06/02/2023 .

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*                               Page 1                        **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**

3. The period to serve a summons ended without service of the summons on the following previously named parties:

   a. ROSA BIANCA LOLI, an individual

   b. LISA COHEN, an individual

   c. _____

4. Therefore, another summons ("alias summons") is needed.

☐ **B. NEW PARTY TO BE ADDED OR JOINED** [FRBP 7014, 7019, 7020]

1. Movant is: ☐ Plaintiff   ☐ Third-Party Plaintiff

2. Name of the party(ies) to be added or joined:

   a. _____

   b. _____

   c. _____

3. The document that identifies the new party(ies) is filed as docket entry #_____ on (*date*) _____:

   ☐ Amended Complaint

   ☐ Third-Party Complaint

4. Therefore, another summons is needed to serve the new party(ies).

Date: 06/05/2023

Christopher Celentino
Print name of Movant or Attorney for Movant

/s/ Christopher Celentino
Signature of Movant or Attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*                    Page 2                    F 7004-1.2.REQUEST.ANOTHER.SUMMONS

Attachment A

Names of Defendants

LIST OF DEFENDANTS:

TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW GROUP, INC.; MAVERICK MANAGEMENT, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T. INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, INC.; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; THE UNITED STATES POSTAL SERVICE