Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com

Proposed Special Counsel to Chapter 11 Trustee, Richard A. Marshack



FILED
JUN - 7 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

---

Richard A. Marshack,

Plaintiff

v.

TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW GROUP, INC.; MAVERICK MANAGEMENT, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T. INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION

Case No.: 8:23-bk-10571-SC

Adv. Proc. No. 8:23-mp-0102-SC

Chapter 11

**CHAPTER 11 TRUSTEE'S MOTION TO UNSEAL CASE**

Date:    [No Hearing Required]
Time:
Judge:   Hon. Scott C. Clarkson
Place:   Courtroom 5C
         411 W. Fourth Street
         Santa Ana, CA  92701

| | |
|---|---|
| 1 | SERVICES, INC. d/b/a FIS; WORLDPAY, INC.; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; THE UNITED STATES POSTAL SERVICE; and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

Chapter 11 Trustee, Richard A. Marshack (the "Trusteee") hereby moved the court for an order unsealing the within adversary proceeding and states as follows:

WHEREAS, all parties subject to the ORDER ON TRUSTEE, RICHARD MARSHACK'S OMNIBUS EMERGENCY MOTION FOR: 1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542; 2) PRELIMINARY INJUNCTION; 3) LOCK-OUT; 4) RE-DIRECTION OF UNITED STATES PARCEL SERVICES MAIL; 5) ORDER TO SHOW CAUSE RE COMPLIANCE WITH COURT ORDER; AND 6) OTHER RELIEF AS NECESSARY TO EFFICIENT ADMINISTRATION OF THIS MATTER have been served.

THEREFORE, the Trustee respectfully requests that the within adversary case be unsealed.

Dated: June 7, 2023

Respectfully submitted,

DINSMORE & SHOHL LLP

By: */s/ Christopher Celentino*
Christopher B. Ghio
Christopher Celentino
Proposed Special Counsel to
Richard A. Marshack