| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Christopher B. Ghio (State Bar No. 259094)<br>Christopher Celentino (State Bar No. 131688)<br>**DINSMORE & SHOHL LLP**<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone:  619.400.0500<br>Facsimile:  619.400.0501<br>christopher.ghio@dinsmore.com<br>christopher.celentino@dinsmore.com<br><br>Proposed Special Counsel to<br>Chapter 11 Trustee, Richard A. Marshack |  |

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-mp-00102-SC<br><br>Chapter 11 |
| Richard A. Marshack,<br><br>    Plaintiff<br><br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW GROUP, INC.; MAVERICK MANAGEMENT, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T. INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; | **ORDER ON CHAPTER 11 TRUSTEE'S MOTION TO UNSEAL CASE**<br><br>Date:    [No Hearing Required]<br>Time:<br>Judge:  Hon. Scott C. Clarkson<br>Place:   Courtroom 5C<br>             411 W. Fourth Street<br>             Santa Ana, CA  92701 |

|   |   |
|---|---|
| 1 | BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, INC.; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; THE UNITED STATES POSTAL SERVICE; and DOES 1 through 100, inclusive,     Defendants. |

The Court, having reviewed the Motion of Chapter 11 Trustee Richard A. Marshack (the "Trustee"), plaintiff in the above-reference adversary case, to UNSEAL the within adversary proceeding, and good cause therefore appearing, it is hereby ORDERED, ADJUDGED AND DECREED that:

1.   That certain ORDER GRANTING TRUSTEE'S MOTION FOR PERMISSION TO FILE OMNIBUS EMERGENCY MOTION AFTER SERVICE OF COURTESY COPY AND AFTER HEARING, AND UNDER SEAL is hereby dissolved and the identified matters within Adversary Proceeding are no longer subject to SEAL. The miscellaneous proceeding case number shall be immediately converted to a regular adversary proceeding case number and all matters therein shall be transferred to the new adversary proceeding and deemed as filed in the new adversary proceeding. All future filings should be filed in the new adversary proceeding and contain only the new adversary proceeding case number; the miscellaneous proceeding number (8:23-mp-00102-SC) shall be closed.

**IT IS SO ORDERED.**

###

Date: June 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge