FILED
JUN -8 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____

# UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

ORDER No. _____
CHAPTER _____
APPEAL? ☐ Yes ☒ No
APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: **Queenie Ng, Trial Attorney**    Attorney Bar# **223803**

Law Firm: **United States Trustee**

Mailing Address: **411 W. 4th St., Suite 7160, Santa Ana, CA 92701**

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): _____

Telephone: (**714**) **338-3403**    E-mail: **Queenie.K.Ng@usdoj.gov**

Bankruptcy Case #: **8:23-bk-10571-SC**    Adversary Proceeding #/MP #: **8:23-mp-00102**

Date of Hearing (complete a SEPARATE form for EACH hearing date): **May 25, 2023**    Time: **4:00 p.m.**

Debtor: **The Litigation Practice Group, P.C.**

Adversary Proceeding Name: **Richard Marshack** vs. **Tony Diab, etal**

Hearing Judge: **S. Clarkson**    Courtroom #: **SA 5C**

**TRANSCRIBER:** Briggs Reporting    **ALTERNATE:** Briggs Reporting

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ Entire Hearing
☐ 14 Days    ☐ Ruling/Opinion of Judge only
☐ Expedited (7 days)    ☐ Testimony of Witness _____
☒ Daily (24 hours)    ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____    Date Sent to Transcriber: _____    By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #: ___)Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___

(Tape #: ___)Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___

Court Recorder: _____ Division: _____ Processed by: _____

## **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. Oct 2016. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*