| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Christopher B. Ghio (State Bar No. 259094)<br>Christopher Celentino (State Bar No. 131688)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: 619.400.0500<br>Facsimile: 619.400.0501<br>christopher.ghio@dinsmore.com<br>christopher.celentino@dinsmore.com<br><br>*Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\*** ||
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO.: 8:23-MP-0102 |
| RICHARD A. MARSHACK,<br>Chapter 11 Trustee,<br><br>Plaintiff(s)<br>Versus<br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual;<br>(See Attachment A for names of additional defendants)<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING**<br>**[LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is __June 30, 2023__. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

**Hearing Date:** August 15, 2023    **Address:**
**Time:** 10:30 a.m.    ☐ 255 East Temple Street, Los Angeles, CA 90012
**Courtroom:** 5C    ☐ 3420 Twelfth Street, Riverside, CA 92501
☒ 411 West Fourth Street, Santa Ana, CA 92701
☐ 1415 State Street, Santa Barbara, CA 93101
☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 1    F 7004-1.SUMMONS.ADV.PROC

## ATTACHMENT A

## Names of Defendants

LIST OF DEFENDANTS:

TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW GROUP, INC.; MAVERICK MANAGEMENT, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T. INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, INC.; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN; THE UNITED STATES POSTAL SERVICE

Case 8:23-ap-01046-SC    Doc 35    Filed 05/26/23    Entered 05/26/23 18:32:26    Desc
Main Document    Page 2 of 12

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                             **KATHLEEN J. CAMPBELL**
                                             **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: __05/26/2023__

                                             By: ___/s/ Nickie Bolte___
                                                      Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                          Page 2                         **F 7004-1.SUMMONS.ADV.PROC**

## UNITED STATES BANKRUPTCY COURT

### Early meeting of Counsel and Status Conference Instructions

1. **Service of Order.** A copy of this Order re: Rule 26(f) Meeting, Initial Disclosures, and Scheduling Conference must be served with the summons and complaint. The proof of service of the summons and complaint must indicate that a copy of this order was served therewith.

2. **Local Bankruptcy Rule 7026-1.** Compliance with Local Bankruptcy Rule 7026-1 (ALBR 7026-1") is required in ALL adversary proceedings.

3. **Rule 26(f) Meeting.** Unless all defendants default, the parties must meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (ARule 26(f) Meeting@) at least 21 days before the status conference date set forth in the summons. **The status conference set forth in the summons shall also serve as the initial Rule 16(b) Scheduling Conference in this adversary proceeding.**

    The parties are jointly responsible for arranging and attending the Rule 26(f) Meeting, which may be conducted in person or by telephone. During the Rule 26(f) Meeting, the parties must, at a minimum: (a) discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case; (b) make or arrange for the initial disclosures required by Rule 26(a)(1); and (c) develop a proposed discovery plan. The discussion of claims and defenses must be substantive and meaningful. The parties are directed to approach the Rule 26(f) Meeting cooperatively and in good faith.

4. **Initial Disclosures.** Rule 26(a)(1) states that a party must, without awaiting discovery request, provide to other parties:

    a. The name and, if known, the address and telephone number for each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses,

unless the use would be solely for impeachment.

 b. A copy of - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

 c. A computation of each category of damages claimed by the disclosing party - who must also make available for inspection and copying under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

 d. For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

F.R.Civ.P.26(a)(1)(A). Rule 26(a)(1) requires a party to make its initial disclosures based on the information that is reasonably available to it. A party is not excused from making its disclosures because it has not fully completed its investigation of the case or because it challenges the sufficiency of another party=s disclosures or because another party has not made its disclosures. F.R.Civ.P.26(a)(1)(E).

 5. **Alternative Dispute Resolution (AADR@).** The parties must explore the feasibility of ADR to reach a settlement or early resolution of the adversary proceeding. The specific reasons for any decision not to participate in a form of early ADR must be explained in the Joint Status Report. If the parties elect not to participate in an early ADR effort, the Court may nonetheless direct the parties to ADR before trial

 6. **Discovery Plan.** At the Rule 26(f) Meeting, the parties must also discuss issues about preserving discoverable information and develop a proposed discovery plan. The discussion regarding discovery following the initial disclosures must address the relevance of the discovery sought and the sequence and timing of such discovery, including whether the discovery will be conducted informally or formally. The deadlines in the discovery plan must be mutually

agreeable, with a view to achieve resolution of the case with a minimum of expense and delay.

7. **Joint Status Report.** A status report must be filed within the time frames specified within LBR 7016-1(a)(2).   The Joint Status Report must contain the information set forth in LBR 7016-1(a)(2), and a statement that the parties have completed the Rule 26(f) Meeting and made the initial disclosures required by Rule 26(a)(1).  The Joint Status Report shall also serve as the written report of the Rule 26(f) Meeting.  If Defendant(s) have not filed and served an answer to the Complaint, a Unilateral Status report is due seven (7) days prior to the first status conference hearing.

8. **Status Conference/Rule 16(b) Scheduling Conference.**  At the Rule 16(b) Scheduling Conference, the Court will review the discovery plan set forth in the Joint Status Report and set appropriate deadlines.

Counsel representing any party in conjunction with the Rule 26(f) Meeting, Joint Status Report, and Rule 16(b) Scheduling Conference must be authorized to bind the party on all matters to be covered.

9. **Default.** If no response to the complaint is timely filed, plaintiff should request entry of default by the clerk prior to the status conference date set forth in the summons. F.R.Civ.P.55(a). Plaintiff may also request entry of a default judgment by filing and serving an appropriate motion. F.R.Civ.P.55(b)(2).

10. **Sanctions.  Failure to comply with these instructions may subject the responsible party and/or counsel to sanctions, which may include dismissal of the adversary proceeding.  The failure of either party to cooperate in the preparation of timely filing of a Joint Status Report or appear at the status conference may result in the imposition of sanctions under LBR 7016-1(f) or (g).**

///

11. <u>Joint Pre-Trial Order</u>.  Failure to timely file a Joint Pre-Trial order may subject the responsible party and/or counsel to sanctions, which may include dismissal of the adversary proceeding.  The failure of either party to cooperate in the preparation of timely filing of a Joint Pre-Trial Conference or appear at the Joint Pre-Trial Conference may result in the imposition of sanctions under LBR 7016-1(f) or (g).

                              Honorable Scott C. Clarkson
                              United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

**ORDER RE: RULE 26(f) MEETING, INITIAL DISCLOSURE, AND SCHEDULING CONFERENCE**

**COMPLAINT FOR: (1) INJUNCTIVE RELIEF; (2) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR ACTUAL FRAUDULENT TRANSFERS; (3) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; (4) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR ACTUAL FRAUDULENT TRANSFERS; (5) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; AND (6) TURNOVER.**

**ORDER APPROVING THE U.S. TRUSTEE'S APPLICATION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

**Certified Copy of ORDER ON TRUSTEE, RICHARD MARSHACK'S OMNIBUS EMERGENCY MOTION FOR: 1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542; 2) PRELIMINARY INJUNCTION; 3) LOCK-OUT; 4) RE-DIRECTION OF UNITED STATES PARCEL SERVICES MAIL; 5) ORDER TO SHOW CAUSE RE COMPLIANCE WITH COURT ORDER; AND 6) OTHER RELIEF AS NECESSARY TO EFFICIENT ADMINISTRATION OF THIS MATTER**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **June 2, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*SEE ATTACHED SERVICE LIST*

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL SERVICE/DELIVERY:**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 2, 2023 | Nicolette D. Murphy | */s/ Nicolette D. Murphy* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*IN RE THE LITIGATION PRACTICE GROUP P.C. / RICHARD A. MARSHACK v. TONY DIAB, et al.*
United States Bankruptcy Court Case No. 8:23-bk-10571-SC
United States Bankruptcy Court Adversary Proceeding Case No. 8:23-mp-0102

## SERVICE LIST

| | |
|---|---|
| Jake Akers<br>27 Songbird Lane<br>Aliso Viejo, California 92656-1232 | Approvely, Inc.<br>Attn: Chelsie Cooper, Agent for Service of Process<br>2598 East Sunrise Boulevard, Suite 2104<br>Fort Lauderdale, Florida 33304 |
| Authorize.Net, a subsidiary of Visa<br>Attn: 1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 | B.A.T., Inc. d/b/a Coast Processing<br>c/o Tony Diab, Agent for Service of Process<br>20101 SW Cypress Street<br>Newport Beach, California 92660 |
| BankUnited, N.A.<br>7815 NW 148th Street<br>Miami Lakes, Florida 33016 | William Taylor Carss<br>6080 Center Drive, 6th Floor<br>Los Angeles, California 90045 |
| William Taylor Carss<br>PHOENIX LAW<br>Post Office Box 749<br>Millville, New Jersey 08332 | Jimmy Chhor<br>1918 Pepperdale Drive<br>Rowland Heights, California 91748-3252 |
| Lisa Cohen<br>8 Almanzora<br>Newport Beach, California 92657 | Lisa Cohen<br>20101 SW Cypress Street<br>Newport Beach, California 92660 |
| Consumer Legal Group, P.C.<br>c/o USACORP Inc., Agent for Service of Process<br>325 Division Avenue, Suite 201<br>Brooklyn, New York 11211 | Tony Diab<br>20101 SW Cypress Street<br>Newport Beach, California 92660 |
| Scott James Eadie<br>SEDEHI LAW<br>555 Anton Boulevard, Suite 150<br>Costa Mesa, California 92626 | Scott James Eadie<br>5000 Birch Street, Suite 3000<br>Newport Beach, California 92660-2140 |
| Scott James Eadie<br>GREYSON LAW CENTER, P.C.<br>440 North Barranca Avenue, Suite 1331<br>Covina, California 91723 | Equipay<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 |

| | |
|---|---|
| Nitin Aggarwal, Chief Operating Officer and Head of Fintech & Payments<br>EQUIPAY<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 | Mukarram Dhorzjiwala, Senior Manager – Digital Products<br>EQUIPAY<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 |
| Augusto Ruiz-Eldredge, Chief Operating Officer and Head of Fintech & Payments<br>EQUIPAY<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 | Vardhman Shah, Co-Head Control & Quality<br>EQUIPAY<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 |
| Fidelity National Information Service, Inc. d/b/a FIS<br>Attn: 1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 | Greyson Law Center, P.C.<br>c/o Scot James Eadie<br>440 North Barranca Avenue, Suite 1331<br>Covina, California 91723 |
| Guardian Processing, LLC<br>Attn: Dongliang Jiang, Agent for Service of Process<br>19200 Von Karman Avenue, 4-6 Floors<br>Irvine, California 92612 | Dongliang Jiang<br>19200 Von Karman Avenue, 4-6 Floors<br>Irvine, California 92612 |
| LGS Holdco, LLC<br>c/o USACORP DE INC., Agent for Service of Process<br>1811 Silverside Road<br>Wilmington, Delaware 19810 | LGS Holdco, LLC<br>c/o The LLC, Agent for Service of Process<br>11 Broadway, Suite 300<br>New York, New York 10004 |
| Rosa Bianca Loli<br>3374 Alcazar Drive, Apt. A<br>Dana Point, California 92629 | Daniel March<br>LPG / LAW OFFICE OF DANIEL MARCH<br>17291 Irvine Boulevard, Suite 101<br>Tustin, California 92780-2966 |
| Marich Bein, LLC<br>c/o The LLC, Agent for Service of Process<br>99 Wall Street, Suite 2669<br>New York, New York 10005 | Maverick Bankcard, Inc.<br>c/o Gary Nye, Agent for Service of Process<br>5820 Canoga Avenue, Suite 250<br>Woodland Hills, California 91367 |
| Maverick Management, LLC<br>c/o LegalInc. Corporate Services Inc., Agent for Service of Process<br>5830 East Second Street, Suite 8<br>Casper, Wyoming 82609 | Merit Fund, LLC<br>c/o Mike S Patel, Agent for Service of Process<br>3531 Torrance Boulevard<br>Torrance, California 90503 |

| | |
|---|---|
| Oakstone Law Group, P.C.<br>c/o 1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 | Occams Advisory, Inc.<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 |
| Optimum Bank Holdings, Inc. d/b/a Optimum Bank<br>c/o Mary Franco, Agent for Service of Process<br>2929 East Commercial Boulevard, Suite 101<br>Fort Lauderdale, Florida 33308 | Phoenix Law Group, P.C.<br>c/o 1505 Corporation / CSC, Agent for Service of Process<br>2710 Gateway Oaks Drive<br>Sacramento, California 95833 |
| Phoenix Law Group, P.C.<br>6080 Center Drive, 6th Floor<br>Los Angeles, California 90045 | Prime Logix, LLC<br>c/o Cloud Peak Law, LLC, Agent for Service of Process<br>1095 Sugar View Drive, Suite 500<br>Sheridan, Wyoming 82801 |
| Prime Logix, LLC<br>c/o Rosa Bianca Loli<br>3374 Alcazar Drive, Apt. A<br>Dana Point, California 92629 | Revolv3, Inc.<br>c/o United States Corporation Agents, Inc., Agent for Service of Process<br>101 North Brand Boulevard, 11th Floor<br>Glendale, California 91203 |
| Revolv3, Inc.<br>c/o United States Corporation Agents, Inc., Agent for Service of Process<br>651 North Broad Street, Suite 201<br>Middletown, Delaware 19709 | Eng Taing<br>1781 La Plaza Drive<br>San Marcos, California 92078 |
| Eng Taing<br>6080 Center Drive, 6th Floor<br>Los Angeles, California 90045 | Maria Eeya Tan<br>6080 Center Drive, 6th Floor<br>Los Angeles, California 90045 |
| Teracel Blockchain Fund II, LLC<br>c/o Harvard Business Services, Inc., Agent for Service of Process<br>16192 Coastal Highway<br>Lewes, Delaware 19958 | Teracel Blockchain Fund, LLC<br>c/o Northwest Registered Agent Service, Inc., Agent for Service of Process<br>8 The Green, Suite B<br>Dover, Delaware 19901 |
| Wes Thomas<br>2030 Main Street, Suite 1300<br>Irvine California 92614 | Han Trinh<br>11432 Woodbury Road<br>Garden Grove, California 92843-3540 |
| Jayde Trinh<br>2128 West Cherry Drive<br>Orange California 92868-1927 | Vulcan Consulting Group, LLC<br>c/o Lisa Cohen, Agent for Service of Process<br>8 Almanzora<br>Newport Coast, California 92657 |

3

| | |
|---|---|
| Vulcan Consulting Group, LLC<br>c/o Lisa Cohen, Agent for Service of Process<br>20101 SW Cypress Street<br>Newport Beach, California 92660 | Bank of America, N.A.<br>800 Samoset Drive<br>Newark, Delaware 19713 |
| WorldPay Global Capital, LLC<br>Business Filings Incorporated, Agent for Service of Process<br>187 Wolf Road, Suite 101<br>Albany, New York  12205 | WorldPay Group<br>1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 |
| WorldPay, Inc.<br>1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 | Formgrid, Inc., d/b/a Airtable<br>c/o Corporation Service Company, Agent for Service of Process<br>80 State Street<br>Albany, New York 12207-2543 |
| Gallant Law Group, PC<br>123 South Broad Street, Suite 1640<br>Philadelphia, Pennsylvania 19109 | Google<br>c/o Corporation Service Company, Agent for Service of Process<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| Microsoft<br>CSC - Lawyers Incorporating Service, Agent for Service of Process<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, California  95833 | Netsuite, a Subsidiary of Oracle<br>1505 Corporation / CSC - Lawyers Incorporating Service, Agent for Service of Process<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, California 95833-3502 |
| Quickbooks<br>Intuit Inc.<br>c/o 1505 Corporation / CSC - Lawyers Incorporating Service, Agent for Service of Process<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, California  95833 | |