Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Jeremy B. Freedman (State Bar No. 308752)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
jeremy.freedman@dinsmore.com

Proposed Special Counsel to Richard A. Marshack

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Adv. Proc. No. 8:23-ap-01046-SC |
| Debtor. | Chapter 11 |
| | **PROOF OF SERVICE** |
| RICHARD A. MARSHACK, Chapter 11 Trustee, | |
| Plaintiff, | |
| v. | |
| TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW GROUP, INC.; MAVERICK MANAGEMENT, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T. INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. | |

1 | d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, INC.; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; THE UNITED STATES POSTAL SERVICE; and DOES 1 through 100, inclusive,

Defendants.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

**ORDER RE: RULE 26(f) MEETING, INITIAL DISCLOSURE, AND SCHEDULING CONFERENCE**

**COMPLAINT FOR: (1) INJUNCTIVE RELIEF; (2) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR ACTUAL FRAUDULENT TRANSFERS; (3) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; (4) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR ACTUAL FRAUDULENT TRANSFERS; (5) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; AND (6) TURNOVER.**

**ORDER APPROVING THE U.S. TRUSTEE'S APPLICATION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

**Certified Copy of ORDER ON TRUSTEE, RICHARD MARSHACK'S OMNIBUS EMERGENCY MOTION FOR: 1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542; 2) PRELIMINARY INJUNCTION; 3) LOCK-OUT; 4) RE-DIRECTION OF UNITED STATES PARCEL SERVICES MAIL; 5) ORDER TO SHOW CAUSE RE COMPLIANCE WITH COURT ORDER; AND 6) OTHER RELIEF AS NECESSARY TO EFFICIENT ADMINISTRATION OF THIS MATTER**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **June 2, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***SEE ATTACHED SERVICE LIST***

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL SERVICE/DELIVERY:**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 2, 2023 | Nicolette D. Murphy | *Nicolette D. Murphy* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2016                                                          F 7004-1.SUMMONS.ADV.PROC

*IN RE THE LITIGATION PRACTICE GROUP P.C. / RICHARD A. MARSHACK v. TONY DIAB, et al.*
United States Bankruptcy Court Case No. 8:23-bk-10571-SC
United States Bankruptcy Court Adversary Proceeding Case No. 8:23-mp-0102

## SERVICE LIST

| | |
|---|---|
| Jake Akers<br>27 Songbird Lane<br>Aliso Viejo, California 92656-1232 | Approvely, Inc.<br>Attn:  Chelsie Cooper, Agent for Service of Process<br>2598 East Sunrise Boulevard, Suite 2104<br>Fort Lauderdale, Florida 33304 |
| Authorize.Net, a subsidiary of Visa<br>Attn:  1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 | B.A.T., Inc. d/b/a Coast Processing<br>c/o Tony Diab, Agent for Service of Process<br>20101 SW Cypress Street<br>Newport Beach, California 92660 |
| BankUnited, N.A.<br>7815 NW 148th Street<br>Miami Lakes, Florida 33016 | William Taylor Carss<br>6080 Center Drive, 6th Floor<br>Los Angeles, California 90045 |
| William Taylor Carss<br>PHOENIX LAW<br>Post Office Box 749<br>Millville, New Jersey  08332 | Jimmy Chhor<br>1918 Pepperdale Drive<br>Rowland Heights, California 91748-3252 |
| Lisa Cohen<br>8 Almanzora<br>Newport Beach, California 92657 | Lisa Cohen<br>20101 SW Cypress Street<br>Newport Beach, California 92660 |
| Consumer Legal Group, P.C.<br>c/o USACORP Inc., Agent for Service of Process<br>325 Division Avenue, Suite 201<br>Brooklyn, New York  11211 | Tony Diab<br>20101 SW Cypress Street<br>Newport Beach, California 92660 |
| Scott James Eadie<br>SEDEHI LAW<br>555 Anton Boulevard, Suite 150<br>Costa Mesa, California 92626 | Scott James Eadie<br>5000 Birch Street, Suite 3000<br>Newport Beach, California 92660-2140 |
| Scott James Eadie<br>GREYSON LAW CENTER, P.C.<br>440 North Barranca Avenue, Suite 1331<br>Covina, California 91723 | Equipay<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 |

| | |
|---|---|
| Nitin Aggarwal, Chief Operating Officer and Head of Fintech & Payments<br>EQUIPAY<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 | Mukarram Dhorzjiwala, Senior Manager – Digital Products<br>EQUIPAY<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 |
| Augusto Ruiz-Eldredge, Chief Operating Officer and Head of Fintech & Payments<br>EQUIPAY<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 | Vardhman Shah, Co-Head Control & Quality<br>EQUIPAY<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 |
| Fidelity National Information Service, Inc. d/b/a FIS<br>Attn: 1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 | Greyson Law Center, P.C.<br>c/o Scot James Eadie<br>440 North Barranca Avenue, Suite 1331<br>Covina, California 91723 |
| Guardian Processing, LLC<br>Attn: Dongliang Jiang, Agent for Service of Process<br>19200 Von Karman Avenue, 4-6 Floors<br>Irvine, California  92612 | Dongliang Jiang<br>19200 Von Karman Avenue, 4-6 Floors<br>Irvine, California  92612 |
| LGS Holdco, LLC<br>c/o USACORP DE INC., Agent for Service of Process<br>1811 Silverside Road<br>Wilmington, Delaware 19810 | LGS Holdco, LLC<br>c/o The LLC, Agent for Service of Process<br>11 Broadway, Suite 300<br>New York, New York  10004 |
| Rosa Bianca Loli<br>3374 Alcazar Drive, Apt. A<br>Dana Point, California  92629 | Daniel March<br>LPG / LAW OFFICE OF DANIEL MARCH<br>17291 Irvine Boulevard, Suite 101<br>Tustin, California 92780-2966 |
| Marich Bein, LLC<br>c/o The LLC, Agent for Service of Process<br>99 Wall Street, Suite 2669<br>New York, New York  10005 | Maverick Bankcard, Inc.<br>c/o Gary Nye, Agent for Service of Process<br>5820 Canoga Avenue, Suite 250<br>Woodland Hills, California  91367 |
| Maverick Management, LLC<br>c/o LegalInc. Corporate Services Inc., Agent for Service of Process<br>5830 East Second Street, Suite 8<br>Casper, Wyoming  82609 | Merit Fund, LLC<br>c/o Mike S Patel, Agent for Service of Process<br>3531 Torrance Boulevard<br>Torrance, California  90503 |

2

| | |
|---|---|
| Oakstone Law Group, P.C.<br>c/o 1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 | Occams Advisory, Inc.<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 |
| Optimum Bank Holdings, Inc. d/b/a Optimum Bank<br>c/o Mary Franco, Agent for Service of Process<br>2929 East Commercial Boulevard, Suite 101<br>Fort Lauderdale, Florida 33308 | Phoenix Law Group, P.C.<br>c/o 1505 Corporation / CSC, Agent for Service of Process<br>2710 Gateway Oaks Drive<br>Sacramento, California 95833 |
| Phoenix Law Group, P.C.<br>6080 Center Drive, 6th Floor<br>Los Angeles, California 90045 | Prime Logix, LLC<br>c/o Cloud Peak Law, LLC, Agent for Service of Process<br>1095 Sugar View Drive, Suite 500<br>Sheridan, Wyoming 82801 |
| Prime Logix, LLC<br>c/o Rosa Bianca Loli<br>3374 Alcazar Drive, Apt. A<br>Dana Point, California 92629 | Revolv3, Inc.<br>c/o United States Corporation Agents, Inc., Agent for Service of Process<br>101 North Brand Boulevard, 11th Floor<br>Glendale, California 91203 |
| Revolv3, Inc.<br>c/o United States Corporation Agents, Inc., Agent for Service of Process<br>651 North Broad Street, Suite 201<br>Middletown, Delaware 19709 | Eng Taing<br>1781 La Plaza Drive<br>San Marcos, California 92078 |
| Eng Taing<br>6080 Center Drive, 6th Floor<br>Los Angeles, California 90045 | Maria Eeya Tan<br>6080 Center Drive, 6th Floor<br>Los Angeles, California 90045 |
| Teracel Blockchain Fund II, LLC<br>c/o Harvard Business Services, Inc., Agent for Service of Process<br>16192 Coastal Highway<br>Lewes, Delaware 19958 | Teracel Blockchain Fund, LLC<br>c/o Northwest Registered Agent Service, Inc., Agent for Service of Process<br>8 The Green, Suite B<br>Dover, Delaware 19901 |
| Wes Thomas<br>2030 Main Street, Suite 1300<br>Irvine California 92614 | Han Trinh<br>11432 Woodbury Road<br>Garden Grove, California 92843-3540 |
| Jayde Trinh<br>2128 West Cherry Drive<br>Orange California 92868-1927 | Vulcan Consulting Group, LLC<br>c/o Lisa Cohen, Agent for Service of Process<br>8 Almanzora<br>Newport Coast, California 92657 |

3

| | |
|---|---|
| Vulcan Consulting Group, LLC<br>c/o Lisa Cohen, Agent for Service of Process<br>20101 SW Cypress Street<br>Newport Beach, California 92660 | Bank of America, N.A.<br>800 Samoset Drive<br>Newark, Delaware 19713 |
| WorldPay Global Capital, LLC<br>Business Filings Incorporated, Agent for Service of Process<br>187 Wolf Road, Suite 101<br>Albany, New York  12205 | WorldPay Group<br>1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 |
| WorldPay, Inc.<br>1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 | Formgrid, Inc., d/b/a Airtable<br>c/o Corporation Service Company, Agent for Service of Process<br>80 State Street<br>Albany, New York 12207-2543 |
| Gallant Law Group, PC<br>123 South Broad Street, Suite 1640<br>Philadelphia, Pennsylvania 19109 | Google<br>c/o Corporation Service Company, Agent for Service of Process<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| Microsoft<br>CSC - Lawyers Incorporating Service, Agent for Service of Process<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, California  95833 | Netsuite, a Subsidiary of Oracle<br>1505 Corporation / CSC - Lawyers Incorporating Service, Agent for Service of Process<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, California 95833-3502 |
| Quickbooks<br>Intuit Inc.<br>c/o 1505 Corporation / CSC - Lawyers Incorporating Service, Agent for Service of Process<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, California  95833 | |