1  Christopher B. Ghio (State Bar No. 259094)
   Christopher Celentino (State Bar No. 131688)
2  Jonathan Serrano (State Bar No. 333225)
   **DINSMORE & SHOHL LLP**
3  655 West Broadway, Suite 800
   San Diego, CA 92101
4  Telephone: 619.400.0500
   Facsimile:  619.400.0501
5  christopher.ghio@dinsmore.com
   christopher.celentino@dinsmore.com
6  jonathan.serrano@dinsmore.com

7  Proposed Special Counsel to Richard A. Marshack

8

9             **UNITED STATES BANKRUPTCY COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

11

| | |
|---|---|
| 12  In re:  | Case No.: 8:23-bk-10571-SC |
| 13  THE LITIGATION PRACTICE GROUP P.C., | Adv. Proc. No. 8:23-ap-01046-SC |
| 14      Debtor. | Chapter 11 |
| 15   | **DECLARATION OF CHAPTER 11 TRUSTEE, RICHARD A. MARSHACK IN SUPPORT OF STATUS CONFERENCE REPORT** |
| 16  Richard A. Marshack, | |
|     Plaintiff | |
| 17  v. | Date: June 12, 2023 |
| 18  TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW GROUP, INC.; MAVERICK MANAGEMENT, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T. INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; | Time: 1:30 p.m.<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>411 W. Fourth Street<br>Santa Ana, CA  92701 |

1  BANKUNITED, N.A.; REVOLV3, INC.;
   FIDELITY NATIONAL INFORMATION
2  SERVICES, INC. d/b/a FIS; WORLDPAY, INC.;
   WORLDPAY GROUP; MERIT FUND, LLC;
3  GUARDIAN PROCESSING, LLC; THE
   UNITED STATES POSTAL SERVICE; and
4  DOES 1 through 100, inclusive,

5              Defendants.

# DECLARATION OF RICHARD A. MARSHACK

I, Richard A. Marshack, declare as follows:

1. I am the duly appointed Chapter 11 Trustee in the above captioned matter. I am an equity partner at Marshack Hays LLP, and duly admitted to practice before all of the Courts in the State of California, United States District Court for the State of California and the United States Bankruptcy Courts for the State of California.

2. I have personal knowledge of the matters set forth herein. If called as a witness in this matter, I could and would testify competently thereto.

3. I submit this declaration in support of the *Status Conference Report*, filed contemporaneously herewith. Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the *Status Conference Report.*

4. Since the outset of being appoint Chapter 11 Trustee in this matter, my primary concern has been the welfare of the Consumer Creditors which has formed the basis of my plan of action and in my judgment the best course of action moving forward. To that end, I assisted in the formation of an ad hoc consumer creditors committee. Further, I reached out to the he law firm of Pachulski Stang Ziehl & Jones LLP ("Pachulski Stang") to consider taking such representation with the understanding that the Trustee would support a reimbursement agreement so the estate would pay the legal expenses at no cost to the Consumer Creditors.

5. Attached is a true and correct copy of an email sent from Tony Diab to myself on May 31, 2023 attached as **Exhibit 6**.

6. After serving the Court's Emergency Order, more than $1.4 million dollars has been transferred to and/or turned over to my control. The final figures have yet to be determined as certain transfers and other accounts holds have not been fully processed as of the date of my declaration.

7. In the best interest of the Consumer Creditors and in my best judgment, it would be my recommendation to the Court, subject to related motion and Court approval, to proceed as follows:

    a. Grant authority for a third party to operate Debtor for a short, two to three week period of time pending a motion for sale of Debtor's assets or, in the alternative, a winding

1

down of Debtor's Business, and for certain at any time in the event the Debtor's Business cannot be operated legally;

    b.    Any motion seeking to assume and assign (or sell), would seek findings from the Court that such sale and further provision of services was legal, and would only be sold if the Purchaser affirms acceptance of appropriate safeguards for the Consumer Creditors;

    c.    It is the Trustee's belief that any sale would be subject to and consistent with Rule 1.17 of the ABA Model Rules of Professional Responsibility allowing clients of the Law Firm a full 90-day period to Opt Out of the sale and seek their own counsel; the Trustee would welcome the maintenance of a Preliminary Injunction to prevent continued prey upon these clients by the Principals of the Debtor and its alter egos.

    d.    With consumer input (an ad hoc committee of Consumer Creditors has been formed), the Trustee could effectuate a system where there are safeguards to the Consumer Creditor built-in to the post-sale operations, with audit and other document inspection rights that could be made available to ensure ethical treatment of the customers.

    e.    Additionally, there are a series of "call centers" that work the industry, and they are accustomed to robocalls of the consumers and assigning those clients to firms, like Debtor, to service. A continuation of the case offers a chance to expose and correct some of that activity with appropriate court orders.

    f.    Alternatively, should the Court find that the Debtor's business may not appropriately be continued under management of a reputable firm with consumer safeguards in place with the input of the consumer committee, then Trustee believes, in his best judgment, that Debtor's business should in all likelihood be wound down over a short but reasonable period of time to protect the consumers and provide time to allow Consumer Creditors of Debtor to seek similar services and potentially make claims for reimbursement based on any

contract that remain executory, with the protection of an enforced Preliminary Injunction prohibiting the continued wrongful conduct, especially that of Greyson.

8.  To date, I have received one offer from a reputable business to pay more than $35 million to purchase the assets and provide the services for the Consumer Creditors contracted. Other bidders exist, who would likely make offers on overbid to be able to secure the assumption and assignment of the consumer contracts.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration is executed on this 12 day of June, 2023.

_____
Richard A. Marshack

# EXHIBIT 6

EXHIBIT 6
Page 4

**From:** Tony Diab <tony@coastprocessing.com>
**Date:** May 31, 2023 at 5:12:37 PM PDT
**To:** Richard Marshack <RMarshack@marshackhays.com>, Ed Hays <EHays@marshackhays.com>
**Cc:** "joon khanglaw.com" <joon@khanglaw.com>, Pam Kraus <pkraus@marshackhays.com>, "Daniel S. March" <dan@litigationpracticegroup.com>
**Subject: Christopher Celentino**

Hi Richard and Ed -

Christopher Celentino contacted a former LPG attorney/employee today stating that he was retained by the US Trustee to look into LPG. That former LPG attorney contacted me to confirm whether this was true. I looked up Mr. Celentino and see that he is with Dinsmore & Shohl. I instructed the attorney that I have not been told of Mr. Celentino's retention or participation in this matter. Please let me know if he is working with you as soon as possible. He was asking questions that suggest he is counsel for a creditor, not for the US Trustee's office. I obviously do not want to interfere if he was retained, so hopefully I was not wrong in stating that this employee should not respond to Mr. Celentino. Thank you in advance for your response.

Thanks,
Tony

EXHIBIT 6
Page 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF CHAPTER 11 TRUSTEE, RICHARD A. MARSHACK IN SUPPORT OF STATUS CONFERENCE REPORT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 12, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On June 12, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 12, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 12, 2023 | Caron Burke | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

**1.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov