Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Jonathan Serrano (State Bar No. 333225)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
jonathan.serrano@dinsmore.com

Proposed Special Counsel to Richard A. Marshack

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Adv. Proc. No. 8:23-ap-01046-SC |
| Debtor. | Chapter 11 |

Richard A. Marshack,

     Plaintiff

v.

TONY DIAB, an individual; DANIEL S.
MARCH, an individual; ROSA BIANCA LOLI,
an individual; LISA COHEN, an individual;
WILLIAM TAYLOR CARSS, an individual;
ENG TANG, an individual; MARIA EEYA TAN,
an individual; JAKE AKERS, an individual; HAN
TRINH, an individual; JAYDE TRINH, an
individual; WES THOMAS, an individual;
SCOTT JAMES EADIE, an individual; JIMMY
CHHOR, an individual; DONGLIANG JIANG,
an individual; OAKSTONE LAW GROUP PC;
GREYSON LAW CENTER PC; PHOENIX
LAW GROUP, INC.; MAVERICK
MANAGEMENT, LLC; LGS HOLDCO, LLC;
CONSUMER LEGAL GROUP, P.C.; VULCAN
CONSULTING GROUP LLC; B.A.T. INC. d/b/a
COAST PROCESSING; PRIME LOGIX, LLC;
TERACEL BLOCKCHAIN FUND II LLC;
EPPS; EQUIPAY; AUTHORIZE.NET; WORLD
GLOBAL; OPTIMUMBANK HOLDINGS, INC.
d/b/a OPTIMUM BANK; MARICH BEIN, LLC;

**DECLARATION OF JONATHAN
SERRANO IN SUPPORT OF STATUS
CONFERENCE REPORT**

Date: June 12, 2023
Time: 1:30 p.m.
Judge: Hon. Scott C. Clarkson
Place: Courtroom 5C
     411 W. Fourth Street
     Santa Ana, CA 92701

1  | BANKUNITED, N.A.; REVOLV3, INC.;
2  | FIDELITY NATIONAL INFORMATION
   | SERVICES, INC. d/b/a FIS; WORLDPAY, INC.;
   | WORLDPAY GROUP; MERIT FUND, LLC;
3  | GUARDIAN PROCESSING, LLC; THE
   | UNITED STATES POSTAL SERVICE; and
4  | DOES 1 through 100, inclusive,

5  |         Defendants.

I, JONATHAN SERRANO, declare:

1.      I am an attorney duly licensed to practice law in the State of California. I am an associate attorney in the law firm Dinsmore & Shohl LLP, proposed special counsel for Richard A. Marshack, the Chapter 11 Trustee (the "Trustee") of the bankruptcy estate of The Litigation Practice Group, L.P. (the "Debtor" or "LPG"). As such, except as expressly stated otherwise, I have personal knowledge of the facts set forth below and could and would competently testify under oath thereto if requested to do so.

2.      I submit this declaration in support of the *Status Conference Report*, filed contemporaneously herewith. Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the *Status Conference Report.*

3.      On June 2, 2023, I accompanied Lori Ensley, Gary DePew, Russ Squires, (collectively, the "Trustee's Team") and a service processor onto the premises of Phoenix and Greyson located at 3347 Michelson Drive, Suite 400, 410 & 420, Irvine, CA 92612. While on the premises, I explained to several people including Stephanie King, Phoenix's HR Manager; Rosa Bianca Loli, Maverick's owner; and Justin Nguyen, Greyson's information technology ("IT") professional, that the Trustee's Team was present to execute the TRO. I explained that the TRO required their compliance therewith. I also explained that Mr. DePew and Mr. Squires were on site to ensure that Consumer Creditors continue to get the services they need and that one of the Court's chief concerns is that Consumer Creditors' files are properly and legally handled.

4.      On June 2, I worked with Justin Nguyen to secure administrative access to LPG and Greyson's Microsoft 365 account and domain hosting.

5.      On June 5, 2023, I again accompanied the Trustee's Team, along with Alex Rubin, an IT professional, to support execution of the TRO. I relayed the IT account information that I had obtained to Mr. Rubin and supported him in further securing access.

6.      I requested copies of a lease or sublease from Phoenix or Greyson. However, none were available to be provided. We are in the process of investigating Phoenix and/or Greyson's right to be on the premises. As of now, there appears not to be such rights as no lease, sublease, or other agreement has been provided.

7. On June 6, 2023, Rosa Bianca Loli complied with the TRO and delivered to me the username and password for Maverick's Wells Fargo checking account. Due to the checking account having an RS security device, which Ms. Loli said was lost, I arranged to meet Ms. Loli at the Wells Fargo branch located at 14468 Culver Drive, Irvine, CA 92604. At approximately 1:00 p.m. on June 9, 2023, Ms. Loli obtained a cashier's check in the amount of $239,197.01, the balance of the checking account, and handed it over to me. Thereafter, I immediately delivered the cashier's check to the Trustee's office. A true and correct copy of the cashier's check is attached hereto as **Exhibit 1.**

8. On June 5, 2023, at Phoenix's town hall meeting, I learned from Phoenix employees that payment processors were making unauthorized draws on Consumer Creditors' bank accounts. Consumer Creditors were often having their monthly fee debited twice in one month. I requested from Ms. Loli a list of payment processors making these unauthorized draws. On June 7, 2023, Ms. Loli provided a list process that Eng Taing was using to debit the LPG clients, allegedly wrongfully. Those processors included (i) Paynote by Seamlesschex, (ii) Dwolla, (iii) Stripe, (iv) Bank of the West, and (v) Unity Financial. Upon looking into the Phoenix's business records, we learned that Mr. Taing created an account under Guardian Processing at a newly discovered ACH processing company, Payliance, to process the ACH transactions that appear to relate to legacy LPG clients. I learned that, in May 2023, Mr. Taing by and through Guardian Processing and the ACH services of Payliance pulled $551,893.42 in ACH transactions on LPG client accounts that had been wrongfully transferred to Oakstone Legal Group. These funds were then transferred to a separate entity, Touzi Capital, Inc., with which I am informed and believe Mr. Taing and his brother, Heng Taing, are involved and operating what has been described in complaints available online as a financial / cryptocurrency ponzi scheme. A true and correct copy of the online complaints and reviews on Reddit, last accessed 6/11/2023 is attached hereto as **Exhibit 2**.

9. On June 7, 2023, I received what seemed like hundreds of emails from Greyson employees who were frustrated by having not been paid. They expressed to me that Greyson had not paid them timely prior to June 2 and they were told internally that they would get paid on June 9. In response, I informed the Greyson employees that the Trustee was working through issues and hoped

to be able to restore some sense of normalcy for them. There appeared to be a narrative coming from within Greyson that the Trustee's Team was preventing them from being paid.

10.    Upon investigation into the Greyson's bank accounts, we learned that Greyson did not have sufficient funds to make its payroll. Instead, Greyson's payroll was being paid through Vulcan Consulting and/or Prime Logix's Bank of America Accounts, which accounts were the recipients of LPG customer monies. In addition, it appears that funds taken from consumer customers of LPG and diverted to Touzi Capital may have been used by Touzi Capital on more than one occasion to make payroll to attorneys and employees of Greyson.

11.    On June 8, 2023, I reviewed a list representing all of Greyson's clients from Greyson's business records. The list details a total of 48 clients being serviced by Greyson. The list indicates that all of the files were transferred to Greyson from Oakstone, postpetition; the Declaration of Mr. Carss of Phoenix, submitted in conjunction herewith, indicates that 42 of those clients remain as "active" in the CRM system shared by Greyson and Phoenix.

12.    On June 8, 2023, I requested from Han Trinh a list of Greyson's employees with pay rates and job titles. But Ms. Trinh ignored my request.

13.    On June 9, 2023, I also requested account credentials for Greyson's Zoom account from Ms. Trinh. Again, she ignored my request.

14.    On June 9, 2023, after a request for the employee list was made to Maria Thach, Greyson's HR Director, I received the list. The list included 139 employees, with annual salaries ranging from $36,000 to $500,000 and hourly wages ranging from $16.00 to $40.00. The total annual payroll, assuming the hourly employees work only 1 hour, exceeds $6.79M.

15.    I was also provided the attached QC (Quality Control) Script and Sales Script which are regularly kept in the ordinary course of business as **Exhibits 7 and 8**, respectively.

16.    On June 9, 2023, I learned that Greyson and Phoenix attorneys have secured recent victories for clients, including legal challenges to creditors such as obtaining a judgment in favor of a client over Goldman Sachs, covering the cost of the fees paid to the Debtor and providing compensation to the client.

1       I declare under penalty of perjury under the laws of the United States of America that the

2 foregoing is true and correct.

3

4 Dated: June 11, 2023

                              Jonathan Serrano

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

EXHIBIT 1
Page 5

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

Security Features Included. 🄭 Details on Back.

**CASHIER'S CHECK**

0060103000

June 9, 2023

***$239,197.01**

VOID IF OVER US $ 239,197.01

0000601

Office AU #

11-24
1210(8)

Remitter:
Operator I.D.:

MAVERICK MANAGEMENT GROUP LLC
u71607 cu015356

Authorized Signature

PAY TO THE ORDER OF    ***RICHARD MARSHACK***

***Two Hundred Thirty-Nine Thousand One Hundred Ninety-Seven and 01/100 -US Dollars **

Authorized Signature

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
14468 CULVER DR
IRVINE, CA 92604
FOR INQUIRIES CALL (480) 394-3122

⑈0060103000⑈ ⑆121000248⑆486 50530⑈

EXHIBIT 1
Page 6

# EXHIBIT 2

EXHIBIT 2
Page 7

 Search Community     Get app    Log In



r/realestateinvesting • 2 yr. ago
by sifeo                                                            Join    •••

## TouziCapital Scam or Not ?

Hi all,

Like many of you I'm looking for some passive income stream. I don't want to manage/deal with properties, it's too time consuming. I'm exposed to the stock market and have some retirement accounts. I looked for real estate syndication and found a couple of sites: Fundrise, Peerstreet and TouziCapital.

The thing is TouziCapital seems to be too good to be true: return of 1% monthly, 1 year commitment on some investments/funds, no fee (they don't do it for free it just means they make more than the 1% they share with you). Anyway it looks too good to be true and I really have no idea on how to "evaluate" if they are solid financially and trustworthy. Any idea? Also the way the investment works is you get share in a spinoff corp so it means their initial business is never affected if anything goes wrong which worries me a bit. It seems like a shield to their main business but maybe it's just the way these investment deals are done.

↑ 6 ↓    💬 100    ⬆ Share

u/Microsoft_Azure • Promoted

Choose the right virtual machines for your workloads and reduce costs.

azure.microsoft.com                                                    Sign Up

Sort by:  🛡 Best ⌄                                                    100 comments

＋ Add a Comment

**Kabinetapp** • 2 yr. ago
Be very careful investing your money in places where you do not have direct control over it. Hope this helps as we wouldn't want to comment on anyone's business specifically without knowing the full details.

↑ 4 ↓    💬 Reply    ⬆ Share    •••

**[deleted]** • 1 yr. ago

**Any-Tax6279** • 1 mo. ago

EXHIBIT 2
Page 8



Log In

about this. Genuinely not sure if he is busy, unwell, or left the country. If you are considering taking legal action please reach out.

⊖    ⬆ 3 ⬇    💬 Reply    ⬆ Share    •••

**Any-Tax6279** • 1 mo. ago

Also before I get roasted. I'm new to Reddit and have no idea what I'm doing. Just created this account because someone told me I might find other touzi investors here.

⬆ 2 ⬇    💬 Reply    ⬆ Share    •••

⊕ 3 more replies

**arvindramki** • 1 mo. ago

Can you share the concerning news? I haven't invested in the same project but have invested in another senior living facility.

⬆ 2 ⬇    💬 Reply    ⬆ Share    •••

⊕ 13 more replies

⊕ 2 more replies



**Redcrux** • 2 yr. ago

Google Eng Taing, he is the founder and did an interview that's floating around online. It seems legit but you are literally just investing your money in a big real estate investor from Kansas city. He has been investing for 12 years and was originally a data scientist at Apple if that means anything. If you think he can deliver than you're good, if he goes under so will your money. There is no such thing as a guaranteed return.

⊖    ⬆ 2 ⬇    💬 Reply    ⬆ Share    •••



**bornamental** • 2 yr. ago

Are guaranteed returns common in real estate syndications? Because 1% a month guaranteed returns sounds like a ponzi scheme to me

⬆ 2 ⬇    💬 Reply    ⬆ Share    •••

⊕ 8 more replies



**jtfromer** • 9 mo. ago

We work directly with Touzi and our members have invested in several of their projects - we are a free group of investors, formed for this exact reason - so we could discuss projects and vet sponsors like Touzi. Check us out at AdaptMyWealth.com

⬆ 2 ⬇    💬 Reply    ⬆ Share    •••



**CommitteeCute2683** • 6 mo. ago

I heard recently from a guy who invested with them that most of the real estate and crypto funds have stopped paying distributions. Not saying its a Ponzi but it walks like a duck..

⊖    ⬆ 1 ⬇    💬 Reply    ⬆ Share    •••

EXHIBIT 2
Page 9



Log In

programs where the "sponsor" makes money regardless and you're not having that much upside. In the end I just do my own investment and I'm better off.

⬆ 2 ⬇    💬 Reply    ↑ Share    ⋯

⊕ 6 more replies

**[deleted]** • 1 mo. ago

**sifeo** 🎤 • 3 days ago

just updating that I got report from some people that couldn't reach the CEO Eng Taing recently. Today I just found out he disabled his linkedin profile. I feel like I dodged a bullet :/

⬆ 1 ⬇    💬 Reply    ↑ Share    ⋯

⊕ 4 more replies

**[deleted]** • 2 yr. ago

**nankerjphelge** • 2 yr. ago

I don't have any personal experience with that particular fund, however I do have experience with other private lending funds, specifically Ignite Funding, which is legit and I have had good results with.

Such managed private lending funds can be totally legit, you just want to do your due diligence to check their track record, specifically how many loans they've managed that went into default or foreclosure, what the results of those defaults or foreclosures were in terms of returning capital to investors, and length of time they've been in business as a private lending fund.

It's also a good idea to do a Google and BBB search to see if there are reviews from previous or current investors and if there are any major complaints or issues that come up in those reviews and searches. Given that there are a number of private lending funds out there you could invest with, I would pass if you can't find a significant number of favorable reviews from other investors for the fund you're looking at.

⬆ 1 ⬇    💬 Reply    ↑ Share    ⋯

**arvindramki** • 1 yr. ago

I'm not sure if anyone has any negative experiences with Touzi but I just invested 25k in their senior living offering. I was also skeptical but I took the plunge now that they have a couple years of track record and AUM has increased considerably. I hope it all works out. Fingers crossed

⊖    ⬆ 1 ⬇    💬 Reply    ↑ Share    ⋯

**BUSFULOFNUNS** • 10 mo. ago

How did this go for you?

I am also considering investing in one of their real estate offerings.

⬆ 1 ⬇    💬 Reply    ↑ Share    ⋯

EXHIBIT 2
Page 10



Log In

 **[deleted]** · 5 mo. ago

 **jszeto0724** · 9 days ago

Anyone here invest in Touzi's Bitcoin Mining fund? Let's connect.

⊖    ⇧ 1 ⇩    💬 Reply    ⬆ Share    ···

 **California2019Ellie** · 8 days ago

message BlackEndLight - he knows Ryan Beatty, ex-Touzi employee, and they are working on getting a class action law suit together.

⇧ 1 ⇩    💬 Reply    ⬆ Share    ···

 **[deleted]** · 4 days ago

## More posts you may like

 r/singaporefi · 2 yr. ago

### Is SYFE good?

9 upvotes  ·  10 comments

 r/Superstonk · 2 yr. ago

### Can we talk about brokers real quick?

14 upvotes  ·  8 comments

 r/CryptoCurrency · 2 yr. ago

### I am a co-founder of a crypto company and I am super worried about marketing space in this industry. Seriously, how do you actually look for something worth investing in?

14 upvotes  ·  111 comments

 r/tax · 2 yr. ago

### What is the likely of being audited by the IRS (Crypto bot trading)

1 upvote  ·  12 comments

🔥 r/BEFire · 2 yr. ago

### Is the ING Focus Plan worth it?

6 upvotes  ·  10 comments

EXHIBIT 2
Page 11



Log In

## Rethinking the Ethics of Real Estate Investing

398 upvotes · 282 comments

 r/realestateinvesting · 6 days ago

## Section 8 Deposited $17,000 To My Account

104 upvotes · 89 comments

 r/realestateinvesting · 10 days ago

## How are people scaling to 40 properties in 3 years?

174 upvotes · 255 comments

 r/realestateinvesting · 28 days ago

## What don't property management companies do?

101 upvotes · 120 comments

 r/realestateinvesting · 25 days ago

## What is your income from real estate investing?

138 upvotes · 326 comments

 r/realestateinvesting · 3 days ago

## For those waiting for a housing market crash, why do you think it will happen? The majority of loans are not ARMs like they were back in the early 2000s.

150 upvotes · 347 comments

 r/realestateinvesting · 22 days ago

## Why are these closing costs so high when buying a home now? What happened to 5-6% of the cost of the home? Sale price is $135k with $15k closing costs?

135 upvotes · 96 comments

 r/realestateinvesting · 13 days ago

## What has been your most expensive mistake?

187 upvotes · 243 comments

 r/realestateinvesting · 4 days ago

EXHIBIT 2
Page 12



Log In

227 upvotes  ·  110 comments

r/RealEstate · 16 days ago

## Buyers are short $8k. What are my options?

715 upvotes  ·  758 comments

r/RealEstate · 27 days ago

## Why are listing prices HIGHER than last year with higher interest rates?

416 upvotes  ·  496 comments

r/RealEstate · 20 days ago

## What are my obligations, if any?

126 upvotes  ·  100 comments

r/RealEstate · 3 days ago

## What are the chances of getting a 2nd offer in the last hour of a deadline?

303 upvotes  ·  240 comments

r/realtors · 2 days ago

## Don't be that agent.

305 upvotes  ·  141 comments

r/RealEstate · 18 days ago

## The interest rate blues

152 upvotes  ·  302 comments

r/RealEstate · 18 days ago

## We (buyer) pulling out of deal

302 upvotes  ·  172 comments

r/RealEstate · 10 days ago

## Seller/Agent mad about us having a lawyer

302 upvotes  ·  255 comments

EXHIBIT 2
Page 13

 

Log In

198 upvotes · 150 comments

r/RealEstate · 27 days ago

## Am I crazy to sell my house when I have a 3% mortgage?

731 upvotes · 302 comments

r/RealEstate · 23 days ago

## Two Que. real estate brokers under investigation for submitting bogus bids on homes

125 upvotes · 51 comments

EXHIBIT 2
Page 14

# EXHIBIT 6

EXHIBIT 6
Page 15

Litigation Practice Group QC Script

QC number 725-735-8100 Hours M-F 7 AM-6 PM PDT

Good afternoon/morning, **[CLIENT NAME].** this is **[YOUR NAME]** with the LPG Verification Department.

Welcome to LPG. It is great to meet you today. Based on your situation and file, it looks like you are prime candidate for our program. I will be conducting your verification call with you today.

Now, before I continue, I would like to advise you this call is for verification of your file and program with LPG.

If you have any questions during or after this call, you can contact LPG directly at 949-229-6262.

This call will be recorded for quality assurance purposes. Do I have your permission to record this call? Great. Thank you!

EXHIBIT 6
Page 16

Litigation Practice Group QC Script

In the event we are disconnected, is **[CLIENT's PHONE #]** the best number to reach you?

Is this your primary contact number? Are we able to leave voice messages on this number? Is this a cell phone?

**[IF YES]** Are we able to send text messages to this number? Thank you.

EXHIBIT 6
Page 17

Litigation Practice Group QC Script

I see that you have been speaking with **[OUTREACH SPECIALIST NAME]** and you have enrolled into the **Litigation Practice Group Legal Debt Resolution Program**. Is that correct?

Can you please state and spell your full legal name? Can you please confirm your complete mailing address? Are we able to send mail to this address?

Do you have any additional phone numbers you wish to be contacted on?

Can you please state your date of birth?

If Yes > You will get text reminders about upcoming payments, follow-up calls and updates to your account.

If No > Thank you. I will note that on your file.

EXHIBIT 6
Page 18

Litigation Practice Group QC Script

Now, there are several different types of debt programs on the market and I realize that some people have preconceptions about the LPG program so I want to take this time to go over some details about the program and make sure you understand how the LPG program is different and how it is going to resolve the accounts you have enrolled in the program.

If you do not understand anything I ask or say, I will be more than happy to repeat it for you, OK?

EXHIBIT 6
Page 19

Litigation Practice Group QC Script

First, by enrolling in the program, you are now represented by The Litigation Practice Group or LPG for short. LPG is a law firm that specializes in resolving and eliminating debt and your lawyer is Daniel S. March. Do you understand?

Yes > Thank you...Go to the next question

No > LPG is a law firm that specializes in debt resolution and will represent you with the creditors you have enrolled in the program.

EXHIBIT 6
Page 20

Litigation Practice Group QC Script

The monthly payments you are making are for the attorney fees associated with your representation by LPG. Do you understand?

Yes > Thank you… Go to the next question

No > The monthly payments are for the retainer fee to have the law firm resolve your debts. They are split up into payments to make the program affordable to you. If LPG cannot invalidate your accounts, you are entitled to a refund of what you have paid LPG for those accounts.

EXHIBIT 6
Page 21

Litigation Practice Group QC Script

The Litigation Practice Group is a law firm specializing in debt resolution and it is not a debt settlement program. Do you understand the difference?

Yes > Thank you…Go to the next question.

No > Debt settlement is a program that puts your monthly payments into an escrow account where it builds into a lump sum payoff of your accounts one at a time. Debt resolution is a program that uses a legal process to resolve your debt and remove them from your credit report. It can include several different resources and processes that attorneys have access to and knowledge about.

EXHIBIT 6
Page 22

Litigation Practice Group QC Script

The attorney fees you are paying will go to The Litigation Practice Group and not to your creditors. They do not accumulate towards settlement and they will not be used to pay your debts. Do you understand?

Yes > Thank you...Go to the next question.

No > The LPG program is designed to resolve your debts through a process of disputing and invalidating your accounts. The collection agencies have an obligation to prove they have a legal right to collect from you and most of the time they cannot. There is a chance your accounts might have to be settled and LPG will handle that as well. The goal is to resolve your debts one way or another through their legal process.

EXHIBIT 6

Page 23

Litigation Practice Group QC Script

If at the end of the process, LPG is unable to invalidate or resolve one or more of your accounts, you are entitled to a refund for the fees paid for that or those accounts that can be used towards a settlement with the creditor. OK?

Yes > Thank you…Go to the next question.

No > Our settlement process is included in the program and there is no fee for that service. Your payments to the program will be adjusted and reduced to include the payments for your settlement, but you will pay the settlement payments directly to the creditor.

EXHIBIT 6
Page 24

Litigation Practice Group QC Script

If you receive a lawsuit on any account, The Litigation Practice Group will represent you and handle all legal proceedings at NO ADDITIONAL cost to you. Do you understand?

Yes > Thank you…Go to the next question

No > While it's not very common, some creditors will choose to file a summons complaint to collect. Don't panic. You will send your paperwork to LPG and LPG will answer the summons, negotiate on your behalf, and then settled the account for you. Once settled, it can still be removed from your credit report.

EXHIBIT 6
Page 25

Litigation Practice Group QC Script

Depending on your current credit standing, this program could possibly have a temporary negative effect on your credit. Do you understand? However, it is the goal of this program to resolve and delete any derogatory information from your credit report.

Yes > Thank you. That completes the questions.

No > [CLIENT NAME] your credit report is used by creditors to determine whether to extend new credit to you or not, but your main concern while in our program should be getting out of debt. Once your accounts are invalidated and removed from your credit report, your credit should begin to repair itself as long as the rest of your credit stays positive. Repeat Question.

EXHIBIT 6
Page 26

Litigation Practice Group QC Script

Now I would like to go over the accounts being enrolled into the program.

I show there are **[# of accounts]** accounts listed on your agreement.

I would like to go over the accounts and balances enrolled. [Go over each account name and balance of the account(s). If you cannot tell what the creditor is, state what is listed and then state the balance. The client will most likely know what it is.]

Do you agree that the accounts and amounts listed on your agreement are correct to the best of your knowledge?

Do you understand that if any of the enrolled debts are auto loans, secured, or have any type of collateral, those items may be repossessed?

Yes > Thank you.

No > Ok, once we complete the call, I will have LPG reach out and get the correct numbers so we have the most accurate info for your file.

EXHIBIT 6
Page 27

Litigation Practice Group QC Script

Now, I would like to confirm payment information.

Per your agreement, you have chosen to make payments using your [BANK NAME] account. Is that correct?

Could you please verify your routing and account number? [If they don't have it available, read it to them from DPP and have them confirm]

[CLIENT NAME] can you please confirm that your first payment is on [DATE] for [PAYMENT AMOUNT] and you have a total of [NUMBER OF PAYMENTS] payments to the program. Is that correct?

Litigation Practice Group will be processing your payments. When you see LPG on your statement, it is the scheduled payment per your agreement.

Finally, for our records, I would like you to confirm that the information you gave me was, to the best of your knowledge, truthful and accurate.

If you agree, please state your full name. Please state today's date. Please state the last 4 digits of your social security number.

EXHIBIT 6
Page 28

Litigation Practice Group QC Script

Great, that completes your verification call! Congratulations on taking the first step towards a debt free future and welcome to the LPG program.

LPG will be sending you a follow-up text with their contact information along with an outreach call with a more detailed explanation if the program within 3 business days.

If you have any questions or need anything in the meantime, feel free to call or email LPG, email is preferred (support@lpglaw.com), otherwise you can call the Client Support Team at 949-229-6262

Congratulations on your enrollment. Have a great

**[Morning/Afternoon/Evening]!**

EXHIBIT 6
Page 29

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 7

EXHIBIT 7
Page 30

**Educational Outreach Script**

**Page 1**

Hello, I am trying to reach {FIRSTNAME}?

Hi **{FIRSTNAME}**. My name is **{SYSTEMUSER_FIRSTNAME}** and I'm calling from **The Litigation Practice Group on a recorded line.** We are going to handle the **Debt Resolution Program** that you recently enrolled in with **{ASSIGNED_TO}**.

I am calling to welcome you to our program and to discuss your account in detail and how our program will benefit you. I also want to let you know that if you haven't received our welcome package in the mail yet, you will shortly. For security purposes could you please verify the last four digits of your Social Security Number and your date of birth (also acceptable is the address and phone number).

SSN: {SSN}

Date of Birth: {DOB}

First, thank you for choosing The Litigation Practice Group to help you with your financial situation. The program you enrolled in is the **most effective debt resolution program** in the marketplace today because it is designed and operated by attorneys licensed to practice law. **At The Litigation Practice Group, our goal is to not only help you clear your debt, but also to help get you back to a normal credit standing.** Although you went over our process in detail with **{ASSIGNED_TO}**, it is very important to us that you have any additional questions answered as we begin the process.

EXHIBIT 7
Page 31

**Page 2**

**First, we will immediately give notice to your creditors that you are represented by counsel and that all communication should be directed to your attorneys.** This will ensure that your creditors or any related debt collectors immediately cease communication with you. If throughout the process of resolving your debts, your creditors continue to harass or intimidate you regarding any of your accounts enrolled, **we will review that communication for violations of your rights and immediately file suit against the creditor on your behalf.**

During this initial part of the program, your credit report will undergo an audit and any incorrect or negative items impacting your credit report will be evaluated. For this to be corrected, we will be contacting the credit bureaus to challenge the erroneous information. The initial dispute letters to the credit bureaus and letters or representation to your creditors have been prepared for you and have already been sent out. Please remember that the timeframe for the credit bureaus to investigate and respond is 45-60 days. You should receive any responses in the mail. They will come in a plain white envelope. Please make sure you send those to LPG or upload them in your client portal.

EXHIBIT 7
Page 32

**Page 3**

**Now please keep in mind that the first few months are the most difficult phase in the program. You will most likely start receiving collection calls from the creditors. This is normal. We encourage you to answer these calls and tell the caller that you have hired LPG to represent you for this account and that we are exploring all options including bankruptcy and then politely hang up. That will let them know to contact us and help slow the calls.**

**Any questions so far?**

EXHIBIT 7

Page 33

**Page 4**

To be clear, you have hired us as your law firm and the fees that you pay are for our representation of you. As a result, **we work for you and will do everything in our power to assist you and give meaning to the rights that you have under federal law.**

A few more things before I let you go; throughout this process you have an attorney assisting you and you have the right to speak with an attorney to address any and all questions you have regarding the debts you have hired us to help you resolve.  If at any time you want to speak with an attorney, call us and schedule a time, and one of our attorneys will contact you to discuss whatever issue you wish to address regarding your accounts.

EXHIBIT 7

Page 34

**Page 5**

The Welcome Package has all of this information and more details regarding the program. Please take the time to thoroughly read that welcome package because it gives a lot of great information on the process and what your role is in this program.

**Before we end the call, do you have any questions or clarification?**

It has been such a pleasure speaking with you today **{FIRSTNAME}**, I appreciate your time and your patience. Again, we want to welcome you and we look forward to working with you and assisting you with your program. I hope you have a great day!

Thank you again for trusting us to serve as your attorneys, and do not hesitate to reach out to us if there is anything that we can do to assist you throughout this process.

Before we hang up, I do need read the following disclosure to you:

**LPG is a law firm and not a settlement or consolidation company. We do not pay your creditors wit the funds that you pay. Rather those funds go directly to attorney's fees to resolve your debts.**

I would like to confirm that you have been speaking with (YOUR NAME).

Thank you for your time and we look forward to working with you. Have a great day!

EXHIBIT 7
Page 35

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JONATHAN SERRANO IN SUPPORT OF STATUS CONFERENCE REPORT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 12, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On June 12, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 12, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 12, 2023 | Caron Burke | |
| *Date* | *Printed Name* | *Signature* |

**1.**    <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov