1  Christopher B. Ghio (State Bar No. 259094)
   Christopher Celentino (State Bar No. 131688)
2  **DINSMORE & SHOHL LLP**
   655 West Broadway, Suite 800
3  San Diego, CA 92101
   Telephone:  619.400.0500
4  Facsimile:  619.400.0501
   christopher.ghio@dinsmore.com
5  christopher.celentino@dinsmore.com

6  Proposed Special Counsel to Richard A. Marshack

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor.<br><br>Richard A. Marshack,<br><br>    Plaintiff<br><br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW GROUP, INC.; MAVERICK MANAGEMENT, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T. INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**DECLARATION OF TY CARSS**<br><br>Date:   June 12, 2023<br>Time:  1:30 p.m.<br>Judge: Hon. Scott C. Clarkson<br>Place:  Courtroom 5C<br>          411 W. Fourth Street<br>          Santa Ana, CA  92701 |

1

|   |   |
|---|---|
| 1 | SERVICES, INC. d/b/a FIS; WORLDPAY, INC.; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; THE UNITED STATES POSTAL SERVICE; and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

I, William Taylor "Ty" Carss, declare:

1. I am an attorney duly admitted to practice before all of the Courts in the State of California, United States District Court for the Central District of the State of California. I make this Declaration of my own personal volition and based upon my personal knowledge, except as to those matters based upon information and belief, and as to those matters, I believe them to be true.

2. In late October 2022, I was hired by Tony Diab to work for a Law Firm called Gallant Law Group ("GLG"); the head attorney of GLG was in Pennsylvania, but the operations were here in Irvine, California. I was the onsite attorney and was to provide legal advice, help manage the "law firm," and represent California clients in either litigation or in bankruptcy. In January 2023, the business nearly came to a halt and the CRM (Debt Pay Pro) that we employees used was taken away. Mr. Diab stated that there was a disagreement between the people that ran GLG, and we were parting ways. Even though things were slow during this down period, I was told that business would be ramping up quickly. A few weeks were spent in limbo, and then Mr. Diab floated the idea of starting a new Law Firm. The name Phoenix Law was settled on, and in early February 2023, on a Monday night around 10:00 pm, Mr. Diab called me and asked if I would be the Managing Attorney of Phoenix Law (because I was doing such a great job and was well-liked in the office). Thinking back now, it seems like a haphazardly way to pick a new Head Attorney – although it was Mr. Diab's normal operating protocol to call and text very late at night – but given the necessity for Mr. Diab to hurriedly offload the Litigation Practice Group ("LPG") clients, thinking back now, it makes sense.

3. My understanding as Managing Attorney of Phoenix Law was that we were going to get a portion of the GLG clients and start onboarding new clients through marketing affiliates. The Corporation was set up in my name, and we started working under the Phoenix Law banner. Within

///

a few weeks, thousands upon thousands of LPG clients were "dumped" onto Phoenix Law; Mr. Diab was correct, things got really busy overnight.

4. Prior to the "transfer" of LPG clients to Phoenix, all I knew about LPG was that Mr. Diab supposedly ran the administrative operations, and that it was "winding down" its business (i.e., not taking on new clients and would operate until its current clients had completed their terms.)

5. I was never informed about the LPG clients coming to Phoenix Law – it just happened. If a Legal Agreement exists between Phoenix Law and LPG, I have not seen it.

6. I do not know if Mr. Diab's scheme was already in motion back in October 2022 when I was hired; but as things progressed, I should have realized sooner that I was being duped. Notably, during a "town hall" meeting with all the employees of Phoenix Law, Ms. Loli introduced me to the whole group as the "fall guy." I really enjoy working with the employees of Phoenix Law and trying to help the clients the best we can – I thought as a team, if we always chose to do the right thing by the clients, we could make this enterprise work.

7. While Mr. Diab has not interfered with or acted as legal counsel for or within Phoenix Law (as far as I know), he has continued to assert management and control over the operations, hirings, and most importantly, the finances. All expenditures must be approved by Mr. Diab. We all know that to be true.

8. While I will provide more specifics and details to the Court over the coming days, there are several matters which deserve the Court's attention today:

   a. First, since being served with the Court's TRO on June 2, 2023, and understanding then the falsehoods around which Mr. Diab's con was based, I have been cooperating with the Trustee and his investigative team 100%. I have instructed the employees in the premises of Phoenix to cooperate as well.

   b. Second, my most important concern today is for the tens of thousands of consumer customers who originally were customers of LPG, and who -- through the machinations of Mr. Diab and his insider team -- have been shifted from LPG to and through multiple different law firms without their consent. The overwhelming majority of the consumer clients in the database (discussed below) are legacy LPG clients. I support some form of orderly transition under the

3

guidance of the Trustee to secure adequate and lawful representation of those consumers -- this time with their consent -- to ensure their situation is not worsened, and to provide some hope of economic recovery for damages caused by the prior representation of Mr. Diab's many entities.

      c.      Third, the CRM databases utilized by the current Phoenix and Greyson practices contain the historical data of all LPG clients who have been migrated to these entities from LPG. The original CRM was a hosted database from Debt Pay Pro, an entity I understand is cooperating with the Trustee. After the loss of use of Debt Pay Pro, development of a new CRM named "Luna" was ramped up to allow the various law firms operated by Mr. Diab to provide services for the LPG clients. Luna was likely released too soon as it appears to be a compromised version of Debt Pay Pro. Luna does appear to contain a complete copy of the data from the former Debt Pay Pro database. Much of Luna's development has occurred at Phoenix Law, and Mr. Diab may have been involved in the financing of it.

      d.      Fourth, some observations on the recent (since the bankruptcy filing) of the rise of another law firm, Greyson Law. I am informed that Mr. Diab's confidante, Han Trinh is the "face" of the operation as the Lead Manager, and her sister, Jayde Trinh, serves as the lead attorney. I am informed and believe that Han Trinh is on Greyson payroll for $300,000 and Phuong "Jayde" Trinh -- who is in her second year of legal practice -- is on the payroll for $500,000 per year. Prior to the filing of the Bankruptcy Proceeding, the majority of the former contract lawyers working for LPG were also transitioned first to Gallant (and maybe Oakstone) and then as contract lawyers for Phoenix. When legal services were required in states outside California, Phoenix would assign the legal case of one of those contract lawyers, on a 1099 basis, to handle the case for a set fee. On March 20, 2023, it appears that Greyson signed its first client, who was a former client of Oakstone Law, the entity to which the clients not transitioned to Gallant law were transitioned by Mr. Diab before being transitioned then to Phoenix. A copy of that client's new Fee Agreement with Greyson is in the Luna database. It appears that all the 48 "clients" of Greyson are former LPG, Gallant, Oakstone, and/or Phoenix clients; of the 48 such clients, 42 of them remain "active" in the Luna database as Phoenix clients. Since March 20, 2023, when Phoenix reached out to the attorney network to secure representation for Phoenix clients, Phoenix is informed that the attorneys are now salaried employees

4

of Greyson, and that Greyson will invoice Phoenix for such work. Those invoices from Greyson have now increased the expenses to Phoenix for such services and are now invoiced at a 167% increase to Phoenix. It is readily apparent that the rise of Greyson is designed to compete with, and siphon money away from, Phoenix.

   e. Finally, a few preliminary comments about the affiliates PrimeLogix and Maverick Management. After the Trustee was appointed, Mr. Diab informed me that he would present to the Trustee an agreement for Phoenix Law to be the successor to LPG, but which has yet to materialize. I am informed and believe that PrimeLogix and Maverick are operated (and allegedly owned) by Mr. Diab's confidante, Rose Bianca Loli. I do not believe Ms. Loli operates without specific instruction from Mr. Diab.

 I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration is executed on this __11th__ day of June, 2023 at __Escondido__, California.

_____
William "Ty" Carss

5

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF TY CARSS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 12, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On June 12, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 12, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 12, 2023 | Caron Burke | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov