Douglas A. Plazak, SBN#181709
dplazak@rhlaw.com
REID & HELLYER APC
3685 Main Street, Suite 300
P.O. Box 1300
Riverside, California 92502-1300
Telephone:  (951) 682-1771
Facsimile:  (951) 686-2415

Attorneys for GREYSON LAW CENTER PC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

|  |  |
|---|---|
| In re: | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C. | Adv. Proc. No. 8:23-01046-SC |
| Debtor. | Chapter 11 |
| RICHARD A MARSHCK, Chapter 11 Trustee, | |
| Plaintiff, | **DECLARATION OF LYNN KOHN_IN SUPPORT OF GREYSON LAW CENTER PC OPPOSITION TO MOTION FOR TURNOVER, PRELIMINARY INJUNCTION, LOCK-OUT, RE-DIRECTION OF US MAIL** |
| -vs- | |
| Tony Diab, Daniel S. March, et al., | |
| Defendants. | Hearing Date:    June 12, 2023 |
|  | Time:              1:30 p.m. |
|  | Courtroom:      5C |
|  |                       411 West Fourth Street |
|  |                       Santa Ana, CA 92701 |

## DECLARATION OF LYNN KOHN

I, Lynn Kohn, declare:

1.     I make this declaration in support of in support Of Greyson Law Center Pc Opposition To Motion For Turnover, Preliminary Injunction, Lock-Out, Re-Direction Of Us Mail. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify I could and would testify competently thereto.

2.     In 2020 I began experiencing financial distress. As a result I was contacted by LPG to assist me in addressing my debts.  Ultimately, I entered into a contract with The Litigation Practice Group P.C. ("LPG") to assist me with my debt issues.  A true and correct copy of this contract is attached hereto as **Exhibit A**.

3.     The attorney who was assigned to work on my file was David Orr.   In or about March, 2023, I was advised that Mr. Orr was disassociating with LPG and would no longer represent me.  Because I still wanted Mr. Orr to represent me, I contacted Mr. Orr and requested that he transfer my LPG file to his new business relationship.

4.     My LPG file was transferred to Mr. Orr after Mr. Orr disassociated with LPG with my express request and with my express consent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of June, 2023 at Alachua County, Florida



Lynn Kohn