**FILED**

JUN 13 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

ORDER No. _____
CHAPTER  11
APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: Queenie Ng, Trial Attorney    Attorney Bar# 223803
Law Firm: United States Trustee
Mailing Address: 411 W. 4th Street, Suite 7160, Santa Ana, CA 92701

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): Queenie Ng
Telephone: (714) 338-3403    E-mail: Queenie.K.Ng@usdoj.gov
Bankruptcy Case #: 8:23-10571-SC    Adversary Proceeding #/MP #: Adv#:8:23-01046-SC
Date of Hearing (complete a SEPARATE form for EACH hearing date): June 12, 2023    Time: 1:30 p.m.
Debtor: The Litigation Practice Group
Adversary Proceeding Name: Richard Marshack    vs. Tony Diab, etal
Hearing Judge: S. Clarkson    Courtroom #: SA 5C
**TRANSCRIBER:** Briggs Reporting    **ALTERNATE:** Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ Entire Hearing
☐ 14 Days    ☐ Ruling/Opinion of Judge only
☒ Expedited (7 days)    ☐ Testimony of Witness _____
☐ Daily (24 hours)    ☐ Other* _____ (name of witness)

*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions, Transcript Costs/Forms of Payment.*

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. Oct 2016. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*