FILED
JUN 15 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

ORDER No. _____
CHAPTER  11
APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____ (if known)

## TRANSCRIPT ORDER FORM

(File this form on the related case docket)

Ordering Party's Name: **Queenie Ng, Trial Attorney**        Attorney Bar# **223803**
Law Firm: **United States Trustee**
Mailing Address: **411 W. 4th Street, Suite 7160, Santa Ana, CA  92701**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement**): **Queenie Ng**
Telephone: (**714**) **338-3403**        E-mail: **Queenie.K.Ng@usdoj.gov**
Bankruptcy Case #: **8:23-10571-SC**        Adversary Proceeding #/MP #: **Adv#:8:23-01046-SC**
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **June 12, 2023**  Time: **1:30 p.m.**
Debtor: **The Litigation Practice Group**
Adversary Proceeding Name: **Richard Marshack**        vs. **Tony Diab, etal**
Hearing Judge: **S. Clarkson**        Courtroom #: **SA 5C**
**TRANSCRIBER:** **Briggs Reporting**        **ALTERNATE:** **Briggs Reporting**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)          ☐ Entire Hearing
☐ 14 Days                     ☐ Ruling/Opinion of Judge only
☒ Expedited (7 days)          ☐ Testimony of Witness _____
☐ Daily (24 hours)            ☐ Other*          (name of witness)

*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #):_____Time End (Index #):_____Time Start:_____Time End:_____

(Tape #:___)Time Start (Index #):_____Time End (Index #):_____Time Start:_____Time End:_____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS
**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote **prior** to transcribing.

*Rev. Oct 2016. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*