1  Christopher B. Ghio (State Bar No. 259094)
   Christopher Celentino (State Bar No. 131688)
2  Jeremy B. Freedman (State Bar No. 308752)
   **DINSMORE & SHOHL LLP**
3  655 West Broadway, Suite 800
   San Diego, CA 92101
4  Telephone:  619.400.0500
   Facsimile:  619.400.0501
5  christopher.ghio@dinsmore.com
   christopher.celentino@dinsmore.com
6  Jeremy.freedman@dinsmore.com

7  Proposed Special Counsel to Richard A. Marshack,
   Chapter 11 Trustee for the Bankruptcy Estate of
8  The Litigation Practice Group P.C.

9
                    **UNITED STATES BANKRUPTCY COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11
                         **SANTA ANA DIVISION**
12

13  In re:                                  | Case No. 8:23-bk-10571-SC

14  THE LITIGATION PRACTICE GROUP, PC,       | Adv. Proc. No. 8:23-ap-01046-SC

15       Debtor.                             | Chapter 11

16  ─────────────────────────────           | **DECLARATION OF CHRISTOPHER
                                               CELENTINO IN SUPPORT OF NOTICE
17  RICHARD A. MARSHACK,                       OF LODGMENT OF PRELIMINARY
    Chapter 11 Trustee,                        INJUNCTION**
18
                     Plaintiff,             | Judge:    Hon. Scott C. Clarkson
19
             v.
20
    TONY DIAB, an individual; DANIEL S.
21  MARCH, an individual; ROSA BIANCA
    LOLI, an individual; LISA COHEN, an
22  individual; WILLIAM TAYLOR CARSS, an
    individual; ENG TAING, an individual;
23  HENG TAING, an individual; MARIA EEYA
    TAN, an individual; JAKE AKERS, an
24  individual; HAN TRINH, an individual;
    JAYDE TRINH, an individual; WES
25  THOMAS, an individual; SCOTT JAMES
    EADIE, an individual; JIMMY CHHOR, an
26  individual; DONGLIANG JIANG, an
    individual; MAX CHOU, an individual;
27  OAKSTONE LAW GROUP PC; GREYSON
    LAW CENTER PC; PHOENIX LAW, PC;
28  MAVERICK MANAGEMENT GROUP,

LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive,

                    Defendants.

I, Christopher Celentino, declare:

1.      I am an attorney duly licensed to practice before this Court. I am a Partner of the law firm Dinsmore & Shohl LLP, and Proposed Special Counsel to Richard A. Marshack, Chapter 11 Trustee (the "Trustee").  I make this Declaration based on personal knowledge and if called to testify to the truthfulness of its contents, could and would do so competently.

2.      Since the hearing on June 12, 2023, we have engaged the Office of the United States' Trustee (the "OUST") and Doug Plazak, counsel to Greyson Law, P.C. ("Greyson"), in an exchange of drafts of the Proposed ORDER ON TRUSTEE, RICHARD MARSHACK'S OMNIBUS MOTION GRANTING: 1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542; 2) PRELIMINARY INJUNCTION; 3) LOCK-OUT; 4) RE-DIRECTION OF UNITED STATES PARCEL SERVICES MAIL; 5) ORDER TO SHOW CAUSE RE COMPLIANCE WITH COURT ORDER; AND 6) OTHER RELIEF AS NECESSARY TO EFFICIENT ADMINISTRATION OF THIS MATTER (the "Proposed Order"). The Proposed Order concerning Preliminary Injunction has been lodged and uploaded, and the language therein has been approved by counsel for the OUST and Greyson.  A true and correct blackline comparison to the Amended Temporary Restraining Order entered June 2, 2023 is attached hereto as Exhibit "1" for the convenience of the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 16, 2023 at San Diego, California.


*/s/ Christopher Celentino*
Christopher Celentino

1

EXHIBIT "1"

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Christopher B. Ghio (State Bar No. 259094)
     Christopher Celentino (State Bar No. 131688)
2    Jeremy B. Freedman (State Bar No. 308752)
     **DINSMORE & SHOHL LLP**
3    655 West Broadway, Suite 800
     San Diego, CA 92101
4    Telephone:  619.400.0500
     Facsimile:  619.400.0501
5    christopher.ghio@dinsmore.com
     christopher.celentino@dinsmore.com
6    Jeremy.freedman@dinsmore.com

7

8

9    Proposed Special Counsel to Richard A. Marshack,
     Chapter 11 Trustee for the Bankruptcy Estate of
     The Litigation Practice Group P.C.
10

11

12                    **UNITED STATES BANKRUPTCY COURT**

13          **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

14

15   In re:                                    Case No.: 8:23-MP-00102

16   THE LITIGATION PRACTICE GROUP P.C.,       Chapter 11:. 8:23-bk-10571-SC

17        Debtor.                              Adv. Proc. No. 8:23-ap-01046-SC

18   ───────────────────────────────          Chapter 11

19   RICHARD A. MARSHACK,
     Chapter 11 Trustee,                       AMENDED ORDER ON TRUSTEE,
                                               RICHARD MARSHACK'S OMNIBUS
20                          Plaintiff,         EMERGENCY MOTION FOR GRANTING
                                               :
21   v.                       v.               1) TURNOVER OF ESTATE PROPERTY
                                               AND RECORDED INFORMATION
22   TONY DIAB, an individual; DANIEL S.       PURSUANT TO 11 U.S.C. § 542;
     MARCH, an individual; ROSA BIANCA LOLI,   2) PRELIMINARY INJUNCTION;
23   an individual; LISA COHEN, an individual; 3) LOCK-OUT;
     WILLIAM TAYLOR CARSS, an individual;      4) RE-DIRECTION OF UNITED STATES
24   ENG TANG TAING, an individual; HENG       PARCEL SERVICES MAIL;
     TAING, an individual; MARIA EEYA TAN, an  5) ORDER TO SHOW CAUSE RE
25   individual; JAKE AKERS, an individual; HAN COMPLIANCE WITH COURT ORDER;
     TRINH, an individual; JAYDE TRINH, an     AND
26   individual; WES THOMAS, an individual;    6) OTHER RELIEF AS NECESSARY TO
     SCOTT JAMES EADIE, an individual; JIMMY   EFFICIENT ADMINISTRATION OF THIS
27   CHHOR, an individual; DONGLIANG JIANG,    MATTER
     an individual; MAX CHOU, an individual;
28   OAKSTONE LAW GROUP PC; GREYSON
     LAW CENTER PC; PHOENIX LAW GROUP,

INC.;, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T.BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, INC.;LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; THE UNITED STATES POSTAL SERVICE;PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive,

Defendants.

Date:  May 25June 12, 2023
Time:  4:001:30 P.M.
Judge: Hon. Scott C. Clarkson
Place: Courtroom 5C
       411 W. Fourth Street
       Santa Ana, CA  92701

1    In his capacity as the duly appointed and acting Chapter 11 Trustee, Richard Marshack

2    ("Trustee") filed an Omnibus Emergency Motion for Turnover of Estate Property and Recorded

3    Information Pursuant to 11 U.S.C. § 542; Preliminary Injunction; Lock-Out; Re-Direction of United

4    States Postal Service Mail; Setting an Order To Show Cause re Compliance with the Court's Order

5    as to Tony Diab, Rosa Loli aka Rosa Bianca Loli aka Bianca Loli ("Rosa Loli"), Lisa Cohen, Daniel

6    March and William ~~Tyson~~Taylor "Ty" Carss; and Other As Necessary to the Efficient Administration

7    of this Matter under seal on May 25, 2023, which matter was heard on May 25, 2023, pursuant to

8    Local Bankruptcy Rule 9075-1. The Court, having considered the pleadings on file and the discussion

9    of the parties at the hearing, and having placed its findings of fact and conclusions of law in support

10    of this order orally on the record at the hearing, and finding that exigent circumstances exist and good

11    cause appearing therefor, hereby **ORDERS AS FOLLOWS**:

12    **TURNOVER ORDER OF ESTATE PROPERTY AND RECORDED INFORMATION:**

13        **A. RECORDED INFORMATION**

14    Within twenty-four (24) hours from the date of this Order or notice thereof, whichever is

15    later, the following information regarding  any and all persons who signed a Legal Services Contract

16    with LPG or whose file was purchased or otherwise transferred to LPG; ~~OakStone Legal~~Oakstone

17    Law Group, ~~P.C. ("OakStone~~PC ("Oakstone"); Greyson Law, P.C. ("Greyson"); Gallant Law Group,

18    PC ("Gallant~~");"); and its affiliate Center Pointe;~~ Phoenix Law ~~Group, P.C.,~~ PC (Phoenix"); LGS

19    Holdco., LLC; Consumer Legal Group, ~~P.C.~~PC ("CLG"); Maverick Management, LLC

20    ("Maverick"); Vulcan Consulting Group, LLC ("Vulcan"); BAT Inc. d/b/a Coast Processing ("Coast

21    Processing"); Strategic Consulting Solutions, LLC ("SCS"); Prime Logix, LLC ("Prime Logix");

22    Touzi Capital, LLC ("Touzi"); Tony Diab; Rosa Loli aka Rosa Bianca Loli aka Bianca Loli ("Rosa

23    Loli~~")~~;"); Lisa Cohen; Eng ~~Tang~~Taing; Heng Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes

24    Thomas; Scott James; Eadie, ~~Jummi~~Jimmy Chhor; Dongliang Jiang; Max Chou; and/or any other

25    alias', agents or corporate entities affiliated with same, for which the client's file remains open and/or

26    continues to make payments under an agreed upon installment contract, except those clients who

27    signed a Legal Services Contract post-petition (hereinafter "Client") shall be turned over to the

28    Trustee by Debtor:

///

1. All Client files, including but not limited to names, contact information, client file management, communications, account information, letters, pleadings, communications, payment history, financial account information, credit reports, executed legal services contracts, automated clearing house ("ACH") contracts, executed installment contracts, account balances, debts in dispute, payment history, file status, settlements, debt invalidations and/or any other information  created, managed and stored electronically utilizing DebtPayPro, a Forth, Inc. ("DPP") software program's software license, key or account, that was opened and is maintained and controlled by LPG; ~~OakStone~~Oakstone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; Coast Processing; SCS; Prime Logix; Touzi; Tony Diab; Rosa Loli; Lisa Cohen; Eng ~~Tang~~Taing; Heng Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, ~~Jummi~~Jimmy Chhor; Dongliang Jiang; Max Chou; and/or any other alias', agents or corporate entities affiliated with same (the "DPP Data");

2. All administrative usernames and passwords that give the Trustee access to any DPP account held, maintained or controlled by LPG; ~~OakStone~~Oakstone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; SCS; Coast Processing; Prime Logix; Touzi; Tony Diab; Rosa Loli; Lisa Cohen; Eng ~~Tang~~Taing; Heng Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, ~~Jummi~~Jimmy Chhor; Dongliang Jiang; Max Chou; and/or any other alias', agents or corporate entities affiliated with same;

3. All Client files, including but not limited to names, contact information, client file management, communications, account information, letters, pleadings, communications, payment history, financial account information, credit reports, executed legal services contracts, ACH contracts, executed installment contracts, account balances, debts in dispute, payment history, file status, settlements, debt invalidations and/or any other information  created, managed and stored electronically utilizing proprietary software program "LUNA" hosted on Amazon Web Services ("AWS") and located at the current domain "lunapp.com" that is maintained and controlled by LPG; ~~OakStone~~Oakstone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; SCS; Coast Processing; Prime Logix; Touzi; Tony Diab; Rosa Loli; Lisa Cohen; Eng ~~Tang~~Taing; Heng

1    Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, ~~Jummi~~Jimmy

2    Chhor; Dongliang Jiang; Max Chou and/or any other alias', agents or corporate entities affiliated

3    with same (the "Luna Data");

4        4. All administrative usernames and passwords that give the Trustee access to any AWS

5    account where Luna, its software program, databases and client information is held, stored and hosted

6    that is maintained or controlled by LPG; ~~OakStone~~Oakstone; Greyson; Gallant; Phoenix; LGS

7    Holdco., LLC; CLG; Maverick; SCS; Vulcan; Coast Processing; Prime Logix; Touzi; Tony Diab;

8    Rosa Loli; Lisa Cohen; Eng ~~Tang~~Taing; Heng Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes

9    Thomas; Scott James; Eadie, ~~Jummi~~Jimmy Chhor; Dongliang Jiang; Max Chou and/or any other

10   alias', agents or corporate entities affiliated with same;

11       5. All ACH files related to Client information, details, accounts, history of electronic fund

12   transfers ("EFT"), payments, amounts held, interest on held amounts, penalty fees, nonsufficient fund

13   fees or other ACH related charges to the Clients stored electronically or in hard copy associated with

14   ACH processing service providers and/or affiliated financial institutions, including but not limited to

15   EPPS; EquiPay, LLC ("EquiPay"); Merit Fund, LLC ("Merit Fund"); Authorize.net a subsidiary of

16   Visa, Inc. ("Authorize.net"); World Global; OptimumBank Holdings, Inc. dba Optimum Bank

17   ("Optimum Bank"); BankUnited, Inc. ("BankUnited"); Marich Bein, LLC ("Marich Bein");

18   Revolv3, Inc. ("Revolv3"); Fidelity National Information Services, Inc. dba FIS , including but not

19   limited to its subsidiaries Worldpay, ~~Inc.,~~LLC , Worldpay Group or any other subsidiaries providing

20   ACH processing services ("FIS"); Guardian Processing, LLC ("Guardian"); Payliance, LLC

21   ("Payliance"); Seamless Chex, Inc. ("Seamless"); Dwolla, Inc. ("Dwolla") Stripe, Inc. ("Stripe");

22   and/or any entity associated with the ACH identification transaction "LPG 949-226-6262 #5 2363

23   RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction

24   (hereinafter the "ACH Data");

25       6. All files, information, reports, spreadsheets, account numbers, routing numbers, and

26   databases related to transfer of funds out of any account opened, maintained and controlled by LPG;

27   ~~OakStone~~Oakstone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; SCS; Vulcan;

28   Coast Processing; Prime Logix; Touzi; Tony Diab; Rosa Loli; Lisa Cohen; Eng ~~Tang~~Taing; Heng

1  Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, ~~Jummi~~Jimmy

2  Chhor; Dongliang Jiang; Max Chou; and/or any other alias', agents or corporate entities affiliated

3  with same that were processed and executed by ACH processing service providers and/or their

4  affiliated financial institutions, including but not limited to EPPS; EquiPay; Merit Fund;

5  Authorize.net; World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian;

6  Payliance; Seamless; Dwolla; Stripe; and/or any entity associated with the ACH identification

7  transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially

8  similar ACH identification transaction (hereinafter the "ACH Transfer Data");

9    7. All administrative usernames and passwords that give the Trustee access to any ACH

10  processing accounts, software, database or other program at ACH processing service providers

11  and/or affiliated financial institutions, including but not limited to EPPS; EquiPay; Merit Fund;

12  Authorize.net; World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian;

13  Payliance; Seamless; Dwolla; Stripe; and/or any entity associated with the ACH identification

14  transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially

15  similar ACH identification transaction used to upload or input Client information, initiate Client

16  ACH EFTs, transfer Client ACH funds to outside financial institutions or otherwise manage any

17  account opened, maintained and controlled by  LPG; ~~OakStone~~Oakstone; Greyson; Phoenix; LGS

18  Holdco., LLC; CLG; SCS; Vulcan; Coast Processing; Prime Logix; Touzi; Tony Diab; Rosa Loli;

19  Lisa Cohen; Eng ~~Tang~~Taing; Heng Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas;

20  Scott James; Eadie, ~~Jummi~~Jimmy Chhor; Dongliang Jiang; Max Chou; and/or any other alias', agents

21  or corporate entities affiliated with same;

22    8. All accounting records, files, data and information for LPG; ~~OakStone~~Oakstone; Greyson;

23  Gallant; Phoenix; LGS Holdco., LLC; CLG; SCS; Vulcan; Coast Processing; and Prime Logix stored

24  on NetSuite, Quickbooks and Microsoft SharePoint, G-Suite or other permanent or cloud based

25  systems (hereinafter the "Accounting Data");

26    9. All contracts, records, reports, information, data and details regarding the transfer or sale

27  of any Client files or future Client ACH payments to any other law firm, organization, corporate

28  entity, person(s), or investment group (otherwise known as factoring companies) by LPG;

1    OakStoneOakstone; Greyson; Phoenix; LGS Holdco., LLC; and/or CLG (hereinafter the "Client

2    Transfer-Out Data");

3        10. All contracts, records, reports, information, data, cost basis, payment information and

4    details regarding the transfer or receipt of any Client files or future Client ACH payments from any

5    other law firm, organization, corporate entity, person(s), investment or marketing group (otherwise

6    known as capping companies) to LPG; OakStoneOakstone; Greyson; Gallant; Phoenix; LGS

7    Holdco., LLC; Maverick; and/or CLG (hereinafter the "Client Transfer-In Data");

8        11. All information, data, tables, spreadsheets and reports regarding Client information stored

9    on Formgrid, Inc. dba Airtable's ("Airtable") cloud based data management system used by LPG;

10    OakStoneOakstone; Greyson; Phoenix; LGS Holdco., LLC; and/or CLG to manage the

11    aforementioned information (hereinafter the "Airtable Data"); and

12        12. All administrative usernames and passwords that give the Trustee access to any Airtable

13    account opened, maintained or controlled by LPG; OakStoneOakstone; Greyson, Phoenix; LGS

14    Holdco., LLC; Maverick; and/or CLG; and

15        13. All email accounts related to LPG; OakStoneOakstone; Greyson; Gallant; Phoenix; LGS

16    Holdco., LLC; and/or CLG stored maintained and/or hosted on Office 365, g-suite or any other email

17    server, whether physical or cloud based servers (hereinafter "Email Data").

18        14. Nothing herein is intended to require Greyson or its owner, Scott Eadie, or Greyson

19    employees Jayde Trinh or Han Trinh to turn over: (a) any files for Clients which Greyson did not

20    obtain from or through access to data or personnel, including affiliated attorneys, from LPG, Phoenix,

21    Oakstone, LGS Holdco, LLC, CLG, or Gallant; (b) any accounting records, files, data and

22    information for Clients which Greyson did not obtain from or through any access to data or personnel,

23    including affiliated attorneys, from LPG, Phoenix, Oakstone, LGS Holdco, LLC, CLG, or Gallant;

24    (c) contracts, records, reports, information, data and details regarding the transfer or sale of any Client

25    files or future Client ACH payments to any other law firm, organization, corporate entity, person(s),

26    or investment group for Clients which Greyson did not obtain from or through any access to data or

27    personnel, including affiliated attorneys, from LPG, Phoenix, Oakstone, LGS Holdco, LLC, CLG,

28    or Gallant. Further, nothing herein is intended to prevent Greyson from storing, maintaining, and/or

1  hosting email accounts and domains on Office 365, g-suite or any other email server, whether

2  physical or cloud based, that is unrelated to LPG, Phoenix, Oakstone, LGS Holdco, LLC, CLG, or

3  Gallant, and provided that such email accounts and domains were not funded through, acquired or

4  developed by funds the genesis of which was the legacy files of LPG, including but not limited to

5  any funds delivered after January 1, 2019, from, through or affiliated with Maverick, Vulcan. Coast

6  Processing; SCS, Prime Logix, Oakstone, Gallant, Touzi, and/or any of the ACH payment processors

7  or financial institutions named in this Order.

8  **B. ESTATE FUNDS**

9  Within five (5) calendar days from the date of this order or notice thereof, whichever is later,

10  the following shall be turned over to the Trustee:

11  1. All post-petition Client ACH payments processed on or after March 20, 2023, and received

12  by LPG; ~~OakStone~~Oakstone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; SCS;

13  Vulcan; Coast Processing; Prime Logix; Touzi; Tony Diab; Rosa Loli; Lisa Cohen; Eng ~~Tang~~Taing;

14  Heng Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie,

15  ~~Jummi~~Jimmy Chhor; Dongliang Jiang; Max Chou; and/or any other alias', agents or corporate

16  entities affiliated with same related to LPG Clients who entered into a Legal Services Agreement

17  pre-petition and who have received the services provided in the contract;

18  2. The $6,308,702.72 million dollars in post-petition ACH EFTs processed through LPG's

19  Revolv3, Inc. merchant account from March 2023 to the present, including any amounts that have

20  been transferred, wired or otherwise withdrawn from LPG's Revolv3, Inc. merchant account to

21  ~~OakStone~~Oakstone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; SCS; Vulcan;

22  Coast Processing; Prime Logix; Touzi; Tony Diab; Rosa Loli; Lisa Cohen; Eng ~~Tang~~Taing; Heng

23  Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, ~~Jummi~~Jimmy

24  Chhor; Dongliang Jiang; Max Chou; and/or any other alias', agents or corporate entities affiliated

25  with same;

26  3. Nothing herein is intended to require Greyson to turnover any post-petition Client ACH

27  payments related to the approximate 48 LPG clients who are contemplated to be serviced by Greyson

28

1    and for whom Greyson provides the Chapter 11 Trustee with signed retention agreement to the extent

2    such funds were processed or received after the date of the signed retention agreement with Greyson.

3    ///

4    ///

5                            **PRELIMINARY INJUNCTION** ~~TEMPORARY RESTRAINING ORDER~~

6

7              From the date of this **ORDER** ~~through and including, June 12, 2023 or as~~ and until further

8    Ordered by this Court:

9         **1.  Control Over ACH Transfers:** All covered entities and individuals (defined below) are

10   hereby enjoined and shall not interfere with any ACH electronic funds transfer being executed

11   pursuant to documents authorizing such transfers to be executed in favor of LPG as follows:

12              a)  Covered Entities and Individuals: The following entities and individuals, and

13   anyone acting on their behalf: LPG; ~~OakStone~~ Oakstone; Greyson; Gallant; Phoenix; LGS Holdco.,

14   LLC; CLG; Maverick; Vulcan; Coast Processing; Prime Logix; SCS; Touzi; Tony Diab; Rosa Loli;

15   Lisa Cohen; Eng ~~Tang~~ Taing; Heng Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas;

16   Scott James; Eadie, ~~Jummi~~ Jimmy Chhor; Dongliang Jiang; Max Chou; and/or any other alias', agents

17   or corporate entities affiliated with same shall, absent further order from this Court~~;~~, are Preliminary

18   Enjoined as follows:

19              i)  Enjoined Conduct re ACH Instructions: No covered entity or individual

20   shall initiate, cause to be initiated, or instruct any company or person that processes ACH transfers

21   and/or their affiliated financial institutions, including EPPS; EquiPay; Merit Fund; Authorize.net;

22   World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; Payliance;

23   Seamless; Dwolla; Stripe; and/or any entity associated with the ACH identification transaction "LPG

24   949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH

25   identification transaction, to execute any ACH EFT on any file, financial institution, or current or

26   former client of LPG, to or for the benefit of LPG, including but not limited to ~~OakStone~~ Oakstone;

27   Greyson; Phoenix; CLG; Prime Logix; SCS; Maverick;   and/or Vulcan, without the express

28   authorization of Trustee;

                                                        7

1   ii) Enjoined Conduct re Bank Accounts: No covered entity or individual shall

2   open, or cause to be opened, any account, whether business or personal, that can receive or send

3   money or anything of value, at any company including banking, financial, or similar institutions

4   and/or receive, directly or indirectly, any funds drawn from ACH electronic fund transfers;

5   **2. Enjoined Execution of ACH Transfer**: All covered entities and individuals (defined

6   below) are hereby enjoined and prohibited from interfering with any ACH electronic funds transfer

7   ///

8   being executed pursuant to documents authorizing such transfers to be executed in favor of LPG as

9   follows:

10   a) Covered Entities and Individuals: All companies capable of processing ACH

11   electronic funds transfers, including EPPS; EquiPay; Merit Fund; Authorize.net; World Global;

12   Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; Payliance, Seamless; Dwolla;

13   Stripe; and/or any entity associated with the ACH identification transaction "LPG 949-226-6262 #5

14   2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction

15   are enjoined absent further order of this court, from:

16   i) Enjoined Conduct re ACH Transfers: No covered entity or individual shall

17   transfer, wire, divert or otherwise permit the withdraw any funds received from any ACH electronic

18   funds transfer on any client file, financial institution, or current or former client of LPG, to or for the

19   benefit of LPG or any or more of its alleged assignees or transferees, including but not limited to

20   OakStoneOakstone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG and/or Maverick to any

21   financial account maintained, owned or controlled by Vulcan; Coast Processing; Prime Logix; SCS;

22   Touzi; Tony Diab; Rosa Loli; Lisa Cohen; Eng TangTaing; Heng Taing; Maria Eeya Tan; Jake

23   Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, JummiJimmy Chhor; Dongliang Jiang; Max

24   Chou; and/or any other alias', agents or corporate entities affiliated with same. All ACH funds held

25   by any covered entity or individual shall be held in trust until such time as written authorization and

26   instruction is provided by Trustee;

27   ii) Preliminary Injunction Mandating Turnover to Trustee: all covered entities

28   and individuals shall hold in trust any and all funds, receipts, and transfers related to any account,

8

file, or current or former client of LPG; ~~OakStone~~Oakstone; Greyson; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; Coast Processing; Prime Logix; SCS; Touzi; Tony Diab; Rosa Loli; Lisa Cohen; Eng ~~Tang~~Taing; Heng Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, ~~Jummi~~Jimmy Chhor; Dongliang Jiang; Max Chou and/or other alias', agents or corporate entities affiliated with same until expressly directed to release, wire or transfer such funds by the Trustee and to a bank account whose information shall be provided with any such request; and, shall upon request by the ~~///~~ Trustee provide an accounting of any and all such funds held in trust to the Trustee upon written request within 10 days of said request;

3. LPG; ~~OakStone~~Oakstone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; SCS; Vulcan; Coast Processing; Prime Logix; SCS; Touzi; Tony Diab; Rosa Loli; Lisa Cohen; Eng ~~Tang~~Taing; Heng Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, ~~Jummi~~Jimmy Chhor; Dongliang Jiang; Max Chou and/or any other alias', agents or corporate entities affiliated with same are hereby enjoined and shall not incur, take out or pledge any receivables of LPG; ~~OakStone~~Oakstone; Greyson; Gallant; Phoenix; Prime Logix; SCS; Touzi; Maverick; and/or CLG without seeking leave of court;

4. Any and all funds held at Bank of America on behalf of Prime Logix and/or Vulcan, including but not limited to account Nos. ending in xxx951 and xxx9021 and/or any other financial accounts having received funds originating from LPG; ~~OakStone~~Oakstone; Greyson; Gallant; Phoenix; LGS HoldCo., LLC; CLG; and/or Maverick shall be held in trust and shall not be withdrawn, wired, drawn against, moved, or otherwise transferred without the express consent of the Trustee in writing and to a financial account identified by the Trustee at the time the authorization is provided.

5. Nothing herein is intended to prevent Greyson or its owner, Scott Eadie, or Greyson employees Jayde Trinh or Han Trinh from initiating, causing to be initiated, or instructing any company or person that process ACH transfers to execute any ACH EFT on any file or financial institution related to any Clients which Greyson did not obtain from or through access to data or personnel, including affiliated attorneys, from LPG, Phoenix, Oakstone, LGS Holdco, LLC, CLG, or Gallant, or related to the approximate 48 LPG clients who are contemplated to be serviced by

1   Greyson, or whom Greyson provides the Chapter 11 Trustee with signed retention agreement, and as

2   to which such processing occurs from and after the date of the signed retention agreement.

3                                    **LOCKOUT ORDER**

4          From the date of this **ORDER**: until further order of this Court:

5          1. All persons identified below are enjoined and shall not access or attempt to gain access

6   whether physically, remotely, electronically, or virtually to the following locations associated with

7   LPG; OakStoneOakstone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan;

8   Coast Processing; Prime Logix; SCS; Touzi; Tony Diab; Rosa Loli; Lisa Cohen; Eng TangTaing;

9   Heng Taing; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie,

10  JummiJimmy Chhor; Dongliang Jiang; Max Chou; and/or any other alias', agents or corporate

11  entities affiliated with same: a) 3347 Michelson Drive, Suites 400, 410 & 420, Irvine, California

12  92612; b) 17542 17th St Suite 100, Tustin, California 92780; b) Luna's domain located on AWS; c)

13  DPP Data or accounts; d) Accounting Data and/or accounts on NetSuite, Quickbooks and Microsoft

14  SharePoint, G-Suite or other permanent or cloud based systems; e) ACH processing accounts,

15  whether individual, merchant or business, held at any ACH processing or affiliated financial

16  institution, including but not limited to EPPS; EquiPay; Merit Fund; Authorize.net; World Global;

17  Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; Payliance; Seamless; Dwolla;

18  Stripe; and/or any entity associated with the ACH identification transaction "LPG 949-226-6262 #5

19  2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction;

20  f) Vulcan and/or PrimeLogix' financial accounts at Bank of America, including but not limited to

21  Account Nos. ending in xxx951 and xxx9021; and g) the Email Data, as follows:

22                  i) Tony Diab;

23                  ii) Rosa Loli aka Rosa Bianca Loli aka Bianca Loli;

24                  iii) Lisa Cohen;

25                  iv) Daniel March;

26                  v) Eng Taing;

27                  vi) Maria Eeya Tan; (except as may be authorized by the Trustee in the exercise of

28  his business judgment)

                                    10

vii) Jake Akers;

viii) Han Trinh;

ix) Jayde Trinh;

x) Wes Thomas;

xi) William Taylor "Ty" Carss; (except at may be authorized by the Trustee in the exercise of his business judgment);

x)  Scott James Eadie;

xi) Jimmy Chhor;

xii) Brad Lee; and

xiii) Dongliang Jiang.;

xiv) Heng Taing; and

xiiv) Max Chou.

Nothing herein is intended to prevent Greyson or its owner or employees from accessing or attempting to gain access whether physically, remotely, electronically, or virtually to 3347 Michelson Drive, Suites 400B, Irvine, California 92612 (but, for the sake of clarity, nothing herein confers any legal right to possession of access to such suite, which possession or access is governed by applicable law) or from accessing or attempting to gain access whether physically, remotely, electronically, or virtually to ACH processing accounts with Revolv3 so long as Greyson or its owner or employees do not access or attempt to access any ACH processing account at Revolv3 or otherwise held by LPG; Prime Logix; Guardian; Oakstone; Phoenix; and/or any other account previously used to processes LPG client ACH transfers that is not in Greyson's own name and established by or through funds the source of which is unrelated to legacy LPG clients and established in Greyson's own name after the date of this Order.

## ORDER TO RE-DIRECT MAIL

From the date of this **ORDER** until further order of this Court:

1. Trustee is hereby authorized to instruct the United States Postal Service to re-direct any and all mail processed by the United States Postal Service Directed to: a) LPG, 17542 17th St Suite 100, Tustin, California 92780; b) OakStoneOakstone, 888 Prospect Street, Suite 200 La Jolla,

11

1    California 92037; c) Phoenix, 3347 Michelson Drive, Suites 400, 410 & 420, Irvine, California

2    92612; d) Prime Logix, 3347 Michelson Drive, Suites 400, 410 & 420, Irvine, California 92612; e)

3    CLG, PO Box 412 Elmsford, NY 10523; f) Greyson, 3347 Michelson Drive, Suites 400, 410 & 420,

4    Irvine, California 92612; and/or any other address associated with such entities, shall be forwarded

5    and re-directed to an address provided by the Trustee until such time as ordered by the Court. To the

6    extent that the Trustee receives any mail addressed to Greyson, the Trustee shall .pdf a copy of the

7    correspondence to Greyson's counsel, Doug Plazak of Reid & Hellyer at dplazak@rhlaw.com, within

8    24 hours of said receipt, unless receipt falls on a Friday or a day preceding any Federal or State

9    holiday and/or emergency requiring Trustee's office to close, in which case any mail received by

10    Trustee and addressed to Greyson shall be forwarded to Greyson's counsel the next business day.

11    **ORDER TO SHOW CAUSE RE WHY A PRELIMINARY INJUNCTION SHOULD NOT**

12    **ISSUE AND LIMITED EXAMINATION**

13    Tony Diab, Lisa Cohen, Rosa Loli, Daniel March and William Taylor "Ty" Carss are hereby

14    ordered, provided that the summons and complaint in this adversarial proceeding captioned above

15    have been served upon said individuals, to appear on **Monday, June 12, 2023 at 1:30 pm** in

16    Courtroom 5C of the above captioned court located at 411 W. Fourth Street Santa Ana, California

17    92701:

18    1. For an order to show cause regarding why a preliminary injunction should not issue

19    regarding the Court's forgoing Temporary Restraining Order; and

20    2. To sit for a limited examination before the Court regarding the $6,308,702.72 million

21    dollars in ACH EFTs processed through Revolv3, Inc. from March 2023 to the present, and other

22    ACH ETFs processed post-petition through EPPS; EquiPay; Merit Fund; Authorize.net; World

23    Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity

24    associated with LPG and or the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9

25    TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction; or any

26    other ACH process company LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC;

27    CLG; Maverick; Vulcan; Coast Processing; Prime Logix; SCS; or any ACH EFTs known to Tony

28    Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas;

1    ~~Scott James; Eadie, Jummi Chhor; Dongliang Jiang relating in any way to LPG or current or~~

2    ~~former customers of LPG; and/or any other alias', agents or corporate entities affiliated with same~~

3    ~~have used, initiated ACH EFTs, opened an account with or maintained since March 20, 2023.~~

4                          **<u>NOTICE TO LPG CLIENTS</u>**

5         Trustee is hereby authorized to provide notice to any and all LPG clients, including those

6    transferred and/or assigned to ~~OakStone~~Oakstone; Greyson; Gallant; Phoenix; LGS Holdco., LLC;

7    CLG; and/or ~~Maeverick~~Maverick regarding: i) LPG's Bankruptcy filing; ii) pending evaluation of

8    their file; and iii) status prior to assuming or rejecting their contract in substantially the same form

9    of notice attached to this Order as Exhibit 1.

10                                    # # #

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1

[Client Name]
   [Date]
[Address Line 1]
[Address Line 2]
[Address Line 3]
Tel:
Email:

**RE: STATUS REGARDING YOUR MATTER WITH THE LITIGATION PRACTICE GROUP**

Dear [Name],

Please be advised that on May 20, 2023, The Litigation Practice Group ("LPG") filed for protection under Chapter 11 of the Bankruptcy Code. On May 8, 2023, the United States Bankruptcy Court—Central District of California, Case No. 8:23-bk-10571, appointed Richard Marshack, Esq. as the duly appointed Chapter 11 Trustee to oversee the administration of LPG's Bankruptcy matter. See Docket No. 65.

Subsequently, the United States Bankruptcy Court authorized Trustee to obtain information in order to review and evaluate the status of your file at LPG and/or any other debt relief law firm your file may have been transferred or assigned to at or around the time LPG filed for Bankruptcy, including but not limited to ~~OakStone Legal~~Oakstone Law Group, P.C.; Greyson Law Center, P.C.; Gallant Law Group, PC; Phoenix Law ~~Group~~, P.C.; LGS Holdco., LLC; Consumer Legal Group, P.C. and/or Maverick Management Group, LLC.

Over the coming weeks, Trustee Richard Marshack will provide status of your file and continuation of legal services pursuant to the Legal Services Agreement with LPG.

We greatly appreciate your patience and cooperation while we work on your behalf.

Sincerely,

[Signatory name]

14

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF CHRISTOPHER CELENTINO IN SUPPORT OF NOTICE OF LODGMENT OF PRELIMINARY INJUNCTION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 16, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On June 16, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 16, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**JUDGE'S COURTESY COPY:**
Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2023 | Caron Burke | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

hristopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Douglas A Plazak on behalf of Defendant Greyson Law Center PC
dplazak@rhlaw.com

Ronald N Richards on behalf of Defendant Consumer Legal Group, PC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                **F 9013-.1.PROOF.SERVICE**