## USCS Bankruptcy R 7026

Current through changes received March 22, 2023.

*USCS Federal Rules Annotated  >  Federal Rules of Bankruptcy Procedure and Official Bankruptcy Forms  >  Part VII. Adversary Proceedings*

# Rule 7026. General Provisions Governing Discovery

*Rule 26 F.R.Civ.P.* applies in adversary proceedings.

USCS Federal Rules Annotated
Copyright © 2023 All rights reserved.

**End of Document**