D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| In re | Case No. Case # 8:23-bk-10571-SC |
|---|---|
| THE LITIGATION PRACTICE GROUP, | Chapter 11 |
| Debtor. | NOTICE OF APPLICATION BY CHAPTER 11 TRUSTEE TO EMPLOY MARSHACK HAYS LLP AS GENERAL COUNSEL |
| | [NO HEARING REQUIRED] |

TO THE HONORABLE SCOTT C. CLARKSON UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Litigation Practice Group ("Debtor(s)"), has filed an application ("Application") for entry of an order authorizing the employment of Marshack Hays LLP ("Firm") as Trustee's and the Estate's general counsel pursuant to 11 U.S.C. § 327. The Firm will seek compensation pursuant to 11 U.S.C. §§ 330 and 331.

The Trustee requires the assistance of general counsel to, among other things, investigate, analyze, and advise him regarding: the Estate's assets, liabilities, and financial condition. Additionally, because the case remains in Chapter 11, the Firm will advise Trustee regarding potential plans of reorganization. Trustee also requires the assistance of general counsel to identify

1
NOTICE OF APPLICATION TO EMPLOY MH AS GENERAL COUNSEL

1  and evaluate potential litigation claims held by the Estate. The Firm is knowledgeable and

2  experienced in representing bankruptcy trustees including Chapter 11 trustees. Specifically, the Firm

3  may be required to assist Trustee in the following matters:

4       a.      To analyze and evaluate assets of and claims against the Estate;

5       b.      To assist Trustee in analyzing Debtor's ability to reorganize and confirm a

6  Chapter 11 Plan of Reorganization;

7       c.      To assist Trustee in analyzing whether the best interests of creditors and the

8  Estate would be better served by conversion to Chapter 7;

9       d.      To represent Trustee in any proceedings or hearings in the Bankruptcy Court

10 or in any other action where the rights of the Estate or Trustee may be litigated or affected;

11       e.      To conduct examinations of the Debtor, witnesses, claimants, or adverse

12 parties and to prepare and assist in the preparation of reports, accounts, applications, motions,

13 complaints, and orders;

14       f.      To prepare on behalf of Trustee any necessary applications, motions, answers,

15 orders, reports, and other legal papers;

16       g.      To investigate, and if necessary, prosecute claims for relief that the Estate may

17 have; and

18       h.      To perform all legal services incidental and necessary for the smooth

19 administration of the Estate.

20     The Firm will render services to the Trustee at the Firm's regular hourly rates, which may be

21 adjusted from time to time. The Firm's current hourly billing rates are as follows:

| Partners | Rates | Of Counsel | Rates | Paralegals | Rates |
|---|---|---|---|---|---|
| Richard A. Marshack | $690 | Kristine A. Thagard | $590 | Pamela Kraus | $290 |
| D. Edward Hays | $690 | Matthew W. Grimshaw | $590 | Chanel Mendoza | $290 |
| David A. Wood | $550 | Associates | Rates | Layla Buchanan | $290 |
| Chad V. Haes | $550 | Tinho Mang | $430 | Cynthia Bastida | $290 |
| Laila Masud | $460 | Bradford N. Barnhardt | $360 | Kathleen Frederick | $260 |
|  |  | Sarah R. Hasselberger | $340 |  |  |

27     The Firm will be compensated from assets of the Estate, if any, and will not be compensated

28 absent the Estate's receipt or recovery of such assets. The Firm has received no retainer for the

services to be performed in this case. The Firm understands that its compensation in this case is subject to approval by the Bankruptcy Court. In compliance with 11 U.S.C. §§ 330 and 331. The Firm intends to file interim and final applications for allowance of fees and reimbursement of costs as and when appropriate.

The Firm represents and agrees that it has not shared or agreed to share any compensation to be received by it in this case with any other person, except as among partners of the Firm. Based on the foregoing, the Trustee believes that the Firm is a "disinterested person" within the meaning of Bankruptcy Code § 101(14).

The complete scope and terms of the employment are detailed in the Application a copy of which can be obtained by contacting D. Edward Hays and Laila Masud whose contact information is listed in the top left-hand corner of this Notice. The Application is based on 11 U.S.C § 327 and the Firm intends to seek compensation pursuant to 11 U.S.C. §§ 330 and 331.

PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the proposed employment must be in the form as required by Local Bankruptcy Rules ("LBR") 2014-1(b), 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court no later than 14 days from the date of service of this Notice, plus an additional three days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response must be served on D. Edward Hays and Laila Masud at the address indicated above and must also be served on the Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed as acceptance of the proposed employment. *See*, LBR 9013-1(h).

Dated: May 19, 2023               MARSHACK HAYS LLP

                                  By: /s/ D. Edward Hays
                                      D. EDWARD HAYS
                                      LAILA MASUD
                                      Attorneys for Chapter 11 Trustee
                                      RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF APPLICATION BY CHAPTER 11 TRUSTEE TO EMPLOY MARSHACK HAYS LLP AS GENERAL COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 19, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**: On **May 19, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR**
THE LITIGATION PRACTICE GROUP P.C.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE OF PROCESS
17542 17TH STREET, SUITE 100
TUSTIN, CA 92780

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 19, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

PURSUANT TO THE CENTRAL GUIDE SUPPLEMENT TO LBR 5005-2(d), SERVING A JUDGE'S COPY OF DOCUMENTS, §2.2(c), A NON-HEARING MOTION WHEN THE RESPONSE DEADLINE HAS NOT PASSED SHOULD NOT BE SERVED UPON THE JUDGE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 19, 2023 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
   - **INTERESTED PARTY COURTESY NEF:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
   - **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **INTERESTED PARTY COURTESY NEF:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
   - **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
   - **INTERESTED PARTY COURTESY NEF:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
   - **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| **SECURED CREDITOR**<br>CITY CAPITAL NY<br>C/O MAURICE WUTSCHER LLP<br>23611 CHAGRIN BLVD. SUITE 207<br>BEACHWOOD, OH 44122-5540 | **SECURED CREDITOR**<br>CITY CAPITAL NY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1135 KANE CONCOURSE<br>BAY HARBOUR ISLANDS, FL 33154-2025 | **SECURED CREDITOR**<br>DIVERSE CAPITAL LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>323 SUNNY ISLES BLVD, STE 503<br>SUNNY ISLES, FL 33160-4675 |
| --- | --- | --- |
| **SECURED CREDITOR**<br>FUNDURA CAPITAL GROUP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>80 BROAD STREET, STE 3303<br>NEW YORK, NY 10004-2845 | **CREDITOR**<br>AJILON<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>LOCKBOX: DEPT CH 14031<br>PALATINE, IL 60055-0001 | **CREDITOR / POC ADDRESS**<br>AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>ANGELA DENISE BLAIR<br>8711 HAYSHED LN, APT 24<br>COLUMBIA, MD 21045-2849 | **CREDITOR**<br>ANIBAL COLON JR<br>C/O ALEXANDER TAYLOR, ESQ.<br>SULAIMAN LAW GROUP LTD<br>2500 S. HIGHLAND AVE, STE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR**<br>ANTHEM BLUE CROSS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 511300<br>LOS ANGELES, CA 90051-7855 |
| **CREDITOR / POC ADDRESS**<br>APRIL RIEDY<br>3949 CLUBVIEW AVENUE<br>WEST BLOOMFIELD TOWNSHIP, MI 48324-2807 | **CREDITOR**<br>ARIZONA DEPT OF ECONOMIC SECURITY<br>PO BOX 6028<br>PHOENIX, AZ 85005-6028 | **CREDITOR / POC ADDRESS**<br>ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTR<br>REVENUE LEGAL COUNSEL<br>PO BOX 1272, RM 2380<br>LITTLE ROCK, AR 72203-1272 |
| **CREDITOR**<br>ARKANSAS DEPT OF FINANCE & ADMIN<br>PO BOX 9941<br>LITTLE ROCK, AR 72203-9941 | **CREDITOR / POC ADDRESS**<br>ASHLEY GLOCKNER<br>369 W BAY STREET, UNIT D<br>COSTA MESA, CA 92627-5748 | **CREDITOR**<br>AZEVEDO SOLUTIONS GROUPS, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>420 ADOBE CANYON RD<br>KENWOOD, CA 95452-9048 |
| **CREDITOR**<br>BEVERLY GRAHAM<br>C/O BOBBY WALKER, ESQ.<br>SULAIMAN LAW GROUP<br>2500 S. HIGHLAND AVE, STE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR / POC ADDRESS**<br>BRITTANY WESTON, ESQ.<br>3070 BRISTOL PIKE, SUITE 1-115<br>BENSALEM, PA 19020-5356 | **CREDITOR**<br>BUSINESS CENTERS OF AMERICA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1100 SIR FRANCIS DRAKE BLVD, SUITE 1<br>KENTFIELD, CA 94904-1476 |
| **CREDITOR / POC ADDRESS**<br>CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | **CREDITOR / POC ADDRESS**<br>CALIFORNIA DEPT. OF TAX AND FEE ADMINISTRATION<br>COLLECTIONS SUPPORT BUREAU, MIC: 55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0001 | **CREDITOR**<br>CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0001 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

**CREDITOR**
CAROLINA TECHNOLOGIES & CONSULTING INVOICE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1854 HENDERSONVILLE ROAD, SUITE A
PMB #178
ASHEVILLE, NC 28803-2495

**CREDITOR**
CAROLYN BEECH
C/O DANIEL EDELMAN, ESQ.
20 SOUTH CLARK ST., STE1500
CHICAGO, IL 60603-1824

**CREDITOR / POC ADDRESS**
CHRISTINE JOHNSON
7807 171ST PLACE
TINLEY PARK, IL 60477-3267

**CREDITOR**
COLLABORATION ADVISORS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
400 DORLA COURT
ZEPHYR COVE, NV 89448

**CREDITOR / POC ADDRESS**
CORY READE DOWS AND SHAFER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1333 N BUFFALO DRIVE, SUITE 210
LAS VEGAS, NV 89128-3636

**CREDITOR**
CREDIT REPORTING SERVICE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

**CREDITOR**
CT CORPORATION - INV
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 4349
CAROL STREAM, IL 60197-4349

**CREDITOR**
DARCY WILLIAMSON, TRUSTEE
510 SW 10TH
TOPEKA, KS 66612-1606

**CREDITOR**
DAVID ULERY
C/O JOSHUA EGGNATZ, ESQ,
EGGNATZ
PASCUCCI
7450 GRIFFIN ROAD, SUITE 230

**CREDITOR / POC ADDRESS**
DEBRA PRICE
C/O ROBERT COCCO
1500 WALNUT ST, STE 900
PHILADELPHIA, PA 19102-3518

**CREDITOR**
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**CREDITOR**
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
DEPT OF LABOR AND INDUSTRIES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 34022
SEATTLE, WA 98124

**CREDITOR**
DOCUMENT FULFILLMENT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

**CREDITOR**
ENERGYCARE, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2925 N. GREEN VALLEY PARKWAY, SUITE C
HENDERSON, NV 89014-0418

**CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**CREDITOR / POC ADDRESS**
EXELA ENTERPRISE SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2701 E. GRAUWYLER ROAD
IRVING, TX 75061-3414

**CREDITOR / POC ADDRESS**
FIRAS ABUNADA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
18927 HICKORY CREEK DRIVE, SUITE 115
MOKENA, IL 60448-8660

**CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 743451
LOS ANGELES, CA 90074-3451

**CREDITOR / POC ADDRESS**
FORTH TECHNOLOGY, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**CREDITOR**
GENEVE AND MYRANDA SHEFFIELD
C/O JEREMIAH HECK, ESQ
LUFTMAN HECK & ASSOC
6253 RIVERSIDE DR, STE 200
DUBLIN, OH 43017-5450

**CREDITOR**
GEORGIA DEPT OF LABOR
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
148 ANDREW YOUNG INTERNATIONAL BLVD, NE, SUITE 752
ATLANTA, GA 30303-1751

**CREDITOR / POC ADDRESS**
GHA TECHNOLOGIES INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8998 E RAINTREE DR
SCOTTSDALE, AZ 85260-7024

**CREDITOR**
GHA TECHNOLOGIES INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
DEPT #2090
PO BOX 29661
PHOENIX, AZ 85038-9661

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**CREDITOR**
GLORIA EATON
C/O KRIS SKAAR, ESQ.
133 MIRRAMONT LAKE DR.
WOODSTOCK, GA 30189-8215

**CREDITOR**
HARRINGTON ELECTRIC INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 886
SKYLAND, NC 28776-0886

**CREDITOR / POC ADDRESS**
HEBA QANDEEL-KISHTA
7625 BROOKSIDE GLEN DRIVE
TINLEY PARK, IL 60487-5197

**CREDITOR**
IMAGINE REPORTING
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1350 COLUMBIA STREET
SUITE 703
SAN DIEGO, CA 92101-3456

**CREDITOR / POC ADDRESS**
INDIANA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS, IN 46204-2253

**CREDITOR**
INDIANA DEPT OF REVENUE
PO BOX 1028
INDIANAPOLIS, IN 46206-1028

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
CENTRALIZED INVSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
OGDEN, UT 84201

**CREDITOR / POC ADDRESS**
JACLYN GOMEZ
109 TOTTENHAM LANE
ELK GROVE VILLAGE, IL 60007-3818

**CREDITOR**
JAMES HAMMETT
C/O JENNA DAKRAUB
PRICE LAW GROUP
8245 N. 85TH WAY
SCOTTSDALE, AZ 85258-4349

**CREDITOR / POC ADDRESS**
JANE ANN DEARWESTER
P.O. BOX 7084
ASHEVILLE, NC 28802-7084

**CREDITOR / POC ADDRESS**
JESSICA JARBOE
PO BOX 4392
KINGMAN AZ 86402
KINGMAN, AZ 86402-4392

**CREDITOR / POC ADDRESS**
JOHN RAY SORIANO
1805 SE LUND AVE #1010
PORT ORCHARD, WA 98366-5555

**CREDITOR**
JOHNNY RIZO
C/O BOBBY WALKER, ESQ.
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR / POC ADDRESS**
JORDAN MICHAEL KURTH
205 WALNUT DRIVE
EIGHTY FOUR, PA 15330-8625

**CREDITOR**
JP MORGAN CHASE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3 PARK PLAZA, STE 900
IRVINE, CA 92614-5208

**CREDITOR**
JUIZE, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 505
MURRIETA, CA 92564-0505

**CREDITOR**
KAREN SUELL
C/O NATHAN C. VOLHEIM, ESQ
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>KARI B. CONIGLIO, CHAPTER 7 TRUSTEE FOR BANKRUPTCY ESTATE OF MARK LYNN KRICK AND KAYLA MARIE KRICK<br>200 PUBLIC SQUARE, SUITE 1400<br>CLEVELAND, OH 44114-2327 | **CREDITOR**<br>KATHLEEN LACEY<br>C/O DAVID CHAMI, ESQ.<br>PRICE LAW GROUP<br>8245 N. 85TH WAY<br>SCOTTSDALE, AZ 85258-4349 | **CREDITOR**<br>KATHLEEN SCARLETT<br>C/O JEREMIAH HECK, ESQ.<br>LUFTMAN HECK & ASSOC<br>6253 RIVERSIDE DR, STE 200<br>DUBLIN, OH 43017-5450 |
| **CREDITOR**<br>KENNETH TOPP<br>C/O NATHAN VOLHEIM, ESQ<br>SULAIMAN LAW GROUP LTD<br>2500 S HIGHLAND AVE, STE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR**<br>KEVIN CARPENTER<br>C/O ALEXANDER TAYLOR, ESQ,<br>SULAIMAN LAW GROUP LTD<br>2500 S. HIGHLAND AVE, STE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR**<br>KIMBERLY BIRDSONG<br>C/O ALEXANDER J. TAYLOR, ESQ.<br>SULAIMANLAW GROUP<br>2500 SOUTH HIGHLAND AVE<br>SUITE 200 |
| **CREDITOR**<br>KRISP TECHNOLOGIES, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2150 SHATTUCK AVE<br>PENTHOUSE 1300<br>BERKELEY, CA 94704-1347 | **CREDITOR / POC ADDRESS**<br>LAURA CEVA<br>280 BLACK OAK COVE ROAD<br>CANDLER, NC 28715-8139 | **CREDITOR**<br>LEXISNEXUS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>15500 B ROCKFIELD BLVD<br>IRVINE, CA 92618-2722 |
| **CREDITOR / POC ADDRESS**<br>LHH RS<br>C/O STEVEN REBIDAS<br>4800 DEERWOOD CAMPUS PARKWAY, BLDG 800<br>JACKSONVILLE FL 32246-8319 | **CREDITOR**<br>LIBERTY MUTUAL<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 91013<br>CHICAGO, IL 60680-1171 | **CREDITOR / POC ADDRESS**<br>MARC LEMAUVIEL<br>326 MACNEIL WAY<br>WEAVERVILLE, NC 28787-6700 |
| **CREDITOR**<br>MARC LEMAUVIEL - ALLEGRA<br>326 MACNEIL WAY<br>WEAVERVILLE, NC 28787-6700 | **CREDITOR**<br>MARICH BEIN LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>99 WALL STREET<br>STE 2669<br>NEW YORK, NY 10005-4301 | **CREDITOR**<br>MARKSYS HOLDINGS, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>3725 CINCINNATI AVE<br>SUITE 200<br>ROCKLIN, CA 95765-1220 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR**<br>MC DVI FUND 1, LLC; MC DVI FUND 2, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1598 COTTONWOOD DR<br>GLENVIEW, IL 60026-7769 | **CREDITOR / POC ADDRESS**<br>MDL GROUP C/O EXECUTIVE CENTER LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5960 SOUTH JONES BOULEVARD<br>LAS VEGAS, NV 89118-2610 | **CREDITOR / POC ADDRESS**<br>MELISSA L. AND SHIVA L. SOOKNANAN<br>1584 APACHE WAY<br>CLARKSVILLE, TN 37042-8178 |
| **CREDITOR**<br>MICHAEL SCHWARTZ<br>3968 LOWRY AVENUE<br>CINCINNATI, OH 45229-1310 | **CREDITOR / POC ADDRESS**<br>MIGUEL A ZUANABAR JR<br>812 SUMNER STREET<br>ADDISON, IL 60101-1338 | **CREDITOR / POC ADDRESS**<br>MISSISSIPPI DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY SECTION<br>P. O. BOX 22808<br>JACKSON, MS 39225-2808 |
| **CREDITOR**<br>MISSISSIPPI DEPT OF REVENUE<br>PO BOX 23075<br>JACKSON, MS 39225-3075 | **CREDITOR**<br>NATIONWIDE APPEARANCE ATTORNEYS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5737 KANAN RD #628<br>AGOURA HILLS, CA 91301-1601 | **CREDITOR**<br>NETSUITE-ORACLE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2300 ORACLE WAY<br>AUSTIN, TX 78741-1400 |
| **CREDITOR**<br>NEVADA DEPT OF TAXATION<br>1550 COLLEGE PARKWAY, SUITE 115<br>CARSON CITY, NV 89706-7939 | **CREDITOR**<br>OUTSOURCE ACCELERATOR LTD<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>CITY MARQUE LIMITED, UNIT 8801-2 BLDG 244-248 DES VOEUX RD CENTRAL HONG KONG | **CREDITOR / POC ADDRESS**<br>OUTSOURCE ACCELERATOR LTD<br>C/O PAUL R. SHANKMAN, ESQ<br>FORTIS LLP<br>650 TOWN CENTER DRIVE, SUITE 1530<br>COSTA MESA, CA 92626 |
| **CREDITOR / POC ADDRESS**<br>PAOLA GOMEZ<br>19542 POMPANO LN, #103<br>HUNTINGTON BEACH, CA 92648-6424 | **CREDITOR**<br>PITNEY BOWES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 981026<br>BOSTON, MA 02298-1026 | **CREDITOR**<br>RAPID CREDIT INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>3558 ROUND BARN BLVD SUITE 200<br>SANTA ROSA, CA 95403-0991 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

**CREDITOR / POC ADDRESS**
SALVATORE PORCARO
72 DORSET DRIVE
CLARK, NJ 07066-3010

**CREDITOR**
SBS LEASING A PROGRAM OF DE LAGE LANDEN
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 41602
PHILADELPHI, PA 19101-1602

**CREDITOR**
SECURITY SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10911 BLOOMFIELD ST
LOS ALAMITOS, CA 90720-2506

**CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**CREDITOR / POC ADDRESS**
STATE OF NEVADA DEPARTMENT OF TAXATION
700 E WARM SPRINGS RD STE 200
LAS VEGAS, NV 89119-4311

**CREDITOR**
STREAMLINE PERFORMANCE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1551 N TUSTIN, #555
SANTA ANA, CA 92705-8634

**CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1650 INDEPENDENCE DR
NEW BRAUNFELS, TX 78132-3959

**CREDITOR / POC ADDRESS**
THE BANKRUPTCY ESTATE OF STEVEN ROBERT VERZAL
C/O JACQUELINE SELLS HOMANN, CHAPTER 7 TRUSTEE
1251 NORTH EDDY STREET
SUITE 203
SOUTH BEND IN 46617-1478

**CREDITOR**
THOMSON REUTERS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
610 OPPERMAN DRIVE
EAGEN, MN 55123-1340

**CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET
STE A
ANAHEIM, CA 92806-5816

**CREDITOR**
TWILIO, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
101 SPEAR STREET
SUITE 500
SAN FRANCISCO, CA 94105-1559

**CREDITOR / POC ADDRESS**
UNIFIED GLOBAL RESEARCH GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1660 HOTEL CIR N STE S620
SAN DIEGO, CA 92108-2806

**CREDITOR / POC ADDRESS**
UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134-9000

**CREDITOR**
VALIDATION PARTNERS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1300 SAWGRASS PKWY
STE 110
SUNRISE, FL 33323

**CREDITOR**
WA STATE DEPT OF LABOR & INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA WA 98504-4171

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| **CREDITOR** | **INTERESTED PARTY** |
| WISCONSIN DEPT OF REVENUE | SHARP ELECTRONICS COPR |
| PO BOX 8901 | C/O DAVID CRAPO, ESQ |
| MADISON, WI 53708-8901 | ONE GATEWAY CENTER |
| | NEWARK, NJ 07102 |

4866-4788-2341, v. 1

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                               **F 9013-3.1.PROOF.SERVICE**