1  Christopher B. Ghio (State Bar No. 259094)
   Christopher Celentino (State Bar No. 131688)
2  Jeremy B. Freedman (State Bar No. 308752)
   **DINSMORE & SHOHL LLP**
3  655 West Broadway, Suite 800
   San Diego, CA 92101
4  Telephone: 619.400.0500
   Facsimile:  619.400.0501
5  christopher.ghio@dinsmore.com
   christopher.celentino@dinsmore.com
6  jeremy.freedman@dinsmore.com

7  Special Counsel to Plaintiff and Chapter 11 Trustee,
   Richard A. Marshack
8
                    **UNITED STATES BANKRUPTCY COURT**
9
              **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**
10

11
| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Adv. Proc. No. 8:23-ap-01046-SC |
| Debtor. | Chapter 11 |
| | **STIPULATION FOR JUDGMENT (1) AVOIDING, RECOVERING, AND PRESERVING TRANSFERS TO DEFENDANT, PHOENIX LAW GROUP, INC.; (2) TURNING OVER OF ALL TRANSFERRED PROPERTY TO TRUSTEE; AND (3) DISMISSING WITHOUT PREJUDICE DEFENDANTS WILLIAM TAYLOR CARSS AND MARIA EEYA TAN** |
| RICHARD A. MARSHACK, Chapter 11 Trustee, | |
| Plaintiff, | |
| v. | |
| TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW GROUP, INC.; MAVERICK MANAGEMENT, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T. INC. d/b/a | Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

#31154040v1                             1
                         **STIPULATION FOR JUDGMENT**

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, INC.; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; THE UNITED STATES POSTAL SERVICE; and DOES 1 through 100, inclusive,<br><br>Defendants. |

The parties to this Stipulation are Plaintiff, RICHARD A. MARSHACK in his capacity as the duly appointed and acting Chapter 11 Trustee ("Trustee") for The Litigation Practice Group, PC ("LPG" or "Debtor"), and Defendants, PHOENIX LAW, PC ("Phoenix"), WILLIAM TAYLOR "TY" CARSS ("Mr. Carss"), and MARIA EEYA TAN ("Ms. Tan"). Trustee, Phoenix, Mr. Carss, and Ms. Tan are collectively referred to as the "Parties" unless individually identified.

## RECITALS

A. Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United Code, on March 20, 2023 ("Petition Date"). Trustee was appointed on or about May 8, 2023 following the entry of an Order Directing Unites States Trustee to Appoint Chapter 11 Trustee [Bankr. Docket No. 58] on May 4, 2023.

B. On May 25, 2023, Trustee filed this adversary proceeding against Phoenix, Mr. Carss, Ms. Tan, and others. In his complaint, Trustee asserted that that Debtor had fraudulently transferred approximately 40,000 client files to Phoenix ("Files"), that the clients never consented to their legal cases being transferred to new counsel, and that these transfers were subject to avoidance, recovery, and preservation under 11 U.S.C. §§ 548, 550, and 551. With respect to Mr. Carss and Ms. Tan, Trustee sought injunctive relief with respect to the files transferred to Phoenix and all matters related to those files.

C. On May 26, 2023, the Bankruptcy Court entered the Amended Order Granting Trustee Richard Marshack's Omnibus Emergency Motion for: (1) Turnover of Estate Property and

Recorded Information Pursuant to 11 U.S.C. § 542; (2) Preliminary Injunction; (3) Lock-Out; (4) Re-Direction of United States Parcel (sic) Services Mail; (5) Order to Show Cause Re: Compliance with Court Order; and (6) Other Relief as Necessary To Efficient Administration of this Matter, ("Order") [ECF No. 21]. Pursuant to the Order, Phoenix, Mr. Carss, and Ms. Tan were enjoined from taking certain actions with respect to the Files and client payments/funds.

D. The Parties entered into arms-length negotiations regarding the Files and this Adversary and have reached the agreement set forth below.

**NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

1. The transfers of the Files and all material and property related thereto including, but not limited to, payments, communications, and documents ("Transfers") to Phoenix was fraudulent and Trustee is entitled to Judgment avoiding, recovering, and preserving the Transfers pursuant to 11 U.S.C. § 547, 548, and 550.

2. The Transfers are property of the estate under 11 U.S.C. § 541(a)(3)-(a)(4) which shall be turned over to Trustee under 11 U.S.C. § 542.

3. Phoenix, Mr. Carss, and Ms. Tan shall turn over to Trustee all Transfers including the Files and funds collected from clients pursuant to legal service agreements entered between clients and Debtor and shall fully cooperate with Trustee's efforts to recover and administer the Transfers including the Files and all related materials.

4. Any and all liability whether at law or equity relating in any way to Phoenix's handling of the Transfers including the Files that arose or came into existence following the date of their transfer to Phoenix until Trustee closes a court-approved sale to a third-party buyer ("Post Transfer Claims") will remain with Phoenix. Phoenix, Mr. Carss, and Ms. Tan shall use their best efforts to cooperate with Trustee and his retained professionals to provide services to the clients until closing, and nothing herein shall impose or create any liability for Post Transfer Claims on Trustee or Debtor's Estate.

5. Mr. Carss and Ms. Tan are dismissed without prejudice upon entry of this Agreed Judgment.

6.  Except as expressly set forth, the Parties reserve all rights, claims, and defenses. Because Trustee is not compromising any claims against Phoenix, Mr. Carss, or Ms. Tan, no motion to approve this agreement under Rule 9019 of the Federal Rules of Bankruptcy Procedure shall be required. Should the Court require such a motion prior to entering judgment pursuant to this stipulation, Trustee shall promptly file and seek such approval on an expedited basis.

7.  Under Rule 54(b), the Parties stipulate that the judgment to be entered pursuant to this stipulation shall be a final judgment because there is no just reason.

8.  The Court shall retain jurisdiction to enforce the terms of this stipulation and the resulting judgment.

Respectfully submitted,

**DINSMORE & SHOHL LLP**

Date: June 27, 2023

Christopher B. Ghio
Christopher Celentino
Special Counsel to Richard A. Marshack

**PHOENIX LAW, PC**

Date: JUNE 27, 2023

By: _____
Its: Principal Officer
    WM TY CARSS, ESQ

Date: JUNE 27, 2023

WILLIAM TAYLOR CARSS

Date: JUNE 27, 2023

MARIA EEYA TAN

#31154040v1

4

**STIPULATION FOR JUDGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Dinsmore & Shohl LLP
550 S. Hope Street, Suite 1765
Los Angeles, California 90071

A true and correct copy of the foregoing document entitled (*specify*): ***Stipulation for Judgment (1) Avoiding, Recovering, and Preserving Transfers to Defendant, Phoenix Law Group, Inc.; (2) Turning Over All Transferred Property to Trustee and (3) Dismissing Without Prejudice Defendants William Taylor Carss and Maria Eeya Tan*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 27, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 27, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 27, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 27, 2023 | Katrice Ortiz | /s/ Katrice Ortiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re The Litigation Practice Group, P.C.**
**U.S.B.C., Central District of California, Santa Ana**
**Case No. 8:23-bk-10571-SC**
**Adv. Proc No. 8:23-ap-01046-SC**

**I.  SERVED ELECTRONICALLY VIA NEF:**

- **Christopher Celentino:** christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen:** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Christopher Ghio:** christopher.ghio@dinsmore.com
- **Richard H Golubow:** rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Daniel A Lev:** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Richard A Marshack (TR):** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken:** Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng:** queenie.k.ng@usdoj.gov
- **Douglas A Plazak:** dplazak@rhlaw.com
- **Ronald N Richards:** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano:** jonathan.serrano@dinsmore.com
- **Andrew Still:** astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA):** ustpregion16.sa.ecf@usdoj.gov
- **Johnny White:** JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

**B.  <u>SERVED VIA REGULAR U.S. MAIL:</u>**

N/A

**III.  <u>SERVED VIA OVERNIGHT MAIL (FED EX):</u>**

**<u>United States Bankruptcy Court</u>**

Honorable Scott Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, California 92701