David Kupetz (SBN: 125062)
david.kupetz@lockelord.com
William C. Mullen (SBN: 297272)
william.mullen@lockelord.com
LOCKE LORD LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendant
MARICH BEIN, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>             Debtor.<br>_____<br>RICHARD A. MARSHACK,<br>Chapter 11 Trustee<br>             Plaintiff,<br>   vs.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES | Case No. 8:23-bk-10571-SC<br><br>Hon. Scott C. Clarkson<br><br>Chapter 11<br><br>Adversary No. 8:23-ap-01046-SC<br><br>**DEFENDANT MARICH BEIN, LLC'S ANSWER TO PLAINTIFF RICHARD A. MARSHACK'S AMENDED COMPLAINT**<br><br>Amended Complaint Filed: June 15, 2023 |

133517932

1

MARICH BEIN, LLC'S ANSWER TO PLAINTIFF'S ADVERSARY COMPLAINT

| | |
|---|---|
| 1 | THOMAS, an individual; SCOTT JAMES ) |
| 2 | EADIE, an individual; JIMMY CHHOR, an ) individual; DONGLIANG JIANG, an ) |
| 3 | individual; MAX CHOU, an individual; ) OAKSTONE LAW GROUP PC; GREYSON ) |
| 4 | LAW CENTER PC; PHOENIX LAW, PC; ) |
| 5 | MAVERICK MANAGEMENT GROUP, ) LLC; LGS HOLDCO, LLC; CONSUMER ) |
| 6 | LEGAL GROUP, P.C.; VULCAN ) |
| 7 | CONSULTING GROUP LLC; BAT INC. ) d/b/a COAST PROCESSING; PRIME ) |
| 8 | LOGIX, LLC; TERACEL BLOCKCHAIN ) |
| 9 | FUND II LLC; EPPS; EQUIPAY; ) AUTHORIZE.NET; WORLD GLOBAL; ) |
| 10 | OPTIMUMBANK HOLDINGS, INC. d/b/a ) |
| 11 | OPTIMUM BANK; MARICH BEIN, LLC; ) BANKUNITED, N.A.; REVOLVE3, INC.; ) |
| 12 | FIDELITY NATIONAL INFORMATION ) |
| 13 | SERVICES, INC. d/b/a FIS; WORLDPAY, ) LLC; WORLDPAY GROUP; MERIT ) |
| 14 | FUND, LLC; GUARDIAN PROCESSING, ) |
| 15 | LLC; PAYLIANCE, LLC; TOUZI ) CAPITAL, LLC; SEAMLESS CHEX INC; ) |
| 16 | DWOLLA, INC.; STRIPE, INC.; and DOES ) |
| 17 | 1 through 100, inclusive, ) ) |
| 18 | Defendants. ) |
| 19 | ) |

**Locke Lord LLP**
300 S. Grand Avenue, Suite 2600
Los Angeles, CA  90071

133517932

2

MARICH BEIN, LLC'S ANSWER TO PLAINTIFF'S ADVERSARY COMPLAINT

Defendant Marich Bein, LLC ("Marich Bein") hereby answers the Amended Complaint filed by plaintiff Richard A. Marshack, Chapter 11 Trustee, ("Plaintiff"), as follows:

## STATEMENT OF JURISDICTION, NATURE OF PROCEEDING, AND VENUE

1. The allegations in this paragraph do not require an answer. To the extent an answer is required, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1, and on that basis denies them. Further, Marich Bein does not consent to entry of final order and judgment by the bankruptcy court.

## THE PARTIES

2. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2, and on that basis denies them.

3. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3, and on that basis denies them.

4. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4, and on that basis denies them.

5. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5, and on that basis denies them.

6. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6, and on that basis denies them.

7. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7, and on that basis denies them.

8. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8, and on that basis denies them.

9. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9, and on that basis denies them.

10. Marich Bein lacks knowledge or information sufficient to form a belief

Locke Lord LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA  90071

as to the truth of the allegations of paragraph 10, and on that basis denies them.

11. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11, and on that basis denies them.

12. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12, and on that basis denies them.

13. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13, and on that basis denies them.

14. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 14, and on that basis denies them.

15. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15, and on that basis denies them.

16. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 16, and on that basis denies them.

17. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 17, and on that basis denies them.

18. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 18, and on that basis denies them.

19. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 19, and on that basis denies them.

20. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 20, and on that basis denies them.

21. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 21, and on that basis denies them.

22. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 22, and on that basis denies them.

23. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 23, and on that basis denies them.

24. Marich Bein lacks knowledge or information sufficient to form a belief

as to the truth of the allegations of paragraph 24, and on that basis denies them.

25. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 25, and on that basis denies them.

26. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26, and on that basis denies them.

27. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27, and on that basis denies them.

28. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28, and on that basis denies them.

29. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 29, and on that basis denies them.

30. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 30, and on that basis denies them.

31. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31, and on that basis denies them.

32. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32, and on that basis denies them.

33. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33, and on that basis denies them.

34. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 34, and on that basis denies them.

35. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35, and on that basis denies them.

36. Marich Bein admits the allegations in paragraph 36.

37. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 37, and on that basis denies them.

38. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 38, and on that basis denies them.

39. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39, and on that basis denies them.

40. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 40, and on that basis denies them.

41. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 41, and on that basis denies them.

42. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 42, and on that basis denies them.

43. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 43, and on that basis denies them.

44. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 44, and on that basis denies them.

45. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 45, and on that basis denies them.

## GENERAL ALLEGATIONS

**A.    The Bankruptcy Case**

46. Marich Bein admits the allegations in paragraph 46.

47. Marich Bein admits the allegations in paragraph 47.

48. Marich Bein admits that on May 8, 2023, the Plaintiff accepted his appointment as the Chapter 11 Trustee in the Bankruptcy Case pursuant to Acceptance of Appointment as Chapter 11 Trustee (Dkt. No. 63) and Order Approving Appointment (Dkt. No. 65). Except as expressly admitted herein, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 48, and on that basis denies them.

49. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 49, and on that basis denies them.

**B.    LPG's Ownership and Management**

50. Marich Bein admits that debtor Litigation Practice Group, PC ("LPG")

Locke Lord LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071

held itself out as a law firm that purported to provide consumer debt resolution. Except as expressly admitted herein, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 50, and on that basis denies them.

51. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 51, and on that basis denies them.

52. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 52, and on that basis denies them.

53. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53, and on that basis denies them.

**C.    LPG's Business Structure**

54. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 54, and on that basis denies them.

55. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 55, and on that basis denies them.

56. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 56, and on that basis denies them.

57. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 57, and on that basis denies them.

58. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 58, and on that basis denies them.

**D.    Diab's Scheme**

59. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 59, and on that basis denies them.

60. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 60, and on that basis denies them.

61. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 61, and on that basis denies them.

### E. LPG's Prepetition Creditors

62. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 62, and on that basis denies them.

63. Marich Bein admits the allegations in paragraph 63.

64. Marich Bein admits the allegations in paragraph 64.

65. Marich Bein admits the allegations in paragraph 65.

### F. Transfers to Alter Egos and Fraudulent Conveyances

66. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 66, and on that basis denies them.

67. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 67, and on that basis denies them.

68. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 68, and on that basis denies them.

69. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 69, and on that basis denies them.

70. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 70, and on that basis denies them.

71. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 71, and on that basis denies them.

### G. Diab's Control over LPG's Payment Processing

72. Marich Bein denies each and every allegation contained in paragraph 72 or lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 72, and on that basis denies them.

73. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 73, and on that basis denies them.

/ / /

/ / /

/ / /

# FIRST CLAIM FOR RELIEF

## Injunctive Relief

## Against All Defendants

74. Marich Bein incorporates all of the responses in the preceding paragraphs as if set forth fully herein.

75. Paragraph 75 constitutes and/or requests a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein denies each and every allegation contained in paragraph 75.

76. Paragraph 76 constitutes and/or requests a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein denies each and every allegation contained in paragraph 76.

77. Paragraph 77 constitutes and/or requests a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 77, and on that basis denies them.

78. Paragraph 78 constitutes and/or requests a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 78, and on that basis denies them.

79. Paragraph 79 constitutes and/or requests a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 79, and on that basis denies them.

/ / /
/ / /
/ / /
/ / /
/ / /

## SECOND CLAIM FOR RELIEF

**Avoidance, Recovery, and Preservation of Two-year Actual Fraudulent Transfers**

**Against All Defendants**

**[11 U.S.C. §§ 548(A)91)(a), 550, and 551]**

80. Marich Bein incorporates all of the responses in the preceding paragraphs as if set forth fully herein.

81. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 81, and on that basis denies them.

82. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 82, and on that basis denies them.

83. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 83, and on that basis denies them.

84. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 84, and on that basis denies them.

85. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 85, and on that basis denies them.

86. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 86, and on that basis denies them.

87. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 87, and on that basis denies them.

88. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 88, and on that basis denies them.

89. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 89, and on that basis denies them.

90. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 90, and on that basis denies them.

91. Marich Bein lacks knowledge or information sufficient to form a belief

as to the truth of the allegations of paragraph 91, and on that basis denies them.

92. Paragraph 92 constitutes a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 92, and on that basis denies them.

## SECOND [SIC] CLAIM FOR RELIEF

**Avoidance, Recovery, and Preservation of Two-Year Constructive Fraudulent Transfers**

**Against All Defendants**

**[11 U.S.C. §§ 548(a)(1)(B), 550, and 551]**

93. Marich Bein incorporates all of the responses in the preceding paragraphs as if set forth fully herein.

94. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 94, and on that basis denies them.

95. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 95, and on that basis denies them.

96. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 96, and on that basis denies them.

97. Marich Bein admits that LPG has not paid the debts owed to Marich Bein since March 20, 2023 and before, as they came due. Except as expressly admitted herein, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 97, and on that basis denies them.

98. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 98, and on that basis denies them.

99. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 99, and on that basis denies them.

100. Paragraph 100 constitutes a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein lacks knowledge or

Locke Lord LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071

information sufficient to form a belief as to the truth of the allegations of paragraph 100, and on that basis denies them.

## FOURTH CLAIM FOR RELIEF

**Avoidance, Recovery, and Preservation of Four-Year Actual Fraudulent Transfers**

**Against All Defendants**

**[11 U.S.C. §§ 544(b), 550, and 551; Cal. Civ. Code §§ 3439.04(a) and 3439.07]**

101. Marich Bein incorporates all of the responses in the preceding paragraphs as if set forth fully herein.

102. Marich Bein admits that since at least March 20, 2023 and before, LPG was indebted to Marich Bein, which is one of the Prepetition Creditors. Except as expressly admitted herein, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 102, and on that basis denies them.

103. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 103, and on that basis denies them.

104. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 104, and on that basis denies them.

105. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 105, and on that basis denies them.

106. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 106, and on that basis denies them.

107. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 107, and on that basis denies them.

108. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 108, and on that basis denies them.

109. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 109, and on that basis denies them.

Main Document    Page 13 of 20

110. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 110, and on that basis denies them.

111. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 111, and on that basis denies them.

112. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 112, and on that basis denies them.

113. Marich Bein admits that LPG has not paid the debts owed to Marich Bein, which is one of the Prepetition Creditors, since at least March 20, 2023 and before, as they became due. Except as expressly admitted herein, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 113, and on that basis denies them.

114. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 114, and on that basis denies them.

115. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 115, and on that basis denies them.

116. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 116, and on that basis denies them.

117. Paragraph 117 constitutes a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 117, and on that basis denies them.

118. Paragraph 118 constitutes a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 118, and on that basis denies them.

/ / /

/ / /

/ / /

MARICH BEIN, LLC'S ANSWER TO PLAINTIFF'S ADVERSARY COMPLAINT

# FIFTH CLAIM FOR RELIEF

**Avoidance, Recovery, and Preservation of Four-Year Actual Fraudulent Transfers**

**Against All Defendants**

**[11 U.S.C. §§ 544(b), 550, and 551; Cal. Civ. Code §§ 3439.04(a) and 3439.07]**

119. Marich Bein incorporates all of the responses in the preceding paragraphs as if set forth fully herein.

120. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 120, and on that basis denies them.

121. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 121, and on that basis denies them.

122. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 122, and on that basis denies them.

123. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 123, and on that basis denies them.

124. Marich Bein admits that LPG has not paid the debts owed to Marich Bein since March 20, 2023 and before, as they came due. Except as expressly admitted herein, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 124, and on that basis denies them.

125. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 125, and on that basis denies them.

126. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 126, and on that basis denies them.

127. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 127, and on that basis denies them.

128. Paragraph 128 constitutes a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph

128, and on that basis denies them.

129. Paragraph 129 constitutes a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 129, and on that basis denies them.

## SIXTH CLAIM FOR RELIEF

### Turnover of Estate Property Against All Defendants

### [11 U.S.C. § 542]

130. Marich Bein incorporates all of the responses in the preceding paragraphs as if set forth fully herein.

131. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 131, and on that basis denies them.

132. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 132, and on that basis denies them.

133. Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 133, and on that basis denies them.

134. Paragraph 134 constitutes a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 134, and on that basis denies them.

## RESERVATION OF RIGHTS

135. Paragraph 135 constitutes a legal conclusion, to which no response is necessary. To the extent a response is required, Marich Bein lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 135, and on that basis denies them.

## PRAYER FOR RELIEF

Plaintiff's prayer for relief does not contain any allegations. To the extent any response is required to any paragraph of Plaintiff's prayer for relief, including, without

limitation, paragraphs 1. through 6., Marich Bein denies paragraphs 1. through 6. of Plaintiff's prayer for relief. Marich Bein denies that Plaintiff is entitled to any relief against Marich Bein.

## AFFIRMATIVE DEFENSES

Without admitting any wrongful conduct on the part of Marich Bein, and without admitting that Plaintiff suffered any loss, damage, or injury, Marich Bein hereby alleges the following affirmative defenses. By designating the following affirmative defenses, Marich Bein does not in any way waive or limit any defenses which are or may be raised by their denials, allegations and averments contained herein. Marich Bein does not, by alleging any affirmative defense, admit that Plaintiff does not have the burden of proof for any and all facts and/or legal conclusions underlying any of those defenses. The defenses are pled in the alternative and are raised to preserve the rights of Marich Bein to assert such defenses, and are raised without prejudice to their ability to raise other and further defenses.

## FIRST AFFIRMATIVE DEFENSE

1. Plaintiff's Amended Complaint, and each and every cause of action alleged therein, fails to allege sufficient facts to state a cause of action against Marich Bein under Rule 7001(1) of Federal Rules of Bankruptcy Procedure.

## SECOND AFFIRMATIVE DEFENSE

2. Plaintiff's Amended Complaint, and each and every claim therein, is barred by the doctrine of avoidable consequences given that any damage Plaintiff allegedly sustained was caused by Plaintiff's own actions or inactions, and/or Plaintiff's failure to exercise reasonable care to avoid the consequences of harms, if any.

## THIRD AFFIRMATIVE DEFENSE

3. Plaintiff's Amended Complaint, and each and every claim therein, is barred because of ratification, agreement, acquiescence, or consent as to the conduct alleged.

## FOURTH AFFIRMATIVE DEFENSE

4. The Amended Complaint, and each and every claim therein, is barred in whole or in part because Marich Bein's conduct was justified and/or privileged.

## FIFTH AFFIRMATIVE DEFENSE

5. Plaintiff's Complaint, and each and every claim therein, is barred by the doctrine of waiver.

## SIXTH AFFIRMATIVE DEFENSE

6. Plaintiff's damages, if any, must be reduced by the amount of any payments made to Plaintiff and/or LPG by any collateral sources, including to the extent LPG has released, settled, entered into an accord and satisfaction, or otherwise compromised its claims by any means.

## SEVENTH AFFIRMATIVE DEFENSE

7. Plaintiff's Amended Complaint, and each and every claim therein, is barred in whole or in part by reason of compliance by Marich Bein with all applicable statutes, laws, regulations, and standards.

## EIGHTH AFFIRMATIVE DEFENSE

8. Plaintiff's Amended Complaint, and each and every claim therein, is barred in whole or in part by the doctrine of laches and due to the expiration of the applicable statute(s) of limitations and/or repose.

## NINTH AFFIRMATIVE DEFENSE

9. Plaintiff's Amended Complaint, and each and every claim therein, is barred by the doctrine of unjust enrichment.

## TENTH AFFIRMATIVE DEFENSE

10. Plaintiff's Amended Complaint, and each and every claim therein, is barred by the doctrine of waiver.

## ELEVENTH AFFIRMATIVE DEFENSE

11. Plaintiff's Amended Complaint, and each and every claim therein, is barred by Plaintiff's unclean hands and/or wrongful acts.

Locke Lord LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071

## TWELFTH AFFIRMATIVE DEFENSE

12. Plaintiff's Amended Complaint, and each and every claim therein, is barred in whole or in part because Marich Bein acted in good faith.

## RESERVATION OF RIGHTS

13. Marich Bein reserves the right to assert any further and additional defenses upon receiving more complete information regarding the matters alleged in the Amended Complaint, through discovery or otherwise, and which are available under the Bankruptcy Code, 11 U.S.C. § 101, *et seq.*, or other applicable law.

## PRAYER FOR RELIEF

WHEREFORE, Marich Bein prays for judgment in this action as follows:

a) That Plaintiff takes nothing by way of his Amended Complaint;

b) That the Amended Complaint be dismissed with prejudice;

c) That judgment in this action be entered against Plaintiff and in favor of Marich Bein;

d) For the recovery of Marich Bein's costs in connection with this action; and

e) For such other and further relief as is just and proper.

## DEMAND FOR JURY TRIAL

Defendant Marich Bein, LLC hereby demands a trial by jury on all issues triable by a jury and does not consent to a jury trial conducted by the bankruptcy court.

Dated: June 30, 2023

Respectfully submitted,

LOCKE LORD LLP

By: */s/ David Kupetz*
David Kupetz
William Mullen
Attorneys for Defendant
MARICH BEIN, LLC

**Locke Lord LLP**
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071

133517932

18

MARICH BEIN, LLC'S ANSWER TO PLAINTIFF'S ADVERSARY COMPLAINT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): _____
DEFENDANT MARICH BEIN, LLC'S ANSWER TO PLAINTIFF RICHARD A. MARSHACK'S AMENDED COMPLAINT
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 30, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 30, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
JUDGE'S COPY - BY OVERNIGHT MAIL
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 30, 2023 | Kristina M. Koch | /s/ Kristina M. Koch |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                         **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Christopher Celentino**  christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Christopher Ghio**  christopher.ghio@dinsmore.com
- **Richard H Golubow**  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Daniel A Lev**  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Douglas A Plazak**  dplazak@rhlaw.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**  jonathan.serrano@dinsmore.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Johnny White**  JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**