David Kupetz (SBN: 125062)
david.kupetz@lockelord.com
William C. Mullen (SBN: 297272)
william.mullen@lockelord.com
LOCKE LORD LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendant
MARICH BEIN, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>　　　　　　　Debtor.<br>_____<br><br>RICHARD A. MARSHACK,<br>Chapter 11 Trustee<br>　　　　　　　Plaintiff,<br>　vs.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES | Case No. 8:23-bk-10571-SC<br><br>Hon. Scott C. Clarkson<br><br>Chapter 11<br><br>Adversary No. 8:23-ap-01046-SC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MARICH BEIN, LLC**<br><br>Amended Complaint Filed: June 15, 2023 |

133679209

1

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MARICH BEIN, LLC

| | |
|---|---|
| 1  THOMAS, an individual; SCOTT JAMES | ) |
| 2  EADIE, an individual; JIMMY CHHOR, an | ) |
|    individual; DONGLIANG JIANG, an | ) |
| 3  individual; MAX CHOU, an individual; | ) |
|    OAKSTONE LAW GROUP PC; GREYSON | ) |
| 4  LAW CENTER PC; PHOENIX LAW, PC; | ) |
| 5  MAVERICK MANAGEMENT GROUP, | ) |
|    LLC; LGS HOLDCO, LLC; CONSUMER | ) |
| 6  LEGAL GROUP, P.C.; VULCAN | ) |
| 7  CONSULTING GROUP LLC; BAT INC. | ) |
|    d/b/a COAST PROCESSING; PRIME | ) |
| 8  LOGIX, LLC; TERACEL BLOCKCHAIN | ) |
| 9  FUND II LLC; EPPS; EQUIPAY; | ) |
|    AUTHORIZE.NET; WORLD GLOBAL; | ) |
| 10 OPTIMUMBANK HOLDINGS, INC. d/b/a | ) |
| 11 OPTIMUM BANK; MARICH BEIN, LLC; | ) |
|    BANKUNITED, N.A.; REVOLVE3, INC.; | ) |
| 12 FIDELITY NATIONAL INFORMATION | ) |
| 13 SERVICES, INC. d/b/a FIS; WORLDPAY, | ) |
|    LLC; WORLDPAY GROUP; MERIT | ) |
| 14 FUND, LLC; GUARDIAN PROCESSING, | ) |
| 15 LLC; PAYLIANCE, LLC; TOUZI | ) |
|    CAPITAL, LLC; SEAMLESS CHEX INC; | ) |
| 16 DWOLLA, INC.; STRIPE, INC.; and DOES | ) |
| 17 1 through 100, inclusive, | ) |
| 18 | ) |
|       Defendants. | ) |
| 19 | ) |

**Locke Lord LLP**
300 S. Grand Avenue, Suite 2600
Los Angeles, CA  90071

---

133679209

2

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MARICH BEIN, LLC

1   **NOTICE IS HEREBY GIVEN,** that pursuant to Fed. R. Bankr. P. 9010(b),
Locke Lord LLP hereby appears as counsel for defendant Marich Bein, LLC with
respect to the above-captioned adversary proceeding filed by plaintiff Richard A.
Marshack, Chapter 11 Trustee.

**NOTICE IS FURTHER GIVEN,** that all notices, communications, and other
materials given or required to be given in this adversary proceeding by the Court and
from other parties, including all papers filed and served, should be directed to and
served upon:

> David S. Kupetz, Esq.
> LOCKE LORD LLP
> 300 S. Grand Ave., Suite 2600
> Los Angeles, CA 90071
> Telephone: (213) 485-1500
> Facsimile: (213) 485-1200
> Email: david.kupetz@lockelord.com
>
> and
>
> William C. Mullen, Esq.
> LOCKE LORD LLP
> 300 S. Grand Ave., Suite 2600
> Los Angeles, CA 90071
> Telephone: (213) 485-1500
> Facsimile: (213) 485-1200
> Email: william.mullen@lockelord.com

Dated:  June 30, 2023                    Respectfully submitted,

                                         LOCKE LORD LLP

                                         By: */s/ David Kupetz*
                                             David Kupetz
                                             William Mullen
                                             Attorneys for Defendant
                                             MARICH BEIN, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MARICH BEIN, LLC
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 30, 2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 30, 2023_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
JUDGE'S COPY - BY OVERNIGHT MAIL
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 30, 2023 | Kristina M. Koch | */s/ Kristina M. Koch* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**