Howard J. Steinberg (SBN CA 89291)
Andrea Carmona (SBN CA 339342)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Email: steinbergh@gtlaw.com
       carmonaa@gtlaw.com
Telephone: 310-586-7700
Facsimile:  310-586-7800

Attorneys for Defendant BANKUNITED, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.<br><br>    Debtor.<br><br>RICHARD A MARSHACK,<br>Chapter 11 Trustee,<br><br>    Plaintiff,<br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual, OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC.; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a | Bk No. 8:23-bk-10571-SC<br><br>Adv. No. 8-23-ap-01046-SC<br><br>Chapter 11<br><br>**DEFENDANT BANKUNITED N.A.'S ANSWER TO AMENDED COMPLAINT**<br><br>Judge:  Hon. Scott C. Clarkson<br><br>Action Filed: May 26, 2023<br>FAC Filed: June 15, 2023 |

| | |
|---|---|
| OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive  <br><br>           Defendants. | |

# ANSWER TO AMENDED COMPLAINT

Defendant, BANKUNITED, N.A. ("BU"), by and through its counsel of record, hereby answers the Amended Complaint as follows:

## STATEMENT OF JURISDICTION, NATURE OF PROCEEDING, AND VENUE

1. Answering paragraph 1, BU admits this Court has jurisdiction over the proceeding, that the claims raised are core, and that venue is proper in this district. Notwithstanding the core nature of the claims, the Court lacks authority to enter a final judgment per the Supreme Court's decision in Stern v. Marshall, 564 U.S. 462, 131 S. Ct. 2594 (2011). BU does not consent to entry of a final order or judgment in this proceeding.

## PARTIES

2. Answering paragraphs 2 to 36, inclusive, BU lacks information sufficient to confirm or deny the allegations, and on that basis denies each and every allegation contained therein.

3. Answering paragraph 37, BU admits the allegations contained therein.

4. Answering paragraphs 38 to 45, inclusive, BU lacks information sufficient to confirm or deny the allegations, and on that basis denies each and every allegation contained therein.

## GENERAL ALLEGATIONS

5. Answering paragraphs 46 to 47, inclusive, BU admits the allegations contained therein.

6. Answering paragraph 48, BU lacks information sufficient to confirm or deny the allegations, and on that basis denies each and every allegation contained therein.

7. Answering paragraph 49, BU admits the allegations contained therein.

8. Answering paragraphs 50 to 62, inclusive, BU lacks information sufficient to confirm or deny the allegations, and on that basis denies each and every allegation contained therein.

9. Answering paragraphs 63 to 65, inclusive, BU admits the allegations contained therein.

10. Answering paragraphs 66 to 71, inclusive, BU lacks information sufficient to confirm or deny the allegations, and on that basis denies each and every allegation contained therein.

11. Answering paragraph 72, BU lacks information sufficient to confirm or deny the allegations, and on that basis denies each and every allegation contained therein. BU specifically denies the allegations in paragraph 72 and footnote 1 that LPG uses BankUnited as an ACH processing company. After a

reasonably diligent search, neither Tony Diab nor The Litigation Practice Group, P.C. appear to be customers of BU. BU also specifically denies the allegation that Diab controls BU.

12. Answering paragraph 73, BU lacks information sufficient to confirm or deny the allegations, and on that basis denies each and every allegation contained therein.

## CLAIMS FOR RELIEF

## ANSWER TO FIRST CLAIM FOR RELIEF

### (Injunctive Relief)

13. Answering paragraph 74, BU refers to its response to paragraphs 1 through 73, inclusive, and by such reference incorporates same herein as though set forth in full at this place.

14. Answering paragraphs 75 to 79, inclusive, BU admits that Plaintiff makes the requests set forth therein but denies that it is entitled to any relief against BU.

## ANSWER TO SECOND CLAIM FOR RELIEF

### (Avoidance, Recovery, and Preservation of Two-Year Actual Fraudulent Transfers)

15. Answering paragraph 80, BU refers to its responses to paragraphs 1 through 79, inclusive, and by such reference incorporates same herein as though fully set forth at this place.

16. BU has no information or belief sufficient to enable it to answer paragraphs 80 to 91, inclusive, and on that ground denies each, every, and all the allegations contained therein and the whole thereof.

17. Answering paragraph 92, BU denies the allegations contained therein.

## ANSWER TO SECOND [*SIC*] CLAIM FOR RELIEF

### (Avoidance, Recovery, and Preservation of Two-Year Constructive Fraudulent Transfers)

18. Answering paragraph 93, BU refers to its responses to paragraphs 1 through 92, inclusive, and by such reference incorporates same herein as though fully set forth at this place.

19. BU has no information or belief sufficient to enable it to answer paragraphs 94 to 99, inclusive, and on that ground denies each, every, and all the allegations contained therein and the whole thereof.

20. Answering paragraph 100, BU denies the allegations contained therein.

ACTIVE 688797355v1

## ANSWER TO FOURTH CLAIM FOR RELIEF

**(Avoidance, Recovery, and Preservation of Four-Year Actual Fraudulent Transfers)**

21. Answering paragraph 101, BU refers to its responses to paragraphs 1 through 100, inclusive, and by such reference incorporates same herein as though fully set forth at this place.

22. BU has no information or belief sufficient to enable it to answer paragraphs 102 to 117, inclusive, and on that ground denies each, every, and all the allegations contained therein and the whole thereof.

23. Answering paragraph 118, BU denies the allegations contained therein.

## ANSWER TO FIFTH CLAIM FOR RELIEF

**(Avoidance, Recovery, and Preservation of Four-Year Constructive Fraudulent Transfers)**

24. Answering paragraph 119, BU refers to its responses to paragraphs 1 through 118, inclusive, and by such reference incorporates same herein as though fully set forth at this place.

25. BU has no information or belief sufficient to enable it to answer paragraphs 120 to 128, inclusive, and on that ground denies each, every, and all the allegations contained therein and the whole thereof.

26. Answering paragraph 129, BU denies the allegations contained therein.

## ANSWER TO SIXTH CLAIM FOR RELIEF

**(Turnover of Estate Property)**

27. Answering paragraph 130, BU refers to its responses to paragraphs 1 through 129, inclusive, and by such reference incorporates same herein as though fully set forth at this place.

28. BU has no information or belief sufficient to enable it to answer paragraphs 131 to 133, inclusive, and on that ground denies each, every, and all the allegations contained therein and the whole thereof.

29. Answering paragraph 134, BU denies the allegations contained therein.

30. Answering paragraph 135, BU admits that Plaintiff purports to reserve its right to bring additional claims but denies that Plaintiff has the right to do so unless done in compliance with the Rule of Bankruptcy Procedure, and if applicable, permission from the Court.

## AFFIRMATIVE DEFENSES

BU sets forth below its affirmative defenses. By setting forth these affirmative defenses, BU does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiff. Moreover, nothing stated herein is intended or shall be construed as an acknowledgement that any particular issue or subject matter necessarily is relevant to Plaintiff's allegations.

### FIRST AFFIRMATIVE DEFENSE

31. The Amended Complaint, and each claim for relief set forth therein, fails to state a claim against BU upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

32. With respect to the fraudulent transfer claims, and each of them, BU gave value and was a good faith transferee for purposes of 11 U.S.C. § 548(c).

### THIRD AFFIRMATIVE DEFENSE

33. The alleged transfers to BU, and each of them, are not recoverable in that they fall within the exceptions set forth in 11 U.S.C. § 550(b).

### FOURTH AFFIRMATIVE DEFENSE

34. The alleged transfers to BU, and each of them, are not recoverable in that they fall within the exceptions set forth in 11 U.S.C. § 546(e).

### FIFTH AFFIRMATIVE DEFENSE

35. The alleged transfers to BU, and each of them, are not recoverable in that BU was a mere conduit for any property that was transferred.

### SIXTH AFFIRMATIVE DEFENSE

36. The alleged transfers to BU, and each of them, are not recoverable in that BU has recoupment rights equal to or in excess of the amount of any property of the estate or transfers it received.

### SEVENTH AFFIRMATIVE DEFENSE

37. The alleged transfers to BU, and each of them, are not recoverable in that any monies received by BU were not property of the estate.

### **EIGHTH AFFIRMATIVE DEFENSE**

38. With respect to the turnover claim, it is not recoverable as set forth in 11 U.S.C. § 542(b), BU holds offset claims equal to or in excess of the amount of any property of the estate or transfers it received.

### **PRAYER FOR RELIEF**

**WHEREFORE**, BU prays for judgment as follows:

1. That Plaintiff's Amended Complaint be dismissed in its entirety and with prejudice;

2. For its attorneys' fees and costs incurred herein; and

3. For all such other and further relief as this Court shall deem just and proper.

DATED: July 13, 2023                    GREENBERG TRAURIG, LLP

                            By:    */s/ Howard J. Steinberg*
                                    Howard J. Steinberg
                                    *Attorneys for Defendant*
                                    *BankUnited N.A.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Greenberg Traurig LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*):  **DEFENDANT BANKUNITED N.A.'S ANSWER TO AMENDED COMPLAINT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/13/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Eric Bensamochan     eric@eblawfirm.us, G63723@notify.cincompass.com
Christopher Celentino     christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
Christopher Ghio     christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
Richard H Golubow     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
David S Kupetz     David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
Daniel A Lev     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
Kenneth Misken     Kenneth.M.Misken@usdoj.gov
Queenie K Ng     queenie.k.ng@usdoj.gov
Douglas A Plazak     dplazak@rhlaw.com
Ronald N Richards     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
Jonathan Serrano     jonathan.serrano@dinsmore.com
Andrew Still     astill@swlaw.com, kcollins@swlaw.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Johnny White     JWhite@wrslawyers.com, jlee@wrslawyers.com

☐ Service information continued on attached page

**2.**  **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/13/2023 (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY -- VIA MESSENGER
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite   5130 / Courtroom 5C
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2023 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**