Howard J. Steinberg (SBN CA 89291)
Andrea Carmona (SBN CA 339342)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Email:  steinbergh@gtlaw.com
         carmonaa@gtlaw.com
Telephone: 310-586-7700
Facsimile:  310-586-7800

Attorneys for Defendant BANKUNITED, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.<br><br>　　Debtor. | Bk No. 8:23-bk-10571-SC<br><br>Adv. No. 8-23-ap-01046-SC |
| RICHARD A MARSHACK,<br>Chapter 11 Trustee,<br><br>　　Plaintiff,<br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LOS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a | Chapter 11<br><br>**CORPORATE OWNERSHIP STATEMENT OF BANKUNITED, N.A. PURSUANT TO RULE 7007.1(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>Judge:  Hon. Scott C. Clarkson<br><br>Action Filed: May 26, 2023<br>FAC Filed: June 15, 2023 |

ACTIVE 688832234v1

| | |
|---|---|
| OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive,<br><br>    Defendants. | |

This corporate disclosure is filed on behalf of Defendant BANKUNITED, N.A. ("BU"), by and through undersigned counsel, in compliance with the provisions of Rule 7007.1 of the Federal Rules of Bankruptcy Procedure.

BU hereby declares as follows:

1. BankUnited N.A. is a national bank and a wholly-owned subsidiary of BankUnited, Inc. (NYSE: BKU)

2. BlackRock, Inc., a publicly-held corporation, owns 10% or more of BankUnited, Inc.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED: July 13, 2023                    GREENBERG TRAURIG, LLP

                                        By:    /s/ Howard J. Steinberg
                                               Howard J. Steinberg
                                               *Attorneys for Defendant*
                                               *BankUnited, N.A.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Greenberg Traurig LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*):  **CORPORATE OWNERSHIP STATEMENT OF BANKUNITED, N.A. PURSUANT TO RULE 7007.1(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/13/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Eric Bensamochan     eric@eblawfirm.us, G63723@notify.cincompass.com
Christopher Celentino     christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
Christopher Ghio     christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
Richard H Golubow     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
David S Kupetz     David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
Daniel A Lev     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
Kenneth Misken     Kenneth.M.Misken@usdoj.gov
Queenie K Ng     queenie.k.ng@usdoj.gov
Douglas A Plazak     dplazak@rhlaw.com
Ronald N Richards     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
Jonathan Serrano     jonathan.serrano@dinsmore.com
Andrew Still     astill@swlaw.com, kcollins@swlaw.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Johnny White     JWhite@wrslawyers.com, jlee@wrslawyers.com

☐ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/13/2023 (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY -- VIA MESSENGER
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite   5130 / Courtroom 5C
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2023 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**