Douglas A. Plazak, SBN#181709
dplazak@rhlaw.com
REID & HELLYER APC
3685 Main Street, Suite 300
P.O. Box 1300
Riverside, California 92502-1300
Telephone: (951) 682-1771
Facsimile: (951) 686-2415

Attorneys for GREYSON LAW CENTER PC, Han Trinh, Jayde Trinh, and Scott Eadie

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br>Debtor.<br><br>RICHARD A MARSHACK, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>-vs-<br><br>Tony Diab, Daniel E. March, et al., | Case No. 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**GREYSON LAW CENTER PC ANSWER TO AMENDED COMPLAINT FOR: (1) INJUNCTIVE RELIEF; (2) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR ACTUAL FRAUDULENT TRANSFERS; (3) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; (4) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR ACTUAL FRAUDULENT TRANSFERS; (5) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; AND (6) TURNOVER**<br><br>**Status Conference:**<br>Date:    September 12, 2023<br>Time:    1:30 p.m.<br>Crtrm:   #5C, 411W. Fourth Street<br>         Santa Ana, CA 92701 |

Defendants, Greyson Law Center PC ("Greyson"), Han Trinh, Jayde Trinh, and Scott Eadie ("Defendants"), defendants in the above entitled proceeding, hereby submit the within answer in response to Plaintiff's Complaint for (1) Injunctive Relief; (2) Avoidance, Recovery, and Preservation of Two-year Actual Fraudulent Transfers; and (3) Avoidance, Recovery, and Preservation of Two-Year Constructive Fraudulent Transfers; (4) Avoidance, Recovery, and Preservation of Four-Year Actual Fraudulent Transfers; (5) Avoidance, Recovery, and Preservation of Four-Year Constructive Fraudulent Transfers; and (6) Turnover.

## JURISDICTIONAL ALLEGATIONS

1. Answering paragraph 1, Paragraph 1 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 1.

## THE PARTIES

2. Answering paragraph 2, Paragraph 2 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 2.

3. Answering paragraph 3, Paragraph 3 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 3.

4. Answering paragraph 4, Paragraph 4 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 4. Defendants consent to the entry of final orders and judgment by the Bankruptcy Court.

5. Answering paragraph 5, Paragraph 5 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 5.

6. Answering paragraph 6, Paragraph 6 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 6.

Case 8:23-ap-01046-SC Doc 89 Filed 07/18/23 Entered 07/18/23 08:21:18 Desc
Main Document Page 3 of 15

7. Answering paragraph 7, Paragraph 7 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph.

8. Answering paragraph 8, Paragraph 8 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 8.

9. Answering paragraph 9, Paragraph 9 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 9.

10. Answering paragraph 10, Defendants admit.

11. Answering paragraph 11, Defendants admit.

12. Answering paragraph 12, Paragraph 12 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 12.

13. Answering paragraph 13, Paragraph 13 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 13.

14. Answering paragraph 14, Defendants admit.

15. Answering paragraph 15, Paragraph 15 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 15.

16. Answering paragraph 16, Paragraph 16 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 16.

17. Answering paragraph 17, Paragraph 17 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 17.

18. Answering paragraph 18, Paragraph 18 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 18.

- 4 -

19. Answering paragraph 19, Paragraph 19 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 19.

20. Answering paragraph 20, Defendants admit.

21. Answering paragraph 21, Paragraph 21 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 21.

22. Answering paragraph 22, Paragraph 22 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 22.

23. Answering paragraph 23, Paragraph 23 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 23.

24. Answering paragraph 24, Paragraph 24 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 24.

25. Answering paragraph 25, Paragraph 25 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 25.

26. Answering paragraph 26, Paragraph 26 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 26.

27. Answering paragraph 27, Paragraph 27 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 27.

28. Answering paragraph 28, Paragraph 28 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 28.

29. Answering paragraph 29, Paragraph 29 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 29.

30. Answering paragraph 30, Paragraph 30 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 30.

31. Answering paragraph 31, Paragraph 31 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 31.

32. Answering paragraph 32, Paragraph 32 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 32.

33. Answering paragraph 33, Paragraph 33 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 33.

34. Answering paragraph 34, Paragraph 34 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 34.

35. Answering paragraph 35, Paragraph 35 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 35.

36. Answering paragraph 36, Paragraph 36 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 36.

37. Answering paragraph 37, Paragraph 37 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 37.

38. Answering paragraph 38, Paragraph 38 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 38.

39. Answering paragraph 39, Paragraph 39 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 39.

40. Answering paragraph 40, Paragraph 40 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 40.

41. Answering paragraph 41, Paragraph 41 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 41.

42. Answering paragraph 42, Paragraph 42 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 42.

43. Answering paragraph 43, Paragraph 43 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 43.

44. Answering paragraph 44, Paragraph 44 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 44.

45. Answering paragraph 45, Paragraph 45 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 45.

**GENERAL ALLEGATIONS**

46. Answering paragraph 46, Defendants admit the allegations of this paragraph.

47. Answering paragraph 47, Defendants admit the allegations of this paragraph

48. Answering paragraph 48, Defendants lack information sufficient to either admit or deny and on that basis deny.

49. Answering paragraph 49, Defendants lack information sufficient to either admit or deny and on that basis deny.

50. Answering paragraph 50, Defendants lack information sufficient to either admit or deny and on that basis deny.

51. Answering paragraph 51, Defendants lack information sufficient to either admit or deny and on that basis deny.

52. Answering paragraph 52, Defendants lack information sufficient to either admit or deny and on that basis deny.

53. Answering paragraph 53, Defendants lack information sufficient to either admit or deny and on that basis deny.

54. Answering paragraph 54, Defendants lack information sufficient to either admit or deny and on that basis deny.

55. Answering paragraph 55, Defendants lack information sufficient to either admit or deny and on that basis deny.

56. Answering paragraph 56, Defendants lack information sufficient to either admit or deny and on that basis deny.

57. Answering paragraph 57, Defendants lack information sufficient to either admit or deny and on that basis deny.

58. Answering paragraph 58, Defendants lack information sufficient to either admit or deny and on that basis deny.

59. Answering paragraph 59, Defendants lack information sufficient to either admit or deny and on that basis deny.

60. Answering paragraph 60, Defendants lack information sufficient to either admit or deny and on that basis deny.

61. Answering paragraph 61, Defendants lack information sufficient to either admit or deny and on that basis deny.

62. Answering paragraph 62, Defendants lack information sufficient to either admit or deny and on that basis deny.

63. Answering paragraph 63, Defendants lack information sufficient to either admit or deny and on that basis deny.

64. Answering paragraph 64, Defendants lack information sufficient to either admit or deny and on that basis deny.

65. Answering paragraph 65, Defendants lack information sufficient to either admit or deny and on that basis deny.

66. Answering paragraph 66, Defendants lack information sufficient to either admit or deny and on that basis deny.

67. Answering paragraph 67, Defendants deny that Diab fraudulently transferred any LPG files to Greyson, but Defendants lack information sufficient to either admit or deny the balance of the paragraph and on that basis deny.

68. Answering paragraph 68, Defendants lack information sufficient to either admit or deny and on that basis deny.

69. Answering paragraph 69, Defendants lack information sufficient to either admit or deny and on that basis deny.

70. Answering paragraph 70, Defendants deny that Diab, Cohen, Loli are syphoning money from Greyson, but Defendants lack information sufficient to either admit or deny the balance of the paragraph and on that basis deny.

71. Answering paragraph 71, Defendants said allegations to the extent that they relate to Defendants.

72. Answering paragraph 72, Defendants said allegations to the extent that they relate to Defendants.

73. Answering paragraph 73, Defendants lack information sufficient to either admit or deny and on that basis deny.

74. Answering paragraph 74, Defendants reassert their answers to paragraphs 1-73 above as though specifically set forth herein.

75. Answering paragraph 75, Paragraph 75 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 75.

76. Answering paragraph 76, Paragraph 76 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 76.

77. Answering paragraph 77, Defendants will agree to refrain from accessing or attempting to access: (a) LPG clients file/information without Court approval or Chapter 11 Trustee consent; (b) LUNA or any other CRM software without Court approval or Chapter 11 Trustee consent; (c) LPG's email accounts without Court approval or Chapter 11 Trustee consent; (d) LPG's Netsuite account with Oracle without Court approval or Chapter 11 Trustee consent; (e) LPG's Airtable account with Formgrid without Court approval or Chapter 11 Trustee consent; and (f) LPG's Quickbook account without Court approval or Chapter 11 Trustee consent.

78. Answering paragraph 78, Defendants agree not to interfere with Plaintiff's administration of the Estate or property of the Estate except as articulated in paragraph 78 of the Amended Complaint.

79. Answering paragraph 79, Paragraph 79 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 79.

80. Answering paragraph 80, Defendants reassert their answers to paragraphs 1-79 above as though specifically set forth herein.

81. Answering paragraph 81, Defendants lack information sufficient to either admit or deny and on that basis deny.

82. Answering paragraph 82, Defendants lack information sufficient to either admit or deny and on that basis deny.

83. Answering paragraph 83, Defendants lack information sufficient to either admit or deny and on that basis deny.

84. Answering paragraph 84, Defendants lack information sufficient to either admit or deny and on that basis deny.

85. Answering paragraph 85, Defendants lack information sufficient to either admit or deny and on that basis deny.

86. Answering paragraph 86, Defendants lack information sufficient to either admit or deny and on that basis deny.

87. Answering paragraph 87, Defendants lack information sufficient to either admit or deny and on that basis deny.

88. Answering paragraph 88, Defendants lack information sufficient to either admit or deny and on that basis deny.

89. Answering paragraph 89, Defendants lack information sufficient to either admit or deny and on that basis deny.

90. Answering paragraph 90, Paragraph 90 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 90.

91. Answering paragraph 91, Paragraph 91 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 91.

92. Answering paragraph 92, Paragraph 92 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 92.

93. Answering paragraph 93, Defendants reassert their answers to paragraphs 1-92 above as though specifically set forth herein.

94. Answering paragraph 94, Defendants lack information sufficient to either admit or deny and on that basis deny.

95. Answering paragraph 95, Defendants lack information sufficient to either admit or deny and on that basis deny.

96. Answering paragraph 96, Defendants lack information sufficient to either admit or deny and on that basis deny.

97. Answering paragraph 97, Defendants lack information sufficient to either admit or deny and on that basis deny.

98. Answering paragraph 98, Paragraph 98 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 98.

99. Answering paragraph 99, Defendants lack information sufficient to either admit or deny and on that basis deny.

100. Answering paragraph 100, Paragraph 100 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 100.

101. Answering paragraph 101, Defendants reassert their answers to paragraphs 1-100 above as though specifically set forth herein.

102. Answering paragraph 102, Defendants lack information sufficient to either admit or deny and on that basis deny.

103. Answering paragraph 103, Defendants lack information sufficient to either admit or deny and on that basis deny.

104. Answering paragraph 104, Defendants lack information sufficient to either admit or deny and on that basis deny.

105. Answering paragraph 105, Defendants lack information sufficient to either admit or deny and on that basis deny.

106. Answering paragraph 106, Paragraph 106 of the complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 106.

107. Answering paragraph 107, Defendants lack information sufficient to either admit or deny and on that basis deny.

108. Answering paragraph 108, Defendants deny that Diab made any Transfers to Greyson, but otherwise lack information sufficient to either admit or deny and on that basis deny.

109. Answering paragraph 109, Defendants lack information sufficient to either admit or deny and on that basis deny.

110. Answering paragraph 110, Defendants lack information sufficient to either admit or deny and on that basis deny.

111. Answering paragraph 111, Defendants lack information sufficient to either admit or deny and on that basis deny.

112. Answering paragraph 112, Defendants lack information sufficient to either admit or deny and on that basis deny.

113. Answering paragraph 113, Defendants lack information sufficient to either admit or deny and on that basis deny.

114. Answering paragraph 114, Paragraph 114 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 114.

115. Answering paragraph 115, Paragraph 115 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 115.

116. Answering paragraph 116, Defendants lack information sufficient to either admit or deny and on that basis deny.

117. Answering paragraph 117, Paragraph 117 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 117.

118. Answering paragraph 118, Paragraph 118 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 118.

119. Answering paragraph 119, Defendants reassert their answers to paragraphs 1-118 above as though specifically set forth herein.

120. Answering paragraph 120, Paragraph 120 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 120.

121. Answering paragraph 121, Defendants lack information sufficient to either admit or deny and on that basis deny.

122. Answering paragraph 122, Defendants lack information sufficient to either admit or deny and on that basis deny.

123. Answering paragraph 123, Defendants lack information sufficient to either admit or deny and on that basis deny.

124. Answering paragraph 124, Defendants lack information sufficient to either admit or deny and on that basis deny.

125. Answering paragraph 125, Defendants lack information sufficient to either admit or deny and on that basis deny.

126. Answering paragraph 126, Paragraph 126 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 126.

127. Answering paragraph 127, Paragraph 127 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 127.

128. Answering paragraph 128, Paragraph 128 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 128.

129. Answering paragraph 129, Paragraph 129 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 129.

130. Answering paragraph 130, Defendants reassert their answers to paragraphs 1-129 above as though specifically set forth herein.

131. Answering paragraph 131, Defendants lack information sufficient to either admit or deny and on that basis deny.

132. Answering paragraph 132, Defendants lack information sufficient to either admit or deny and on that basis deny.

133. Answering paragraph 134, Defendants lack information sufficient to either admit or deny and on that basis deny.

134. Answering paragraph 134, Defendants lack information sufficient to either admit or deny and on that basis deny.

135. Answering paragraph 135, Paragraph 135 of the complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, these answering Defendants deny the allegations of paragraph 135.

### FIRST AFFIRMATIVE DEFENSE

Neither the Amended Complaint, nor any purported claim therein, states facts sufficient to constitute a claim against these defendants.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to plead sufficient facts to establish a right to the relief requested.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's complaint, and each purported cause of action therein, is barred by the applicable statute of limitations, unclean hands, laches, and estoppel.

### FOURTH AFFIRMATIVE DEFENSE

The complaint and each cause of action therein is barred, in whole or in part, because Plaintiff has failed to meet one or more of the statutory prerequisites to maintaining the action and/or certain claims therein.

### FIFTH AFFIRMATIVE DEFENSE

The Amended complaint and each cause of action therein is barred, in whole or in part, because Defendants are an entitled to an off-set.

DATED: July 12, 2023                REID & HELLYER, APC

By: /s/ Douglas A. Plazak
Douglas A. Plazak
Attorney for Greyson Law Center PC
Han Trinh, Jayde Trinh, and Scott Eadie

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3685 Main Street, Suite 300, Riverside, CA 92501
Mailing: P.O. Box 1300, Riverside, CA 92502-1300

A true and correct copy of the foregoing document entitled (*specify*): **GREYSON LAW CENTER PC ANSWER TO AMENDED COMPLAINT FOR: (1) INJUNCTIVE RELIEF; (2) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR ACTUAL FRAUDULENT TRANSFERS; (3) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; (4) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR ACTUAL FRAUDULENT TRANSFERS; (5) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; AND (6) TURNOVER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/18/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eric Bensamochan**  eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**  christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Christopher Ghio**  christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
- **Richard H Golubow**  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Meredith King**  mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**  David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Daniel A Lev**  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Douglas A Plazak**  dplazak@rhlaw.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**  jonathan.serrano@dinsmore.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Johnny White**  JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/18/2023 | Wendy M. Patrick | /s/ Wendy M. Patrick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*               **F 9013-3.1.PROOF.SERVICE**