| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Alexandra Wales Wahl TX Bar SBN 24071581<br>WICK PHILLIPS LLP<br>3131 McKinney Ave. Suite 500<br>Dallas, Texas 75204<br>214-692-6200 - Phone<br>214-692-6255 - Fax<br>alex.wahl@wickphillips.com<br><br>☒ *Attorney for*: Eng Taing; Touzi Capital, LLC | **FILED & ENTERED**<br><br>**JUL 21 2023**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>                                    Debtor(s)<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>                                    Plaintiff(s)<br><br>vs.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; et al.,<br><br>                                    Defendant(s) | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO.: 8:23-ap-01046-SC<br><br>**ORDER ON APPLICATION OF<br>NON-RESIDENT ATTORNEY TO APPEAR IN<br>A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): Alexandra Wales Wahl

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

Date: July 21, 2023

                                                Scott C. Clarkson
                                                United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                        F 2090-1.2.ORDER.NONRES.ATTY