United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

Adv. Proc. No. 23-01046-SC

Diab,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 21, 2023 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Law Offices of Ronald Richards, Ronald Richards, Esq, PO Box 11480, Beverly Hills, CA 90213-4480 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Authorize Net |
| dft | | B.A.T. Inc. |
| dft | | BAT Inc. dba Coast Processing |
| dft | | BankUnited, N.A. |
| dft | | Consumer Legal Group, PC |
| intp | | Courtesy NEF |
| dft | | Daniel S. March |
| cr | | Debt Validation Fund II, LLC |
| dft | | Dongliang Jiang |
| dft | | Dwolla, Inc. |
| dft | | EPPS |
| dft | | Eng Taing |
| dft | | Eng Tang |
| dft | | Equipay |
| dft | | Fidelity National Information Services, Inc. |
| dft | | Fidelity National Information Services, Inc. dba F |
| dft | | Gallant Law Group |
| dft | | Greyson Law Center PC |
| dft | | Guardian |
| dft | | Guardian Processing, LLC |
| dft | | Han Trinh |
| dft | | Heng Taing |
| dft | | Jake Akers |
| dft | | Jayde Trinh |
| dft | | Jimmy Chhor |
| dft | | LGS Holdco, LLC |
| dft | | Lisa Cohen |
| cr | | MC DVI Fund 1, LLC |
| cr | | MC DVI Fund 2, LLC |
| dft | | Maria Eeya Tan |
| dft | | Marich Bein, LLC |
| dft | | Maverick Management Group, LLC |
| dft | | Maverick Management, LLC |
| dft | | Max Chou |

Case 8:23-ap-01046-SC    Doc 94    Filed 07/23/23    Entered 07/23/23 21:14:28    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: pdf031 | Total Noticed: 1 |

| | | |
|---|---|---|
| dft | | Merit Fund, LLC |
| dft | | Oakstone Law Group PC |
| dft | | Optimumbank Holdings, Inc. |
| dft | | Optimumbank Holdings, Inc. dba Optimum Bank |
| dft | | Payliance, LLC |
| dft | | Phoenix Law Group, Inc. |
| dft | | Phoenix Law, PC |
| dft | | Prime Logix, LLC |
| dft | | Revolv3, Inc. |
| pla | | Richard A. Marshack |
| dft | | Rosa Bianca Loli |
| dft | | Scott James Eadie |
| dft | | Seamless Chex Inc. |
| dft | | Stripe, Inc. |
| dft | | Teracel Blockchain Fund II LLC |
| dft | | The United States Postal Service |
| dft | | Tony Diab |
| dft | | Touzi Capital, LLC |
| dft | | Vulcan Consulting Group LLC |
| dft | | Wes Thomas |
| dft | | William Taylor Carss |
| dft | | World Global |
| dft | | Worldpay Group |
| dft | | Worldpay, Inc. |
| dft | | Worldpay, LLC |

TOTAL: 59 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Still | on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com |
| Christopher Celentino | on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Celentino | on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Ghio | on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  Kristina.Heller@Dinsmore.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| David S Kupetz | on behalf of Defendant Marich Bein  LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |

District/off: 0973-8 User: admin Page 3 of 3
Date Rcvd: Jul 21, 2023 Form ID: pdf031 Total Noticed: 1

Douglas A Plazak
    on behalf of Defendant Jayde Trinh dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Defendant Scott James Eadie dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Defendant Han Trinh dplazak@rhlaw.com

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

Howard Steinberg
    on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Meredith King
    on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Richard A Marshack (TR)
    pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Ronald N Richards
    on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 24

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Alexandra Wales Wahl TX Bar SBN 24071581<br>WICK PHILLIPS LLP<br>3131 McKinney Ave. Suite 500<br>Dallas, Texas 75204<br>214-692-6200 - Phone<br>214-692-6255 - Fax<br>alex.wahl@wickphillips.com<br><br>☒ *Attorney for*: Eng Taing; Touzi Capital, LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 21 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte      **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>Debtor(s)<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>Plaintiff(s)<br>vs.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; et al.,<br><br>Defendant(s) | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO.: 8:23-ap-01046-SC<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Alexandra Wales Wahl

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

Date: July 21, 2023

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                              F 2090-1.2.ORDER.NONRES.ATTY