1  CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
2  CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
3  YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
4  JEREMY B. FREEDMAN (308752)
jeremy.freedman@dinsmore.com
5  **DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
6  San Diego, California 92101
Telephone:  619.400.0500
7  Facsimile:  619.400.0501
christopher.ghio@dinsmore.com
8  christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com
9  Special Counsel to Richard A. Marshack,
Chapter 11 Trustee for the Bankruptcy Estate of
10  The Litigation Practice Group P.C.

11

12

13                **UNITED STATES BANKRUPTCY COURT**

14        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

15

16  In re:                               Case No.: 8:23-bk-10571-SC

17  THE LITIGATION PRACTICE GROUP P.C.,   Adv. Proc. No. 8:23-ap-01046-SC

18         Debtor.                        Chapter 11

19  _____

20  RICHARD A. MARSHACK,                  **NOTICE OF DISMISSAL OF
                                          DEFENDANT THE UNITED STATES
21  Chapter 11 Trustee,                   PARCEL SERVICE**

22         Plaintiff,

23              v.
TONY DIAB, an individual; DANIEL S.
24  MARCH, an individual; ROSA BIANCA LOLI,
an individual; LISA COHEN, an individual;
25  WILLIAM TAYLOR CARSS, an individual;
ENG TANG, an individual; MARIA EEYA TAN,
26  an individual; JAKE AKERS, an individual; HAN
TRINH, an individual; JAYDE TRINH, an
27  individual; WES THOMAS, an individual;
SCOTT JAMES EADIE, an individual; JIMMY
28  CHHOR, an individual; DONGLIANG JIANG,

1

1  an individual; OAKSTONE LAW GROUP PC;
GREYSON LAW CENTER PC; PHOENIX
2  LAW GROUP, INC.; MAVERICK
MANAGEMENT, LLC; LGS HOLDCO, LLC;
3  CONSUMER LEGAL GROUP, P.C.; VULCAN
CONSULTING GROUP LLC; B.A.T. INC. d/b/a
4  COAST PROCESSING; PRIME LOGIX, LLC;
TERACEL BLOCKCHAIN FUND II LLC;
5  EPPS; EQUIPAY; AUTHORIZE.NET; WORLD
GLOBAL; OPTIMUMBANK HOLDINGS, INC.
6  d/b/a OPTIMUM BANK; MARICH BEIN, LLC;
BANKUNITED, N.A.; REVOLV3, INC.;
7  FIDELITY NATIONAL INFORMATION
SERVICES, INC. d/b/a FIS; WORLDPAY, INC.;
8  WORLDPAY GROUP; MERIT FUND, LLC;
GUARDIAN PROCESSING, LLC; THE
9  UNITED STATES POSTAL SERVICE; and
DOES 1 through 100, inclusive,
10
11
12                              Defendants.

13        **TO THE COURT, HONORABLE SCOTT C. CLARKSON, OFFICE OF THE**

14  **UNITED STATES TRUSTEE, DEFENDANTS AND ALL INTERESTED PARTIES:**

15        **PLEASE TAKE NOTICE**, pursuant to Federal Rules of Bankruptcy Procedure Rule

16  41(a)(1)(A)(i), Plaintiff, Trustee Richard Marshack, hereby provides notice that Plaintiff's claims

17  against Defendant The United States Parcel Service in the Complaint [Dkt No. 1] and Amended

18  Complaint [Dkt No. 65] are dismissed, without prejudice with each side to bear their own costs and

19  attorney's fees.

20

21  Dated: July 24, 2023                    Respectfully submitted,

22                                          DINSMORE & SHOHL LLP

23

24
                                           By: */s/ Christopher B. Ghio*
25                                              Christopher B. Ghio
                                                Christopher Celentino
26                                              Yosina M. Lissebeck
                                                Jeremy B. Freedman
27                                              Special Counsel to Richard A. Marshack,
                                                Chapter 11 Trustee for the Bankruptcy Estate of
28                                              The Litigation Practice Group

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California  92101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DISMISSAL OF DEFENDANT THE UNITED STATES PARCEL SERVICE**
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 24, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 24, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 24, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY - VIA FEDEX**
The Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| July 18, 2023 | Nicolette D. Murphy | /s/ *Nicolette D. Murphy* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>kristina.heller@Dinsmore.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC | David.Kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Douglas A Plazak<br>on behalf of Defendant Greyson Law Center PC | dplazak@rhlaw.com |
| Douglas A Plazak<br>on behalf of Defendant Han Trinh | dplazak@rhlaw.com |
| Douglas A Plazak<br>on behalf of Defendant Jayde Trinh | dplazak@rhlaw.com |
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald N Richards<br>on behalf of Defendant Consumer Legal Group, PC | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

2

| | |
|---|---|
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

2.      **TO BE SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| Jake Akers<br>27 Songbird Lane<br>Aliso Viejo, California 92656-1232 | Authorize.Net, a subsidiary of Visa<br>Attn:  1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 |
| BAT Inc. dba Coast Processing<br>c/o Tony Diab, Agent for Service of Process<br>20101 SW Cypress Street<br>Newport Beach, California 92660 | William Taylor Carss<br>3347 Michelson Drive, Suite 400<br>Irvine, California  92612 |
| William Taylor Carss<br>6080 Center Drive, 6th Floor<br>Los Angeles, California 90045 | Jimmy Chhor<br>1918 Pepperdale Drive<br>Rowland Heights, California 91748-3252 |
| Lisa Cohen<br>20101 SW Cypress Street<br>Newport Beach, California 92660 | Tony Diab<br>20101 SW Cypress Street<br>Newport Beach, California 92660 |
| Dwolla, Inc.<br>c/o 1505 Corporation / CSC-Lawyers Incorporating Service, Agent for Service of Process<br>2710 Gateway Oaks Drive<br>Sacramento, California  95833 | Equipay<br>c/o Resident Agents Inc., Agent for Service of Process<br>8 The Green, Suite R<br>Dover, Delaware 19901 |
| Fidelity National Information Services, Inc. dba FIS<br>Attn:  1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 | Gallant Law Group<br>123 South Broad Street, Suite 1640<br>Philadelphia, Pennsylvania 19109 |
| Guardian Processing, LLC<br>Attn:  Dongliang Jiang, Agent for Service of Process<br>19200 Von Karman Avenue, 4-6 Floors<br>Irvine, California  92612 | Dongliang Jiang<br>19200 Von Karman Avenue, 4-6 Floors<br>Irvine, California  92612 |
| LGS Holdco, LLC<br>c/o USACORP DE INC., Agent for Service of Process<br>1811 Silverside Road<br>Wilmington, Delaware 19810 | LGS Holdco, LLC<br>c/o The LLC, Agent for Service of Process<br>11 Broadway, Suite 300<br>New York, New York  10004 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3

**F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Rosa Bianca Loli<br>1220 Ensenada Avenue<br>Laguna Beach, California 92651 | Rosa Bianca Loli<br>3347 Michelson Drive, Suite 400<br>Irvine, California  92612 |
| Daniel S. March<br>LPG / LAW OFFICE OF DANIEL MARCH<br>17291 Irvine Boulevard, Suite 101<br>Tustin, California 92780-2966 | Maverick Management Group, LLC<br>c/o LegalInc. Corporate Services Inc., Agent for Service of Process<br>5830 East Second Street, Suite 8<br>Casper, Wyoming  82609 |
| Merit Fund, LLC<br>c/o Mike S Patel, Agent for Service of Process<br>3531 Torrance Boulevard<br>Torrance, California  90503 | Oakstone Law Group PC<br>c/o 1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 |
| Optimumbank Holdings, Inc. dba Optimum Bank<br>c/o Mary Franco, Agent for Service of Process<br>2929 East Commercial Boulevard, Suite 101<br>Fort Lauderdale, Florida 33308 | Payliance, LLC<br>c/o Collections Acquisition Company, Inc. dba Payliance, LLC, Agent for Service of Process<br>3 Easton Oval, Suite 210<br>Columbus, Ohio  43219 |
| Phoenix Law, PC<br>c/o 1505 Corporation / CSC, Agent for Service of Process<br>2710 Gateway Oaks Drive<br>Sacramento, California 95833 | Prime Logix, LLC<br>c/o Cloud Peak Law, LLC, Agent for Service of Process<br>1095 Sugar View Drive, Suite 500<br>Sheridan, Wyoming 82801 |
| Prime Logix, LLC<br>c/o Rosa Bianca Loli<br>3347 Michelson Drive, Suite 400<br>Irvine, California  92612 | Prime Logix, LLC<br>c/o Rosa Bianca Loli<br>1220 Ensenada Avenue<br>Laguna Beach, California  92651 |
| Revolv3, Inc.<br>c/o United States Corporation Agents, Inc., Agent for Service of Process<br>101 North Brand Boulevard, 11th Floor<br>Glendale, California 91203 | Seamless Chex Inc.<br>c/o Evan Albert, Agent for Service of Process<br>15 Woodland Way<br>Post Office Box 756<br>Quogue, New York  11979 |
| Stripe, Inc.<br>c/o The Corporation Trust Company, Agent for Service of Process<br>1209 Orange Street<br>Wilmington, Delaware  19801 | Maria Eeya Tan<br>3347 Michelson Drive, Suite 400<br>Irvine, California  92612 |
| Eng Taing<br>1781 La Plaza Drive<br>San Marcos, California  92078 | Eng Taing<br>3347 Michelson Drive, Suite 400<br>Irvine, California 92612 |
| Teracel Blockchain Fund II LLC<br>c/o Harvard Business Services, Inc., Agent for Service of Process<br>16192 Coastal Highway<br>Lewes, Delaware 19958 | United States Postal Service<br>c/o Elan S. Levey, Esq.<br>UNITED STATES ATTORNEY'S OFFICE<br>300 North Los Angeles Street<br>Federal Building, Room 7516<br>Los Angeles, California  90012 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4

**F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Wes Thomas<br>2030 Main Street, Suite 1300<br>Irvine California 92614 | Vulcan Consulting Group LLC<br>c/o Lisa Cohen, Agent for Service of Process<br>20101 SW Cypress Street<br>Newport Beach, California 92660 |
| World Global, LLC<br>Business Filings Incorporated, Agent for Service of Process<br>187 Wolf Road, Suite 101<br>Albany, New York  12205 | Worldpay, LLC<br>1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 |
| WorldPay Group<br>1505 Corporation / CT Corporation System, Agent for Service of Process<br>330 North Brand Boulevard<br>Glendale, California 91203 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**