Daniel A. Lev (CA Bar No. 129622)
daniel.lev@gmlaw.com
**Greenspoon Marder LLP**
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 954.771.9264

Ronald Richards (CA Bar No. 176246)
ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone: 310.556.1001
Facsimile: 310.277.3325

Attorneys for Defendants Consumer Legal Group, P.C. and LGS HoldCo, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-23-ap-01046-SC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT FOR: (1) INJUNCTIVE RELIEF; (2) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR ACTUAL FRAUDULENT TRANSFERS; (3) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; (4) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR ACTUAL FRAUDULENT TRANSFERS; (5) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; AND (6) TURNOVER**<br><br>DATE:<br>TIME:    [No Hearing Required]<br>PLACE: |

DAL 55027622v1

Greenspoon Marder LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

| | |
|---|---|
| 1 | RICHARD A. MARSHACK, solely in his capacity as chapter 11 trustee, |
| 2 | |
| 3 | Plaintiff, |
| | vs. |
| 4 | |
| 5 | TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUM BANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | Defendants. |

       **WHEREAS**, on March 20, 2023, the Litigation Practice Group, PC (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

       **WHEREAS**, Richard A. Marshack is the duly appointed, qualified, and acting chapter 11 trustee for the Debtor's estate and he continues to act in that capacity.

DAL 55027622v1       2

Greenspoon Marder LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

1  **WHEREAS**, on May 25, 2023, the Trustee, as plaintiff, caused to be filed
2  his "Complaint for: (1) Injunctive Relief; (2) Avoidance, Recovery, and Preservation of
3  Two-Year Actual Fraudulent Transfers; (3) Avoidance, Recovery, and Preservation of
4  Two-Year Constructive Fraudulent Transfers; (4) Avoidance, Recovery, and Preservation
5  of Four-Year Actual Fraudulent Transfers; (5) Avoidance, Recovery, and Preservation of
6  Four-Year Constructive Fraudulent Transfers; and (6) Turnover" (the "Complaint") against
7  defendants Consumer Legal Group, P.C. ("CLG") and LGS HoldCo, LLC ("LGS" and
8  together with CLG, the "Defendants"), among others.

9  **WHEREAS**, on May 26, 2023, the clerk of the court issued its "Summons
10 and Notice of Status Conference In Adversary Proceeding [LBR 7004-1]" (the
11 "Summons").

12 **WHEREAS**, on June 15, 2023, the Trustee, as plaintiff, caused to be filed
13 his "Amended Complaint for: (1) Injunctive Relief; (2) Avoidance, Recovery, and
14 Preservation of Two-Year Actual Fraudulent Transfers; (3) Avoidance, Recovery, and
15 Preservation of Two-Year Constructive Fraudulent Transfers; (4) Avoidance, Recovery,
16 and Preservation of Four-Year Actual Fraudulent Transfers; (5) Avoidance, Recovery,
17 and Preservation of Four-Year Constructive Fraudulent Transfers; and (6) Turnover" (the
18 "Amended Complaint") against Defendants, among others.

19 **WHEREAS**, on June 22, 2023, the Trustee caused to be filed his "Request
20 That the Clerk Issue Another Summons and Notice of Status Conference [LBR 7004-
21 1(a)(1)(B)]".

22 **WHEREAS**, on June 23, 2023, the clerk of the court issued its "Another
23 Summons and Notice of Status Conference In Adversary Proceeding [LBR 7004-1]" (the
24 "Amended Summons") pursuant to which Defendants were provided through July 24,
25 2023, to file a response to the Amended Complaint, and a status conference was
26 scheduled for September 12, 2023.

27 **WHEREAS**, on June 30, 2023, the Trustee caused to be filed his
28 "Stipulation Re Partial Settlement of Claims and Modification of Order On Trustee,

Richard Marshack's Omnibus Emergency Motion As to Covered Parties and Defendants, Consumer Legal Group, P.C. and LGS HoldCo, LLC" (the "Stipulation"), which is presently scheduled for hearing on August 10, 2023.

**WHEREAS,** the Trustee and Defendants are continuing to engage in a frank and productive exchange of information and discussion of issues with respect to the Amended Complaint and the Stipulation, and, based on these good faith discussions, the Trustee has agreed, subject to approval of the Court, to an extension of the time for Defendants to file and serve their written response to the Amended Complaint from July 24, 2023, to October 23, 2023, subject to further extensions for cause shown.

**NOW, THEREFORE,** in consideration of the foregoing, the parties hereto, by and through their respective attorneys of record, hereby agree and stipulate as follows:

The deadline for the filing and service of Defendants' written response to the Amended Complaint shall be extended from July 24, 2023, to and including October 23, 2023, subject to further extensions for cause shown.

DATED: July 26, 2023        **GREENSPOON MARDER LLP**

By: _____
Daniel A. Lev
Attorneys for Defendants, Consumer Leal Group, P.C. and LGS HoldCo, LLC

DATED: July 26, 2023        **DINSMORE & SHOHL LLP**

By: _____
Christopher Celentino
Christopher B. Ghio
Attorneys for Plaintiff, Richard A. Marshack, Chapter 11 Trustee

Greenspoon Marder LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT FOR:  (1) INJUNCTIVE RELIEF; (2) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR ACTUAL FRAUDULENT TRANSFERS; (3) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; (4) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR ACTUAL FRAUDULENT TRANSFERS; (5) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; AND (6) TURNOVER**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 26, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 26, 2023 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**