

FILED & ENTERED

JUL 27 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br>Debtor(s).<br>_____<br>Richard A. Marshack, Ch 11 Trustee,<br><br>Plaintiff(s),<br>   v.<br><br>Tony Diab, et al,<br><br>Defendant(s).<br>_____ | CHAPTER 11<br><br>Case No.:  8:23-bk-10571-SC<br>Adv No:   8:23-ap-01046-SC<br><br>**ORDER CONTINUING HEARING ON<br>MOTION TO DISMISS [DK. 96]**<br><br>Date:     September 13, 2023<br>Time:    11:00 AM<br>Courtroom: 5C |

    The Hearing on the Motion by Defendants Eng Taing and Touzi Capital, LLC to Dismiss Complaint [Dk. 96] is hereby CONTINUED from September 13, 2023, at 11:00 a.m. to September 14, 2023, at 11:00 a.m.

    **IT IS SO ORDERED.**

Date: July 27, 2023

Scott C. Clarkson
United States Bankruptcy Judge