**FILED & ENTERED**

**JUL 27 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br>Debtor(s).<br>Richard A. Marshack, Ch 11 Trustee,<br><br>Plaintiff(s),<br>v.<br><br>Tony Diab, et al,<br>Defendant(s). | CHAPTER 11<br><br>Case No.:  8:23-bk-10571-SC<br>Adv No:   8:23-ap-01046-SC<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:        September 12, 2023<br>Time:        1:30 PM<br>Courtroom: 5C |

The status conference set for September 12, 2023, at 1:30 p.m. is hereby CONTINUED to September 14, 2023, at 11:00 a.m., with a status report due 14 days in advance.

**IT IS SO ORDERED.**

Date: July 27, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-1-