

**FILED & ENTERED**

JUL 27 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

1  Daniel A. Lev (CA Bar No. 129622)
       daniel.lev@gmlaw.com
2  **Greenspoon Marder LLP**
   333 South Grand Avenue, Suite 3400
3  Los Angeles, California  90071-1406
   Telephone: 213.626.2311
4  Facsimile: 954.771.9264

5  Ronald Richards (CA Bar No. 176246)
       ron@ronaldrichards.com
6  Law Offices of Ronald Richards & Associates, APC
   P.O. Box 11480
7  Beverly Hills, California 90213
   Telephone:  310.556.1001
8  Facsimile:  310.277.3325

9  Attorneys for Defendants Consumer Legal Group, P.C. and LGS HoldCo, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>          Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-23-ap-01046-SC<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT FOR:  (1) INJUNCTIVE RELIEF; (2) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR ACTUAL FRAUDULENT TRANSFERS; (3) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; (4) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR ACTUAL FRAUDULENT TRANSFERS; (5) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; AND (6) TURNOVER**<br><br>DATE:<br>TIME:     [No Hearing Required]<br>PLACE:<br><br>**[RELATES TO DOCKET NO. 107]** |

**Greenspoon Marder LLP**
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA  90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

DAL 55028269v1

Greenspoon Marder LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

| | |
|---|---|
| 1 | RICHARD A. MARSHACK, solely in his capacity as chapter 11 trustee, |
| 2 | |
| 3 | Plaintiff, |
| 4 | vs. |
| 5 | TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUM BANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive, |
| | Defendants. |

The Court, having considered the "Stipulation for Extension of Time to Respond to Amended Complaint for: (1) Injunctive Relief; (2) Avoidance, Recovery, and Preservation of Two-Year Actual Fraudulent Transfers; (3) Avoidance, Recovery, and Preservation of Two-Year Constructive Fraudulent Transfers; (4) Avoidance, Recovery, and Preservation of Four-Year Actual Fraudulent Transfers; (5) Avoidance, Recovery,

and Preservation of Four-Year Constructive Fraudulent Transfers; and (6) Turnover" (the "Stipulation"), filed by plaintiff Richard A. Marshack (the "Trustee" or "Plaintiff"), the duly appointed, qualified, and acting chapter 11 trustee for the estate of the debtor The Litigation Practice Group, P.C. (the "Debtor"), on the one hand, and defendants Consumer Legal Group, P.C. ("CLG") and LGS HoldCo, LLC ("LGS" and together with CLG, the "Defendants"), on the other hand, and for good cause appearing therefor,

**IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Stipulation is approved.

2. The deadline for the filing and service of Defendants' written responses to the amended complaint filed in the above-captioned adversary proceeding shall be extended from July 24, 2023, to and including October 23, 2023, subject to further extensions for cause shown.

###

Date: July 27, 2023

Scott C. Clarkson
United States Bankruptcy Judge

DAL 55028269v1