| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>TERI T. PHAM (SBN 193383)<br>Email: tpham@epglawyers.com<br>JESSE K. BOLLING (SBN 286267)<br>Email: jbolling@epglawyers.com<br>THANG LE (SBN 260248)<br>Email: tle@epglawyers.com<br>ENENSTEIN PHAM & GLASS, LLP<br>3200 Bristol Street, Suite 500<br>Costa Mesa, CA 92626<br>Phone: (714) 292-0262<br>Fax:     (714) 464-4770<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Tony Diab and Daniel S. March | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>THE LITIGATION PRACTICE GROUP, PC,<br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO.: 8:23-ap-01046-SC |
|---|---|
| RICHARD A. MARSHACK,<br>Chapter 11 Trustee<br><br>Plaintiff(s),<br>vs.<br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; et.al.,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion[1]*): STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT |

PLEASE TAKE NOTE that the order or judgment titled [PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
was lodged on (*date*) 07/27/2023 and is attached.  This order relates to the motion which is docket number 111 .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012        Page 1        F 9021-1.2.ADV.NOTICE.LODGMENT

TERI T. PHAM (SBN 193383)
*Email: tpham@epglawyers.com*
JESSE K. BOLLING (SBN 286267)
*Email: jbolling@epglawyers.com*
THANG LE (SBN 260248)
*Email: tle@epglawyers.com*
**ENENSTEIN PHAM & GLASS, LLP**
3200 Bristol Street, Suite 500
Costa Mesa, CA 92626
Phone:  (714) 292-0262
Fax:      (714) 464-4770

Specially Appearing Attorneys for
Defendants Tony Diab and Daniel S. March

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>Debtor.<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an | Case No.: 8:23-bk-10571-SC<br><br>Hon. Scott C. Clarkson<br><br>Chapter 11<br><br>Adversary No. 8:23-ap-01046-SC<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT [DKT #111]**<br><br>**Complaint Filed**: May 25, 2023 |

1  individual, DONGLIANG JIANG, an individual; MAS CHOU, an individual; OAKSTONE LAW GROUP PC;
2  GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK
3  MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER
4  LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT
5  INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL
6  BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET;
7  WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM
8  BANK; MARICH BEIN, LLC; BANKUNITED, N.A.: REVOLVE3,
9  INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC.
10 d/b/a/ FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT
11 FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE,
12 LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC.; DWOLLA,
13 INC.; STRIPE, INC.; and DOES 1 through 100, inclusive,
14
                Defendants.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT

Pursuant to the STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT submitted by the Chapter 11 Trustee, Richard Marshack, on the one hand, and Defendants Tony Diab and Daniel March, on the other hand, filed on July 27, 2023 [DKT #111], and good cause appearing:

1. The Stipulation is approved in its entirety;
2. Defendants Tony Diab and Daniel March shall have up to and including August 16, 2023 to file and serve any responsive pleading to the Amended Complaint.

IT IS SO ORDERED.

Dated: _____
UNITED STATES BANKRUPTCY JUDGE

3
STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3200 Bristol Street, Suite 500, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __07/27/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this
   case, and to any attorneys who receive service by NEF.

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __07/27/2023__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
JUDGE'S COPY
The Honorable Scott C. Clarkson
U.S. Bankruptcy Court Ronald Raegan Federal Building
411 W. Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/27/2023 | Duc Le | /s/ Duc Le |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 2                    F 9021-1.2.ADV.NOTICE.LODGMENT