United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

Adv. Proc. No. 23-01046-SC

Diab,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3
Date Rcvd: Jul 27, 2023      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Law Offices of Ronald Richards, Ronald Richards, Esq, PO Box 11480, Beverly Hills, CA 90213-4480 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Authorize Net |
| dft | | B.A.T. Inc. |
| dft | | BAT Inc. dba Coast Processing |
| dft | | BankUnited, N.A. |
| dft | | Consumer Legal Group, PC |
| intp | | Courtesy NEF |
| dft | | Daniel S. March |
| cr | | Debt Validation Fund II, LLC |
| dft | | Dongliang Jiang |
| dft | | Dwolla, Inc. |
| dft | | EPPS |
| dft | | Eng Taing |
| dft | | Eng Tang |
| dft | | Equipay |
| dft | | Fidelity National Information Services, Inc. |
| dft | | Fidelity National Information Services, Inc. dba F |
| dft | | Gallant Law Group |
| dft | | Greyson Law Center PC |
| dft | | Guardian |
| dft | | Guardian Processing, LLC |
| dft | | Han Trinh |
| dft | | Heng Taing |
| dft | | Jake Akers |
| dft | | Jayde Trinh |
| dft | | Jimmy Chhor |
| dft | | LGS Holdco, LLC |
| dft | | Lisa Cohen |
| cr | | MC DVI Fund 1, LLC |
| cr | | MC DVI Fund 2, LLC |
| dft | | Maria Eeya Tan |
| dft | | Marich Bein, LLC |
| dft | | Maverick Management Group, LLC |
| dft | | Maverick Management, LLC |
| dft | | Max Chou |

Case 8:23-ap-01046-SC    Doc 114    Filed 07/29/23    Entered 07/29/23 21:13:51    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: pdf031 | Total Noticed: 1 |

| | |
|---|---|
| dft | Merit Fund, LLC |
| dft | Oakstone Law Group PC |
| dft | Optimumbank Holdings, Inc. |
| dft | Optimumbank Holdings, Inc. dba Optimum Bank |
| dft | Payliance, LLC |
| dft | Phoenix Law Group, Inc. |
| dft | Phoenix Law, PC |
| dft | Prime Logix, LLC |
| dft | Revolv3, Inc. |
| pla | Richard A. Marshack |
| dft | Rosa Bianca Loli |
| dft | Scott James Eadie |
| dft | Seamless Chex Inc. |
| dft | Stripe, Inc. |
| dft | Teracel Blockchain Fund II LLC |
| dft | The United States Postal Service |
| dft | Tony Diab |
| dft | Touzi Capital, LLC |
| dft | Vulcan Consulting Group LLC |
| dft | Wes Thomas |
| dft | William Taylor Carss |
| dft | World Global |
| dft | Worldpay Group |
| dft | Worldpay, Inc. |
| dft | Worldpay, LLC |

TOTAL: 59 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:

**Name**            **Email Address**

Andrew Still
  on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Christopher Celentino
  on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
  on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Ghio
  on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  Kristina.Heller@Dinsmore.com

Christopher Ghio
  on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  Kristina.Heller@Dinsmore.com

Daniel A Lev
  on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 27, 2023 | Form ID: pdf031 | Total Noticed: 1 |

Daniel A Lev
    on behalf of Defendant Consumer Legal Group PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Defendant LGS Holdco LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
    on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

David S Kupetz
    on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Douglas A Plazak
    on behalf of Defendant Jayde Trinh dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Defendant Scott James Eadie dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Defendant Han Trinh dplazak@rhlaw.com

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

Howard Steinberg
    on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Meredith King
    on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Richard A Marshack (TR)
    pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Ronald N Richards
    on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Yosina M Lissebeck
    on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com

TOTAL: 30

**FILED & ENTERED**

**JUL 27 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re:

The Litigation Practice Group P.C.

Debtor(s).

Richard A. Marshack, Ch 11 Trustee,

Plaintiff(s),

v.

Tony Diab, et al,

Defendant(s).

CHAPTER 11

Case No.: 8:23-bk-10571-SC
Adv No: 8:23-ap-01046-SC

**ORDER CONTINUING STATUS CONFERENCE**

Date:        September 12, 2023
Time:        1:30 PM
Courtroom:   5C

   The status conference set for September 12, 2023, at 1:30 p.m. is hereby CONTINUED to September 14, 2023, at 11:00 a.m., with a status report due 14 days in advance.

   **IT IS SO ORDERED.**

Date: July 27, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-1-