1  PAUL J. LEEDS, ESQ. (Bar No. 214309)
   pleeds@fsl.law
2  MEREDITH KING, ESQ. (Bar No. 280043)
   mking@fsl.law
3  FRANKLIN SOTO LEEDS LLP
   444 WEST C STREET, SUITE 300
4  SAN DIEGO, CA  92101
   TEL:  619.872.2520
5  FAX:  619.566.0221

6  Attorneys for Defendant
   *Gallant Law Group, PC* and
7  Center Pointe Law, PC

8

9                **UNITED STATES BANKRUPTCY COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

11

12  In re                               | Case No. 8:23-bk- 10571-SC

13  THE LITIGATION PRACTICE             | Adv. Proc. No. 8:23-ap-01046-SC
    GROUP, PC,
14                                       | Chapter 11

15             Debtor.                  | **STIPULATION TO EXTEND TIME
                                        | TO RESPOND TO AMENDED
16                                       | COMPLAINT**

17  RICHARD A. MARSHACK,
    Chapter 11 Trustee,                 | CASE FILED:     May 25, 2023
18                                       | DEPT:
               Plaintiff,               | ROOM:
19  v.                                   | JUDGE:    Hon. Scott C. Clarkson

20  TONY DIAB, et al.,

21             Defendants.

22

23

24        PLEASE TAKE NOTICE that Defendant Gallant Law Group, PC ("Gallant"),

25  Center Pointe Law, PC, and Plaintiff and Chapter 11 Trustee Richard A. Marshack,

26  hereby stipulate and agree, through their respective counsel, as follows:

27        1.     Plaintiff filed an amended complaint ("Complaint") for: (1) Injunctive

28  Relief; (2) Avoidance, Recovery, and Preservation of Two-Year Actual Fraudulent

1   Transfers; (3) Avoidance, Recovery, and Preservation of Two year Constructive

2   Fraudulent Transfers; (4) Avoidance, Recovery, and Preservation of Four-Year

3   Actual Fraudulent Transfers; (5) Avoidance, Recovery, and Preservation of Four-

4   Year Constructive Fraudulent Transfers; and (6) Turnover in the above captioned

5   adversary proceeding on May 25, 2023. [Doc. No. 1.]

6       2.      Plaintiff filed an amended complaint ("Amended Complaint") on June

7   15, 2022. [Doc. No. 62.] The Amended Complaint asserted claims against Gallant.

8       3.      The Complaint and Amended Complaint name Gallant as a defendant.

9       4.      The Amended Complaint includes Center Pointe in the definition of

10  "Fraudulent Transferees" and requests relief against Center Pointe, including an

11  order requiring Center Pointe to "turnover" assets of the estate which Trustee alleges

12  are in Center Pointe's possession.

13      5.      Trustee served the Amended Complaint and a summons on Gallant on

14  June 23, 2023, making July 24, 2023 the deadline for Gallant to file and serve any

15  response.

16      6.      On July 5, 2023, Trustee agreed to provide Gallant and/or Center Pointe

17  an extension until **July 31, 2023** to respond to the Amended Complaint.

18      7.      Trustee and Gallant have now agreed to further extend the deadline for

19  Gallant and/or Center Pointe to respond to the Amended Complaint. Trustee, Gallant,

20  and Center Pointe agree to extend the deadline from July 31, 2023 to **August 31,**

21  **2023**.

22                          **STIPULATION**

23      WHEREFORE, based on the above and the foregoing, Trustee, Gallant, and

24  Center Pointe stipulate and agree as follows:

25      The deadline for Gallant and/or Center Pointe to file and serve any response to

26  Trustee's Amended Complaint shall be extended from July 31, 2023 to **August 31,**

27  **2023.**

28

ADV. PROC. NO. 8:23-AP-01046-SC
STIP. EXT. RESP. AM.  COMPL.

1    **IT IS SO STIPULATED.**

2    DATED:  July 31, 2023          **DINSMORE & SHOHL, LLP**

3

4    By: _____

5    CHRISTOPHER B. GHIO, ESQ.

6

7    Attorneys for Plaintiff,
     *Chapter 11 Trustee Richard Marshack*

8

9    DATED:  July 31, 2023          **FRANKLIN SOTO LEEDS LLP**

10   By: _____

11   PAUL J. LEEDS, ESQ.
     MEREDITH KING, ESQ.

12

13   Attorneys for Defendant
     *Gallant Law Group, PC* and  Center Pointe

14    Law, PC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 31, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 31, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Mail- **JUDGE'S COPY**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/31/2023 | Sophia Sanchez | /s/ Sophia Sanchez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                             **F 9013-3.1.PROOF.SERVICE**

Information for Case 8:23-ap-01046-SC

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law; jwilson@fsl.law
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Teri T Pham**   tpham@epglawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.