| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PAUL J. LEEDS, ESQ. (Bar No. 214309)<br>pleeds@fsl.law<br>MEREDITH KING, ESQ. (Bar No. 280043)<br>mking@fsl.law<br>FRANKLIN SOTO LEEDS LLP<br>444 WEST C STREET, SUITE 300<br>SAN DIEGO, CA 92101<br>TEL: 619.872.2520<br>FAX: 619.566.0221<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Defendant Gallant Law Group, PC and Center Pointe Law, PC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC<br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO.: 8:23-ap-01046-SC |
|---|---|
| RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>Plaintiff(s),<br>vs.<br><br>TONY DIAB, et al.,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): _____<br><br><u>STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT.</u>
was lodged on (*date*) <u>July 31, 2023</u> and is attached. This order relates to the motion which is docket number <u>116</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.ADV.NOTICE.LODGMENT

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>Debtor.<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.,<br><br>Defendants. | Case No. 8:23-bk- 10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>CASE FILED:     May 25, 2023<br>DEPT:<br>ROOM:<br>JUDGE:     Hon. Scott C. Clarkson |

The Court, having read and considered the Stipulation to Extend Time to Respond to Amended Complaint for: (1) Injunctive Relief; (2) Avoidance, Recovery, and Preservation of Two-Year Actual Fraudulent Transfers; (3) Avoidance, Recovery, and Preservation of Two year Constructive Fraudulent Transfers; (4) Avoidance, Recovery, and Preservation of Four-Year Actual Fraudulent

Transfers; (5) Avoidance, Recovery, and Preservation of Four-Year Constructive Fraudulent Transfers; and (6) Turnover ("Stipulation") between Defendant Gallant Law Group, PC ("Gallant"), Plaintiff and Chapter 11 Trustee Richard A. Marshack, and Center Pointe Law, PC, filed on July 31, 2023, as Docket No. 116, and good cause appearing, hereby orders as follows:

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.
2. The deadline for Gallant and/or Center Pointe to file and serve a response to Trustee's Amended Complaint is extended from July 31, 2023 to August 31, 2023.

**IT IS SO ORDERED.**

###

2

ADV. PROC. NO. 8:23-AP-01046-SC
OR. STIP. EXT. RESP. AM. COMPL.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 31, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/31/2023 | Sophia Sanchez | */s/ Sophia Sanchez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*         Page 2         **F 9021-1.2.ADV.NOTICE.LODGMENT**

Information for Case 8:23-ap-01046-SC

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:
    - **Eric Bensamochan**     eric@eblawfirm.us, G63723@notify.cincompass.com
    - **Christopher Celentino**     christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
    - **Leslie A Cohen**     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
    - **Christopher Ghio**     christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
    - **Richard H Golubow**     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
    - **Meredith King**     mking@fsl.law, ssanchez@fsl.law; jwilson@fsl.law
    - **David S Kupetz**     David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
    - **Daniel A Lev**     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
    - **Yosina M Lissebeck**     Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
    - **Richard A Marshack (TR)**     pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
    - **Kenneth Misken**     Kenneth.M.Misken@usdoj.gov
    - **Queenie K Ng**     queenie.k.ng@usdoj.gov
    - **Teri T Pham**     tpham@epglawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com
    - **Douglas A Plazak**     dplazak@rhlaw.com
    - **Daniel H Reiss**     dhr@lnbyg.com, dhr@ecf.inforuptcy.com
    - **Ronald N Richards**     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
    - **Jonathan Serrano**     jonathan.serrano@dinsmore.com
    - **Howard Steinberg**     steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
    - **Andrew Still**     astill@swlaw.com, kcollins@swlaw.com
    - **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
    - **Johnny White**     JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                     Page 3                              **F 9021-1.2.ADV.NOTICE.LODGMENT**