1  **BRYAN CAVE LEIGHTON PAISNER LLP**
   Sharon Z. Weiss (State Bar No.: 169446)
2  *sharon.weiss@bclplaw.com*
   120 Broadway, Suite 300
3  Santa Monica, CA 90401-2386
   Telephone:    (310) 576-2100
4  Facsimile:    (310) 576-2200

5  OLIVIA J. SCOTT (State Bar No. 329725)
   olivia.scott3@bclplaw.com
6  1920 Main Street, Suite 1000
   Irvine, CA 92614-7276
7  Telephone:    (949) 223-7000
   Facsimile:    (949) 223-7100
8
   Attorneys for Secured Creditor Hi Bar Capital LLC;
9  and Azzure Capital LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Hon. Scott C. Clarkson<br><br>Chapter 11 case<br><br>**NOTICE OF APPEARANCE PURSUANT TO FED. R. BANK. P. 9010(B), REQUEST FOR ALL COPIES PURSUANT TO FED. R. BANKR. P. 2002, AND REQUEST FOR ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(A)** |

USA.607525287.1/03U

Secured Creditor Hi Bar Capital LLC ("Hi Bar") along with Azzure Capital LLC ("Azzure"), through their undersigned counsel, request that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

> Sharon Weiss
> Bryan Cave Leighton Paisner LLP
> 120 Broadway, Suite 300
> Santa Monica, CA 90401-2386
> sharon.weiss@bclplaw.com
>
> - and -
>
> Olivia J. Scott
> 1920 Main Street, Suite 1000
> Irvine, CA 92614-7276
> olivia.scott3@bclplaw.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of Hi Bar's and/or Azzure's substantive or procedural rights, including without limitation, Hi Bar's and/or Azzure's rights: (i) to have final orders in noncore matters entered only after de novo review by a United States district judge; (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases; (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to these cases; (v) to have documents served in accordance with Bankruptcy rule 7004 and rule 4 of the Federal Rules of Civil Procedure; or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which Hi Bar and/or Azzure is

1  or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights,

2  claims, actions, defenses, setoffs, and recoupments are expressly reserved.

3  Dated: June 20, 2023              BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Olivia J. Scott*
    Olivia J. Scott
    Attorneys for Secured Creditor Hi Bar Capital LLC;
    and Azzure Capital LLC

2
NOTICE OF APPEARANCE

USA.607525287.1/03U

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Bryan Cave Leighton Paisner LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401-2386.

A true and correct copy of the foregoing document entitled: NOTICE OF APPEARANCE PURSUANT TO FED. R. BANK. P. 9010(B), REQUEST FOR ALL COPIES PURSUANT TO FED. R. BANKR. P. 2002, AND REQUEST FOR ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(A) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 20, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard A Marshack (TR)
  pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On June 20, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Grobstein Teeple LLP
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

Jason Patterson Stopnitzky
52 Cupertino Circle
Aliso Viejo, CA 92656

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 20, 2023 | Raul Morales | */s/ Raul Morales* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Eric Bensamochan
  eric@eblawfirm.us, G63723@notify.cincompass.com
- Ronald K Brown
  ron@rkbrownlaw.com
- Christopher Celentino
  christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- Shawn M Christianson
  cmcintire@buchalter.com, schristianson@buchalter.com
- Randall Baldwin Clark
  rbc@randallbclark.com
- Christopher Ghio
  christopher.ghio@dinsmore.com
- Richard H Golubow
  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- D Edward Hays
  ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- Alan Craig Hochheiser
  ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- Garrick A Hollander
  ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Joon M Khang
  joon@khanglaw.com
- Ira David Kharasch
  ikharasch@pszjlaw.com
- David S Kupetz
  David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- Christopher J Langley
  chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- Daniel A Lev
  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Michael D Lieberman
  mlieberman@lipsonneilson.com
- Laila Masud
  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Kenneth Misken
  Kenneth.M.Misken@usdoj.gov
- Byron Z Moldo
  bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- Alan I Nahmias
  anahmias@mbn.law, jdale@mbnlawyers.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE

- Victoria Newmark
  vnewmark@pszjlaw.com

- Queenie K Ng
  queenie.k.ng@usdoj.gov

- Teri T Pham
  tpham@enensteinlaw.com, 3135.002@enensteinlaw.com

- Douglas A Plazak
  dplazak@rhlaw.com

- Ronald N Richards
  ron@ronaldrichards.com, 7206828420@filings.docketbird.com

- Gregory M Salvato
  gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com

- Jonathan Serrano
  jonathan.serrano@dinsmore.com

- Paul R Shankman
  PShankman@fortislaw.com, info@fortislaw.com

- Leslie Skorheim
  leslie.skorheim@usdoj.gov

- Andrew Still
  astill@swlaw.com, kcollins@swlaw.com

- United States Trustee (SA)
  ustpregion16.sa.ecf@usdoj.gov

- Johnny White
  JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**