| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC D. GOLDBERG (SBN 157544)<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, California 90067-4704<br>Telephone:     (310) 595-3000<br>Facsimile:      (310) 595-3300<br>Email:  eric.goldberg@us.dlapiper.com<br><br>*Attorneys for: Stripe, Inc.* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>The Litigation Practice Group, PC,<br><br>                                                     Debtor. | CASE NO.: 8:23-bk-10571-SC<br><br>CHAPTER: 11<br><br>Adv. Proc. No. 8:23-ap-01046-SC |
|---|---|
| Richard A. Marshack, Chapter 11 Trustee,<br><br>                                                    Plaintiff,<br><br>v.<br><br>Tony Diab, an individual, et al.,<br><br>                                               Defendants. | **NOTICE OF LODGMENT OF ORDER EXTENDING TIME FOR DEFENDANT STRIPE, INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |

PLEASE TAKE NOTE that the order titled ***Order Extending Time for Defendant Stripe, Inc. to Respond to First Amended Complaint*** was lodged on August 7, 2023 and is attached.  This order relates to the motion which is **docket number 124**.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 1                        **F 9021-1.2.BK.NOTICE.LODGMENT**
1602126331.1