D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**JUN 22 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte      **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER GRANTING APPLICATION BY CHAPTER 11 TRUSTEE TO EMPLOY MARSHACK HAYS LLP AS GENERAL COUNSEL<br><br>[NO HEARING REQUIRED] |

The Court has read and considered the Application to Employ Marshack Hays LLP as General Counsel ("Application"), filed by Trustee, on May 19, 2023, as Dk. No. 75. The Court finds, based upon the proof of service of the notice of Application filed on May 19, 2023, as Dk. No. 76, and the Declaration that no Party Requested a Hearing on Application filed on June 21, 2023, as Docket No. 126, that proper notice of the Application has been given and no opposition or request for hearing has been received. Accordingly, the court finds good cause to grant the Application, and the court enters its order as follows:

IT IS ORDERED:

1. The Application is approved;

2. Trustee is authorized to employ the Firm as his general counsel pursuant to 11 U.S.C. § 327 at the Firm's hourly rates with any compensation and reimbursement of costs to be paid by the Estate only upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331; and

3. In the event the underlying bankruptcy case is converted to a Chapter 7, there is no need for Firm to seek to be re-employed in the converted case.

### #

Date: June 22, 2023

Scott C. Clarkson
United States Bankruptcy Judge