Howard J. Steinberg (SBN CA 89291)
Andrea Carmona (SBN CA 339342)
GREENBERG TAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Email: steinbergh@gtlaw.com
　　　　carmonaa@gtlaw.com
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant BANKUNITED, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br>　　　Debtor.<br><br>RICHARD A MARSHACK,<br>Chapter 11 Trustee,<br><br>　　　Plaintiff,<br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; OAKSTONE LAW GROUP PC; GRESYSON LAW CENTER PC; PHOENIX LAW GROUP, INC.; MAVERICK MANAGEMENT, LLC; LGS HOLDCO LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T. INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, INC.; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN; THE UNITED POSTAL SERVICE; and DOES 1 through 100, inclusive<br><br>　　　Defendants. | Bk No. 8:23-bk-10571-SC<br><br>Adv. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**DEFENDANT BANKUNITED N.A.'S NOTICE OF ERRATA RE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [DOC NO. 123]**<br><br>Judge: Hon. Scott C. Clarkson<br><br>Action Filed: May 26, 2023<br>FAC Filed: 　 June 15, 2023 |

This Notice of Errata corrects Defendant BankUnited N.A.'s Application of Non-Resident Attorney to Appear in a Specific Case (Doc. No. 123), which included the incorrect case number. The case number in the caption read 8-23-mp-01046-SC. The case number is hereby corrected to read 8-23-ap-01046-SC, and the corrected Application is attached hereto.

DATED: August 16, 2023

Respectfully submitted,
GREENBERG TRAURIG, LLP

By:   */s/ Howard J. Steinberg*
         Howard J. Steinberg
         Andrea Carmona
         *Attorneys for Defendant*
         *BankUnited N.A.*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Howard J. Steinberg (SBN 89291)<br>Andrea Carmona (SBN 339342)<br>Greenberg Traurig, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Tel: (310) 586-7700<br>Fax: (310) 586-0204<br>steinbergh@gtlaw.com<br>carmonaa@gtlaw.com<br><br>*Attorney for:* BankUnited N.A. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br><br><br><br>Debtor(s).<br>RICHARD A MARSHACK,<br>Chapter 11 Trustee,<br><br><br><br><br><br>Plaintiff(s).<br>vs.<br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual, et al.<br>Defendant(s). | CASE NO.: 8:23-bk-10571-SC<br>ADVERSARY NO.: 8:23-ap-01046-SC<br>CHAPTER: 11<br><br><br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

1. I, Christopher M. LaVigne_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   Defendant BankUnited N.A.

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016     Page 1     F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

    Greenberg Traurig, LLP, 2200 Ross Ave., #5200, Dallas, Texas 75201

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (s*pecify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

    See Exhibit A.

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

    I ☐ resigned ☒ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

    Name of attorney (Designee):

    Howard J. Steinberg

    Name and address of law firm, or residence address:

    Greenberg Traurig, LLP
    1840 Century Park East, Suite 1900
    Los Angeles, CA 90067

    Telephone number of law firm: (310) 586-7700

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                              Page 2                                        F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 07/18/2023

_____
Signature of applicant

Christopher M. LaVigne
Printed name of applicant

## CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 08/07/2023

*/s/ Howard J. Steinberg*
Signature of Designee

Howard J. Steinberg
Printed name of Designee

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                        Page 3                                      F 2090-1.2.APP.NONRES.ATTY

# EXHIBIT A

I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

| Christopher M. LaVigne<br>Bar No. 24026984 | |
|---|---|
| State Bar of Texas | 11/01/2000 |
| U.S. District Court for the Eastern District of Texas | 02/04/2004 |
| U.S. District Court for the Northern District of Texas | 02/27/2001 |
| U.S. District Court for the Southern District of Texas | 10/25/2002 |
| U.S. District Court for the Western District of Texas | 03/22/2004 |
| U.S. District Court for the Eastern District of Arkansas | 01/10/2005 |
| U.S. District Court for the Western District of Arkansas | 01/10/2005 |
| U.S. Court of Appeals for the Fifth Circuit | 09/23/2003 |
| U.S. Court of Appeals for the Ninth Circuit | 05/18/2004 |
| U.S. Court of Appeals for the Tenth Circuit | 07/13/2004 |

# Transaction Details

## Bankruptcy Pro Hac Vice Application Fee

**Non-Resident Attorney's Name:** Christopher LaVigne

**Firm Name:** Greenberg Traurig, LLP

**Bankruptcy Case Number or Adversary Proceeding Case Number:**

8-23-MP-0102

**Party Name:** Richard Marshack Chapter 11 Trustee v. Diab, et al. (Bank United N.A.)

**Tracking Number(s):** PHV-230807-000-0290

**Pay.gov Tracking ID:** 2771RKQN

**Transaction Date:** 08/07/2023

**Agency Name:** U.S. Distirct Court

**Account Holder Name:** Greenberg Traurig

**Account Number:** *************0931

**Amount:** 500.00

**Billing Address:** 333 SE 2nd Avenue

**Billing Address 2:** 4400

**City:** Miami

**State/Province:** FL

**Zip/Postal:** 33131

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment, please contact the Fiscal department at
fis_cac@cacd.uscourts.gov**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1840 Century Park East, Suite 1900, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): _____
DEFENDANT BANKUNITED N.A.'S NOTICE OF ERRATA RE APPLICATION OF NON-RESIDENT ATTORNEY TO
APPEAR IN A SPECIFIC CASE [DOC NO. 123]
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/16/2023 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/16/2023 | Dinora Felix | | /s/ Dinora Felix |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com
Christopher Celentino christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
Christopher Ghio christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
Kenneth Misken Kenneth.M.Misken@usdoj.gov
Queenie K Ng queenie.k.ng@usdoj.gov
Douglas A Plazak dplazak@rhlaw.com
Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
Jonathan Serrano jonathan.serrano@dinsmore.com
Andrew Still astill@swlaw.com, kcollins@swlaw.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Johnny White JWhite@wrslawyers.com, jlee@wrslawyers.com

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*      Page 5      **F 2090-1.2.APP.NONRES.ATTY**