Case 8:23-ap-01046-SC    Doc    Filed 06/23/23    Entered 06/23/23 13:40:09    Desc Main
Document    Page 1 of 5

Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:	ikharasch@pszjlaw.com
	vnewmark@pszjlaw.com

Attorneys for the Ad Hoc Consumer Claimants Committee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**NOTICE OF BILLING RATES RE TRUSTEE'S EMERGENCY MOTION RE EXPENSE REIMBURSEMENT AGREEMENT**<br><br>DATE:	June 28, 2023<br>TIME:	11:00 a.m.<br>CTRM:	5C<br>411 W. 4th Street<br>Santa Ana, CA  92701 |

**PLEASE TAKE NOTICE** that this Notice of Billing Rates is hereby submitted by Pachulski Stang Ziehl & Jones LLP ("PSZJ"), in its capacity as bankruptcy counsel to the Ad Hoc Consumer Claimants Committee (the "Ad Hoc Committee").

**PLEASE TAKE FURTHER NOTICE** that the regular billing rates for PSZJ's professionals are attached hereto.  However, in light of the fact that this representation is focused on a large group of consumers with relatively small claims, and the public interest associated with this representation, PSZJ will provide a 20% discount on such billing rates.  PSZJ's hourly rates are adjusted periodically, typically on January 1 of each year, to reflect the advancing experience, capabilities, and seniority of our professionals as well as general economic factors.

DOCS_LA:349746.2 52776/001

**PLEASE TAKE FURTHER NOTICE** that PSZJ's invoices will also include reasonable and customary charges for costs and expenses. Such costs and expenses will include, among others, charges for messenger services, air couriers, word processing services, secretarial overtime, photocopying, court fees, travel expenses, postage for large mailings, computerized legal research facilities, investigative searches, and other charges customarily invoiced by law firms in addition to fees for legal services.

Dated: June 23, 2023

PACHULSKI STANG ZIEHL & JONES LLP

By */s/ Ira D. Kharasch*
Ira D. Kharasch

Attorneys for the Ad Hoc Consumer Claimants Committee

**HOURLY BILLING RATES FOR PROFESSIONALS AND PARAPROFESSIONALS OF
PACHULSKI STANG ZIEHL & JONES LLP
JANUARY 2023 RATES**

| Partners | Billing Rate |
|---|---|
| Isaac M. Pachulski | $ 1,995.00 |
| Jeffrey H. Davidson | $ 1,895.00 |
| Richard M. Pachulski | $ 1,895.00 |
| Laura Davis Jones | $ 1,695.00 |
| Robert J. Feinstein | $ 1,695.00 |
| Dean A. Ziehl | $ 1,695.00 |
| James I. Stang | $ 1,695.00 |
| Alan J. Kornfeld | $ 1,675.00 |
| David J. Barton | $ 1,645.00 |
| Ira D. Kharasch | $ 1,645.00 |
| Robert B. Orgel | $ 1,595.00 |
| Jeffrey N. Pomerantz | $ 1,595.00 |
| Bradford J. Sandler | $ 1,595.00 |
| Scott L. Hazan | $ 1,550.00 |
| Debra Grassgreen | $ 1,550.00 |
| Henry C. Kevane | $ 1,550.00 |
| John A. Morris | $ 1,550.00 |
| Kenneth H. Brown | $ 1,525.00 |
| Michael D. Warner | $ 1,495.00 |
| David M. Bertenthal | $ 1,450.00 |
| Linda F. Cantor | $ 1,450.00 |
| Maxim B. Litvak | $ 1,445.00 |
| Andrew W. Caine | $ 1,395.00 |
| Stanley E. Goldich | $ 1,395.00 |
| Iain A.W. Nasatir | $ 1,395.00 |
| Gabriel I. Glazer | $ 1,325.00 |
| Paul J. Labov | $ 1,295.00 |
| Jeffrey W. Dulberg | $ 1,295.00 |
| Malhar S. Pagay | $ 1,295.00 |
| John D. Fiero | $ 1,275.00 |
| James E. O'Neill | $ 1,275.00 |
| Joshua M. Fried | $ 1,275.00 |
| Shirley S. Cho | $ 1,275.00 |
| Gregory V. Demo | $ 1,250.00 |
| Jason S. Pomerantz | $ 1,150.00 |
| John W. Lucas | $ 1,150.00 |
| Ilan D. Scharf | $ 1,125.00 |
| Nina L. Hong | $ 1,075.00 |
| Teddy M. Kapur | $ 1,075.00 |
| Timothy P. Cairns | $ 1,050.00 |
| Jason H. Rosell | $ 995.00 |

| Of Counsel | Billing Rate |
|---|---|
| Richard J. Gruber | $ 1,525.00 |
| Judith Elkin | $ 1,450.00 |
| Karen B. Dine | $ 1,395.00 |
| Jeffrey M. Dine | $ 1,395.00 |
| Steven J. Kahn | $ 1,350.00 |
| Jordan A. Kroop | $ 1,350.00 |
| Daryl G. Parker | $ 1,350.00 |
| James K.T. Hunter | $ 1,350.00 |
| Mary F. Caloway | $ 1,350.00 |
| Harry D. Hochman | $ 1,350.00 |
| Victoria A. Newmark | $ 1,175.00 |
| Jonathan J. Kim | $ 1,175.00 |
| Michael R. Seidl | $ 1,095.00 |
| Beth E. Levine | $ 1,095.00 |
| Erin Gray | $ 1,095.00 |
| Gail S. Greenwood | $ 1,095.00 |
| Jeffrey P. Nolan | $ 1,095.00 |
| Robert M. Saunders | $ 1,095.00 |
| Colin R. Robinson | $ 1,095.00 |
| Elissa A. Wagner | $ 1,095.00 |
| Tavi C. Flanagan | $ 1,075.00 |
| Gina F. Brandt | $ 1,050.00 |
| Peter J. Keane | $ 1,025.00 |
| William L. Ramseyer | $ 975.00 |
| Gillian N. Brown | $ 975.00 |
| Miriam Manning | $ 925.00 |
| Cia H. Mackle | $ 925.00 |
| Ayala A. Hassell | $ 895.00 |
| Brittany M. Michael | $ 875.00 |

| Associates | Billing Rate |
|---|---|
| Ben L. Wallen | $ 895.00 |
| Steven W. Golden | $ 895.00 |
| Hayley R. Winograd | $ 825.00 |
| Edward A. Corma | $ 725.00 |

| Paralegals | Billing Rate |
|---|---|
| Beth D. Dassa | $ 545.00 |
| Patricia J. Jeffries | $ 545.00 |
| Karina K. Yee | $ 545.00 |
| Patricia E. Cuniff | $ 545.00 |
| La Asia S. Canty | $ 545.00 |
| Ian D. Densmore | $ 545.00 |
| Kerri L. Labrada | $ 545.00 |
| Cheryl A. Knotts | $ 495.00 |
| Michael A. Matteo | $ 495.00 |

| Law Library Dir. | Billing Rate |
|---|---|
| Leslie A. Forrester | $ 595.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Charles J. Bouzoukis | $ 425.00 |
| Andrea R. Paul | $ 425.00 |
| Karen S. Neil | $ 425.00 |

Document Number: 247995

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF BILLING RATES RE TRUSTEE'S EMERGENCY MOTION RE EXPENSE REIMBURSEMENT AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 23, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 23, 2023 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                         **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:349755.1 52776/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Ronald K Brown**   ron@rkbrownlaw.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**   rbc@randallbclark.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**   ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Joon M Khang**   joon@khanglaw.com
- **Ira David Kharasch**   ikharasch@pszjlaw.com
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**   chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Michael D Lieberman**   mlieberman@lipsonneilson.com
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**   bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbnlawyers.com
- **Victoria Newmark**   vnewmark@pszjlaw.com
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Teri T Pham**   tpham@enensteinlaw.com, 3135.002@enensteinlaw.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Gregory M Salvato**   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**   olivia.scott3@bclplaw.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Paul R Shankman**   PShankman@fortislaw.com, info@fortislaw.com
- **Leslie Skorheim**   leslie.skorheim@usdoj.gov
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:349755.1 52776/001