TERI T. PHAM (SBN 193383)
*Email: tpham@epgrlawyers.com*
JESSE K. BOLLING (SBN 286267)
*Email: jbolling@epgrlawyers.com*
THANG LE (SBN 260248)
*Email: tle@epgrlawyers.com*
**ENENSTEIN PHAM GLASS & RABBAT, LLP**
3200 Bristol Street, Suite 500
Costa Mesa, CA 92626
Phone:  (714) 292-0262
Fax:      (714) 464-4770

Attorneys for Defendants
Tony Diab and Daniel S. March

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, PC, | Hon. Scott C. Clarkson |
| | Chapter 11 |
| | Adversary No. 8:23-ap-01046-SC |
| Debtor. | **ANSWER TO AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |
| RICHARD A. MARSHACK, Chapter 11 Trustee, | |
| Plaintiff, | **Complaint Filed**: May 25, 2023 |
| vs. | |
| TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an | |

1

DEFENDANT'S ANSWER TO AMENDED COMPLAINT

individual; JIMMY CHHOR, an individual, DONGLIANG JIANG, an individual; MAS CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.: REVOLVE3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a/ FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC.; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive,

      Defendants.

2

DEFENDANT'S ANSWER TO AMENDED COMPLAINT

1. In response to paragraph 1 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

2. In response to paragraph 2 of the Amended Complaint, Defendants admit the allegations.

3. In response to paragraph 3 of the Amended Complaint, Defendants admit the allegations.

4. In response to paragraph 4 of the Amended Complaint, Defendants admit the allegations.

5. In response to paragraph 5 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

6. In response to paragraph 6 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

7. In response to paragraph 7 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

8. In response to paragraph 8 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

9. In response to paragraph 9 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

10. In response to paragraph 10 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

DEFENDANT'S ANSWER TO AMENDED COMPLAINT

11. In response to paragraph 11 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

12. In response to paragraph 12 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

13. In response to paragraph 13 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

14. In response to paragraph 14 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

15. In response to paragraph 15 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

16. In response to paragraph 16 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

17. In response to paragraph 17 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

18. In response to paragraph 18 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

19. In response to paragraph 19 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

20. In response to paragraph 20 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

21. In response to paragraph 21 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

22. In response to paragraph 22 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

23. In response to paragraph 23 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

24. In response to paragraph 24 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

25. In response to paragraph 25 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

26. In response to paragraph 26 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

27. In response to paragraph 27 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

28. In response to paragraph 28 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

29. In response to paragraph 29 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

30. In response to paragraph 30 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

31. In response to paragraph 31 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

32. In response to paragraph 32 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

33. In response to paragraph 33 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

34. In response to paragraph 34 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

35. In response to paragraph 35 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

36. In response to paragraph 36 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

37. In response to paragraph 37 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

DEFENDANT'S ANSWER TO AMENDED COMPLAINT

38. In response to paragraph 38 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

39. In response to paragraph 39 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

40. In response to paragraph 40 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

41. In response to paragraph 41 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

42. In response to paragraph 42 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

43. In response to paragraph 43 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

44. In response to paragraph 44 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

45. In response to paragraph 45 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

46. In response to paragraph 46 of the Amended Complaint, Defendants admit the allegations.

47. In response to paragraph 47 of the Amended Complaint, Defendants admit the allegations.

48. In response to paragraph 48 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

49. In response to paragraph 49 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

50. In response to paragraph 50 of the Amended Complaint, Defendants admit that LPG is a law firm that provides legal services including assistance with consumer debts and that LPG serviced more than 50,000 customers across the United States. Defendants deny the balance of the allegations.

51. In response to paragraph 51 of the Amended Complaint, Defendants deny the allegations.

52. In response to paragraph 52 of the Amended Complaint, Defendants deny the allegations.

53. In response to paragraph 53 of the Amended Complaint, Defendants admit that John Thompson was the original sole shareholder of LPG and that he conveyed his interest in LPG to March in November 2019. Defendants deny the balance of the allegations.

54. In response to paragraph 54 of the Amended Complaint, Defendants deny the allegations.

55. In response to paragraph 55 of the Amended Complaint, Defendants admit that marketing affiliates refer clients to LPG who were victims of predatory lending or who are subject to claims for large debt that are not legally valid under applicable law and that clients pay fees to LPG over a period of time, ranging from 18 to 30 months, through monthly debits from their bank accounts. Defendants deny the balance of the allegations.

56. In response to paragraph 56 of the Amended Complaint, Defendants admit that once a new client has executed the retainer and payment plan contract,

and provided bank ACH information, LPG is responsible for servicing the client legal matters and that LPG utilized software such as DebtPayPro ("DPP") and LUNA to facilitate client communications, track payment information and send correspondence on behalf of clients to creditors, collection agencies, and/or credit bureaus via U.S. Mail, facsimile, and/or email. Defendants further admit that some cases resulted in the disputed debt being corrected on the client's credit report, some resulted in successful challenges to consumer protection laws, and others resulted in debt settlement, which the client was responsible to pay in addition to the payment plan. Defendants further admit that LPG will also file lawsuits in an effort to eliminate a disputed debt. Defendants deny the balance of the allegations.

57. In response to paragraph 57 of the Amended Complaint, Defendants deny the allegations.

58. In response to paragraph 58 of the Amended Complaint, Defendants deny the allegations.

59. In response to paragraph 59 of the Amended Complaint, Defendants deny the allegations.

60. In response to paragraph 60 of the Amended Complaint, Defendants deny the allegations.

61. In response to paragraph 61 of the Amended Complaint, Defendants deny the allegations.

62. In response to paragraph 62 of the Amended Complaint, Defendants admit the allegations.

63. In response to paragraph 63 of the Amended Complaint, Defendants admit the allegations.

64. In response to paragraph 64 of the Amended Complaint, Defendants admit the allegations.

65. In response to paragraph 65 of the Amended Complaint, Defendants admit the allegations.

66. In response to paragraph 66 of the Amended Complaint, Defendants deny the allegations.

67. In response to paragraph 67 of the Amended Complaint, Defendants deny the allegations.

68. In response to paragraph 68 of the Amended Complaint, Defendants deny the allegations.

69. In response to paragraph 69 of the Amended Complaint, Defendants deny the allegations.

70. In response to paragraph 70 of the Amended Complaint, Defendants deny the allegations.

71. In response to paragraph 71 of the Amended Complaint, Defendants deny the allegations.

72. In response to paragraph 72 of the Amended Complaint, Defendants deny the allegations.

73. In response to paragraph 73 of the Amended Complaint, Defendants admit the allegations.

74. In response to paragraph 74 of the Amended Complaint, Defendants repeat and incorporate the responses to each of the allegations in the paragraphs identified.

75. In response to paragraph 75 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

76. In response to paragraph 76 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

Case 8:23-ap-01046-SC    Doc 134    Filed 08/16/23    Entered 08/16/23 17:01:06    Desc
Main Document    Page 11 of 20

77. In response to paragraph 77 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

78. In response to paragraph 78 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

79. In response to paragraph 79 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

80. In response to paragraph 80 of the Amended Complaint, Defendants repeat and incorporate the responses to each of the allegations in the paragraphs identified.

81. In response to paragraph 81 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

82. In response to paragraph 82 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

83. In response to paragraph 83 of the Amended Complaint, Defendants deny the allegations.

84. In response to paragraph 84 of the Amended Complaint, Defendants deny the allegations.

85. In response to paragraph 85 of the Amended Complaint, Defendants deny the allegations.

86. In response to paragraph 86 of the Amended Complaint, Defendants deny the allegations.

87. In response to paragraph 87 of the Amended Complaint, Defendants deny the allegations.

11
DEFENDANT'S ANSWER TO AMENDED COMPLAINT

88. In response to paragraph 88 of the Amended Complaint, Defendants deny the allegations.

89. In response to paragraph 89 of the Amended Complaint, Defendants deny the allegations.

90. In response to paragraph 90 of the Amended Complaint, Defendants deny the allegations.

91. In response to paragraph 91 of the Amended Complaint, Defendants deny the allegations.

92. In response to paragraph 92 of the Amended Complaint, Defendants deny the allegations.

93. In response to paragraph 93 of the Amended Complaint, Defendants repeat and incorporate the responses to each of the allegations in the paragraphs identified.

94. In response to paragraph 94 of the Amended Complaint, Defendants deny the allegations.

95. In response to paragraph 95 of the Amended Complaint, Defendants deny the allegations.

96. In response to paragraph 96 of the Amended Complaint, Defendants deny the allegations.

97. In response to paragraph 97 of the Amended Complaint, Defendants deny the allegations.

98. In response to paragraph 98 of the Amended Complaint, Defendants deny the allegations.

99. In response to paragraph 99 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

100. In response to paragraph 100 of the Amended Complaint, Defendants deny the allegations.

DEFENDANT'S ANSWER TO AMENDED COMPLAINT

101. In response to paragraph 101 of the Amended Complaint, Defendants repeat and incorporate the responses to each of the allegations in the paragraphs identified.

102. In response to paragraph 102 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

103. In response to paragraph 103 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

104. In response to paragraph 104 of the Amended Complaint, Defendants deny the allegations.

105. In response to paragraph 105 of the Amended Complaint, Defendants deny the allegations.

106. In response to paragraph 106 of the Amended Complaint, Defendants deny the allegations.

107. In response to paragraph 107 of the Amended Complaint, Defendants deny the allegations.

108. In response to paragraph 108 of the Amended Complaint, Defendants deny the allegations.

109. In response to paragraph 109 of the Amended Complaint, Defendants deny the allegations.

110. In response to paragraph 110 of the Amended Complaint, Defendants deny the allegations.

111. In response to paragraph 111 of the Amended Complaint, Defendants deny the allegations.

112. In response to paragraph 112 of the Amended Complaint, Defendants deny the allegations.

113. In response to paragraph 113 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

114. In response to paragraph 114 of the Amended Complaint, Defendants deny the allegations.

115. In response to paragraph 115 of the Amended Complaint, Defendants deny the allegations.

116. In response to paragraph 116 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

117. In response to paragraph 117 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

118. In response to paragraph 118 of the Amended Complaint, Defendants deny the allegations.

119. In response to paragraph 119 of the Amended Complaint, Defendants repeat and incorporate the responses to each of the allegations in the paragraphs identified.

120. In response to paragraph 120 of the Amended Complaint, Defendants deny the allegations.

121. In response to paragraph 121 of the Amended Complaint, Defendants deny the allegations.

122. In response to paragraph 122 of the Amended Complaint, Defendants deny the allegations.

123. In response to paragraph 123 of the Amended Complaint, Defendants deny the allegations.

124. In response to paragraph 124 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

125. In response to paragraph 125 of the Amended Complaint, Defendants deny the allegations.

126. In response to paragraph 126 of the Amended Complaint, Defendants deny the allegations.

127. In response to paragraph 127 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

128. In response to paragraph 128 of the Amended Complaint, Defendants deny the allegations.

129. In response to paragraph 129 of the Amended Complaint, Defendants deny the allegations.

130. In response to paragraph 130 of the Amended Complaint, Defendants repeat and incorporate the responses to each of the allegations in the paragraphs identified.

131. In response to paragraph 131 of the Amended Complaint, Defendants deny the allegations.

132. In response to paragraph 132 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

133. In response to paragraph 133 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

134. In response to paragraph 134 of the Amended Complaint, Defendants deny the allegations.

135. In response to paragraph 135 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and on such basis deny the allegations.

**AFFIRMATIVE DEFENSES**

First Affirmative Defense

136. The Amended Complaint fails to state a cause of action upon which relief can be granted.

Second Affirmative Defense

137. The alleged transfers, if any, were made in good faith.

Third Affirmative Defense

138. The Debtor received reasonably equivalent value for each of the alleged transfers, if any.

Fourth Affirmative Defense

139. The Debtor as not insolvent on the date that such transfer was made, or became insolvent as a result of such transfer.

Fifth Affirmative Defense

140. The alleged transfers, if any, are subject to Defendants' rights of setoff and/or recoupment with respect to pre- and/or post-petition claims against the Debtor.

Sixth Affirmative Defense

141. Defendants were mere conduits for otherwise unavoidable transfers made by the Debtor.

Seventh Affirmative Defense

142. The alleged transfers, if any, were not property of the estate.

RESERVATION OF RIGHTS

Defendants reserve the right to raise additional defenses to the extent further facts and information are discovered.

WHEREFOR, Defendants pray for Judgment as follows:

1. That Plaintiff take nothing by way of its Amended Complaint.

2. For costs incurred herein;

3. For such other and further relief that the Court may deem proper.

DATED: August 16, 2023        **ENENSTEIN PHAM GLASS & RABBAT, LLP**

By: _____
Teri T. Pham
Attorneys for Defendants Tony Diab
and Daniel S. March

# DEMAND FOR JURY TRIAL

Defendants demand trial by jury for all claims triable before a jury.

DATED:  August 16, 2023        **ENENSTEIN PHAM GLASS & RABBAT, LLP**

By: _____
Teri T. Pham
Attorneys for Defendants Tony Diab
and Daniel S. March

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3200 Bristol Street, Suite 500, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): _____
ANSWER TO AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/16/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this

case, and to any attorneys who receive service by NEF.

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/16/2023 | Duc Le | | /s/ Duc Le |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                         **F 9013-3.1.PROOF.SERVICE**

- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**   yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Teri T Pham**   tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com