United States Bankruptcy Court
Central District of California

In re:                                                                                              Case No. 23-10571-SC
The Litigation Practice Group P.C.                                                                  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                          User: admin                                  Page 1 of 3
Date Rcvd: Jun 22, 2023                       Form ID: pdf042                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

**Recip ID         Recipient Name and Address**
db           +     The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023                            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

**Name**                    **Email Address**

Alan Craig Hochheiser
                     on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com

Alan I Nahmias
                     on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbnlawyers.com

Andrew Still
                     on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Byron Z Moldo
                     on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Christopher Celentino
                     on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
                     on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Case 8:23-ap-01046-SC    Doc    Filed 06/24/23    Entered 06/24/23 21:15:57    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Christopher Ghio | on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com |
| Christopher J Langley | on behalf of Interested Party Courtesy NEF chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com |
| D Edward Hays | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| David S Kupetz | on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com |
| Douglas A Plazak | on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com |
| Eric Bensamochan | on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com |
| Garrick A Hollander | on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Gregory M Salvato | on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Ira David Kharasch | on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com |
| Johnny White | on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com;eweiman@wrslawyers.com |
| Jonathan Serrano | on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com |
| Joon M Khang | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| Laila Masud | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Leslie Skorheim | on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov |
| Michael D Lieberman | on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com |
| Olivia Scott | on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com |
| Olivia Scott | |

District/off: 0973-8     User: admin     Page 3 of 3
Date Rcvd: Jun 22, 2023     Form ID: pdf042     Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com |
| Paul R Shankman | on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com |
| Paul R Shankman | on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Randall Baldwin Clark | on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Richard H Golubow | on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Ronald K Brown | on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Ronald N Richards | on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| Sharon Z. Weiss | on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss | on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com |
| Teri T Pham | on behalf of Attorney Teri Pham tpham@enensteinlaw.com 3135.002@enensteinlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Victoria Newmark | on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com |

TOTAL: 48



**FILED & ENTERED**

**JUN 22 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| The Litigation Practice Group P.C. | CHAPTER 11 |
| | **SUA SPONTE REQUEST FOR STATUS REPORTS TO BE FILED BY (1) THE CHAPTER 11 TRUSTEE AND (2) THE UNITED STATES TRUSTEE BY 5:00 PM PACIFIC TIME, ON JUNE 23, 2023** |
| Debtor(s). | |

   The Court continues to review the docket and pleadings, and further continues to review the arguments, statements, testimony and other evidence and proffers of evidence made by both the Chapter 11 Trustee and the United States Trustee (together the "Trustees") on the Court record in various hearings. By this Order, the Court respectfully requests that Trustees prepare brief individual status reports on the following matters:

   1.   Understanding that the Chapter 11 Trustee is receiving information on the case on a day-by-day, perhaps hour-by-hour, basis, the Chapter 11 Trustee is to provide a report updating the information contained in the

-1-

Complaint (Docket 93 of the Main Case). In particular, the General Allegations contained in Section B, paragraphs 44 through 47 (LPG's Ownership and Management) and Section C, paragraphs 48 through 52 (LPG's Business Structure), inclusive, should be updated.

2. The United States Trustee is to report its intentions to appoint a committee to represent the interests of the clients/customers of the Debtor.

IT IS SO ORDERED.

Date: June 22, 2023

Scott C. Clarkson
United States Bankruptcy Judge