United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 23-10571-SC

The Litigation Practice Group P.C.                                                 Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

**Recip ID**     **Recipient Name and Address**
db     + The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

**Name**     **Email Address**

Alan Craig Hochheiser
     on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com

Alan I Nahmias
     on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbnlawyers.com

Andrew Still
     on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Byron Z Moldo
     on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Christopher Celentino
     on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
     on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

District/off: 0973-8                          User: admin                          Page 2 of 3

Date Rcvd: Jun 22, 2023                       Form ID: pdf042                       Total Noticed: 1

Christopher Ghio
  on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com

Christopher J Langley
  on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
  omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

D Edward Hays
  on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
  on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Lev
  on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

David S Kupetz
  on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com  mylene.ruiz@lockelord.com

Douglas A Plazak
  on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com

Eric Bensamochan
  on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us  G63723@notify.cincompass.com

Garrick A Hollander
  on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
  on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
  on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gregory M Salvato
  on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Ira David Kharasch
  on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Johnny White
  on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com;eweiman@wrslawyers.com

Jonathan Serrano
  on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com

Joon M Khang
  on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Kenneth Misken
  on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Laila Masud
  on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
  on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
  on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
  on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Leslie Skorheim
  on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov

Michael D Lieberman
  on behalf of Creditor Phillip A. Greenblatt  PLLC mlieberman@lipsonneilson.com

Olivia Scott
  on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com

Olivia Scott

District/off: 0973-8                          User: admin                              Page 3 of 3

Date Rcvd: Jun 22, 2023                       Form ID: pdf042                          Total Noticed: 1

                    on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com

Paul R Shankman
                    on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
                    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Queenie K Ng
                    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
                    on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Richard A Marshack (TR)
                    pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
                    on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
                    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
                    on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
                    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
                    on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
                    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Ronald K Brown
                    on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards
                    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Ronald N Richards
                    on behalf of Defendant Consumer Legal Group  PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Sharon Z. Weiss
                    on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
                    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
                    on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
                    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Shawn M Christianson
                    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Teri T Pham
                    on behalf of Attorney Teri Pham tpham@enensteinlaw.com  3135.002@enensteinlaw.com

United States Trustee (SA)
                    ustpregion16.sa.ecf@usdoj.gov

Victoria Newmark
                    on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com


TOTAL: 48

1  Christopher B. Ghio (State Bar No. 259094)
   Christopher Celentino (State Bar No. 131688)
2  Jonathan Serrano (State Bar No. 333225)
   DINSMORE & SHOHL LLP
3  655 West Broadway, Suite 800
   San Diego, CA 92101
4  Telephone:  619.400.0500
   Facsimile:  619.400.0501
5  christopher.ghio@dinsmore.com
   christopher.celentino@dinsmore.com
6  jonathan.serrano@dinsmore.com

7  Proposed Special Counsel to Richard A. Marshack,
   Chapter 11 Trustee

**FILED & ENTERED**

**JUN 22 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

**CHANGES MADE BY COURT**

8

9

10

11

12

                    **UNITED STATES BANKRUPTCY COURT**

                    **CENTRAL DISTRICT OF CALIFORNIA**

                    **SANTA ANA DIVISION**

13  In re:                                    Case No. 8:23-bk-10571-SC

14  THE LITIGATION PRACTICE GROUP P.C.,       Chapter 11

15          Debtor.                           **INTERIM ORDER GRANTING**
                                              **EMERGENCY SUPERPRIORITY**
16                                            **FINANCING BY THE CHAPTER 11**
                                              **TRUSTEE**
17
                                              Date:  June 20, 2023
18                                            Time:  3:00 p.m.
                                              Judge: Hon. Scott C. Clarkson
19                                            Place: Courtroom 5C
                                                     411 West Fourth Street
20                                                   Santa Ana, CA 92701

21

22

23

24

25          On June 20, 2023, on the 3:00 p.m. calendar, in Courtroom 5C of the United States

26  Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California 92701, the Honorable

27  Scott C. Clarkson, United States Bankruptcy Judge, conducted a hearing on the *Trustee's Notice of*

28  *Motion and Emergency Motion (I) for Entry of Interim Order: (A) Authorizing The Trustee to Obtain*

                                              1

#31080386v1

1  *Post-Petition Financing and Superpriority Administrative Expense Claim Pursuant to 11 U.S.C. §*

2  *364; and (B) Setting Final Hearing; and Pursuant to Final Hearing, (II) for Entry of Final Order*

3  *Approving Post-Petition Financing on a Final Basis* [Docket No. 119] (the "Motion") filed on June

4  16, 2023 by Richard A. Marshack, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate

5  (the "Estate") of The Litigation Practice Group, P.C. (the "Debtor"), in the above-captioned

6  bankruptcy case.

7        The Court, having considered the Motion, all pleadings filed in support of, and in opposition

8  to, the Motion, good cause appearing, and for the reasons stated on the record and in the Motion:

9        1.    Grants the Motion;

10       2.    Approves the terms of that certain Super-Priority Promissory Note (the "Note") as

11  attached as **Exhibit 2** to the Trustee's Declaration;

12       3.    Authorizes the Trustee to borrow, and the Lender (as defined in the Motion) to

13  advance up to $800,000 in the aggregate, including an initial advance in the amount of $350,000

14  and a subsequent advance of up to $450,000, at an interest rate of 8% per annum, with the full

15  balance, including all accrued interest, due and payable in one year from the Start Date (as defined

16  in the Note), with payments first credited to interest due and any remainder credited to principal, as

17  provided under the Note, subject to the terms of this Order;

18       4.    Authorizes the Trustee to execute and deliver to the Lender the Note and all other

19  loan documents required to be executed and delivered under the Note;

20       5.    Authorizes the Trustee and counsel acting on behalf of the Trustee to take any such

21  actions that may be necessary to implement the Note and borrow funds under the Note as approved

22  in this Order;

23       6.    Finds that immediate financing is critical for the Debtor to continue its operations in

24  the ordinary course, and that the Note, the Trustee's entry into the financing arrangement, and

25  related relief is necessary to avoid immediate and irreparable harm to the Debtor's Estate, its

26  employees, and all parties in interest; and that the Note is the best source of financing available to

27  the Debtor under the circumstances and was entered into in good faith and at arm's length;

28       7.    Find that the terms of the Note and this Order are fair and reasonable and are

#31080386v1

1    supported by reasonably equivalent value and fair consideration;

2        8.        Finds that the Trustee's agreement to the terms of the Note on behalf of the Debtor

3    is a sound exercise of business judgment and should be approved as set forth herein;

4        9.        Authorizes the Trustee to enter into any non-material amendment or modification to

5    the Note, including but not limited to agreeing on the amount of the subsequent advance up to

6    $450,000, without further order of this Court, provided that any such non-material amendment or

7    modification is set forth in writing and signed by the Trustee and the Lender, and provided that the

8    Trustee provides notice of any such amendment or modification to the Court and the Office of the

9    United States Trustee;

10        10.        Authorizes the Trustee to use funds advanced under the Note on the terms and

11    conditions set forth herein, provided that all such funds are used to pay payroll and other operating

12    expenses solely;

13        11.        Grants the Lender an allowed superpriority administrative claim pursuant to section

14    364(c)(1) of the Bankruptcy Code, having priority in right of payment over any and all other

15    administrative expenses or priority claims;

16        12.        Subrogates the Lender's claim, on account of funding payroll, to the administrative

17    expense claims otherwise held by employees that have provided post-petition services since the

18    Trustee has served the Court's TRO and taken control of operations;

19        13.        Requires the approval and authorization of the Trustee for paying any and all

20    expenses; or, in the event the Trustee is unavailable, requires the approval and authorization from

21    Lori Ensley or one of the Trustee's law firm partners, Ed Hays, David Wood, or Laila Masud, for

22    paying any and all expenses;

23        14.        Directs that all ordinary business expenses approved by the Trustee shall be paid for

24    by a trustee check;

25        15.        Finds that the financing provided under the Note shall be deemed to have been

26    extended in good faith and for valid business purposes and uses within the meaning of section 364(e)

27    of the Bankruptcy Code;

28        16.        Finds that there is no stay of this Order, including no stay pursuant to Rule 6004(h)

3

#31080386v1

1  of the Federal Rules of Bankruptcy Procedure (to the extent applicable);

2      17.    Sets a final hearing on the Motion for July 20, 2023 at 9:30 a.m.; and

3      18.    Retains jurisdiction with the Court with respect to all matters arising from or related

4  to the implementation of this Order.

5      **IT IS SO ORDERED.**

6          ###

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: June 22, 2023

    Scott C. Clarkson
    United States Bankruptcy Judge

25

26

27

28

4

#31080386v1