| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel A. Edelman (ARBC 0712094)<br>Edelman, Combs, Latturner & Goodwin, LLC<br>courtecl@edcombs.com<br>20 South Clark Street, Ste 1500<br>Chicago, IL 60603-1824<br>t. (312)739-4200<br>f. (312)419-0379<br><br>☒ Attorney for: Carolyn Beech | **FILED** JUN 26 2023 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk   **ENTERED** JUN 26 2023 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - <u>SANTA ANA</u> DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>vs.<br><br>Defendant(s) | CASE NO.: 11<br>CHAPTER: 8:23-bk-10571 SC<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

LODGED JUN 26 2023 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): Daniel A. Edelman

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: June 26, 2023

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                   F 2090-1.2.ORDER.NONRES.ATTY