

**FILED & ENTERED**

**JUN 29 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER SETTING TRUSTEE'S EX PARTE NOTICE OF NON-MATERIAL MODIFICATION TO PROMISSORY NOTE WITH ADDITIONAL LENDER AS PART OF PREVIOUSLY APPROVED POST-PETITION FINANCING AND REQUEST FOR APPROVAL OF SAME [DK. 156] FOR HEARING AND REQUIRING NOTICE**<br><br><u>Hearing</u><br>Date:       June 30, 2023<br>Time:      12:30 p.m.<br>Courtroom:   5C - Virtual |

Having reviewed Trustee's Ex Parte Notice Of Non-Material Modification To Promissory Note With Additional Lender As Part Of Previously Approved Post-Petition Financing And Request For Approval Of Same ("Motion") filed June 29. 2023 [Dk. 156], and finding good cause to do so, the Court sets the Motion for hearing on **June 30,**

-1-

1 **2023, at 12:30 p.m.** Movant is required to provide notice of the hearing by not later than
2 6:00 pm on June 29, 2023, to Debtor, the United States Trustee, all creditors and any
3 other interested parties. Opposition, if any, may be raised at the hearing.
4     IT IS SO ORDERED.

25  Date: June 29, 2023

Scott C. Clarkson
United States Bankruptcy Judge