CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
JEREMY B. FREEDMAN (308752)
jeremy.freedman@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, California 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501

Special Counsel to Richard A. Marshack,
Chapter 11 Trustee for the Bankruptcy Estate of
The Litigation Practice Group P.C.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Adv. Proc. No. 8:23-ap-01046-SC |
| Debtor. | Chapter 11 |
| RICHARD A. MARSHACK, Chapter 11 Trustee, Plaintiff, v. TONY DIAB, et. al. Defendants. | **DECLARATION OF CHRISTINE LE IN SUPPORT OF OPPOSITION OF CHAPTER 11 TRUSTEE, RICHARD A. MARSHACK TO MOTION TO DISMISS COMPLAINT AGAINST TOUZI CAPITAL, LLC AND ENG TAING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 12(b)(6) MADE APPLICABLE HEREIN BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012** |

- 1 -

# DECLARATION OF CHRISTINE LE

I, Christine Le, declare:

1. I make this declaration in support of Trustee Richard A. Marshack's Opposition to the Motion to Dismiss the Complaint against Touzi Capital, LLC and Eng Taing pursuant to Federal Rule of Civil Procedure 12(b)(6) Made Applicable Herein by Federal Rule of Bankruptcy Procedure 7012. I have personal knowledge of the facts set forth in this declaration, and if called on to testify I could and would testify competently thereto.

2. I have been employed by Phoenix Law, PC ("Phoenix") as an Internal Control representative for just over a year. Since the filing of the bankruptcy petition of The Litigation Practice Group, PC ("Debtor"), my duties have included monitoring and responding to questions and communications from consumer clients that had previously hired the Debtor. The primary email address for contact is service@phoenixlaw.co.

3. Numerous consumer clients contacted Phoenix in late April and May 2023 complaining that their monthly payments to the Debtor were taken from their bank accounts twice in the month of April. These consumers stated that Touzi Capital, LLC ("Touzi") and Guardian Processing, LLC ("Guardian") both withdrew their monthly payment from their bank accounts in identical amounts on or about the same date in April. One individual, Adrian Digiovanni, reported that his account was debited four times in one month. To track these complaints, Phoenix prepared a chart of these complaints ("Chart"). A true and accurate copy of this Chart with personal information hidden is attached hereto as **Exhibit A-1**

4. The Chart reflects that Phoenix was contacted by over fifty consumers stating that Touzi and Guardian both separately withdrew each consumer's monthly payment to the Debtor from the linked bank account on the same date. Through multiple withdrawals, Touzi and Guardian withdrew the sum of $35,805.76 from the consumers identified on the Chart in late

- 2 -

April or early May. Several consumers also reported that these double withdrawals caused overdrafts in their bank accounts and requested repayment of the overdraft fees. These fees when known are shown on the Chart.

5. The Chart only reflects what was reported to Phoenix by consumer clients of the Debtor. Touzi and Guardian may have withdrawn additional sums from other consumers who did not report these transactions to Phoenix. The Chart also reflects Phoenix's past reimbursement to consumers of Touzi's and Guardian's double withdrawals. Including overdraft fees, $16,660.16 still needs to be credited or refunded to the individuals identified on the Chart.

5. While Phoenix prepared the Chart in the ordinary course of its business, the attached email from Joseph P Hlavaty to Phoenix is representative of the questions Phoenix received regarding these double debits of their accounts. On May 6, 2023, Mr. Hlavaty emailed Phoenix at the above email address to complain that his bank account was charged twice for the same payment on April 19, 2023. Attached to his email was a screenshot of his bank account showing that both Touzi debited his account for $271.09, and Guardian debited his account for $271.09 on April 19, 2023. Mr. Hlavaty's bank statement reflected that his bank charged a $36.00 overdraft fee when the duplicate withdrawals overdrew the account. A true and accurate copy of Mr. Hlavaty's May 6, 2023 email is attached hereto as **Exhibit A-2**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31 day of August 2023 at Irvine, California.

*[signature]*
Christine Le

# EXHIBIT A-1

| Date | Client Name | Amount (of each transaction) | Overdraft Fees | Total Amount | Disposition | Commentary |
|---|---|---|---|---|---|---|
| 5/11/2023 | Felix Reyes | $523.00 | | $1,046.00 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/12/2023 | Mark Sullivan | $377.23 | | $754.46 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/12/2023 | Erwin Orallo | $229.75 | | $459.50 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | Sarah Benavent | $62.66 | | $125.32 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | Randy Armstrong | $240.90 | | $481.80 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | John Philley | $257.64 | | $515.28 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | Denise Sanchez | $290.89 | | $581.78 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | Karen Smith | $403.24 | | $806.48 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/16/2023 | Vivi Luong | $300.81 | | $601.62 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | Geraldine Manson | $282.35 | | $564.70 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | Teresa Pittman | $340.55 | | $681.10 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | Irma Ramos | $314.10 | | $628.20 | Credited | Double charged by Guardian and Touzi on 04/20 |
| 5/17/2023 | Adrian Digiovanni | $201.15 | | $804.60 | Credited | Quadruple charged by Guardian and Touzi on 04/19 and 04/20 |
| 5/18/2023 | Nora Chapman | $435.28 | | $870.56 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | Charles Smith | $280.09 | | $560.18 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | Thomas Ruo | $345.96 | | $691.92 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | Denise Axtell | $161.38 | | $322.76 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | Leander Beckius | $354.13 | | $708.26 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/19/2023 | Deborah Bullock | $355.61 | | $711.22 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/19/2023 | Mary Maddas | $326.27 | | $652.54 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/19/2023 | Timothy Loafman | $381.41 | | $762.82 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/19/2023 | Tyler Jung | $369.42 | | $738.84 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/19/2023 | Joshua Umbinetti | $418.00 | | $836.00 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/22/2023 | Douglas Dennis | $506.64 | | $1,013.28 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/22/2023 | Justin Ward | $271.16 | | $542.32 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/24/2023 | Debbie Woodward | $441.82 | | $883.64 | Credited | Double charged by Guardian and Legal Services on 04/19 and 04/20 |
| 5/24/2023 | Judy Gonzales | $269.04 | | $538.08 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/24/2023 | Jordan Groll | $380.09 | | $760.18 | Credited | Double charged by Guardian and Touzi on 04/19 |
| 4/20/2023 | Herbert Wright | $342.58 | | $685.16 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/10/2023 | Joseph Hlavaty | $271.09 | $36.00 | $578.18 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/11/2023 | Douglas Weltzin | $485.43 | | $970.86 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/11/2023 | Christina Bonadonna | $252.85 | | $505.70 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/11/2023 | Garth Hollar | $144.35 | | $288.70 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/12/2023 | Tiffany Womber | $341.91 | | $683.82 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/12/2023 | James Loya | $298.56 | | $597.12 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/12/2023 | Annette Williams | $107.65 | | $215.30 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/12/2023 | Kelvin Rivers | $258.71 | | $517.42 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | Venessa Gonzalez | $343.05 | | $686.10 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | Brooke Michalski | $255.25 | | $510.50 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | Carla Eddington | $253.17 | | $506.34 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | Katheryn Walters | $310.84 | | $621.68 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | Cristal Burkle | $351.70 | | $703.40 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | Charles Bruning | $252.24 | $68.00 | $572.48 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | Sean Aguilar | $351.37 | $35.00 | $737.74 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | Gladys Lawson | $328.03 | | $656.06 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | Jennifer Kerlin | $134.17 | | $268.34 | Awaiting refund | Double charged by Guardian and Touzi on 04/20 |
| 5/18/2023 | Donald Ogden | $301.03 | | $602.06 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | Jacqueline Markley | $118.26 | | $236.52 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | Anna Blakeslee | $193.07 | | $386.14 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | Ricardo Najera Pantoja | $299.26 | | $598.52 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | Kjersti Vanallen | $410.78 | | $821.56 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/19/2023 | Jermell Haywood | $344.45 | | $688.90 | Awaiting refund | Double charged by Guardian and Touzi on 04/20 |
| 5/19/2023 | Tammy Holland | $279.10 | | $558.20 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/22/2023 | Michael Capps | $419.76 | | $839.52 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/22/2023 | Billi Jesse | $257.56 | | $515.12 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/24/2023 | Richard Bell | $436.00 | | $872.00 | Awaiting refund | Double charged by Guardian and Touzi on 04/20 |
| 5/25/2023 | Brian Bendt | $118.36 | | $236.72 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/25/2023 | Kenny Blocker | $251.08 | | $502.16 | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| | | **Refunds Owed** | | **$17,162.32** | | |
| | | | | | | |
| | **Touzi Withdrawals** | **$17,632.23** | | | | |
| | **Guardian Withdrawals** | **$17,632.23** | | | | |

# EXHIBIT A-2

**Subject:**              FW: Joseph P Hlavaty (getting the runaround)



---------- Forwarded message ---------
From: **Big Daddy Joe!!** <worm13330@aol.com>
Date: Sat, May 6, 2023 at 4:56 AM
Subject: Joseph P Hlavaty (getting the runaround)
To: service@phoenixlaw.co <service@phoenixlaw.co>



/PNCOnlineBankingServletLogin

PNC Online Banking

Privacy | Security | Sign Off

Last Sign On: Thursday, April 20, 2023 at 5:45 a.m.
Customer Profile

My Accounts | Transfer Funds | Pay Bills | Alerts | Customer Service | My Offers

Summary | Account Activity

## Account Activity

Standard Checking XXXXXX0498 — Available Balance: -$183.62
Show Account & Routing Number

Account Activity | Online Statements | Online Documents — Print This Page

### Pending Transactions

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| | You have no pending transactions | | |

### Posted Transactions

List by Date | List by Type | Search | Export

All Transactions | Last 90 days

**Date Results**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 04/20/2023 | OVERDRAFT ITEM FEE | $36.00 | | -$183.62 |
| 04/19/2023 | ACH DEBIT 31829 Guardian Process OLG PC | $271.09 | | -$147.62 |
| 04/19/2023 | ACH DEBIT TOUZICAPITALLLC PURCHASE | $271.09 | | $123.47 |
| 04/17/2023 | ATM WITHDRAWAL PNCPK8031 N0416 0790 360 CENTER ST SEVILLE OH | $40.00 | | $394.56 |
| 04/17/2023 | POS PURCHASE POS24181201 4841157 WAL-MART #1812 WOOSTER OH | $19.13 | | $434.56 |
| 04/17/2023 | ATM WITHDRAWAL PNCPK8031 N0415 0790 360 CENTER ST SEVILLE OH | $50.00 | | $453.69 |
| 04/17/2023 | POS PURCHASE POS29660036 4841158 WM SUPERCENTER WADSWORTH OH | $13.38 | | $503.69 |
| 04/17/2023 | POS PURCHASE POS00022082 4841156 RITTMAN MA RITTMAN OH | $23.77 | | $517.07 |
| 04/17/2023 | DEBIT CARD PURCHASE XXXXX0790 MCDONALD'S F11525 SEVILLE OH | $20.14 | | $540.84 |
| 04/17/2023 | DEBIT CARD PURCHASE XXXXX0790 ACIGM FINANCIAL XXXXX9638 NE | $607.50 | | $560.98 |
| 04/17/2023 | ONLINE TRANSFER FROM XXXXX1066 | | $115.00 | $1,168.48 |

### Account Summary | Account Alerts

| | |
|---|---|
| Available Balance: | -$183.62 |
| Ledger Balance: | -$183.62 |
| Pending Withdrawals: | $0.00 |
| Pending Deposits: | $0.00 |
| Last Deposit Amount: | $115.00 04/17/2023 |
| Last Statement Balance: | $7.65 03/21/2023 |

**Additional Information**

Nickname: None — Edit
Type: Standard Checking
Text Banking Nickname: Not Enrolled — Edit
Address: [redacted] — Edit

**Account Services**

Set up Overdraft Protection
Debit Card Services
Dispute a Transaction
Stop Payment
Order Checks & Supplies
Consumer Fee Schedule

**Click to Pay VISA**

Learn More
Sign up for Click to Pay
Manage my Click to Pay Account
Merchants & Offers

Rewards

Was told by one of your representative to send you this because Greystone is no longer taking phone calls. Greystone had double charge me for payment, which caused an $37 INF to my account. Please help

Joseph Hlavaty
Worm13330@aol.com
[redacted]

Sent from AOL on Android

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF CHRISTINE LEE IN SUPPORT OF OPPOSITION OF CHAPTER 11 TRUSTEE, RICHARD A. MARSHACK TO MOTION TO DISMISS COMPLAINT AGAINST TOUZI CAPITAL, LLC AND ENG TAING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) MADE APPLICABLE HEREIN BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 31, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 31, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY - VIA FEDEX**
Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 31, 2023 | Nicolette D. Murphy | *(signed)* Nicolette D. Murphy |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Michael T Delaney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | mdelaney@bakerlaw.com<br>tbreeden@bakerlaw.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>karina.reyes@dinsmore.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>karina.reyes@dinsmore.com |
| Eric D Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Meredith King<br>on behalf of Defendant Gallant Law Group | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC | David.Kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| Daniel A Lev<br>on behalf of Defendant Consumer Legal Group, PC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Defendant LGS Holdco, LLC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Page 2    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Teri T Pham<br>on behalf of Defendant Daniel S. March | tpham@epgrlawyers.com<br>ttpassistant@epglawyers.com<br>dle@epglawyers.com |
| Teri T Pham<br>on behalf of Defendant Tony Diab | tpham@epgrlawyers.com<br>ttpassistant@epglawyers.com<br>dle@epglawyers.com |
| Douglas A Plazak<br>on behalf of Defendant Greyson Law Center PC | dplazak@rhlaw.com |
| Douglas A Plazak<br>on behalf of Defendant Han Trinh | dplazak@rhlaw.com |
| Douglas A Plazak<br>on behalf of Defendant Jayde Trinh | dplazak@rhlaw.com |
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald N Richards<br>on behalf of Defendant Consumer Legal Group, PC | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.