United States Bankruptcy Court
Central District of California

Marshack,
    Plaintiff

Adv. Proc. No. 23-01046-SC

Diab,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3
Date Rcvd: Sep 01, 2023      Form ID: van192      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Authorize Net |
| dft | | B.A.T. Inc. |
| dft | | BAT Inc. dba Coast Processing |
| dft | | BankUnited, N.A. |
| dft | | Consumer Legal Group, PC |
| dft | | Daniel S. March |
| dft | | Dongliang Jiang |
| dft | | Dwolla, Inc. |
| dft | | EPPS |
| dft | | Eng Taing |
| dft | | Eng Tang |
| dft | | Equipay |
| dft | | Fidelity National Information Services, Inc. |
| dft | | Fidelity National Information Services, Inc. dba F |
| dft | | Gallant Law Group |
| dft | | Greyson Law Center PC |
| dft | | Guardian |
| dft | | Guardian Processing, LLC |
| dft | | Han Trinh |
| dft | | Heng Taing |
| dft | | Jake Akers |
| dft | | Jayde Trinh |
| dft | | Jimmy Chhor |
| dft | | LGS Holdco, LLC |
| dft | | Lisa Cohen |
| dft | | Maria Eeya Tan |
| dft | | Marich Bein, LLC |
| dft | | Maverick Management Group, LLC |
| dft | | Maverick Management, LLC |
| dft | | Max Chou |
| dft | | Merit Fund, LLC |
| dft | | Oakstone Law Group PC |
| dft | | Optimumbank Holdings, Inc. |
| dft | | Optimumbank Holdings, Inc. dba Optimum Bank |
| dft | | Payliance, LLC |
| dft | | Phoenix Law Group, Inc. |
| dft | | Phoenix Law, PC |
| dft | | Prime Logix, LLC |
| dft | | Revolv3, Inc. |
| pla | | Richard A. Marshack |
| dft | | Rosa Bianca Loli |
| dft | | Scott James Eadie |

Case 8:23-ap-01046-SC    Doc 167    Filed 09/03/23    Entered 09/03/23 21:18:39    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: van192 | Total Noticed: 0 |

| | | |
|---|---|---|
| dft | | Seamless Chex Inc. |
| dft | | Stripe, Inc. |
| dft | | Teracel Blockchain Fund II LLC |
| dft | | The United States Postal Service |
| dft | | Tony Diab |
| dft | | Touzi Capital, LLC |
| dft | | Vulcan Consulting Group LLC |
| dft | | Wes Thomas |
| dft | | William Taylor Carss |
| dft | | World Global |
| dft | | Worldpay Group |
| dft | | Worldpay, Inc. |
| dft | | Worldpay, LLC |

TOTAL: 55 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Still | on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com |
| Christopher Celentino | on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Celentino | on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Ghio | on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com |
| Christopher Ghio | on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Defendant Consumer Legal Group  PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Defendant LGS Holdco  LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel H Reiss | on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com |
| Daniel H Reiss | on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 01, 2023 | Form ID: van192 | Total Noticed: 0 |

| | |
|---|---|
| David S Kupetz | on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| Douglas A Plazak | on behalf of Defendant Jayde Trinh dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Defendant Scott James Eadie dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Defendant Han Trinh dplazak@rhlaw.com |
| Eric Bensamochan | on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com |
| Eric D Goldberg | on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Howard Steinberg | on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Johnny White | on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Serrano | on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| Leslie A Cohen | on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| Meredith King | on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Michael T Delaney | on behalf of Defendant Fidelity National Information Services Inc. dba FIS mdelaney@bakerlaw.com, TBreeden@bakerlaw.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Richard A Marshack (TR) | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Ronald N Richards | on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| Teri T Pham | on behalf of Defendant Tony Diab tpham@epgrlawyers.com ttpassistant@epglawyers.com;dle@epglawyers.com |
| Teri T Pham | on behalf of Defendant Daniel S. March tpham@epgrlawyers.com ttpassistant@epglawyers.com;dle@epglawyers.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Yosina M Lissebeck | on behalf of Plaintiff Richard A. Marshack yosina.lissebeck@dinsmore.com caron.burke@dinsmore.com |

TOTAL: 35

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

| | |
|---|---|
| In re:<br>The Litigation Practice Group P.C.<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 8:23–bk–10571–SC<br><br>CHAPTER NO.: 11 |
| Richard A. Marshack<br><br>Plaintiff(s)<br>Versus<br>Tony Diab<br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | ADVERSARY NO.: 8:23–ap–01046–SC |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On August 31, 2023, a request was filed for the clerk to enter default against defendant(s) **BAT, Inc. d/b/a Coast Processing**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: September 1, 2023

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Nickie Bolte**
   **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                           **164 – 162 / NB8**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Richard A. Marshack | Tony Diab<br>Daniel S. March<br>Rosa Bianca Loli<br>Lisa Cohen<br>William Taylor Carss<br>Eng Tang<br>Maria Eeya Tan<br>Jake Akers<br>Han Trinh<br>Jayde Trinh<br>Wes Thomas<br>Scott James Eadie<br>Jimmy Chhor<br>Dongliang Jiang<br>Oakstone Law Group PC<br>Greyson Law Center PC<br>Phoenix Law Group, Inc.<br>Maverick Management, LLC<br>LGS Holdco, LLC<br>Consumer Legal Group, PC<br>Vulcan Consulting Group LLC<br>B.A.T. Inc.<br>Prime Logix, LLC<br>Teracel Blockchain Fund II LLC<br>EPPS<br>Equipay<br>Authorize Net<br>World Global<br>Optimumbank Holdings, Inc.<br>Marich Bein, LLC<br>BankUnited, N.A.<br>Revolv3, Inc.<br>Fidelity National Information Services, Inc.<br>Worldpay, Inc.<br>Worldpay Group<br>Merit Fund, LLC<br>Guardian<br>The United States Postal Service<br>Fidelity National Information Services, Inc. dba FIS<br>Worldpay, LLC<br>Touzi Capital, LLC<br>Heng Taing<br>Eng Taing<br>Stripe, Inc.<br>Seamless Chex Inc.<br>Phoenix Law, PC<br>Payliance, LLC<br>Optimumbank Holdings, Inc. dba Optimum Bank<br>Maverick Management Group, LLC<br>Guardian Processing, LLC<br>Dwolla, Inc.<br>Max Chou<br>BAT Inc. dba Coast Processing<br>Gallant Law Group<br>Coast Processing<br>Optimum Bank<br>FIS |

(Form van192−nched VAN−192) Rev. 12/2014

## ATTACHMENT A