JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone:    (949) 381-5655
Facsimile:    (949) 381-5665
Email:    jteeple@gtllp.com; documents@gtllp.com

Accountants for Richard A. Marshack,
Chapter 7 Trustee

**FILED & ENTERED**

**JUL 03 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

**THE LITIGATION PRACTICE GROUP P.C.,**

Debtor.

Case No.  8:23-bk-10571-SC

Chapter 11

**ORDER APPROVING APPLICATION OF CHAPTER 7 TRUSTEE, RICHARD A. MARSHACK, FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP AS ACCOUNTANTS EFFECTIVE MAY 12, 2023**

The Court having read and considered the *Notice of Application and Application Of Chapter 7 Trustee, Richard A. Marshack, for Authorization to Employ Grobstein Teeple LLP as Accountants Effective May 12, 2023,* filed June 9, 2023 as Docket #95 ("Application"), noting the lack of opposition, and with good cause shown,

IT IS ORDERED

1.)     The application is approved and effective as of May 12, 2023.

2.)     Employment is authorized pursuant to 11 U.S.C. §327 and compensation is subject to

further application, determination and approval of this Court pursuant to 11 U.S.C. §330

or §331.

# # #

Date: July 3, 2023

Scott C. Clarkson
United States Bankruptcy Judge