Christopher Celentino (State Bar No. 131688)
christopher.celentino@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501

Proposed Special Counsel to the Chapter 11 Trustee,
Richard A. Marshack

FILED & ENTERED

JUL 05 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION PURSUANT TO 11 U.S.C. SECTION 327(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DINSMORE & SHOHL LLP AS SPECIAL COUNSEL FOR CHAPTER 11 TRUSTEE RICHARD A. MARSHACK**<br><br>Date:   No Hearing Required<br>Time:<br>Ctrm:   5C<br>        411 West Fourth Street, Suite 5130<br>        Santa Ana, California, 92701-4593<br>Judge:  Hon. _Scott C. Clarkson |

The Bankruptcy Court having reviewed the Application (the "Application") of chapter 11 trustee, Richard A. Marshack (the "Trustee"), for the above-captioned debtor, The Litigation Practice Group P.C. (the "Debtor") for authority to retain and employ the law firm of Dinsmore & Shohl LLP ("Dinsmore") as special counsel for the Trustee, and the Bankruptcy Court finding that no objection to the Application was timely made, and good cause appearing therefor:

**IT IS ORDERED** that the Application be, and hereby is, granted.

1

**IT IS ORDERED** that the Trustee is authorized to employ Dinsmore as his special counsel effective as of May 8, 2023 to perform the services set forth in the Application, with compensation to be paid by the within bankruptcy estate pursuant to and upon further Bankruptcy Court approval.

### #

Date: July 5, 2023

Scott C. Clarkson
United States Bankruptcy Judge