United States Bankruptcy Court
Central District of California

In re: Case No. 23-10571-SC
The Litigation Practice Group P.C. Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 4
Date Rcvd: Jul 03, 2023     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbnlawyers.com |
| Andrew Still | on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com |
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Christopher Celentino | on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Celentino | on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 4 |
| Date Rcvd: Jul 03, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com

Christopher J Langley
    on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
    omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

David S Kupetz
    on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com  mylene.ruiz@lockelord.com

David S Kupetz
    on behalf of Defendant Marich Bein  LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Douglas A Plazak
    on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com

Eric Bensamochan
    on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us  G63723@notify.cincompass.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
    calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Jeffrey I Golden
    on behalf of Interested Party Courtesy NEF jgolden@go2.law
    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com;eweiman@wrslawyers.com

Jonathan Serrano
    on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com

Joon M Khang
    on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 4 |
| Date Rcvd: Jul 03, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Laila Masud
    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Leslie Skorheim
    on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Michael D Lieberman
    on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com

Nicholas A Koffroth
    on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com

Olivia Scott
    on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com

Olivia Scott
    on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com

Paul R Shankman
    on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
    on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Richard A Marshack (TR)
    pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Ronald K Brown
    on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Ronald N Richards
    on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Sharon Z. Weiss
    on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
    on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

Teri T Pham
    on behalf of Attorney Teri Pham tpham@enensteinlaw.com 3135.002@enensteinlaw.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Victoria Newmark
    on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com

Yosina M Lissebeck
    on behalf of Trustee Richard A Marshack (TR) ylissebeck@lissebecklaw.com caron.burke@dinsmore.com

District/off: 0973-8 User: admin Page 4 of 4
Date Rcvd: Jul 03, 2023 Form ID: pdf042 Total Noticed: 1
TOTAL: 56

Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Jonathan Serrano (State Bar No. 333225)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile:  619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
jonathan.serrano@dinsmore.com

Proposed Special Counsel to Richard A. Marshack,
Chapter 11 Trustee

**FILED & ENTERED**

**JUL 03 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re:

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

**ORDER ON TRUSTEE'S EX PARTE NOTICE OF NON-MATERIAL MODIFICATION TO PROMISSORY NOTE WITH ADDITIONAL LENDER AS PART OF PREVIOUSLY APPROVED POST-PETITION FINANCING**

Date:  June 30, 2023
Time:  12:30 p.m.
Judge: Hon. Scott C. Clarkson
Place: Courtroom 5C
       411 West Fourth Street
       Santa Ana, CA 92701

On June 16, 2023, Richard A. Marshack, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of The Litigation Practice Group, P.C., in the above-captioned bankruptcy case filed a *Notice of Motion and Emergency Motion (I) for Entry of Interim Order: (A) Authorizing The Trustee to Obtain Post-Petition Financing and Superpriority Administrative*

1

#31080386v1

*Expense Claim Pursuant to 11 U.S.C. § 364; and (B) Setting Final Hearing; and Pursuant to Final Hearing, (II) for Entry of Final Order Approving Post-Petition Financing on a Final Basis* [Docket No. 119] (the "Financing Motion").  This Court heard the Financing Motion and On June 22, 2023, entered an Interim Order [Docket No. 131] granting the Financing Motion that, among other things, set a Final Hearing on July 20, 2023, authorized the Trustee to borrow up to $800,000.00 of Post-Petition Financing in advance of the Final Hearing, and gave the Trustee the authority to make non-material changes to the terms of the Post-Petition Financing in advance of the Final Hearing with notice.

On June 29, 2023, the Trustee filed a Notice in the case that he would be using a lender different than the one identified in the Financing Motion to make advances over and above the amounts the original lender had already lent.  Because the Estate required additional funding to make payroll and pay other necessary expenses, the Trustee reached out to third parties to identify a new third party willing to lend the balance of the funds to the Estate.  One of these third parties was willing to lend to the Estate, and the Trustee filed the Notice advising of the Estate's intention to execute a second promissory note with the new lender.

In response to the Ex Parte Notice, the Court set the matter for hearing on June 30, 2023, at 12:30 p.m. and required the Trustee to provide notice of that hearing.  Notice was provided as ordered on June 29, 2023.  The Court, having considered the Notice, all pleadings filed in support of, having heard oral argument, and good cause appearing including the reasons stated on the record, and in the Notice, the Court ordered as follows:

IT IS ORDERED that:

1. The Ex Parte Notice is granted and Trustee may proceed with the identified replacement lender;

2. Trustee is authorized to borrow $560,000 from Liberty Acquisitions Group, Inc. or its assignee and execute the second Super-Priority Promissory Note (the "Additional Note") attached as **Exhibit 2** to the Trustee's Declaration;

3. Trustee shall file a declaration by 5:00 p.m. on Monday, July 3, 2023, that attaches a copy of the Note he executed in favor of the initial lender, Resolution Ventures, as well as a copy

of the Additional Note executed in favor of the replacement lender, Liberty Acquisitions Group, Inc.

4. There shall be no stay of this Order, pursuant to Rule 6004(h) of the Federal Rules of Bankruptcy Procedure (to the extent applicable) or otherwise;

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

6. The Final Hearing on post-petition financing is continued from July 20, 2023, at 9:30 a.m. to August 10, 2023, at 10:00 a.m.

###

Date: July 3, 2023

Scott C. Clarkson
United States Bankruptcy Judge

3

#31080386v1