D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>NOTICE OF CONTINUED STATUS CONFERENCE<br><br>Hearing:<br>Date:    July 19, 2023<br>Time:    1:30 P.M.<br>Ctrm:    5C[1] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Court has continued the status conference ("Hearing") to **July 19, 2023**, at **1:30 p.m.**, in Courtroom 5C of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, CA 92701, before Honorable Scott C. Clarkson, United States Bankruptcy Judge.

---

[1] ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

1
NOTICE OF HEARING
4887-5831-6646

1     A true and correct copy of the Court's order continuing the status conference, filed on June 13, 2023, as Dk. No. 104, is attached here as Exhibit "1".

DATED: July 6, 2023          MARSHACK HAYS LLP

By: /s/ D. Edward Hays
    D. EDWARD HAYS
    LAILA MASUD
    Attorneys for Chapter 11 Trustee
    RICHARD A. MARSHACK

4882-0269-0926, v. 1

**EXHIBIT 1**

**FILED & ENTERED**

**JUN 13 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re:

The Litigation Practice Group P.C.

Debtor(s).

Case No.: 8:23-bk-10571-SC

CHAPTER 11

**ORDER CONTINUING STATUS CONFERENCE**

Date:    June 12, 2023
Time:    1:30 PM
Courtroom: 5C

The status conference is hereby CONTINUED to July 19, 2023, at 1:30 p.m. A status report by the Chapter 11 Trustee is due 14 days in advance. The Chapter 11 Trustee is to provide notice of the status conference to all creditors and file a proof of service within seventy-two hours of entry of this order.

**IT IS SO ORDERED.**

Date: June 13, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-1-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF CONTINUED STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 6, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **July 6, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 6, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 6, 2023 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Celentino christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
   - **INTERESTED PARTY COURTESY NEF:** Randall Baldwin Clark rbc@randallbclark.com
   - **INTERESTED PARTY COURTESY NEF:** Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
   - **ATTORNEY FOR CREDITOR CAROLYN BEECH:** Daniel A Edelman dedelman@edcombs.com, courtecl@edcombs.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Ghio christopher.ghio@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com; golden.jeffreyi.b117954@notify.bestcase.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
   - **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE:** Ira David Kharasch ikharasch@pszjlaw.com
   - **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Nicholas A Koffroth nkoffroth@foxrothschild.com, khoang@foxrothschild.com
   - **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
   - **INTERESTED PARTY COURTESY NEF:** Christopher J Langley chris@slclawoffice.com, omar@slclawoffice.com; langleycr75251@notify.bestcase.com; ecf123@casedriver.com
   - **INTERESTED PARTY COURTESY NEF:** Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC:** Michael D Lieberman mlieberman@lipsonneilson.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Yosina M Lissebeck Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
   - **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR US TRUSTEE:** Kenneth Misken Kenneth.M.Misken@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
   - **INTERESTED PARTY COURTESY NEF:** Victoria Newmark vnewmark@pszjlaw.com
   - **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF:** Teri T Pham tpham@enensteinlaw.com, 3135.002@enensteinlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

- **ATTORNEY FOR DEFENDANT GREYSON LAW CENTER PC:** Douglas A Plazak dplazak@rhlaw.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **INTERESTED PARTY COURTESY NEF:** Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Olivia Scott olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Jonathan Serrano jonathan.serrano@dinsmore.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR US TRUSTEE:** Leslie Skorheim leslie.skorheim@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Andrew Still astill@swlaw.com, kcollins@swlaw.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Johnny White JWhite@wrslawyers.com, jlee@wrslawyers.com; eweiman@wrslawyers.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

**20 LARGEST CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 511300
LOS ANGELES, CA 90051-7855

**20 LARGEST CREDITOR**
AZEVEDO SOLUTIONS GROUPS, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
420 ADOBE CANYON RD
KENWOOD, CA 95452-9048

**20 LARGEST CREDITOR**
BUSINESS CENTERS OF AMERICA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1100 SIR FRANCIS DRAKE BLVD, SUITE 1
KENTFIELD, CA 94904-1476

**20 LARGEST CREDITOR**
CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0001

**RTD 05/30/23 UTF**
**20 LARGEST CREDITOR**
COLLABORATION ADVISORS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
400 DORLA COURT
ZEPHYR COVE, NV 89448

**20 LARGEST CREDITOR**
CREDIT REPORTING SERVICE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

**20 LARGEST CREDITOR**
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**20 LARGEST CREDITOR**
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

**20 LARGEST CREDITOR**
DOCUMENT FULFILLMENT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

**20 LARGEST CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**20 LARGEST CREDITOR / POC ADDRESS**
EXELA ENTERPRISE SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2701 E. GRAUWYLER ROAD
IRVING, TX 75061-3414

**20 LARGEST CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 743451
LOS ANGELES, CA 90074-3451

**20 LARGEST CREDITOR**
JP MORGAN CHASE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3 PARK PLAZA, STE 900
IRVINE, CA 92614-5208

**20 LARGEST CREDITOR**
LEXISNEXUS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
15500 B ROCKFIELD BLVD
IRVINE, CA 92618-2722

**20 LARGEST CREDITOR**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
99 WALL STREET, STE 2669
NEW YORK, NY 10005-4301

**20 LARGEST CREDITOR**
MC DVI FUND 1, LLC; MC DVI FUND 2, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1598 COTTONWOOD DR
GLENVIEW, IL 60026-7769

**20 LARGEST CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**20 LARGEST CREDITOR / POC ADDRESS**
OUTSOURCE ACCELERATOR LTD
C/O PAUL R. SHANKMAN, ESQ
FORTIS LLP
650 TOWN CENTER DRIVE, SUITE 1530
COSTA MESA, CA 92626

**20 LARGEST CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**20 LARGEST CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1650 INDEPENDENCE DR
NEW BRAUNFELS, TX 78132-3959

**20 LARGEST CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET, STE A
ANAHEIM, CA 92806-5816

**RTD 06/05/23 UTF**
**20 LARGEST CREDITOR**
VALIDATION PARTNERS LLC
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~1300 SAWGRASS PKWY, STE 110~~
~~SUNRISE, FL 33323~~

**CREDITOR / POC ADDRESS**
JASON PATTERSON STOPNITZKY
C/O LESLIE E. CHAYO, ESQ.
9454 WILSHIRE BLVD., PH
BEVERLY HILLS, CA 90212

**RTD 06/14/23 UTF**
**SECURED CREDITOR**
CITY CAPITAL NY
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~1135 KANE CONCOURSE~~
~~BAY HARBOUR ISLANDS, FL 33154-2025~~

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **SECURED CREDITOR**<br>DIVERSE CAPITAL LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>323 SUNNY ISLES BLVD, STE 503<br>SUNNY ISLES, FL 33160-4675 | **SECURED CREDITOR**<br>FUNDURA CAPITAL GROUP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>80 BROAD STREET, STE 3303<br>NEW YORK, NY 10004-2845 | **SECURED CREDITOR / POC ADDRESS**<br>OHP-CDR, LP<br>C/O JEREMY ANDERSEN, RAZMIG IZAKELIAN<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 S. FIGUEROA STREET, 10TH FLOOR<br>LOS ANGELES, CA 90017 |
| **CREDITOR / POC ADDRESS**<br>AARON DAVIS<br>P.O. BOX 735<br>CUSTER, SD 57730-0735 | **CREDITOR / POC ADDRESS**<br>ACB HOLDINGS, LP<br>C/O OLD HICKORY PARTNERS / DAN YOUNG<br>303 COLORADO STREET, SUITE 2550<br>AUSTIN, TX 78701 | **CREDITOR**<br>AJILON<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>LOCKBOX: DEPT CH 14031<br>PALATINE, IL 60055-0001 |
| **CREDITOR / POC ADDRESS**<br>ALICE STANTON<br>160 BROOKDALE LN<br>INDIANA, PA 15701 | **CREDITOR / POC ADDRESS**<br>AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | **CREDITOR / POC ADDRESS**<br>ANGELA DENISE BLAIR<br>8711 HAYSHED LN, APT 24<br>COLUMBIA, MD 21045-2849 |
| **CREDITOR**<br>ANIBAL COLON JR<br>C/O ALEXANDER TAYLOR, ESQ.<br>SULAIMAN LAW GROUP LTD<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR**<br>ARIZONA DEPT OF ECONOMIC SECURITY<br>PO BOX 6028<br>PHOENIX, AZ 85005-6028 | **CREDITOR / POC ADDRESS**<br>ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTR<br>REVENUE LEGAL COUNSEL<br>PO BOX 1272, RM 2380<br>LITTLE ROCK, AR 72203-1272 |
| **CREDITOR**<br>ARKANSAS DEPT OF FINANCE & ADMIN<br>PO BOX 9941<br>LITTLE ROCK, AR 72203-9941 | **CREDITOR / POC ADDRESS**<br>ARVEN ALLEN KNIGHT<br>1805 23RD ST, SE APT 252B<br>WASHINGTON, DC 20020 | **CREDITOR / POC ADDRESS**<br>ASHLEY GLOCKNER<br>369 W BAY STREET, UNIT D<br>COSTA MESA, CA 92627-5748 |
| **CREDITOR**<br>BEVERLY GRAHAM<br>C/O BOBBY WALKER, ESQ.<br>SULAIMAN LAW GROUP<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR / POC ADDRESS**<br>BLANCHE WHEALDON<br>1317 HARVARD AVENUE<br>NATRONA HEIGHTS, PA 15065 | **CREDITOR / POC ADDRESS**<br>BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103 |
| **CREDITOR / POC ADDRESS**<br>BONITA MARIE SCOTT<br>2132 OHIO AVE<br>COLUMBUS, IN 47201 | **CREDITOR / POC ADDRESS**<br>BRIANNE PUSZTAI<br>27784 INVERNESS<br>MISSION VIEJO, CA 92692 | **CREDITOR / POC ADDRESS**<br>BRITTANY WESTON, ESQ.<br>3070 BRISTOL PIKE, SUITE 1-115<br>BENSALEM, PA 19020-5356 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | **CREDITOR / POC ADDRESS**<br>CALIFORNIA DEPT. OF TAX AND FEE ADMINISTRATION<br>COLLECTIONS SUPPORT BUREAU, MIC: 55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0001 | **CREDITOR / POC ADDRESS**<br>CARL WUESTEHUBE<br>33832 DIANA DRIVE<br>DANA POINT, CA 92629 |
| **CREDITOR**<br>CAROLINA TECHNOLOGIES & CONSULTING INVOICE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1854 HENDERSONVILLE ROAD, SUITE A<br>PMB #178<br>ASHEVILLE, NC 28803-2495 | **CREDITOR / POC ADDRESS**<br>CHRISTINE JOHNSON<br>7807 171ST PLACE<br>TINLEY PARK, IL 60477-3267 | **CREDITOR / POC ADDRESS**<br>CINDY NEWMAN<br>19962 NIPONA CT<br>RIVERSIDE, CA 92508 |
| **CREDITOR / POC ADDRESS**<br>CORY READE DOWS AND SHAFER<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1333 N BUFFALO DRIVE, SUITE 210<br>LAS VEGAS, NV 89128-3636 | **CREDITOR**<br>CT CORPORATION - INV<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 4349<br>CAROL STREAM, IL 60197-4349 | **CREDITOR**<br>DARCY WILLIAMSON, TRUSTEE<br>510 SW 10TH<br>TOPEKA, KS 66612-1606 |
| **CREDITOR / POC ADDRESS**<br>DAVID ORR, ESQ.<br>26053 BALSAWOOD CT<br>WESLEY CHAPE, FL 33544 | **CREDITOR**<br>DAVID ULERY<br>C/O JOSHUA EGGNATZ, EGGNATZ PASCUCCI<br>7450 GRIFFIN ROAD, SUITE 230<br>DAVIE, FL 33314-4104 | **CREDITOR / POC ADDRESS**<br>DEBRA M. ARCHAMBAULT<br>5 CARLANN LANE<br>VALLEY COTTAGE, NY 1989 |
| **CREDITOR / POC ADDRESS**<br>DEBRA PRICE<br>C/O ROBERT COCCO<br>1500 WALNUT ST, STE 900<br>PHILADELPHIA, PA 19102-3518 | **CREDITOR**<br>DEPT OF LABOR AND INDUSTRIES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 34022<br>SEATTLE, WA 98124 | **CREDITOR / POC ADDRESS**<br>DONALD AND SHARON SEAL<br>338 N. ADAMS ST<br>PLENTYWOOD, MT 59254 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>DOUGLAS F. STIELE<br>6870 FLEMMING CIRCLE<br>PRIOR LAKE, MN 55372 | **CREDITOR / POC ADDRESS**<br>EDWIN VALDIVIA FITZ<br>666 W 18TH ST, APT 9<br>COSTA MESA, CA 92627 | **CREDITOR / POC ADDRESS**<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 95814 |
| **CREDITOR**<br>ENERGYCARE, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2925 N. GREEN VALLEY PARKWAY, SUITE C<br>HENDERSON, NV 89014-0418 | **CREDITOR / POC ADDRESS**<br>FIRAS ABUNADA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>18927 HICKORY CREEK DRIVE, SUITE 115<br>MOKENA, IL 60448-8660 | **CREDITOR / POC ADDRESS**<br>FORTH TECHNOLOGY, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1900 E GOLF ROAD, SUITE 550<br>SCHAUMBURG, IL 60173-5870 |
| **CREDITOR / POC ADDRESS**<br>GABRIEL FERNANDO MONROY<br>831 W ROMNEYA DRIVE #831<br>ANAHEIM, CA 92801 | **CREDITOR**<br>GENEVE AND MYRANDA SHEFFIELD<br>C/O JEREMIAH HECK, ESQ<br>LUFTMAN HECK & ASSOC<br>6253 RIVERSIDE DR, STE 200<br>DUBLIN, OH 43017-5450 | **CREDITOR**<br>GEORGIA DEPT OF LABOR<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>148 ANDREW YOUNG INTERNATIONAL BLVD, NE, SUITE 752<br>ATLANTA, GA 30303-1751 |
| **CREDITOR / POC ADDRESS**<br>GERARDO GUZMAN<br>5515 S. EMPORIA<br>WICHITA, KS 67216 | **CREDITOR**<br>GHA TECHNOLOGIES INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>DEPT #2090<br>PO BOX 29661<br>PHOENIX, AZ 85038-9661 | **CREDITOR / POC ADDRESS**<br>GHA TECHNOLOGIES INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>8998 E RAINTREE DR<br>SCOTTSDALE, AZ 85260-7024 |
| **CREDITOR**<br>GLORIA EATON<br>C/O KRIS SKAAR, ESQ.<br>133 MIRRAMONT LAKE DR.<br>WOODSTOCK, GA 30189-8215 | **CREDITOR / POC ADDRESS**<br>HAN TRINH<br>2128 W CHERRY DR<br>ORANGE, CA 92868 | **CREDITOR**<br>HARRINGTON ELECTRIC INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 886<br>SKYLAND, NC 28776-0886 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                 F 9013-3.1.PROOF.SERVICE

| CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS |
|---|---|---|
| HEBA QANDEEL-KISHTA<br>7625 BROOKSIDE GLEN DRIVE<br>TINLEY PARK, IL 60487-5197 | HEIDI HIRSCH<br>726 N BEACHWOOD DRIVE<br>BURBANK, CA 91506 | HELEN C. BANKS<br>9338 SOUTH EMERALD AVE<br>CHICAGO, IL 60620 |
| **CREDITOR / POC ADDRESS**<br>HUNTER HASTINGS<br>26847 ELLIS MILLS RD<br>SEAFORD, DE 19973 | **CREDITOR**<br>IMAGINE REPORTING<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1350 COLUMBIA STREET, SUITE 703<br>SAN DIEGO, CA 92101-3456 | **CREDITOR / POC ADDRESS**<br>INDIANA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204-2253 |
| **CREDITOR**<br>INDIANA DEPT OF REVENUE<br>PO BOX 1028<br>INDIANAPOLIS, IN 46206-1028 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INVSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201 |
| **CREDITOR / POC ADDRESS**<br>IVY BURDEN-POPE<br>291 ALTAMONTE BAY CLUB CIRCLE, APT 207<br>ALTAMONTE SPRINGS, FL 32701 | **CREDITOR / POC ADDRESS**<br>JACLYN GOMEZ<br>109 TOTTENHAM LANE<br>ELK GROVE VILLAGE, IL 60007-3818 | **CREDITOR**<br>JAMES HAMMETT<br>C/O JENNA DAKRAUB<br>PRICE LAW GROUP<br>8245 N. 85TH WAY<br>SCOTTSDALE, AZ 85258-4349 |
| **CREDITOR / POC ADDRESS**<br>JANE ANN DEARWESTER<br>P.O. BOX 7084<br>ASHEVILLE, NC 28802-7084 | **CREDITOR / POC ADDRESS**<br>JENNIFER ANN MCLAUGHLIN<br>2145 COUNTRY KNOLL CT<br>ELGIN, IL 60123-2145 | **CREDITOR / POC ADDRESS**<br>JESSICA JARBOE<br>PO BOX 4392<br>KINGMAN AZ 86402<br>KINGMAN, AZ 86402-4392 |
| **CREDITOR / POC ADDRESS**<br>JOAN P. SCHOTT<br>9303 LANDS POINT<br>SAN ANTONIO, TX 78250 | **CREDITOR / POC ADDRESS**<br>JOHN CHARLES PORTER<br>308 SOUTH RAMSEY STREET<br>MANCHESTER, TN 37355 | **CREDITOR / POC ADDRESS**<br>JOHN RAY SORIANO<br>1805 SE LUND AVE #1010<br>PORT ORCHARD, WA 98366-5555 |
| **CREDITOR**<br>JOHNNY RIZO<br>C/O BOBBY WALKER, ESQ.<br>SULAIMAN LAW GROUP<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR / POC ADDRESS**<br>JORDAN MICHAEL KURTH<br>205 WALNUT DRIVE<br>EIGHTY FOUR, PA 15330-8625 | **CREDITOR**<br>JUIZE, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 505<br>MURRIETA, CA 92564-0505 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>JUSTIN NGUYEN<br>3164 EAST HAZELWOOD, UNIT A<br>ORANGE, CA 92869 | **CREDITOR**<br>KAREN SUELL<br>C/O NATHAN C. VOLHEIM, ESQ<br>SULAIMAN LAW GROUP<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR / POC ADDRESS**<br>KARI B. CONIGLIO, CHAPTER 7 TRUSTEE FOR<br>BANKRUPTCY ESTATE OF MARK LYNN KRICK AND KAYLA MARIE KRICK<br>200 PUBLIC SQUARE, SUITE 1400<br>CLEVELAND, OH 44114-2327 |
| **CREDITOR / POC ADDRESS**<br>KATHLEEN LACEY<br>C/O DAVID CHAMI, ESQ.<br>PRICE LAW GROUP<br>8245 N. 85TH WAY<br>SCOTTSDALE, AZ 85258-4349 | **CREDITOR**<br>KATHLEEN SCARLETT<br>C/O JEREMIAH HECK, ESQ.<br>LUFTMAN HECK & ASSOC<br>6253 RIVERSIDE DR, STE 200<br>DUBLIN, OH 43017-5450 | **CREDITOR / POC ADDRESS**<br>KELLEY M. STIELE<br>6870 FLEMMING CIRCLE<br>PRIOR LAKE, MN 55372 |
| **CREDITOR / POC ADDRESS**<br>KELLY DOOLEY<br>12591 BRYANT ST<br>BROOMFIELD, CO 80020 | **CREDITOR / POC ADDRESS**<br>KENNETH HUTCHINS<br>PO BOX 162035<br>SACRAMENTO, CA 95816-2035 | **CREDITOR**<br>KENNETH TOPP<br>C/O NATHAN VOLHEIM, ESQ<br>SULAIMAN LAW GROUP LTD<br>2500 SOUTH HIGHLAND AVE, STE 200<br>LOMBARD, IL 60148-7103 |
| **CREDITOR**<br>KEVIN CARPENTER<br>C/O ALEXANDER TAYLOR, ESQ,<br>SULAIMAN LAW GROUP LTD<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR**<br>KIMBERLY BIRDSONG<br>C/O ALEXANDER J. TAYLOR, ESQ.<br>SULAIMANLAW GROUP<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | <u>**RTD 06/14/23 UTF**</u><br>**CREDITOR**<br>KRISP TECHNOLOGIES, INC<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~2150 SHATTUCK AVE~~<br>~~PENTHOUSE 1300~~<br>~~BERKELEY, CA 94704-1347~~ |
| **CREDITOR / POC ADDRESS**<br>LAURA CEVA<br>280 BLACK OAK COVE ROAD<br>CANDLER, NC 28715-8139 | **CREDITOR / POC ADDRESS**<br>LHH RS<br>C/O STEVEN REBIDAS<br>4800 DEERWOOD CAMPUS PARKWAY, BLDG 800<br>JACKSONVILLE FL 32246-8319 | **CREDITOR**<br>LIBERTY MUTUAL<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 91013<br>CHICAGO, IL 60680-1171 |
| **CREDITOR / POC ADDRESS**<br>LISA GORE<br>2734 W 18TH AVENUE, APT 1F<br>CHICAGO, IL 60608 | **CREDITOR / POC ADDRESS**<br>LORRAINE DINEEN<br>1026 SWINTON AVE<br>BRONX, NY 10465 | **CREDITOR / POC ADDRESS**<br>MARC LEMAUVIEL<br>326 MACNEIL WAY<br>WEAVERVILLE, NC 28787-6700 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **CREDITOR**<br>MARC LEMAUVIEL - ALLEGRA<br>326 MACNEIL WAY<br>WEAVERVILLE, NC 28787-6700 | <u>RTD 05/31/23 UTF</u><br>**CREDITOR**<br>MARKSYS HOLDINGS, LLC<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~3725 CINCINNATI AVE, SUITE 200~~<br>~~ROCKLIN, CA 95765-1220~~ | **CREDITOR / POC ADDRESS**<br>MDL GROUP C/O EXECUTIVE CENTER LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5960 SOUTH JONES BOULEVARD<br>LAS VEGAS, NV 89118-2610 |
| **CREDITOR / POC ADDRESS**<br>MELISSA L. AND SHIVA L. SOOKNANAN<br>1584 APACHE WAY<br>CLARKSVILLE, TN 37042-8178 | **CREDITOR / POC ADDRESS**<br>MICHAEL AND SARAH PIERCE<br>122 SOUTHSHORE DRIVE<br>JACKSON, TN 38305 | **CREDITOR**<br>MICHAEL SCHWARTZ<br>3968 LOWRY AVENUE<br>CINCINNATI, OH 45229-1310 |
| **CREDITOR / POC ADDRESS**<br>MIGUEL A ZUANABAR JR<br>812 SUMNER STREET<br>ADDISON, IL 60101-1338 | **CREDITOR / POC ADDRESS**<br>MISSISSIPPI DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY SECTION<br>P. O. BOX 22808<br>JACKSON, MS 39225-2808 | **CREDITOR**<br>MISSISSIPPI DEPT OF REVENUE<br>PO BOX 23075<br>JACKSON, MS 39225-3075 |
| **CREDITOR / POC ADDRESS**<br>NATALKA PALMER<br>217 NW RIVERFRONT STREET<br>BEND, OR 97703 | **CREDITOR**<br>NATIONWIDE APPEARANCE ATTORNEYS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5737 KANAN RD #628<br>AGOURA HILLS, CA 91301-1601 | **CREDITOR**<br>NEVADA DEPT OF TAXATION<br>1550 COLLEGE PARKWAY, SUITE 115<br>CARSON CITY, NV 89706-7939 |
| **CREDITOR / POC ADDRESS**<br>OLGA LUCIA ESQUIVEL<br>25526 MAIER CIRCLE<br>MENIFEE, CA 92586 | **CREDITOR / POC ADDRESS**<br>PAOLA GOMEZ<br>19542 POMPANO LN, #103<br>HUNTINGTON BEACH, CA 92648-6424 | **CREDITOR / POC ADDRESS**<br>PETER SCHNEIDER<br>12115 NE 165TH PL<br>BOTHELL, WA 98011-1211 |
| **CREDITOR / POC ADDRESS**<br>PHILLIP A. GREENBLATT, PLLC<br>PO BOX 4270<br>SUITE 200<br>SOUTHFIELD, MI 48037 | **CREDITOR / POC ADDRESS**<br>PHUONG TRINH<br>2128 W CHERRY DR<br>ORANGE, CA 92868 | **CREDITOR**<br>PITNEY BOWES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 981026<br>BOSTON, MA 02298-1026 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

| CREDITOR / POC ADDRESS | CREDITOR | CREDITOR / POC ADDRESS |
|---|---|---|
| R. REED PRUYN<br>3524 WEST OVERLOOK DRIVE<br>LAYTON, UT 84041 | RAPID CREDIT INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>3558 ROUND BARN BLVD, SUITE 200<br>SANTA ROSA, CA 95403-0991 | REBECCA S. COULTER<br>358 CASS PL<br>CANTON, IL 61520 |
| **CREDITOR / POC ADDRESS**<br>RONALD MOORE<br>101 ABERDEEN CHASE DR, APT D<br>EASLEY, SC 29640 | **CREDITOR / POC ADDRESS**<br>SABRINA CAZEAU<br>3623 NW 30TH PLACE, APT 305<br>FORT LAUDERDALE, FL 33311 | **CREDITOR / POC ADDRESS**<br>SALVATORE PORCARO<br>72 DORSET DRIVE<br>CLARK, NJ 07066-3010 |
| **CREDITOR**<br>SBS LEASING A PROGRAM OF DE LAGE LANDEN<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 41602<br>PHILADELPHI, PA 19101-1602 | **CREDITOR**<br>SECURITY SOLUTIONS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>10911 BLOOMFIELD ST<br>LOS ALAMITOS, CA 90720-2506 | **CREDITOR / POC ADDRESS**<br>SHERRI CHEN<br>3164 EAST HAZELWOOD, UNIT A<br>ORANGE, CA 92869 |
| **CREDITOR / POC ADDRESS**<br>STATE OF NEVADA DEPARTMENT OF TAXATION<br>700 E WARM SPRINGS RD STE 200<br>LAS VEGAS, NV 89119-4311 | **CREDITOR / POC ADDRESS**<br>STEVE MALU<br>2582 SE 18TH AVE<br>GAINESVILLE, FL 32641 | **CREDITOR**<br>STREAMLINE PERFORMANCE INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1551 N TUSTIN, #555<br>SANTA ANA, CA 92705-8634 |
| **CREDITOR / POC ADDRESS**<br>STRIS & MAHER LLP<br>777 S FIGUEROA ST, STE 3850<br>LOS ANGELES, CA 90017 | **CREDITOR / POC ADDRESS**<br>THANHHANG NGUYEN<br>2128 W CHERRY DR<br>ORANGE, CA 92868 | **CREDITOR / POC ADDRESS**<br>THE BANKRUPTCY ESTATE OF STEPHANIE LYNNE NICCUM<br>C/O JACQUELINE SELLS HOMANN, CHAPTER 7 TRUSTEE<br>1251 NORTH EDDY STREET, SUITE 203<br>SOUTH BEND, IN 46617 |
| **CREDITOR / POC ADDRESS**<br>THE BANKRUPTCY ESTATE OF STEVEN ROBERT VERZAL<br>C/O JACQUELINE SELLS HOMANN, CHAPTER 7 TRUSTEE<br>1251 NORTH EDDY STREET, SUITE 203<br>SOUTH BEND IN 46617-1478 | **CREDITOR / POC ADDRESS**<br>THE PLACIDE GROUP CO<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>624 BROOKWOOD LANE<br>MAITLAND, FL 32751 | **CREDITOR**<br>THOMSON REUTERS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>610 OPPERMAN DRIVE<br>EAGEN, MN 55123-1340 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    F 9013-3.1.PROOF.SERVICE

| **CREDITOR** | **CREDITOR / POC ADDRESS** | **CREDITOR / POC ADDRESS** |
|---|---|---|
| TWILIO, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>101 SPEAR STREET, SUITE 500<br>SAN FRANCISCO, CA 94105-1559 | UNIFIED GLOBAL RESEARCH GROUP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1660 HOTEL CIR N, STE S620<br>SAN DIEGO, CA 92108-2806 | UTAH STATE TAX COMMISSION<br>210 N 1950 W<br>SALT LAKE CITY, UT 84134-9000 |
| **CREDITOR / POC ADDRESS** | **CREDITOR** | **INTERESTED PARTY** |
| WA STATE DEPARTMENT OF LABOR AND INDUSTRIES BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA, WA 98504-4171 | WISCONSIN DEPT OF REVENUE<br>PO BOX 8901<br>MADISON, WI 53708-8901 | SHARP ELECTRONICS COPR<br>C/O DAVID CRAPO, ESQ<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102 |

4863-9691-2494, v. 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE