# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

| | |
|---|---|
| In re:<br>The Litigation Practice Group P.C.<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 8:23–bk–10571–SC<br><br>CHAPTER NO.: 11 |
| Richard A. Marshack<br><br>Plaintiff(s)<br>Versus<br>Tony Diab<br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | ADVERSARY NO.: 8:23–ap–01046–SC |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On September 5, 2023, a request was filed for the clerk to enter default against defendant(s) **Guardian Processing, LLC**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: September 6, 2023

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Nickie Bolte**
  **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014       **181 – 173 / NB8**

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Richard A. Marshack | Tony Diab<br>Daniel S. March<br>Rosa Bianca Loli<br>Lisa Cohen<br>William Taylor Carss<br>Eng Tang<br>Maria Eeya Tan<br>Jake Akers<br>Han Trinh<br>Jayde Trinh<br>Wes Thomas<br>Scott James Eadie<br>Jimmy Chhor<br>Dongliang Jiang<br>Oakstone Law Group PC<br>Greyson Law Center PC<br>Phoenix Law Group, Inc.<br>Maverick Management, LLC<br>LGS Holdco, LLC<br>Consumer Legal Group, PC<br>Vulcan Consulting Group LLC<br>B.A.T. Inc.<br>Prime Logix, LLC<br>Teracel Blockchain Fund II LLC<br>EPPS<br>Equipay<br>Authorize Net<br>World Global<br>Optimumbank Holdings, Inc.<br>Marich Bein, LLC<br>BankUnited, N.A.<br>Revolv3, Inc.<br>Fidelity National Information Services, Inc.<br>Worldpay, Inc.<br>Worldpay Group<br>Merit Fund, LLC<br>Guardian<br>The United States Postal Service<br>Fidelity National Information Services, Inc. dba FIS<br>Worldpay, LLC<br>Touzi Capital, LLC<br>Heng Taing<br>Eng Taing<br>Stripe, Inc.<br>Seamless Chex Inc.<br>Phoenix Law, PC<br>Payliance, LLC<br>Optimumbank Holdings, Inc. dba Optimum Bank<br>Maverick Management Group, LLC<br>Guardian Processing, LLC<br>Dwolla, Inc.<br>Max Chou<br>BAT Inc. dba Coast Processing<br>Gallant Law Group<br>Coast Processing<br>Optimum Bank<br>FIS |

(Form van192–nched VAN–192) Rev. 12/2014

# ATTACHMENT A