ERIC D. GOLDBERG (SBN 157544)
eric.goldberg@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: (310) 595-3000
Fax: (310) 595-3300

*Attorney for Stripe, Inc.*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group, PC,<br><br>    Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11 |
| Richard A. Marshack, Chapter 11 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>Tony Diab, an individual; Daniel S. March, an individual; Rosa Bianca Loli, an individual; Lisa Cohen, an individual; William Taylor Carss, and individual; Eng Taing, and individual; Maria Eeya Tan, and individual; Jake Akers, and individual; Han Trinh, an individual; Jayde Trinh, an individual; Wes Thomas, an individual; Scott James Eadie, an individual; Jimmy Chhor, an individual; Dongliang Jiang, an individual; Max Chou, an individual; Oakstone Law Center PC; Phoenix Law, PC; Maverick Management Group, LLC; LGS Holdco, LLC; Consumer Legal Group, P.C.; Bulcan Consulting Group LLC; Bat Inc. d/b/a Coast Processing; Prime Logix, LLC; Teracel Blockchain Fund II LLC; Epps; Equipay; Authorize.net; World Global; OptimumBank Holdings, Inc. d/b/a Optimum Bank; Marich Bein, LLC; BankUnited, N.A.; Revolv3, Inc.; Fidelity National Information Services, Inc. d/b/a FIS; WorldPay LLC; WorldPay Group; Merit Fund, LLC Guardian Processing, LLC; Payliance, LLC; Touzi Capital, LLC; Seamless Chex Inc; Dwolla, Inc.; Stripe, Inc.; and Does 1 through 100,<br><br>    Defendants. | Adv. Proc. No. 8:23-ap-01046-SC<br><br>**SECOND STIPULATION EXTENDING TIME FOR DEFENDANT STRIPE, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[Relates to Docket No. 62, 124, 131]<br><br><u>Status Conference:</u><br>Date:  November 16, 2023<br>Time:  11:00 a.m. (PDT)<br>Place:  Courtroom 5C<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

1

This Stipulation is entered into by and among plaintiff Richard A. Marshack, the chapter 11 trustee of The Litigation Practice Group, PC (the "Trustee"), and defendant Stripe, Inc. ("Stripe").

WHEREAS, the Trustee filed the *Amended Complaint for: (1) Injunctive Relief; (2) Avoidance, Recovery, and Preservation of Two-Year Actual Fraudulent Transfers; (3) Avoidance, Recovery, and Preservation of Two-Year Constructive Fraudulent Transfers; (4) Avoidance, Recovery, and Preservation of Four-Year Actual Fraudulent Transfers; (5) Avoidance, Recovery, and Preservation of Four-Year Constructive Fraudulent Transfers; and (6) Turnover* (the "Amended Complaint") in this action on June 15, 2023 [Docket. No. 62];

WHEREAS, on June 23, 2023, the clerk of the Court issued *Another Summons and Notice of Status Conference in Adversary Proceeding* [Docket No. 71-1] (the "Summons");

WHEREAS, pursuant to the Summons, the deadline for all defendants to file a response to the Amended Complaint was July 24, 2023;

WHEREAS, on July 5, 2023, the Trustee effected service of the Amended Complaint and the Summons on Strike thereby extending the deadline for Strike to file its response on or before August 4, 2023 (the "Response Deadline");

WHEREAS, counsel for Stripe requested an extension to the Response Deadline and proposed special counsel for the Trustee did not object;

WHEREAS, the Court entered an order extending the Response Deadline for Stripe to October 3, 2023;

WHEREAS, the Trustee and Stripe have engaged in discussions concerning the Amended Complaint and believe additional time would allow the parties to reach a consensual resolution;

WHEREAS, based on the foregoing, the Trustee and Stripe hereby wish to extend the time within which Stripe may respond to the Amended Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Trustee and Stripe, through their respective counsel, that:

1. The time for the Stripe to respond to the Amended Complaint is extended through and including November 8, 2023, without prejudice to further extension by agreement and, to

2

1 the extent required, order of the Court.

2 [*Signature page follows*]

DATED: September 19, 2023

**DLA PIPER LLP (US)**

By: _____
ERIC D. GOLDBERG (SBN 157544)

*Attorney for Stripe, Inc.*

**DINSMORE & SHOHL LLP**

By: _____
CHRISTOPHER B. GHIO (SBN 259094)
CHRISTOPHER CELENTINO (SBN 131688)
JONATHAN SERRANO (SBN 333225)

*Proposed Special Counsel to Richard A. Marshack, Chapter 11 Trustee*