# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4704

A true and correct copy of the foregoing document entitled *Second Stipulation Extending Time for Defendant Stripe, Inc. to Respond to First Amended Complaint* will be served or was served **(a)** on the judge in chambers in the form and manner required by [LBR 5005-2(d)]; and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 20, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Eric Bensamochan | eric@eblawfirm.us; g63723@notify.cincompass.com |
| Christopher Celentino | christopher.celentino@dinsmore.com; caron.burke@dinsmore.com |
| Leslie A. Cohen | leslie@lesliecohenlaw.com; jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com |
| Michael T. Delaney | mdelaney@bakerlaw.com; tbreeden@bakerlaw.com |
| Christopher Ghio | christopher.ghio@dinsmore.com; kristina.heller@dinsmore.com |
| Richard H. Golubow | rgolubow@wghlawyers.com; jmartinez@wghlawyers.com; svillegas@wghlawyers.com |
| Meredith King | mking@fsl.law; ssanchez@fsl.law; jwilson@fsl.law |
| David S. Kupetz | david.kupetz@lockelord.com; mylene.ruiz@lockelord.com |
| Daniel A. Lev | daniel.lev@gmlaw.com; cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com |
| Yosina M. Lissebeck | yosina.lissebeck@dinsmore.com; caron.burke@dinsmore.com |
| Richard A. Marshack (TR) | pkraus@marshackhays.com; rmarshack@iq7technology.com; ecf.alert+marshack@titlexi.com |
| Kenneth Misken | kenneth.m.misken@usdoj.gov |
| Queenie K. Ng | queenie.k.ng@usdoj.gov |
| Teri T. Pham | tpham@epglawyers.com; ttpassistant@epglawyers.com; dle@epglawyers.com |
| Douglas A. Plazak | dplazak@rhlaw.com |
| Daniel H. Reiss | dhr@lnbyg.com; dhr@ecf.inforuptcy.com |
| Ronald N. Richards | ron@ronaldrichards.com; 7206828420@filings.docketbird.com |
| Jonathan Serrano | jonathan.serrano@dinsmore.com |
| Howard Steinberg | steinbergh@gtlaw.com; pearsallt@ftlaw.com; howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still | astill@swlaw.com; kcollins@swlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Johnny White | jwhite@wrslawyers.com; jlee@wrslawyers.com |

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 20, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 20, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY

VIA ELECTRONIC MAIL

(Party, who is being served if different, and email address for each)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 20, 2023 | William L. Countryman, Jr. | /s/  William L. Countryman, Jr. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1603458642.1

**F 9013-3.1.PROOF.SERVICE**