TERI T. PHAM (SBN 193383)
*tpham@epgrlawyers.com*
JESSE K. BOLLING (SBN 286267)
*jbolling@epgrlawyers.com*
THANG LE (SBN 260248)
*tle@epgrlawyers.com*
**ENENSTEIN PHAM GLASS & RABBAT, LLP**
3200 Bristol Street, Suite 500
Costa Mesa, CA 92626
Phone:  (714) 292-0262
Fax:    (714) 464-4770

Attorneys for Defendants
Tony Diab and Daniel S. March

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>Debtor.<br><hr>RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an | Case No.: 8:23-bk-10571-SC<br><br>Hon. Scott C. Clarkson<br><br>Chapter 11<br><br>Adversary No. 8:23-ap-01046-SC<br><br>**DEFENDANT TONY DIAB AND ENENSTEIN PHAM GLASS & RABBAT, LLP'S JOINT MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD; DECLARATION OF TERI T. PHAM IN SUPPORT THEREOF**<br><br>*[No hearing required pursuant to LBR 9013-1(p)(4).]* |

1

MOTION TO WITHDRAW

individual; JIMMY CHHOR, an individual, DONGLIANG JIANG, an individual; MAS CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.: REVOLVE3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a/ FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC.; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive,

Defendants.

2

MOTION TO WITHDRAW

## **Memorandum of Points and Authorities**

**I.    INTRODUCTION AND FACTS**

Defendant Tony Diab and his counsel, Enenstein Pham Glass & Rabbat, LLP ("EPGR"), respectfully request leave for EPGR to withdraw as counsel of record. A material breach of the attorney-client representation agreement(s) has occurred causing a breakdown in the attorney-client relationship, rendering representation of the Mr. Diab impossible, thus requiring EPGR to cease representing Mr. Diab.

Notice is hereby given, pursuant to Local Bankruptcy Rule ("LBR") 2091-1(c), that if this Motion is granted by the Court, Mr. Diab's representation by EPGR will end upon entry of the order granting this Motion. Mr. Diab, a formerly licensed attorney, is aware of the implications and has consented to the withdrawal having signed a Substitution of Attorney. (Declaration of Teri T. Pham ("Pham Decl."), ¶3, Ex. A [Sub. of Attorney].)

**II.    LEGAL ARUGMENT**

**1.    Leave of the Court**

Except as provided in LBR 2091-1(b), leave of the Court pursuant to LBR 9031-1(p) is required for any attorney who has appeared on behalf of an entity or individual in any matter concerning the administration of the case, in one or more proceedings, or both, to withdraw as counsel. In accordance with LBR 2091-1(e)(1), the withdrawal of EPGR as counsel will not result in a delay or continuance of any matter.

**2.    Notice**

Pursuant to LBR 2091-1(c)(1), Teri Pham and Jesse Bolling personally made Mr. Diab aware of EPGR's intent to withdraw as counsel over the course of numerous emails and telephone calls. (Pham Decl. ¶2.)

**3.    Permission to Withdraw**

Pursuant to Rule 1.16(b) of the California Rules of Professional Conduct, any attorney may withdraw from a case if:

> (4) The client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively; (5) the client breaches a material term of an agreement with, or obligation, to the lawyer relating to the representation, and the lawyer has given the client reasonable warning after the breach that the lawyer will withdraw unless the client fulfills the agreement or performs the obligation; (6) the client knowingly and freely assents to the termination of the representation.

As discussed in the accompanying Declaration of Teri Pham, there has been a material breach of the parties' agreement relating to representation making it difficult for EPGR to continue to carry out representation, and the client has been given warning, and knowingly assents to termination.

EPGR requests that all further notices, pleadings, process, and other papers addressed to the Mr. Diab be served to the following address:

> Tony Diab, In Pro Per
> 20101 SW Cypress Street
> Newport Beach, CA 92660
> Tel: (620) 474-0301
> *tony@validationllc.com*

**III.    CONCLUSION**

Based on the foregoing, Mr. Diab and Enenstein Pham Glass & Rabbat, LLP, respectfully request that the Court issue an Order permitting EPGR to withdraw as counsel for Mr. Diab, effective upon entry of the Order granting this Motion.

Dated: September 21, 2023  **ENENSTEIN PHAM GLASS & RABBAT, LLP**

By: _____
Teri T. Pham
Attorneys for Defendants Tony Diab
and Daniel S. March

## DECLARATION OF TERI T. PHAM

I, Teri T. Pham, declare as follows:

1. I am an attorney licensed to practice law in the State of California and I am a Partner with the law firm of Enenstein Pham Glass & Rabbat, LLP ("EPGR"), counsel of record for Defendant Tony Diab in this matter. I submit this declaration in support of Mr. Diab and EPGR's Motion to Withdraw as Counsel of Record for Mr. Diab. I am familiar with the record and all of the proceedings in this case, and if called as a witness, I could and would competently testify thereto.

2. Mr. Diab has failed to comply with a material term of EPGR's engagement agreement, making it difficult for EPGR to continue representation. EPGR and Mr. Diab are willing to provide further details concerning the breach to the Court *in camera* should the Court so require.

3. My colleague Jesse Bolling and I have notified and have spoken with Mr. Diab regarding EPGR's intent to withdraw as counsel of record in this matter. Mr. Diab has indicated his understanding and consent. Mr. Diab himself was formerly a licensed attorney. A true and correct copy of Mr. Diab's signed Substitution of Attorney is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on September 21, 2023 at Orange County, California.

Teri T. Pham, Esq.

# Exhibit A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Teri T. Pham (SBN 193383)<br>tpham@epgrlawyers.com<br>Jesse K. Bolling (SBN 286267)<br>jbolling@epgrlawyers.com<br>Thang Le (SBN 260248)<br>tle@epgrlawyers.com<br>ENENSTEIN PHAM GLASS & RABBAT, LLP<br>3200 Bristol Street, Suite 500<br>Costa Mesa, CA 92626<br>Tel: (714) 292-0262<br>Fax: (714) 464-4770<br><br><br><br>*Attorney for:* Tony Diab & Daniel S. March | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION |
| In re:<br>THE LITIGATION PRACTICE GROUP P.C.<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8-23-bk-10571-SC<br>ADVERSARY NO.:8:23-ap-01046-SC<br>(*if applicable*)<br>CHAPTER: 11 |
| RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br><br><br><br>Plaintiff(s),<br>vs.<br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual, et al.<br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
    Defendant Tony Diab


2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
    Tony Diab, In Pro Per
    20101 SW Cypress Street
    Newport Beach, CA 92660
    Tel: (620) 474-0301
    tony@validationllc.com

3. New attorney hereby appears in the following matters:   ☒ the bankruptcy case   ☒ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 1    F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Teri T. Pham with Enenstein Pham Glass & Rabbat LLP

Date: 9/20/2023

*[Signature: Tony Diab, DocuSigned]*

Signature of party

Tony Diab, In Pro Per
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 9/19/2023

*[Signature]*

Signature of present attorney

Teri T. Pham, Esq.
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 9/20/2023

*[Signature: Tony Diab, DocuSigned]*

Signature of new attorney

Tony Diab, In Pro Per
Printed name of new attorney

### IMPORTANT NOTICE

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 2                       F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3200 Bristol Street, Suite 500, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____   _____   _____
*Date*                   *Printed Name*                                      *Signature*

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*          Page 3          **F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3200 Bristol Street, Suite 500, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): Defendant Tony Diab and Enenstein Pham Glass & Rabbat LLP's Joint Motion for Leave to Withdraw as Counsel of Record _____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) Sept. 21, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) Sept. 21, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY
The Honorable Scott C. Clarkson
U.S. Bankruptcy Court Ronald Raegan Federal Building
411 W. Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 9270

[X] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Sept. 21, 2023 | Duc Le | /s/ Duc Le |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Information for Case 8:23-ap-01046-SC

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Teri T Pham**    tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com