PAUL J. LEEDS, ESQ. (Bar No. 214309)
p*ds@fsl.law
WREDITH KING, ESQ. (Bar No. 280043)
mking@fsl.law
FRANKLIN SOTO LEEDS LLP
444 WEST C STREET, SUITE 300
SAN DIEGO, CA 92101
TEL: 619.872.2520
FAX: 619.566.0221

Attorneys for Defendant
Gallant Law Group, PC and
Center Pointe Law, PC

**FILED & ENTERED**

**SEP 22 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP, PC,

Debtor.

RICHARD A. MARSHACK,
Chapter 11 Trustee,

Plaintiff,

v.

TONY DIAB, et al.,

Defendants.

Case No. 8:23-bk- 10571-SC

Adv. Proc. No. 8:23-ap-01046-SC

Chapter 11

**ORDER APPROVING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

CASE FILED:    May 25, 2023
JUDGE:    Hon. Scott C. Clarkson

The Court, having read and considered the Third Stipulation to Extend Time to Respond to Amended Complaint for: (1) Injunctive Relief; (2) Avoidance, Recovery, and Preservation of Two-Year Actual Fraudulent Transfers; (3) Avoidance, Recovery, and Preservation of Two year Constructive Fraudulent Transfers; (4) Avoidance, Recovery, and Preservation of Four-Year Actual Fraudulent Transfers; (5) Avoidance, Recovery, and Preservation of Four-Year

Constructive Fraudulent Transfers; and (6) Turnover ("Stipulation") between Defendant Gallant Law Group, PC ("Gallant"), Plaintiff and Chapter 11 Trustee Richard A. Marshack, and Center Pointe Law, PC, filed on September 14, 2023, as Docket No. 196, and good cause appearing, hereby orders as follows:

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.
2. The deadline for Gallant and/or Center Pointe to file and serve a response to Trustee's Amended Complaint is extended from September 14, 2023 to September 28, 2023.
3. No further extensions of time will be granted absent a definite and concrete showing of good cause.

**IT IS SO ORDERED.**

### 

Date: September 22, 2023

Scott C. Clarkson
United States Bankruptcy Judge