Case 8:23-ap-01046-SC    Doc    Filed 07/11/23    Entered 07/11/23 11:43:34    Desc Main
Document    Page 1 of 2

Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:   619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack,
Chapter 11 Trustee

**FILED & ENTERED**

**JUL 11 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

THE LITIGATION PRACTICE GROUP P.C.,

　　Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

**SCHEDULING ORDER ON THE MOTION OF TRUSTEE RICHARD A. MARSHACK FOR ENTRY OF ORDER (A) APPROVING SALE, SUBJECT TO OVERBID, OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b) AND (B) APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND OTHER AGREEMENTS, FILED JULY 7, 2023 [DK. 191]**

Date:  July 21, 2023
Time:  10:00 a.m.
Judge: Hon. Scott C. Clarkson
Place: Courtroom 5C[1]
　　　　411 West Fourth Street
　　　　Santa Ana, CA 92701

---

[1] Zoom accessibility information will be posted into the Court's tentative ruling prior to the hearing. Parties can obtain such accessibility information on Judge Clarkson's posted hearing calendar which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

1

#31169501v1

The Court will be conducting a hearing on the Motion of Trustee Richard A. Marshack for Entry of Order (A) Approving Sale, Subject to Overbid, of Assets Free and Clear of all Liens, Claims, Encumbrances and interests Pursuant to 11 U.S.C. § 363(b) and (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Other Agreements, filed July 7, 2023 [Dk. 191] (the "Sale Motion") on July 21, 2023, at 10:00 a.m. (pacific time).

Virtual appearances are permitted for any party, with the exception of the Trustee's counsel, the United States Trustee, prospective bidders and Counsel for the Official Committee of Creditors. The Court will utilize Zoom for Government, a free service that provides audioconference and videoconference capabilities. Zoom accessibility information will be posted into the Court's tentative ruling prior to the hearing. Parties can obtain such accessibility information on Judge Clarkson's posted hearing calendar which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC).

The Trustee shall cause without undue delay notice of the hearing to be electronically transmitted to the approximately 40,000 consumers of the Debtor.

Any Opposition(s) to the Sale Motion is to be filed and served on Special Counsel for the Trustee, before midnight pacific time on July 19, 2023.

Any Reply or responsive pleading is due at the hearing on July 21, 2023.

**IT IS SO ORDERED.**

###

Date: July 11, 2023

Scott C. Clarkson
United States Bankruptcy Judge

2

#31169501v1#31169501v1