1  Kathleen P. March, Esq., (CA SBN 80366)
2  **THE BANKRUPTCY LAW FIRM, PC**
   10524 W. Pico Blvd, Suite 212, LA, CA 90064
3  Phone: 310-559-9224; Fax: 310-559-9133
   Email: kmarch@BKYLAWFIRM.com
4  *Counsel of Record for Adv. Proc. Defendants*
5  *Han Trinh and Jayde Trinh*

6

                    UNITED STATES BANKRUPTCY COURT
7            CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

8
   In re                              | Bankruptcy Case No. 8:23-bk-10571-
9                                      | SC
   THE LITIGATION PRACTICE             | Chapter 11
10  GROUP, P.C.,                        | Adversary Proceeding no. 8:23-ap-
11                                      | 01046-SC
12                        Debtor.       |

13  RICHARD A. MARSHACK, Chapter 11    | **STIPULATION BETWEEN
   Trustee,                            | PLAINTIFF CHAPTER 11
14                                      | TRUSTEE, RICHARD
                        Plaintiff,     | MARSHACK, AND ADVERSARY
15                                      | PROCEEDING DEFENDANTS
16  v.                                  | HAN AND JAYDE TRINH, TO
                                        | DISMISS HAN AND JAYDE
17  TONY DIAB, an individual; DANIEL S. | TRINH, WITHOUT PREJUDICE,
18  MARCH, an individual; ROSA BIANCA  | FROM ADVERSARY
   LOLI, an individual; LISA COHEN, an | PROCEEDING 8:23-ap-01046-SC**
19  individual;WILLIAM TAYLOR CARSS,
   an individual; ENG TAING, an individual; |
20  HENG TAING, an Individual; MARIA   | Next status conference is set for:
21  EEYA TAN, an individual; JAKE AKERS,| Date: November 16, 2023
   an individual; HAN TRINH, an        | Time:  11:00 a.m.
22  individual; JAYDE TRINH, an individual| Place:  Courtroom of Bankruptcy
23  [and 34 additional defendants]      | Judge Scott Clarkson, by zoom
24                        Defendants.   |
25

26

27

28

## **STIPULATION**

Plaintiff Chapter 11 Trustee, Richard A. Marshack, by his counsel of record, and adversary proceeding defendants Han Trinh and Jayde Trinh, by their counsel of record, STIPULATE, by the signatures of their respective attorneys signed at the end hereof, as follows:

1.      Pursuant to this STIPULATION, Trustee Marshack dismisses defendants Han Trinh, and Jayde Trinh, without prejudice, from this adversary proceeding 8:23-ap-01046-SC.  Each party shall bear their own attorneys' fees and costs.

2.      To the extent that Han Trinh and Jayde Trinh have been subject to the Preliminary Injunction that is page 7, line 1, through page 9, line 23, of dkt.70, which is the Order on Trustee Richard Marshack's Omnibus Motion, entered 6/23/23 in this adversary proceeding, Han Trinh and Jayde Trinh shall remain bound by the Preliminary Injunction, notwithstanding their dismissal, without prejudice, from this adversary proceeding.  The Court shall retain jurisdiction to enforce this stipulation and the Preliminary Injunction [dkt.70, page 7, line 1 through page 9, line 23).

3.      Counsel for Han and Jayde Trinh shall efile this Stipulation with the Court, and shall e-lodge with the Court the (proposed) Stipulated Order that is

//

1

2

attached to this Stipulation as **Exhibit A**.

3

4  THE FOREGOING IS STIPULATED TO, ON OCTOBER 4,  2023, BY:

5  Richard A. Marshack, Chapter 11 Trustee, Plaintiff

6  _____

7  By the signature of Trustee's counsel of record in this adversary proceeding,
   Christopher Ghio, Esq., authorized to sign for Trustee

8  and

9

10  Han Trinh and Jayde Trinh, adversary proceeding defendants

11  _____

12  By the signature of Defendants Han and Jayde Trinh's counsel of record,
    in this adversary proceeding, The Bankruptcy Law Firm, PC, by
    Kathleen P. March, Esq., authorized to sign for Han and Jayde Trinh

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224; Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel of Record for Adv. Proc. Defendants*
*Han Trinh and Jayde Trinh*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE<br>GROUP, P.C.,<br><br>Debtor. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br>Adversary Proceeding no. 8:23-ap-01046-SC |
| RICHARD A. MARSHACK, Chapter 11<br>Trustee,<br>                           Plaintiff,<br><br>v.<br><br>TONY DIAB, an individual; DANIEL S.<br>MARCH, an individual; ROSA BIANCA<br>LOLI, an individual; LISA COHEN, an<br>individual; WILLIAM TAYLOR CARSS,<br>an individual; ENG TAING, an individual;<br>HENG TAING, an Individual; MARIA<br>EEYA TAN, an individual; JAKE AKERS,<br>an individual; HAN TRINH, an<br>individual; JAYDE TRINH, an individual<br>[and 34 additional defendants]<br><br>                           Defendants. | **(PROPOSED) STIPULATED ORDER TO DISMISS HAN AND JAYDE TRINH, WITHOUT PREJUDICE, FROM ADVERSARY PROCEEDING 8:23-ap-01046-SC, BASED ON STIPULATION BETWEEN PLAINTIFF CHAPTER 11 TRUSTEE, RICHARD MARSHACK, AND ADVERSARY PROCEEDING DEFENDANTS HAN AND JAYDE TRINH**<br><br>[No hearing item] |

1    Plaintiff Chapter 11 Trustee Richard A. Marshack, by his counsel of record, and

2

3    adversary proceeding defendants Han Trinh and Jayde Trinh, by their counsel of

4    record, having STIPULATED as follows, the Court hereby ORDERS:

5        1.    Han Trinh and Jayde Trinh are dismissed, without prejudice, from this

6

7    adversary proceeding 8:23-ap-01046-SC.  Each party shall bear their own attorneys'

8    fees and costs.

9        2.    To the extent that Han Trinh and Jayde Trinh have been subject to the

10

11   Preliminary Injunction that is page 7, line 1, through page 9, line 23, of dkt.70, which

12   is the Order on Trustee Richard Marshack's Omnibus Motion, entered 6/23/23 in this

13   adversary proceeding, Han Trinh and Jayde Trinh shall remain bound by the

14

15   Preliminary Injunction, notwithstanding their dismissal, without prejudice, from this

16   adversary proceeding.  The Court shall retain jurisdiction to enforce this stipulation

17   and the Preliminary Injunction [dkt.70, page 7, line 1 through page 9, line 23).

18       IT IS SO ORDERED.

19

20

21                                        ###

22

23

24

25

26

27

28

**(PROPOSED) STIPULATED ORDER DISMISSING HAN AND JAYDE TRINH, WITHOUT PREJUDICE, FROM ADVERSARY PROCEEDING 8:23-ap-01046-SC, BASED ON STIPULATION BETWEEN PLAINTIFF CHAPTER 11 TRUSTEE, RICHARD MARSHACK, AND ADVERSARY PROCEEDING DEFENDANTS HAN AND JAYDE TRINH** 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN PLAINTIFF CHAPTER 11 TRUSTEE, RICHARD MARSHACK, AND ADVERSARY PROCEEDING DEFENDANTS HAN AND JAYDE TRINH, TO DISMISS HAN AND JAYDE TRINH, WITHOUT PREJUDICE, FROM ADVERSARY PROCEEDING 8:23-ap-01046-SC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___10/5/23___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ___10/5/23___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

N/A

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___10/5/23___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By FedEx Express:
Hon. Scott Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/5/23 | Kathleen P. March | /s/ Kathleen P. March |
|---------|-------------------|------------------------|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Keith Barnett     keith.barnett@troutman.com
- Eric Bensamochan     eric@eblawfirm.us, G63723@notify.cincompass.com
- Christopher Celentino     christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Michael T Delaney     mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Christopher Ghio     christopher.ghio@dinsmore.com,
  nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com
- Eric D Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H Golubow     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Meredith King     mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- David S Kupetz     David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- Daniel A Lev     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Yosina M Lissebeck     Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- Kathleen P March     kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Richard A Marshack (TR)     pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Kenneth Misken     Kenneth.M.Misken@usdoj.gov
- Queenie K Ng     queenie.k.ng@usdoj.gov
- Teri T Pham     tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com
- Douglas A Plazak     dplazak@rhlaw.com
- Daniel H Reiss     dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Ronald N Richards     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Jonathan Serrano     jonathan.serrano@dinsmore.com
- Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- Andrew Still     astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Johnny White     JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**