Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224; Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel of Record for Adv. Proc. Defendants Han Trinh and Jayde Trinh*

**FILED & ENTERED**

OCT 05 2023

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** bolte      **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>　　　　　　Debtor.<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an Individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual [and 34 additional defendants]<br><br>　　　　　　Defendants. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br>Adversary Proceeding no. 8:23-ap-01046-SC<br><br>**STIPULATED ORDER TO DISMISS HAN AND JAYDE TRINH, WITHOUT PREJUDICE, FROM ADVERSARY PROCEEDING 8:23-ap-01046-SC, BASED ON STIPULATION BETWEEN PLAINTIFF CHAPTER 11 TRUSTEE, RICHARD MARSHACK, AND ADVERSARY PROCEEDING DEFENDANTS HAN AND JAYDE TRINH**<br><br>[No hearing item] |

　　The Court, having considered the Stipulation filed October 5, 2023 [Dk. 218] ("Stipulation")

between Plaintiff Chapter 11 Trustee Richard A. Marshack, by his counsel of record, and adversary

---

**STIPULATED ORDER DISMISSING HAN AND JAYDE TRINH, WITHOUT PREJUDICE, FROM ADVERSARY PROCEEDING 8:23-ap-01046-SC, BASED ON STIPULATION BETWEEN PLAINTIFF CHAPTER 11 TRUSTEE, RICHARD MARSHACK, AND ADVERSARY PROCEEDING DEFENDANTS HAN AND JAYDE TRINH**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

proceeding defendants Han Trinh and Jayde Trinh, by their counsel of record, and finding good cause, hereby ORDERS:

1. The Stipulation is APPROVED. Han Trinh and Jayde Trinh are dismissed, without prejudice, from this adversary proceeding 8:23-ap-01046-SC. Each party shall bear their own attorneys' fees and costs.

2. To the extent that Han Trinh and Jayde Trinh have been subject to the Preliminary Injunction that is page 7, line 1, through page 9, line 23, of Dk. 70, which is the Order on Trustee Richard Marshack's Omnibus Motion, entered June 23, 2023 in this adversary proceeding, Han Trinh and Jayde Trinh shall remain bound by the Preliminary Injunction, notwithstanding their dismissal, without prejudice, from this adversary proceeding. The Court shall retain jurisdiction to enforce this Stipulation and the Preliminary Injunction [Dk. 70, page 7, line 1 through page 9, line 23].

**IT IS SO ORDERED.**

###

Date: October 5, 2023

Scott C. Clarkson
United States Bankruptcy Judge

**STIPULATED ORDER DISMISSING HAN AND JAYDE TRINH, WITHOUT PREJUDICE, FROM ADVERSARY PROCEEDING 8:23-ap-01046-SC, BASED ON STIPULATION BETWEEN PLAINTIFF CHAPTER 11 TRUSTEE, RICHARD MARSHACK, AND ADVERSARY PROCEEDING DEFENDANTS HAN AND JAYDE TRINH**    2