| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TERI T. PHAM (SBN 193383)<br>Email: tpham@epgrlawyers.com<br>JESSE K. BOLLING (SBN 286267)<br>Email: jbolling@epglawyers.com<br>THANG LE (SBN 260248)<br>Email: tle@epgrlawyers.com<br>ENENSTEIN PHAM GLASS & RABBAT, LLP<br>3200 Bristol Street, Suite 500<br>Costa Mesa, CA 92626<br>Phone: (714) 292-0262<br><br>☒ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**    ▼

| In re:<br>The Litigation Practice Group, PC,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-ap-01046-SC<br>CHAPTER: 11  ▼<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 09/21/2023     Movant(s) filed a motion or application (Motion) entitled: Defendant Tony Diab and Enenstein Pham Glass & Rabbat, LLP's Joint Motion for Leave to Withdraw as Counsel of Record Declaration

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 09/21/2023     Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 14__ days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 10/06/2023     _____
                                        Signature


                                        Teri T. Pham_____
                                        Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                          Page 2                          **F 9013-1.2.NO.REQUEST.HEARING.DEC**

TERI T. PHAM (SBN 193383)
*tpham@epgrlawyers.com*
JESSE K. BOLLING (SBN 286267)
*jbolling@epgrlawyers.com*
THANG LE (SBN 260248)
*tle@epgrlawyers.com*
**ENENSTEIN PHAM GLASS & RABBAT, LLP**
3200 Bristol Street, Suite 500
Costa Mesa, CA 92626
Phone:  (714) 292-0262
Fax:      (714) 464-4770

Attorneys for Defendants
Tony Diab and Daniel S. March

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re:

THE LITIGATION PRACTICE
GROUP, PC,

                    Debtor.

RICHARD A. MARSHACK,
Chapter 11 Trustee,

                    Plaintiff,

        vs.

TONY DIAB, an individual; DANIEL
S. MARCH, an individual; ROSA
BIANCA LOLI, an individual; LISA
COHEN, an individual; WILLIAM
TAYLOR CARSS, an individual; ENG
TAING, an individual; MARIA EEYA
TAN, an individual; JAKE AKERS, an
individual; HAN TRINH, an
individual; JAYDE TRINH, an
individual; JAYDE TRINH, an
individual; WES THOMAS, an
individual; SCOTT JAMES EADIE, an

Case No.: 8:23-bk-10571-SC

Hon. Scott C. Clarkson

Chapter 11

Adversary No. 8:23-ap-01046-SC

**DEFENDANT TONY DIAB AND
ENENSTEIN PHAM GLASS &
RABBAT, LLP'S JOINT MOTION
FOR LEAVE TO WITHDRAW AS
COUNSEL OF RECORD;
DECLARATION OF TERI T.
PHAM IN SUPPORT THEREOF**

*[No hearing required pursuant to
LBR 9013-1(p)(4).]*

1

MOTION TO WITHDRAW

individual; JIMMY CHHOR, an
individual; DONGLIANG JIANG, an
individual; MAS CHOU, an individual;
OAKSTONE LAW GROUP PC;
GREYSON LAW CENTER PC;
PHOENIX LAW, PC; MAVERICK
MANAGEMENT GROUP, LLC; LGS
HOLDCO, LLC; CONSUMER
LEGAL GROUP, P.C.; VULCAN
CONSULTING GROUP LLC; BAT
INC. d/b/a COAST PROCESSING;
PRIME LOGIX, LLC; TERACEL
BLOCKCHAIN FUND II LLC; EPPS;
EQUIPAY; AUTHORIZE.NET;
WORLD GLOBAL; OPTIMUMBANK
HOLDINGS, INC. d/b/a OPTIMUM
BANK; MARICH BEIN, LLC;
BANKUNITED, N.A.; REVOLVE3,
INC.; FIDELITY NATIONAL
INFORMATION SERVICES, INC.
d/b/a/ FIS; WORLDPAY, LLC;
WORLDPAY GROUP; MERIT
FUND, LLC; GUARDIAN
PROCESSING, LLC; PAYLIANCE,
LLC; TOUZI CAPITAL, LLC;
SEAMLESS CHEX INC.; DWOLLA,
INC.; STRIPE, INC.; and DOES 1
through 100, inclusive,

Defendants.

MOTION TO WITHDRAW

### Memorandum of Points and Authorities

## I.    INTRODUCTION AND FACTS

Defendant Tony Diab and his counsel, Enenstein Pham Glass & Rabbat, LLP ("EPGR"), respectfully request leave for EPGR to withdraw as counsel of record. A material breach of the attorney-client representation agreement(s) has occurred causing a breakdown in the attorney-client relationship, rendering representation of the Mr. Diab impossible, thus requiring EPGR to cease representing Mr. Diab.

Notice is hereby given, pursuant to Local Bankruptcy Rule ("LBR") 2091-1(c), that if this Motion is granted by the Court, Mr. Diab's representation by EPGR will end upon entry of the order granting this Motion. Mr. Diab, a formerly licensed attorney, is aware of the implications and has consented to the withdrawal having signed a Substitution of Attorney. (Declaration of Teri T. Pham ("Pham Decl."), ¶3, Ex. A [Sub. of Attorney].)

## II.    LEGAL ARUGMENT

### 1.    Leave of the Court

Except as provided in LBR 2091-1(b), leave of the Court pursuant to LBR 9031-1(p) is required for any attorney who has appeared on behalf of an entity or individual in any matter concerning the administration of the case, in one or more proceedings, or both, to withdraw as counsel. In accordance with LBR 2091-1(e)(1), the withdrawal of EPGR as counsel will not result in a delay or continuance of any matter.

### 2.    Notice

Pursuant to LBR 2091-1(c)(1), Teri Pham and Jesse Bolling personally made Mr. Diab aware of EPGR's intent to withdraw as counsel over the course of numerous emails and telephone calls. (Pham Decl. ¶2.)

### 3.    Permission to Withdraw

Pursuant to Rule 1.16(b) of the California Rules of Professional Conduct, any attorney may withdraw from a case if:

> (4) The client by other conduct renders it unreasonably
> difficult for the lawyer to carry out the representation
> effectively; (5) the client breaches a material term of an
> agreement with, or obligation, to the lawyer relating to
> the representation, and the lawyer has given the client
> reasonable warning after the breach that the lawyer will
> withdraw unless the client fulfills the agreement or
> performs the obligation; (6) the client knowingly and
> freely assents to the termination of the representation.

As discussed in the accompanying Declaration of Teri Pham, there has been a material breach of the parties' agreement relating to representation making it difficult for EPGR to continue to carry out representation, and the client has been given warning, and knowingly assents to termination.

EPGR requests that all further notices, pleadings, process, and other papers addressed to the Mr. Diab be served to the following address:

> Tony Diab, In Pro Per
> 20101 SW Cypress Street
> Newport Beach, CA 92660
> Tel: (620) 474-0301
> *tony@validationllc.com*

## III.    CONCLUSION

Based on the foregoing, Mr. Diab and Enenstein Pham Glass & Rabbat, LLP, respectfully request that the Court issue an Order permitting EPGR to withdraw as counsel for Mr. Diab, effective upon entry of the Order granting this Motion.

Dated:  September 21, 2023        **ENENSTEIN PHAM GLASS & RABBAT, LLP**

By: _____
                                    Teri T. Pham
                                    Attorneys for Defendants Tony Diab
                                    and Daniel S. March

5

MOTION TO WITHDRAW

## DECLARATION OF TERI T. PHAM

I, Teri T. Pham, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and I am a Partner with the law firm of Enenstein Pham Glass & Rabbat, LLP ("EPGR"), counsel of record for Defendant Tony Diab in this matter. I submit this declaration in support of Mr. Diab and EPGR's Motion to Withdraw as Counsel of Record for Mr. Diab. I am familiar with the record and all of the proceedings in this case, and if called as a witness, I could and would competently testify thereto.

2.      Mr. Diab has failed to comply with a material term of EPGR's engagement agreement, making it difficult for EPGR to continue representation. EPGR and Mr. Diab are willing to provide further details concerning the breach to the Court *in camera* should the Court so require.

3.  My colleague Jesse Bolling and I have notified and have spoken with Mr. Diab regarding EPGR's intent to withdraw as counsel of record in this matter. Mr. Diab has indicated his understanding and consent. Mr. Diab himself was formerly a licensed attorney. A true and correct copy of Mr. Diab's signed Substitution of Attorney is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on September 21, 2023 at Orange County, California.

_____
Teri T. Pham, Esq.

MOTION TO WITHDRAW

# Exhibit A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Teri T. Pham (SBN 193383)<br>tpham@epgrlawyers.com<br>Jesse K. Bolling (SBN 286267)<br>jbolling@epgrlawyers.com<br>Thang Le (SBN 260248)<br>tle@epgrlawyers.com<br>ENENSTEIN PHAM GLASS & RABBAT, LLP<br>3200 Bristol Street, Suite 500<br>Costa Mesa, CA 92626<br>Tel: (714) 292-0262<br>Fax: (714) 464-4770<br><br>*Attorney for:* Tony Diab & Daniel S. March | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>THE LITIGATION PRACTICE GROUP P.C.<br><br><br>Debtor(s).<br>RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br><br>Plaintiff(s),<br>vs.<br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual, et al.<br>Defendant(s). | CASE NO.: 8-23-bk-10571-SC<br>ADVERSARY NO.:8:23-ap-01046-SC<br>*(if applicable)*<br>CHAPTER: 11<br><br><br>**SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Defendant Tony Diab

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Tony Diab, In Pro Per
   20101 SW Cypress Street
   Newport Beach, CA 92660
   Tel: (620) 474-0301
   tony@validationllc.com

3. New attorney hereby appears in the following matters: ☒ the bankruptcy case ☒ the adversary proceeding

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

DocuSign Envelope ID: 9C23237B-491D-4266-9C62-F7887B72A0CC

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

   Teri T. Pham with Enenstein Pham Glass & Rabbat LLP


Date: 9/20/2023


_____          _____
Signature of party                                Signature of *second* party (if applicable)

Tony Diab, In Pro Per
_____          _____
Printed name of party                             Printed name of *second* party (if applicable)


_____          _____
Signature of *third* party (if applicable)        Signature of *fourth* party (if applicable)


_____          _____
Printed name of *third* party (if applicable)     Printed name of *fourth* party (if applicable)


I consent to the above substitution.

Date: 9/19/2023


_____
Signature of present attorney

Teri T. Pham, Esq.
_____
Printed name of present attorney

I am duly admitted to practice in this district.  The above substitution is accepted.

Date: 9/20/2023


_____
Signature of new attorney

Tony Diab, In Pro Per
_____
Printed name of new attorney


### IMPORTANT NOTICE

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                     Page 2                     **F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 3200 Bristol Street, Suite 500, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____        _____        _____
*Date*                        *Printed Name*                                        *Signature*

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 3200 Bristol Street, Suite 500, Costa Mesa, CA 92626


A true and correct copy of the foregoing document entitled (*specify*): Defendant Tony Diab and Enenstein Pham Glass & Rabbat LLP's Joint Motion for Leave to Withdraw as Counsel of Record

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) Sept. 21, 2023 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X]  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ]  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) Sept. 21, 2023 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
JUDGE'S COPY
The Honorable Scott C. Clarkson
U.S. Bankruptcy Court Ronald Raegan Federal Building
411 W. Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 9270                                    [X]  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Sept. 21, 2023 | Duc Le | /s/ Duc Le |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Information for Case 8:23-ap-01046-SC

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Teri T Pham**    tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

**File a Motion:**

8:23-ap-01046-SC Marshack v. Diab et al

Type: ap             Office: 8 (Santa Ana)           Judge: SC
Lead Case: 8-23-bk-10571

## U.S. Bankruptcy Court

## Central District of California

Notice of Electronic Filing

The following transaction was received from Teri T Pham entered on 9/21/2023 at 1:34 PM PDT and filed on
9/21/2023

**Case Name:**       Marshack v. Diab et al
**Case Number:**      8:23-ap-01046-SC
**Document Number:** 204

**Docket Text:**
Motion to Withdraw as Attorney *Defendant Tony Diab And Enenstein Pham Glass & Rabbat, LLP's Joint Motion
For Leave To Withdraw As Counsel of Record; Declaration of Teri T. Pham In Support Thereof* Filed by Defendant
Tony Diab (Pham, Teri)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2023.09.21 - Joint Motion to Withdraw as Counsel of Record (00531520).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=9/21/2023] [FileNumber=104890424
-0] [ca4ecf6b7a2408af51a17a0009f4d69aacd7f09332450be1a020fa4ea0e0e20
74519d0cdda0140e0f48da8151c02fb127dcef38a6fe558520f702bef28e410]]

### 8:23-ap-01046-SC Notice will be electronically mailed to:

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Michael T Delaney on behalf of Defendant Fidelity National Information Services, Inc. dba FIS
mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)

christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

David S Kupetz on behalf of Defendant Marich Bein, LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Daniel A Lev on behalf of Defendant Consumer Legal Group, PC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Defendant LGS Holdco, LLC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Kathleen P March on behalf of Defendant Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Jayde Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Teri T Pham on behalf of Defendant Daniel S. March
tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com

Teri T Pham on behalf of Defendant Tony Diab
tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com

Douglas A Plazak on behalf of Defendant Greyson Law Center PC
dplazak@rhlaw.com

Douglas A Plazak on behalf of Defendant Scott James Eadie
dplazak@rhlaw.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Ronald N Richards on behalf of Defendant Consumer Legal Group, PC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
jonathan.serrano@dinsmore.com

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

**8:23-ap-01046-SC Notice will not be electronically mailed to:**

Jake Akers

,

Authorize Net

,

B.A.T. Inc.

,

BAT Inc. dba Coast Processing

,

William Taylor Carss

,

Jimmy Chhor

,

Max Chou

,

Lisa Cohen

,

Dwolla, Inc.

,

EPPS

,

Equipay

,

Fidelity National Information Services, Inc.

,

Guardian

,

Guardian Processing, LLC

,

Dongliang Jiang

,

Law Offices of Ronald Richards
Ronald Richards, Esq
PO Box 11480
Beverly Hills, CA 90213

Rosa Bianca Loli

,

Maverick Management Group, LLC

,

Maverick Management, LLC

,

Merit Fund, LLC

,

Oakstone Law Group PC

,

OptimumBank Holdings, Inc.

,

Optimumbank Holdings, Inc.

,

Payliance, LLC

,

Phoenix Law Group, Inc.

,

Phoenix Law, PC

,

Prime Logix, LLC

,

Revolv3, Inc.

,

Seamless Chex Inc.

,

Heng Taing

,

Maria Eeya Tan

,

Eng Tang

,

Teracel Blockchain Fund II LLC

,

The United States Postal Service

,

Wes Thomas

,

Vulcan Consulting Group LLC

,

World Global

,

Worldpay Group

,

Worldpay, Inc.

,

Worldpay, LLC

,

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3200 Bristol Street, Suite 500, Costa Mesa CA 92630

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
10/06/2023___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 10/6/2023___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Tony Diab
20101 SW Cypress St.
Newport Beach, CA 92660

Daniel S. March
20160 Nob Hill Drive
Yorba LInda, CA 92886

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/6/2023___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Tony Diab
tony@validationllc.com

Daniel S. March
marchlawoffice@gmail.com

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/06/2023 | Duc Le | /s/ Duc Le |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 3                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

Information for Case 8:23-ap-01046-SC

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Keith Barnett**    keith.barnett@troutman.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com,
  caron.burke@dinsmore.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com,
  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com,
  nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@
  dinsmore.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-
  1103@ecf.pacerpro.com
- **Richard H Golubow**    rgolubow@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**    David.Kupetz@lockelord.com,
  mylene.ruiz@lockelord.com
- **Daniel A Lev**    daniel.lev@gmlaw.com,
  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com,
  caron.burke@dinsmore.com
- **Kathleen P March**    kmarch@bkylawfirm.com,
  kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Teri T Pham**    tpham@epgrlawyers.com,
  ttpassistant@epglawyers.com;dle@epglawyers.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com,
  7206828420@filings.docketbird.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-
  steinberg-6096@ecf.pacerpro.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com

- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com