PAUL J. LEEDS, ESQ. (Bar No. 214309)
pleeds@fsl.law
MEREDITH KING, ESQ. (Bar No. 280043)
mking@fsl.law
FRANKLIN SOTO LEEDS LLP
444 WEST C STREET, SUITE 300
SAN DIEGO, CA 92101
TEL: 619.872.2520
FAX: 619.566.0221

Attorneys for Defendant
Gallant Law Group, PC and
Center Pointe Law, PC

FILED & ENTERED

OCT 06 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>Debtor.<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.,<br><br>Defendants. | Case No. 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO DISMISS GALLANT LAW GROUP, PC AND CENTER POINTE LAW, PC**<br><br>CASE FILED:   May 25, 2023<br>JUDGE:   Hon. Scott C. Clarkson |

The Court, having read and considered the stipulation between Defendant Gallant Law Group, PC ("Gallant"), Center Pointe Law, PC ("Center Pointe"), and Plaintiff and Chapter 11 Trustee Richard A. Marshack to dismiss Gallant and Center Pointe, filed on September 28, 2023, as Docket No. 215, and good cause appearing, hereby orders as follows:

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.
2. All claims and causes of action pending against Gallant and Center Pointe are hereby dismissed without prejudice, with each party bearing its own attorney fees and costs.
3. Notwithstanding their dismissal, Gallant and Center Pointe shall continue to be bound by this Court's preliminary injunction order (Doc. 70, pgs. 9-11) under the terms and conditions set forth in the Parties' Stipulation which is incorporated herein by this reference.
4. Notwithstanding the dismissal of Gallant and Center Pointe, this Court shall retain jurisdiction to enforce the terms of the Stipulation.
5. The Clerk is directed to dismiss Gallant and Center Pointe from this action.

**IT IS SO ORDERED.**

###

Date: October 6, 2023

Scott C. Clarkson
United States Bankruptcy Judge

2

ADV. PROC. NO. 8:23-AP-01046-SC
ORDER DISMISSING
GALLANT & CENTER POINTE.