1

2  TERI T. PHAM (SBN 193383)
   *tpham@epgrlawyers.com*
3  JESSE K. BOLLING (SBN 286267)
   *jbolling@epgrlawyers.com*
4  THANG LE (SBN 260248)
5  *tle@epgrlawyers.com*
   **ENENSTEIN PHAM GLASS & RABBAT, LLP**
6  3200 Bristol Street, Suite 500
   Costa Mesa, CA 92626
7  Phone:  (714) 292-0262
   Fax:    (714) 464-4770
8

9  Attorneys for Defendants
   Tony Diab and Daniel S. March
10

11              **UNITED STATES BANKRUPTCY COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                   **SANTA ANA DIVISION**

14  In re:                              Case No.: 8:23-bk-10571-SC

15  THE LITIGATION PRACTICE            Hon. Scott C. Clarkson
    GROUP, PC,
16                                      Chapter 11

17                                      Adversary No. 8:23-ap-01046-SC
                  Debtor.
18  ─────────────────────────          **ACKNOWLEDGMENT OF
                                        SERVICE  OF TONY DIAB [DKT
19  RICHARD A. MARSHACK,               #204]**
    Chapter 11 Trustee,
20
                  Plaintiff,
21                                      *[No hearing required pursuant to
         vs.                           LBR9013-1(p)(4).]*
22
    TONY DIAB, an individual; DANIEL
23  S. MARCH, an individual; ROSA
    BIANCA LOLI, an individual; LISA
24  COHEN, an individual; WILLIAM
    TAYLOR CARSS, an individual; ENG
25  TAING, an individual; MARIA EEYA
    TAN, an individual; JAKE AKERS, an
26  individual; HAN TRINH, an
    individual; JAYDE TRINH, an
27  individual; JAYDE TRINH, an
    individual; WES THOMAS, an
28  individual; SCOTT JAMES EADIE, an

                          1

─────────────────────────────────────────
              ACKNOWLEDGMENT OF SERVICE

individual; JIMMY CHHOR, an
individual, DONGLIANG JIANG, an
individual; MAS CHOU, an individual;
OAKSTONE LAW GROUP PC;
GREYSON LAW CENTER PC;
PHOENIX LAW, PC; MAVERICK
MANAGEMENT GROUP, LLC; LGS
HOLDCO, LLC; CONSUMER
LEGAL GROUP, P.C.; VULCAN
CONSULTING GROUP LLC; BAT
INC. d/b/a COAST PROCESSING;
PRIME LOGIX, LLC; TERACEL
BLOCKCHAIN FUND II LLC; EPPS;
EQUIPAY; AUTHORIZE.NET;
WORLD GLOBAL; OPTIMUMBANK
HOLDINGS, INC. d/b/a OPTIMUM
BANK; MARICH BEIN, LLC;
BANKUNITED, N.A.: REVOLVE3,
INC.; FIDELITY NATIONAL
INFORMATION SERVICES, INC.
d/b/a/ FIS; WORLDPAY, LLC;
WORLDPAY GROUP; MERIT
FUND, LLC; GUARDIAN
PROCESSING, LLC; PAYLIANCE,
LLC; TOUZI CAPITAL, LLC;
SEAMLESS CHEX INC.; DWOLLA,
INC.; STRIPE, INC.; and DOES 1
through 100, inclusive,

Defendants.

2

ACKNOWLEDGMENT OF SERVICE

1

2      I, Tony Diab hereby acknowledge and declare as follows:

3      1.      I am a defendant in this matter.  I have personal knowledge of the

4   facts stated herein, and if called as a witness, I could and would competently testify

5   thereto.

6      2.      I have received copies of Notice of Motion and Defendant Tony Diab

7   and Enenstein Pham Glass & Rabbat, LLP's Joint Motion for Leave to Withdraw

8   as Counsel of Record; Declaration of Teri T. Pham in Support Thereof ("Motion

9   to Withdraw") filed by Enenstein Pham Glass & Rabbat LLP ("EPGR") on [DKT

10  ## 204 and 205].

11     3.      I have no objection to the withdrawal of EPGR as my counsel in this

12  matter.

13     4.      I signed a Substitution of Attorney on September 20, 2023, which is

14  attached to the Motion to Withdraw as Exhibit A.

15     I declare under penalty of perjury under the laws of the United States that

16  the foregoing is true and correct.

17     Executed this 15th day of October 2023, in Orange County, California.

18

19  _____
             Tony Diab

20

21

22

23

24

25

26

27

28

3
ACKNOWLEDGMENT OF SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3200 Bristol Street, Suite 500
Costa Mesa CA 92626

A true and correct copy of the foregoing document entitled (*specify*): _____
ACKNOWLEDGEMENT OF SERVICE OF TONY DIAB [DKT #204]_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/16/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __10/16/2023_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Tony Diab
20101 SW Cypress St.
Newport Beach, California 92660
Email: tony@validationllc.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/16/2023 | DUC LE | | /s/ Duc Le |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                         **F 9013-3.1.PROOF.SERVICE**

Information for Case 8:23-ap-01046-SC

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Keith Barnett**    keith.barnett@troutman.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com,
  caron.burke@dinsmore.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com,
  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com,
  nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@
  dinsmore.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-
  1103@ecf.pacerpro.com
- **Richard H Golubow**    rgolubow@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**    David.Kupetz@lockelord.com,
  mylene.ruiz@lockelord.com
- **Matthew A Lesnick**    matt@lesnickprince.com,
  matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**    daniel.lev@gmlaw.com,
  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com,
  caron.burke@dinsmore.com
- **Kathleen P March**    kmarch@bkylawfirm.com,
  kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Teri T Pham**    tpham@epgrlawyers.com,
  ttpassistant@epglawyers.com;dle@epglawyers.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com,
  7206828420@filings.docketbird.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com

- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com