United States Bankruptcy Court
Central District of California

In re:  Case No. 23-10571-SC
The Litigation Practice Group P.C.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 4
Date Rcvd: Jul 10, 2023     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbnlawyers.com |
| Andrew Still | on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com |
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Christopher Celentino | on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com |
| Christopher Celentino | on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 4 |
| Date Rcvd: Jul 10, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com

Christopher J Langley
    on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
    omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
    on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

David S Kupetz
    on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com

David S Kupetz
    on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Douglas A Plazak
    on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com

Eric Bensamochan
    on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
    calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Jeffrey I Golden
    on behalf of Interested Party Courtesy NEF jgolden@go2.law
    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com;eweiman@wrslawyers.com

Jonathan Serrano
    on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com

Joon M Khang
    on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud

Case 8:23-ap-01046-SC    Doc    Filed 07/12/23    Entered 07/12/23 21:28:01    Desc
Imaged Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 4 |
| Date Rcvd: Jul 10, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Leslie Skorheim | |
| | on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov |
| Leslie A Cohen | |
| | on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| Michael D Lieberman | |
| | on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com |
| Nicholas A Koffroth | |
| | on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com  khoang@foxrothschild.com |
| Olivia Scott | |
| | on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com |
| Olivia Scott | |
| | on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com |
| Paul R Shankman | |
| | on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com |
| Paul R Shankman | |
| | on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com |
| Queenie K Ng | |
| | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Randall Baldwin Clark | |
| | on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com |
| Richard A Marshack (TR) | |
| | pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Richard H Golubow | |
| | on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
| | on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
| | on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Ronald K Brown | |
| | on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com |
| Ronald N Richards | |
| | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com |
| Ronald N Richards | |
| | on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| Sharon Z. Weiss | |
| | on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss | |
| | on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Shawn M Christianson | |
| | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com |
| Teri T Pham | |
| | on behalf of Attorney Teri Pham tpham@epglawyers.com  ttpassistant@epglawyers.com |
| United States Trustee (SA) | |
| | ustpregion16.sa.ecf@usdoj.gov |
| Victoria Newmark | |
| | on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com |

District/off: 0973-8 User: admin Page 4 of 4
Date Rcvd: Jul 10, 2023 Form ID: pdf042 Total Noticed: 1

Yosina M Lissebeck
   on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com

TOTAL: 57

**FILED & ENTERED**

**JUL 10 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **bolte**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER SETTING HEARING ON APPLICATION FOR ORDER SETTING HEARING ON SHORTENED TIME [DK. 192]**<br><br>Date:       July 10, 2023<br>Time:       2:00 p.m.<br>Courtroom: 5C - Virtual |

    The Court hereby sets the Application for Order Setting Hearing on Shortened Time, filed July 7, 2023 [Dk. 192] ("Application") for virtual hearing on July 10, 2023, at 2:00 p.m. The accessibility information for the hearing will be posted into the Court's tentative ruling. The Application pertains to the Motion for Entry of Order Approving Sale Subject to Overbid of Assets Free and Clear [Dk. 191].

    Any opposition to the Application may be filed by no later than 12:00 p.m. on July 10, 2023, or presented orally at the hearing.

///

-1-

The Movant, Chapter 11 Trustee, Richard Marshack, is to provide telephonic notice of the hearing to all interested parties by no later than 11:00 a.m. on July 10, 2023.

**IT IS SO ORDERED.**

Date: July 10, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-2-