| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>SIMON ARON (State Bar No. 108183)<br>  saron@wrslawyers.com<br>JOHNNY WHITE (State Bar No. 269306)<br>  jwhite@wrslawyers.com<br>WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br>11400 West Olympic Boulevard, 9th Floor<br>Los Angeles, California 90064-1582<br>Telephone:   (310) 478-4100<br>Facsimile:    (310) 479-1422<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 13 2023**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.<br><br><br><br>Debtor(s) | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br><br>**ORDER ON MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS**<br><br>[No hearing Required] |

**Movant** *(name)*: DEBT RELIEF GROUP, LLC

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on 7/12/23 (Dk. 225), the court orders:

☒ The Motion is granted. The court further orders as follows:

1. Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted. (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

2. The clerk of the court is directed to restrict public access to the originally filed documents identified in the Motion in order to keep the personal data identifiers confidential disclosed in the original documents. (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

☐ The Motion is denied.

Date: July 13, 2023

*Scott C. Clarkson*
United States Bankruptcy Judge

ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO
11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED
DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

### LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED AND PUBLIC ACCESS TO BE RESTRICTED

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| 211 | 7/11/2023 | DEBT RELIEF GROUP, LLC'S OPPOSITION TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING STIPULATION RE AVOIDANCE AND RECOVERY OF AVOIDABLE TRANSFERS TO DEFENDANT PHOENIX LAW, PC AND TURNOVER OF ALL RELATED PROPERTY TO THE TRUSTEE AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS WILLIAM TAYLOR CARSS AND MARIA EEYA TAN; DECLARATION OF JASON REVZIN |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

November 2014    Page 2    F 9037.1.1.ORDER.RESTRICT.PERS.ID