1 | Christopher B. Ghio (State Bar No. 259094)
2 | Christopher Celentino (State Bar No. 131688)
  | Yosina M. Lissebeck (State Bar No. 201654)
  | DINSMORE & SHOHL LLP
3 | 655 West Broadway, Suite 800
  | San Diego, CA 92101
4 | Telephone: 619.400.0500
  | Facsimile:  619.400.0501
5 | christopher.ghio@dinsmore.com
  | christopher.celentino@dinsmore.com
6 | yosina.lissebeck@dinsmore.com

7 | Special Counsel to Richard A. Marshack,
  | Chapter 11 Trustee
8 |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:                                 | Case No. 8:23-bk-10571-SC                              |
|----------------------------------------|--------------------------------------------------------|
| THE LITIGATION PRACTICE GROUP P.C.,    | Chapter 11                                             |
| Debtor.                                | **PROOF OF SERVICE**                                   |
|                                        | Date:  July 21, 2023                                   |
|                                        | Time:  10:00 a.m.                                      |
|                                        | Judge: Hon. Scott C. Clarkson                          |
|                                        | Place: Courtroom 5C                                    |
|                                        | 411 West Fourth Street                                 |
|                                        | Santa Ana, CA 92701                                    |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3347 Michelson Drive, Suite 400, Irvine, California  92612

A true and correct copy of the foregoing document entitled (*specify*):

1.  **Notice of Sale of Estate Property [Dkt. No. 216];**

2.  **Scheduling Order On The Motion Of Trustee Richard A. Marshack For Entry Of Order (A) Approving Sale, Subject To Overbid, Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To 11 U.S.C. § 363(b) And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Other Agreements, Filed July 7, 2023 [Dk. 191] [Dkt. No. 214]**

3.  **Motion Of Trustee Richard A. Marshack For Entry Of Order (A) Approving Sale, Subject To Overbid, Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To 11 U.S.C. § 363(b) And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Other Agreements, Filed July 7, 2023 [Dk. 191] [Dkt. No. 214];**

4.  **Notice Of Motion And Motion Of Trustee Richard A. Marshack For Entry Of An Order (A) Approving Sale, Subject To Overbid, Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To 11 U.S.C. § 363(b) And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Other Agreements [Dkt. No. 191];**

5.  **Declaration Of Richard A. Marshack In Support Of Motion Of Trustee Richard A. Marshack For Entry Of An Order (A) Approving Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To 11 U.S.C. § 363(b) And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Other Agreements [Dkt. No. 191-1];**

6.  **Declaration Of William "Ty" Carss In Support Of Motion Of Trustee Richard A. Marshack For Entry Of An Order (A) Approving Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To 11 U.S.C. § 363(b) And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Other Agreements [Dkt. No. 191-2];**

7.  **Declaration Of R. Reed Pruyn In Support Of Motion Of Trustee Richard A. Marshack For Entry Of An Order (A) Approving Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To 11 U.S.C. § 363(b) And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Other Agreements [Dkt. No. 191-3];**

8.  **Declaration of Jason J. Rebhun in Support of Trustee's Motion for XX [Dkt. No. 191-4]; and**

9.  **Declaration of Peter M. Schneider [Dkt. No. 191-5].**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**: On_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 12, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

All consumer clients with active email addresses in our comprehensive database.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2023 | Eeyah Tan | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                  F 9013-.1.PROOF.SERVICE