Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
**GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Anaheim Arena Management, LLC
and Anaheim Ducks Hockey Club, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>　　　　　　　Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**STIPULATION BY AND AMONG (1) ANAHEIM ARENA MANAGEMENT, LLC, (2) ANAHEIM DUCKS HOCKEY CLUB, LLC, AND (3) RICHARD A. MARSHACK, CHAPTER 11 TRUSTEE, REGARDING REJECTION OF LICENSE AGREEMENT AND MEMBERSHIP AGREEMENT**<br><br>[No Hearing Required] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

　　　　This *Stipulation Regarding Rejection of License Agreement and Membership Agreement* ("Stipulation") is entered by and among the following ("Parties"): (1) Anaheim Arena Management, LLC, a California limited liability company ("AAM"); (2) Anaheim Ducks Hockey Club, LLC, a California limited liability company ("Team"); and (3) Richard A. Marshack, chapter 11 trustee ("Trustee") for the bankruptcy estate of The Litigation Practice Group P.C. ("LPG" or "Debtor"), with respect to the following:

## RECITALS

　　　　A.　　On or about March 31, 2022, AAM, Team and LPG entered into an Arena Suite License Agreement ("Suite Agreement") for the use of a private enclosed luxury

suite at Honda Center ("Arena"), designated as Suite Number 320A, for the period from April 1, 2022 through June 30, 2025.

  B. On or about April 21, 2022, AAM, Team and LPG entered into an Impact Club Membership Agreement ("Membership Agreement") for access to the Impact Club for the period from July 1, 2022 through June 30, 2025. The Suite Agreement and the Membership Agreement are referred to collectively as "Agreements."

  C. LPG has made payments required under the Agreements through June 30, 2023.

  D. On March 20, 2023, the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California ("Bankruptcy Court"), commencing case no. 8:23-bk-10571-SC ("Case"). On May 8, 2023, Mr. Marshack accepted his appointment as the chapter 11 trustee in the Case.

  E. Considering scheduled payments on the Agreements for next year (July 1, 2023 – June 30, 2024), the Trustee seeks to reject the Agreements. AAM and Team agree to such rejection, subject to reservation of their right to assert claims for damages.

## **STIPULATION**

NOW, THEREFORE, in consideration of the foregoing and subject to approval of this Stipulation by the Bankruptcy Court, the Parties stipulate and agree as follows:

  1. The Agreements are rejected pursuant to 11 U.S.C. §365(a) as of May 4, 2023[1] ("Effective Date").

  2. To the extent the automatic stay applies post-rejection, the automatic stay is terminated to allow AAM and Team to take possession of Suite Number 320A.

  3. To mitigate any claim for damages arising from rejection of the Agreements, as of the Effective Date, AAM and Team may, in their sole and unfettered discretion,

---

[1] On May 4, 2023, the Bankruptcy Court entered an "Order Directing United States Trustee to Appoint Chapter 11 Trustee." Docket No. 58.

undertake efforts to enter into a new suite agreement for Suite Number 320A and/or a new membership agreement.

4. To the extent any personal property located in Suite Number 320A may belong to the Debtor, it is deemed abandoned by the Debtor and may be disposed of by AAM and Team.

5. AAM and Team reserve all their rights and remedies under the Agreements, under applicable state law and under the Bankruptcy Code. Without limiting the foregoing, AAM and Team reserve the right to (i) pursue any non-debtor entities that may be liable, in whole or in part, with respect to obligations under the Agreements, and (ii) file a claim or claims arising from the failure of the Estate to faithfully and fully perform all obligations under the Agreements including a claim arising from rejection of the Agreements. Any damages arising from rejection of the Lease must be filed within 30 days after entry of an order approving this Stipulation;

6. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

7. Subject to approval of this Stipulation by the Bankruptcy Court, each party to this Stipulation warrants and represents that (a) it has the requisite power, authority and legal capacity to make, execute, enter into and deliver this Stipulation, to perform the obligations of such party under this Stipulation, and (b) any person executing and delivering this Stipulation on behalf of such party is duly authorized to do so.

8. No party to this Stipulation will take any action inconsistent with this Stipulation pending approval of the Stipulation by the Bankruptcy Court.

9. This Stipulation will inure to the benefit of, and be binding upon, each party to this Stipulation.

Dated: ~~June~~ July 13, 2023   GOLDEN GOODRICH LLP

By: _____
    JEFFREY I. GOLDEN
    Attorneys for Anaheim Arena
    Management, LLC and Anaheim
    Ducks Hockey Club, LLC

Dated: June __, 2023   MARSHACK HAYS LLP

By: _____
    D. EDWARD HAYS
    LAILA MASUD
    General Counsel for Chapter 11
    Trustee Richard A. Marshack

4893-3900-0170.1

4

STIPULATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BY AND AMONG (1) ANAHEIM ARENA MANAGEMENT, LLC, (2) ANAHEIM DUCKS HOCKEY CLUB, LLC, AND (3) RICHARD A. MARSHACK, CHAPTER 11 TRUSTEE, REGARDING REJECTION OF LICENSE AGREEMENT AND MEMBERSHIP AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 13, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **July 13, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 13, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2023 | Kelly Adele | *Kelly Adele* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

F 9013-3.1.PROOF.SERVICE

**Electronic Mail Notice List**

Eric Bensamochan     eric@eblawfirm.us, G63723@notify.cincompass.com
Ronald K Brown     ron@rkbrownlaw.com
Christopher Celentino     christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
Shawn M Christianson     cmcintire@buchalter.com, schristianson@buchalter.com
Randall Baldwin Clark     rbc@randallbclark.com
Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
Jenny L Doling     jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com
Daniel A Edelman     dedelman@edcombs.com, courtecl@edcombs.com
Christopher Ghio     christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
Jeffrey I Golden     jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com
Richard H Golubow     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
D Edward Hays     ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
Alan Craig Hochheiser     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
Garrick A Hollander     ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Razmig Izakelian     razmigizakelian@quinnemanuel.com
Joon M Khang     joon@khanglaw.com
Ira David Kharasch     ikharasch@pszjlaw.com
Nicholas A Koffroth     nkoffroth@foxrothschild.com, khoang@foxrothschild.com
David S Kupetz     David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
Christopher J Langley     chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
Daniel A Lev     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
Michael D Lieberman     mlieberman@lipsonneilson.com
Yosina M Lissebeck     Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
Laila Masud     lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
Kenneth Misken     Kenneth.M.Misken@usdoj.gov
Byron Z Moldo     bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
Alan I Nahmias     anahmias@mbn.law, jdale@mbnlawyers.com
Victoria Newmark     vnewmark@pszjlaw.com
Queenie K Ng     queenie.k.ng@usdoj.gov
Keith C Owens     kowens@foxrothschild.com, khoang@foxrothschild.com
Teri T Pham     tpham@epglawyers.com, ttpassistant@epglawyers.com
Douglas A Plazak     dplazak@rhlaw.com
Ronald N Richards     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
Gregory M Salvato     gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
Olivia Scott     olivia.scott3@bclplaw.com
Jonathan Serrano     jonathan.serrano@dinsmore.com
Paul R Shankman     PShankman@fortislaw.com, info@fortislaw.com
Leslie Skorheim     leslie.skorheim@usdoj.gov
Andrew Still     astill@swlaw.com, kcollins@swlaw.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Sharon Z. Weiss     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
Johnny White     JWhite@wrslawyers.com, jlee@wrslawyers.com