1  Joon M. Khang (CSBN 188722)
2  Judy L. Khang (CSBN 192454)
   **KHANG & KHANG LLP**
3  4000 Barranca Parkway, Suite 250
4  Irvine, California 92604
   Telephone: (949) 419-3834
5  Facsimile: (949) 385-5868
6  Email: joon@khanglaw.com

**FILED & ENTERED**

**JUL 13 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte       DEPUTY CLERK**

7  [Proposed] Attorneys for The Litigation Practice Group, PC,
8  Debtor and Debtor in Possession

9               **UNITED STATES BANKRUPTCY COURT**
10          **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

11 In re                                    )  Case No.: 8:23-bk-10571-SC
12                                          )
   THE LITIGATION PRACTICE GROUP, PC,       )  Chapter 11
13                                          )
14        Debtor.                           )  **ORDER SETTING HEARING ON**
                                            )  **APPLICATION FOR EMPLOYMENT OF**
                                            )  **KHANG & KHANG LLP AS GENERAL**
15                                          )  **BANKRUPTCY COUNSEL TO THE**
                                            )  **DEBTOR THE LITIGATION PRACTICE**
16                                          )  **GROUP, PC, EFFECTIVE MARCH 20, 2023**
                                            )
17                                          )  Date: July 19, 2023
                                            )  Time: 1:30 p.m.
18                                          )  Ctrm: 5C - Virtual
                                            )
19

20      The Court hereby sets Debtor's Application for Order Authorizing Employment of Khang
21 & Khang LLP as Debtor's General Bankruptcy Counsel, Effective March 20, 2023 (the
22 "Application") [Dk. 42] for hearing on July 19, 2023, at 1:30 p.m.

23      **IT IS SO ORDERED.**
24
25  Date: July 13, 2023                          Scott C. Clarkson
                                                 United States Bankruptcy Judge
26
27
28