United States Bankruptcy Court

Central District of California

In re:  
The Litigation Practice Group P.C.  
    Debtor

Case No. 23-10571-SC  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 5  
Date Rcvd: Jul 12, 2023      Form ID: pdf002      Total Noticed: 189

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |
| aty | + | Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620-3663 |
| aty | + | Paul R. Shankman, 650 Town Center Drive, Suite 1530, Suite 1530, Costa Mesa, CA 92626 UNITED STATES 92626-7021 |
| aty | + | Teri Pham, Enenstein, Pham and Glass, 3200 Bristol Street, Suite 500, Costa Mesa, CA 92626-1810 |
| crcm | + | Committee of Unsecured Creditors, c/o Fox Rothschild LLP, Attn: Nicholas A. Koffroth, 10250 Constellation Blvd., Suite 900 Los Angeles, CA 90067-6275 |
| sp | + | Dinsmore & Shohl LLP, 655 W Broadway Ste 800, San Diego, Ca 92101-8482 |
| intp | + | Eric Bensamochan, The Bensamochan Law Firm, Inc., 9025 Wilshire Blvd Suite 215, Beverly Hills, CA 90211, UNITED STATES 90211-1825 |
| acc | + | Grobstein Teeple LLP, Grobstein Teeple LLP, 23832 Rockfield Blvd suite 245, Lake Forest, CA 92630-2884 |
| cr | + | Jason Patterson Stopnitzky, 52 Cupertino Circle, Aliso Viejo, CA 92656-8076 |
| cr | + | Mari Agape, c/o Brock & Gonzales, LLP, Attn: Jesse S. Stratos, Esq., 6701 Center Drive West, Ste 610, Los Angeles, CA 90045-1597 |
| intp | + | Randall Baldwin Clark, 80A W Hollis Rd, Address2:, Address2:, Hollis, NH 03049-6406 UNITED STATES 03049-6406 |
| cr | + | SDCO Tustin Executive Center, Inc., c/o RONALD K. BROWN, JR., 901 DOVE ST., SUITE 120, NEWPORT BEACH, CA 92660, US 92660-3018 |
| cr | + | United Partnerships, LLC, Fortis LLP, 650 Town Center Drive, Ste 1530, Costa Mesa, CA 92626-7021 |
| 41560954 | + | ACB Holdings, LP, c/o Old Hickory Partners, 303 Colorado Street, Suite 2550, Austin, TX 78701-0023 |
| 41598931 | | Aaron Davis, P.O. Box 735, Custer, SD 57730-0735 |
| 41551109 | + | Abigail Beaudin, 64 Thompson Street, APT 16, New York, NY 10012-4317 |
| 41583211 | + | Affirma, LLC, c/o Caesar Mercado, P.O. Box 515827, Los Angeles, CA 90051-3127 |
| 41469126 | + | Ajilon, Lockbox: Dept CH 14031, Palatine, IL 60055-0001 |
| 41605940 | + | Alan Roberts, 1014 Broadway, 325, Santa Monica CA 90401, Santa Monica, CA 90401-2808 |
| 41548223 | + | Alexandra H Lutfi, 11020 Alta Mesa Road, Victorville Ca 92392-1828 |
| 41553054 | + | Alice Stanton, 160 Brookdale Ln, Indiana PA 15701-6301 |
| 41533010 | | Angela Denise Blair, 8711 HAYSHED LN, APT 24, COLUMBIA, MD 21045-2849 |
| 41469127 | + | Anibal Colon Jr, c/o Alexander Taylor, Esq., Sulaiman Law Group Ltd, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469128 | + | Anthem Blue Cross, PO Box 511300, Los Angeles, CA 90051-7855 |
| 41491059 | + | April Riedy, 3949 Clubview Avenue, West Bloomfield Township, MI 48324-2807 |
| 41469129 | + | Arizona Dept of Economic Security, PO Box 6028, Phoenix, AZ 85005-6028 |
| 41543863 | + | Arven Allen Knight, 1805 23rd St SE Apt 252B, Washington DC 20020-4550 |
| 41520952 | + | Ashley Glockner, 369 W bay street, Unit D, Costa Mesa, CA 92627-5748 |
| 41469131 | + | Azevedo Solutions Groups, Inc, 420 Adobe Canyon Rd, Kenwood, CA 95452-9048 |
| 41469132 | + | Beverly Graham, c/o Bobby Walker, Esq., Sulaiman Law Group, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41548572 | + | Blanche whealdon, 1317 harvard avenue, Natrona heights, PA 15065-1424 |
| 41561968 | + | Blue Cross of California d/b/a Anthem Blue Cross, c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803 |
| 41564828 | + | Bonita Marie Scott, 2132 Ohio Ave, Columbus, IN 47201-6444 |
| 41579176 | + | Brianne Pusztai, 27784 Inverness, Mission Viejo, CA 92692-1544 |
| 41511114 | + | Brittany Weston, Esq., 3070 Bristol Pike, Suite 1-115, Bensalem, PA 19020-5356 |
| 41469133 | + | Business Centers of America, 1100 Sir Francis Drake Blvd, Ste 1, Kentfield, CA 94904-1476 |
| 41469140 | + | CT Corporation - Inv, PO Box 4349, Carol Stream, IL 60197-4349 |
| 41469135 | + | Carolina Technologies & Consulting Invoice, 1854 Hendersonville Road, Suite A, PMB #178, Asheville, NC 28803-2495 |
| 41469136 | + | Carolyn Beech, c/o Daniel Edelman, Esq., 20 South Clark St., Ste1500, Chicago, IL 60603-1824 |
| 41502874 | + | Christine Johnson, 7807 171st Place, Tinley Park, IL 60477-3267 |
| 41559430 | + | Cindy Newman, 19962 Nipona ct, Riverside CA 92508-3231 |
| 41469137 | + | City Capital NY, 1135 Kane Concourse, Bay Harbour Islands, FL 33154-2025 |

| | | |
|---|---|---|
| 41469138 | | Collaboration Advisors, 400 Dorla Court, Zephyr Cove, NV 89448 |
| 41498132 | + | Cory Reade Dows and Shafer, 1333 N Buffalo Drive, Suite 210, Las Vegas, NV 89128-3636 |
| 41469139 | + | Credit Reporting Service Inc, 548 Market St, Suite 72907, San Francisco, CA 94104-5401 |
| 41469141 | + | Darcy Williamson, Trustee, 510 SW 10th, Topeka, KS 66612-1606 |
| 41593419 | + | David Orr, Esq., 26053 Balsawood Ct, Wesley Chape, FL 33544-2008 |
| 41469142 | + | David Ulery, c/o Joshua Eggnatz, Esq,, EGGNATZ, PASCUCCI, 7450 Griffin Road, Suite 230 Davie, FL 33314-4104 |
| 41552134 | + | Debra M Archambault, 5 Carlann Lane, Valley Cottage, NY 10989-1409 |
| 41469143 | + | Debra Price, c/o Robert Cocco, 1500 Walnut St, Ste 900, Philadelphia, PA 19102-3518 |
| 41469144 | + | Debt Pay Pro, 1900 E Golf Road, Suite 550, Schaumburg, IL 60173-5870 |
| 41469145 | + | Debt Validation Fund II, LLC, 5075 Lower Valley Road, Atglen, PA 19310-1774 |
| 41545780 | + | Denise Burtchell, 185 Old Canterbury Tpke, Norwich, CT 06360-1709 |
| 41601500 | + | Dennis Theriault, PO Box 110, Milan, NH 03588-0110 |
| 41469147 | + | Diverse Capital LLC, 323 Sunny Isles Blvd, Ste 503, Sunny Isles, FL 33160-4675 |
| 41469148 | + | Document Fulfillment Services, 2930 Ramona Ave #100, Sacramento, CA 95826-3838 |
| 41562928 | + | Donald and Sharon Seal, 338 N Adams St, Plentywood, MT 59254-1666 |
| 41597720 | + | Douglas F. Stiele, 6870 Flemming Circle, Prior Lake, MN 55372-2622 |
| 41578717 | + | Edwin Valdivia Fitz, 666 W 18th St, APt 9, Costa Mesa, CA 92627-5024 |
| 41469149 | + | EnergyCare, LLC, 2925 N. Green Valley Parkway, Suite C, Henderson, NV 89014-0418 |
| 41469150 | + | Executive Center LLC, 5960 South Jones Blvd, Las Vegas, NV 89118-2610 |
| 41469151 | + | Exela Enterprise Solutions, 2701 E. Grauwyler Road, Irving, TX 75061-3414 |
| 41501020 | + | Firas Abunada, 18927 Hickory Creek Drive, Suite 115, Mokena, IL 60448-8660 |
| 41469152 | + | First Legal Network, LLC, PO Box 743451, Los Angeles, CA 90074-3451 |
| 41493348 | + | Forth Technology, Inc., 1900 E. Golf Road, Suite 550, Schaumburg, IL 60173-5870 |
| 41469153 | + | Fundura Capital Group, 80 Broad Street, Ste 3303, New York, NY 10004-2845 |
| 41469156 | + | GHA Technologies Inc, Dept #2090, PO Box 29661, Phoenix, AZ 85038-9661 |
| 41578716 | + | Gabriel Fernando Monroy, 831 W Romneya Drive #831, Anaheim, CA 92801-2311 |
| 41469154 | + | Geneve and Myranda Sheffield, c/o Jeremiah Heck, Esq, Luftman Heck & Assoc, 6253 Riverside Dr, Ste 200, Dublin, OH 43017-5450 |
| 41551468 | + | Gerardo Guzman, 5515 S. Emporia, Wichita, KS 67216-3610 |
| 41469157 | + | Gloria Eaton, c/o Kris Skaar, Esq., 133 Mirramont Lake Dr., Woodstock, GA 30189-8215 |
| 41605017 | + | Haley Simmoneau, PO BOX 1364, Mustang, OK 73064-8364 |
| 41576199 | + | Han Trinh, 2128 W Cherry Dr, Orange, CA 92868-1927 |
| 41469158 | + | Harrington Electric Inc, PO Box 886, Skyland, NC 28776-0886 |
| 41529504 | + | Heba Qandeel-Kishta, 7625 Brookside Glen Drive, Tinley Park, IL 60487-5197 |
| 41576475 | + | Heidi Hirsch, 726 N Beachwood Dr, Burbank, CA 91506-1630 |
| 41576476 | + | Helen C Banks, 9338 S Emerald Ave, Chicago, IL 60620-2743 |
| 41551395 | + | Hunter Hastings, 26847 Ellis Mill Rd, Seaford, DE 19973-4656 |
| 41469159 | + | Imagine Reporting, 1350 Columbia Street, Suite 703, San Diego, CA 92101-3456 |
| 41602006 | + | Israel Orozco, 115 E Date St, Brea, CA 92821-5428 |
| 41572055 | + | Ivy Burden-Pope, 291 Altamonte Bay Club Circle, Apt 207, Altamonte Springs, FL 32701-5877 |
| 41510860 | + | JACLYN GOMEZ, 109 Tottenham Lane, Elk Grove Village, IL 60007-3818 |
| 41469162 | + | James Hammett, c/o Jenna Dakraub, Price Law Group, 8245 N. 85th Way, Scottsdale, AZ 85258-4349 |
| 41488006 | + | Jane Ann Dearwester, P.O. Box 7084, Asheville, NC 28802-7084 |
| 41559110 | + | Jason Stopnitzky, Law Offices of Leslie E. Chayo, 9454 Wilshire Blvd.,, Penthouse, Beverly Hills, CA 90212-2937 |
| 41570205 | + | Jennifer Ann McLaughlin, 2145 Country Knoll Ct, Elgin, IL 60123-4903 |
| 41500356 | + | Jessica Jarboe, PO BOX 4392, KINGMAN AZ 86402, Kingman, AZ 86402-4392 |
| 41552958 | + | Joan P Schott, 9303 Lands Point, San Antonio TX 78250-2876 |
| 41543897 | + | John Charles Porter, 308 South Ramsey St, Manchester TN 37355-1735 |
| 41540320 | + | John Ray Soriano, 1805 SE Lund Ave #1010, Port Orchard, WA 98366-5555 |
| 41469163 | + | Johnny RIzo, c/o Bobby Walker, Esq., Sulaiman Law Group, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41512303 | + | Jordan Michael Kurth, 205 Walnut Drive, Eighty Four, PA 15330-8625 |
| 41606750 | + | Joseph C. Zoltek, 1975 Terwood Road, Huntingdon Valley, PA 19006-5501 |
| 41469165 | + | Juize, Inc, PO Box 505, Murrieta, CA 92564-0505 |
| 41576189 | + | Justin Nguyen, 3164 East Hazelwood, Unit A, Orange, CA 92869-7569 |
| 41469166 | + | Karen Suell, c/o Nathan C. Volheim, Esq, Sulaiman Law Group, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41533045 | + | Kari B. Coniglio, Chapter 7 Trustee, 200 Public Square, Suite 1400, Cleveland, OH 44114-2327 |
| 41469167 | + | Kathleen Lacey, c/o David Chami, Esq., Price Law Group, 8245 N. 85th Way, Scottsdale, AZ 85258-4349 |
| 41469168 | + | Kathleen Scarlett, c/o Jeremiah Heck, Esq., Luftman Heck & Assoc, 6253 Riverside Dr, Ste 200, Dublin, OH 43017-5450 |
| 41597722 | + | Kelley M. Stiele, 6870 Flemming Circle, Prior Lake, MN 55372-2622 |
| 41553425 | + | Kelly Dooley, 12591 Bryant St, Broomfield CO 80020-3847 |
| 41583400 | | Kenneth Hutchins, PO Box 162035, Sacramento, CA 95816-2035 |
| 41469169 | + | Kenneth Topp, c/o Nathan Volheim, Esq, Sulaiman Law Group Ltd, 2500 S Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469170 | + | Kevin Carpenter, c/o Alexander Taylor, Esq,, Sulaiman Law Group Ltd, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469171 | + | Kimberly Birdsong, c/o Alexander J. Taylor, Esq., SULAIMANLAW GROUP, 2500 South Highland Ave, Suite 200 Lombard, IL |

|  |  |  |
|---|---|---|
|  |  | 60148-7103 |
| 41469172 | + | Krisp Technologies, Inc, 2150 Shattuck Ave, Penthouse 1300, Berkeley, CA 94704-1347 |
| 41490422 | + | LHH RS, c/o Steven Rebidas, 4800 Deerwood Campus Parkway, BLDG 800, Jacksonville FL 32246-8319 |
| 41495901 | + | Laura Ceva, 280 Black Oak Cove Road, Candler, NC 28715-8139 |
| 41469173 | + | LexisNexus, 15500 B Rockfield Blvd, Irvine, CA 92618-2722 |
| 41469174 | + | Liberty Mutual, PO Box 91013, Chicago, IL 60680-1171 |
| 41561210 | + | Lisa Gore, 2734 W. 18th Avenue, Apt. 1F, Chicago, IL 60608-1798 |
| 41577891 | + | Lorraine Dineen, 1026 Swinton Ave, Bronx, NY 10465-1921 |
| 41469178 | + | MC DVI Fund 1, LLC; MC DVI Fund 2, LLC, 1598 Cottonwood Dr, Glenview, IL 60026-7769 |
| 41489974 | + | MDL Group c/o Executive Center LLC, 5960 South Jones Boulevard, Las Vegas, NV 89118-2610 |
| 41491904 | + | Marc LeMauviel, 326 Macneil Way, Weaverville, NC 28787-6700 |
| 41469175 | + | Marc Lemauviel - Allegra, 326 MacNeil Way, Weaverville, NC 28787-6700 |
| 41469176 | + | Marich Bein LLC, 99 Wall Street, Ste 2669, New York, NY 10005-4301 |
| 41469177 | + | MarkSYS Holdings, LLC, 3725 Cincinnati Ave, Suite 200, Rocklin, CA 95765-1220 |
| 41541255 |   | Melissa L. and Shiva L. Sooknanan, 1584 Apache Way, Clarksville, TN 37042-8178 |
| 41565837 | + | Michael D Lieberman, 3910 Telegraph Road, Suite 200, Bloomfield Hills, MI 48302-1461 |
| 41469179 | + | Michael Schwartz, 3968 Lowry Avenue, Cincinnati, OH 45229-1310 |
| 41557356 | + | Michael Yancey III, 8245 N 85th Way, Scottsdale, AZ 85258-4349 |
| 41561238 | + | Michael and Sarah Pierce, 122 Southshore Drive, Jackson, TN 38305-6223 |
| 41528397 | + | Miguel A Zuanabar Jr, 812 Sumner Street, Addison, IL 60101-1338 |
| 41563600 | + | Natalka Palmer, 217 NW Riverfront Street, Bend, OR 97703-2528 |
| 41469181 | + | Nationwide Appearance Attorneys, 5737 Kanan Rd #628, Agoura Hills, CA 91301-1601 |
| 41469182 | + | Netsuite-Oracle, 2300 Oracle Way, Austin, TX 78741-1400 |
| 41547374 | + | OHP-CDR, LP, c/o Quinn Emanuel Urquhart & Sullivan LL, 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017-5003 |
| 41594273 | + | Olga Lucia Esquivel, 25526 Maier Circle, Menifee, CA 92585-8881 |
| 41469184 |   | Outsource Accelerator Ltd, City Marque Limited, Unit 8801-2, Bldg 244-248 Des Voeux Rd, Central Hong Kong |
| 41527185 | + | Paola Gomez, 19542 Pompano Ln, 103, Huntington Beach, CA 92648-6424 |
| 41548080 | + | Peter Schneider, 12115 NE 165th PL, Bothell, WA 98011-7115 |
| 41565838 | + | Phillip A. Greenblatt, PLLC, P.O. Box 4270, Suite 200, Southfield, MI 48037-4270 |
| 41576186 | + | Phuong Trinh, 2128 W Cherry Dr, Orange, CA 92868-1927 |
| 41469185 | + | Pitney Bowes, PO Box 981026, Boston, MA 02298-1026 |
| 41596633 | + | R. Reed Pruyn, 3524 West Overlook Drive, Layton, UT 84041-7144 |
| 41469186 | + | Rapid Credit Inc, 3558 Round Barn Blvd, Suite 200, Santa Rosa, CA 95403-0991 |
| 41566371 | + | Rebecca S. Coulter, 358 Cass Pl, Canton, IL 61520-1720 |
| 41550648 | + | Ronald W. Moore, 101 Aberdeen Chase Dr., Apt. D, Easley, SC 29640-3079 |
| 41469187 | + | SBS Leasing A Program of De Lage Landen, PO Box 41602, Philadelphia, PA 19101-1602 |
| 41472820 | + | STATE OF NEVADA DEPARTMENT OF TAXATION, 700 E WARM SPRINGS RD STE 200, LAS VEGAS, NV 89119-4311 |
| 41599498 | + | Sabrina Cazeau, 3623 nw 30th place apt 305, Fort Lauderdale, FL 33311-8575 |
| 41537100 | + | Salvatore Porcaro, 72 Dorset Drive, Clark, NJ 07066-3010 |
| 41469188 | + | Security Solutions, 10911 Bloomfield St, Los Alamitos, CA 90720-2506 |
| 41469189 | + | Sharp Business Systems, 8670 Argent St, Santee, CA 92071-4172 |
| 41576188 | + | Sherri Chen, 3164 East Hazelwood, Unit A, Orange, CA 92869-7569 |
| 41606377 |   | Stefan Dahlkvist, 7876 Laurel Canyon Blvd, Los Angeles CA 90046 |
| 41545267 | + | Steve Malu, 2582 Se 18th Ave, Gainesville FL 32641-1211 |
| 41469190 | + | Streamline Performance Inc, 1551 N Tustin, #555, Santa Ana, CA 92705-8634 |
| 41598927 | + | Stris & Maher LLP, 777 S Figueroa St, Ste 3850, Los Angeles, CA 90017-5838 |
| 41469191 | + | TaskUs Holdings, Inc., 1650 Independence Dr, New Braunfels, TX 78132-3959 |
| 41601502 | + | Teresa A. Piccolo, 50 Fair Street, Apt. #1, Wallingford, CT 06492-4209 |
| 41576187 | + | Thanhhang Nguyen, 2128 W Cherry Dr, Orange, CA 92868-1927 |
| 41524158 | + | The Bankruptcy Estate of, Steven Robert Verzal, 1251 North Eddy Street, Suite 203, South Bend IN 46617-1478 |
| 41574912 | + | The Placide Group Co, 624 Brookwood Lane, Maitland, FL 32751-5115 |
| 41547961 | + | Thomas Ray, 2312 Platinum Dr, Sun City Center, FL 33573-6495 |
| 41469192 | + | Thomson Reuters, 610 Opperman Drive, Eagen, MN 55123-1340 |
| 41469193 | + | Tustin Executive Center, 1630 S Sunkist Street, Ste A, Anaheim, CA 92806-5816 |
| 41469194 | + | Twilio, Inc, 101 Spear Street, Suite 500, San Francisco, CA 94105-1559 |
| 41518411 | + | Unified Global Research Group, 1660 HOTEL CIR N STE S620, SAN DIEGO, CA 92108-2806 |
| 41469196 |   | Validation Partners LLC, 1300 Sawgrass Pkwy, Ste 110, Sunrise, FL 33323 |
| 41604824 | + | Venture Partners LLC, 1309 Coffeen Avenue STE 1200, Sheridan, WY 82801-5777 |

TOTAL: 162

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0973-8 | User: admin | | Page 4 of 5 |
|---|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: pdf002 | | Total Noticed: 189 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Jul 13 2023 00:55:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 13 2023 00:55:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2023 00:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + Email/Text: LAROBankruptcy@SEC.gov | Jul 13 2023 00:55:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| intp | + Email/Text: bmoldo@ecjlaw.com | Jul 13 2023 00:55:00 | Byron Moldo, 9401 Wilshire Boulevard, Twelfth Floor, Beverly Hills, CA 90212-2928 |
| cr | + Email/Text: courtecl@edcombs.com | Jul 13 2023 00:54:00 | Carolyn Beech, c/o Edelman, Combs, Latturner & Goodwin, 20 S. Clark Street Ste 1500, Chicago, IL 60603-1824 |
| 41491910 | Email/PDF: bncnotices@becket-lee.com | Jul 13 2023 01:12:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41514180 | Email/Text: michelle.baker@dfa.arkansas.gov | Jul 13 2023 00:54:00 | Arkansas Department of Finance and Administration, Revenue Legal Counsel, P.O. Box 1272, Rm. 2380, Little Rock, AR 72203-1272 |
| 41469130 | + Email/Text: michelle.baker@dfa.arkansas.gov | Jul 13 2023 00:54:00 | Arkansas Dept of Finance & Admin, PO Box 9941, Little Rock, AR 72203-9941, Little Rock, AR 72203-9941 |
| 41532403 | + Email/Text: USCBNotices@cdtfa.ca.gov | Jul 13 2023 00:55:00 | California Dept. of Tax and Fee Administration, Collections Support Bureau, MIC: 55, PO Box 942879, Sacramento, CA 94279-0001 |
| 41469134 | + Email/Text: BKBNCNotices@ftb.ca.gov | Jul 13 2023 00:55:00 | California Franchise Tax Board, PO Box 942857, Sacramento, CA 94257-0001 |
| 41577672 | + Email/PDF: carl@homelisters.org | Jul 13 2023 00:54:00 | Carl Oswald Wuestehube, 33832 Diana Drive, Dana Point, CA 92629-2309 |
| 41582005 | + Email/Text: ahochheiser@mauricewutscher.com | Jul 13 2023 00:55:00 | City Capital NY, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 41563771 | Email/Text: itcdbg@edd.ca.gov | Jul 13 2023 00:55:00 | Employment Development Department, Bankruptcy Group MIC 92E, PO BOX 826880, Sacramento, CA 95814 |
| 41487966 | + Email/Text: credit@gha-associates.com | Jul 13 2023 00:55:00 | GHA Technologies Inc, 8998 E Raintree Dr, Scottsdale, AZ 85260-7024 |
| 41469155 | ^ MEBN | Jul 13 2023 00:53:25 | Georgia Dept of Labor, 148 Andrew Young International Blvd, NE,, Atlanta, GA 30303-1751 |
| 41482684 | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jul 13 2023 00:55:00 | Indiana Department of Revenue, 100 N. Senate Ave, Indianapolis, IN 46204 |
| 41469160 | + Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jul 13 2023 00:55:00 | Indiana Dept of Revenue, PO Box 1028, INDIANAPOLIS, IN 46206-1028 |
| 41469164 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 01:12:12 | JP Morgan Chase, 3 Park Plaza, Ste 900, Irvine, CA 92614-5208 |
| 41518261 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jul 13 2023 00:55:00 | Mississippi Department of Revenue, ATTN: Bankruptcy Section, P. O. Box 22808, Jackson, MS 39225-2808 |
| 41469180 | + Email/Text: BANKRUPTCY@DOR.MS.GOV | Jul 13 2023 00:55:00 | Mississippi Dept of Revenue, PO Box 23075, Jackson, MS 39225-3075 |
| 41469183 | + Email/Text: tax-bankruptcy@tax.state.nv.us | Jul 13 2023 00:55:00 | Nevada Dept of Taxation, 1550 College Parkway, |

| District/off: 0973-8 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: pdf002 | Total Noticed: 189 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Suite 115, Carson City, NV 89706-7939 |
| 41606011 | | + Email/Text: bankruptcy@pb.com | | Jul 13 2023 00:55:00 | Pitney Bowes Inc, 27 Waterview Dr, 3rd Fl, Shelton, CT 06484-4361 |
| 41469195 | | + Email/Text: TXBANKRUPT@UTAH.GOV | | Jul 13 2023 00:54:00 | Utah State Tax Commission, 210 N 1950 W, Salt Lake City, UT 84134-9000 |
| 41570812 | | Email/Text: ecffilings@lni.wa.gov | | Jul 13 2023 00:55:00 | WA State Department of Labor and Industries, Bankruptcy unit, PO Box 44171, Olympia, WA 98504 |
| 41469146 | | Email/Text: ecffilings@lni.wa.gov | | Jul 13 2023 00:55:00 | Dept of Labor and Industries, PO Box 34022, Seattle, WA 98124 |
| 41469197 | | + Email/Text: DORBANKRUPTCYSPECIALIST@WISCONSIN.GOV | | Jul 13 2023 00:55:00 | Wisconsin Dept of Revenue, PO Box 8901, Madison, WI 53708-8901 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Ad Hoc Consumer Claimants Committee |
| cr | | Azzure Capital LLC |
| op | | Bicher & Associates |
| intp | | Courtesy NEF |
| intp | | Courtesy NEF |
| cr | | Debt Relief Group, LLC |
| cr | | Debt Validation Fund II, LLC |
| cr | | Hi Bar Capital LLC |
| intp | | INTERESTED PARTY |
| cr | | MC DVI Fund 1, LLC |
| cr | | MC DVI Fund 2, LLC |
| cr | | OHP-CDR, LP |
| cr | | Phillip A. Greenblatt, PLLC |
| cr | *+ | City Capital NY, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 41566193 | *+ | Bonita Marie Scott, 2132 Ohio Avenue, Columbus, IN 47201-6444 |
| 41469161 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service (IRS), Internal Revenue Service, Ogden, UT 84201 |

TOTAL: 13 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2023         Signature:        /s/Gustava Winters

PETER C. ANDERSON
United States Trustee
Kenneth M. Misken (SBN 349167)
Assistant United States Trustee
Queenie K. Ng (SBN 223803)
Leslie A. Skorheim (SBN 293596)
Attorneys for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3403
Fax: (714) 338-3421
Email: queenie.k.ng@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In Re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>     Debtor. | CASE NUMBER:  8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>NOTICE OF HEARING |
|---|---|

TO THE HONORABLE SCOTT CLARKSON AND OTHER INTERESTED PARTIES:

   NOTICE IS HEREBY GIVEN that the following hearing will be held on **August 10, 2023 at 10:00 a.m. in Courtroom 5C – Virtual (Accessibility information will be posted into the Court's tentative ruling prior to the hearing), located at 411 West Fourth Street, Santa Ana, CA 92701**

*NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF MARILYN SORENSEN, JAIMEE ZAYICEK, LESLIE SKORHEIM, AND QUEENIE NG IN SUPPORT THEREOF*

   Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov.

**For more information on appearing before Judge Clarkson by ZoomGov, please see the "Notice Re Telephonic Appearance Procedures for Judge Scott C. Clarkson's Cases" on the Court's website at:**

**https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson under the "Telephonic Instructions" section.**

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date. See Local Bankruptcy Rule 9013-1(f)&(h).

DATED: 07/12/23                                KATHLEEN J. CAMPBELL
                                                               Clerk of Court