# Exhibit 2

# California
*Secretary of State*

Business | **UCC** | Login

- Home
- Search
- Forms
- Help

## UCC Search

Print

*UCC Documents have been processed through: 06/11/2023*

***Disclaimer:*** *This tool allows you to search the California Secretary of State's Uniform Commercial Code database for abstracts of information for lien notices that have been filed with this office. The UCC Search is updated as documents are filed. The data provided is not a complete or certified record.*

**litigation practice group**

Advanced ⌄

Results: 28

| UCC Type | Debtor Information | File Number | Secured Party Info | Status | Filing Date | Lapse Date |
|---|---|---|---|---|---|---|
| UCC > | THE LITIGATION PRACTICE GROUP, PC - TUSTIN, CA | U230005834326 | OHP – LPG, LP - AUSTIN, TX | Active | 01/25/2023 | 01/25/2028 |
| UCC > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U230006246724 | C T CORPORATION SYSTEM, AS REPRESENTATIVE - GLENDALE, CA | Active | 01/26/2023 | 01/26/2028 |
| UCC > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U230009059730 | FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE - SACRAMENTO, CA | Active | 02/02/2023 | 02/02/2028 |
| UCC > | LITIGATION PRACTICE GROUP - TUSTIN, CA | U230009725118 | PROOFPOSITIVE LLC - SHERIDAN, WY | Active | 02/09/2023 | 02/09/2028 |
| UCC > | LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U230009923531 | MC DVI FUND 2 LLC - GLENVIEW, IL | Active | 02/10/2023 | 02/10/2028 |
| UCC > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U230016377733 | VENTURE PARTNERS LLC - SHERIDAN, WY | Active | 03/09/2023 | 03/09/2028 |
| UCC > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U230018278331 | C T CORPORATION SYSTEM, AS REPRESENTATIVE - GLENDALE, CA | Active | 03/16/2023 | 03/16/2028 |
| UCC > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U210046572228 | ACE FUNDING SOURCE LLC - JERICHO, NY | Terminated | 05/14/2021 | 05/14/2026 |
| UCC > | THE LITIGATION | U210047914841 | CORPORATION SERVICE | Terminated | 05/19/2021 | 05/19/2026 |

Skip to main content  State

California
Secretary of State

Home

Search

Forms

Help

| | Business | | UCC | | | | |
|---|---|---|---|---|---|---|---|
| | | | GROUP PC - YORBA LINDA, CA | | REPRESENTATIVE - SPRINGFIELD, IL | | |
| UCC | > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U210050823723 | MNS FUNDING LLC - BROOKLYN, NY | Active | 05/28/2021 | 05/28/2026 |
| UCC | > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U210050853928 | C T CORPORATION SYSTEM, AS REPRESENTATIVE - GLENDALE, CA | Active | 05/28/2021 | 05/28/2026 |
| UCC | > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U210052109216 | EVERYDAY FUNDING GROUP - BROOKLYN, NY | Active | 06/02/2021 | 06/02/2026 |
| UCC | > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U210052756319 | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE - SPRINGFIELD, IL | Terminated | 06/04/2021 | 06/04/2026 |
| UCC | > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U210052792122 | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE - SPRINGFIELD, IL | Active | 06/04/2021 | 06/04/2026 |
| UCC | > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U210057632826 | GREEN FUND NY - BROOKLYN, NY | Active | 06/17/2021 | 06/17/2026 |
| UCC | > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U210057670018 | C T CORPORATION SYSTEM, AS REPRESENTATIVE - GLENDALE, CA | Active | 06/17/2021 | 06/17/2026 |
| UCC | > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U210057873331 | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE - SPRINGFIELD, IL | Terminated | 06/18/2021 | 06/18/2026 |
| UCC | > | THE LITIGATION PRACTICE GROUP PC - SAN CLEMENTE, CA | U210059695831 | C T CORPORATION SYSTEM, AS REPRESENTATIVE - GLENDALE, CA | Terminated | 06/24/2021 | 06/24/2026 |
| UCC | > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U210059750525 | WORLD GLOBAL FUND LLC - BROOKLYN, NY | Active | 06/24/2021 | 06/24/2026 |
| UCC | > | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U210062497027 | C T CORPORATION SYSTEM, AS REPRESENTATIVE - GLENDALE, CA | Active | 07/06/2021 | 07/06/2026 |
| UCC | > | THE LITIGATION | U210075685527 | MCA CAPITAL HOLDINGS LLC - | Active | 08/16/2021 | 08/16/2026 |

Skip to main content    State

California
Secretary of State

Home

Search

Forms

Help

| | Business | UCC | | | | | |
|---|---|---|---|---|---|---|---|
| | UCC › | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | | | | | |
| | UCC › | THE LITIGATION PRACTICE GROUP PC - SAN CLEMENTE, CA | U210085288536 | DIVERSE CAPITAL, LLC - HARTFORD, CT | Active | 09/15/2021 | 09/15/2026 |
| | UCC › | THE LITIGATION PRACTICE GROUP PC - SAN CLEMNTE, CA | U210090322021 | BMF ADVANCE - BROOKLYN, NY | Active | 10/04/2021 | 10/04/2026 |
| | UCC › | THE LITIGATION PRACTICE GROUP P.C. - TUSTIN, CA | U220237657634 | STRATCAP MANAGEMENT LLC - IRVINE, CA | Active | 10/21/2022 | 10/21/2027 |
| | UCC › | THE LITIGATION PRACTICE GROUP PC - LAGUNA BEACH, CA | U210096955939 | FRANKLIN CAPITAL GROUP, LLC - FARMINGTON HILLS, MI | Active | 10/26/2021 | 10/26/2026 |
| | UCC › | THE LITIGATION PRACTICE GROUP PC - LAGUNA BEACH, CA | U210096958844 | FRANKLIN CAPITAL MANAGEMENT, LLC - FARMINGTON HILLS, MI | Active | 10/26/2021 | 10/26/2026 |
| | Notice of State Tax Lien › | THE LITIGATION PRACTICE GROUP PC - SAN CLEMENTE, CA | U200029267230 | EMPLOYMENT DEVELOPMENT DEPARTMENT - SACRAMENTO, CA | Terminated | 11/03/2020 | 11/03/2030 |
| | UCC › | THE LITIGATION PRACTICE GROUP PC - TUSTIN, CA | U210106788229 | DIVERSE CAPITAL - NEW YORK, NY | Active | 12/01/2021 | 12/01/2026 |

1

© 2023 CA Secretary of State