| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Keith J. Barnett (State Bar No. 210436)<br>keith.barnett@troutman.com<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>600 Peachtree Street, N.E., Suite 3000<br>Atlanta, GA 30308<br>Telephone:  404.885.3423<br>Facsimile: 404.885.3900<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Payliance | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor(s). | CASE NO.:  8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO.: 8:23-ap-01046-SC |
|---|---|
| RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>Plaintiff(s),<br>vs.<br><br>TONY DIAB, et al.,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): <u>STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT</u> was lodged on (*date*) November 1, 2023 and is attached. This order relates to the motion which is docket number 257.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                      Page 1                                           **F 9021-1.2.ADV.NOTICE.LODGMENT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>　　　　　　　Debtor.<br><br>RICHARD A. MARSHACK,<br><br>Chapter 11 Trustee,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.,<br><br>　　　　　　　Defendants. | Case No. 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8-23-ap-01046-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Date: [No Hearing Required]<br>Time:<br>Place: |

The Court, having read and considered the Stipulation to Extend Time to Respond to Second Amended Complaint between Defendant Payliance ("Payliance") and Plaintiff Richard A. Marshack, Chapter 11 Trustee ("Plaintiff"), and good cause appearing, **IT IS HEREBY ORDERED** that:

1

ORDER APPROVING STIPULATION TO
EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

1. The Stipulation is approved.
2. The deadline for Payliance to file and serve any response to Plaintiff's Second Amended Complaint is extended to December 4, 2023.

Date: _____, 2023

_____
Scott C. Clarkson
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 400 Berwyn Park, 899 Cassatt Road, Berwyn, PA 19312.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _November 1, 2023_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _November 1, 2023_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY – Via Overnight Mail**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/01/2023 | Brian M. Nichilo | */s/ Brian M. Nichilo* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

**Case No. 8:23-ap-01046-SC**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

    **Christopher Celentino**: christopher.celentino@dinsmore.com

    **Eric Bensamochan**: eric@eblawfirm.us

    **Richard A. Marshack (TR)**: pkraus@marshackhays.com

    **Leslie A. Cohen**: leslie@lesliecohenlaw.com

    **Michael T. Delaney**: mdelaney@bakerlaw.com

    **Christopher Ghio**: christopher.ghio@dinsmore.com

    **Eric D. Goldberg**: eric.goldberg@dlapiper.com

    **Richard H. Golubow**: rgolubow@wghlawyers.com

    **Meredith King**: mking@fsl.law

    **David S. Kupetz**: David.Kupetz@lockelord.com

    **Matthew A. Lesnick**: matt@lesnickprince.com

    **Daniel A. Lev**: daniel.lev@gmlaw.com

    **Yosina M. Lissebeck**: Yosina.Lissebeck@Dinsmore.com

    **Kathleen P. March**: kmarch@bkylawfirm.com

    **Kenneth Misken**: Kenneth.M.Misken@usdoj.gov

    **United States Trustee (SA)**: ustpregion16.sa.ecf@usdoj.gov

    **Queenie K. Ng**: queenie.k.ng@usdoj.gov

    **Teri T. Pham**: tpham@epgrlawyers.com

    **Douglas A. Plazak**: dplazak@rhlaw.com

    **Daniel H. Reiss**: dhr@lnbyg.com

    **Ronald N. Richards**: ron@ronaldrichards.com

    **Jonathan Serrano**: jonathan.serrano@dinsmore.com

    **Howard Steinberg**: steinbergh@gtlaw.com

    **Andrew Still**: astill@swlaw.com

    **Johnny White**: JWhite@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　　　　　　　　　Page 3　　　　　　　　　　**F 9021-1.2.ADV.NOTICE.LODGMENT**