Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Jeremy B. Freedman (State Bar No. 308752)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
jeremy.freedman@dinsmore.com

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **SUPPLEMENTAL DECLARATION OF WILLIAM "TY" CARSS IN SUPPORT OF MOTION OF TRUSTEE RICHARD A. MARSHACK FOR ENTRY OF AN ORDER (A) APPROVING SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b) AND (B) APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND OTHER AGREEMENTS** |
| | Date:  July 21, 2023<br>Time:  10:00 AM<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>             411 W. Fourth Street<br>             Santa Ana, CA  92701 |

**DECLARATION OF WILLIAM "TY" CARSS**

I, William "Ty" Carss declare as follows:

1. I am an attorney duly admitted to practice before all Courts in the State of California, United States District Court for the Central District of the State of California. I make this Declaration of my own personal volition and based upon my personal knowledge, except as to those matters based upon information and belief, and as to those matters, I believe them to be true. I have personal knowledge of the matters set forth herein. If called as a witness in this matter, I could and would testify competently thereto.

2. I make this Supplemental Declaration in support of *Pocket Brief of Chapter 11 Trustee Richard A. Marshack on Court's Authority to Approve the Sale Motion [Dk. 136] and Related Support Pursuant to the Court's Order Requesting Additional Briefing in Support of Sale Motion [Dk. 191]*.

3. I am the Managing Attorney of Phoenix Law, PC, and I have overseen the legal services and operations provided to the 21,457 client files fraudulently transferred to Phoenix from the Litigation Practice Group.

4. Between June 26, 2023, and July 12, 2023, it is estimated that over 250 individual clients contacted Phoenix Law about a new Summons/Complaint that had been served upon them. On average, the legal staff evaluates, assists, and represents approximately 500+ new lawsuits per month on behalf of the clientele. Coupled with the active litigation cases that began prior to the transfer, it is estimated that more than 5,000 clients are in active litigation requiring legal services of an attorney.

5. Even without the certainty of receiving compensation for legal services rendered, Phoenix Law still has approximately 20 attorneys (many of whom are licensed in multiple jurisdictions) representing clients across the United States. The attorneys' caseloads vary anywhere from two clients to upwards of several hundred clients.

6. Throughout LPG's Bankruptcy case, the financial instability and keeping the business operational has been challenging. The number of telephone calls and emails remains high; everyone is pitching in to the best of their ability. Notwithstanding these challenges, consumer clients continue to receive value added legal services that they require and appreciate. A true and correct copy of an

1

email sent on July 11, 2023 from a current client who requested their account not be cancelled as a result of achieving results for the client attached hereto as **Exhibit A**.

7. At this point, it is essentially "all hands-on deck." Even though there are Account Managers and Settlement Officers who generally take most of the client calls, I, too, am fielding consumer client calls and assisting with making sure that the clients are kept well informed and that they have all the necessary information and tools to help them along their debt invalidation journey.

8. On July 13, 2023, a client whom we had arranged a favorable settlement for was having difficulties making the monthly payment to opposing counsel due to their website issues. To resolve the issue and reassure the client, I personally contacted the attorney's office and verified that the account was valid and obtained the necessary information for the client to continue to make the settlement payments prior to be in breach of the terms of the settlement.

9. This "all hands-on deck" mentality goes from top to bottom; during a portion of this same day, I was assisting the documents department by calling clients and sending them Powers of Attorneys via email for their signatures and attempting to get them returned in a timely manner – which can be somewhat of a task with the less-technologically-savvy consumer client. This is all while managing my own California client caseload, whether overseeing the preparation of an Answer to a recent Complaint or conducting settlement negotiations with opposing counsel. Based on my review of current active clients for the month of June 2023 who are paying for and receiving legal services at Phoenix Law, the average payment made by such clients per month is $310.64. This, however, does not include the multitude of clients for whom payments are not being received and are still being provided legal services throughout this process.

10. LPG's consumer clients need legal guidance and services that only an attorney, paralegal or other trained legal staff is equipped and able to handle, take their calls, answer their questions and help them navigate through tough and often confusing times in order to invalidate their debts or better their financial future. This is especially true when the consumer client is receiving threats and/or harassment from collection agencies, creditors and in many instances being charged unconscionable interest rates and fees by credit card companies and other consumer creditors who stand in a much more powerful bargaining position than the average consumer. Many of these

consumer clients are strapped with overbearing debt, intimidating threats and forced to make hard, quick decisions are not able to afford retaining a law firm on a retainer basis -- in such circumstances, making the accessibility of affordable legal payments is absolutely critical to providing these consumers with the legal assistance they need to combat the systemic overreaching and unfair practices employed by consumer creditors. With little doubt in my mind, placing these consumer clients in a position without legal representation will cause irreparable harm and bring additional undue stress.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on this __17th__ day of __July, 2023__ at __Irvine__, California.

William "Ty" Carss, Esq.

3

# EXHIBIT A

---------- Forwarded message ---------
From: M▮▮▮ D▮▮▮ <m▮▮▮▮▮▮▮▮▮▮▮.com>
Date: Mon, Jul 10, 2023, 4:21 PM
Subject: Re: 7-10-23 YOUR CLIENT, M▮▮▮ D▮▮▮▮▮▮▮▮▮ 8174
To: ty.carss@▮▮▮▮▮▮▮▮▮▮
Cc: M▮▮▮ <m▮▮▮▮▮▮▮▮▮▮▮m>

THANK YOU, TY!!!!

M▮▮▮ D▮▮▮ M▮▮▮
▮▮▮▮-8174


---------- Forwarded message ---------
From: M▮▮▮ D▮▮▮ <m▮▮▮▮▮▮▮▮▮▮▮.com>
Date: Tue, Jul 11, 2023, 3:50 PM
Subject: Re: ATTENTION: HUNTER 424-278-9984-7-11-23 @3:50 pmpst-M▮▮▮ M▮▮▮-DO NOT CANCEL MY ACCOUNT
To: Service Phoenix Law <service@phoenixlaw.co>
Cc: ty.carss@▮▮▮▮▮▮▮▮▮▮ M▮▮▮ D▮▮▮ <m▮▮▮▮▮▮▮▮▮▮▮.com>

HUNTER, I HAVE TRIED TO RETURN YOUR CALL BUT MESSAGE TELLS ME THAT YOU ARE BUSY & TO PLEASE CALL BACK!!
DO NOT, DO NOT, DO NOT...CANCEL MY ACCOUNT, AS YOUR MANAGING ATTORNEY, WILLIAM "ty" CARSS, TOOK CARE OF MY PROBLEM!!!!
PLEASE REPLY TO THIS EMAIL SO THAT I KNOW...YOU RECEIVED THIS MESSAGE!!

M▮▮▮
▮▮▮▮ 8174
M▮▮▮▮▮▮▮▮▮▮▮.COM


---------- Forwarded message ---------
From: M▮▮▮ D▮▮▮ <m▮▮▮▮▮▮▮▮▮▮▮.com>
Date: Tue, Jul 11, 2023, 4:14 PM
Subject: Re: HUNTER 424-278-9984-7-11-23 @4:14pmpst-M▮▮▮ M▮▮▮-DO NOT CANCEL MY ACCOUNT
To: Service Phoenix Law <service@phoenixlaw.co>
Cc: ty.carss@▮▮▮▮▮▮▮▮▮▮ M▮▮▮ D▮▮▮ <m▮▮▮▮▮▮▮▮▮▮▮.com>

It was a pleasure speaking with you Hunter!!

M▮▮▮ D▮▮▮ M▮▮▮
m▮▮▮▮▮▮▮▮▮▮▮.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:    655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*):

**SUPPLEMENTAL DECLARATION OF WILLIAM "TY" CARSS IN SUPPORT OF MOTION OF TRUSTEE RICHARD A. MARSHACK FOR ENTRY OF AN ORDER (A) APPROVING SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b) AND (B) APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND OTHER AGREEMENTS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 17, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 17, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 17, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

        **JUDGE'S COPY**
        The Honorable Scott C. Clarkson
        United States Bankruptcy Court
        Central District of California
        Ronald Reagan Federal Building and Courthouse
        411 West Fourth Street, Suite 5130 / Courtroom 5C
        Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 17, 2023 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
rbc@randallbclark.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Jenny L Doling on behalf of Interested Party INTERESTED PARTY
jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com

Daniel A Edelman on behalf of Creditor Carolyn Beech
dedelman@edcombs.com, courtecl@edcombs.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com

Jeffrey I Golden on behalf of Creditor Anaheim Arena Management, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party Courtesy NEF
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       **F 9013-.1.PROOF.SERVICE**

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Razmig Izakelian on behalf of Creditor OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com

David S Kupetz on behalf of Defendant Marich Bein, LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Daniel A Lev on behalf of Interested Party Courtesy NEF

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-.1.PROOF.SERVICE

daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbnlawyers.com

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Teri T Pham on behalf of Attorney Teri Pham
tpham@epglawyers.com, ttpassistant@epglawyers.com

Douglas A Plazak on behalf of Defendant Greyson Law Center PC
dplazak@rhlaw.com

Ronald N Richards on behalf of Defendant Consumer Legal Group, PC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Gregory M Salvato on behalf of Creditor Mari Agape

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-.1.PROOF.SERVICE**

gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott3@bclplaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott3@bclplaw.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
jonathan.serrano@dinsmore.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA)
leslie.skorheim@usdoj.gov

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Johnny White on behalf of Creditor Debt Relief Group, LLC
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-.1.PROOF.SERVICE**