Howard J. Steinberg (SBN CA 89291)
Andrea Carmona (SBN CA 339342)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Email:  steinbergh@gtlaw.com
           carmonaa@gtlaw.com
Telephone: 310-586-7700
Facsimile:  310-586-7800

Attorneys for Defendant BANKUNITED, N.A.



**FILED & ENTERED**

NOV 09 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY  bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br>    Debtor.<br><br>RICHARD A MARSHACK,<br>Chapter 11 Trustee,<br><br>    Plaintiff,<br>v.<br><br>TONY DIAB, an individual, et al.<br><br>    Defendants. | Bk No. 8:23-bk-10571-SC<br><br>Adv. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR BANKUNITED N.A. TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Scott C. Clarkson<br><br>Action Filed: May 26, 2023<br>SAC Filed:    October 13, 2023 |

The Court having considered the Stipulation to Extend Time for Defendant BankUnited to Respond to Plaintiff's Second Amended Complaint, and good cause appearing,

The Court finds as follows:

1. The stipulation is granted.
2. BankUnited shall have up to and including January 2, 2024 to respond to Plaintiff's Second Amended Complaint.

**IT IS SO ORDERED.**

Date: November 9, 2023

Scott C. Clarkson
United States Bankruptcy Judge