Daniel S March, SBN#106854
marchlawoffice@gmail.com
17291 Irvine Blvd., Suite 101
Tustin, CA 9278
Telephone: (714) 665-4223
Facsimile: (714) 665-4323

Attorneys for Daniel S. March

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C. | Adv. Proc. No. 8:23-ap-01046-SC |
| Debtor. | Chapter 11 |
| RICHARD A MARSHACK, Chapter 11 Trustee, | **DANIEL S. MARCH ANSWER TO SECOND AMENDED COMPLAINT FOR: (1) INJUNCTIVE RELIEF; (2) AVOIDANCE RECOVERY, AND PRESERVATION OF TWO-YEAR ACTUAL FRAUDULENT TRANSFERS; (3) AVOIDANCE, RECOVERY, AND PRESERVATION OF TWO-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; (4) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR ACTUAL FRAUDULENT TRANSFERS; (5) AVOIDANCE, RECOVERY, AND PRESERVATION OF FOUR-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS; AND (6) TURNOVER** |
| Plaintiff, | |
| -vs- | |
| Tony Diab, Daniel E. March, et al., | |

Defendant, Daniel S. March, ("Defendant"), defendant in the above entitled proceeding, hereby submit the within answer in response to Plaintiff's Second Amended Complaint for (1) Injunctive Relief; (2) Avoidance, Recovery, and Preservation of Two-year Actual Fraudulent Transfers; and (3) Avoidance, Recovery, and Preservation of Two-Year Constructive Fraudulent Transfers; (4) Avoidance, Recovery, and Preservation of Four-Year Actual Fraudulent Transfers; (5) Avoidance, Recovery, and Preservation of Four-Year Constructive Fraudulent Transfers; and (6) Turnover.

1. In response to paragraph 1 of the Amended Complaint, Defendant lack sufficient Information to admit or deny the allegations and on such basis deny the allegations.

2. In response to paragraph 2 of the Amended Complaint, Defendant admits the allegations.

3. In response to paragraph 3 of the Amended Complaint, Defendant admits the allegations.

4. In response to paragraph 4 of the Amended Complaint, Defendant admits the allegations.

5. In response to paragraph 5 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

6. In response to paragraph 6 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

7. In response to paragraph 7 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

8. In response to paragraph 8 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

9. In response to paragraph 9 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

10. In response to paragraph 10 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

11. In response to paragraph 11 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

12. In response to paragraph 12 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

13. In response to paragraph 13 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

14. In response to paragraph 14 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

15. In response to paragraph 15 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

16. In response to paragraph 16 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

17. In response to paragraph 17 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

18. In response to paragraph 18 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

19. In response to paragraph 19 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

20. In response to paragraph 20 of the Amended Complaint, Defendant lacks sufficient

information to admit or deny the allegations and on such basis deny the allegations.

21. In response to paragraph 21 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

22. In response to paragraph 22 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

23. In response to paragraph 23 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

24. In response to paragraph 24 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

25. In response to paragraph 25 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

26. In response to paragraph 26 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

27. In response to paragraph 27 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

28. In response to paragraph 28 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

29. In response to paragraph 29 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

30. In response to paragraph 30 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

31. In response to paragraph 31 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

32. In response to paragraph 32 of the Amended Complaint, Defendant lacks sufficient

information to admit or deny the allegations and on such basis deny the allegations.

33. In response to paragraph 33 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

34. In response to paragraph 34 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

35. In response to paragraph 35 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

36. In response to paragraph 36 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

37. In response to paragraph 37 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

38. In response to paragraph 38 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

39. In response to paragraph 39 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

40. In response to paragraph 40 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

41. In response to paragraph 41 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

42. In response to paragraph 42 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

43. In response to paragraph 43 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

44. In response to paragraph 44 of the Amended Complaint, Defendant lacks sufficient

information to admit or deny the allegations and on such basis deny the allegations.

45. In response to paragraph 45 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

46. In response to paragraph 46. of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

47. In response to paragraph 47 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

48. In response to paragraph 48 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

49. In response to paragraph 49 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis deny the allegations.

50. In response to paragraph 50 of the amended Complaint, Defendant admits that LPG is a law firm that provides legal services including assistance with consumer debts and that LPG serviced more than 50,000 customers across the United States. Defendant denies the balance of the allegations.

51. In response to paragraph 51 of the Amended Complaint, denies the allegations.

52. In response to paragraph 52 of the Amended Complaint, denies the allegations.

53. In response to paragraph 53 of the Amended Complaint, Defendant admits that John Thompson was the original sole shareholder of LPG, and he conveyed his interest in LPG to March in November 2019. Defendant denies the balance of the allegations.

54. In response to paragraph 54 of the Amended Complaint, Defendant denies the allegations.

55. In response to paragraph 55 of the Amended Complaint , Defendant admits that

- 7 -

marketing affiliated refer clients of LPG who were victims of predatory lending or who are subject to claims for large debt that are not legally valid under applicable law and that clients pay fees to LPG over a period of time, ranging from 18 to 30 months, through monthly debits from their bank accounts. Defendant denies the balance of the allegations.

56. In response to paragraph 56 of the Amended Complaint, Defendant admits that once a new client had executed the retainer and payment plan contract, and provided bank ACH information, LPG is responsible for servicing the client legal matters and that LPG utilized software such as DebtPayPro ("DPP"0 and LUNA to facilitate client communications, track payments information and send correspondence on behalf of clients to creditors, collections agencies, and/or credit bureaus via U.S Mail, facsimile, and/or email. Defendant further admits that some cases resulted in the disputed debt being corrected on the client's credit report, some resulted in debt settlement, which the client was responsible to pay in addition to payment plan. Defendant further admits that LPG will also file lawsuits in an effort to eliminate a disputed debt. Defendant denies the balance of the allegations.

57. In response to paragraph 57 of the Amended Complaint, Defendant denies the allegations.

58. In response to paragraph 58 of the Amended Complaint, Defendant denies the allegations.

59. In response to paragraph 59 of the Amended Complaint, Defendant denies the allegations.

60. In response to paragraph 60 of the Amended Complaint, Defendant denies the allegations.

61. In response to paragraph 61 of the Amended Complaint, Defendant denies the allegations.

62. In response to paragraph 62 of the Amended Complaint, Defendant admits the allegations.

63. In response to paragraph 63 of the Amended Complaint, Defendant admits the allegations.

64. In response to paragraph 64 of the Amended Complaint, Defendant admits the allegations.

65. In response to paragraph 65 of the Amended Complaint, Defendant admits the allegations.

66. In response to paragraph 66 of the Amended Complaint, Defendant denies the allegations.

67. In response to paragraph 67 of the Amended Complaint, Defendant denies the allegations.

68. In response to paragraph 68 of the Amended Complaint, Defendant denies the allegations.

69. In response to paragraph 69 of the Amended Complaint, Defendant denies the allegations.

70. In response to paragraph 70 of the Amended Complaint, Defendant denies the allegations.

71. In response to paragraph 71 of the Amended Complaint, Defendant denies the allegations.

72. In response to paragraph 72 of the Amended Complaint, Defendant denies the allegations.

73. In response to paragraph 73 of the Amended Complaint, Defendant admits the allegations.

74. In response to paragraph 74 of the amended Complaint, Defendant repeats and incorporates the responses to each allegation in the paragraphs, identified.

75. In response to paragraph 75 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

76. In response to paragraph 76 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

77. In response to paragraph 77 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

78. In response to paragraph 78 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

79. In response to paragraph 79 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

80. In response to paragraph 80 of the amended Complain, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

81. In response to paragraph 81 of the amended Complain, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

82. In response to paragraph 82 of the amended Complain, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

83. In response to paragraph 83 of the Amended Complaint, Defendant denies the allegations.

84. In response to paragraph 84 of the Amended Complaint, Defendant denies the allegations.

85. In response to paragraph 85 of the Amended Complaint, Defendant denies the allegations.

86. In response to paragraph 86 of the Amended Complaint, Defendant denies the allegations.

87. In response to paragraph 87 of the Amended Complaint, Defendant denies the allegations.

88. In response to paragraph 88 of the Amended Complaint, Defendant denies the allegations.

89. In response to paragraph 89 of the Amended Complaint, Defendant denies the allegations.

90. In response to paragraph 90 of the Amended Complaint, Defendant denies the allegations.

91. In response to paragraph 91 of the Amended Complaint, Defendant denies the allegations.

92. In response to paragraph 92 of the Amended Complaint, Defendant denies the allegations.

93. In response to paragraph 93 of the amended Complaint, Defendant repeats and incorporates the responses to each of the allegations in the paragraphs identified.

94. In response to paragraph 94 of the Amended Complaint, Defendant denies the allegations.

95. In response to paragraph 95 of the Amended Complaint, Defendant denies the allegations.

96. In response to paragraph 96 of the Amended Complaint, Defendant denies the allegations.

97. In response to paragraph 97 of the Amended Complaint, Defendant denies the allegations.

98. In response to paragraph 98 of the Amended Complaint, Defendant denies the allegations.

99. In response to paragraph 99 of the amended Complain, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

100. In response to paragraph 100 of the amended Complain, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

101. In response to paragraph 101 of the amended Complaint, Defendant repeats and incorporates the responses to each allegation in the paragraphs, identified.

102. In response to paragraph 102 of the amended Complain, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

103. In response to paragraph103 of the Amended Complaint, Defendant denies the allegations.

104. In response to paragraph 104 of the Amended Complaint, Defendant denies the allegations.

105. In response to paragraph 105 of the Amended Complaint, Defendant denies the allegations.

106. In response to paragraph 106 of the Amended Complaint, Defendant denies the allegations.

107. In response to paragraph 107 of the Amended Complaint, Defendant denies the allegations.

108. In response to paragraph 108 of the Amended Complaint, Defendant denies the allegations.

109. In response to paragraph 109 of the Amended Complaint, Defendant denies the allegations.

110. In response to paragraph 110 of the Amended Complaint, Defendant denies the allegations.

111. In response to paragraph 111 of the Amended Complaint, Defendant denies the allegations.

112. In response to paragraph 112 of the Amended Complaint, Defendant denies the allegations.

113. In response to paragraph 113 of the amended Complain, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

114. In response to paragraph 114 of the Amended Complaint, Defendant denies the allegations.

115. In response to paragraph 115 of the Amended Complaint, Defendant denies the allegations.

116. In response to paragraph 116 of the amended Complain, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

117. In response to paragraph 117 of the amended Complain, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

118. In response to paragraph 118 of the Amended Complaint, Defendant denies the allegations.

119. In response to paragraph 119 of the amended Complaint, Defendant repeats and incorporates the responses to each of the allegations in the paragraphs identified.

120. In response to paragraph 120 of the Amended Complaint, Defendant denies the allegations.

121. In response to paragraph 121 of the Amended Complaint, Defendant denies the allegations.

122. In response to paragraph 122 of the Amended Complaint, Defendant denies the allegations.

123. In response to paragraph 123 of the Amended Complaint, Defendant denies the allegations.

124. In response to paragraph 142 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

125. In response to paragraph 125 of the Amended Complaint, Defendant denies the allegations.

126. In response to paragraph 126 of the Amended Complaint, Defendant denies the allegations.

127. In response to paragraph 127 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

128. In response to paragraph 128 of the Amended Complaint, Defendant denies the allegations.

129. In response to paragraph 129 of the Amended Complaint, Defendant denies the allegations.

130. In response to paragraph 130 of the amended Complaint, Defendant repeats and incorporates the responses to each of the allegations in the paragraphs identified.

131. In response to paragraph 131 of the Amended Complaint, Defendant denies the allegations.

132. In response to paragraph 132 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

133. In response to paragraph 133 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

134. In response to paragraph 134 of the Amended Complaint, Defendant denies the allegations.

135. In response to paragraph 135 of the Amended Complaint, Defendant lacks sufficient information to admit or deny the allegations and on such basis denies the allegations.

**AFFIRMATIVE DEFENSES**

136. The amended Compliant fails to state a cause of action upon which relief can be granted.

Second Affirmative Defense

137. The alleged transfers, if any, were made in good faith.

Third Affirmative Defense

138. The Debtor received reasonably equivalent value for each of the alleged transfers, if any.

Four Affirmative Defense

139. The Debtor as not insolvent on the date that such transfer was made or became insolvent as a result of such transfer.

Fifth Affirmative Defense

140. The alleged transfers, if any, are subject to Defendant's rights of setoff and / or recoupment with respect to pre- and/or post-petition claims against the Debtor.

Sixth Affirmative Defense

141. Defendant was mere conduit for otherwise unavoidable transfers by the Debtor.

Seventh Affirmative Defense

142. The alleged transfers, if any, were not property of the estate.

RESERVATION OF RIGHTS

Defendant reserves the right to raise additional defenses to the extent further facts and information are discovered.

WHEREFORE, Defendants prays for Judgment as follows:

1. That Plaintiff takes nothing in the way of its Amended Complaint.

2. For costs incurred herein.

3. For such other and further relief that the Court may deem proper.

DATED: November 10, 2023,

By: <u>Daniel S. March, Esq.</u>

## DEMAND FOR JURY TRIAL

Daniel S. March hereby demands trial by jury.

DATED: November 10, 2023

By: <u>Daniel S. March, ESQ</u>

- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**    yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Teri T Pham**    tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17291 Irvine Blvd., Suite 101
Tustin, CA 92780

A true and correct copy of the foregoing document entitled (*specify*): Answer to Second Amended Complaint

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/13/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/13/2023 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Scott Clarkson
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/13/23 | Olga Esquivel | /s/ Olga Esquivel |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                 F 9013-3.1.PROOF.SERVICE