ERIC BENSAMOCHAN, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA 90211
Tel. (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Jeffrey I. Golden, State Bar No. 133040
Email: jgolden@go2.law
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone     714-966-1000
Facsimile     714-966-1002

Attorney for Creditor Oxford Knox, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP.<br><br>Debtor | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**STATEMENT BY OXFORD KNOX, LLC IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE AND TO THE TRUSTEE'S POCKET BRIEF OF CHAPTER 11 TRUSTEE RICHARD A. MARSHACK ON COURT'S AUTHORITY TO APPROVE THE SALE MOTION, (DOCKET NOS. 191 and 260)** |
|---|---|

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ITS COUNSEL, THE CHAPTER 11 TRUSTEE AND HIS COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, THE TWENTY LARGEST UNSECURED CREDITORS, IF KNOWN, AND ALL OTHER CREDITORS AND PARTIES IN INTEREST:**

Creditor, Oxford Knox, LLC, through and by counsel does hereby file this statement in support of the Trustee's motion to sell property of the estate (Docket No. 191) and the Pocket Brief of Chapter 11 Trustee Richard A. Marshack on Court's Authority to Approve the Sale Motion, (Docket No. 260). Oxford Knox reserves all rights to supplement or object to any proposed buyer.

Dated: July 19, 2023                                    The Bensamochan Law Firm, Inc.

                                                        /s/Eric Bensamochan
                                                        Eric Bensamochan, Esq.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9025 Wilshire Blvd. Suite 215
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT BY OXFORD KNOX, LLC IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE AND TO THE TRUSTEE'S POCKET BRIEF OF CHAPTER 11 TRUSTEE RICHARD A. MARSHACK ON COURT'S AUTHORITY TO APPROVE THE SALE MOTION, (DOCKET NOS. 191 and 260)**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **07/19/2023**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**United States Trustee (SA):**  ustpregion16.sa.ecf@usdoj.gov
**Kenneth Misken:** Kenneth.M.Misken@usdoj.gov
**Queenie K Ng:** queenie.k.ng@usdoj.gov
**Leslie Skorheim:**  leslie.skorheim@usdoj.gov
**The Litigation Practice Group P.C., represented by: Joon M Khang:** joon@khanglaw.com
**United Partnerships, LLC:**  info@fortislaw.com, represented by:
**Paul R Shankman:**  PShankman@fortislaw.com
**Lucy L. Thomson:**  lucythomson_cpo@earthlink.net
**Paul R. Shankman:**  PShankman@fortislaw.com
**SDCO Tustin Executive Center, Inc., Ronald K Brown:**  ron@rkbrownlaw.com
**Phillip A. Greenblatt, PLLC:**  mlieberman@lipsonneilson.com
**Teri T Pham:**  tpham@epglawyers.com
**OHP-CDR, LP, Razmig Izakelian:**  razmigizakelian@quinnemanuel.com
**Byron Z Moldo:**  bmoldo@ecjlaw.com
**Richard A Marshack (TR):**  pkraus@marshackhays.com
**Christopher Celentino:**  christopher.celentino@dinsmore.com
**Christopher Ghio:**  christopher.ghio@dinsmore.com
**D Edward Hays:**  ehays@marshackhays.com
**Yosina M Lissebeck:**  Yosina.Lissebeck@Dinsmore.com
**Laila Masud:**  lmasud@marshackhays.com
**Jonathan Serrano:**  jonathan.serrano@dinsmore.com
**Richard H Golubow:**  rgolubow@wghlawyers.com
**Garrick A Hollander:**  ghollander@wghlawyers.com
**Daniel A Lev:**  daniel.lev@gmlaw.com
**Jenny L Doling:**  jd@jdl.law
**Hi Bar Capital LLC,  Olivia Scott:**  olivia.scott3@bclplaw.com
                                       **Sharon Z. Weiss:**  sharon.weiss@bclplaw.com
**Grobstein Teeple LLP:**  jteeple@gtllp.com
**Debt Relief Group, LLC,   Johnny White:**  JWhite@wrslawyers.com
**Ira David Kharasch:**  ikharasch@pszjlaw.com
**Shawn M Christianson:**  cmcintire@buchalter.com
**Leslie A Cohen:**  leslie@lesliecohenlaw.com
**Jeffrey I Golden:**   jgolden@go2.law
**Meredith King:**  mking@fsl.law
**David S Kupetz:**  David.Kupetz@lockelord.com
**Christopher J Langley:**  chris@slclawoffice.com
**Daniel A Lev:**  daniel.lev@gmlaw.com
**Laila Masud:**  lmasud@marshackhays.com
**Alan I Nahmias:**  anahmias@mbn.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**Victoria Newmark:** vnewmark@pszjlaw.com
**Ronald N Richards:** ron@ronaldrichards.com
**Gregory M Salvato:** gsalvato@salvatoboufadel.com
**Andrew Still:** astill@swlaw.com
**Johnny White:** JWhite@wrslawyers.com
**Daniel A Lev:** daniel.lev@gmlaw.com
**Committee of Unsecured Creditors:** nkoffroth@foxrothschild.com
**Nicholas A Koffroth:** nkoffroth@foxrothschild.com
**Keith C Owens:** kowens@foxrothschild.com
**Randall Baldwin Clark:** rbc@randallbclark.com
**Alan Craig Hochheiser:** ahochheiser@mauricewutscher.com
**Carolyn Beech:** courtecl@edcombs.com
**Daniel A Edelman:** dedelman@edcombs.com
**Olivia Scott:** olivia.scott3@bclplaw.com
**Sharon Z. Weiss:** sharon.weiss@bclplaw.com
**Mari Agape:** js@brockgonzales.com
**Gregory M Salvato:** gsalvato@salvatoboufadel.com
**Ira David Kharasch:** ikharasch@pszjlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **07/19/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Hon. Scott C. Clarkson**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5130 / Courtroom 5C**
**Santa Ana, CA 92701-4593**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/19/2023 | Paulina Buitron | /s/Paulina Buitron |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:23-bk-10571-SC<br>Central District of California<br>Santa Ana<br>Wed Jul 19 10:25:39 PDT 2023 | City Capital, NY<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 | Committee of Unsecured Creditors<br>c/o Fox Rothschild LLP<br>Attn: Nicholas A. Koffroth<br>10250 Constellation Blvd.<br>Suite 900<br>Los Angeles, CA 90067-6275 |
| Dinsmore & Shohl LLP<br>655 W Broadway Ste 800<br>San Diego, Ca 92101-8482 | Grobstein Teeple LLP<br>Grobstein Teeple LLP<br>23832 Rockfield Blvd suite 245<br>Lake Forest, CA 92630-2884 | Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620-3663 |
| SDCO Tustin Executive Center, Inc.<br>c/o RONALD K. BROWN, JR.<br>901 DOVE ST., SUITE 120<br>NEWPORT BEACH, CA 92660-3018 | The Litigation Practice Group P.C.<br>17542 17th St<br>Suite 100<br>Tustin, CA 92780-1981 | United Partnerships, LLC<br>Fortis LLP<br>650 Town Center Drive<br>Ste 1530<br>Costa Mesa, CA 92626-7021 |
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | ACB Holdings, LP<br>c/o Old Hickory Partners<br>303 Colorado Street, Suite 2550<br>Austin, TX 78701-0023 | Aaron Davis<br>P.O. Box 735<br>Custer, SD 57730-0735 |
| Abigail Beaudin<br>64 Thompson Street, APT 16<br>New York, NY 10012-4317 | Affirma, LLC<br>c/o Caesar Mercado<br>P.O. Box 515827<br>Los Angeles, CA 90051-3127 | Ajilon<br>Lockbox: Dept CH 14031<br>Palatine, IL 60055-0001 |
| Alan Roberts<br>1014 Broadway<br>325<br>Santa Monica CA 90401<br>Santa Monica, CA 90401-2808 | Alexandra H Lutfi<br>11020 Alta Mesa Road<br>Victorville Ca 92392-1828 | Alice Stanton<br>160 Brookdale Ln<br>Indiana PA 15701-6301 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Angela Denise Blair<br>8711 HAYSHED LN<br>APT 24<br>COLUMBIA, MD 21045-2849 | Anibal Colon Jr<br>c/o Alexander Taylor, Esq.<br>Sulaiman Law Group Ltd<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148-7103 |
| Anthem Blue Cross<br>PO Box 511300<br>Los Angeles, CA 90051-7855 | April Riedy<br>3949 Clubview Avenue<br>West Bloomfield Township, MI 48324-2807 | Arizona Dept of Economic Security<br>PO Box 6028<br>Phoenix, AZ 85005-6028 |
| Arkansas Department of Finance and Administr<br>Revenue Legal Counsel<br>P.O. Box 1272, Rm. 2380<br>Little Rock, AR 72203-1272 | Arkansas Dept of Finance & Admin<br>PO Box 9941, Little Rock, AR 72203-9941<br>Little Rock, AR 72203-9941 | Arven Allen Knight<br>1805 23rd St SE Apt 252B<br>Washington DC 20020-4550 |
| Ashley Glockner<br>369 W bay street<br>Unit D<br>Costa Mesa, CA 92627-5748 | Azevedo Solutions Groups, Inc<br>420 Adobe Canyon Rd<br>Kenwood, CA 95452-9048 | Beverly Graham<br>c/o Bobby Walker, Esq.<br>Sulaiman Law Group<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148-7103 |

| | | |
|---|---|---|
| Blanche whealdon<br>1317 harvard avenue<br>Natrona heights, PA 15065-1424 | Blue Cross of California d/b/a Anthem Blue C<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1803 | Bonita Marie Scott<br>2132 Ohio Ave<br>Columbus, IN 47201-6444 |
| Bradley James Mazan<br>2073 US Hwy 50<br>Batavia, OH 45103-8616 | Brianne Pusztai<br>27784 Inverness<br>Mission Viejo, CA 92692-1544 | Brittany Weston, Esq.<br>3070 Bristol Pike, Suite 1-115<br>Bensalem, PA 19020-5356 |
| Business Centers of America<br>1100 Sir Francis Drake Blvd<br>Ste 1<br>Kentfield, CA 94904-1476 | CT Corporation - Inv<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | California Dept. of Tax and Fee Administrati<br>Collections Support Bureau, MIC: 55<br>PO Box 942879<br>Sacramento, CA 94279-0001 |
| California Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0001 | Carl Oswald Wuestehube<br>33832 Diana Drive<br>Dana Point, CA 92629-2309 | Carolina Technologies & Consulting Invoice<br>1854 Hendersonville Road, Suite A<br>PMB #178<br>Asheville, NC 28803-2495 |
| Carolyn Beech<br>c/o Daniel Edelman, Esq.<br>20 South Clark St., Ste1500<br>Chicago, IL 60603-1824 | Christine Johnson<br>7807 171st Place<br>Tinley Park, IL 60477-3267 | Cindy Newman<br>19962 Nipona ct<br>Riverside CA 92508-3231 |
| City Capital NY<br>1135 Kane Concourse<br>Bay Harbour Islands, FL 33154-2025 | Collaboration Advisors<br>400 Dorla Court<br>Zephyr Cove, NV 89448 | Cory Reade Dows and Shafer<br>1333 N Buffalo Drive<br>Suite 210<br>Las Vegas, NV 89128-3636 |
| Credit Reporting Service Inc<br>548 Market St, Suite 72907<br>San Francisco, CA 94104-5401 | Darcy Williamson, Trustee<br>510 SW 10th<br>Topeka, KS 66612-1606 | David Orr, Esq.<br>26053 Balsawood Ct<br>Wesley Chape, FL 33544-2008 |
| David Ulery<br>c/o Joshua Eggnatz, Esq,<br>EGGNATZ<br> PASCUCCI<br>7450 Griffin Road, Suite 230<br>Davie, FL 33314-4104 | Debra M Archambault<br>5 Carlann Lane<br>Valley Cottage, NY 10989-1409 | Debra Price<br>c/o Robert Cocco<br>1500 Walnut St, Ste 900<br>Philadelphia, PA 19102-3518 |
| Debt Pay Pro<br>1900 E Golf Road, Suite 550<br>Schaumburg, IL 60173-5870 | Debt Validation Fund II, LLC<br>5075 Lower Valley Road<br>Atglen, PA 19310-1774 | Denise Burtchell<br>185 Old Canterbury Tpke<br>Norwich, CT 06360-1709 |
| Dennis Theriault<br>PO Box 110<br>Milan, NH 03588-0110 | (p)WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | Diverse Capital LLC<br>323 Sunny Isles Blvd, Ste 503<br>Sunny Isles, FL 33160-4675 |

| | | |
|---|---|---|
| Document Fulfillment Services<br>2930 Ramona Ave #100<br>Sacramento, CA 95826-3838 | Donald and Sharon Seal<br>338 N Adams St<br>Plentywood, MT 59254-1666 | Douglas F. Stiele<br>6870 Flemming Circle<br>Prior Lake, MN 55372-2622 |
| Douglas Stiele<br>6870 Flemming Circle<br>Prior Lake, MN 55372-2622 | Edwin Valdivia Fitz<br>666 W 18th St<br>APt 9<br>Costa Mesa, CA 92627-5024 | Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 |
| EnergyCare, LLC<br>2925 N. Green Valley Parkway<br>Suite C<br>Henderson, NV 89014-0418 | Executive Center LLC<br>5960 South Jones Blvd<br>Las Vegas, NV 89118-2610 | Exela Enterprise Solutions<br>2701 E. Grauwyler Road<br>Irving, TX 75061-3414 |
| Firas Abunada<br>18927 Hickory Creek Drive, Suite 115<br>Mokena, IL 60448-8660 | First Legal Network, LLC<br>PO Box 743451<br>Los Angeles, CA 90074-3451 | Forth Technology, Inc.<br>1900 E. Golf Road<br>Suite 550<br>Schaumburg, IL 60173-5870 |
| Fundura Capital Group<br>80 Broad Street, Ste 3303<br>New York, NY 10004-2845 | GHA Technologies Inc<br>8998 E Raintree Dr<br>Scottsdale, AZ 85260-7024 | GHA Technologies Inc<br>Dept #2090<br>PO Box 29661<br>Phoenix, AZ 85038-9661 |
| Gabriel Fernando Monroy<br>831 W Romneya Drive #831<br>Anaheim, CA 92801-2311 | Geneve and Myranda Sheffield<br>c/o Jeremiah Heck, Esq<br>Luftman Heck & Assoc<br>6253 Riverside Dr, Ste 200<br>Dublin, OH 43017-5450 | Georgia Dept of Labor<br>148 Andrew Young International Blvd, NE,<br>Atlanta, GA 30303-1751 |
| Gerardo Guzman<br>5515 S. Emporia<br>Wichita, KS 67216-3610 | Gloria Eaton<br>c/o Kris Skaar, Esq.<br>133 Mirramont Lake Dr.<br>Woodstock, GA 30189-8215 | Haley Simmoneau<br>PO BOX 1364<br>Mustang, OK 73064-8364 |
| Han Trinh<br>2128 W Cherry Dr<br>Orange, CA 92868-1927 | Harrington Electric Inc<br>PO Box 886<br>Skyland, NC 28776-0886 | Heba Qandeel-Kishta<br>7625 Brookside Glen Drive<br>Tinley Park, IL 60487-5197 |
| Heidi Hirsch<br>726 N Beachwood Dr<br>Burbank, CA 91506-1630 | Helen C Banks<br>9338 S Emerald Ave<br>Chicago, IL 60620-2743 | Hunter Hastings<br>26847 Ellis Mill Rd<br>Seaford, DE 19973-4656 |
| Imagine Reporting<br>1350 Columbia Street<br>Suite 703<br>San Diego, CA 92101-3456 | (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 | Indiana Dept of Revenue<br>PO Box 1028<br>INDIANAPOLIS, IN 46206-1028 |

```
(p)INTERNAL REVENUE SERVICE          Israel Orozco                      Ivy Burden-Pope
   CENTRALIZED INSOLVENCY OPERATIONS 115 E Date St                      291 Altamonte Bay Club Circle
   PO BOX 7346                       Brea, CA 92821-5428                Apt 207
   PHILADELPHIA PA 19101-7346                                           Altamonte Springs, FL 32701-5877


JACLYN GOMEZ                         JP Morgan Chase                    James Hammett
109 Tottenham Lane                   3 Park Plaza, Ste 900              c/o Jenna Dakraub
Elk Grove Village, IL 60007-3818     Irvine, CA 92614-5208              Price Law Group
                                                                        8245 N. 85th Way
                                                                        Scottsdale, AZ 85258-4349


Jane Ann Dearwester                  Jason  Stopnitzky                  Jennifer Ann McLaughlin
P.O. Box 7084                        Law Offices of Leslie E. Chayo     2145 Country Knoll Ct
Asheville, NC 28802-7084             9454 Wilshire Blvd.,               Elgin, IL 60123-4903
                                     Penthouse
                                     Beverly Hills, CA 90212-2937


Jessica Jarboe                       Joan P Schott                      John Charles Porter
PO BOX 4392                          9303 Lands Point                   308 South Ramsey St
KINGMAN AZ 86402                     San Antonio TX 78250-2876          Manchester TN 37355-1735
Kingman, AZ 86402-4392


John Ray Soriano                     Johnny RIzo                        Jordan Michael Kurth
1805 SE Lund Ave #1010               c/o Bobby Walker, Esq.             205 Walnut Drive
Port Orchard, WA 98366-5555          Sulaiman Law Group                 Eighty Four, PA 15330-8625
                                     2500 S. Highland Ave, Ste 200
                                     Lombard, IL 60148-7103


Joseph C. Zoltek                     Juize, Inc                         Justin Nguyen
1975 Terwood Road                    PO Box 505                         3164 East Hazelwood, Unit A
Huntingdon Valley, PA 19006-5501     Murrieta, CA 92564-0505            Orange, CA 92869-7569


Kaprise Cooper                       Karen Suell                        Kari B. Coniglio, Chapter 7 Trustee
5470 NW 88th Ave F104                c/o Nathan C. Volheim, Esq         200 Public Square, Suite 1400
Sunrise, FL 33351-4809               Sulaiman Law Group                 Cleveland, OH 44114-2327
                                     2500 S. Highland Ave, Ste 200
                                     Lombard, IL 60148-7103


Kathleen Lacey                       Kathleen Scarlett                  Kelley M. Stiele
c/o David Chami, Esq.                c/o Jeremiah Heck, Esq.            6870 Flemming Circle
Price Law Group                      Luftman Heck & Assoc               Prior Lake, MN 55372-2622
8245 N. 85th Way                     6253 Riverside Dr, Ste 200
Scottsdale, AZ 85258-4349            Dublin, OH 43017-5450


Kelly Dooley                         Kenneth Hutchins                   Kenneth Topp
12591 Bryant St                      PO Box 162035                      c/o Nathan Volheim, Esq
Broomfield CO 80020-3847             Sacramento, CA 95816-2035          Sulaiman Law Group Ltd
                                                                        2500 S Highland Ave, Ste 200
                                                                        Lombard, IL 60148-7103


Kevin Carpenter                      Kimberly Birdsong                  Krisp Technologies, Inc
c/o Alexander Taylor, Esq,           c/o Alexander J. Taylor, Esq.      2150 Shattuck Ave
Sulaiman Law Group Ltd               SULAIMANLAW GROUP                  Penthouse 1300
2500 S. Highland Ave, Ste 200        2500 South Highland Ave            Berkeley, CA 94704-1347
Lombard, IL 60148-7103               Suite 200
                                     Lombard, IL 60148-7103
```

| | | |
|---|---|---|
| LHH RS<br>c/o Steven Rebidas<br>4800 Deerwood Campus Parkway<br>BLDG 800<br>Jacksonville FL 32246-8319 | Laura Ceva<br>280 Black Oak Cove Road<br>Candler, NC 28715-8139 | LexisNexus<br>15500 B Rockfield Blvd<br>Irvine, CA 92618-2722 |
| Liberty Mutual<br>PO Box 91013<br>Chicago, IL 60680-1171 | Lisa Gore<br>2734 W. 18th Avenue, Apt. 1F<br>Chicago, IL 60608-1798 | Lorraine Dineen<br>1026 Swinton Ave<br>Bronx, NY 10465-1921 |
| MC DVI Fund 1, LLC; MC DVI Fund 2, LLC<br>1598 Cottonwood Dr<br>Glenview, IL 60026-7769 | MDL Group c/o Executive Center LLC<br>5960 South Jones Boulevard<br>Las Vegas, NV 89118-2610 | Marc LeMauviel<br>326 Macneil Way<br>Weaverville, NC 28787-6700 |
| Marc Lemauviel - Allegra<br>326 MacNeil Way<br>Weaverville, NC 28787-6700 | Marich Bein LLC<br>99 Wall Street<br>Ste 2669<br>New York, NY 10005-4301 | MarkSYS Holdings, LLC<br>3725 Cincinnati Ave<br>Suite 200<br>Rocklin, CA 95765-1220 |
| Melissa L. and Shiva L. Sooknanan<br>1584 Apache Way<br>Clarksville, TN  37042-8178 | Michael D Lieberman<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, MI 48302-1461 | Michael O'Sullivan<br>1530 River Drive<br>Apt K300<br>Tampa, FL 33603-3050 |
| Michael Schwartz<br>3968 Lowry Avenue<br>Cincinnati, OH 45229-1310 | Michael Yancey III<br>8245 N 85th Way<br>Scottsdale, AZ 85258-4349 | Michael and Sarah Pierce<br>122 Southshore Drive<br>Jackson, TN 38305-6223 |
| Miguel A Zuanabar Jr<br>812 Sumner Street<br>Addison, IL 60101-1338 | Mississippi Department of Revenue<br>ATTN: Bankruptcy Section<br>P. O. Box 22808<br>Jackson, MS 39225-2808 | Mississippi Dept of Revenue<br>PO Box 23075<br>Jackson, MS 39225-3075 |
| Murry S. Bushnell<br>1717 s cushman ave<br>Tacoma, WA 98405-3535 | Natalka Palmer<br>217 NW Riverfront Street<br>Bend, OR 97703-2528 | Nationwide Appearance Attorneys<br>5737 Kanan Rd #628<br>Agoura Hills, CA 91301-1601 |
| Netsuite-Oracle<br>2300 Oracle Way<br>Austin, TX 78741-1400 | Nevada Dept of Taxation<br>1550 College Parkway, Suite 115<br>Carson City, NV 89706-7939 | OHP-CDR, LP<br>c/o Quinn Emanuel Urquhart & Sullivan LL<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-5003 |
| Olga Lucia Esquivel<br>25526 Maier Circle<br>Menifee, CA 92585-8881 | Outsource Accelerator Ltd<br>City Marque Limited, Unit 8801-2<br>Bldg 244-248 Des Voeux Rd<br>Central Hong Kong | Paola Gomez<br>19542 Pompano Ln<br>103<br>Huntington Beach, CA 92648-6424 |

| | | |
|---|---|---|
| Peter Schneider<br>12115 NE 165th PL<br>Bothell, WA 98011-7115 | Phillip A. Greenblatt, PLLC<br>P.O. Box 4270<br>Suite 200<br>Southfield, MI 48037-4270 | Phuong Trinh<br>2128 W Cherry Dr<br>Orange, CA 92868-1927 |
| Pitney Bowes<br>PO Box 981026<br>Boston, MA 02298-1026 | Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton, CT 06484-4361 | R. Reed Pruyn<br>3524 West Overlook Drive<br>Layton, UT 84041-7144 |
| Rapid Credit Inc<br>3558 Round Barn Blvd<br>Suite 200<br>Santa Rosa, CA 95403-0991 | Rebecca S. Coulter<br>358 Cass Pl<br>Canton, IL 61520-1720 | Robert Newman<br>2800 Southwind Ave<br>Lake Havasu, AZ 86406-8574 |
| Ronald W. Moore<br>101 Aberdeen Chase Dr., Apt. D<br>Easley, SC 29640-3079 | Rosie Niku<br>9061 Keith Ave #101<br>West Hollywood, CA 90069-5532 | SBS Leasing A Program of De Lage Landen<br>PO Box 41602<br>Philadelphi, PA 19101-1602 |
| STATE OF NEVADA DEPARTMENT OF TAXATION<br>700 E WARM SPRINGS RD STE 200<br>LAS VEGAS, NV 89119-4311 | Sabrina Cazeau<br>3623 nw 30th place apt 305<br>Fort Lauderdale, FL 33311-8575 | Salvatore Porcaro<br>72 Dorset Drive<br>Clark, NJ 07066-3010 |
| Security Solutions<br>10911 Bloomfield St<br>Los Alamitos, CA 90720-2506 | Sharp Business Systems<br>8670 Argent St<br>Santee, CA 92071-4172 | Sherri Chen<br>3164 East Hazelwood<br>Unit A<br>Orange, CA 92869-7569 |
| Stefan Dahlkvist<br>7876 Laurel Canyon Blvd<br>Los Angeles CA 90046 | Steve Malu<br>2582 Se 18th Ave<br>Gainesville FL 32641-1211 | Streamline Performance Inc<br>1551 N Tustin, #555<br>Santa Ana, CA 92705-8634 |
| Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017-5838 | TaskUs Holdings, Inc.<br>1650 Independence Dr<br>New Braunfels, TX 78132-3959 | Teresa A. Piccolo<br>50 Fair Street, Apt. #1<br>Wallingford, CT 06492-4209 |
| Thanhhang Nguyen<br>2128 W Cherry Dr<br>Orange, CA 92868-1927 | The Bankruptcy Estate of<br>Steven Robert Verzal<br>1251 North Eddy Street<br>Suite 203<br>South Bend IN 46617-1478 | The Placide Group Co<br>624 Brookwood Lane<br>Maitland, FL 32751-5115 |
| The Woods Law Firm, LLC<br>360 Bloomfield Avenue<br>Suite 301<br>Windsor, CT 06095-2700 | The Woods Law Firm, P.C.<br>520 White Plains Road<br>Suite 500<br>Tarrytown, NY 10591-5118 | Thomas Ray<br>2312 Platinum Dr<br>Sun City Center, FL 33573-6495 |

| | | |
|---|---|---|
| Thomson Reuters<br>610 Opperman Drive<br>Eagen, MN 55123-1340 | Tustin Executive Center<br>1630 S Sunkist Street<br>Ste A<br>Anaheim, CA 92806-5816 | Twilio, Inc<br>101 Spear Street<br>Suite 500<br>San Francisco, CA 94105-1559 |
| Unified Global Research Group<br>1660 HOTEL CIR N STE S620<br>SAN DIEGO, CA 92108-2806 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 |
| Validation Partners LLC<br>1300 Sawgrass Pkwy<br>Ste 110<br>Sunrise, FL 33323 | Venture Partners LLC<br>1309 Coffeen Avenue STE 1200<br>Sheridan, WY 82801-5777 | Wisconsin Dept of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 |
| Byron Moldo<br>9401 Wilshire Boulevard, Twelfth Floor<br>Beverly Hills, CA 90212-2928 | Carolyn Beech<br>c/o Edelman, Combs, Latturner & Goodwin<br>20 S. Clark Street Ste 1500<br>Chicago, IL 60603-1824 | Eric Bensamochan<br>The Bensamochan Law Firm, Inc.<br>9025 Wilshire Blvd Suite 215<br>Beverly Hills, CA 90211-1825 |
| Jason Patterson Stopnitzky<br>52 Cupertino Circle<br>Aliso Viejo, CA 92656-8076 | Joon M Khang<br>KHANG & KHANG LLP<br>4000 Barranca Parkway, Suite 250<br>Irvine, CA 92604-1713 | Lucy L. Thomson<br>1455 Pennsylvania Avenue, N.W.<br>Suite 400<br>Washington, DC 20004-1017 |
| Mari Agape<br>c/o Brock & Gonzales, LLP<br>Attn: Jesse S. Stratos, Esq.<br>6701 Center Drive West, Ste 610<br>Los Angeles, CA 90045-1597 | Paul R. Shankman<br>Fortis LLP<br>650 Town Center Drive<br>Suite 1530<br>Suite 1530<br>Costa Mesa, CA 92626-7021 | Randall Baldwin Clark<br>Randall Baldwin Clark, Attorney at Law,<br>80A W Hollis Rd<br>Address2:<br>Address2:<br>Hollis, NH 03049-6406 |
| (p)RICHARD A MARSHACK<br>ATTN MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE CA 92620-3663 | Teri Pham<br>Enenstein, Pham and Glass<br>3200 Bristol Street<br>Suite 500<br>Costa Mesa, CA 92626-1810 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dept of Labor and Industries<br>PO Box 34022<br>Seattle, WA 98124 | Indiana Department of Revenue<br>100 N. Senate Ave<br>Indianapolis, IN 46204 | Internal Revenue Service (IRS)<br>Internal Revenue Service<br>Ogden, UT 84201 |
| Richard A Marshack (TR)<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ad Hoc Consumer Claimants Committee | (u)Anaheim Arena Management, LLC | (u)Anaheim Ducks Hockey Club, LLC |
| (u)Azzure Capital LLC | (u)Bicher & Associates | (u)Consumer Legal Group, P.C. |
| (u)Courtesy NEF | (u)Debt Relief Group, LLC | (u)Debt Validation Fund II, LLC |
| (u)Hi Bar Capital LLC | (u)INTERESTED PARTY | (u)Liberty Acquisitions Group Inc. |
| (u)MC DVI Fund 1, LLC | (u)MC DVI Fund 2, LLC | (u)OHP-CDR, LP |
| (u)Phillip A. Greenblatt, PLLC | (d)Bonita Marie Scott<br>2132 Ohio Avenue<br>Columbus, IN 47201-6444 | (d)City Capital NY<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 |

(d)WA State Department of Labor and Industrie
Bankruptcy unit
PO Box 44171
Olympia, WA 98504-4171

End of Label Matrix
Mailable recipients    199
Bypassed recipients     19
Total                  218