D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

CHRISTOPHER B. GHIO (State Bar No. 259094)
CHRISTOPHER CELENTINO (State Bar No. 131688)
JEREMY B. FREEDMAN (State Bar No. 308752)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
Christopher.ghio@dinsmore.com
Christopher.celentino@dinsmore.com
Jeremy.freedman@dinsmore.com
Special Counsel to Richard A. Marshack,
Chapter 11 Trustee for the Bankruptcy Estate
of The Litigation Practice Group P.C.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>NOTICE OF DECLARATIONS OF MARCO GREEN, VIVIAN SOLIS, EMILY TRACEY, LEJLA JACOBSON, EDUARDO NIEZ, CYNTHIA LEYDIG, MIRTIE WOLDEMICHAEL, JOHN STRICKLAND, AND TANIA MEJIA |

/ / /

/ / /

1
NOTICE OF DECLARATIONS

4882-7623-8961, v. 1

1

2   TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

3   THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

4          Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") for the bankruptcy

5   estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), files this Notice of Declarations

6   in support of his administration of the Estate. Attached as **Exhibit 1** are true and correct copies of

7   declarations signed by Marco Green, Vivian Solis, Emily Tracey, Lejla Jacobson, Eduardo Niez,

8   Cynthia Leydig, Mirtie Woldemichael, John Strickland, and Tania Mejia.

9

10  Date: July 19, 2023                                MARSHACK HAYS LLP

11                                                    By: */s/ D. Edward Hays*
                                                          D. EDWARD HAYS
12                                                        LAILA MASUD
                                                          BRADFORD N. BARNHARDT
13                                                        Attorneys for Chapter 11 Trustee,
                                                          RICHARD A. MARSHACK
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit "1"

## Declaration of Marco Green

I, MARCO GREEN, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge. I make this Declaration in support of the Chapter 11 Trustee's efforts to administer the estate of The Litigation Practice Group P.C. ("LPG").

2. I currently live in Virginia. To handle my debts, I contacted Oakstone.

3. My total enrolled debt is $33,200. My balance to Citibank was approximately $3,937. I have paid Phoenix Law ("Phoenix") fees in the amount of $4,227.03 regarding all my enrolled debt.

4. Oakstone negotiated a settlement under which I only had to pay $2,750 to Citibank rather than $3,937 which is 69% of the amount owed. I agreed to this settlement which I can afford, but I accidentally missed the initial payment. Ultimately, Phoenix saved the settlement from defaulting by getting Citibank to agree to honor the initial arrangement.

5. The interest rate(s) on my debt(s) is very high and I avoided paying all of this interest. I was struggling to make the minimum payments under these debts. If I had to pay these debts, I would have had difficulty paying all my living expenses. The settlement avoided all my liability for this interest and I was able to pay over time.

6. Absent Phoenix I would not have been able to afford my full payments on my debts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July ___, 2023.

*Marco L Green*
MARCO GREEN

DECLARATION
1

# Declaration of Vivian Solis

I, VIVIAN SOLIS, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge.

2. I make this Declaration in support of the Chapter 11 Trustee's efforts to administer the estate of The Litigation Practice Group P.C. ("LPG").

3. I currently live in California.

4. To handle my debts, I contacted LPG.

5. My total enrolled debt is $4,866.

6. I accepted a settlement of my Synchrony Bank debt through LPG of $2,700, but I did not make the payments for two months.

7. Phoenix Law then saved the settlement from defaulting by getting Synchrony Bank to agree to honor the initial arrangement.

8. I have paid $3,611.90 in fees to LPG and Phoenix Law regarding all my enrolled debt.

9. The interest rate(s) on my debt(s) was very high and I avoided paying all this interest. I was struggling to make the minimum payments under these debts. If I had to pay these debts, I would have had difficulty paying all my living expenses. The settlement avoided all my liability for this interest.

10. Absent LPG and Phoenix Law, I would not have been able to afford my full payments to Synchrony Bank.

//
//
//
//
//

DECLARATION
1

11. I did not want to file bankruptcy, and the debt settlement I obtained helped me avoid bankruptcy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 14, 2023.

_/s/ VIVIAN SOLIS_

VIVIAN SOLIS

DECLARATION
2

**Declaration of Emily Tracey**

I, EMILY TRACEY, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge.

2. I make this Declaration in support of the Chapter 11 Trustee's efforts to administer the estate of The Litigation Practice Group P.C. ("LPG").

3. I currently live in Pennsylvania.

4. To handle my debts, I contacted LPG.

5. My total enrolled debt is $17,756.

6. My monthly payments to Synchrony Bank were $385.07.

7. LPG successfully negotiated a reduction to my monthly Synchrony Bank payments to $162.50, which is principal only. I agreed to this settlement, which I can afford.

8. I have paid LPG fees in the amount of $3,882.77 regarding all my enrolled debt.

9. The interest rate(s) on my debt(s) was very high and I avoided paying all this interest. I was struggling to make the minimum payments under these debts. If I had to pay these debts, I would have had difficulty paying all my living expenses. The settlement avoided all my liability for this interest and I only have to pay 42% of my former monthly payments.

10. Absent LPG, I would not have been able to afford my full monthly payments to Synchrony Bank.

//
//
//
//

DECLARATION
1

1  //

2    11.   I did not want to file bankruptcy, and the debt settlement I obtained
3  helped me avoid bankruptcy.

5    I declare under penalty of perjury that the foregoing is true and correct.
6  Executed on July ___, 2023.

                                            EMILY TRACEY

DECLARATION
2

# Declaration of Lejla Jacobson

I, LEJLA JACOBSON, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge. I make this Declaration in support of the Chapter 11 Trustee, Richard A. Marshack's efforts to administer the estate of The Litigation Practice Group, Case No. 8:23-bk-10571-SC.

2. I currently live in North Carolina. To handle my debts, I contacted Phoenix Law ("Phoenix"). At the time I contacted Phoenix, I had been served with 2 summonses at one time stemming from outstanding debt.

3. My total enrolled debt is $23,282. My balance to American Express was $7,845.09[1]. The fees I have paid to date total $2,211.54.

4. Phoenix was able to negotiate a settlement under which I paid a lump sum payment of $4,709 to American Express which was 60% of the original balance owed of $7,845.09. I agreed to this settlement which I can afford.

5. The interest rate(s) on my debt(s) is very high and I avoided paying all of this interest. I was struggling to make the minimum payments under these debts. If I had to pay these debts, I would have had difficulty paying all my living expenses. The settlement avoided all my liability for this interest and I was able to pay over time.

6. Absent Phoenix I would not have been able to afford my full payments on my debts. I did not want to file bankruptcy, and the settlement I obtained helped me avoid bankruptcy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July ___, 2023.

_____
Lejla Jacobson

07/18/2023

---

[1] Debt 1 - $4,933.59 settled for $2,961; Debt 2 - $2,911.50 settled for $1,748.

DECLARATION
1

## Declaration of Eduardo Niez

I, EDUARDO NIEZ, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge. I make this Declaration in support of the Chapter 11 Trustee, Richard A. Marshack's efforts to administer the estate of The Litigation Practice Group ("LPG"), Case No. 8:23-bk-10571-SC.

2. I currently live in Texas. To handle my debts, I contacted LPG.

3. My total enrolled debt is $88,255 that I owed to multiple creditors, including $13,577.65 to NASA Federal Credit Union ("NASA"). The fees I have paid to date total $27,278.88.

4. Phoenix Law was able to negotiate a settlement on the amount owed NASA in the amount of $11,000 paid over 36 payments where the original balance owed was $13,577.65. I agreed to this settlement which I can afford.

5. The interest rate(s) on my debt(s) is very high and I avoided paying all this interest. I was struggling to make the minimum payments under these debts. If I had to pay these debts, I would have had difficulty paying all my living expenses. The settlement avoided all my liability for this interest and I was able to pay over time.

6. Absent Phoenix Law I would not have been able to afford my full payments on my debts. They helped prevent me from experiencing wage garnishment.

7. I did not want to file bankruptcy, and the settlement I obtained helped me avoid bankruptcy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2023.

/s/ Eduardo Niez
Eduardo Niez

 Scanned with CamScanner

DECLARATION
1

**Declaration of Cynthia Leydig**

I, Cynthia Leydig, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge. I make this Declaration in support of the Chapter 11 Trustee, Richard A. Marshack's efforts to administer the estate of The Litigation Practice Group ("LPG"), Case No. 8:23-bk-10571-SC.

2. I currently live in Pennsylvania. To handle my debts, I contacted LPG.

3. My total enrolled debt is $21,504. My balance to LVNV Funding was $2,743.46. The fees I have paid to date total $10,962.78.

4. LPG was able to negotiate a settlement in the amount of $2,058 paid over three months where the original balance owed was $2,743.46.

5. The interest rate(s) on my debt(s) is very high and I avoided paying all of this interest. I was struggling to make the minimum payments under these debts. If I had to pay these debts, I would have had difficulty paying all my living expenses. The settlement avoided all my liability for this interest and I was able to pay over time.

6. Absent LPG I would not have been able to afford my full payments on my debts. I did not want to file bankruptcy, and the settlement I obtained helped me avoid bankruptcy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July ___, 2023.

_____
Cynthia Leydig

DECLARATION
1

4859-3715-7669, v. 1

*[signature: Cynthia]*

DECLARATION
2

## Declaration of Mirtie Woldemichael

I, Mirtie Woldemichael, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I make this Declaration in support of the Chapter 11 Trustee, Richard A. Marshack's efforts to administer the estate of The Litigation Practice Group ("LPG"), Case No. 8:23-bk-10571-SC.

5. I currently live in Virginia. To handle my debts, I contacted LPG.

6. My total enrolled debt is $11,738. My balance to American Express was $9,567. The fees I have paid to date total $1,536.41.

7. LPG was able to negotiate a settlement under which the amount of $5,900 is paid over 23 payments which was 62% of the original balance owed of $9,567.

8. The interest rate(s) on my debt(s) is very high and I avoided paying all of this interest. I was struggling to make the minimum payments under these debts. If I had to pay these debts, I would have had difficulty paying all my living expenses. The settlement avoided all my liability for this interest and I was able to pay over time.

9. Absent LPG I would not have been able to afford my full payments on my debts. I did not want to file bankruptcy, and the settlement I obtained helped me avoid bankruptcy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July ___, 2023.

_____
Mirtie Woldemichael

DECLARATION
1

### Declaration of John Strickland

I, JOHN STRICKLAND, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge.

2. I make this Declaration in support of the Chapter 11 Trustee's efforts to administer the estate of The Litigation Practice Group P.C. ("LPG").

3. I currently live in Illinois.

4. To handle my debts, I contacted LPG.

5. My total enrolled debt is $35,226.

6. An LPG settlement officer obtained a 54% settlement on a Synchrony Bank legal account, which settled for $1,800. I agreed to this settlement, which I can afford.

7. I have paid LPG fees in the amount of $8,813.52 regarding all my enrolled debt.

8. The interest rate(s) on my debt(s) was very high and I avoided paying all this interest. I was struggling to make the minimum payments under these debts. If I had to pay these debts, I would have had difficulty paying all my living expenses. The settlement avoided all my liability for this interest and I only had to pay 54% of the principal.

9. Absent LPG, I would not have been able to afford my full payments to Synchrony Bank.

//
//
//
//
//

DECLARATION
1

10. I did not want to file bankruptcy, and the debt settlement I obtained helped me avoid bankruptcy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July ___, 2023.

_____
JOHN STRICKLAND

## Declaration of Tania Mejia

I, TANIA MEJIA, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge. I make this Declaration in support of the Chapter 11 Trustee, Richard A. Marshack's efforts to administer the estate of The Litigation Practice Group ("LPG"), Case No. 8:23-bk-10571-SC.

2. I currently live in Florida. To handle my debts, I contacted LPG.

3. My total enrolled debt is $18,746. My balance to Synchrony Bank was $2,517.57. The fees I have paid to date total $2,146.32.

4. LPG was able to negotiate a settlement under which I paid $1,511, paid over three months to Synchrony Bank where the original balance owed was $2,517.57.

5. The interest rate(s) on my debt(s) is very high and I avoided paying all of this interest. I was struggling to make the minimum payments under these debts. If I had to pay these debts, I would have had difficulty paying all my living expenses. The settlement avoided all my liability for this interest and I was able to pay over time.

6. Absent LPG I would not have been able to afford my full payments on my debts. I did not want to file bankruptcy, and the settlement I obtained helped me avoid bankruptcy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2023.

_Tania J. Mejia_
Tania Mejia

DECLARATION
1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF DECLARATIONS OF MARCO GREEN, VIVIAN SOLIS, EMILY TRACEY, LEJLA JACOBSON, EDUARDO NIEZ, CYNTHIA LEYDIG, MIRTIE WOLDEMICHAEL, JOHN STRICKLAND, AND TANIA MEJIA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 19, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **July 19, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 19, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 19, 2023 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Celentino christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
   - **INTERESTED PARTY COURTESY NEF:** Randall Baldwin Clark rbc@randallbclark.com
   - **INTERESTED PARTY COURTESY NEF:** Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Jenny L Doling jd@jdl.law, dolingjr92080@notify.bestcase.com; 15994@notices.nextchapterbk.com
   - **ATTORNEY FOR CREDITOR CAROLYN BEECH:** Daniel A Edelman dedelman@edcombs.com, courtecl@edcombs.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Ghio christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
   - **ATTORNEY FOR CREDITOR ANAHEIM ARENA MANAGEMENT, LLC and CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com; golden.jeffreyi.b117954@notify.bestcase.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR CREDITOR OHP-CDR, LP:** Razmig Izakelian razmigizakelian@quinnemanuel.com
   - **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
   - **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE:** Ira David Kharasch ikharasch@pszjlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Meredith King mking@fsl.law, ssanchez@fsl.law; jwilson@fsl.law
   - **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Nicholas A Koffroth nkoffroth@foxrothschild.com, khoang@foxrothschild.com
   - **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
   - **INTERESTED PARTY COURTESY NEF:** Christopher J Langley chris@slclawoffice.com, omar@slclawoffice.com; langleycr75251@notify.bestcase.com; ecf123@casedriver.com
   - **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C. and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC:** Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC:** Michael D Lieberman mlieberman@lipsonneilson.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Yosina M Lissebeck Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
   - **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR US TRUSTEE:** Kenneth Misken Kenneth.M.Misken@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
- **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **INTERESTED PARTY COURTESY NEF:** Victoria Newmark vnewmark@pszjlaw.com
- **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Keith C Owens kowens@foxrothschild.com, khoang@foxrothschild.com
- **INTERESTED PARTY COURTESY NEF:** Teri T Pham tpham@epglawyers.com, ttpassistant@epglawyers.com
- **ATTORNEY FOR DEFENDANT GREYSON LAW CENTER PC; DEFENDANT HAN TRINH; DEFENDANT JAYDE TRINH; and DEFENDANT SCOTT JAMES EADIE:** Douglas A Plazak dplazak@rhlaw.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CREDITOR MARI AGAPE:** Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Olivia Scott olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Jonathan Serrano jonathan.serrano@dinsmore.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR US TRUSTEE:** Leslie Skorheim leslie.skorheim@usdoj.gov
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.:** Howard Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com
- **INTERESTED PARTY COURTESY NEF:** Andrew Still astill@swlaw.com, kcollins@swlaw.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC:** Johnny White JWhite@wrslawyers.com, jlee@wrslawyers.com

4876-7324-4273, v. 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**