United States Bankruptcy Court

Central District of California

In re:                                                                              Case No. 23-10571-SC

The Litigation Practice Group P.C.                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+   The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbnlawyers.com |
| Andrew Still | on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com |
| Andrew Still | on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com |
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com |

Christopher Celentino
      on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
      on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Ghio
      on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  Kristina.Heller@Dinsmore.com

Christopher Ghio
      on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  Kristina.Heller@Dinsmore.com

Christopher J Langley
      on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

D Edward Hays
      on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
      on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
      on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com

Daniel A Lev
      on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
      on behalf of Interested Party Consumer Legal Group  P.C. daniel.lev@gmlaw.com,
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
      on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

David S Kupetz
      on behalf of Defendant Marich Bein  LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz
      on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com  mylene.ruiz@lockelord.com

Douglas A Plazak
      on behalf of Defendant Han Trinh dplazak@rhlaw.com

Douglas A Plazak
      on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com

Douglas A Plazak
      on behalf of Defendant Scott James Eadie dplazak@rhlaw.com

Douglas A Plazak
      on behalf of Defendant Jayde Trinh dplazak@rhlaw.com

Eric Bensamochan
      on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
      on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us  G63723@notify.cincompass.com

Eric Bensamochan
      on behalf of Interested Party Courtesy NEF eric@eblawfirm.us  G63723@notify.cincompass.com

Eric Bensamochan
      on behalf of Creditor Affirma  LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Garrick A Hollander
      on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
      on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
      on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gregory M Salvato
      on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

District/off: 0973-8 | User: admin | Page 3 of 4
Date Rcvd: Jul 20, 2023 | Form ID: pdf042 | Total Noticed: 1

Gregory M Salvato
on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com,
pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Ira David Kharasch
on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Jeffrey I Golden
on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden
on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden
on behalf of Interested Party Courtesy NEF jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.b
estcase.com

Jenny L Doling
on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com

Jenny L Doling
on behalf of Interested Party INTERESTED PARTY jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com

Jenny L Doling
on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com

Johnny White
on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Serrano
on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com

Jonathan Serrano
on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com

Joon M Khang
on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Keith C Owens
on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com

Kenneth Misken
on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Laila Masud
on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Leslie Skorheim
on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov

Leslie A Cohen
on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

District/off: 0973-8                          User: admin                          Page 4 of 4
Date Rcvd: Jul 20, 2023                      Form ID: pdf042                     Total Noticed: 1

Meredith King
on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman
on behalf of Creditor Phillip A. Greenblatt  PLLC mlieberman@lipsonneilson.com

Michael F Chekian
on behalf of Interested Party Michael Chekian mike@cheklaw.com  chekianmr84018@notify.bestcase.com

Nicholas A Koffroth
on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com  khoang@foxrothschild.com

Olivia Scott
on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com

Olivia Scott
on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com

Paul R Shankman
on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Queenie K Ng
on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
on behalf of Creditor OHP-CDR  LP razmigizakelian@quinnemanuel.com

Richard A Marshack (TR)
pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Ronald K Brown
on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards
on behalf of Defendant Consumer Legal Group  PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards
on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Sharon Z. Weiss
on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Shawn M Christianson
on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Teri T Pham
on behalf of Attorney Teri Pham tpham@epglawyers.com  ttpassistant@epglawyers.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Victoria Newmark
on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com

Yosina M Lissebeck
on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com


TOTAL: 78

Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
**GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Anaheim Arena Management, LLC
and Anaheim Ducks Hockey Club, LLC

**FILED & ENTERED**

**JUL 20 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION BY AND AMONG (1) ANAHEIM ARENA MANAGEMENT, LLC, (2) ANAHEIM DUCKS HOCKEY CLUB, LLC, AND (3) RICHARD A. MARSHACK, CHAPTER 11 TRUSTEE, REGARDING REJECTION OF LICENSE AGREEMENT AND MEMBERSHIP AGREEMENT** |
| | [No Hearing Required] |

The Court having reviewed and considered the Stipulation Regarding Rejection of License Agreement and Membership Agreement ("Stipulation") filed on July 13, 2023 as Docket #237, and for good cause shown,

IT IS ORDERED that the Stipulation is approved in its entirety.

###

Date: July 20, 2023

Scott C. Clarkson
United States Bankruptcy Judge