1  Christopher B. Ghio (State Bar No. 259094)
   Christopher Celentino (State Bar No. 131688)
2  Jonathan Serrano (State Bar No. 333225)
   **DINSMORE & SHOHL LLP**
3  655 West Broadway, Suite 800
   San Diego, CA 92101
4  Telephone:  619.400.0500
   Facsimile:  619.400.0501
5  christopher.ghio@dinsmore.com
   christopher.celentino@dinsmore.com
6  jonathan.serrano@dinsmore.com

7  Special Counsel to Richard A. Marshack

8

9                **UNITED STATES BANKRUPTCY COURT**

10       **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

11

12  In re:                                    Case No.: 8:23-bk-10571-SC

13  THE LITIGATION PRACTICE GROUP P.C.,       Chapter 11

14      Debtor.                               **REQUEST FOR SPECIAL NOTICE OF
                                              MONITOR**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      On July 21, 2023, on the 10:00 a.m. calendar, the Court held a hearing (the "Sale Hearing")

2  on the *Motion of Trustee Richard A. Marshack for Entry of an Order (A) Approving Sale, Subject to*

3  *Overbid, of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to 11*

4  *U.S.C. § 363(b) and (B) Approving Assumption and Assignment of Certain Executory Contracts and*

5  *Unexpired Leases and Other Agreements* (the "Sale Motion"). The Sale Motion and that certain

6  Agreement of Purchase and Sale and Joint Escrow Instructions, which is attached to the Sale Motion

7  as Exhibit 2, both contemplate and provide for the appointment of a monitor in this case. At the Sale

8  Hearing, the Court granted the Sale Motion and appointed Nancy B. Rapoport as the monitor in this

9  case.

10     As such, Mr. Rapoport requests special notice of (i) all notices given or required to be given

11  in this case; and (ii) all pleadings and correspondence served or required to be served in this case on

12  directed to her at the following email address, effective immediately: nancy.rapoport@unlv.edu.

13     This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 9007,

14  or 9008 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any

15  orders, motions, demands, complaints, petitions, pleadings, requests, applications, schedules,

16  statements, plans, and any other documents brought before this Court in this case, whether formal or

17  informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex,

18  or otherwise which affects or seeks to affect the above case.

19

20  Dated: July 24, 2023               Respectfully submitted,

21                         DINSMORE & SHOHL LLP

22                         By:   /s/ Jonathan Serrano
                             Christopher B. Ghio
23                             Christopher Celentino
                             Jonathan Serrano
24                             Special Counsel to Richard A. Marshack,
                             Chapter 11 Trustee

25

26

27

28

1