Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC<br><br>Debtor. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>**DECLARATION OF JUSTIN NGUYEN TO JOINT STATEMENT OF ISSUES REGARDING THE MOTION OF GREYSON LAW CENTER PC, WHICH MOVES THE COURT TO VACATE—AS TO GREYSON—THE 5/26/23 [DKT.13] LOCKOUT AND PRELIMINARY INJUNCTION ORDER (AND THE 6/23/23 ORDER CONTINUING DKT.13 IN EFFECT)**<br><br>The Court's 12/7/23 Order [dkt.293] sets the hearing on Greyson's Motion to Vacate for hearing on:<br>Date: January 17, 2024<br>Time: 11:00 a.m.<br>Place: Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:<br>411 West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |

**DECLARATION OF JUSTIN NGUYEN**

I, JUSTIN NGUYEN, declare:

1. I am the IT Director of Greyson Law Center, PC ("Greyson"), and was the IT Director of Greyson at the time of the 5/26/23 [dkt.13] Lockout and Preliminary

---
DECLARATION OF JUSTIN NGUYEN TO JOINT STATEMENT    1

Injunction Order, and to present. I have personal knowledge of everything stated in this Declaration, and can and do testify competently regarding everything in this Declaration.

2. I was at Greyson's office on 6/2/23, when a Celentino firm attorney named Serrano arrived at Greyson's office, with some additional people, arrived and said he was locking us out of our office, that he had a Bankruptcy Court Order to do that.

3. I told Serrano that I was Greyson's IT Director. Serrano told me the Bankruptcy Court Order required Greyson to give Serrano the master codes required to access Greyson's Microsoft account [M365 suite] and the master codes to access Greyson's website/domain hosted on GoDaddy.com, so that Serrano could get into Greyson's Microsoft account [M365 suite] and so that Serrano could get into Greyson's website/domain hosted on GoDaddy.com

4. I immediately phoned Han Trinh, Greyson's administrator, to find out whether I was required to give those codes to Serrano. Han said she would check with an attorney named Celentino, of the law firm Serrano worked for, to find out whether Greyson was required to give Serrano those access codes, pursuant to the Bankruptcy Court Order.

5. Later on 6/2/25, Han instructed me to give the master access code, for the Greyson Microsoft account [M365 suite] and to Greyson's website/domain hosted on GoDaddy.com--www.greysonlawpc.com—to Serrano. I then gave

**DECLARATION OF JUSTIN NGUYEN TO JOINT STATEMENT** 2

Serrano the master codes for Greyson's Microsoft account, and for Greyson's domain/website hosted on GoDaddy.com.

6. Serrano tried to get into the Greyson Microsoft account, using Greyson's master code for that, but did not have enough technical ability to do so. So I sat down with Serrano, at a Greyson computer, and used the Greyson master code to get Serrano into the Greyson Microsoft account [M365 suite]. Greyson's Microsoft account had on it all Greyson's Microsoft word documents, pdf documents, and additional data, which were on the various Greyson computers, and which were backed up onto the OneDrive cloud storage to the Greyson Microsoft account, which was one part of the Greyson Microsoft account.

7. As soon as I got Serrano into the Greyson Microsoft account, he changed the master password, locking me, Han Trinh, and every other Greyson employee out of the Greyson Microsoft account. He refused to give me the new master password.

8. I was aware that Han Trinh had been paying Microsoft the monthly $2,312 fee for Greyson's Microsoft account [M365 suite], monthly, on Han Trinh's personal credit card.

9. When Serrano changed the master code to get into the Greyson Microsoft account [M365 suite] I immediately warned Serrano that because I, and Greyson's administrator Han Trinh, and the other Greyson employees, could no longer access the Greyson Microsoft account, that Serrano's law firm would

DECLARATION OF JUSTIN NGUYEN TO JOINT STATEMENT    3

have to take over paying the monthly fee to Microsoft, for the Greyson Microsoft account, because without being able to access the Greyson Microsoft account, Greyson could no longer make that monthly payment to Microsoft, for the Greyson Microsoft account. Serrano told me he understood what I was telling him, and that Serrano would tell that information to Serrano's law firm.

10. From 6/2/23 to present, Serrano and his law firm have never allowed me, or Han, or any other Greyson personnel, to re-access any of the data in the Greyson Microsoft account [M365 suite] which Serrano locked Greyson out of on 6/2/23. That included the I, Han Trinh and other Greyson personnel could not access any of the word documents, or pdf documents, or other data, stored on Greyson's Microsoft account [M365 suite].

11. When Serrano changed the master access code to the Greyson Microsoft account, that cut of me, Han Trinh and Greyson personnel from accessing the 100 plus Greyson email accounts, which Greyson used to communicate with clients and with Greyson attorneys, cutting Greyson off from being able to do those things. Serrano and his law firm have never restored Greyson's access to any of Greyson's 100 plus email accounts on Greyson's Microsoft account [M365 suite], to present.

12. Also on 6/2/23, Serrano and the people with Serrano (I later learned the people with Serrano were called "field agents") seized all the computers (includes beelinks) located at Greyson's office, which was approximately 50 computers,

including beelinks, and took them away. None were returned, from 6/2/23 to present, even though I had paid for 24 of the beelinks, myself, on my personal credit card, which I had never been reimbursed for by any person or entity. **Exhibit A** hereto is a true and correct copy of my personal credit card bill showing I paid for the 24 beelinks, on my personal credit card.

13. I had also paid for Greyson's domain on GoDaddy.com, with my personal credit card. **Exhibit B** hereto is a true and correct copy of my personal credit card bill showing I paid Godaddy.com for that Greyson' domain/website www.greysonlawpc.com on my personal credit card. No person or entity reimbursed me for that.

14. Serrano and the people with him also took the Greyson client files, and other paper files, from Greyson's offices. And they changed the lock to Greyson's office.

15. I understand that in the "meet and confer" held on 12/21/23, between Greyson's attorney Kathleen P. March, and attorneys Celentino, Ghio and Freedman of the Celentino firm (Dinsmore & Schohl, LLC) that attorney Celentino claimed there was no Greyson Microsoft account, and no Greyson Microsoft account was seized on 6/2/23. **So claiming is totally false**. As I have already explained, Greyson had its own Microsoft account [M365 suite] which was on Greyson computers, and which Han Trinh was paying for monthly, herself.

**DECLARATION OF JUSTIN NGUYEN TO JOINT STATEMENT    5**

16. Greyson's Microsoft account was not on Litigation Practice Group PC's ("LPG") server, or computers, was not on the server or computers of any company except for Greyson, and was not accessible by anyone except Greyson employees.  LPG and Greyson did NOT ever share a Microsoft account.  Greyson and LPG had separate Microsoft accounts.  The Greyson Microsoft account was owned and used only by Greyson, on Greyson computers, and was never paid for by LPG or any other company.  It was paid for monthly by Han Trinh paying Microsoft the $2,312 fee, with Han's personal credit card.  Greyson's Microsoft account was always completely separate from LPG's Microsoft account.

17. To make sure there is no confusion here, LPG employees could NOT access Greyson's Microsoft account.  If the Celentino firm thinks LPG users could access Greyson emails,  such an assumption is error, contrary to how Microsoft technology works:    A Microsoft article,

https://learn.microsoft.com/en-us/microsoft-365/admin/add-users/give-mailbox-permissions-to-another-user?view=o365-worldwide

states: 'You can allow a user to read emails from the mailbox, send emails on behalf of another user, and send emails as if they were sent from that mailbox. **Permissions can only be set up within the current organization. It's not possible to set up mailbox permissions for users in another organization.**'   In short, LPG employees could not access Greyson's Mircosoft

**DECLARATION OF JUSTIN NGUYEN TO JOINT STATEMENT    6**

account, because LPG attorneys are not in the Greyson organization.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed at ___ORANGE___, California on January _03_, 2024.

_____
JUSTIN NGUYEN

DECLARATION OF JUSTIN NGUYEN TO JOINT STATEMENT    7

# Costco Anywhere Visa® Business Card by Citi

**SHERRI CHEN**
**H3 COMPUTER SERVICES**
Member Since 2014  Account number ending in: 6967
Billing Period: **04/11/23-05/08/23**

## MAY STATEMENT
Minimum payment due:
New balance as of 05/08/23:
Payment due date:

For information about credit counseling services, call 1-877-337-8187.

www.citicards.com
Customer Service 1-855-378-6468
TTY:711
PO Box 790046 ST. LOUIS, MO 63179-0046

**Account Summary**
Previous balance
Payments
Credits
Purchases
Cash advances
Fees
Interest

New balance

**Business Credit Limit**
Credit Limit
Includes $3,000.00 cash advance limit

Available Credit Limit
Includes $3,000 available for cash advance

**Costco Cash Rewards Summary**
as of 05/08/23
**$208.78**
» See page 2 for more information about your rewards

---

For Payments, send check to: Citi Cards, PO BOX 78019, Phoenix, AZ, 85062-8019



Costco Anywhere Visa®
Business Card

PO Box 6704
Sioux Falls, SD 57104-6704

Your Monthly Statement
is Enclosed

Pay your bill from virtually anywhere
with the Citi Mobile® App and Citi® Online

 To download:
Text **'App15'** to MyCiti (692484)
or go to your device's app store.
Or visit www.citicards.com

Minimum payment due
New balance
Payment due date

Amount enclosed: $

Account number ending in 6967
Please make check payable to Citi Cards.

Citi Cards
PO BOX 78019
Phoenix, AZ 85062-8019

H3 COMPUTER SERVICES
SHERRI CHEN
12419 LEWIS ST
STE 206
GARDEN GROVE  CA  92840-4656

**EXHIBIT A
NGUYEN
DECL.**

www.citicards.com  Customer Service 1-855-378-6468  Page 2 of 3
TTY:711

SHERRI CHEN
H3 COMPUTER SERVICES

| Important Changes to Your Account Terms |
|---|

We are making the following changes to your Card Agreement. These changes will take effect on 07/11/2023.

**Section 13 - Miscellaneous**

*The following sub-section has been added:*

**Correction of Errors.** If we incorrectly apply a payment or credit to your Account, make an incorrect payment or transfer of funds to you or an Authorized User or anyone else on your behalf or on behalf of an Authorized User, or make any other error regarding your Account, you agree that we may correct the error. We may correct the error by making adjustments to your Account, requiring you to repay us for any incorrect payments, credits or transfers, or taking other actions we determine are appropriate to correct the error. You agree to cooperate with us to correct any of these errors.

This amends your Card Agreement. Please keep this information for future reference.

**CARDHOLDER SUMMARY**

SHERRI CHEN
New Charges
JUSTIN NGUYEN
New Charges

**BUSINESS ACCOUNT SUMMARY**

Sale Date | Post Date | Description | Amount

**Payments, Credits and Adjustments**



**Costco Cash Rewards Summary**

Total Costco Cash Rewards Balance:



Costco Cash Rewards Summary

Costco Cash Rewards balance as of last statement .....................

Earned this period........................

Total Costco Cash Rewards Bal Year To Date:



**Costco Cash Rewards Earned This Period**

4% cash back on eligible gas and electric vehicle (EV) charging purchases worldwide, including gas and EV charging at Costco[1] ................................

3% on restaurants.........................

3% on eligible travel worldwide..........

2% on Costco and Costco.com ..........................

1% on all other purchases ................................

Total Earned:



» Visit citi.com/CostcoBusiness for more information

[1] Up to $7,000 per year in purchases, then 1% cash back

Customer Service 1-855-878-6468
TTY:711

Page 3 of 3



| 04/27 | 04/27 | PAYPAL *GODADDY.COM | 402-935-7733 AZ | $40.53 |



Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 05/30/2023 to allow enough time for regular mail to reach us.

©2023 Citibank, N.A.
Citi, and Citi with Arc Design are registered service marks of Citigroup Inc.
Visa® is a registered trademark of Visa International Service Association and used under license.

Important Information  If you have questions about marketing communications, please visit www.citi.com/offersforyou  or call the number on the back of your card.  (TTY:  We accept 711 or other Relay Service.)

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including new transactions).** We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement. In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose the attached payment coupon, with a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

COSTCO-SB-0722

---

### Payments other than by mail

**Online.** See the front of your statement on how to make a payment.

**Phone.** For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicate on the phone. You also authorize Citi to automatically debit your specified bank account every month, in the amount and on the same date each month that you indicate on the phone, until you withdraw your authorization. You may cancel a one-time phone payment or withdraw your authorization for automatic debits by calling the number on the front of your statement within the timeframe disclosed to you on the phone.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:
Citi Cards
Attention: Bankcard Payments Department
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

If you send an eligible check, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.



**EXHIBIT B**
**NGUYEN**
**DECL.**





