Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC<br><br>Debtor. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>**DECLARATION OF HAN TRINH TO JOINT STATEMENT OF ISSUES REGARDING THE MOTION OF GREYSON LAW CENTER PC, WHICH MOVES THE COURT TO VACATE—AS TO GREYSON—THE 5/26/23 [DKT.13] LOCKOUT AND PRELIMINARY INJUNCTION ORDER (AND THE 6/23/23 ORDER CONTINUING DKT.13 IN EFFECT)**<br><br>The Court's 12/7/23 Order [dkt.293] sets the hearing on Greyson's Motion to Vacate for hearing on:<br>Date: January 17, 2024<br>Time: 11:00 a.m.<br>Place:  Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:<br>411 West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |

**DECLARATION OF HAN TRINH**

I, HAN TRINH,  declare:

1.    From when Greyson Law Center PC ("Greyson") was incorporated on 5/12/23, to present, I have been Greyson's administrator.  I make this Declaration to be

**DECLARATION OF HAN TRINH TO JOINT STATEMENT**    1

attached to the JOINT STATEMENT of issues regarding Greyson's Motions filed on 12/6/23 (one motion filed in adversary proceeding, and same motion filed in debtor LPG main bankruptcy case) which moves this Hon. Bankruptcy Court to vacate--**as to Greyson**--the 5/26/23 [dkt.13] Lockout and Preliminary Injunction Order, (and the 6/23/23 [dkt.70] Order continuing the dkt.13 Order in effect until this Court orders otherwise).

2. Greyson was never an alter ego of debtor LPG, but instead is, and always has been, a direct competitor of LPG and similar companies (including a direct competitor of Morning Law, the company that purchased LPG's business in the LPG bankruptcy case.)

3. To operate Greyson's business, Greyson needs Greyson's property and data, which the Celentino firm seized, and locked Greyson out of, on 6/2/23, and has not returned to Greyson, or restored Greyson's access to, from 6/2/23 to the present.

4. This includes that Greyson needs the data and the word and pdf documents in Greyson's Microsoft account (also referred to as Greyson's M365 suite) to operate--including needs Greyson's contracts and invoices saved in Greyson's Microsoft account, to collect debts that third parties—including LPG alter ego Phoenix--owe to Greyson. Greyson's data, and word and pdf documents, were contained in Greyson's Microsoft account, and that Greyson's Microsoft data, word documents and pdf documents, were all backed up in the OneDrive cloud portion of Greyson's Microsoft account, which the Celentino firm (Dinsmore & Schohl, LLP)

**DECLARATION OF HAN TRINH TO JOINT STATEMENT** 2

seized, and has kept Greyson locked out of, from 6/2/23 to present.

5. Greyson, by its Motion to Vacate set for hearing on 1/17/24 at 11:00am, seeks an order of this Court vacating the 5/26/23 [dkt.13] Lockout and Preliminary Injunction Order (and the 6/23/23 continuance order [dkt.17] continuing dkt.13 in effect until this Court orders otherwise) **as to Greyson**. But regardless whether this Court vacates the dkt.13 and dkt.70 orders completely, this Court, at a minimum, should order Celentino's firm to immediately do each of the following 5 things:

**ITEM ONE**: Return to Greyson Greyson's approximately 50 computers/beelinks which attorney Serrano of the Celentino firm seized at Greyson's offices on 6/2/23.

**ITEM TWO**: Return to Greyson, Greyson's Microsoft Account [M365 suite} data and documents, including the One Drive cloud backup to Greyson's Microsoft Account, which is part of the M365 suite, which Greyson Microsoft Account, which I, Han Trinh, paid Microsoft the $2,312 fee monthly, on my personal credit card, which I was not reimbursed for paying.

**ITEM THREE**: Order Celentino's Firm, by Celentino, to answer under penalty of perjury whether Celentino Firm still has Greyson's Microsoft Account Data and documents, or whether Celentino's Firm destroyed--or allowed to be Destroyed--Greyson's Microsoft account data, after Attorney Serrano of Celentino Firm locked Greyson out of accessing Greyson's Microsoft Account on 6/2/23.

**DECLARATION OF HAN TRINH TO JOINT STATEMENT**    3

**ITEM FOUR**: Return to Greyson, Greyson's Domain and Website www.greysonlawpc.com hosted on godaddy.com, which was paid for by Greyson's IT director Justin Nguyen with his personal credit card;

**ITEM FIVE**: Return to Greyson, Greyson's 100+ Email Accounts, which Celentino Firm Locked Greyson Out of Accessing, from June 2023 to present.

6. As regards the approximately 50 Greyson computers/beelinks which Celentino's firm attorney Serrano, and Celetino's firm's field agents, seized from Greyson's offices on 6/2/23, some of those computers/beelinks were paid for by me on my personal credit card and the 24 beelink computers were paid for by Justin Nguyen on this personal credit card. NONE of the computers/beelinks were paid for by LPG, or by any alter ego of LPG. The Celentino firm has and had no evidence that the 50 Greyson computers/beelinks seized on 6/2/23 were purchased by LPG, or by Phoenix, or by any other alter ego of LPG. **Exhibit A** is a copy of my personal credit card bill paying for Greyson's Microsoft Account. No one reimbursed me for paying Microsoft for Greyson's monthly Microsoft fees, which was approximately $2,312 per month. Justin Nguyen's Declaration attaches his personal credit card bill paying for the Greyson beelinks/computers seized on 6/2/23 at Greyson's offices, and he attests no one reimbursed him for doing so.

7. As regards to Serrano seizing, and locking Greyson out from accessing Greyson's Microsoft account, I see nothing in the 5/26/23 [dkt.13] Lockout and Preliminary Injunction Order authorizing Celentino and his firm to seize Greyson's

**DECLARATION OF HAN TRINH TO JOINT STATEMENT    4**

Microsoft account, except maybe to seize Greyson's Microsoft Sharepoint portion of Greyson's Microsoft account, and even that is unclear. The Sharepoint portion of Greyson's Microsoft account is a very small portion of Greyson's Microsoft account, where Greyson stored Greyson's Protocols and Standard Operating Procedures to be used in addressing and serving clients, scripts, templates, rules, regulations, training material, etc. Attorney March's Declaration to this Joint Statement attests there is nothing in the 5/26/23 [dkt13] Lockout and Preliminary Injunction order (or the 6/23/23 order continuing it in effect) that authorizes Celentino's firm to seize Greyson's whole Microsoft account, or to lock Greyson out of accessing Greyson's data, word documents, and pdf documents saved in Greyson's Microsoft account. It was illegal for Celentino's firm to do that on 6/2/23, and it is illegal that Celentino's firm has kept Greyson locked out of Greyson's Microsoft account from 6/2/23 to present, including seizing, and keeping Greyson locked out of accessing the OneDrive cloud storage to Greyson's Microsoft account.

8. Until Serrano seized, and locked Greyson out of accessing Greyson's Microsoft account, on 6/2/23, I had paid the monthly bill to Microsoft on that account, which was approximately $2,312 a month, for Greyson's Microsoft account, with my personal credit card with Wells Fargo bank. No person or entity ever reimbursed me for paying for Greyson's Microsoft account.

9. Attorney Celentino was directly, personally involved, in demanding that I, as Greyson's administrator, instruct Greyson's IT director, Justin Nguyen, to give

**DECLARATION OF HAN TRINH TO JOINT STATEMENT**     5

attorney Serrano of Celentino's firm, the master access codes to access the Greyson Microsoft account. Attached hereto as **Exhibit B** is a screenshot I took of the email Celentino sent me, thanking me for having Greyson's IT director (Justin Nguyen) provide Celentino's firm—to Attorney Serrano of that firm—the passwords to Greyson's M365 suite (which is the full Greyson Microsoft account, including the OneDrive cloud backup to the Greyson Microsoft account), and to Greyson's godaddy domain, on 6/2/23).

10. I took a screenshot of that email on my cell phone, on 6/2/23, before attorney Serrano used the master passwords that Nguyen provided to Serrano to access Greyson's Microsoft account, and then changed the master passwords to lock Greyson out of Greyson's Microsoft account, on 6/2/23. The screenshot of Celentino's email to me is **Exhibit B** to this Declaration. Celentino told me the 5/26/23 Lockout and preliminary injunction order required me to give Serrano these passwords, and that is why I instructed Greyson's IT director Justin Nguyen, to allow Celentino's firm's attorney Serrano to access Greyson's master Microsoft account, and also to access Greyson's domain/website on godaddy. See Nguyen's Declaration that as soon as Nguyen got Serrano into Greyson's Microsoft account, that Serrano changed the master password to lock Greyson out of accessing Greyson's Microsoft account—a lockout which has continued from 6/2/23 to present.

11. I understand that in the "meet and confer" that Celentino said there was no Greyson Microsoft account, and that Celentino's firm did not seize any Greyson

**DECLARATION OF HAN TRINH TO JOINT STATEMENT**    6

Microsoft account. Celentino saying that was a knowing falsehood by Celentino, because Celentino was directly involved in instructing me to instruct Greyson's IT director, Justin Nyugen, to turn over the master access codes to Greyson's Microsoft account to attorney Serrano of Celentino's firm, on 6/2/23.

12. Contrary to what Celentino claimed at the meet & confer (with no evidence to back up his allegation), Greyson's Microsoft Account, including Greyson's OneDrive cloud backup, was NOT on some other company's account and was not on some other company's computers or server. Greyson's Microsoft account [M365 suite], including the OneDrive cloud backup storage, was loaded on Greyson's computers in Greyson's office. Microsoft word documents, pdfs, and all other documents created on or received by Greyson, were automatically backed up, daily, on the Greyson Microsoft cloud backup, OneDrive.

13. Greyson's OneDrive cloud back up was accessed as follows: Every Greyson employee had their own Microsoft Account credentials. When they were logged in on their desktop/ beelink computers, everything that they did and saved would automatically be backed up to their One Drive. That included documents in all formats including PDFs, Word Docs, Notes, etc. Any user who had global access— such as Greyson's IT Director, Justin Nguyen, had (before Serrano locked Nguyen out)-- was able to access each individual employee's One Drive from his master Microsoft account. Greyson's Microsoft account was owned by Greyson alone, and was accessible by Greyson alone. It was NOT on some other company's account or

**DECLARATION OF HAN TRINH TO JOINT STATEMENT**    7

server. Mircrosoft software, including the OneDrive cloud backup storage, was loaded on Greyson's computers in Greyson's office. Microsoft word documents, pdfs, and all other documents created on or received by Greyson, were automatically backed up, daily, on the Greyon Microsoft cloud backup, OneDrive.

14. LPG had its own Microsoft account [M365 suite] which I used when I was doing work for LPG, as a LPG employee. I never used the LPG Microsoft account for doing work for Greyson. I used Greyson's Microsoft account when I was doing work for Greyson, as a Greyson employee. The LPG Microsoft account, and the Greyson Microsoft account, were always separate Microsoft accounts. Greyson's Microsoft account was loaded on Greyson's computers, not on LPG's computers. LPG never paid for Greyson's Microsoft account, which I paid Microsoft for, monthly, with my personal credit card. .

15. This Court should order Celentino's firm to tell Greyson, and the Court, under penalty of perjury, whether the Celentino's firm still has Greyson's Microsoft data, or whether Greyson's Microsoft data was destroyed after the Celentino's firm locked Greyson out of accessing Greyson's Microsoft account on 6/2/23.

16. This Court should order the Celentino's firm to return to Greyson, **Greyson's domain and website** www.greysonlawpc.com on godaddy.com, which was paid for by Greyson's IT director Nguyen by his personal credit card (see Nguyen Decl hereto).

17. I see nothing in the 5/26/23 Order authorizing the Celentino's firm to seize,

**DECLARATION OF HAN TRINH TO JOINT STATEMENT        8**

and lock Greyson out of Greyson's domain/website hosted on godaddy.com, and March'a Declaration attests neither the 5/26/23 Order, nor the continuation order, authorize Celentino's firm to seize, or to lock Greyson out of, Greyson's domain/website.

18. When I asked Celentino to allow Greyson to access just 4 of those 100 accounts, Celentino refused, saying Greyson would have to buy back Greyson's email accounts from Celentino, and only when Celentino was ready to sell Greyson's email accounts back to Greyson..

19. Without its emails, Greyson could not communicate with Greyson's clients, or with Greyson's attorneys. The effect of Celentino seizing, and locking Greyson out of, all of Greyson's email accounts, was to make it impossible for Greyson to carry on Greyson's business effectively, even though Greyson had a legal right to compete with LPG and LPG's alter egos (including Phoenix, which Celentino was running), and had a legal right to compete with buyer Morning Law, for business).

20. The effect of the 5/26/23 [dkt.13] lockout and preliminary injunction order (and the 6/23/23 order that continued the dkt.13 order in effect until this Court orders otherwise, was **<u>unfair competition against Greyson</u>**, in favor of LPG and its alter egos, and in favor of Morning Law, the buyer of LPG's business.

21. Celentino firm should be ordered to immediately return to Greyson, Greyson's 100 plus email accounts which the Celentino firm seized and locked Greyson out of accessing from June 2023 to present.

**DECLARATION OF HAN TRINH TO JOINT STATEMENT    9**

22. It is unlikely that this Court would have issued the 5/26/23 [dkt.13] order as to Greyson, but for the false allegation that Greyson was an alter ego of LPG, made by the Celentino firm, in the Celentino firm's sealed motion for the 5/26/23 order, heard and granted without notice to Greyson.  March's Decl to Greyson Motion in Chief [dkt 290, in adversary proceeding, filed 12/6/23, and dkt 749. in the main case, filed. 12/6/23] attests that the extremely onerous lockout of preliminary injunction order [dlt13] granted on 5/26/23 is not available in a fraudulent transfer adversary proceeding, which is all the present Celentino complaint alleges against Greyson.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed by me at Orange, California, on January 3, 2024.

*[signature]*

HAN TRINH

**DECLARATION OF HAN TRINH TO JOINT STATEMENT**    10

# Wells Fargo Propel American Express® Card



| | | |
|---|---|---|
| **Account Number** | **Ending in 5434** | |
| **Statement Billing Period** | **05/27/2023 to 06/26/2023** | |
| Page 1 of 3 | | |

## Balance Summary

| | |
|---|---|
| Previous Balance | |
| - Payments | |
| - Other Credits | |
| + Cash Advances | |
| + Purchases, Balance Transfers & Other Charges | |
| **+ Fees Charged** | |
| **+ Interest Charged** | |
| = New Balance | |

24-Hour Customer Service:    1-866-568-6521
We accept all relay calls, including 711
Outside the US Call Collect:    1-925-825-7600
Wells Fargo Online®:    wellsfargo.com

**Send General Inquiries To:**
PO Box 10347, Des Moines IA, 50306-0347

| | |
|---|---|
| Total Credit Limit | Total Available Credit |
| Cash Advance Limit | Available For Cash Advances |

## Payment Information

| | |
|---|---|
| New Balance | |
| Minimum Payment | |
| Payment Due Date | 07/21/2023 |

**Send Payments To:**
PO Box 51193, Los Angeles CA, 90051-5493

**Late Payment Warning:** If we do not receive your Minimum Payment by 07/21/2023, you may have to pay a late fee up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the New Balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 32 years | |
|  | 3 years | |

If you would like information about credit counseling services, refer to
**www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111** or call **1-866-484-6322**.

## Important Information

AND THE AUTOMATIC PAYMENT AMOUNT WILL BE REDUCED BY ALL PAYMENTS POSTED ON OR BEFORE THIS DATE.

This credit card program is issued and administered by Wells Fargo Bank, N.A. American Express is a federally registered service mark of American Express and is used by the issuer pursuant to a license.

## Wells Fargo Rewards Summary

Rewards balance as of:    05/31/2023

The rewards balance is for **Rewards ID**
This balance may be inclusive of other contributing rewards accounts. For up-to-date rewards balance information, or more ways to earn and redeem your rewards, visit wellsfargo.com/rewards or call 1-877-517-1358.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT    Continued →

5596    YKG    1    7 18 230626 0    PAGE 1 of 3    1 0 6298 4000 M185 O1DP5596

Detach and mail with check payable to **Wells Fargo.** For faster processing, include your account number on your check.

| | |
|---|---|
| **Account Number** | |
| New Balance | |
| Minimum Payment | |
| Payment Due Date | |

**Amount Enclosed** $ 

HAN N TRINH
2128 W CHERRY DR
ORANGE CA 92868-1927



WELLS FARGO CARD SERVICES    YKG
PO BOX 51193    504
LOS ANGELES CA 90051-5493

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Billing Rights Summary.** If you believe your bill is wrong (an "Error"), or if you need more information about a transaction on your bill, write to us on a separate sheet of paper as soon as possible at: P.O. Box 522, Des Moines, IA 50306-0522. We must hear from you no later than 60 days after we sent you the first bill on which the Error appeared. You may notify us using other means (including calling us at the number listed on the front of the statement), but doing so will not preserve your rights.

In your letter (a "Written Notice"), provide the following information:
- Your name and account number.
- The dollar amount of the suspected Error.
- Description of the Error and why you believe there is an Error. If you need more information, please describe the item you are not sure about.

You do not have to pay any alleged Error amount while we are investigating, but you are still obligated to pay the parts of your bill that are not part of the alleged Error amount. While we investigate, we cannot report you as delinquent or take any action to collect the alleged Error amount. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you believe is an Error. To stop the payment, your Written Notice must reach us three (3) business days before the automatic payment is scheduled to occur.

*Special Rule for Credit Card Purchases:* If you have a problem with the quality of goods or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address and you have not paid the balance of the disputed charge. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

**Credit Information.** NOTICE: We may furnish information about your account to consumer reporting agencies. You have the right to dispute the accuracy of information that we have reported by writing to us at P.O. Box 14517, Des Moines, IA 50306-3517 and describing the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that you believe relates to an identity theft, you will need to provide us with an identity theft report.

Payments made on the last day of the statement cycle will be applied to your account on that day but may not appear on your monthly billing statement or credit report until the following statement cycle.

**Payments.** "Conforming Payments" are payments mailed using the enclosed payment coupon to the payment address specified on the statement or, generally, made via the "Transfers" tab or "Make a Payment" link on the credit card Account Activity tab of Wells Fargo Online Banking at "https://www.wellsfargo.com". Conforming Payments received via mail by 5:00 p.m. will be credited as of the date of receipt. Conforming Payments received after 5:00 p.m. will be credited as of the next day. Cut-off times for Conforming Payments made via our Website will be disclosed at the time of the transaction. "Non-Conforming Payments" are payments made by any other means and may not receive credit for up to five days after the date of receipt. Non-Conforming payments include, but are not limited to, payments by certified mail, FedEx or UPS, or envelopes addressed illegibly.

*Notice About Electronic Check Conversion:* When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

*Payment in Full for Less Than Account Balance Request:* If you intend to pay your account in full with an amount less than the total owed on your account, you must send your request to us at: P.O. Box 10311, Des Moines, IA 50306-0311. Such payments will not discharge your full debt.

**How We Calculate Your Balance.** We use a method called "average daily balance (including new purchases)". For more information regarding this calculation, please refer to your Credit Card Account Agreement or call our toll-free Customer Service number located on the front of this statement.

**How to Avoid Paying Interest on Purchases.** Your Payment Due Date is at least 25 days after the close of each billing period. We will not charge you interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on cash advances and balance transfers on the transaction date.

To manage your account, including card payments, alerts and changes of address, visit **wellsfargo.com** or call the customer service number which appears on your account statement.

**Customer Service Monitoring.** Calls may be recorded or monitored.

O1DP5596 - 01/04/2023
© 2022 Wells Fargo Bank, N.A. All rights reserved.

## Wells Fargo Propel American Express® Card

 

| | |
|---|---|
| **Account Number** | **Ending in 5434** |
| **Statement Billing Period** | **05/27/2023 to 06/26/2023** |
| Page 2 of 3 | |

### Transactions

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|

**Payments**

| 06/10 | 06/10 | P6298030FZY39FVZY | ONLINE PAYMENT    THANK YOU | | |

**TOTAL PAYMENTS FOR THIS PERIOD**

**Other Credits**

**TOTAL OTHER CREDITS FOR THIS PERIOD**

**Purchases, Balance Transfers & Other Charges**

| 05/26 | 05/27 | 73700A782Q200YGJA | AIRTABLE.COM/BILL SAN FRANCISCO CA | | 254.50 |
| 06/07 | 06/07 | 73700A78D3S00YGJA | MICROSOFT#G023645115    MSBILL.INFO | | 2,312.25 |
| 06/13 | 06/13 | & F62980057000IXFRL | ANYTIME MAILBOX HENDERSON  NV | | 74.19 |
| 06/14 | 06/14 | & F62980057000IXFRL | GODADDY TEMPE  AZ | | 30.16 |

### Fees Charged

| | |
|---|---|
| **TOTAL FEES CHARGED FOR THIS PERIOD** | **$0.00** |

### Interest Charged

| | |
|---|---|
| INTEREST CHARGE ON PURCHASES | 0.00 |
| INTEREST CHARGE ON CASH ADVANCES | 0.00 |
| **TOTAL INTEREST CHARGED FOR THIS PERIOD** | **$0.00** |



**2023 Totals Year-to-Date**

TOTAL FEES CHARGED IN 2023
TOTAL INTEREST CHARGED IN 2023

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days in Billing Cycle | Interest Charge |
|---|---|---|---|---|
| PURCHASES | 19.49% variable | $0.00 | 31 | $0.00 |
| CASH ADVANCES | 28.99% variable | $0.00 | 31 | $0.00 |

Continued

**Wells Fargo Propel American Express® Card**



| | |
|---|---|
| **Account Number** | **Ending in 5434** |
| **Statement Billing Period** | **05/27/2023 to 06/26/2023** |
| Page 3 of 3 | |



---

**Wells Fargo News**

**Help take control of your finances with a Wells Fargo Personal Loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for
unexpected expenses, a personal loan may be able to help. See personalized rates
and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

**Do we have your correct mobile phone number?**
Don't miss suspicious-activity notifications, time-sensitive information, or critical account updates. Make sure we can reach you if we detect unusual activity
on your account, or need to contact you to verify transactions. Sign in or log on to **wellsfargo.com/online-banking** and verify your mobile phone number
on the **Contact Information** page.

5596        YKG        1      7   18    230626   0        PAGE 3 of 3          1 0   6298    4000    M185    O1DP5596





Celentino, Christopher — 4:22 PM
To You

Thank you Han.

Justin is having some trouble providing admin access to us of the Greyson M365 suite and the godaddy host site – please make sure he is authorized to provide

Add a Caption

Friday · Jun 2, 2023 · 5:50 PM    Adjust
☁ IMG_3359

Screenshot    PNG
No lens information
3 MP · 1290 × 2796 · 453 KB

Add a location...