1 CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
2 CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
3 JEREMY B. FREEDMAN (308752)
jeremy.freedman@dinsmmore.com
4 DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
5 San Diego, California 92101
Tele:   619.400.0500
6 Fax:    619.400.0501
7
8 Special Counsel to Richard A. Marshack
Chapter 11 Trustee for the Bankruptcy Estate of
9 The Litigation Practice Group PC
10
11            **UNITED STATES BANKRUPTCY COURT**
12      **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**
13

| | |
|---|---|
| 14 In re: | Case No.: 8:23-bk-10571-SC |
| 15 THE LITIGATION PRACTICE GROUP P.C., | Adv. Proc. No. 8:23-ap-01046-SC |
| 16              Debtor. | Chapter 11 |
| 17 ———————————————— | |
| 18 RICHARD A. MARSHACK, | **DECLARATION OF ALEX RUBIN** |
| 19              Plaintiff, | |
| 20 v. | Date:      January 17, 2023<br>Time:     11:00 a.m. |
| 21 TONY DIAB, et al. | Judge:    Hon. Scott C. Clarkson<br>Place:     Courtroom 5C |
| 22 | 411 West Fourth Street |
| 23              Defendants. | Santa Ana, California  92701 |
| 24 | |

25
26
27
28

1    I, ALEX RUBIN, declare as follows:

2    1.    At all relevant times I was employed by Resolution Processing, LLC which was in

3    turn employed by the Chapter 11 Trustee, Richard Marshack, to implement this Court's Temporary

4    Restraining Order [Adv. Proc. 8:23-ap-01046-SC ("1046 Action"), Dkt No. 13] served on June 2,

5    2023 and the subsequent Preliminary Injunction ordered by this Court on June 12, 2023 [1046 Action,

6    Dkt No. 70]. I was provided credentials for Greyson Law, PC ("Greyson") accounts on or shortly

7    after June 2, 2023. That said, Justin Nguyen and others continued to have access to Greyson's

8    Microsoft account, including email through at least June 9, 2023. For instance, I am aware Greyson

9    employees including Israel Orozco, Reid Wood, and those registered to the

10    accounting@greysonlawpc.com account, among others had access to their accounts in order to obtain

11    information they needed to service their clients until approximately June 7-9th, 2023 as evidenced

12    below. Other than changing user credentials and setting to block access to the Greyson accounts, I

13    have not modified, altered or deleted any of Greyson's Microsoft emails, Sharepoint, Teams,

14    OneDrive Viva Engage or any other account Greyson had access to prior the implementation of the

15    Court's Preliminary Injunction. I have reviewed the following Greyson emails and associated Teams,

16    OneDrive and Sharepoint accounts.

17    2.    I have personal knowledge of the information contained in this declaration, and if

18    called as a witness could and would testify to the following.

19    **ADMIN@GREYSONLAWPC.COM EMAILS**

20    3.    The admin@greysonlawpc.com account was registered to Han Trinh, hereinafter

21    referred to as "Han". See Declaration of Brad Lee.

22    4.    A true and correct copy of an email from Han to Tony Diab ("Diab") at

23    tony@coastprocessing.com and attached invoices dated May 1, 2023 is attached hereto as **Exhibit 1**.

24    5.    A true and correct copy of an email from Han to Diab at tony@coastprocessing.com

25    and attached payroll schedule (redacted for personal information) dated May 3, 2023 is attached

26    hereto as **Exhibit 2**.

27    6.    A true and correct copy of an email from Han to all Greyson Attorneys regarding

28    onboarding of Oakstone clients dated May 9, 2023 is attached hereto as **Exhibit 3**.

2

7.     Attached hereto is a true and correct copy of an email from Han to ops@greysonlawpc.com attaching LPG's attorney network list and the list dated May 9, 2023 as **Exhibit 4**.

8.     Attached hereto is a true and correct copy of an email from Han to hr@greysonlawpc.com attaching LPG's employee handbook and the attached handbook dated April 27, 2023 as **Exhibit 5**.

9.     A true and correct copy of an email from Brad Lee to Han and admin@prime-logix.co with Greyson's Revolv3 / Payliance contract (redacted for personal information) dated May 17, 2023 is attached hereto as **Exhibit 6**.

10.     Attached hereto is a true and correct copy of an email chain between Kent@lpglaw.com, Kathleen Stevens, 24him4ever@gmail.com, and admin@greysonlawpc.com indicating comingled LPG emails and accounts dated May 23, 2023 as **Exhibit 7**.

11.     Attached hereto is a true and correct copy of an email from the admin@greysonlawpc.com account to Brad Lee dated May 23, 2023 including the attached scheduled wire document from a Chase account ending in 0830 (redacted for personal information) that belonged to B.A.T., Inc. ("B.A.T.") as **Exhibit 8**.

12.     Attached hereto is a true and correct copy of an email from GCgreysonlawpc.com (an account known to be "General Counsel" registered to Jayde Trinh, See Brad Lee Declaration) advising to stop onboarding CLG and Phoenix cases dated May 26, 2023 as **Exhibit 9**.

13.     Attached hereto is an email string from Han regarding Greyson attorney, Reed Pruyn's understanding of onboarding CLG cases dated May 28, 2023 as **Exhibit 10**.

14.     Attached hereto is a true and correct copy of an email from GC@greysonlawpc.com advising not to speak to attorneys for Trustee dated May 31, 2023 as **Exhibit 11**.

**ACCOUNTING@GREYSONLAWPC.COM EMAILS**

15.     Attached hereto is a true and correct copy of email from Han to accounting@greysonlawpc.com, among others, directing Greyson's payroll be made from B.A.T.'s Chase account and attached Greyson payroll spreadsheet (redacted for personal information) dated May 2, 2023 as **Exhibit 12**.

16.     Attached hereto is a true and correct copy of an email from accounting@greysonlawpc.com to HR@greysonlawpc.com providing proof Scott Eadie was paid and attached wire confirmation (redacted for personal information) dated May 24, 2023 as **Exhibit 13**. Based on the Declaration of Brad Lee, the Chase Platinum checking account No. ending in 0830 belonged to B.A.T.

17.     Attached hereto is a true and correct copy of an email string between Han and accounting@greysonlawpc.com regarding a scheduled wire to David Orr from B.A.T.'s account and attached wire confirmation (redacted for personal information) dated May 30, 2023 as **Exhibit 14**.

18.     Attached hereto is a true and correct copy of an email from accounting@greysonlawpc.com to hr@greysonlawpc.com and attached May 2023 Citibank statement (redacted for personal information) for account ending in 6370 dated June 7, 2023 as **Exhibit 15**.

### OPS@GREYSONLAWPC.COM EMAILS

19.     The email ops@greysonlawpc.com was registered to Greyson employee Max Chou who also maintained his own person account (hereinafter referred to as "Ops"). See the Declaration of Brad Lee.

20.     Attached hereto is a true and correct copy of an email from Han to Ops with GLC's Local Counsel Directory: Coverage State by State dated May 18, 2023 as **Exhibit 16**.

21.     Attached hereto is a true and correct copy of a comparison between LPG's Local Counsel and Greyson's Local Counsel highlighting those shared by both entities as **Exhibit 17**.

### HR@GREYSONLAWPC.COM EMAILS

22.     Attached hereto is a true and correct copy of an email string between hr@greysonlapc.com and Monroy Gabriel regarding Vulcan payroll checks and his bounced check (redacted for personal information) dated May 9, 2023 as **Exhibit 18**.

23.     Attached hereto is a true and correct copy of an email string between hr@greysonlawpc.com and Brittney Cole regarding Prime Logix bounced check (redacted for personal information) dated May 10, 2023 as **Exhibit 19**.

///

24.     Attached hereto is a true and correct copy of an email string between hr@greysonlawpc.com and accoutning@greysonlawpc.com regarding bounced checks being paid with wires from B.A.T.'s account and attached wire confirmations (redacted for personal information) dated June 1, 2023 as **Exhibit 20**.

**GLCISRAELOROSCO@GREYSONLAWPC.COM EMAILS**

25.     Attached hereto is a true and correct email string indicating Greyson attorney Israel Orosco was accessing, using and co-mingling LPG and Greyson email accounts to service LPG clients even after the TRO was served and the preliminary injunction entered by the Court dated June 13, 2023 as **Exhibit 21**.

**REIDWOOD@GREYSONLAWPC.COM EMAILS**

26.     Attached hereto is a true and correct email string between Reid Wood, kyleherret@greysonlawpc.com, kyle@lpg.com and David Weaver comingling Greyson and LPG email accounts and discussing the transfer of clients to Greyson after the TRO was served and Preliminary Injunction with the attached list of clients to be transferred (redacted for personal information) dated June 12, 2023 as **Exhibit 22**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of January, 2023 at Orange, California.

Alex Rubin

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ALEX RUBIN**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 22, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Keith Barnett<br>on behalf of Defendant Payliance, LLC | keith.barnett@troutman.com<br>kelley.wade@troutman.com |
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 22, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY - VIA FEDEX**
Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 22, 2023 | Nicolette D. Murphy | /s/ *Nicolette D. Murphy* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                    *Page 6*                    **F 9013-3.1.PROOF.SERVICE**

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Leslie A Cohen<br>on behalf of Defendant Lisa Cohen | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Defendant Rosa Bianca Loli | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Michael T. Delaney,<br>on behalf of Defendant Fidelity National Information Services d/b/a FIS | mdelaney@bakerlaw.com<br>TBreeden@bakerlaw.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>karina.reyes@dinsmore.com<br>deamira.romo@dinsmore.com |
| Christopher Ghio<br>on behalf of Trustee Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>karina.reyes@dinsmore.com<br>deamira.romo@dinsmore.com |
| Eric D. Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Meredith King<br>on behalf of Defendant Gallant Law Group | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC | David.Kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| Matthew A. Lesnick<br>on behalf of Defendant Optimumbank Holdings, Inc. d/b/a Optimum Bank | matt@lesnickprince.com<br>matt@ecf.inforuptcy.com<br>jmack@lesnickprince.com |
| Daniel A Lev<br>on behalf of Defendant Consumer Legal Group, P.C. | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Daniel A Lev<br>on behalf of Defendant LGS Holdco, LLC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Daniel S. March<br>on behalf of Defendant Daniel S. March | marchlawoffice@gmail.com<br>marchdr94019@notify.bestcase.com |
| Kathleen P. March<br>on behalf of Defendant Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Han Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Jayde Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Lisa Patel<br>on behalf of Defendant OptimumBank Holdings, Inc. | lpatel@lesnickprince.com<br>jmack@lesnickprince.com<br>jnavarro@lesnickprince.com |
| Teri T Pham *(Withdrawn from Case)*<br>on behalf of Defendant Tony Diab | tpham@epgrlawyers.com<br>ttpassistant@epglawyers.com<br>dle@epglawyers.com |
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H. Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H. Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald Richards<br>on behalf of Defendant Consumer Legal Group, P.C. | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    *Page 8*                              **F 9013-1.PROOF.SERVICE**

Johnny White
on behalf of Interested Party Courtesy NEF

JWhite@wrslawyers.com
jlee@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          Page 9                        **F 9013-.1.PROOF.SERVICE**

# EXHIBIT 1

## Fw: Invoices for 2 moves

### GLC Admin <Admin@greysonlawpc.com>

Mon 5/1/2023 6:10 PM

To:tony@coastprocessing.com <tony@coastprocessing.com>

📎 2 attachments (290 KB)

Greyson.Law.Center.INV.19992.MOVE.04.19.2023.pdf; Greyson.Law.Center.INV.20000.MOVE.04.29.2023.pdf;

**Pay it.**

---

**From:** Hirrum Shetrone <hshetrone@4inyouroffice.com>
**Sent:** Monday, May 1, 2023 6:08 PM
**To:** GLC Admin <Admin@greysonlawpc.com>
**Subject:** Invoices for 2 moves

Hi Han.

Please see attached invoices for both moves.

Please let me know if you need anything else from me.

Hirrum
(949) 795-9901

Hirrum Shetrone


REDACTED

**J.J. SARON INC. dba**



**INVOICE#20000**

**Labor Only Invoice**

REDACTED

REDACTED

REDACTED

May 01, 2023

Prepared for: Han Trinh
Greyson Law Center
REDACTED
REDACTED
REDACTED
admin@greysonlawpc.com

**INVOICE TO RELOCATE AND DISPOSED OF OFFICE FURNITURE**

| Office Start | QNTY | Manufacturer | Item# | Description | Fabric/Color | Y |
|---|---|---|---|---|---|---|
| Irvine 16th floor (Includes travel) | N/A | | LABOR | Travel to Irvine Office Load and Unload Multiple trucks Between Irvine 16th floor Office and Irvine 4th floor Office START TIME 12:45pm | Regular time Overtime | |
| DINNER BREAK | | | | 3:00pm to 4:00pm | | |
| Finish Irvine Office 16th Floor 1:05am (Includes travel) | | | | Travel back to Laguna Hills Store Finish time 1:00am | | |
| | | | | **TOTAL LABOR 4.25 Hours Reg + 7 hours OT** | | |

|  |  |
|---|---|
| **Sub Total** | |
| **Sales Tax** | |
| **GRAND TOTAL** | |

REDACTED

4inyouroffice.com

J.J. SARON INC. dba



**INVOICE#19992**

Labor Only Invoice

REDACTED

April 20, 2023

Prepared for: Han Trinh
Greyson Law Center
REDACTED

REDACTED
admin@greysonpc.com

**INVOICE TO RELOCATE AND DISPOSED OF OFFICE FURNITURE**

| Office | QNTY | Manufacturer | Item# | Description | Fabric/Color | Y |
|---|---|---|---|---|---|---|
| **Start** | | | | | | |
| **Tustin 1st floor** | | N/A | LABOR | Travel to Tustin Office 17542 17th st., Tustin | | |
| | | | | Start Time 1:30pm (2 trucks) | | |
| | | | | Dissasemble, organize, and load Office Furniture in Tustin | | |
| | | | | Travel To new Office High rise 3161 Michelson, Irvine | | |
| | | | | Dissasemble and remove existing furniture from Office. | | |
| | | | | Unload, Bring upstairs, assemble Furniture from Tustin Office | | |
| **Finish** | | | | Travel back to Laguna Hills | | |
| **Irvine Office** | | | | Unload discarded Furniture from Irvine Office into multiple Trash bins on Site in Laguna Hills (Avoids REFUSE Fees) | | |
| **16th Floor** | | | | Finish 11:30pm | | |
| | | | | | | |
| | | | | TOTAL LABOR 8 Hours Reg 2 hours OT | | |

**Sub Total**
**Sales Tax**
**GRAND TOTAL**

REDACTED

4inyouroffice.com

# EXHIBIT 2

| | |
|---|---|
| **From:** | GLC Admin |
| **To:** | tony@coastprocessing.com |
| **Subject:** | Fwd: Guardian Employees Banking and Pay for 4/24 Excel Sheet |
| **Date:** | Wednesday, May 3, 2023 9:58:19 AM |
| **Attachments:** | Guardian Employee Banking Info and Pay for 4.24.23.xlsx |

Get Outlook for iOS

**From:** GLC HR <hr@greysonlawpc.com>

**Sent:** Wednesday, May 3, 2023 9:50:51 AM

**To:** GLC Admin <Admin@greysonlawpc.com>

**Subject:** Guardian Employees Banking and Pay for 4/24 Excel Sheet

| Full name | Address 1 | Address 2 | City | State/province | ZIP/postal code | Routing Number | Account Number | Request Amount 1 | Routing Numb |
|---|---|---|---|---|---|---|---|---|---|
| Abramson, Alexandra A | REDACTED | | | | | | 0859 | | |
| Ambach, Emily S | REDACTED | | | | | | 4963 | | |
| Antenucci, Morgan | REDACTED | | | | | | 2254 | | |
| Baltazar, Maria | REDACTED | | | | | | 1186 | | |
| Barona Carrillo, Andrea J | REDACTED | | | | | | 8492 | | |
| Beamonte, Arturo J | REDACTED | | | | | | 3136 | | |
| Blaul, Edward M | REDACTED | | | | | | 7941 | | |
| Bossley, Gabrielle L | REDACTED | | | | | | 4906 | | |
| Boyum, Stephen R | REDACTED | | | | | | 6058 | | |
| Cao, Phuc | REDACTED | | | | | | 5306 | 90% | REI |
| Carter, Cole K | REDACTED | | | | | | 3624 | | |
| Chen, Sherri | REDACTED | | | | | | 7092 | | |
| Chou, Max | REDACTED | | | | | | 8061 | | |
| Cibrian De La Torre, Elena D | REDACTED | | | | | | 2989 | | |
| Cole, Brittney | REDACTED | | | | | | 8070 | | |
| Edwards, Crystal M | REDACTED | | | | | | 5382 | | |
| Fenyes, Steven | REDACTED | | | | | | 5382 | | |
| Flores Hernandez, Patricia D | REDACTED | | | | | | 2098 | | |
| Fuentes, Kattie | REDACTED | | | | | | 3700 | | |
| Galvan, Reuben | REDACTED | | | | | | 4711 | | |
| Glassburner, John O | REDACTED | | | | | | 2396 | | |
| Gomes, Jazzmarri M | REDACTED | | | | | | 2999 | | |
| Gonsalves, Emily M | REDACTED | | | | | | 2426 | | |
| Gonzalez, Jessica | REDACTED | | | | | | 2296 | $600 | REI |
| Gregory, Brittany R | REDACTED | | | | | | 7087 | | |
| Gregory, Christine O | REDACTED | | | | | | 5949 | | |
| Gregory, Danielle A | REDACTED | | | | | | 3893 | | |
| Guzman, Ashley R | REDACTED | | | | | | 4886 | | |
| Guzman, Esmeralda | REDACTED | | | | | | 2276 | | |
| Harris, Britney T | REDACTED | | | | | | 2169 | | |
| Hernandez, Nikki A | REDACTED | | | | | | 2779 | | |
| Housel, Alyson D | REDACTED | | | | | | 7831 | | |
| Jacobo Gomez, Estefane | REDACTED | | | | | | 5551 | | |
| Kang, Stacey | REDACTED | | | | | | 8807 | | |
| Kearns, Eric T | REDACTED | | | | | | 1174 | | |
| Kelley, Courtney B | REDACTED | | | | | | 3304 | | |
| Kim, Angelique A | REDACTED | | | | | | 6948 | | |
| Kvech, Kimberly M | REDACTED | | | | | | 7997 | | |
| Lee, Bradford A | REDACTED | | | | | | 8552 | | |
| Levine, Gary C | REDACTED | | | | | | 7917 | | |
| Lim, Eunjung | REDACTED | | | | | | 6491 | | |
| Lim, Eunsel | REDACTED | | | | | | 2428 | | |
| Louie, Fung | REDACTED | | | | | | 1163 | 90% | REI |
| Mckinley, Nisiana | REDACTED | | | | | | 5009 | | |
| Mendez, Brenda | REDACTED | | | | | | 0520 | | |
| Mendoza, Monica | REDACTED | | | | | | 4705 | | |
| Monroy, Gabriel F | REDACTED | | | | | | 6708 | | |
| Montiero, Ramona L | REDACTED | | | | | | 2722 | | |
| Morgado Ibanez, Diamanda | REDACTED | | | | | | 0449 | | |
| Morris, Whitney R | REDACTED | | | | | | 8774 | | |
| Munoz, Amber | REDACTED | | | | | | 3687 | | |
| Navarette, Elizett | REDACTED | | | | | | 2647 | | |
| Nguyen, Danny | REDACTED | | | | | | 3107 | | |
| Nguyen, Justin H | REDACTED | | | | | | 5577 | | |
| Nguyen, Thanhhang | REDACTED | | | | | | 7294 | | |
| Nguyen, Thienphuc H | REDACTED | | | | | | 2083 | | |
| Noli, Christian R | REDACTED | | | | | | 3081 | | |
| Park, Julie | REDACTED | | | | | | 1139 | | |
| Parra, Michelle D | REDACTED | | | | | | 2961 | | |
| Perez, Perla C | REDACTED | | | | | | 5253 | | |
| Prey, Linda | REDACTED | | | | | | 1779 | | |
| Prey, Tola | REDACTED | | | | | | 0610 | | |
| Price, Jacob M | REDACTED | | | | | | 1084 | | |
| Pusztai, Brianne N | REDACTED | | | | | | 2806 | | |

| Full name | Address 1 | Address 2 | City | State/province | ZIP/postal code | Routing Number | Account Number | Request Amount 1 | Routing Numb |
|---|---|---|---|---|---|---|---|---|---|
| Quinones, Jasmine L | REDACTED | | | | | | 4868 | | |
| Quinteros, Matthew I | REDACTED | | | | | | 0837 | | |
| Ramirez, Emmanuel | REDACTED | | | | | | 7973 | | |
| Rodriguez, Juan D | REDACTED | | | | | | 1494 | | |
| Saichin, Nicholas | REDACTED | | | | | | 8384 | | |
| Scheler, Megan K | REDACTED | | | | | | 2688 | | |
| Snyder, Kristina | REDACTED | | | | | | 8402 | | |
| Thach, Maria | REDACTED | | | | | | 9705 | | |
| Torres, Gabriel | REDACTED | | | | | | 1715 | | |
| Valdivia Fitz, Edwin C | REDACTED | | | | | | 8114 | | |
| Vasquez, Elizabeth | REDACTED | | | | | | 8716 | | |
| Vega Munoz, Katlin S | REDACTED | | | | | | 2650 | | |
| Vu, Michael | REDACTED | | | | | | 8879 | | |
| Wood, Reid | REDACTED | | | | | | 9503 | | |
| | | | | | | | | | |
| Alali, Khalid | REDACTED | | | | | | 6005 | | |
| Ramirez, Dyvonne D | REDACTED | | | | | | 0886 | | |
| Zargaran, Hanieh | REDACTED | | | | | | 2343 | | |
| | | | | | | | | | |
| Chen, Albert S | REDACTED | | | | | | | | |
| Melanie Ju | | | | | | N/A | N/A | | |
| Taing, Eng | REDACTED | | | | | N/A | N/A | | |
| Thomas, Wesley J | REDACTED | | | | | | 1299 | | |

# EXHIBIT 3

## Re: ANSWERS + UPDATES

GLC Admin <Admin@greysonlawpc.com>

Tue 5/9/2023 3:39 PM

To:Shadae Clarke <ShadaeClarke@greysonlawpc.com>
Cc:Denise Mikrut <DeniseMikrut@greysonlawpc.com>;GLC Attorneys <GLC-AllCounsel@greysonlawpc.com>

Hello Shadae,

I will forward your request and let you know when it is completed.

Thank you,
Admin

---

**From:** Shadae Clarke <ShadaeClarke@greysonlawpc.com>
**Sent:** Tuesday, May 9, 2023 3:37 PM
**To:** GLC Admin <Admin@greysonlawpc.com>
**Cc:** Denise Mikrut <DeniseMikrut@greysonlawpc.com>; GLC Attorneys <GLC-AllCounsel@greysonlawpc.com>
**Subject:** Re: ANSWERS + UPDATES

Thank you! Also, I do not see the email for Phoenix Luna credentials in my LPG email. Can I have those resent?

Sent from my iPhone

> On May 9, 2023, at 6:35 PM, GLC Admin <Admin@greysonlawpc.com> wrote:
>
> Hello Shadae,
>
> Yes, please continue working on the active cases even if they've been transferred to Phoenix. You should leav
> on Phoenix's Luna since all previous Oakstone clients (that haven't onboarded onto Greyson) have been trans
> CRM. They should be adjusting payments to assist with settlement. Let Jayde know if otherwise.
>
> Thank you,
> Admin

**From:** Shadae Clarke <ShadaeClarke@greysonlawpc.com>
**Sent:** Tuesday, May 9, 2023 3:28 PM
**To:** Denise Mikrut <DeniseMikrut@greysonlawpc.com>
**Cc:** GLC Admin <Admin@greysonlawpc.com>; GLC Attorneys <GLC-AllCounsel@greysonlawpc.com>
**Subject:** Re: ANSWERS + UPDATES

For the active cases that we are working that have transferred to Phoenix, do we continue working them? If
leave the settlement notes? And are they doing payment reallocations for settlements?

Sent from my iPhone

> On May 9, 2023, at 6:23 PM, Denise Mikrut <DeniseMikrut@greysonlawpc.com> wrote:

Thanks for the answers to my questions.  This helps.  

At this point, and I don't know if anyone else has this issue, but none of the assignments to me through
have been reassigned through this email address.  Unless the Oakstone assignments are now all Phoen
would appreciate it if those assignments were forwarded to me.

Thanks,
Denise

---

**From:** GLC Admin <Admin@greysonlawpc.com>
**Sent:** Tuesday, May 9, 2023 2:47 PM
**To:** GLC Attorneys <GLC-AllCounsel@greysonlawpc.com>
**Subject:** ANSWERS + UPDATES

Hello Counsels -

- Will "New Case" assignments now be coming from the @greysonlawpc.com email account?
  **-New Case assignments will be coming from the legal@greysonlawpc.com email moving**
  **Unless you're from FL, it's still coming from legal@lpglaw.com per your request.**

- How can we access the cases assigned from Oakstone via the Gmail account?

  **-We have not been able access the Oakstone domain via the @oakstonepc.com Gmail ac
  Therefore, you have been seeing the reassignments come through from legal@greysonla
  since they have a master list of who was assigned to what from the beginning.**

- Are we going to be using Paychex again? If so, do we have to establish new accounts or will the o
  accounts still be good?

  **-Paychex accounts have been set up by HR. She worked over 15 hours over the weekend
  up since we have now onboarded Guardian Processing employees onto Greyson as well.
  have received a notification in your previous Paychex account of the update in your pers
  Please reach out to hr@greysonlawpc.com if you have not. \*\*Payroll will be processed to**

- Luna is now our client portal so can we delete all the other ones we have used up to this point?

  **-No, you need to continue using DebtPayPro to access your clients that went to CLG, Pho
  logins to access your clients that went to Phoenix, and Luna logins to access your Greyso
  \*\*Note: All Oakstone clients are now Phoenix clients except the ones that were inputted
  Airtable by you to onboard to Greyson.**

- Do you still want us to use AirTable to submit expenses?

  **-Yes, please continue using that Airtable link to submit expenses. All accounts for our Gre
  account should be active as of today at 5PM PST. Scott had to sign a couple of things yest
  \*\*Bank card should arrive today or tomorrow due to the missed signatures.**

- What are the key email addresses we should be using for Admin, Accounting, IT, Customer Servic

  **-contact@greysonlawpc.com (external facing email for clients to send in all documentati
  all questions related to the program)**

  **-accounting@greysonlawpc.com (reimbursements/leases/rent)**
  **-IT@greysonlawpc.com (IT services, software services, CRM aka Luna help)**

  **-HR@greysonlawpc.com (HR/payroll related issues only)**

  **-attorney@greysonlawpc.com (when you settle cases + legal related things)**

  **-admin@greysonlawpc.com (all other crazy stuff that's non-related to the things listed ab**

# EXHIBIT 4

## Directory of Counsel Coverage

GLC Admin <Admin@greysonlawpc.com>

Tue 5/9/2023 2:17 PM

To:GLC Ops <ops@greysonlawpc.com>

📎  1 attachments (61 KB)

LPG Directory of Counsel Coverage State by State (002).docx;

# LPG Local Counsel Directory

**LPG DIRECTORY COUNSEL COVERAGE STATE BY STATE**

| STATE | PRIMARY COVERAGE (P) SECONDARY COVERAGE (S) | BAR NUMBER | LAW FIRM | ADDRESS | PHONE | EMAIL |
|---|---|---|---|---|---|---|
| Alabama | Kevin Rogers | | Wells Marble & Hurst, PLLC | REDACTED | REDACTED | Kroge |
| Alaska | Peter Osterman | | The Litigation Practice Group PC | | | poster |
| Arizona | Denise Mikrut | 020585 | The Litigation Practice Group PC | REDACTED | REDACTED | Denise m |
| | Nicholas Abdo | 027291 | Leighton & Abdo, PLLC | REDACTED | REDACTED | Ncabd |
| Arkansas | Danielle Hasty | | Lion Legal Services | REDACTED | 7 | Dhast s.com |
| | Ashley Lambert | 152967 | The Litigation Practice Group PC | REDACTED | REDACTED | Ablan |
| California | Daniel March | 106854 | The Litigation Practice Group, PC | REDACTED | REDACTED | Dan@ |
| Colorado | R. Reed Pruyn | 09985 | The Litigation Practice Group PC | REDACTED | REDACTED | Reed@ |

# LPG Local Counsel Directory

| | | | | | | |
|---|---|---|---|---|---|---|
| Connecticut | Roderick D. Woods | 4664520 | The Woods Law Firm, LLC | REDACTED | | Roder |
| Delaware | JJS Law | | JJS Law | | | summ |
| District of Columbia | Laronda Kelley | | The Litigation Practice Group PC | REDACTED | | Laron |
| Florida | Sheereen Middleton | 115771 | The Litigation Practice Group PC | REDACTED | | Sheer |
| | Stephen M. Bernhardt | 86726 | Bernhardt Law, PLLC | REDACTED | | stephe |
| Georgia | Rayshawn Williams (Ray) | | The Litigation Practice Group PC | REDACTED | | Ray@ |
| Hawaii | | | | | | |
| | Ofir Raviv | 10413 | Square One Legal | REDACTED | | Ofir@s m |
| Idaho | R. Reed Pruyn | 09985 | The Litigation Practice Group PC | REDACTED | | Reed@ |
| Illinois | Firas Abunada | | The Litigation Practice Group PC, Illinois | REDACTED | | Firas@ |
| Indiana | Melissa Wilkes | | The Litigation Practice Group PC | REDACTED | | Mwilke |

# LPG Local Counsel Directory

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | REDACTED | | |
| Iowa | Anthony Osborn | 216611 | Gehling Osborn Law Firm, PLC | REDACTED | REDACTED | Antho |
| Kansas | Cary Smalley | | The Smalley Law Firm, LLC | REDACTED | REDACTED | Cary@ .com |
| Kentucky | Jane Dearwester | | The Litigation Practice Group PC | REDACTED | TBA | Jane@ |
| | Christopher Chapman | | Christopher Chapman, PC | REDACTED | REDACTED | Christ @gma |
| | Marque Carey | | Marque Carey | REDACTED | REDACTED | Marque l.com |
| Louisiana | | | The Litigation Practice Group PC | | | |
| Maine | Randall Baldwin Clark | | Of Counsel, The Litigation Practice Group PC | REDACTED | REDACTED | Rbc@ |
| Maryland | Sheereen Middleton | 18669 | The Litigation Practice Group PC | TBA | REDACTED | Shee |
| | | | | | | |

# LPG Local Counsel Directory

| | | | | | | |
|---|---|---|---|---|---|---|
| Massachusetts | Randall Baldwin Clark | | The Litigation Practice Group PC | REDACTED | | Rbc@ |
| Michigan | Melissa Wilkes | | The Litigation Practice Group PC | REDACTED | | Mwilk |
| Minnesota | Laronda Kelley | | The Litigation Practice Group PC | REDACTED | | Laron |
| | Douglas Stiele | | The Litigation Practice Group PC | | | dougla m |
| Mississippi | Kevin Rogers | | Wells Marble & Hurst, PLLC | REDACTED | | KRoge |
| Missouri | Cary Smalley | | The Smalley Law Firm, LLC | REDACTED | | Cary@ .com |
| Montana | Peter Schnieder | 116152 | The Litigation Practice Group PC | REDACTED | | Peter@ |
| | Justin Kalmbach | | Kalmbach Law Office | REDACTED | | Justin |
| Nebraska | Cary Smalley | | The Smalley Law Firm, LLC | REDACTED | | Cary@ .com |

PAGE 4

# LPG Local Counsel Directory

| | | | | | | |
|---|---|---|---|---|---|---|
| Nevada | Angela Dows and Rowland Graff | 918593434 | Cory Reade Dows & Shafer | REDACTED | | Adows Rgraff |
| | Denise Mikrut | 020585 | The Litigation Practice Group PC | REDACTED | TBA | Denis m |
| New Hampshire | Randall Baldwin Clark | | The Litigation Practice Group PC | REDACTED | | Rbc@ |
| New Jersey | Howard Gutman | 1859719 | Law Office of Howard Gutman | REDACTED | | Howar |
| New Mexico | Ashley Lambert | 152967 | The Litigation Practice Group PC | REDACTED | | Ablan |
| | Blake Dugger | | | | | blake. |
| New York | Howard Gutman | 1859719 | Law Office of Howard Gutman | REDACTED | | Howar |
| | Roderick D. Woods | | The Woods Law Firm, PC | | | |
| North Carolina | Jane Dearwester | | The Litigation Practice Group PC | REDACTED | TBA | Jane@ |

# LPG Local Counsel Directory

| | | | | | | |
|---|---|---|---|---|---|---|
| | Christopher Chapman | | Independent Law Office, Christopher Chapman | REDACTED | | Christo mail.co |
| North Dakota | Phillip A. Greenblatt | P54170 | The Litigation Practice Group PC | REDACTED | | Phil@p lc.com |
| | Patrick W. Waters | 08505 | Patrick W. Waters | REDACTED | | |
| Ohio | Melissa Wilkes | | The Litigation Practice Group PC | REDACTED | | Mwilke |
| Oklahoma | Robert Newark (Pending) | 21992 | The Litigation Practice Group PC | TBA | TBA | RNewa |
| | Katheryn Bell | 24076266 | Bell Legal Group | REDACTED | | Bell@ |
| Oregon | Thomas McAvity | 001751 | Thomas McAvity | REDACTED | | Lpgca |
| | Peter Schneider (Pending) | 43131 | P (Pending): The Litigation Practice Group PC | | | P (Pen Peter@ |

# LPG Local Counsel Directory

| Pennsylvania | Jordan Kurth | 317804 | The Litigation Practice Group PC | REDACTED | | JKurth |
| Rhode Island | Randall Baldwin Clark | | The Litigation Practice Group PC | REDACTED | | Rbc@ |
| South Carolina | Laronda Kelley | | The Litigation Practice Group PC | REDACTED | | Laron |
| South Dakota | Phillip A. Greenblatt | P54170 | The Litigation Practice Group PC | REDACTED | | Phil@ lc.com |
| | Michael W. Strain | | Michael W. Strain | REDACTED | | Mike@ |
| Tennessee | Robert Williams | | The Litigation Practice Group PC | REDACTED | TBA | Rober |
| | Jane Dearwester (Pending) | | The Litigation Practice Group PC | REDACTED | TBA | Jane@ |
| Texas | Robert Newark | 24040097 | The Litigation Practice Group PC | TBA | TBA | RNewa |
| | Katheryn Bell | 24076266 | Bell Legal Group | REDACTED | | Be |
| Utah | R. Reed Pruyn | 09985 | The Litigation Practice Group PC | REDACTED | | Reed@ |
| Vermont | Randall Baldwin Clark | | Of Counsel, The Litigation Practice Group PC | REDACTED | | Rbc@ |

# LPG Local Counsel Directory

| | | | | | | |
|---|---|---|---|---|---|---|
| Virginia | Jillian M. Kindlund  (Pending): Jordan Kurth | | Kindlund Legal LLC  The Litigation Practice Group PC | REDACTED | | Jillian...m  Jkurth... |
| Washington | Peter Schneider | 43131 | The Litigation Practice Group PC | REDACTED | | Peter@ |
| West Virginia | Jillian M. Kindlund  Jordan Kurth (Pending) | 317804 | Kindlund Legal LLC  (Pending): The Litigation Practice Group | REDACTED | | Jillian...m  JKurth |
| Wisconsin | Richard Jacobson | 1004731 | The Litigation Practice Group PC | REDACTED | TBA | Rjacol |
| Wyoming | Paul Knight | 5-2854 | The Litigation Practice Group PC | REDACTED | | Paul@ |

# EXHIBIT 5

## Handbook Template: Please revise!

GLCP Admin <Admin@greysonlawpc.com>

Thu 4/27/2023 6:57 PM

To:GLPC HR <hr@greysonlawpc.com>

📎 1 attachments (280 KB)

Handbook LPG DO NOT USE YET - REVISION 2023.docx;



# Employee Handbook 2022

# The Litigation Practice Group

Welcome to The Litigation Practice Group (LPG). We are delighted that you have chosen to join our team and hope that you enjoy a long and successful career with us. As you become familiar with our culture and mission, we hope you will take advantage of opportunities to enhance your career and further LPG's goals.
People are the key to our success. We believe that we are only as good as those we surround ourselves with.


**Handbook Introduction**

Welcome! As an Employee with LPG you are an important part of a team effort. We hope that you will find your position with the company rewarding, challenging, and productive.

Because our success depends upon the dedication of our Employees, we are highly selective in choosing new members of our team. We look to you and the other Employees to contribute to the success of the company.

This Employee Handbook is intended to explain the terms and conditions of employment of all Employees at LPG This handbook summarizes the policies and practices in effect at the time of publication. This handbook supersedes all previously issued handbooks and handbook addendums and any policy memoranda that are inconsistent with the policies described herein. Your Manager or Human Resource department will be happy to answer any questions you may have.

Use the Section Guide to locate information about specific programs and provisions within each of the topics. You will be asked to sign a receipt that you have received this handbook.

This Handbook has been designed to give you an overview. It is not intended to be all encompassing or to provide you with all of the details that might apply to an individual situation. If you find yourself needing to determine how a particular policy applies in your situation, please contact your Manager, Manager, or Human Resources. You should keep this handbook with other important company paperwork and refer to it when you have questions.

**Right to Revise**

LPG reserves the right to revise, modify, delete, or add to any and all policies, procedures, work rules, or benefits stated in this handbook or any other document, except for the policy of at-will employment. Any written changes to this handbook will be distributed as an addendum so that all Employees are aware of the new policies or procedures. No oral statements or representations can in any way alter the provisions of this handbook.

Nothing in this Employee Handbook or in any other personnel document, including benefit plan descriptions, creates, or is intended to create a promise or representation of continued employment for any Employee.

## The Litigation Practice Group

**The Basics**

**SECTION 1 – Company Information**
1.  At-Will Employment Status
2.  Equal Employment Opportunity
3.  Union-Free
4.  Employee Classification
5.  Same-Sex Marriages and Registered Domestic Partners

**SECTION 2 – General Appearance**
1.  Dress Code and Other Personal Standards
2.  Personal Hygiene
3.  Facial Hair
4.  Piercings

**SECTION 3 – Work Schedules, Timekeeping, and Compensation**
1.  Time Keeping Requirements for Non-Exempt Employees
2.  Meal and Rest Periods for Non-Exempt Members
3.  Emergency Closings
4.  Questions About Your Pay
5.  Overtime Pay for Non-Exempt Employees
6.  Payment of Wages
7.  Direct Deposit

**SECTION 4 – Business Ethics & More**
1.  Code of Business Ethics
2.  Avoid Conflict of Interest
3.  Confidential Information
4.  Employer Property
5.  Reporting Theft
6.  Reporting Illegal or Unethical Behavior
7.  Off-Duty Conduct
8.  Secondary Employment

**SECTION 5 – The Basics- Miscellaneous**
1.  Parking
2.  Personal Belongings
3.  Respect
4.  Communication
5.  Accountability

**Programs and Practices**

**SECTION 6 – Programs and Practices**
1.  Personal Data
2.  Personnel Records
3.  Employee Addresses, Phone Numbers, and Personnel File Information
4.  Employment Verifications
5.  Separation of Employment
6.  Voluntary Separation
7.  Rehire
8.  Confidentiality and Trade Secrets
9.  Solicitation and Distribution of Literature
10. Surveillance
11. Company Search
12. Meetings with Employees
13. Performance Evaluation Periods and Compensation
14. Promotions

# The Litigation Practice Group

**Policies**

**SECTION 7 – Company Policies & Prohibited Conduct**
1. Harassment Free Environment /Unlawful Harassment
2. Abusive Conduct (Bullying)
3. Reporting Procedures
4. Workplace Violence Policy
5. Prohibited Conduct Policy
6. No Gossip Policy
7. Diversity
8. Attendance and Voluntary Separation Policy
9. Punctuality and Tardiness
10. Discipline and Involuntary Termination
11. Gross Misconduct
12. Fraternization
13. Employment of Relatives
14. Social Networking
15. Electronic Communication
16. Travel Policy
17. Gifts/Gratuities
18. Smoking/Tobacco Use
19. Lactation/Breastfeeding Breaks

**SECTION 8 – Health & Safety Policies and Procedures**
1. Health and Safety
2. Hand Washing Policy
3. Follow Emergency Preparedness Procedures
4. Fire Safety/Prevention
5. Reporting Illness, Incident or Accident
6. Workers' Compensation
7. Drug Free Workplace Policy

**SECTION 9 – Our Benefits & Privileges**
1. Benefits
2. Privacy and Health
3. Sick Policy
4. Vacation Policy
5. Holidays
6. 401(k) Retirement Savings Plan
7. COBRA

**SECTION 10 – Leaves of Absence Benefits**
1. Procedure for Requesting Leave
2. Medical Certification or Proof for the Need for a Leave of Absence
3. Amount of Leave
4. Measuring 12-Month Period
5. Intermittent Leave or a Reduced Work Schedule
6. Use of Paid and Unpaid Leave
7. Seniority While on Leave
8. Health Benefits While on Leave
9. Return to Work
10. Family and Medical Leave Act (FMLA)
11. Serious Health Condition
12. Qualifying Exigency Leave
13. Military Caregiver Leave
14. California Family Rights Act (CFRA)
15. CFRA Leave for Bonding or Placement

# The Litigation Practice Group

16. Use of Paid and Unpaid Leave
17. Pregnancy Disability Leave
18. Military Service Leave
19. Military Spouse Leave
20. Bereavement Leave
21. Bone Marrow and Organ Donor Leave
22. Domestic Violence, Sexual Assault and Stalking Victims' Leave
23. Crime Victim's Leave
24. Jury or Witness Duty
25. Voting Leave
26. Voluntary Civil Service Leave
27. School Appearance Leave

Handbook Acknowledgement, Signature & Authentication

**The Litigation Practice Group**

# Section 1 - Company Information

**1.1 At-Will Employment Status**

LPG Employees are employed on an at-will basis. At-will Employment may be terminated with or without cause and with or without notice at any time by the Employee or the company. Nothing in this handbook shall limit the right to terminate at-will employment. No Employee of the company has any authority to enter into an agreement for employment for any specified period of time or to make an agreement for employment on other than at-will terms. Only the CEO and CFO of LPG has the authority to make any such agreement, which is binding only if it is in writing.

**1.2 Equal Employment Opportunity**

LPG is an equal opportunity employer and makes employment decisions on the basis of merit. We want to have the best available persons in every job. Company policy prohibits unlawful discrimination based on race, color, creed, gender, religion, marital status, registered domestic partner status, age, national origin or ancestry, gender identity, reproductive health decisions, physical or mental disability, medical condition including genetic characteristics, sexual orientation, or any other consideration made unlawful by federal, state, or local laws. It also prohibits unlawful discrimination based on the perception that anyone has any of those characteristics or is associated with a person who has or is perceived as having any of those characteristics. All such discrimination is **unlawful**.

The company is committed to compliance with all applicable laws providing equal employment opportunities. This commitment applies to **all** persons involved in company operations and prohibits unlawful discrimination by any Employee of LPG

To comply with applicable laws ensuring equal employment opportunities to qualified individuals with a disability, the company will make reasonable accommodations for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or an Employee unless undue hardship would result.

Any applicant or Employee who requires an accommodation in order to perform the essential functions of the job should contact their Manager or Human Resources with day-to-day personnel responsibilities and request such an accommodation. The individual requesting an accommodation should specify what accommodation he or she needs to perform the job. The company then will conduct an investigation to identify the barriers that interfere with the equal opportunity of the applicant or Employee to perform his or her job. The company will identify possible accommodations, if any that will help eliminate the limitation. If the accommodation is reasonable and will not impose an undue hardship, the company will make the accommodation.

If you believe you have been subjected to any form of unlawful discrimination, submit a written complaint to Human Resources. Your complaint should be specific and should include the names of the individuals involved and the names of any witnesses. If you need assistance with your complaint, or if you prefer to make a complaint in person, contact the Manager in your location or the Human Resources Department. The company will immediately undertake an effective, thorough, and objective investigation to resolve the situation.

If the company determines that unlawful discrimination has occurred, effective remedial action will be taken commensurate with the severity of the offense. Appropriate action also will be taken to deter any future discrimination. The company will not retaliate against you for filing a complaint and will not knowingly permit retaliation by Management or other Employees.

**1.3 Union-Free**

We are a union-free environment, and we prefer to remain that way. Our union-free status allows us to work directly with our Employees rather than through an outside third party, and to treat every Employee as an individual.

We sincerely believe that our success over the years is due to the cooperative relationship between Management teams and Employees and our mutual willingness to listen to one another, share ideas and offer suggestions for improvement.

## The Litigation Practice Group

**1.4 Employee Classification**

In compliance with the Fair Labor Standards Act and applicable state laws and regulations, all LPG Employees are classified as either non-exempt or exempt.

- **Non-Exempt:** Any Employee covered by the overtime provisions of the federal Fair Labor Standards Act (FLSA) and any applicable state laws. Non-exempt Employees are paid for all hours worked and are entitled to overtime pay based on state specific laws or local laws, if applicable.
- **Exempt:** Any Employee who is exempt from the overtime provisions of federal and state laws. As an exempt Employee, you are paid for the job or role you perform, not the amount of hours you work. The Company is not required to pay overtime to Employees in exempt positions if the normal workweek is exceeded. Positions that are "exempt" are those that meet specific job content tests contained in the law.

**1.5 Same-Sex Marriages and Registered Domestic Partners**

LPG complies with all applicable federal and state laws regarding the provision of benefits to same-sex spouses and domestic partners. In California, marriage is considered a personal relationship arising out of a contract between two persons, which include same-sex spouses. At LPG, all registered domestic partners have the same rights, protections, and benefits, and shall be subject to the same responsibilities, obligations, and duties under law, as are granted to and imposed upon spouses.

Questions regarding this policy should be directed to the Human Resource department.

**The Litigation Practice Group**

# Section 2 - General Appearance

**2.1 Dress Code and Other Personal Standards**
Employees must always present a clean professional appearance during the work week.
Our dress code is Business / Smart Casual / Conservative clothing.
Employees who wish to wear business suits may do so, but this level of formality is not required.

Examples of Business Casual are:
Dress slacks, khakis, twill bottoms or light fabric slacks
Dresses or skirts (may not be more than 5 inches above the knee)
Jeans that are **not** faded and free from stains or **tears**
Collared button-down or polo style shirt, sweater or similar attire
Sandals and open toe shoes are permissible

Examples of items considered **too casual and/or inappropriate** include: ·
Revealing clothing that exposes your chest, stomach, navel, underwear (front or back) or
that reveals too much cleavage
T-shirts of a casual nature, such as those printed or embroidered with sayings or team logos, as well as those intended to be
worn as undershirts
Tops with spaghetti straps, halter tops or muscle shirts
Tops that are transparent or see-through, or that give the appearance of such
Shorts, skorts, or very short skirts
items adorned with language or images that can be considered foul, vulgar or obscene
Apparel with holes, rips or tears
Workout attire, including yoga style pants, sweatpants, sweat suits, sweatshirts, hoodies,
Beachwear, including swimwear, swimsuit cover-ups, or casual flip flops
Hats, caps, sweat bands or bandanas

Employees are expected to comply with the Company dress code policy, maintaining an appropriate image for the workplace
any time they are at work or otherwise representing the Company, such as during professional association meetings and
business travel. Failure to adhere to this policy may result in appropriate disciplinary action, up to and including termination of
employment.

**2.2 Personal Hygiene**
Due to close contact with fellow Employees, good personal hygiene, cleanliness, and grooming are essential. Strong body
odor is not acceptable; therefore, the use of an antiperspirant or deodorant is required.

reasons, the use of strong, heavy scents and fragrances is not permitted. If you choose to wear a scent or fragrance product,
please be considerate of others and select a light, mild scent.

**2.3 Facial Hair**
Male employees are permitted to have moustaches, beards or goatees that are kept trimmed and not present a bushy or
unkempt appearance. Beard and Goatee lengths must not exceed ½ an inch below the chin.
Moustaches must not extend further than the corners of your mouth.

**2.4 Piercings**
Intentional body alteration or modification for the purpose of achieving a visible, physical effect that disfigures, deforms or
similarly detracts from a professional image is prohibited. Examples include, but are not limited to, body piercings
(other than traditional ear piercing), tongue piercing or splitting, tooth filing, earlobe expansion, and acquiring visible.
disfiguring skin implants. Employees are offered positions with the understanding that they meet the criteria above.
LPG Law reserves the right to separate with any employee in violation of this policy after the date of hire.

### The Litigation Practice Group

# Section 3 - Timekeeping and Compensation

**3.1 Timekeeping Requirements for Non-Exempt Employees**

Every Employee is entitled by law to receive wages for all hours worked. You will be assigned a Payroll login by the Payroll Platform. This is your identification when signing in and out on the computer and is required by the payroll system. This Employee identification number and your password should not be shared with other Employees. Any Employee found tampering with the time keeping system or deliberately falsifying their own or any other time records will be subject to immediate termination.

All non-exempt Employees are required to record time worked for payroll purposes. Employees must record their own time at the start and at the end of each work period, including before and after their meal period. Employees also must record their time whenever they leave the building for any reason other than LPG business. All Employees are responsible for recording their hours at the time the hours are worked. Employees are required to notify Human Resources
if they have failed to use the time clock properly. Any errors in your time record should also be immediately reported to Human Resources and they will enter the correct time punches manually. Multiple occurrences of failing to use the Time Clock properly will be documented as a Write Up.

Employees will not be required nor permitted to work any period of time beyond the normal starting or quitting times for the purpose of making up time lost unless compensated. **No instances of hourly Employees "working off the clock" will be tolerated**. Managers must ensure that hourly Employees receive wages for all hours worked. In the event an hourly Employee is found to be working while not clocked in, both the Manager-on-duty and said hourly Employee(s) can expect disciplinary action as a result of this misconduct. Clocking in another Employee or altering a time is not permissible and is subject to immediate termination under the *Prohibited Conduct Policy,* as defined in section 7.

**3.2 Meal and Rest Periods for Non-Exempt Employees**

Meal and Rest breaks are guaranteed daily to non-exempt members by several state laws and are an important Company policy to provide you with an opportunity to rest.

Meal Periods

All non-exempt Employees who work in excess of 5 hours in a workday are provided a minimum of 30 minutes up to an hour of unpaid time for a meal period ("First Meal Period"). Employees who work more than 10 hours in a workday are provided a second unpaid meal period of a minimum of 30 minutes ("Second Meal Period").

**The employee's First Meal Period shall begin prior to working 5 complete hours of work and the Second Meal Period shall begin prior to working 10 complete hours of work**. During a meal period, the employee will be relieved of all work duties and is free to leave the premises. Under no circumstances should an employee clock out for a meal period and continue working. <u>**Any employee who repeatedly violates this policy will receive disciplinary action up to termination**</u>.

Rest Breaks

Non-exempt Employees must take a net 15-minute rest break per 4 hours worked or major fraction thereof. A "net" 15-minute rest break means that the employee has a full 15 minutes to rest. Insofar as practicable, rest breaks will be provided in the middle of work periods – one before the meal period, and one after the meal period. Rest breaks are taken while on-the-clock and should never exceed 15 minutes. These 15 breaks may not be taken directly after clocking in from a meal break.

The following chart outlines the meal periods and rest breaks LPG provides and expects all Non-exempt employees to take:

## The Litigation Practice Group

| California Meal & Rest Periods | | | |
|---|---|---|---|
| **Total Hours Worked (including paid rest breaks)** | **Number of Available 15-Minute Paid Rest Breaks** | **Number of Available 30-Minute to an hour Unpaid Meal Periods** | **Meal Period Start Time** |
| Less than 3½ | 0 | 0 | N/A |
| 3½ to 5 | 1 | 0 | N/A |
| More than 5 up to 6 | 1 | 1 | No later than 5 hours of work |
| More than 6 up to 10 | 2 | 1 | No later than 5 hours of work |
| More than 10 up to 14 | 3 | 2 | For the first meal period, no later than 5 hours of work; for the second meal period, no later than 10 hours of work |

If anyone or anything interferes with an employee's ability to take rest breaks or meal periods as outlined in this policy, the employee must immediately notify a member of Management or the Human Resources Department. No employee will be retaliated against for raising a concern regarding meal periods and/or rest breaks.

Meal Period: A designated meal period in accordance with state law and Company policy. The company requires that all non-exempt Employees take the designated meal periods.

Employees are provided with a minimum of 30 minutes up to an hour meal period. The Employee's First Meal Period shall be provided after no more than 4 hours and 59 minutes of work. The Employee Second Meal Period shall be after no more than 9 hours and 59 minutes of work. During a meal period, the employee will be relieved of all work duties and is free to leave the premises. Under no circumstances should an employee clock out for a meal period and continue working.

- The meal period for non-exempt Employees is unpaid.
- Employees are required to clock out for their meal period and clock in no earlier than a full 30 minutes after clocking out. However, you will be considered late if you clock back in for your shift more than 35 minutes after clocking out.
- You may depart the premises during a scheduled meal period once clocked out.

Rest Break: A designated 15-minute paid rest period is in accordance with state law and Company policy.
- Non-exempt Employees must remain on the premises in designated areas during rest periods.

If for any reason you have missed a rest or meal period break, you must notify a Manager or Supervisor as soon as possible. LPG prohibits you from working off the clock on your breaks. LPG takes the requirements of State Labor Codes regarding rest and meal period breaks very seriously, and **failure to take your scheduled breaks may be grounds for disciplinary action up to and including termination.**

Disciplinary actions for violating the Meal Break and Break Policy are as follows:

1st and 2nd occurrences- verbal warning
3rd occurrence – written warning
4th occurrence - 2-day suspension without pay
5th occurrence - 3-day suspension without pay
6th occurrence – Employment is Terminated
After 3 months of zero instance the number of occurrences reset to zero

Lactation/Breastfeeding Breaks
Any Employee who is breastfeeding her child will be provided reasonable break times as needed to express breast milk for her baby. The break time shall, if possible, run concurrently with any break time already provided to the employee. Break

## The Litigation Practice Group

time for an employee that does not run concurrently with the rest time authorized for the employee by the applicable wage order of the Industrial Welfare Commission shall be unpaid. LPG, Inc has a designated room for this purpose. Employees storing milk in the refrigerator assume all responsibility for the safety of the milk and the risk of harm for any reason, including improper storage or refrigeration and tampering.

Breaks beyond an employee's normal break time will be unpaid, and the Employee should indicate the unpaid break period on her time record.

### 3.3 Emergency Closings
Severe weather, fire, power failure, earthquake or other events can disrupt our lives and company operations. These circumstances may require the company to temporarily close the office. You will be notified by your Manager regarding permission to leave early. If you have not begun your shift and are notified not to come to work, you will not be paid. In this case, you may choose to take any accrued vacation or time without pay.

### 3.4 Questions About Your Pay
You may bring any questions you have regarding your paycheck, pay policy and deductions to the attention of Human Resources and or Payroll.

If you lose your payroll check, the payroll company is required to cancel the original check. You will not be issued a new check until the bank has confirmed the stop payment. ~~You may be documented for the extra costs incurred by the company for re-issuing your paycheck~~.

### 3.5 Overtime Pay for Non-Exempt Employees
Before you incur any overtime your Manager must authorize the overtime. You must notify your Manager if you anticipate that your shift will put you into an overtime situation. All overtime worked will be compensated. However, working overtime without prior approval may result in disciplinary action.

Overtime Pay: Overtime pay for non-exempt Employees equals one and one half times their regular non-exempt rate (for example, $18.00 hourly rate equal $27.00 overtime hourly rate.)

All non-exempt Employees are eligible to receive overtime pay based on the definition above. In addition, eligible non-exempt Employees will receive "double time" pay (twice their hourly rate) when required to work a 7th consecutive day in the same workweek or for hours worked in excess of 12 hours based on specific state law.

| California |
|---|
| Hours worked over 8 in one workday; overtime is paid at the rate of 1.5 times your regular rate of pay. |
| Hours worked over 12 in one workday; overtime is paid at the rate of 2.0 times your regular rate of pay. |
| Hours worked up to 8 on the seventh consecutive day of the work week; overtime is paid at the rate of 1.5 times your regular rate of pay. |
| Hours worked over 8 on the seventh consecutive day of the work week; overtime is paid at the rate of 2.0 times your regular rate of pay. |
| Hours worked over 40 straight-time hours in one work week; overtime is paid at the rate of 1.5 times your regular rate of pay. |

### 3.6 Payment of Wages
Paydays are bi-weekly, with payday being every other Friday. Pay day calendars are posted in the break room(s).

## The Litigation Practice Group

**3.7 Direct Deposit**

LPG offers direct deposit for Employees. You may begin and stop automatic payroll deposit at any time. To begin automatic payroll deposit, you must complete a form on your first day of hire. If incorrect bank account and/or routing numbers are entered by the employee resulting in a failed direct deposit, the employee will be required to wait until the funds are recovered from the banking institute before a new deposit can be processed.

You should carefully monitor your direct deposit stubs, just as you would your paycheck stub.

To stop or change your direct deposit, you must inform Human Resources.

**The Litigation Practice Group**

# Section 4 - Conflicts of Interest and Confidentiality

**4.1 Code of Business Ethics**

"Doing the right thing" is a company expectation. Your personal ethical behavior on the job is the most important way to keep the Company's tradition of excellence intact. Maintaining integrity while performing all aspects of the Company's business has always been a key part of LPG's culture.

Our reputation for ethical business practices is one of the Company's most valued assets. Your personal integrity and actions are important to continue this tradition of excellence.

You are expected to know the Company's Code of Business Ethics, which is a Company policy that is followed without exception. Below is a summary of the Code, along with examples of actions to avoid. Review them carefully to learn your responsibilities for ethical behavior on the job.

**4.2 Conflicts of Interest**

LPG expects all employees to conduct themselves and company business in a manner that reflects the highest standards of ethical conduct, and in accordance with all federal, state, and local laws and regulations. This includes avoiding real and potential conflicts of interests.

Exactly what constitutes a conflict of interest, or an unethical business practice is both a moral and a legal question. LPG recognizes and respects the individual's employees right to engage in activities outside of employment which are private in nature and do not in any way conflict with or reflect poorly on the company.

It is not possible to define all the circumstances and relationships that might create a conflict of interest. If a situation arises where there is a potential conflict of interest, the employees should discuss this with a manager for advice and guidance on how to proceed. The list below suggests some of the types of activity that indicate improper behavior, unacceptable personal integrity, or unacceptable ethics:

1. Simultaneous employment by another firm that is a competitor to LPG
2. Carrying on company business with a firm in which the employee, or a close relative of the employee, has a substantial ownership or interest.
3. Holding a substantial interest in or participating in the management of a firm to which the company makes sales or from which it makes purchases.
4. Borrowing money from customers or firms, other than recognized loan institutions, from which our company buys services, materials, equipment, or supplies.
5. Accepting substantial gifts or excessive entertainment from an outside organization or the company.
6. Speculation or dealing in materials, equipment, supplies, services, or property purchased by the company.
7. Participating in civic or professional organization activities in a manner that divulges confidential company information.
8. Misusing privileged information or revealing confidential data to outsiders.
9. Using one's position in the company or knowledge of its affairs for personal gains.
10. Engaging in practices or procedures that violate antitrust laws, commercial bribery laws, copyright laws, campaign contribution laws, or other laws regarding the conduct of company business.

**4.3 Confidential Information**

The protection of confidential business information and trade secrets is vital to the interests and success of LPG Confidential information is any and all information disclosed to or known by you because of employment with the company that is not generally known to the people outside the company about its business.

An employee who improperly uses or discloses trade secrets or confidential business information will be subject to disciplinary action up to and including termination of employment and legal action, even if he or she does not actually benefit from the disclosed information.

This provision is not intended to, and should not be interpreted to, prohibit employees from discussing wages and other terms and conditions of employment if they so choose.

## The Litigation Practice Group

### 4.4 Employer Property

Desks, computers, keyboards, headsets, and phones, etc. are LPG property and must be maintained according to Company rules and regulations. They must be kept clean and are to be used only for work-related purposes. LPG reserves the right to inspect all company property to ensure compliance with its rules and regulations, without notice to the Employee and at any time, not necessarily in the Employee's presence.

Company electronic mail (e-mail) are to be used for business purposes only. LPG reserves the right to monitor e-mail messages to ensure compliance with this rule, without notice to the Employee and at any time, not necessarily in the Employee's presence.

For security reasons, Employees should not leave personal belongings of value in the workplace. Terminated Employees should remove any personal items at the time they leave LPG Personal items left in the workplace are subject to disposal if not claimed at the time of an Employee's termination.

It is your job to protect Company assets entrusted to you and to ensure their efficient use for legitimate business purposes.

### 4.5 Reporting Theft

As mentioned before, LPG has a zero tolerance policy when it comes to any form of theft. If you do become aware of any theft you are required to report it. Here are four ways to report theft:

- Talk to your Manager or Supervisor
- Contact your Human Resource Department

### 4.6 Reporting Illegal or Unethical Behavior

If you have a concern of illegal, unethical or other questionable behavior in the workplace, speak up; discuss your concerns with a Manager or contact Human Resources.

### 4.7 Off-Duty Conduct

While LPG does not seek to interfere with the off-duty and personal conduct of its Employees, certain types of off-duty conduct may interfere with the Company's legitimate business interests. For this reason, Employees are expected to conduct their personal affairs in a manner that does not adversely affect the Company's or their own integrity, reputation or credibility. Illegal or immoral off-duty conduct by an Employee that adversely affects the Company's legitimate business interests or the Employee's ability to perform his or her job will not be tolerate

### 4.8  Secondary Employment

Employees who wish to engage in additional employment that may create a real or apparent conflict of interest must submit a written request to LPG explaining the details of the additional employment. If the additional employment is authorized, LPG assumes no responsibility for it. LPG shall not provide workers' compensation coverage or any other benefit for injuries occurring from or arising out of additional employment. Authorization to engage in additional employment can be revoked at any time
The following types of employment elsewhere are strictly prohibited:
- Additional employment that conflicts with an Employee's work schedule, duties, and responsibilities at the company
- Additional employment that creates a conflict of interest with the Employee's position with the company
- Additional employment that impairs or has a detrimental effect on the Employee's work performance with the company
- Additional employment that requires the Employee to conduct work or related activities on Company property during the employer's working hours or using company facilities and/or equipment
- Additional employment that directly or indirectly competes with the business or the interests of the company.

**The Litigation Practice Group**

# Section 5 - The Basics- Miscellaneous

**5.1 Parking**
Employees must park their vehicles in designated areas. Please leave all valuables at home and not in your car. LPG is not responsible for any loss or damage to Employee vehicles or contents while parked in assigned parking area.

**5.2 Personal Belongings**
LPG will not be responsible or liable for any personal property of an individual that is lost, stolen or damaged. The responsibility for safeguarding, replacing or repairing personal property lost, stolen or damaged while on Company premises is that of the Employee. LPG offers lockers for our staff to use while on
Consequently, we encourage Employees not to bring personal property to work.

**5.3 Respect**
Respecting others invites respectful treatment toward you
- Treat others with dignity as unique and valued individuals
- Respect among Employees at all levels is vital to our success as a Company

**5.4 Communication**
Willingness to communicate with Employees, Supervisors, Managers and Human Resources helps to clarify issues, resolve misunderstandings, and prevent conflicts that affect teamwork.
- You are responsible for always remaining courteous on the job, including with clients, affiliates and fellow Employees.
- If you have questions, ask them courteously and respectfully.
- Never use foul language, biased words or tone of voice that could injure the image or reputation of the Company.

**5.7 Accountability**
Accountability is defined as taking ownership for your performance each day.
- Take the initiative to deliver your best efforts every day
- Support your team by pitching in
- Be sensitive to how your work affects other Employees and contributes to their success

The Litigation Practice Group

# Section 6 - Programs and Practices

### 6.1 Personal Data
You are responsible for ensuring that your personal data is accurate and up-to-date in the Company's payroll System. Timely updates are essential. This information is essential for you to receive Company communications.

A change of address, phone number, or emergency contact information must be reported to Human Resources via email or paper form. A name change cannot be made in the Human Resources System until the name change has been processed through the Social Security Administration. Human Resources must see your new Social Security card and request the name change.

### 6.2 Personnel Records
You may request an appointment to review your personnel file at any time during normal business hours. The file is to remain in the Human Resources Department. You may request copies of any document contained in your personnel file bearing your signature. Only you, your Manager, and Human Resources have access to your personnel file. However, when applying for another position within the Company, the hiring Manager may review your past performance and attendancerecords.

### 6.3 Employee Addresses, Phone Numbers, and Personnel File Information
All information contained in Employees' personnel files is confidential. This information must be maintained by all Employees as confidential. Many times, people will ask for the address or phone number of a Company Employee. These numbers may not be given out to other Employees or any other private party that may ask for it. They are to be kept in strict confidence at all times. You are free to exchange phone numbers with other Employees, but this information will not be provided by your store.

### 6.4 Employment Verifications
All verifications for employment information, including salary will be processed through Human Resources and all inquiries received about your employment will be documented and kept in your personnel file.

Information will only be provided with your signed authorization or if the Company is served a subpoena, as required by law. Your Manager is not authorized to release any information about your current or past employment. By policy, LPG discloses only the dates of employment and the title of the last position held of a former Employee. If you authorize the disclosure in writing, LPG will also inform prospective employers of the amount of salary or wage you last earned.

### 6.5 Separation of Employment
In the event that you choose to resign from your position, we ask that you give us at least a two-week written notice. You are responsible for returning all Company property, including keys, uniforms, and credit cards immediately upon termination of employment. Employees leaving the Company may be requested to complete an electronic exit survey that will be returned to Human Resources. The purpose of the survey is to determine the reasons for leaving and to resolve any questions or any matters related to the separation. We encourage your candid response to assist us in our improvement efforts. Please note that upon separation of employment, your final check will reflect benefit deductions up to the end of the date of separation.

### 6.6 Voluntary Separation
Voluntary separation results when a Employee voluntarily resigns his or her employment at LPG, or fails to report to work for one scheduled workday without notice to, or approval by, his or her Manager.

### 6.7 Rehire
Employees who are rehired more than 45 days after their separation date will be subject to the new hire paperwork. Employees who provide the requested amount of notice will be considered to have resigned in good standing and generally will be eligible for
All rehires must be approved by the Human Resource Department prior to promising or offering a position.

## The Litigation Practice Group

### 6.8  Confidentiality and Trade Secrets

Each Employee is personally responsible for the security of all Company confidential information and trade secrets, including material relating to the business of the Company and its subsidiaries, during and after employment. Each

Employee agrees, as a condition of employment, to use your best efforts and utmost diligence to safeguard and preserve the confidentiality of all such information.

Trade secrets and confidential information is any information that reflects knowledge, not already available to the public, acquired by an Employee during the course of employment, pertaining to the Company's methods, formulations, inventions, use of technology, business plans and other such information that provides the Company with a competitive advantage.

Examples of Confidential information include, but are not limited to:

- All letters or any other information concerning transactions with clients
- Financial records of the Company
- All records pertaining to purchases from vendors and suppliers
- Correspondence and agreements with clients and guests
- Payroll or personnel records of past or present Employees
- Trade secrets

### 6.9  Solicitation and Distribution of Literature

In order to ensure efficient operation of the company's business and to prevent disruption to Employees, we have established control of solicitations and distribution of literature on company property.

LPG has enacted rules applicable to all Employees governing solicitation, distribution of written material, and entry onto the premises and work areas. All Employees are expected to comply strictly with these rules. Any Employee who is in doubt concerning the application of these rules should consult with his or her Supervisor or Manager.

No Employee shall solicit or promote support for any cause or organization during his or her working time or during the working time of the Employee or Employees at whom such activity is directed.
No Employee shall distribute or circulate any written or printed material in work areas at any time, or during his or her working time or during the working time of the Employee or Employees at whom such activity is directed.

Under no circumstances will Non-Employees be permitted to solicit or to distribute written material for any purpose on company property.

### 6.10  Surveillance

Our facilities may be monitored by video surveillance for your safety and protection. The Company also uses this tool to minimize theft and unethical behavior. You may be videotaped while on the premises and this recording may be stored for historical records and may be used and stored during an investigation. Tampering with any surveillance equipment will be subject to disciplinary action up to and including termination.

### 6.11  Company Search

In order to enforce Company Policies, stop theft, prevent workplace violence, prevent harassment, prevent illegal actions and otherwise protect the interests of the Company, its customers and its employees, a Company Manager or designee may work areas, desks and other locations or belongings without prior notice in order to ensure a work environment free of prohibited items. All Employees are required to cooperate with and aid in investigations to the best of their ability.

### 6.12  Meetings with Employees

From time to time, mandatory individual or staff meetings may be held for the purpose of providing instruction, training, counseling, or to review Company operating policies. If such a meeting is called and includes you or your department, then your attendance is required. You will be paid for this time.

## The Litigation Practice Group

**6.13 Performance Evaluation Periods and Compensation-** *ALL performance discussions are confidential.*
Communication between employees and supervisors or mangers is very important. Discussions regarding job performance are ongoing and often informal. Employees should initiate conversations with their supervisors if they feel additional ongoing feedback is needed. Generally, formal performance reviews are conducted annually. These reviews include a written performance appraisal and discussion between the employee and the supervisor about job performance and expectations for the coming year.
If an Employee is out on a Leave of Absence their review will be deferred until their return.

**6.14 Promotions**
LPG believes that rewarding talent and promoting from within creates a culture of loyalty and stability.
We encourage our Employees to seek additional responsibilities and promotions that may come available.

### The Litigation Practice Group

# Section 7 - Company Policies & Prohibited Conduct

## 7.1 Harassment Free Environment/Unlawful Harassment

LPG is committed to providing a work environment free of unlawful harassment. Company policy prohibits sexual harassment and harassment based on pregnancy, childbirth or related medical conditions, race, religious creed, color, gender, national origin or ancestry, physical or mental disability, medical condition, marital status, registered domestic partner status, age, sexual orientation or any other basis protected by federal, state or local law or ordinance or regulation. **All such harassment is unlawful.** The company's anti-harassment policy applies to all persons involved in the operation of the company and prohibits unlawful harassment by any Employee of the company, including Executives and Managers, as well as vendors, guests, and any other persons. It also prohibits unlawful harassment based on the perception that anyone has any of those characteristics or is associated with a person who has or is perceived as having any of those characteristics.

Prohibited unlawful harassment includes, but is not limited to, the following behavior:

- Verbal conduct such as epithets, derogatory jokes or comments, slurs or unwanted sexual advances, invitations or comments
- Visual displays such as derogatory and/or sexually oriented posters, photography, cartoons, drawings, or gestures
- Physical conduct including assault, unwanted touching, intentionally blocking normal movement or interfering with work because of sex, race, or any other protected basis
- Threats and demands to submit to sexual requests as a condition of continued employment, or to avoid some other loss and offers of employment benefits in return for sexual favors
- Retaliation for reporting or threatening to report harassment

## 7.2 Abusive Conduct (Bullying)

As amended by A.B. 2053, Section 12950.1 of the Government Code defines abusive conduct as malicious conduct "that a reasonable person would find hostile, offensive, and unrelated to an employer's legitimate business interests." Although A.B. 2053 provides that a single act is not abusive "unless especially severe and egregious," its list of conduct that may be abusive is expansive, such as:

- infliction of verbal abuse, such as the use of derogatory remarks
- insults
- epithets or phrase expressing a quality characteristic of the person
- verbal or physical conduct that a reasonable person would find threatening, intimidating, or humiliating
- gratuitous sabotage or undermining of a person's work performance

## 7.3 Reporting Procedures

If you believe that you have been unlawfully harassed, you may submit a complaint via a verbal or written communication to the Human Resources Department immediately or as soon as possible after the incident. You will be asked to provide details of the incident or incidents, names of individuals involved and names of any witnesses. Management will refer all harassment complaints to the Human Resources Department. The company will immediately undertake an effective, thorough, and objective investigation of the harassment allegations.

If the Company determines that unlawful harassment has occurred, effective remedial action will be taken in accordance with the circumstances involved. Any Employee determined by the Company to be responsible for unlawful harassment will be subject to appropriate disciplinary action, up to, and including termination. A Company representative will advise all parties concerned of the results of the investigation. The Company will not retaliate against you for filing a complaint and will not tolerate or permit retaliation by Management, Executives or co-workers.

LPG will also take action to protect the Employee who filed the complaint and prevent further harassment or retaliation. Any individuals including Employees and Managers engaging in such conduct contrary to LPG policy may be personally liable in any legal action brought against them.

The company encourages all Employees to immediately report any incidents of harassment forbidden by this policy so that complaints can be quickly and fairly resolved. LPG does not consider conduct violating this policy to be within the course and scope of employment or the direct consequence of the discharge of one's duties. Accordingly, to the extent permitted by law, the company reserves the right to not provide a defense or pay damages assessed against an Employee for conduct in violation of this policy.

# The Litigation Practice Group

You also should be aware that the Federal Equal Employment Opportunity Commission and the California Department of Fair Employment and Housing investigate and prosecute complaints of prohibited harassment in employment. If you think you have been harassed or that you have been retaliated against for resisting or complaining, you may file a complaint with the appropriate agency. The nearest office is listed online or on the Employee Notices poster in the Employee break rooms.

## 7.4 Workplace Violence Policy

LPG is committed to providing a safe workplace for all Employees and we have established this policy to do our best to provide a safe and secure workplace. To better understand your role in reducing the risk of violence, all Employees should review and understand all provisions of this *Workplace Violence Policy*.

This list of behaviors, while not inclusive, provides examples of conduct that is prohibited under the Workplace Violence policy.

- Causing physical injury to another person
- Making threatening remarks
- Aggressive or hostile behavior that creates a reasonable fear of injury to another person or subject another individual to emotional distress
- Intentionally damaging LPG property or property of another Employee
- Possession of a weapon while on LPG property or while on LPG business whether or not you are on the clock
- Committing acts motivated by, or related to, sexual harassment or domestic violence

## 7.5 Prohibited Conduct Policy

The list of behaviors below, while not inclusive, provides examples of conduct that is prohibited.

- Falsifying employment records, employment information, or other Company records
- Gambling on LPG property, including using the intranet for the purposes of gambling
- ~~Violating traffic or parking regulations while traveling for Company business or failing to properly report any type of accidents involving a vehicle used while traveling on Company business~~
- Recording the work time of another Employee or allowing any other Employee to record your work time, or falsifying any time edit or time sheet, either your own or another Employee's
- Theft and deliberate or careless damage or destruction of any Company property, or the property of any Employee or guest
- Removing or borrowing Company property without prior authorization
- Unauthorized use of Company equipment, time, materials, or facilities
- Provoking a fight or fighting during working hours or on Company property
- Carrying firearms or any other dangerous weapons on Company premises at any time
- Engaging in criminal conduct whether or not related to job performance
- Causing, creating, or participating in a disruption of any kind during working hours on Company property
- Insubordination, including but not limited to failure or refusal to obey the orders or instructions of a member of Management or the use of abusive or threatening language toward a Supervisor or member of Management
- Failing to notify a Supervisor, Manager or HR when unable to report to work
- Failing to obtain permission to leave work for any reason during normal working hours – email notification without speaking to
- Failing to observe working schedules, including rest and lunch periods; (Please refer to Meal/Rest Break Policy in Section 3.2)
- Failure to report all time worked, including overtime
- Failing to use the Time Clock properly repeatedly
- Substandard Work, Performance
- Sleeping or malingering on the job
- Using abusive language and threatening gestures and or body language at any time on Company premises
- Violating any safety, health, security or Company policy, rule or procedure
- Committing, or involvement in, any act of unlawful harassment of another individual
- Making defamatory or false statements detrimental to the facility's operation or good standing in the community
- Failing to be courteous and polite to other Employees and our guests at all times
- Working inefficiently, lacking of productive effort, or other unsatisfactory work performance
- Failing to report for scheduled work shift without proper notice, authorization, and/or valid reason. Employees failing to provide this notice will be considered to have voluntarily terminated their employment
- Having an excessive number of absences or tardiness

## The Litigation Practice Group

Disciplinary actions for Substandard Work and other Conduct issues are as follows:

1st occurrence - verbal warning
2nd occurrence  written warning
3rd occurrence - 2-day suspension without pay
4th occurrence - 3-day suspension without pay
5th occurrence - Termination of employment with The Company
Based on the severity of the Prohibited Conduct, the Company has the right to Terminate employment immediately

### 7.6 No Gossip Policy
Gossip is an activity that can drain, corrupt, and impact a company's productivity, moral, and overall satisfaction. Most people involved in gossip may not intend to do harm, but gossip can have a negative impact as it has the potential to destroy a person's or organization's reputation and credibility.

Samples of gossiping are:
- Discussing a person's private life while that person was not present
- Discussing a person's professional life without that person's supervisor present
- Making negative, derogatory, or critical comments about someone else
- Sharing information that could injure a person's credibility or reputation, and
- Sharing or repeating a rumor about another person.

Damaging side effects of gossip:
- Increased anxiety among employees as rumors circulate without clear information as to what is and what is not fact.
- Divisiveness among employees as people take sides.
- Hurt feelings and reputations.
- Good employees leaving the company because of an unhealthy work environment.

Gossip will not be tolerated at LPG Employees that participate in or instigate gossip about the company, a coworker, or customer will receive disciplinary action up to Termination.

### 7.7 Diversity
Diversity is our strength. The uniqueness of our individual Employees is what makes us special as a company. LPG celebrates these differences because we know diversity contributes to our key competitive strength—innovation. Our innovative excellence is a result of the creative ideas and perspectives of the many diverse people within our organization. The following guidelines allow us to celebrate diversity as our strength:
- Make Your Actions Count: Conduct yourself in a manner that positively contributes to the quality of work life for everyone.
- Demonstrate Acceptance of Others: Communicate respectfully through your words and actions.

For Example:
- Use non-judgmental words or phrases;
- Don't make negative assumptions about people who are different than you
- Control expressions that reflect generalizations about types of people
- Don't discuss or probe others' personal habits or lifestyle
  Don't make sexual, religious or ethnic jokes or remarks
- Avoid contributing to negative attitudes towards groups or individuals. This includes holding back, denying your full assistance or participation, or by silently observing such treatment by others.
- **Follow the PLATINUM Rule:** "Treat others as they would like to be treated."

### 7.8 Attendance and Voluntary Separation Policy
As an Employee of LPG, you are expected to be in regular attendance. If you are unable to report to a scheduled shift LPG expects you to inform your Manager, Human Resources and Payroll of the expected duration of any absence. If you are absent for more than 2 shifts with an illness or injury, you will be asked to provide a doctor's note excusing you from work. If you provide a doctor's note, missed shifts during this absence will be dismissed as excused. **Four unexcused absences in a 45-day period will result in immediate termination**.

# The Litigation Practice Group

In addition, **if you fail to report for work without any notification to your Manager or Human Resources, LPG will consider this a "Voluntary Separation." Voluntary Separation results when an Employee voluntarily resigns his or her employment at LPG or fails to report to work for one (1) scheduled workday without giving notice to, or approval by, his or her Manager or Human Resources.**

### 7.9 Punctuality and Tardiness
As an Employee of LPG, you are expected to be punctual. Tardiness interferes with business operations and needs and creates a hardship for your fellow Employees and your Managers.
Excessive tardiness will not be tolerated. **Excessive tardiness will result in disciplinary action up to and including termination. <u>Excessive Tardiness is defined as being late over 15 minutes 7 times in a rolling 90 day period.</u>**

Employees are expected to report to work as scheduled, on time, and prepared to start work. Employees also are expected to remain at work for their entire work schedule, except for meal periods or when required to leave on authorized Company business. Late arrival and/or early departure from scheduled hours are disruptive and must be avoided, unless authorized by Management.

### 7.10 Discipline and Involuntary Termination
LPG expects and demands high quality work and behavior from its Employees and expects you to conduct yourself in a businesslike manner. If discipline is necessary, you will be subject to LPG progressive discipline process that may take the form of a verbal warning, a written warning, suspension or discharge, at Management's discretion. LPG, INC has the right to determine what discipline is appropriate. In certain circumstances your conduct may lead to immediate termination. Further, as previously stated, you are an **at-will Employee** and both you and LPG may terminate your employment at any time, with or without cause. LPG's discipline procedures are not meant to imply any contrary policy.

### 7.11 Gross Misconduct
Gross misconduct is any illegal or dangerous act willfully committed in the workplace. The act need not be criminal or otherwise unlawful in nature to qualify as gross misconduct.

Gross misconduct can be an intentional, wanton, willful and/or reckless act in direct conflict or indifference to the Company's interests or the safety of the team. An act of gross misconduct that will result in termination is an act done in deliberate violation of the Company's known standards, beyond simple negligence or incompetence.

### 7.12 Fraternization
Relationships of a social and/or personal nature between Managers and subordinate Employees are discouraged by LPG Such relationships can lead to alleged favoritism, morale and/or sexual harassment problems.

Therefore, if any two Employees who are dating or attempting to date and who are either directly or indirectly under his/her supervision, both Employees involved must, in writing, immediately notify the Human Resources Department. Both Employees will also be asked to sign a Consensual Relationship Agreement.

Any and all relationships between Employees, which disrupt the LPG operations or interfere with Employee's rights, will result in discipline up to and including termination. LPG has a strict policy against sexual harassment. Such harassment will not be tolerated.

### 7.13 Employment of Relatives
LPG will not employ persons in direct or indirect Manager/subordinate relationships who are related by blood or marriage without approval from the CEO and CFO. If you work in a supervisory position you are required to notify Human Resources of any relatives that work for the company or have been hired by the company.

For the purpose of this policy, "related by blood or marriage" includes:

| | | |
|---|---|---|
| Adopted Relative | Spouse/ Ex-Spouse | Legal Ward |
| Aunt/Uncle | Grandchild | Niece/Nephew |
| Brother/Sister | Grandparent | Parent/Stepparent |
| Child/Stepchild | In-Law | Registered Domestic Partner |
| Cousin | Legal Guardian | Stepbrother/Stepsister |

# The Litigation Practice Group

In order to maintain this policy, the following rules apply: No one eligible for employment or any current Employee may be transferred or promoted if they are related by blood or marriage to another Employee in the Management chain of command over that position at any LPG location. It is the Manager in said position and the Employee's responsibility to notify Human Resources if there is such a relationship.

## 7.14 Social Networking

Social Networks have become a common form of communication in our personal and professional lives. These include popular web sites such as Facebook, YouTube, Twitter, Instagram and Snap Chat as well as numerous blog sites and user review sites. Used responsibly, they can help positively shape the public's opinion of the Company and its products, Employees and guests.

The same basic policies apply as in other areas of your work regarding these social networking sites. While typically what you do outside of work is your personal business, certain activities, like social networking activities, might affect your performance or the Company's business interests and therefore are an appropriate subject of Company policy. The purpose of these guidelines is to help you understand how LPG Company policies apply to your social media activities, so you can participate responsibly.

- Only those officially designated by the Company are authorized to speak on its behalf.
- Unless you have this permission and are participating in this role, your participation in social networking activities is personal, and you should use a personal email address (not your corporate address). Just as you would not use Company stationery for a letter to the editor with your personal views, do not use your Company e-mail address for personal views. Remember even anonymous comments may be tracked to an individual through their specific IP address.
- You must not share confidential or proprietary information about the Company or its operating companies—even when on your own Facebook page. You must assume anyone can read your posts at any time.
- Never post sensitive confidential information about your work. This includes information about strategy, products, clients, employees, sales, finances, or any other information that has not been publicly released by the Company.
- Policies you should be familiar with include the Code of Business Ethics, Computer, E-mail & Internet Use, and the release of Proprietary Information and Confidentiality. Remember, you are responsible for anything you write or present in a social network. Be mindful that your conduct may result in liability for the Company as well.
- Write in the first person. Where your connection to the Company is apparent, make it clear that you are speaking for yourself and not on behalf of the Company by including the following statement in your communication: "The views expressed are my own and do not reflect the views of my employer." Consider adding this language in an "About me" section of your blog or social networking profile.
- Follow all Company policies.

## 7.15 Electronic Communication

LPG uses various forms of electronic communication including, but not limited to computers, e-mail, telephones, Internet, etc. All electronic communications, including all software, databases, hardware, and digital files, remain the sole property of LPG and are to be used only for Company business and not for any personal use.

Electronic communication and media may not be used in any manner that would be discriminatory, harassing, or obscene, or for any other purpose that is illegal, against Company policy, or not in the best interest of the company.

Employees who misuse electronic communications and engage in defamation, copyright or trademark infringement, misappropriation of trade secrets, discrimination, harassment, or related actions will be subject to discipline and/or immediate termination.

Employees may not install personal software on company computer systems. No screen savers or any other programs may be downloaded without prior consent from the IT department.

All electronic information created by any Employee using any means of electronic communication is the property of LPG and remains the property of LPG Personal passwords may be used for purposes of security, but the use of a personal password does not affect the company's ownership of the electronic information. LPG will override all personal passwords if necessary for any reason.

## The Litigation Practice Group

LPG reserves the right to access and review electronic files, messages, mail, and other digital archives, and to monitor the use of electronic communications as necessary to ensure that no misuse or violation of Company policy or any law occurs.

### 7.16 Travel Policy

All travel costs including airline tickets, hotels, rental cars and use of personal vehicles must be approved by the CFO prior to purchases or usage.

Travelers will be reimbursed for out-of-pocket, reasonable costs incurred when traveling on official Company business, within certain limitations as specified within these guidelines. Reimbursable expenses include the direct cost of approved travel, approved lodging, and approved meals excluding alcohol, approved airport parking, approved ground transportation, and other approved travel-related items.

Personal expenses incurred during business travel will not be reimbursed. Examples of personal expenses include, but are not limited to items such as:

- Telephone calls to family and friends
- Movies, headphones, snacks, or beverages purchased on aircrafts, in airports, or in hotels
- Room service charges that are over and above daily allotted meal allowance per the terms below
- Dry cleaning and laundry expenses (except for trips longer than five days)
- Personal hygiene items, and other expenses of a personal nature

All travel expenses must be documented on our standard Expense Report Form, approved by the CFO and then submitted to Accounts Payable within 15 days of the completion of the travel. In turn, Accounts Payable will process expense reports with the goal of producing reimbursement checks on a weekly basis.

- You must have the original receipt reflecting the meal cost and the original itemized receipts must be submitted in order to be reimbursed. Credit card receipts will not be accepted
- There is no reimbursement for alcoholic beverages.
- The CFO must approve all travel, before travel occurs.
- Keep a copy of all receipts submitted for your records.

Non-exempt Employees who are traveling will be paid for travel time. If the hours worked goes into overtime during travel, the Employee will be paid time and a half, or double time if required by law.

When approved by the CFO, LPG Employees may use a personal vehicle for travel. LPG will pay per mile for any travel outside of their regular commute. All reimbursements for mileage will be calculated from the location of their home office to their travel destination. LPG will not be responsible for any damages to a personal vehicle due to accident, vandalism or theft. This includes paying a deductible.

### 7.17 Gifts/Gratuities

Gifts of more than token value of $50.00 per year, excessive entertainment or other substantial favors from any outside party that is seeking to do business with the Company is considered a conflict of interest. This policy should not be construed to prohibit necessary business outings. However, sporting events or any other leisure activities with vendors or other outside parties are not acceptable. Failure to comply with this policy will subject you to Corrective Action, up to and including separation of employment.

### 7.18 Smoking/Tobacco Use

There is to be absolutely NO Smoking, chewing tobacco or Vaping of any kind inside the Restrooms or anywhere inside the office building.

### 7.19 Lactation/Breastfeeding Breaks

Any Employee who is breastfeeding her child will be provided reasonable break times as needed to express breast milk for her baby. The break time shall, if possible, run concurrently with any break time already provided to the employee. Break time for an employee that does not run concurrently with the rest time authorized for the employee by the applicable wage order of the Industrial Welfare Commission shall be unpaid. Each LPG location has a designated room for this purpose. Employees storing milk in the refrigerator assume all responsibility for the safety of the milk and the risk of harm for any reason, including improper storage or refrigeration and tampering.
Breaks beyond an employee's normal break time will be unpaid, and the Employee should indicate the unpaid break

# The Litigation Practice Group

period on her time record.

**The Litigation Practice Group**

# Section 8 - Health & Safety Policies and Procedures

**8.1 Health and Safety**

LPG is committed to a safe and healthy work environment for Employees and guests alike. As a team, we manage the safety and health function of our business in the same way we manage quality efforts– with a commitment to excellence. The Company makes every effort to continually ensure your safety and health in the

workplace. To accomplish this, we believe safety is everyone's job, not just the job of the Safety Committee. You are responsible to act in a safe manner throughout your work shift every day.

While training for your new position, you will be coached on proper injury prevention methods. Our goal is to provide you and your fellow Employees with a safe work environment and the knowledge necessary to prevent possible injuries.

As you are working, always study your job and its possible hazards. If you encounter an unsafe condition, please notify a Supervisor or Manager immediately so we can actively take steps to prevent you or another Employee from being injured. Maintaining a safe environment requires the efforts of all of us.

Protecting the safety of our employees and visitors is the most important aspect of running our business. All employees have the opportunity and responsibility to contribute to a safe work environment by using common sense rules and safe practices and by notifying management when any health or safety issues are present. All employees are encouraged to partner with management to ensure maximum safety for all.

In the event of an emergency, notify the appropriate emergency personnel by dialing 911.

**8.2 Hand Washing Policy**

The prevention of illness and flu through proper hand washing is well established.

Your hands must be washed:

- After using the restroom
- After coughing or sneezing
- After touching your face, hair
- After smoking
- After eating

- After taking a break
- After handling money
- After emptying garbage

**8.3 Follow Emergency Preparedness Procedures**

Emergency circumstances such as a power outage, earthquake, or fire can occur at any time. It is important for you to understand your role in an emergency situation so that you can respond quickly and safely in a crisis. LPG has written emergency plans for specific situations to reduce health and safety risks and possibly save lives. It is your responsibility to become familiar with these plans.

Below are some basic tips to help you respond in an emergency:

- Familiarize yourself with the emergency exits near your work area and throughout the office.
- In an emergency, report directly to your Manager and follow their instructions to evacuate and/or secure the office.
- Proceed directly to the designated assembly area where Employees are instructed to gather in the event of an emergency. These assembly areas are marked with the appropriate department information.

**8.4 Fire Safety/Prevention**

- Know the location of fire extinguishers and exit doors in your work area and make sure they are kept clear at all times.
- Do not do anything that would put you or your coworkers in danger. If in doubt, evacuate.

## The Litigation Practice Group

**8.5 Reporting Illness, Incident or Accident**

Our first priority is your health. If you become ill while at work make sure to report your illness to your Manager as soon as possible. We want to ensure you are able to contact your primary care provider if medical attention is needed.

**8.6 Workers' Compensation**

The Company pays a Workers' Compensation insurance premium, which provides benefits to Employees who experience any compensable work related injury or illness. To be eligible for Workers' Compensation benefits, the injury/illness must be determined to be a direct result of work on the job or work environment. To be eligible for Workers' Compensation benefits your injury or illness must be work related. Benefit entitlements are governed by state laws, which involve reporting structures and timelines. It is essential that you report all work related accidents, injuries, and illnesses to your Manager at the time of occurrence. It is equally important to report an injury even if you are only a witness.

**It is a crime to knowingly file a false or fraudulent claim for Workers' Compensation benefits or to knowingly submit false or fraudulent information in connection with any Workers' Compensation claim.**

The penalty for filing a false Worker's Compensation claim can vary widely. A judge may impose fines, restitution, and probation. If a misdemeanor conviction is given it can include up to one year in jail. Depending on the specifics of the case, a judge can impose a felony conviction and up to 30 years in prison. Filing a false or fraudulent Workers' Compensation claim is also a violation of Company policy and will result in disciplinary action, up to and including separation of employment. LPG actively monitors for fraudulent Workers' Compensation claims.

**8.7 Drug Free Workplace Policy**

Purpose: The Company is committed to providing a safe working environment to protect Employees and guests, minimize the risk of accidents and injuries, and to provide the highest level of services.

It is the policy of LPG to maintain a drug- and alcohol-free work environment that is safe and productive for employees and others having business with the company. The unlawful use, possession, sale, distribution, or being under the influence of any illegal drug and/or the misuse of legal drugs while on company or client premises or while performing services for the company is strictly prohibited. LPG also prohibits reporting to work or performing services under the influence of alcohol or consuming alcohol while on duty or during work hours. In addition, LPG prohibits off-premises abuse of alcohol and controlled substances, as well as the possession, use, or sale of illegal drugs, when these activities adversely affect job performance, job safety, or the Company's reputation in the community.

**The Litigation Practice Group**

# Section 9 - Our Benefits & Privileges

**9.1 Benefits**
LPG is proud to offer its eligible Employees valuable and competitive benefits and services. For more information, please contact Human Resources.

**9.2 Privacy and Health**
The federal government has created a set of rules under the Health Insurance Portability and Accountability Act (HIPAA). These rules require privacy and security surrounding your personal health information. The HIPAA privacy rule does not apply to other areas such as disability claims or workplace safety.

Human Resources will assist you with enrollment and provide detailed information about your benefit plan provisions. In order to protect your privacy, Human Resources will not be able to assist you with your health claims. However, you will have the full range of personal customer service available to you from your health care providers.

**9.3 Sick Policy**
LPG full time employees will receive 24 hours of sick pay upon hire, however, there is a 90-day waiting period before you may utilize any sick time. Afterwards, your sick time will accrue each pay period but will be capped at Forty (40) hours for the first year. Forty (40) hours of sick time will automatically be uploaded the first of the year following your hire date.
Sick days are not intended to be used as a substitute for vacation days, however, sick days may be used if an employee needs to provide care for an ill family member and if an employee needs time off for scheduled medical procedures.
If an employee misses 2 or more consecutive days because of an illness LPG may require the employee to provide a doctor's note to excuse the absence.

**9.4 Vacation Policy**
LPG full time employees will accrue vacation based upon their years of service, position as per the chart below. Vacation time begins accruing at the date of employment, however, there is a 90-day waiting period before you may utilize any vacation time.

The eligible Employee must submit all vacation requests on a Time-Off Request Form at least 2 weeks in advance of the planned vacation time in order to make allowances for business needs. In some cases, business requirements may restrict requested days off.

Employees may carry over unused vacation not to exceed 120 hours, at which point no additional vacation will accrue. Upon separation from the company any unused accrued vacation will be paid to the Employee.

| Years of Service | Vacation Accrual |
|---|---|
| Up to 1 year | Accrual 5 days off per year. 1.54 hours per pay period |
| 2 to 4 years | Accrual 10 days off per year. 3.08 hours per pay period |
| 5 years or more | Accrual 15 days off per year. 4.62 hours per pay period |

# The Litigation Practice Group

# The Litigation Practice Group

| Executive Management | |
|---|---|
| 1 years to 5 Years | Accrual 15 days off per year. 4.62 hours per pay period |
| 10 years or more | Accrual 20 days off per year. 6.16 hours per pay period |

Executive Management will be forced to take vacation for two consecutive weeks annually.

## 9.1 Holidays

The company observes and allows time off with pay for the following holidays:

- New Year's Day
- ~~Martin Luther King~~
- Memorial Day
- Independence Day (4th of July)
- Labor Day
- Thanksgiving Holiday (Thursday & Friday)
- Christmas

Should a holiday fall over the weekend, LPG will close it's offices the Friday immediately preceding the Holiday.

## 9.2  401(k) Retirement Savings Plan

Employees will be eligible to enroll in the LPG 401K Plan after six (6) months of employment

## 9.3  COBRA

The Consolidated Omnibus Budget Reconciliation Act provides the opportunity for Employees and their beneficiaries to continue health insurance coverage under the Company health plan when a "qualifying event" could result in the loss of eligibility. Qualifying events include resignation, termination of employment, death of a Employee, reduction in hours, a leave of absence, divorce or legal separation, entitlement to Medicare, or where a dependent child no longer meets eligibility requirements. Please contact Human Resources to learn more about your COBRA rights.

## The Litigation Practice Group

# Section 10 – Leaves of Absences Benefits

LPG recognizes that Employees may need to be absent from work (or miss work intermittently) for an extended period of time for various reasons. Taking a leave of absence can accommodate this needed time-off, while maintaining status as a Company Employee.

There are various types of leaves, some of which may require you to meet certain eligibility criteria. The leave may fall under one or more of the following categories: Family and Medical Leave Act (FMLA), California Family Rights Act (CFRA), Pregnancy Disability Leave (PDL), a Personal Leave of Absence, Military Service Leave, or Military Spouse Leave. In addition, there are other leave types available which are further outlined in this section.

Your office phone, voice mail, email and all system access will be deactivated while you are on a leave, subject to specific leave type. Once you return from leave, your access will be restored. You must turn in you radio and company keys before you go on leave.

### 10.1 Procedure for Requesting Leave
If you think you may need to take a leave of absence, please notify Human Resources and a Leave of Absence Request Form will be provided to you. The request form must be submitted to and approved by Human Resources.

When the need for the leave is foreseeable, the Employee must provide the employer with at least 30 days' notice. When a Employee becomes aware of a need for leave less than 30 days in advance, the Employee must provide
notice of the need for the leave either the same day or the next business day, or according to the specific policy related to the leave type. When the need for a leave is not foreseeable, the Employee must provide notice within a reasonable period of time either prior to the commencement of the leave or as soon as feasible.

Every leave is unique, and Human Resources will be able to assist you with the leave process and answer any questions you may have. After you submit your leave of absence request, a leave designation notice will be mailed to your current address on record.

### 10.2 Medical Certification or Proof for the Need for a Leave of Absence
In most cases, the company will require certification or proof for the need for a leave of absence. The certification should be attached to the Leave of Absence Request form. If the certification or proof is not attached, the leave cannot be approved and instead a designation notice will be sent to the Employee stating that the leave is contingent upon receiving the certification or proof within 15 days or provide a reasonable explanation for the delay. Failure to provide certification or proof may result in a denial of continuation of leave. If the leave type does not require a designation notice, and certification or proof has not been submitted prior to the need for leave, if the leave is foreseeable and not an emergency situation, then the leave may be denied.

The company may request recertification for the serious health condition of the Employee or the Employee's family member when circumstances have changed significantly, or if the employer receives information casting doubt on the reason given for the absence, or if the Employee seeks an extension of his or her leave. Otherwise, the company may request recertification for the serious health condition of the Employee or the Employee's family member every six months in connection with a FMLA absence.

### 10.3 Amount of Leave
An eligible Employee may take up to 12 weeks for most FMLA/CFRA qualified leaves during any 12-month period (or 26 weeks for the FMLA military caregiver leave). If a husband and wife both work for the company and each wishes to take leave to care for a covered injured or ill service member, the husband and wife may only take a combined total of 26 weeks of leave.

A woman Employee who goes out on a Pregnancy Disability Leave is provided with up to 4 months or 17 1/3 weeks for pregnancy disability leave. (Please see Pregnancy Disability Leave section for further information.)

## The Litigation Practice Group

**10.4 Measuring 12-Month Period**
The Company will measure the 12-month period as a rolling 12-month period measured backward from the date a Employee uses any leave under this policy. Each time an Employee takes leave, the company will compute the amount of leave the Employee has taken under this policy in the last 12-months and subtract it from the 12 weeks of available leave, and the balance remaining is the amount of time the Employee is entitled to take at that time.

An eligible Employee can take up to 26 weeks for the FMLA military caregiver leave circumstance above during a single 12-month period. For this military caregiver leave, the company will measure the 12-month period as a rolling 12-month period measured forward. FMLA leave already taken for other FMLA circumstances will be deducted from the total of 26 weeks available.

The company will measure a 30 day personal leave period as a rolling 12-month period measured backward from the date a Employee uses any leave under this policy. Each time a Employee takes a personal leave, the company will compute the amount of leave the Employee has taken under this policy in the last 12 months and subtract it from the 30 days of available leave, and the balance remaining is the amount of time the Employee is entitled to take at that time.

**10.5 Intermittent Leave or a Reduced Work Schedule**
The Employee may take FMLA leave in 12 consecutive weeks, may use the leave intermittently (take a day periodically when needed over the year) or, under certain circumstances, may use the leave to reduce the workweek or workday, resulting in a reduced-hour schedule. In all cases, the leave may not exceed a total of 12 workweeks (or 26 workweeks to care for an injured or ill service member over a 12-month period).

**10.6 Use of Paid and Unpaid Leave**
All paid vacation and sick leave runs concurrently with FMLA leave when the leave type falls under FMLA.

Disability leave for the birth of a child (Pregnancy Disability Leave) and for a Employee's serious health condition, including workers' compensation leave (to the extent that it qualifies), will be designated as FMLA leave and will run concurrently with FMLA.

Employees who are on leave for their own serious health condition or to care for a family member who has a serious health condition, or who is bonding with a newborn or child placed for adoption or foster care may qualify for pay under State Disability Insurance (SDI) or Paid Family Leave (PFL). Pamphlets will be sent to the Employee along with the leave of absence designation letter.

**10.7 Seniority While on Leave**
Your bonus, annual increase, review date may be prorated according to any Leave of Absence you have taken. (For leaves related to pregnancy, workers' compensation, military leave under USERRA, Crime Victims, or bone marrow and organ donor leave, your review date and service award date will not be affected.)

**10.8 Health Benefits While on Leave**
For Employees who are currently enrolled in health benefits when their leave begins, their health coverage will be maintained at the same level and under the same conditions as coverage would have been provided if the employee was continuously employed during the entire leave period. **Employees are expected to continue paying for their portion of the premiums while on leave.**

Health coverage will be maintained, for Employees who qualify for a leave under FMLA/CFRA, for up to 12 weeks (or up to 26 weeks during a leave to care for an ill or injured service member). For Pregnancy Disability Leaves (PDL), coverage will be maintained for the entire duration of the PDL and during the 12 weeks the qualifying Employee is on CFRA leave for baby bonding. Health coverage for Employees on a personal leave of absence will be maintained for up to 30 days.

Employees who are provided an extension of leave but whose leave is exhausted under FMLA/CFRA and personal leave, will be able to continue their health coverage under COBRA.

**10.9 Return to Work**
An Employee who takes leave may be asked to provide a fitness for duty (FFD) clearance from the health care provider if the original medical certification provided does not include a return to work date.

# The Litigation Practice Group

The Company may require a Employee on leave to report periodically on the Employee's status and intent to return to work.

Should the Employee fail to return to work at the end of an approved leave or fail to provide an updated LOA request form to extend the leave (not to exceed the total weeks allowed under the specific leave type), will be considered to have voluntarily resigned from the Company.

## 10.10 Family and Medical Leave Act (FMLA)

The function of this policy is to provide Employees with a general description of their FMLA rights. In the event of any conflict between this policy and the applicable law, Employees will be afforded all rights required by law.

If you have any questions, concerns or disputes with this policy, you must contact the LPG Human Resources.

General Provisions

Under this policy, the Company will grant up to 12 weeks of unpaid leave (or up to 26 weeks of unpaid military caregiver leave to care for a covered service member with a serious injury or illness) during a 12-month period to eligible Employees.

Eligibility

To qualify to take family or medical leave under this policy, the Employee must meet the following conditions:

- The Employee must have worked for the company for 12 months prior to the Employee's first day out on leave. The 12 months does not have to be consecutive. Separate periods of employment will be counted, provided that the break in service does not exceed seven years. Separate periods of employment will be counted if the break in service exceeds seven years due to National Guard or Reserve military service obligations.
- The Employee must have worked at least 1,250 hours during the 12-month period immediately before the date when the leave is requested to commence.
- The Employee must work in a work site where 50 or more Employees are employed by the company within 75 miles of that office or work site. The distance is to be calculated by using available transportation by the most direct route.

Type of Leave Covered

To qualify as FMLA leave under this policy, the eligible Employee must be taking leave for one of the reasons listed below:

- The birth of a child and to care for the newborn child within one year of birth.
- The placement of a child for adoption or foster care and to care for a newly placed child.
- To care for a spouse, child or parent with a serious health condition (Under the FMLA, a "spouse" means a husband or wife as defined under the law in the state where the Employee resides, including same-sex marriages in states that legally recognize such civil unions, such as California).
- The serious health condition of the Employee. (Further explained)
- Qualifying exigency leave for families of members of the National Guard or Reserves or of a regular component of the Armed Forces when the covered military member is on covered active duty or called to covered active duty. (Further explained)
- Military caregiver leave (also known as covered service member leave) to care for an injured or ill service member or veteran. (Further explained)

## 10.11 Serious Health Condition

A Employee may take leave because of a serious health condition that makes the Employee unable to perform the functions of the Employee's position.

A serious health condition is defined as a condition that requires inpatient care at a hospital, hospice or residential medical care facility, including any period of incapacity or any subsequent treatment in connection with such inpatient care or as a condition that requires continuing care by a licensed health care provider.

This policy covers illnesses of a serious and long-term nature, resulting in recurring or lengthy absences. Generally, a chronic or long-term health condition that would result in a period of three consecutive days of incapacity with the first visit to the

## The Litigation Practice Group

health care provider within seven days of the onset of the incapacity and a second visit within 30 days of the incapacity would be considered a serious health condition. For chronic conditions requiring periodic health care visits for treatment, such visits must take place at least twice a year.

Employees with questions about what illnesses are covered under this FMLA policy or under the company's sick leave policy are encouraged to consult with Human Resources.

If an Employee takes paid sick leave for a condition that progresses into a serious health condition and the Employee requests unpaid leave as provided under this policy, the company may designate all or some portion of related leave taken as leave under this policy, to the extent that the earlier leave meets the necessary qualifications.

### 10.12 Qualifying Exigency Leave

A Employee whose spouse, son, daughter or parent has been notified of an impending call or order to covered active military duty or who is already on covered active duty may take up to 12 weeks of leave for reasons related to or affected by the family member's call-up or service. The qualifying exigency must be one of the following: a) short-notice deployment, b) military events and activities, c) child care and school activities, d) financial and legal arrangements, e) counseling, f) rest and recuperation, g) post-deployment activities, and h) additional activities that arise out of active duty, provided that the employer and Employee agree, including agreement on timing and duration of the leave.

Covered active duty means:
- In the case of a member of a regular component of the Armed Forces, duty during the deployment of the member with the Armed Forces to a foreign country.

- In the case of a member of a reserve component of the Armed Forces, duty during the deployment of the member with the Armed Forces to a foreign country under a call or order to active duty under a provision of law referred to in Title 10 U.S.C. §101(a)(13)(B).

The leave may commence as soon as the individual receives the call-up notice. (*Son* or *daughter* for this type of FMLA leave is defined the same as for *child* for other types of FMLA leave except that the person does not have to be a minor.) This type of leave would be counted toward the Employee's 12-week maximum of FMLA leave in a 12-month period.

### 10.13 Military Caregiver Leave

An Employee whose son, daughter, parent or next of kin is a covered service member may take up to 26 weeks in a single 12-month period to care for that service member.

*Next of kin* is defined as the closest blood relative of the injured or recovering service member.

The term *covered service member* means:
- A member of the Armed Forces (including a member of the National Guard or Reserves) who is undergoing medical treatment, recuperation or therapy or is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness.
- A veteran who is undergoing medical treatment, recuperation or therapy for a serious injury or illness and who was a member of the Armed Forces (including a member of the National Guard or Reserves) at any time during the period of five years preceding the date on which the veteran undergoes that medical treatment, recuperation or therapy.

The term *serious injury* or *illness* means:
- In the case of a member of the Armed Forces (including a member of the National Guard or Reserves), an injury or illness that was incurred by the member in line of duty on active duty in the Armed Forces (or that existed before the beginning of the member's active duty and was aggravated by service in line of duty on active duty in the Armed Forces) and that may render the member medically unfit to perform the duties of the member's office, grade, rank or rating.

- In the case of a veteran who was a member of the Armed Forces (including a member of the National Guard or Reserves) at any time during a period when the person was a covered service member, a qualifying (as defined by the Secretary of Labor) injury or illness that was incurred by the member in line of duty on an active duty in the

# The Litigation Practice Group

- Armed Forces (or that existed before the beginning of the member's active duty and was aggravated by service in line of duty on active duty in the Armed Forces) and that manifested itself before or after the member became a veteran.

## 10.14 California Family Rights Act (CFRA)
General Provisions and Eligibility
CFRA leave shares the same General Provisions and Eligibility as FMLA, (with the exception of military caregiver leave). Please see General Provisions and Eligibility under the FMLA section of this handbook.

Type of Leave Covered
The California Family Rights Act (CFRA) (Gov. Code, § 12945.2) was established to ensure secure leave rights for the following:
- Birth of a child for purposes of bonding
- Placement of a child in the employee's family for adoption or foster care
- For the serious health condition of the employee's child, parent, spouse (including same-sex spouses), or registered domestic partner
- For the employee's own serious health condition

For the definition of Serious Health Condition, please refer to Type of Leave Covered under the FMLA section of this handbook.

## 10.15 CFRA Leave for Bonding or Placement
The birth-mom (who is also the Employee), who qualifies for a leave under CFRA, is eligible to take up to 12 weeks of baby bonding after a Pregnancy Disability Leave (PDL). Any FMLA leave-time remaining after the PDL will run concurrently with any CFRA leave taken for this purpose.

A Employee who is not the birth mom, and who qualifies for a leave under CFRA, is eligible to take 12 weeks of leave under CFRA for baby bonding. The 12 weeks of leave provided under CFRA runs concurrently with 12 weeks of Leave provided under FMLA. A written and signed statement from the Employee will serve as proof of relationship to the child.

Leave taken under this policy must be completed within one year of the event. If the original requested time off is less than the total 12 weeks allowed under this policy and the Employee wishes to extend the time, the Employee should provide the Company with an updated LOA Request form with at least a 30 day notice.

The basic minimum duration of a CFRA leave is two weeks when the leave is taken for the birth, adoption, or foster care placement of a child. However, the Company shall grant a request for a CFRA leave of less than two weeks duration on any two occasions.

## 10.16 Use of Paid and Unpaid Leave
If CFRA leave is for a serious health condition, the employee may elect or the employer may require the employee to use any accrued vacation time or other accumulated paid leave, including any accrued sick leave. The 12 weeks of leave provided under CFRA for a serious health condition runs concurrently with 12 weeks of Leave provided under FMLA.

## 10.17 Pregnancy Disability Leave
A woman Employee is eligible for Pregnancy Disability Leave immediately upon hire. A length of service requirement does not need to be met. The Employee's healthcare provider ultimately decides when a woman is disabled by her pregnancy.

If disabled by pregnancy, childbirth or related medical conditions, a Employee is entitled to take Pregnancy Disability Leave (PDL) of up to four months, or the working days in one-third of a year or 17⅓ weeks, depending on her period(s) of actual disability.

# The Litigation Practice Group

The following are all covered by PDL:

- severe morning sickness
- prenatal or postnatal care
- doctor-ordered bed rest
- gestational diabetes
- pregnancy-induced hypertension
- preeclampsia
- childbirth
- postpartum depression
- loss or end of pregnancy
- recovery from childbirth or loss or end of pregnancy

Leave taken for pregnancy disability does not have to be taken at one time. Leave can be taken before or after birth or at any period of time the woman is physically unable to work because of the pregnancy or pregnancy-related condition. Periods of leave may be totaled in computing the four months of leave.

Reasonable accommodation or transfer to another job function will be made for a pregnant Employee affected by her pregnancy when it is medically advisable. Also, if a Employee's health care provider indicates that intermittent leave or a reduced work schedule is medically advisable and foreseeable based on planned medical treatment, LPG may require the Employee to transfer to an alternative position. The alternative position must better accommodate recurring periods of leave than does the Employee's regular job. Although the alternative position need not have equivalent duties, it must have an equivalent rate of pay and benefits and the Employee must be qualified for the position. Transfer to an alternative position may include altering an existing position to accommodate the Employee's need for intermittent leave or a reduced work schedule. Periodic absences for pregnancy-related illness of limited duration taken prior to an actual leave may be subtracted from the four months of disability leave for pregnancy.

An Employee who takes a pregnancy disability leave is also entitled to take a CFRA leave if she meets the eligibility requirements for a CFRA leave. That means that a woman who is eligible for CFRA leave could take up to four months of pregnancy disability leave for her pregnancy disability and could also be entitled to up to 12 weeks of CFRA leave to bond with the baby, or for another CFRA qualifying event such as to bond with an adopted child, or to care for a parent, spouse or child with a serious health condition.

An Employee under this policy is required to use their sick accrual for any portion of PDL leave which is unpaid. If the Employee is applying for SDI, their sick leave benefit will be coordinated with SDI as long as it does not exceed 100% of her wages. The Employee is not required to use any vacation accrual during her PDL leave.

## 10.18 Military Service Leave

LPG is committed to protecting the job rights of Employees absent on military leave. In accordance with federal and state law, it is the company's policy that no Employee or prospective Employee will be subjected to any form of discrimination on the basis of that person's membership in or obligation to perform service for any of the Uniformed Services of the United States. Specifically, no person will be denied employment, reemployment, promotion or other benefit of employment on the basis of such membership. Furthermore, no person will be subjected to retaliation or adverse employment action because such person has exercised his or her rights under applicable law or company policy.

If any Employee believes that he or she has been subjected to discrimination in violation of company policy, the Employee should immediately contact Human Resources.

Employees taking part in a variety of military duties are eligible for benefits under this policy. Such military duties include leaves of absence taken by members of the uniformed services, including Reservists and National Guard members, for training, periods of active military service and funeral honors duty, as well as time spent being examined to determine fitness to perform such service. Subject to certain exceptions under the applicable laws, these benefits are generally limited to five years of leave of absence.

Employees requesting leave for military duty should contact Human Resources to request leave as soon as they are aware of the need for leave. For request forms and detailed information on eligibility, Employee rights while on leave and job restoration upon completion of leave, refer to the policies, procedures and forms by contacting Human Resources.

# The Litigation Practice Group

## 10.19 Military Spouse Leave

Military Spouse Leave is separate from leave under the Family and Medical Leave Act (FMLA) to provide qualifying exigency leave and leave to care for an ill or injured service member. Leave under this policy is unpaid and lasts for up to 10 days.

An Employee must meet the following qualifications to qualify for leave under this policy:

- Work for a qualified employer that employs 25 or more employees
- Be the spouse of a qualified service member
- Work an average of 20 or more hours per week
- Provide you with notice of his/her intention to take the leave, within two business days of receiving official notice that the service member will be on leave from deployment
- Submit written documentation certifying that the service member will be on leave from deployment during the time the leave is requested

The service member must meet one of the following requirements for an Employee to be eligible for leave under this policy:

- Be a qualified member of the United States Armed Forces who was deployed during a period of military conflict to an area designated as a combat theater or combat zone by the president of the United States
- Be a member of the National Guard who has been deployed during a period of military conflict
- Be a member of the Reserves who has been deployed during a period of military conflict

Employees may use their vacation accrual during military spouse leave. However, it is not required.

## 10.20 Bereavement Leave

Employees with more than 3 months' service may take up to 3 days of **paid** bereavement leave upon the death of a member of their immediate family. Employees are entitled up to 5 days bereavement leave, but only 3 days paid. "Immediate family members" are defined as an employee's spouse, domestic partner, parents, stepparents, siblings, children, stepchildren, grandparent, father in law, mother in law, sister in law, son in law, daughter in law, or grandchild. All regular, full time employees may take up to one (1) day off with pay to attend the funeral of an extended family member; aunts, uncles and cousins. The company may require verification of the need for the leave. The employee's supervisor and Human Resources will consider this time off on a case-by-case basis.

An eligible Employee who is notified of a death in his or her family as defined above while at work will be paid for the remainder of the scheduled hours that day. The eligibility for paid bereavement leave will not commence until the next regularly scheduled workday which is lost. All time off in connection with the death of one of the above-listed individuals should be scheduled with your Manager. Employees will be required to have proof for Payroll Services to payout. See Human Resources for clarification or questions.

## 10.21 Bone Marrow and Organ Donor Leave

Bone Marrow Leave: (California only) Employees are allowed up to five days of unpaid leave in any one-year period for a bone marrow donation. Employee must provide a medical certification that he or she is a bone marrow donor and that there is a medical necessity for the donation of the bone marrow. This leave will run concurrent with other leaves. A Employee taking leave for this purpose must use up to five days of their accrued sick and vacation pay.

Organ Donation Leave: Allows Employees up to thirty days of unpaid leave in any one-year period for organ donation. Employee must provide a medical certification that he or she is an organ donor and that there is a medical necessity for the donation of the organ. This leave will run concurrent with other leaves. Up to two weeks of vacation or sick time will be exhausted for Employees taking leave for this purpose.

In order to take Bone Marrow or Organ Donor Leave, an eligible Employee must be employed for a period of 90 days immediately preceding the beginning of the leave.

A "one-year period" is considered to be 12 consecutive months from the date the employee begins his/her leave, not one calendar year.

Bone Marrow and Organ Donor Leave does not run concurrently with FMLA/CFRA.

## The Litigation Practice Group

**10.22 Domestic Violence, Sexual Assault and Stalking Victims' Leave**
Reasons for Leave
Employees who are victims of domestic violence, sexual assault or stalking may need time off for legal proceedings, such as 1) obtaining a restraining order or court assistance; 2) to seek medical attention for injuries; 3) to obtain services from a shelter, program or rape crisis center to obtain psychological counseling or to participate in safety planning, including relocation due to domestic violence. Accrued paid sick leave may be used for these purposes.

Notice to Employer
Employees must give reasonable advance notice of their intent to take time off, if feasible and be able to provide certification. The confidentiality of any Employee seeking leave for this purpose will be maintained. The certification may be any of the following:

- A police report indicating that the employee was a victim of domestic violence, sexual assault or stalking

- A court order protecting or separating the employee from the perpetrator of an act of domestic violence, sexual assault or stalking, or other evidence from the court or prosecuting attorney that the employee appeared in court
- Documentation from a medical professional, domestic violence advocate or advocate for victims of sexual

  assault, health care provider or counselor that the employee was undergoing treatment for physical or mental injuries or abuse resulting in victimization from an act of domestic violence, sexual assault or stalking

An Employee, who seeks medical treatment for this purpose, to the extent that they qualify, may take a leave of absence under FMLA.

**10.23 Crime Victim's Leave**
Judicial Proceedings
Employees who are victims of a crime may take leave to attend to judicial proceedings related to the specified serious crime and for any proceeding involving victims' rights.

The leave can be of any length. However, the time off from work must be used to attend judicial proceedings related to a:
- Violent felony
- Serious felony
- Felony theft or felony embezzlement

An Employee who is a victim of one of these serious crimes or whose immediate family member is a crime victim can take time off to attend judicial proceedings related to that crime.

An Employee may take time off from work to attend judicial proceedings related to one of these serious crimes if the Employee is:
- A victim of a crime
- A crime victim's immediate family member
- A crime victim's registered domestic partner
- A child of a registered domestic partner who is a crime victim

Immediate family members include the employee's: Spouse, Child/Step-Child, Brother/Sister, Step-Brother/Step-Sister, Mother/Father, and Step-mother/Step-father.

Before taking leave to attend the judicial proceeding, the Employee must provide a copy of the notice of each scheduled proceeding. These notices are provided to the victim by the pertinent government agency. Documentation can come from any of the following sources:
- The court or government agency setting the hearing
- The district attorney or prosecuting attorney's office
- The victim or witness assistance office advocating on the victim's behalf

Employees can use accrued sick time, vacation, and personal leave under this policy to attend judicial proceedings related to the crime.

## The Litigation Practice Group

Leave for Any Proceeding Involving Victims' Rights

An Employee who is a crime victim can take time off from work to appear in court to be heard at any proceeding in which a right of the victim is at issue.

Unlike the leave under the Judicial Proceeds section, this leave can be initiated at the victim's request and does not need to be initiated by a notice from a government agency.

Under this policy, a Employee who is a "victim" may take time off from work to attend proceedings related to that crime. The law protects time off to attend any "proceeding," including any delinquency proceeding, involving a post-arrest release decision, plea, sentencing, post-conviction release decision; or any proceeding in which a right of the victim is at issue. (Labor Code 230.5)

A "victim" is any person who suffers direct or threatened physical, psychological, or financial harm as a result of the commission or attempted commission of a crime or a delinquent act." (Labor Code 230.5)

A victim includes various family members for whom you will have to provide leave. A victim also includes the person's: Spouse, Parent, Child, Sibling, or Guardian.

The leave can be of any length. The Employee must be a victim, as defined above, of one of the following covered offenses:

- Vehicular manslaughter while intoxicated
- Felony child abuse likely to produce great bodily harm or a death
- Assault resulting in the death of a child under eight years of age
- Felony domestic violence
- Felony physical abuse of an elder or dependent adult
- Felony stalking
- Solicitation for murder
- A serious felony, such as kidnapping, rape or assault
- Hit-and-run causing death or injury
- Felony driving under the influence causing injury
- Specified sexual assault

Although this leave type can be taken at the victim's request, the Employee must provide reasonable advance notice of his or her intention to take the time off. When advance notice is not feasible, or if an unscheduled absence occurs, please provide certification within a reasonable time after the absence.

Any one of the following forms will be sufficient:
- A police report indicating that the employee was a victim of one of the specified offenses
- A court order protecting or separating the employee from the perpetrator of one of the specified offenses.
- Documentation verifying that the employee was undergoing treatment for physical or mental injuries or abuse as a result of being a victim of one of the specified offenses.
- Documentation must be accepted from a:
    o Medical professional
    o Domestic violence advocate
    o Victims of sexual assault advocate
    o Health care provider
    o Counselor

Employees can use accrued vacation time and personal leave under this policy to attend judicial proceedings related to the crime.

### 10.24 Jury or Witness Duty
Upon receiving a summons to appear for grand jury/trial jury, or to appear in court in compliance with a subpoena or court order as a witness, you must inform your Manager at least 24-hours in advance. Proof of notification and attendance is required. The company supports employees in their civic duty to serve on a jury. Employees must present any summons to jury duty to their supervisor as soon as possible after receiving the notice to allow advance planning for an employee's absence.

## The Litigation Practice Group

Nonexempt employees will be paid for up to 2 weeks of jury duty service at their regular rate of pay minus any compensation received from the court for the period of service. Exempt employees are subject to the same 2-week limitation except that they will also receive pay for any days they serve as a juror or witness in a workweek in which they actually perform work.

All employees may use any accrued time off if required to serve more than 2 weeks on a jury. If an employee is released from jury duty after 4 hours or less of service, he or she must report to work for the reminder of that work day.

Time for appearance in court for personal business will be the individual employee's responsibility. Normally, personal days or vacation days will be used for this purpose.

### 10.25 Voting Leave
Voting Time

All Employees should be able to vote either before or after their shift. However, when this is not possible due to work schedules, Employees will receive up to two hours during the workday to vote.

Notification to Employer

The Employee must notify their Manager at least two working days in advance that time will be needed to vote.

Election Leave

Employees who are chosen to serve as election officials at polling sites will be permitted to take required unpaid time off to serve in this capacity. Please notify your Manager seven days in advance of your need for time off in order to accommodate the necessary rescheduling of work periods.

### 10.26 Voluntary Civil Service Leave
Volunteer Emergency Duty Leave

The law applies to:
- Volunteer firefighters
- Reserve peace officers
- Emergency rescue personnel, defined as any person who is an officer, employee, or member of:
  - A fire department, fire protection or firefighting agency of the federal government, California state government, local government, special district or other public or municipal corporation or political subdivision of California
  - An officer of a sheriff's department, police department or private fire department
  - Disaster medical Response Teams

Civil Air Patrol Leave

The Employee must be a volunteer member of the California Wing of the civilian auxiliary of the U.S. Air Force Civil Air Patrol, responding to an emergency operation mission.

A qualified Employee is entitled up to 10 days of unpaid leave per year. However, the leave for a single emergency mission cannot exceed three days, unless the emergency is extended by the entity in charge of the operation and the leave extension is approved.

Employees are not required to exhaust their vacation or personal leave time.

### 10.27 School Appearance Leave
An Employee who needs to appear at their child's school for disciplinary reasons, and as required by the school or ward under The Education Code to attend class with the student when the student is suspended, may take unpaid time off from work.

The parent or guardian should receive a written notice from the school stating that they must attend a class. A copy of the notice or some other certification from the school is required.

School Activities Leave

Employees, who are the parents, guardians or custodial grandparents of children in kindergarten through grade 12, or of children in a licensed child day care facility, may take time off to participate in school activities following these guidelines:
- The time must not exceed 40 hours per year, nor 8 hours in a calendar month.
- The employee must give reasonable prior notice of the planned absence.
- The employee must provide documentation of his/her participation.

# The Litigation Practice Group

If both parents work for the Company and are at the same location, the parent who gave notice first will be able to take the leave. The other parent may take leave upon approval from their Manager or Manager if it does not interfere with daily operations. An Employee must use existing vacation accrual or the time off will be deducted from their personal leave benefit.

## Employee Handbook Acknowledgment and Receipt

I hereby acknowledge the receipt of the employee handbook of LPG  I understand and agree that it is my responsibility to read and comply with the policies in the handbook. I understand that the handbook and all other written and oral material provided to me are intended for informational purposes only. Neither it, company practices, nor other communications create an employment contract or term. I understand that the policies and benefits, both in the handbook and those communicated to me in any other fashion, are subject to interpretation, review, removal, and change by management at any time without notice. I further understand that I am an at-will employee and that neither this document nor any other communication shall bind the company to employ me now or hereafter and that my employment may be terminated by me or the company without reason at any time.  I understand that no representative of the company has any authority to enter into any agreement for employment for any specific period of time or to assure any other personnel action or to assure any benefits or terms or conditions of employment, or to make any agreement contrary to the foregoing. I also understand and agree that his agreement may not be modified orally and that only the presidents of the company may make a commitment for employment. I also understand that if such an agreement is made, it must be in writing and signed by the presidents of the company.


_____
Employee's Name – Printed


_____
Signature of Employee


_____
Date Signed by Employee

**TO BE PLACED IN EMPLOYEE'S PERSONNEL FILE**

# EXHIBIT 6

| | |
|---|---|
| From: | Brad Lee |
| To: | GLC Admin |
| Cc: | Admin Prime |
| Subject: | Revolv3 Payliance Contract - Signed |
| Date: | Wednesday, May 17, 2023 5:43:10 PM |
| Attachments: | Payliance Agreement - Greyson Law Center (signed).pdf |

Hello,

Attached to this email is our contract with Revolv3 through Payliance. Thanks!

Best Regards,

Brad

# CLIENT CHECK LIST

## GENERAL INFORMATION

| | |
|---|---|
| LEGAL NAME<br>**Greyson Law Center PC** | DATE<br>4/27/23 |
| DBA | SALES REPRESENTATIVE |

## PAYLIANCE DOCUMENTS NEEDED

- ☑ Client Agreement

- ☑ Copy of voided check
  (a starter check is not acceptable)
  OR
  Bank letter
  (must be on bank letter head)

- ☑ Photocopy of non-expired
  Driver's License of signer

- ☑ Bank statements
  (last 2 months)

- ☑ Client Profile Analysis

- ☑ Articles of Incorporation
  (Required for non-sole proprietorships)

- ☑ Certificate of Good Standing
  with Secretary of State

- ☑ Letter of EIN issuance from IRS
  (SS-4 Form)

- ☐ Screenshots of online authorization
  (for WEB transactions only)

- ☑ Copy of written authorization form
  (for PPD/CCD transactions only)

- ☐ Copy of verbal authorization script
  (for TEL transactions only)

- ☐ Industry specific questionnaire

### IF PROCESSING OVER $200K/MONTH or 20k or more per transaction

- ☑ Last 2 years of audited financial statements (Income Statement, Balance Sheet, and Cash Flow Statement)
  - If audited financial statements are not available please provide last 2 years of unaudited plus last 2 years of tax returns

## PROHIBITED BUSINESSES*

| | | | |
|---|---|---|---|
| > Entities without US Tax ID and US bank account | > Online tobacco | > Outbound telemarketing | > Online pharmacy |
| > Internet gaming | > Identity theft products | > Grant assistance | > Discount medical packages |
| > Currency sales or exchange | > Credit repair/Credit counseling | > Discount memberships/<br>Benefit packages | > Loan modification/Debt consolidation |
| > Opt-out offers | > eWallet | | |

*This list is not inclusive, and is subject to change at Payliance's discretion. All client agreements, regardless of industry, are subject to underwriting approval.

REDACTED

www.payliance.com

**Payliance**

This Payliance ACH Client Agreement ("Agreement") constitutes the entire Agreement between the undersigned company, herein referred to as the "Client", and Payliance, Inc., an Ohio Corporation, herein referred to as the "Company" and sets forth the terms and conditions of the obligations of each party. Client understands and agrees that each service listed below is subject to service operating rules ("Service Operating Rules"), which are attached hereto and are a part of this Agreement. Client agrees that it has read and understands the Service Operating Rules and is bound by the terms of all of the Service Operating Rules for each service selected, which may from time to time with 30-days written notice be amended by the Company.

## SERVICES PROVIDED

| PAYMENT SOLUTIONS | SUBMISSION METHOD | RECOVERY SOLUTIONS |
|---|---|---|
| ___ ACH by Phone (TEL) | ___ Payliance Integration – API | ___ Electronic |
| ___ ACH by Web (WEB) | ___ Payliance Integration – Batch | ___ Traditional |
| ___ Recurring Transactions (PPD) | ___ ReceivablesPro Gateway | ___ Legal |
| ___ One-Time Transactions (PPD) | ___ Third party gateway: _____ | |
| ___ B2B One-Time Transactions (CCD) | | |
| ___ B2B Recurring Transactions (CCD) | | |
| ___ Credit Transaction Capability | | |

## PRODUCT SERVICE RATES

| Tran Fee Per Item | Discount Rate % | Statement Fee | Monthly Min. Fee | Return Fee | NOC Fee | Unauthorized Return Fee |
|---|---|---|---|---|---|---|
| $2.75 | 0 | $15 | $25 | $5.00 | $1.25 | $12.00 |

Fees for ReceivablesPro Gateway (*if selected*): Monthly Gateway Fee: $ 0 _____    Per Transaction Gateway Fee: $ 0 _____

Per Transaction ACH WEB – Bank Account Validation Fee: $ 0 _____

## PROCESSING VOLUME AND LIMIT INFORMATION

| | Monthly Volume | Average Transaction | Maximum Transaction | Maximum Daily Volume |
|---|---|---|---|---|
| Debit Limits | $2,000,000.00 | $270 | $2,000 | $500,000.00 |
| Credit Limits | $30,000.00 | $270 | $2,000 | $10,000.00 |

## SERVICE PROVIDED TO

| LEGAL NAME | TAX IDENTIFICATION NUMBER |
|---|---|
| Greyson Law Center PC | REDACTED |

| DBA | BUSINESS PHONE NUMBER | BUSINESS FAX NUMBER |
|---|---|---|
| | REDACTED | |

| BUSINESS ADDRESS | MAIN CONTACT NAME/TITLE |
|---|---|
| REDACTED | David Yu |

| CITY | STATE | ZIP | EMAIL ADDRESS |
|---|---|---|---|
| REDACTED | REDACT | REDACTED | contact@greysonlawpc.com |

| TOTAL YEARS IN BUSINESS | TIME AT THIS LOCATION | TYPE OF GOODS SOLD/SERVICES PROVIDED |
|---|---|---|
| 1 | 1 year | Legal Services |

LOCATION TYPE: [ ] RETAIL STORE FRONT [✓] OFFICE BUILDING [ ] OTHER      TYPE OF OWNERSHIP: [ ] SOLE PROPRIETOR [ ] PARTNERSHIP [✓] CORPORATION

| PRINCIPAL/OWNER | TITLE | HOME PHONE NUMBER |
|---|---|---|
| Scott Eadie | Managing Attorney | REDACTED |

| HOME ADDRESS | DRIVERS LICENSE NUMBER | SOCIAL SECURITY NUMBER |
|---|---|---|
| REDACTED | REDACTED | REDACTED |

| CITY | STATE | ZIP | DATE OF BIRTH | % OF EQUITY |
|---|---|---|---|---|
| REDACTED | REDACT | REDACTED | REDACTED | 100 |

ACH Debit and Credit Authorization: CLIENT hereby authorizes its Financial Institution to pay and charge to its account by electronic funds transfer or draft the amount due Company under this Agreement and to accept all credits and debits made to its account. This authorization shall remain in effect until revoked in writing by Client. A voided check must accompany this Agreement.

## CLIENT BANKING INFORMATION

| FINANCIAL INSTITUTION | ROUTING NUMBER | ACCOUNT NUMBER |
|---|---|---|
| Mercury | REDACTED | REDACTED 1020 |

THIS AGREEMENT INCLUDES THE SERVICE OPERATING RULES ATTACHED HERETO. THIS AGREEMENT HAS BEEN ENTERED INTO ON BEHALF OF & BY THE AUTHORIZED REPRESENTATIVE OF EACH PARTY AS OF THE DATE WRITTEN BELOW, AND IF SIGNED IN MULTIPLE COPIES EACH BEING AS EFFECTIVE AS AN ORIGINAL. AGREEMENT IS NOT VALID UNTIL SIGNED BY COMPANY REPRESENTATIVE. THIS AGREEMENT INCLUDES ALL OF THE TERMS AND CONDITIONS CONTAINED ON THE ADDITIONAL PAGES OF THIS AGREEMENT. CLIENT AUTHORIZES COMPANY OR ANY CREDIT REPORTING AGENCY BY COMPANY OR AGENT OF COMPANY, TO MAKE WHATEVER INQUIRIES THAT COMPANY DEEMS APPROPRIATE TO INVESTIGATE, VERIFY OR RESEARCH REFERENCES, STATEMENTS OR DATA OBTAINED FROM CLIENT FOR THE PURPOSE OF THIS APPLICATION.

| FOR CLIENT | FOR COMPANY |
|---|---|
| AUTHORIZED PRINTED NAME/TITLE | AUTHORIZED PRINTED NAME/TITLE |
| Scott Eadie | |
| AUTHORIZED SIGNATURE          DATE | AUTHORIZED SIGNATURE          DATE |
| *Scott Eadie*    4/27/2023 | |

REDACTED

www.payliance.com

CLIENT PROFILE ANALYSIS

Please complete in full.

## GENERAL INFORMATION

| LEGAL NAME | DATE |
|---|---|
| Greyson Law Center PC | 4/27/23 |

DBA NAME

WEB SITE(S)
https://www.greysonpc.com/

DESCRIPTOR TO APPEAR ON CUSTOMER'S BANK STATEMENT

Merchant Name (16 character max):

Greyson PC

Customer Service Phone Number:
REDACTED

## PRODUCT/OPERATIONS INFORMATION

| | |
|---|---|
| Describe in detail the products or services you are selling/supplying. | Greyson Law Center PC is a law firm that protects consumers from harassing creditors and collections agencies. We represent our clients through our own legal network that covers 48 states in the US. We represent our clients on behalf of their debts. We also practice other aspects of law such as bankruptcy and civil litigation. |
| Explain how and where you advertise your products and/or services (please provide examples of any brochures, catalogs, and/or WEB page address). | We advertise through marking campaigns from third party services. They advertise via online ads and catalogs. |
| Please explain in detail exactly what you will be charging the customer for. | Attorney fees for legal representation of their debts. we charge our clients based on a percentage of their enrolled debt amount. Funds allocated from clients will go towards attorney fees for legal representation. |
| If you are providing a service, please explain your billing policies (i.e. one time fee, weekly, monthly, etc.). | We bill our clients on a bi-weekly or monthly payment schedule. |
| Is your product drop-shipped? If so, please provide the name, address and telephone number for the company that will be drop-shipping for you. | N/A |
| Do you provide products or services to customers outside of United States? | N/A |
| How far in advance will charges be made prior to shipping? | N/A |
| What is your refund policy? | If an account is fully validated by a creditor such that no further dispute to the validity of the account could be made. Client will receive a full refund of the fees that Client paid towards the attempted invalidation of that account (i.e., Client will be refunded the fees paid in proportion to the debt that was validated). Should Client have an outstanding balance with Greyson Law Center at the time. Client's refund is issued on the validated account, any refund will first be applied towards the outstanding balance. |
| What is your cancellation policy? | Client may cancel this agreement at any time before midnight CST at the fifth day after the date of execution of this agreement via an email to contact@greysonpc.com. However, to be effective, termination or discharge of GLC must be in writing. In such event, Client authorizes GLC to make and retain a duplicate of Client's file. The attorney-client relationship between GLC and Client shall end upon discharge of GLC by Client pursuant to this paragraph. However, such discharge shall not relieve Client of any obligation to pay fees and costs incurred prior to the discharge, as well as any fees and costs expended after the discharge to the extent reasonably required in GLC's sole discretion to protect Client's interests prior to court order substituting new counsel or permitting |
| In what type of building is your business located? | Check One: ☐ Shopping Center   ☑ Office Building   ☐ Residence<br>☐ Retail Storefront   ☐ Other: _____ |
| What is the square footage of your place of business? | Check One: ☐ 0-250   ☐ 250-500   ☐ 500-2000   ☑ 2000+ |

INITIALS: _____

**COMPANY SERVICES**

**Planned/Recurring Payments (PPD).** Company will electronically debit funds from a customer's bank account on behalf of Client via the Automated Clearing House (ACH) Network for the purpose of securing payments for Client's goods or services. Client hereby acknowledges and agrees that in order to utilize PPD services, its customers must have (a) authorized the transaction as a direct payment for recurring or multiple payments, or (b) authorized the transaction as a one-time debit for a purchase or payment, and (c) provided account information including routing number and transit number. Client agrees to store the customers' authorizations and account information for 2 years following the transaction settlement date using commercially reasonable methods to secure the same and shall make this information available to Company upon demand. All ACH authorizations must comply with applicable law and the NACHA Rules. When instructed by Client, Company will also credit customer's bank account on behalf of Client.

**Payments by Phone (TEL).** When a customer calls Client to make a payment, Client electronically debits the customer's bank account with this service. Company electronically debits funds from customer's bank account on behalf of Client via the ACH Network for the purpose of securing payment for Client's goods or services. Client must give notice to the customer and obtain the customer's authorization for all transactions submitted via ACH in accordance with applicable law and the NACHA Rules. Such authorization shall consist of a voice recording of customer's authorization and/or written notification to proceed with the transaction depending on whether the TEL authorization is for a single-initiated debit or recurring debits. Said voice recording or written notice shall be stored for 2 years from the date of the transaction settlement date using commercially reasonable methods to secure the same. Client shall make this information available to Company upon demand. When instructed by Client, Company will also credit customer's bank account on behalf of Client.

**Payments by Web (WEB).** Company electronically debit funds from the customer's bank account on behalf of Client via the ACH Network for the purpose of securing payment for Client's goods or services on customer initiated transactions over the Client's Web site via the Internet. Client hereby acknowledges and agrees that in order to utilize WEB services, its customers must have (a) authorized the transaction as a direct payment for recurring or multiple payments, or (b) authorized the transaction as a one-time debit for a purchase or payment, and (c) provided account information including routing number and transit number. When instructed by Client, Company will also credit customer's bank account on behalf of Client. Further, Client hereby acknowledges and agrees that in order to utilize WEB services, Client shall establish and implement a commercially reasonable fraudulent transaction detection system to screen debit WEB entries which shall, at a minimum, validate the account to be debited for the first use of such account number and any subsequent change to such account number via ACH pre-notification, ACH micro-transaction verification, or any other commercially reasonable validation method.

**Electronic Recovery of Returned ACH Items.** Client authorizes Company to collect returned items plus any returned item fees permitted by state law directly from Client's customer's bank account. Company does not guarantee the recovery or payment of the returned items. If the full amount of the returned item and the returned item fee is collected, then Client shall be paid an amount of money equal to the face value of the returned item, and Company shall retain the returned item fee as its compensation for its recovery services.

**GENERAL TERMS**

**Term, Termination and Amendment.** The initial term of this Agreement shall expire on the 2-year anniversary of the date Client executed this Agreement. Thereafter, this Agreement shall renew automatically for successive 1-year terms unless terminated by either party with 30 day written notice prior to renewal. Sixty (60) day notice is required for early termination by Company except as otherwise set forth in this Agreement or if processing or banking partner of the Company mandates immediate termination.

**Pricing and Payment.** Client shall make payment to Company for fees and expenses pursuant to the Product Service Rates set forth in this Agreement. Company fees and expenses will be billed monthly and Client authorizes Company to electronically debit Client's bank account to which Client's payments and recoveries are credited, or to any other account mutually agreed upon. Billing will occur no later than the 1st business day after the 10th day of each month, and the account will be debited on the 1st business day after the 15th day of each month. Accounts not collected within 30 days after billing will accrue interest at the rate of 1% per month beginning on the 30th day after billing until paid in full and Client agrees to pay Company a state-allowed fee for any debits to Client's account which are not honored because of insufficient funds.

**Fees, Rates, and Charges.** Client shall pay Company the fees and rates set forth or amended by the terms of this Agreement, plus all applicable taxes for services rendered. If the amount set forth as the Monthly Minimum Fee is greater than Client's transaction fees and discount rate, the Monthly Minimum Fee shall apply. The Transaction Fee per Item is the flat fee incurred on each item processed through Company. If Company determines that Client is not profitable, Company reserves the right to change all fees and rates at its discretion, by giving written notice to Client. If applicable, the Monthly Minimum Fee will apply beginning the first full month after the execution of this Agreement.

**Payment.** Without prejudice to all rights stated in Pricing and Payment Paragraph above, Company reserves the right to suspend its service and obligations to Client, including the payment of all checks, ACHs and other payment items previously authorized, during any period in which Client's account is delinquent. Continuance of service and payment during any period of delinquency shall not constitute a waiver of Company's rights of suspension and termination. Any delinquent fees or other amounts not paid by Client when due, including rejected items, may be debited against any amounts due Client from Company. A Returned Item Fee will be assessed for any check, ACH, or other payment item which is returned by Client's bank for any reason and as allowed by applicable law. Return Item Fees will be equal to the state allowed fee in the state in which the Client is located. Company reserves the right to deduct payment from the Client's claims in the event that the Client's account becomes delinquent after 30 days.

**LAW AND COMPLIANCE**

**Representations and Warranties.** Client represents and warrants that it is in compliance with all local, state and federal laws applicable to its business operations. Client shall immediately inform Company if Client becomes aware of any violation of such laws. Client agrees: (a) this Agreement is immediately terminable by Company upon a violation of any such laws; (b) Client is prohibited from initiating any entries in violation of any applicable local, state or U.S. federal laws; and (c) if Company has reason to believe any of Client's requested entries violate such laws, entries may be suspended by Company indefinitely and this Agreement may be terminated immediately. Client represents and warrants that it holds all necessary local, state and federal licenses to conduct its business operations.

INITIALS: _____

Customer Authorization for Payment Transactions. Client shall obtain and maintain a representation that Client has a bona fide service or product provided to the customer. Client must give clear and conspicuous notice to the customer and obtain the customer's authorization for all transactions submitted. Client represents and warrants that all payment authorizations comply with applicable law and NACHA Rules. For telephone transactions, such authorization shall consist of a voice recording of customer's authorization or written notification to proceed with the transaction. Said voice recording or written notice shall be stored for at least 2 years from the date of the transaction settlement date using commercially reasonable methods to secure the same. Client shall make such information available to Company upon demand. Upon Company's request Client shall participate in calls with Client's customers and Company, and provide any assistance necessary, to resolve customer payment disputes. Client understands and agrees that from time to time Company may call Client's customers to verify customer's authorization of transactions. Client shall provide Company with any and all information requested by Company in order for Company to verify customer's authorization. Upon Company's request Client shall provide any additional licenses, certificates, opinions and all other documents and instruments that Company may consider appropriate, in form satisfactory to Company.

**FCRA Compliance.** Company is not a credit reporting agency. However, Client acknowledges and understands that it may have certain obligations and responsibilities under the FCRA. To the extent applicable Client agrees to comply fully with the FCRA. Client certifies that it has a legitimate business need, in connection with a business transaction involving the customer, to receive the information provided by Company and that such information will only be used for permissible purposes in accordance with the FCRA and applicable state laws. Client agrees that the information will not be used for employment purposes and will not be used for any purposes other than the business transaction between Client and customer. Client agrees that neither it or its agents or employees will disclose the results of an inquiry made to Company except to the person about whom such inquiry is made and in no case to any other person outside Client's organization. If Client decides to reject any payment item either wholly or partly because of information obtained from Company, Client agrees to provide the customer with all information required by the FCRA.

**Legal Claims, Costs and Attorney Fees.** In the event of Client's violation of any of the terms of this Agreement, Client agrees to pay all costs, including reasonable attorneys' fees, for steps taken by Company to preserve, defend or enforce its rights. In the event of any legal action with third parties, customers, businesses or regulatory agencies concerning any transaction or event arising under this Agreement, Client agrees to: (a) immediately notify Company of the claim or legal action; (b) cooperate with Company in the making of any claims or defenses; (c) provide any information deemed important or relevant by Company or its attorneys; (d) make available at least one employee or agent who can testify regarding said claims or defenses; and (e) assist in the full resolution of the claim. Company and Client shall each be responsible for its own attorney's fees and court costs except as otherwise provided by this paragraph. Except as expressly set forth herein, Company makes no warranty, express or implied, and it is agreed that no implied guarantee shall arise from performance by Company under this Agreement.

**Indemnification and Limitation of Liability**. Client shall indemnify, defend, and hold Company and its affiliates harmless from any and all damages, liabilities, losses, costs, penalties and any other expenses including attorneys' fees arising, directly or indirectly, out of or related to: (a) this Agreement; (b) any governmental or payments association inquiry or investigation related to this Agreement or Client's acts or omissions; (c) Client's breach of the obligations or representations and warranties of this Agreement; (d) any inquiry, investigation or lawsuit alleging that Company is violating any applicable State or Federal laws for processing payments on behalf of Client; (e) inaccurate customer information provided by Client to Company; (f) failure by Client to notify Company of any payment received by Client from customers on any outstanding and unpaid payment instrument; (g) failure by Client to promptly notify Company of the collection or dispute of any payment instrument; (h) customer disputes related to payment instruments submitted to Company for collection services; or (i) misuse or negligent acts by Client, its employees or agents in the use of the verification data or services provided to Client under the terms of this Agreement. Company shall not be liable to Client or any third party for any liquidated, indirect, consequential, exemplary or incidental damages (including damages for loss of business profits, business interruption, loss of business information, and the like) arising out of this Agreement even if advised of the possibility of such damages. Notwithstanding anything to the contrary in this Agreement, in no event shall Company's liability under this Agreement exceed the total amount of fees paid to Company by Client during the preceding 12-month period measured from the date the liability accrues. In the event of any legal action with third parties, customers, businesses or regulatory agencies concerning any transaction or event arising under this Agreement, Client agrees to: (i) immediately notify Company of the claim or legal action; (ii) cooperate with Company in the making of any claims or defenses; (iii) provide any information deemed important or relevant by Company or its attorneys; (iv) make available at least one employee or agent who can testify regarding said claims or defenses; and (v) assist in the full resolution of the claim. Company and Client shall each be responsible for its own attorneys' fees and court costs except as otherwise provided by this Agreement.

## ADDITIONAL OBLIGATIONS.

**Items in Recovery Returned to the Client.** Company will return any unpaid returned item to Client upon request. There is no charge for an item returned within 30 days of listing by Company for recovery. Thereafter, at the Company's discretion, Company will be entitled to receive $10.00 for each month the returned item has been maintained in the check recovery system not to exceed the maximum returned item fee allowed by applicable state law.

**Customer Authorization for Recovery.** Client is required to capture and store authorization for all applicable representments on returned items, as well as all applicable returned item fees.

**NACHA Compliance.** Client agrees to comply with all NACHA rules and regulations ("NACHA Rules") as amended from time to time, regarding the processing of ACH transactions, including, but not limited to, the following: (a) customer authorization for electronic settlement of transactions, either in writing or in an electronic format; (b) customer authorization for returned transaction service charges; (c) retention, storage, retrieval and destruction of customer information and authorizations; (d) electronic settlement of corporate or other business entity checks; (e) limitations on transaction amounts; (f) utilization of a system that includes fraud detection elements, data encryption of at least 128-bit SSL, and receiving depository financial institution (RDFI) routing number verification; (g) WEB debit account validation, and (h) performance of annual audits to verify physical security of data and personnel access to data and network security, the results of which must be made available to the originating depository financial institution (ODFI) and Company upon request. Such NACHA Rules are hereby made part of this Agreement and incorporated herein by this reference. Client further agrees to comply with all applicable state and federal laws, statues and regulations affecting the processing of transactions.

INITIALS: _____

**Establishment.** Company will establish and maintain a non-interest bearing deposit account ("Reserve Account") initially or at any time in the future as Company deems necessary, with sums sufficient to satisfy Client's current and future obligations as determined by Company. Client authorizes Company to establish such Reserve Account and to debit the Bank account identified on the attached Client Agreement ("Client Account") or any other account it has with any financial institution to establish or maintain funds in the Reserve Account. Company may deposit into the Reserve Account funds that would otherwise be obligated to pay Client, for the purpose of establishing, maintaining, or increasing the Reserve Account in accordance with this section, if it determines such action is reasonably necessary to protect its interests.

**Application.** Company may, without notice, apply deposits in the Reserve Account against any outstanding amounts owed under this Agreement or any other agreement between Client and Company. Also, Company may exercise their rights under this Agreement against the Reserve Account to collect any amounts due to Company including, without limitation, rights of set-off and recoupment. In the event of any legal action with any regulatory agencies against the Client resulting in the suspension of processing and/or freezing of Clients' processing related assets, the Company may assess an administrative fee to cover expected expenses related to the suspension. The Company, at its sole discretion, will determine the amount of the fee, which will not exceed the amount in the Reserve Account.

**Funds.** Funds in the Reserve Account will remain in the Reserve Account until 180 days following the later of termination of this Agreement, Client's last transmission of electronic credit or debit entry to Company, or Client's last returned item received by Company provided, however, that Client will remain liable to Company for all liabilities occurring beyond such 180 day period. After the expiration of such 180 days period Client must provide Company with written notification indicating Client desires a release of any funds remaining in the Reserve Account in order to receive such funds. Starting at the expiration of such180 day period, either a $200 or 10% per month administration fee may be assessed against any funds remaining in the Reserve Account, whichever is greater. Client agrees that it will not use funds in the Reserve Account for any purpose, including but not limited to paying charge backs, fees or other amounts owed to Company under this Agreement. Company shall have full control of the Reserve Account.

**Assurance.** In the event of a bankruptcy proceeding and the determination by a court that this Agreement is assumable under the Bankruptcy Code, as amended from time to time, Client acknowledges that it must continue to comply with the Reserve Account provisions herein. Client acknowledges that these Reserve Account provisions do not constitute a penalty under 11 USC 365.

## MISCELLANEOUS

**Prohibited Industries.** It is the Company's policy not to process transactions involving Internet gambling, tobacco, or Canadian pharmaceuticals. Therefore, Client shall not submit entry requests for transactions involving any of the above listed businesses. If Company has reason to believe any of Client's requested entries are for Internet gambling, tobacco, or Canadian pharmaceuticals, entries may be suspended by Company indefinitely and this Agreement may be terminated immediately.

**Site Visits.** Client will permit representatives and agents of the Company, or any processing or banking partner of the Company, to visit and inspect the Client's place of business, and to examine the books of account of the Client and discuss the affairs, finances and practices of the Client at any time upon reasonable notice.

**Governing Law and Integration.** This Agreement plus any addenda attached hereto is the entire Agreement between Client and Company concerning its subject matter and supersedes all previous representations, understanding and agreements in relation to its subject matter. This Agreement shall be governed by and construed in accordance with the laws of the State of Ohio.

**Severability.** If any provision of this Agreement or its addenda, or application of such provision to any circumstance or person is declared by a court of competent jurisdiction to be invalid, illegal or unenforceable for any reason, such provision shall be substituted by a new provision as similar as possible to the provision declared invalid, illegal or unenforceable. All other provisions shall remain valid and fully enforceable.

**Survivability.** All representations, covenants, and indemnities made herein shall survive the termination of this Agreement and shall remain enforceable after such termination.

**Waiver.** All rights and duties within this Agreement are material, relevant and important. No waiver of any rights hereunder shall be deemed effective unless specifically set forth in writing and executed by the waiving party. Client and Company agree that delay or failure to exercise any right hereunder on the part of either party shall not operate as a waiver to further exercise such right. Client and Company agrees that no single or partial exercise of any right hereunder shall preclude its further exercise.

**Assignment.** Company may assign the rights and obligations under this Agreement to any affiliate, parent, subsidiary, the surviving corporation with or into which Company may merge or consolidate an entity to which Company transfers all or substantially all of its business and assets. All provisions contained in this Agreement shall extend to and be binding upon the parties hereto or their respective successors and permitted assigns.

INITIALS: _____

# EXHIBIT 7

**Re: Kathleen Stevens**

Kent Cobb <kent@lpglaw.com>

Tue 5/23/2023 7:21 AM

To:GLC Admin <Admin@greysonlawpc.com>

Thank you! 

---

**From:** GLC Admin <Admin@greysonlawpc.com>
**Sent:** Monday, May 22, 2023 8:33 PM
**To:** Kent Cobb <kent@lpglaw.com>
**Subject:** Re: Kathleen Stevens

https://airtable.com/shryNaJhuztnfw6Go

Try now! This should be less confusing.



Attorney Referral Form - Submitted by client - Airtable

Fill out the "Attorney Referral Form - Submitted by client" form quickly and securely on Airtable.

airtable.com

---

**From:** Kent Cobb <kent@lpglaw.com>
**Sent:** Monday, May 22, 2023 9:15 AM
**To:** Roxie <24him4ever@gmail.com>
**Cc:** GLC Admin <Admin@greysonlawpc.com>
**Subject:** Re: Kathleen Stevens

Thank you, Kathleen.  I'm sorry it is a bit confusing.  You know that I truly want to help you.  Let me take a look.

I hope your Monday is going truly well!

Kent Cobb

---

**From:** Roxie <24him4ever@gmail.com>
**Sent:** Saturday, May 20, 2023 1:48 PM
**To:** Kent Cobb <kent@lpglaw.com>
**Subject:** Re: Kathleen Stevens

Kent, I submitted the form.  Unfortunately the GLC was not on the form (there was a CLG, however??), and I cou
"collaborator" because there were choices of about 2 dozen names that I did not recognize, so,
I left it blank.  There was also a space for the attorney I would like to see and I typed in your name.  On the one th
previous email to you that had "LMV Day 1, LMV Day 2, LMV Day 3, Call Back Scheduled, Undecided,
No-canceling, In Progress and Yes, all I could do was check the "In Progress" one, it was a required answer and I
do.  However, I did answer all to the best of my ability!!

I hope you get the form and it is satisfactory to you.  It is all confusion; however, I am very proud and happy that
for me.  I am so relieved that you have been very expedient to all my questions, and I am
so very thankful that you are willing to help me.  I am deeply grateful to you.

Let me know if you need to see me and if so, I would desire to bring my husband with me!

Sincerely,

Kathleen Stevens

On Fri, May 19, 2023 at 8:33 PM Kent Cobb <kent@lpglaw.com> wrote:

That is confusing.  I'm sorry.

There should be a GLC (Greyson Law Center) that you are going to from LPG (Litigation Practice Group) .  And if no
assigned to PLG (Phoenix Law Group).  So probably select PLG.

I guess I would be the collaborator (Kent Cobb).  I have not seen the form updated, so it's news to me, also.

I'm just trying to serve clients.  I am sorry it is so complicated...

I hope you have a great night!

---

**From:** Roxie <24him4ever@gmail.com>
**Sent:** Friday, May 19, 2023 3:46 PM

**To:** Kent Cobb <kent@lpglaw.com>

**Subject:** Re: Kathleen Stevens

I do not understand some parts of this form.  It asks me to identify which law firm?   PLG, CLG, OLG or PL and answer and this is a required answer.  The next topic has these choices and I have
no idea what to put down here (see below) and,  again,  required.   The final thing on the first page of the form ask for the "collaborator" and I have  no idea what to put on this question either.  Please advise.
I have tried to leave these unanswered about a dozen times, but, it will not let me leave these unanswered.

Thank you,

Kathleen Stevens
LVM Day 1

○   LVM Day 2

○   LVM Day 3

○   Call Back Scheduled

○   Undecided

○   No - canceling

○   In Progress

○   Yes

On Wed, May 17, 2023 at 5:12 PM Kent Cobb <kent@lpglaw.com> wrote:
Yes, I do care.

Click on this link, and it will simplify the process.  I'll be in touch.

https://airtable.com/shryNaJhuztnfw6Go

Attorney Referral Form - Submitted by client - Airta

Fill out the "Attorney Referral Form - Submitted by client" form quickly a
securely on Airtable.

airtable.com

---

**From:** Roxie <24him4ever@gmail.com>
**Sent:** Tuesday, May 16, 2023 2:57 PM
**To:** Kent Cobb <kent@lpglaw.com>
**Subject:** Re: Kathleen Stevens

Thank you for your note above.  I can see that you do care.  I knew nothing about the LPG bankruptcy.  Noth
was I called about this.  I was in shock when you stated about the LPG bankruptcy.  I will be very happy to co
Center PC and fill out whatever forms you need from me.  I am so sorry if I went off on you.  It was not intent
have done that.  I do sincerely apologize.  My frustration level has been over the top every since I got involve
never done the right thing by me.  I am certain I am not alone.  I sincerely appreciate all the help you can affo
accept my apology.

I look forward to hearing from you soon.

Kathleen

On Tue, May 16, 2023 at 2:17 PM Kent Cobb <kent@lpglaw.com> wrote:

Here is the reality.  I will still help you.  The LPG bankruptcy has caused havoc for a lot of people, including us
I'll send you a form to have you come over to my firm, Greyson Law Center PC.

One thing about it:  it's confusing, but I do see everyone pitching in to help clients, which is what we're all ab

---

**From:** Roxie <24him4ever@gmail.com>
**Sent:** Tuesday, May 16, 2023 11:47 AM
**To:** Kent Cobb <kent@lpglaw.com>
**Subject:** Kathleen Stevens

Kent, I was surprised to receive your notice that you were not on my case any more.  How was I supposed t
has been in contact with me.  No one.  I am devastated.  What or where am I supposed to turn to now?  Thi
LPG has been nothing but exactly the opposite of what they (the LPG) said it would be.

Please help me here.  I am in a desperate place.  Thank you for your consideration.

Kathleen Stevens

# EXHIBIT 8

## Fw: Update to Agreement

**GLC Admin** <Admin@greysonlawpc.com>

Tue 5/23/2023 4:29 PM

To:Brad Lee <BradLee@greysonlawpc.com>

📎 1 attachments (71 KB)

Schedule wire - COLLECTIONS ACQUISITION COMPANY INC.pdf;

Done. This is coming from me at BAT Inc.

---

**From:** GLC Accounting <accounting@greysonlawpc.com>
**Sent:** Tuesday, May 23, 2023 4:28 PM
**To:** GLC Admin <Admin@greysonlawpc.com>
**Subject:** Re: Update to Agreement

Wire info

*Warmest Regards,*

## Nicole Fernandez
**Accounting**
**Greyson Law Center PC**
www.greysonlawpc.com

*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p*
*the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or o*
*message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

---

**From:** GLC Admin <Admin@greysonlawpc.com>
**Sent:** Tuesday, May 23, 2023 3:46 PM
**To:** GLC Accounting <accounting@greysonlawpc.com>
**Subject:** Fw: Update to Agreement

Schedule this wire for tomorrow. Thank you!

**From:** Brad Lee <BradLee@greysonlawpc.com>
**Sent:** Tuesday, May 23, 2023 3:44 PM
**To:** GLC Admin <Admin@greysonlawpc.com>
**Subject:** Fw: Update to Agreement

---

**From:** Nathan Johnston <nathan.johnston@revolv3.com>
**Sent:** Thursday, May 11, 2023 9:31 AM
**To:** Brad Lee <BradLee@greysonlawpc.com>
**Subject:** Re: Update to Agreement

Just spoke with the bank, all they need is $15k to be wired to the below for a reserve and the account will be set-up.

**Long Term Reserves**
COLLECTIONS ACQUISITION COMPANY INC
Long Term Reserve
Wells Fargo
REDACTED
Routing Number: REDACTED
Account Number: REDACTED 4552

Thank you,

**Nathan Johnston**                    REDACTED
Director of Payment Solutions          e: nathan.johnston@revolv3.com
Revolv3, Inc.                          w: www.revolv3.com

    

---

**From:** Nathan Johnston <nathan.johnston@revolv3.com>
**Date:** Thursday, May 11, 2023 at 8:20 AM

**To:** Brad Lee <BradLee@greysonlawpc.com>
**Subject:** Re: Update to Agreement

Hi Brad,

The account has been approved under the below conditions.

- $15k reserve funded upfront or 15% reserve that will be taken from each batch until the 15k amount is met
- 5 day funding delay (can review after 60 days to reduce to 3 day

Thank you,

**Nathan Johnston**
Director of Payment Solutions
Revolv3, Inc.


e: nathan.johnston@revolv3.com
w: www.revolv3.com

          

---

**From:** Brad Lee <BradLee@greysonlawpc.com>
**Date:** Tuesday, May 9, 2023 at 2:18 PM
**To:** Nathan Johnston <nathan.johnston@revolv3.com>
**Subject:** Re: Update to Agreement

Hi Nathan,

I've attached our updated LSA with the added verbiage for the revocation. It's on page 9. Let me know if there is anything else

Best Regards,
Brad L

**From:** Nathan Johnston <nathan.johnston@revolv3.com>
**Date:** Tuesday, May 9, 2023 at 11:49 AM
**To:** Brad Lee <BradLee@greysonlawpc.com>
**Subject:** Update to Agreement

Hey Brad,

See below from the bank, looks like once we have this situated the account will be approved. All you need to do is add the sec
PPD Transactions to your ACH authorization Page of the agreement. Give me a call if you have any questions.

Hello Nathan,
Could you ask the merchant to add revocation to their Legal Service Agreement with their consumers?  Once we receive this b
application. I have attached an updated document that has some examples. Please let me know if you have any questions.

Thank you,

**Nathan Johnston**
Director of Strategic
Partnerships
Revolv3, Inc.



e: nathan.johnston@revolv3.com
w: www.revolv3.com

     



**CHASE** *for* BUSINESS

Printed from Chase for Business

✔ We've scheduled your wire.

Please print and save this page for your records.

## Account details

| | |
|---|---|
| Wire to | COLLECTIONS ACQUISITION COMPANY INC (...4552) |
| Wire from | PLAT BUS CHECKING (...0830) |
| Wire status | Pending |
| Transaction number | REDACTED |

## Sender information

| | |
|---|---|
| Wire date | May 24, 2023 |
| Wire amount | $15,000.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | See analysis statement |
| Total | $15,000.00 USD (U.S. Dollars) |

Your account activity will show separate charges for wire amount and wire transfer fee.

## Additional information

| | |
|---|---|
| Message to recipient bank | None |
| Message to recipient | Long Term Reserve |
| Memo | Long Term Reserve |

# EXHIBIT 9

## Assigned Cases from CLG and Phoenix

Attorney <Attorney@greysonlawpc.com>

Fri 5/26/2023 2:02 PM

To:GLC Attorneys <GLC-AllCounsel@greysonlawpc.com>

All:

Please do not take on cases from CLG or Phoenix on a direct basis as Greyson is yet to finalize a master agreement between th
Greyson as was previously intended and originally planned out. Both CLG and Phoenix have been either short to provide neces
representation to Greyson, or purposely withheld said funds to Greyson. Moreover, CLG, through Marich Bein, was the institu
many of our clients, without warning and without reversing those charges for these clients.

**<u>Greyson Law Center PC</u>**
General Counsel

# EXHIBIT 10

## Fwd: Update-- 05/26/2023

GLC Admin <Admin@greysonlawpc.com>

Sun 5/28/2023 10:33 PM

To:General Counsel <GC@greysonlawpc.com>

Get Outlook for iOS

---

**From:** Reed Pruyn <ReedPruyn@greysonlawpc.com>
**Sent:** Sunday, May 28, 2023 9:41:37 AM
**To:** GLC Admin <Admin@greysonlawpc.com>
**Subject:** Re: Update-- 05/26/2023

Dear Han:

The big problems you are facing and trying to solve for the good of all are not ones of your making. Don't beat your
things I can do to help, please let me know. I will attend Tuesday's Team's meeting. There are a couple things I need

Until this past Friday afternoon's GC Greyson email--saying 'not to contract with CLG and PH,'--my understanding ha
fact were encouraged to do so (at least PH). Accordingly, for cases filed and served after LPG closed and after accou
from LPG to PH & CLG respectively, PH paid my 4/22/23 invoice and CLG paid my 5/5/23 invoice. They asked me in l
those cases; I can share the invoices if necessary. Further, I intended before end of May to bill CLG for at least nine r
5/25 & PH for five referrals between 5/2 and 5/24 [actually there were eight but three I'd planned no charge b/c the
incur costs].

Also, you probably know, in late April I was asked to pick up some California cases, so I paid to reactive my license a
almost 70 cases on about 5/8/23, a slew of which have summer trials. So, while there has been but one Greyson as
May I've been daily assiduously prioritizing, 'meeting' with as many of the clients all whom are new to me, trying to
gamut of opposing counsels, and trying ultimately to avoid wasteful court time and proceedings and rather formula
settlement proposals for the clients--most of whom feel fleeced by LPG, because this wasn't done before: all while
next Sunday (we'll be gone 6/4 to 6/25). In light of the fact there was no payroll this past Friday as far as I can tell, I
not being paid for the work I've done so far and the work I've committed to going forward with ~70-case California
know if I need to address this with someone else.

There is also the question of unreimbursed litigation costs dating back pretty far, others owed now (including the CA
the horizon. FYI, the Mercury Card worked very well.

I'm just trying to figure things out so I don't collapse.

None of this is criticism, and I hope no one sees it as complaining.

Please let me know you received this, and if you have any questions.

Reed

---

**From:** GLC Admin <Admin@greysonlawpc.com>
**Sent:** Friday, May 26, 2023 6:40 PM
**Subject:** Update-- 05/26/2023

Hello All-

I am going to be as real as it can get. I am sure you are all very tired of hearing me out and sick of everything. I know that we h
wanting everything to go back to the way things were 5 months ago. Saying that I am doing my best and asking for most of yo
not going to cut it for some of you anymore. I completely understand.

Every week has been hell on earth, and I know that it sounds like one excuse after another, but the things that keep coming at
this point. You would have to be dealing with it or even seeing it firsthand for it to not come off as just excuses. I know you're
ramifications from it, but navigating through it has been just inexplicably heartbreaking knowing that I cannot do better for all
process.

There is a business aspect of the law firm that I believe has not been made clear, which somehow is giving room for conspirac

The referrals that we have been receiving from you all have not been going well unfortunately. Out of 179 referrals, only 20 ha
to Greyson. Please do not have the client sign up to onboard with Greyson if they did not express actual want in doing so. The
intense when the client is not prepped.

Phoenix has been lagging on paying the invoices owed to us for our services.

Our Marketing Team has been bringing in clients, but clients are not charged until two weeks in. This is because we want to m
compliant, and that the client knows exactly what he/she signed up for.

If you haven't noticed, most of you have not been receiving any if not many assignments from Greyson directly. What you are
out LPG lawsuits.

We're struggling. Things are in place to take off in two weeks. If you can't stay, I understand and won't ask you to. Where the
see the light at the end of the tunnel and I would love to reach the other side with all of you there.

You have all worked hard and it has not gone unnoticed. Thank you for all that you have done. My sincerest apologies. I appre

For my attorneys, I will be holding a Teams meeting on Tuesday.


Sincerely,

Your Admin

# EXHIBIT 11

## Important - Please Read

General Counsel <GC@greysonlawpc.com>

Wed 5/31/2023 6:49 PM

To:GLC Attorneys <GLC-AllCounsel@greysonlawpc.com>
Cc:GLC Admin <Admin@greysonlawpc.com>

All -

If anyone contacts you, purporting to be from the trustee's office, please do not answer any questions. Take down number and let us know immediately. Thank you.

Get Outlook for iOS

# EXHIBIT 12

## Greyson Payroll Wires 04/28

GLC Admin <Admin@greysonlawpc.com>

Tue 5/2/2023 12:17 AM

To:Brianne Pusztai <BriannePusztai@greysonlawpc.com>;Gabriel Monroy <GabrielMonroy@greysonlawpc.com>;GLC Accounting <accountin

📎 1 attachments (24 KB)

GLC Payroll 04-28.xlsx;

Please send out from BAT Inc. Chase account. $500k is daily limit (I can always change it).

Greyson first. Philippines second!

Eddie has the international wires instructions for the Philippines. For the Philippines, the highlighted column is the
rep.

**Ops Roster** | **System Access** | **Confidential** | **Sheet1**

| Name | Location | Hire Date | Position | Department | 4/4/2023 | 4/27/2023 | Total | 5/27/202 |
|---|---|---|---|---|---|---|---|---|
| Antonio Soldevilla | Minila PH | 3/21/23 | Agent | Enrollment | $1,925.00 | $1,540.00 | $3,465.00 | $1,5 |
| Calvin Curitana | Minila PH | 3/21/23 | Agent | Enrollment | $1,950.00 | $1,560.00 | $3,510.00 | $1,5 |
| Cecil Moreno | Minila PH | 3/21/23 | Agent | Enrollment | $1,925.00 | $1,540.00 | $3,465.00 | $1,5 |
| Christene Pestanas | Minila PH | 3/21/23 | Agent | Enrollment | $1,925.00 | $1,540.00 | $3,465.00 | $1,5 |
| Christian Garin | Minila PH | 3/21/23 | Agent | Enrollment | $1,925.00 | $1,540.00 | $3,465.00 | $1,5 |
| Jason Labrador | Minila PH | 3/21/23 | Agent | Enrollment | $1,925.00 | $1,540.00 | $3,465.00 | $1,5 |
| Krystine Domingo | Manila PH | 4/24/23 | Agent | Receptionist | | 1,472.00 | $1,472.00 | $1,2 |
| John Barneja | Manila PH | 4/24/23 | Agent | Receptionist | | 1,472.00 | $1,472.00 | $1,2 |
| Sebastian Mira | Manila PH | 4/24/23 | Agent | Receptionist | | 1,472.00 | $1,472.00 | $1,2 |
| Rolan Apuyan | Manila PH | 4/24/23 | Agent | Receptionist | | 1,472.00 | $1,472.00 | $1,2 |
| Annalyn Sanorjo | Manila PH | 4/24/23 | Agent | Receptionist | | 1,472.00 | $1,472.00 | $1,2 |
| Jessie Romasoc | Manila PH | 4/24/23 | Agent | Receptionist | | 1,472.00 | $1,472.00 | $1,2 |
| Mary Floese | Manila PH | 4/24/23 | Agent | Receptionist | | 1,472.00 | $1,472.00 | $1,2 |
| Kim Patrick Capuno | Manila PH | 4/24/23 | Agent | Receptionist | | 1,472.00 | $1,472.00 | $1,2 |
| Ciara Pestanas | Manila PH | 4/24/23 | Agent | Receptionist | | 1,472.00 | $1,472.00 | $1,2 |
| Allan Christian Labrador | Manila PH | 4/14/23 | Agent | Receptionist | | $1,920.00 | $1,920.00 | $1,2 |
| Ardoin Escobar | Manila PH | 4/14/23 | Agent | Receptionist | | $1,920.00 | $1,920.00 | $1,2 |
| Germaine Abolucion | Manila PH | 4/14/23 | Agent | Receptionist | | $1,920.00 | $1,920.00 | $1,2 |
| Harold John Bagat | Manila PH | 4/14/23 | Agent | Receptionist | | $1,920.00 | $1,920.00 | $1,2 |
| Irene Ronqillo | Manila PH | 4/14/23 | Agent | Receptionist | | $1,920.00 | $1,920.00 | $1,2 |
| Kathleen Falcutila | Manila PH | 4/14/23 | Agent | Receptionist | | $1,920.00 | $1,920.00 | $1,2 |
| Katrina Vea Caларo | Manila PH | 4/14/23 | Agent | Receptionist | | $1,920.00 | $1,920.00 | $1,2 |
| Nicole Salayo | Manila PH | 4/14/23 | Agent | Receptionist | | $1,920.00 | $1,920.00 | $1,2 |
| Norman Calaro | Manila PH | 4/14/23 | Agent | Receptionist | | $1,920.00 | $1,920.00 | $1,2 |
| Alyssa Calaro | Minila PH | 3/21/23 | Supervisor | Offshore Receptionist | $1,962.50 | $1,570.00 | $3,532.50 | $1,5 |
| | | | | | | | $54,895.50 | $33,8 |

# EXHIBIT 13

Re: Scott E. pay

HR <hr@greysonlawpc.com>
Wed 5/24/2023 10:06 AM
To:GLC Accounting <accounting@greysonlawpc.com>
Thank you!

*Sincerely,*

**Maria Thach**
**HR Director**
**Greyson Law Center PC**
www.greysonlawpc.com



*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p
the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or
message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

---

**From:** GLC Accounting <accounting@greysonlawpc.com>
**Sent:** Wednesday, May 24, 2023 10:01 AM
**To:** HR <hr@greysonlawpc.com>; GLC Admin <Admin@greysonlawpc.com>
**Subject:** Re: Scott E. pay

Hello, attached is the PDF from the bank, still shows status of pending review. It was submitted yesterday as reques

*Warmest Regards,*

**Nicole Fernandez**

**Accounting**

**Greyson Law Center PC**

www.greysonlawpc.com

*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p*
*the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or d*
*message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

---

**From:** HR <hr@greysonlawpc.com>
**Sent:** Wednesday, May 24, 2023 9:57 AM
**To:** GLC Accounting <accounting@greysonlawpc.com>; GLC Admin <Admin@greysonlawpc.com>
**Subject:** Re: Scott E. pay

Hello,

Can I get proof that we sent Scott E. his wire yesterday?

*Sincerely,*

**Maria Thach**

**HR Director**

**Greyson Law Center PC**

www.greysonlawpc.com



*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p*
*the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or d*
*message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

**From:** HR
**Sent:** Tuesday, May 23, 2023 11:11 AM
**To:** GLC Accounting <accounting@greysonlawpc.com>; GLC Admin <Admin@greysonlawpc.com>
**Subject:** Scott E. pay

Please pay now

*Sincerely,*

**Maria Thach**
**HR Director**
**Greyson Law Center PC**
www.greysonlawpc.com



*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p...
the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or d...
message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

# CHASE ◯ for BUSINESS

Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| May 23, 2023 | | Scott Eadie | REDACTED | $7,822.45 | $7,822.45 USD |

| | |
|---|---|
| Wire to | Scott Eadie (...6846) |
| Wire from | PLAT BUS CHECKING (...0830) |
| Amount | $7,822.45 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $7,822.45 USD (U.S. Dollar) |
| Wire date | May 23, 2023 |
| Status | Pending review |
| Status date | May 23, 2023 |
| Reference number | Not applicable |
| Transaction number | REDACTED |
| Message to recipient | None |
| Message to recipient bank | None |
| Memo | Payroll - Scott E |
| Submitted by | Administrator |
| Submitted by date and timestamp | 05/23/2023 03:24:50 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 05/23/2023 03:32:30 PM ET |

# EXHIBIT 14

**Re: Statement to Pay**

GLC Accounting <accounting@greysonlawpc.com>
Tue 5/30/2023 4:25 PM
To:GLC Admin <Admin@greysonlawpc.com>

📎 1 attachments (71 KB)
Schedule wire - David Orr Coverage Invoice.pdf;

Scheduled!

*Warmest Regards,*

**Nicole Fernandez**
**Accounting**
**Greyson Law Center PC**
www.greysonlawpc.com

*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p*
*the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or d*
*message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

---

**From:** GLC Admin <Admin@greysonlawpc.com>
**Sent:** Tuesday, May 30, 2023 4:22 PM
**To:** GLC Accounting <accounting@greysonlawpc.com>
**Subject:** Re: Statement to Pay

Schedule the wire to David Orr directly. He'll pay it on his card. Thank you!

---

**From:** GLC Accounting <accounting@greysonlawpc.com>
**Sent:** Tuesday, May 30, 2023 3:35 PM
**To:** GLC Admin <Admin@greysonlawpc.com>
**Subject:** Fw: Statement to Pay

It looks like the only way we can pay is either by credit card or by check.
I'm still waiting for a phone call back, but chances are that it can only be those two ways.

I'll still ask about wire information once I get on the phone with them.

*Warmest Regards,*

## Nicole Fernandez
**Accounting**
**Greyson Law Center PC**
www.greysonlawpc.com

*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p*
*the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or d*
*message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

---

**From:** Nationwide Appearance Attorneys <info@nationwideappearanceattorneys.com>
**Sent:** Tuesday, May 30, 2023 3:27 PM
**To:** GLC Accounting <accounting@greysonlawpc.com>
**Subject:** Re: Statement to Pay

Hi Nicole,

You can either send a check, or I can send you a consent form to pay by credit card.

**Customer Support**
**Nationwide Appearance Attorneys**
REDACTED
www.nationwideappearanceattorneys.com
We Represent the Defendant

On Tue, May 30, 2023 at 3:33 PM GLC Accounting <accounting@greysonlawpc.com> wrote:
> Hello,
>
> I am reaching out because we have received this statement and wanted to see how we could go about paying it.
>
> *Warmest Regards,*

**Nicole Fernandez**

**Accounting**

**Greyson Law Center PC**

www.greysonlawpc.com

*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally*
*are the intended recipient or are authorized to receive information for the intended recipient, you may not use, cop*
*this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

 CHASE ○ *for* BUSINESS ®

Printed from Chase for Business

✔ We've scheduled your wire.

Please print and save this page for your records.

## Account details

| | |
|---:|:---|
| Wire to | David Orr (...5215) |
| Wire from | PLAT BUS CHECKING (...0830) |
| Wire status | Pending |
| Transaction number | REDACTED |

## Sender information

| | |
|---:|:---|
| Wire date | May 31, 2023 |
| Wire amount | $2,450.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | See analysis statement |
| **Total** | **$2,450.00  USD (U.S. Dollars)** |

Your account activity will show separate charges for wire amount and wire transfer fee.

## Additional information

| | |
|---:|:---|
| Message to recipient bank | None |
| Message to recipient | Coverage Invoice - Reimbursement |
| Memo | Coverage Invoice - Reimbursement |

# EXHIBIT 15

Re: Paychex Refund

GLC Accounting <accounting@greysonlawpc.com>
Wed 6/7/2023 5:02 PM
To:HR <hr@greysonlawpc.com>

📎 1 attachments (186 KB)
May 2023 Stmt 6370.pdf;

Here you are.
The Paychex refund of that amount does show up on the May Stmt

*Warmest Regards,*

**Nicole Fernandez**
**Accounting**
**Greyson Law Center PC**
www.greysonlawpc.com

*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p*
*the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or d*
*message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

---

**From:** HR <hr@greysonlawpc.com>
**Sent:** Wednesday, June 7, 2023 4:21 PM
**To:** GLC Accounting <accounting@greysonlawpc.com>
**Subject:** Re: Paychex Refund

Hello Accounting,

I need a full bank statement for May for Citi Bank account -370 to send to Paychex.  Can you provide me this?


*Sincerely,*

**Maria Thach**
**HR Director**
**Greyson Law Center PC**
www.greysonlawpc.com



*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p
the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or d
message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

---

**From:** HR
**Sent:** Wednesday, June 7, 2023 4:03 PM
**To:** GLC Accounting <accounting@greysonlawpc.com>
**Subject:** Paychex Refund

Hello Accounting,

Did we receive a refund from Paychex in the amount of $666.89 on 5/18 to our Citi account ending in -370?  Can I g
reflecting this?


*Sincerely,*

**Maria Thach**
**HR Director**
**Greyson Law Center PC**
www.greysonlawpc.com



*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p*
*the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or c*
*message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

Citibank CBO Services      466                                                                                          001/R1/04F013
P.O. Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
REDACTED **6370**

**Statement Period**
**May 2 - May 31, 2023**

GREYSON LAW CENTER PC
REDACTED

Page 1  of  2

## CitiBusiness® ACCOUNT AS OF MAY 31, 2023

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$1.72-** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

| **Checking** | | **Balance** |
|---|---|---|
| CitiBusiness Streamlined Checking | REDACTED 6370 | $1.72- |
| CitiBusiness Streamlined Checking | REDACTED 6388 | $0.00 |
| CitiBusiness Streamlined Checking | REDACTED 6396 | $0.00 |
| **Total Checking at Citibank** | | **$1.72-** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
REDACTED 6370

| | Beginning Balance: | $0.00 |
|---|---|---|
| | Ending Balance: | $1.72- |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/09 | ACH DEBIT<br>PLIC-SBD          INSUR CLM  PACT#210129509  May 09 | 8,260.58 | | 8,260.58- |
| 05/10 | CHECK REVERSAL | | 8,260.58 | 0.00 |
| 05/10 | NSF/OD/DAU CHARGE | 35.00 | | 35.00- |
| 05/12 | ACH DEBIT<br>PAYCHEX EIB     INVOICE  X02268800000464 May 12 | 1,855.34 | | 1,890.34- |
| 05/15 | CHECK REVERSAL | | 1,855.34 | 35.00- |
| 05/15 | NSF/OD/DAU CHARGE | 35.00 | | 70.00- |
| 05/17 | ACH DEBIT<br>PAYX ADJUSTMENT  PAYROLL    sSgsvLLQVjpsVos May 17 | 15,914.11 | | 15,984.11- |
| 05/18 | ELECTRONIC CREDIT<br>PAYCHEX INC.    PAYROLL   0233780005177OX May 18 | | 666.89 | 15,317.22- |
| 05/18 | CHECK REVERSAL | | 15,914.11 | 596.89 |
| 05/18 | NSF/OD/DAU CHARGE | 35.00 | | 561.89 |
| 05/18 | ACH DEBIT<br>PAYCHEX EIB     INVOICE   X02339500001028 May 18 | 563.61 | | 1.72- |
| 05/18 | ACH DEBIT<br>PAYCHEX EIB       RETRY PYMT X02336200001641 May 18 | 1,855.34 | | 1,857.06- |
| 05/19 | CHECK REVERSAL | | 1,855.34 | 1.72- |
| | **Total Debits/Credits** | **28,553.98** | **28,552.26** | |

GREYSON LAW CENTER PC                    Account [REDACTED]6370              Page 2 of 2            001/R1/04F013
                                         Statement Period:  May 2 - May 31, 2023

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:                    YOU CAN WRITE:

Checking                            877-528-0990                    Citibank, N.A.
                                    For TTY:We accept 711 or        P.O. Box 790184
                                    other Relay Service.            St Louis, MO 63179

For change in address, call your account officer or visit your branch.

* To ensure quality service, calls are randomly monitored.

© 2023 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

# EXHIBIT 16

(No subject)

GLC Admin <Admin@greysonlawpc.com>
Thu 5/18/2023 6:49 PM
To:GLC Ops <ops@greysonlawpc.com>

### LOCAL COUNSEL DIRECTORY:  COVERAGE STATE BY STATE

| State | Primary Coverage | Secondary Coverage | Bar Number | Law Firm | Address |
|---|---|---|---|---|---|
| Alabama | Kevin D Rogers | | 8689-k51R | Wells Marbel & Hurst, PLLC | REDACTED |
| Alaska | Peter Osterman | | 177093 | | REDACTED |
| Arizona | Denise Mikrut | | 20585 | | |
| Arizona | Nicholas Abdo | | 27291 | Leighton & Abdo PLLC | REDACTED |
| Arizona | Tom Mcavity | | 34403 | | REDACTED |
| Arkansas | Danielle Hasty | | | Lion Legal Services | REDACTED |
| Arkansas | Kent Cobb | | 2021236 | | REDACTED |
| Arkansas | Ashley Lambert | | 2021001 | | REDACTED |
| California | Daniel March | | 106854 | | |
| Colorado | R.Reed  Pruyn | | 9985 | | REDACTED |
| Connecticut | Roderick D Woods | | 4664520 | | REDACTED |
| Delaware | Michael Robinson | | | | REDACTED |
| Delaware | JJS Law | | | JJS Law | |
| District of Comumbia | Laronda Kelley | | | | REDACTED |
| Florida | Sheeren Middleton | | 115771 | | REDACTED |
| Florida | Stephen M Bernhardt | | 86726 | Bernhardt Law, PLLC | REDACTED |
| Georgia | Raysahawn Williams (ray) | | | | REDACTED |
| Hawaii | Ofir Raviv | | 10413 | Square One Legal | REDACTED |
| Idaho | R. Reed Pruyn | | 11364 | | REDACTED |
| Illinois | Firas Abunada | | 6307633 | | REDACTED |
| Indiana | Melissa Wikes | | 28132-29 | | REDACTED |
| Iowa | Anthony Osborn | | AT0009513 | Gehling Osborn Law Firm, PLC | REDACTED |
| Kansas | Cary Smalley | | 22233 | The Smalley Law Firm, LLC | REDACTED |
| Kentucky | Christopher Chapman | | 92429 | Christopher Chapman, PC | REDACTED |
| Louisiana | Michael Robinson | | | | REDACTED |
| Maine | Randall Baldwin Clark | | | | REDACTED |
| Maryland | Sheeren Middleton | | 18669 | | TBA |
| Massachusetts | Randall Baldwin Clark | | | | REDACTED |
| Michigan | Melissa Wilkes | | 99413 | | REDACTED |
| Minnesota | Laronda Kelley | | | | REDACTED |
| Minnesota | Douglas Stiele | | 288354 | | REDACTED |
| Minnesota | Aaron Davis | | 29579 | | REDACTED |
| Mississippi | Kevin Rogers | | 101230 | Wells Marbel & Hurst, PLLC | REDACTED |
| Mississippi | Robert Williams | | 103092 | | REDACTED |
| Missouri | Cary Smalley | | 58090 | The Smalley Law Firm, LLC | REDACTED |
| Montana | Peter Schnieder | | 68085186 | | REDACTED |
| Montana | Justin Kalmbach | | | Kalmbach Law Office | REDACTED |
| Nebraska | Cary Smalley | | 27189 | The Smalley Law Firm, LLC | REDACTED |
| Nevada | Angela Dows and Rowland Graff | | 10339 & 15050 | Cory Reade Dows & Shafer | REDACTED |

| State | Name | | | |
|---|---|---|---|---|
| New Hampshire | Randall Baldwin Clark | | | REDACTED |
| New Jersey | Howard Gutman | | 1859719 | The office of Howard Gutman | REDACTED |
| New Mexico | Ashley Lambert | | 152967 | | REDACTED |
| New Mexico | Blake Dugger | | PMB#1064 | Law office of Blake J. Dugger | REDACTED |
| New York | Howard Gutman | | 1859719 | Law Office of Howard Gutman | REDACTED |
| New York | Roderick D Woods | | | The woods Law Firm,PC | REDACTED |
| North Carolina | Jane Dearwester | | | | REDACTED |
| North Dakota | Phillip A Greenblatt | | P54171 | | REDACTED |
| North Dakota | Patrick W. Waters | | 8505 | Patrick W Waters | REDACTED |
| Ohio | Melissa Wilkes | | 99413 | | REDACTED |
| Oklahoma | Robert Newark | | 21992 | | TBA |
| Oregon | Thomas Mcavity | | 1751 | Thomas Mcavity | REDACTED |
| Oregon | Peter Schneider | | 220318 | | REDACTED |
| Pennsylvania | Jordan Kurth | | 317804 | | REDACTED |
| Rhode Island | Randall Baldwin Clark | | | | REDACTED |
| South Carolina | Laronda Kelley | | | | REDACTED |
| South Carolina | Aaron Davis | | 29579 | | REDACTED |
| South Carolina | Michael W Strain | | | Michael W Strain | REDACTED |
| Tennessee | Robert Williams | | 26939 | | REDACTED |
| Texas | Robert Newark | | 24040097 | | TBA |
| Utah | R.Reed  Pruyn | | 9985 | | REDACTED |
| Utah | Rowland Graff | | 10372 | | REDACTED |
| Vermont | Randall Baldwin Clark | | | | REDACTED |
| Virginia | | | | | |
| Washington | Peter Osterman | | 177093 | | REDACTED |
| West Virginia | | | | | |
| Wisconsin | Doug Steele | | 288354 | | REDACTED |
| Wyoming | Paul Knight | | 52854 | | REDACTED |

# EXHIBIT 17

(No subject)

GLC Admin <Admin@greysonlawpc.com>
Thu 5/18/2023 6:49 PM
To:GLC Ops <ops@greysonlawpc.com>

### LOCAL COUNSEL DIRECTORY:  COVERAGE STATE BY STATE

| State | Primary Coverage | Secondary Coverage | Bar Number | Law Firm | Address |
|---|---|---|---|---|---|
| Alabama | Kevin D Rogers | | 8689-k51R | Wells Marbel & Hurst, PLLC | |
| Alaska | Peter Osterman | | 177093 | | |
| Arizona | Denise Mikrut | | 20585 | | |
| | Nicholas Abdo | | 27291 | Leighton & Abdo PLLC | |
| | Tom Mcavity | | 34403 | | |
| Arkansas | Danielle Hasty | | | Lion Legal Services | |
| | Kent Cobb | | 2021236 | | |
| | Ashley Lambert | | 2021001 | | |
| California | Daniel March | | 106854 | | |
| Colorado | R.Reed Pruyn | | 9985 | | |
| Connecticut | Roderick D Woods | | 4664520 | | |
| Delaware | Michael Robinson | | | | |
| | JJS Law | | | JJS Law | |
| District of Comumbia | Laronda Kelley | | | | |
| Florida | Sheeren Middleton | | 115771 | | |
| | Stephehen M Bernhardt | | 86726 | Bernhardt Law, PLLC | |
| Georgia | Raysahawn Williams (ray) | | | | |
| Hawaii | Ofir Raviv | | 10413 | Square One Legal | |
| Idaho | R. Reed Pruyn | | 11364 | | |
| Illinois | Firas Abunada | | 6307633 | | |
| Indiana | Melissa Wikes | | 28132-29 | | |
| Iowa | Anthony Osborn | | AT0009513 | Gehling Osborn Law Firm, PLC | |
| Kansas | Cary Smalley | | 22233 | The Smalley Law Firm, LLC | |
| Kentucky | Christopher Chapman | | 92429 | Christopher Chapman, PC | |
| Louisiana | Michael Robinson | | | | |
| Maine | Randall Baldwin Clark | | | | |
| Maryland | Sheeren Middleton | | 18669 | | |
| Massachusetts | Randall Baldwin Clark | | | | |
| Michigan | Melissa Wilkes | | 99413 | | |
| Minnesota | Laronda Kelley | | | | |
| | Douglas Stiele | | 288354 | | |
| | Aaron Davis | | 29579 | | |
| Mississippi | Kevin Rogers | | 101230 | Wells Marbel & Hurst, PLLC | |
| | Robert Williams | | 103092 | | |
| Missouri | Cary Smalley | | 58090 | The Smalley Law Firm, LLC | |
| Montana | Peter Schnieder | | 68085186 | | |
| | Justin Kalmbach | | | Kalmbach Law Office | |
| Nebraska | Cary Smalley | | 27189 | The Smalley Law Firm, LLC | |
| Nevada | Angela Dows and Rowland Graff | | 10339 & 15050 | Cory Reade Dows & Shafer | |



| State | Name | | Number | Firm |
|---|---|---|---|---|
| New Hampshire | Randall Baldwin Clark | | | |
| New Jersey | Howard Gutman | | 1859719 | The office of Howard Gutman |
| New Mexico | Ashley Lambert | | 152967 | |
| | Blake Dugger | | PMB#1064 | Law office of Blake J. Dugger |
| New York | Howard Gutman | | 1859719 | Law Office of Howard Gutman |
| | Roderick D Woods | | | The woods Law Firm,PC |
| North Carolina | Jane Dearwester | | | |
| North Dakota | Phillip A Greenblatt | | P54171 | |
| | Patrick W. Waters | | 8505 | Patrick W Waters |
| Ohio | Melissa Wilkes | | 99413 | |
| Oklahoma | Robert Newark | | 21992 | |
| Oregon | Thomas Mcavity | | 1751 | Thomas Mcavity |
| | Peter Schneider | | 220318 | |
| Pennsylvania | Jordan Kurth | | 317804 | |
| Rhode Island | Randall Baldwin Clark | | | |
| South Carolina | Laronda Kelley | | | |
| | Aaron Davis | 29579 | | |
| | Michael W Strain | | | Michael W Strain |
| Tennessee | Robert Williams | | 26939 | |
| Texas | Robert Newark | | 24040097 | |
| Utah | R.Reed Pruyn | | 9985 | |
| | Rowland Graff | 10372 | | |
| Vermont | Randall Baldwin Clark | | | |
| Virginia | | | | |
| Washington | Peter Osterman | | 177093 | |
| West Virginia | | | | |
| Wisconsin | Doug Steele | | 288354 | |
| Wyoming | Paul Knight | | 52854 | |

# EXHIBIT 18

| | |
|---|---|
| From: | Gabriel Monroy |
| To: | HR |
| Subject: | Re: Vulcan Check Deposits |
| Date: | Tuesday, May 9, 2023 9:34:42 AM |
| Attachments: | image0.jpeg |
| | image1.jpeg |

Hello, following up on this email. My check bounced this morning. Attached is a copy of the original check and the note from the bank returned item. If I could get some help with this I'd greatly appreciate it, thank you!

Sent from my iPhone



> On May 5, 2023, at 7:21 PM, Gabriel Monroy <gabrielmonroy1998@gmail.com> wrote:
>
> Hello, so sorry , I just saw this email. I left home and stopped by the Chase bank in the nearby plaza to deposit before this was sent out.
>
> Sent from my iPhone

>> On May 5, 2023, at 5:12 PM, GLC HR <hr@greysonlawpc.com> wrote:
>>
>> Hello Everyone,
>>
>> If you received a Vulcan check, **don't** deposit it until tomorrow, thanks!
>>
>> -GLC HR



DEPOSITED ITEM RETURNED RETURN ITEM REF#
REDACTED 7994 CHK SER# 1022 DEP REF: REDACTED 2566 CHAR...

--                                                        -$2,321.15

# EXHIBIT 19

| | |
|---|---|
| From: | _rittney Cole |
| To: | HR |
| c: | _rittney Cole |
| Subject: | ounced Check |
| Date: | ednesday, May 10, 2023   :   AM |
| Attachments: | image_0391_3._G |
| | image_4_32_._G |
| | image_4_32_._G |

Hello,

I checked my bank account this morning and my 05 05 2023 check bounced. I called the bank to confirm. I am attaching screenshots of the transactions in my account and a screenshot of the check that was deposited.    ill there be a resolution to this issue

hank you,
rittney Cole








May 8, 2023
BKOFAMERICA
MOBILE 05/08
XXXXX46233
DEPOSIT *MOBILE MD

$1,943.40


May 9, 2023
RETURN ITEM CHARGEBACK

-$1,943.40


# EXHIBIT 20

**RE: Wires for Bounced Checks**

GLC Accounting <accounting@greysonlawpc.com>

Thu 6/1/2023 9:04 AM

To:HR <hr@greysonlawpc.com>

📎 1 attachments (33 KB)

Gabriel Torres.pdf;

Gabriel Torres' wire now shows as completed.

*Warmest Regards,*

**Nicole Fernandez**
**Accounting**
**Greyson Law Center PC**
www.greysonlawpc.com



*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p...
the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or d...
message. If you have received this message in error, please notify us and delete all copies of it. Thank you*

**From:** HR <hr@greysonlawpc.com>
**Sent:** Thursday, June 1, 2023 8:57 AM
**To:** GLC Accounting <accounting@greysonlawpc.com>
**Subject:** Re: Wires for Bounced Checks

Hello Accounting,

Is Gabriel Torres's wire still pending?

*Sincerely,*

**Maria Thach**
**HR Director**
**Greyson Law Center PC**
www.greysonlawpc.com



*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p
the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or d
message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

---

**From:** GLC Accounting <accounting@greysonlawpc.com>
**Sent:** Wednesday, May 31, 2023 1:17 PM
**To:** HR <hr@greysonlawpc.com>
**Subject:** RE: Wires for Bounced Checks

My apologies – here you are

*Warmest Regards,*

**Nicole Fernandez**
**Accounting**
**Greyson Law Center PC**
www.greysonlawpc.com



*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p*
*the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or d*
*message. If you have received this message in error, please notify us and delete all copies of it. Thank you*

**From:** HR <hr@greysonlawpc.com>
**Sent:** Wednesday, May 31, 2023 1:15 PM
**To:** GLC Accounting <accounting@greysonlawpc.com>
**Subject:** Re: Wires for Bounced Checks

Hello Accounting,

I just reviewed.  Can you send me Jasmine Quinones's again?  Both pdf has Gabriel's name on them.

*Sincerely,*

**Maria Thach**
**HR Director**
**Greyson Law Center PC**
www.greysonlawpc.com



*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p*
*the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or c*
*message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

---

**From:** GLC Accounting <accounting@greysonlawpc.com>
**Sent:** Wednesday, May 31, 2023 1:10 PM
**To:** HR <hr@greysonlawpc.com>
**Subject:** RE: Wires for Bounced Checks

Here you are.
They're still pending review

*Warmest Regards,*

**Nicole Fernandez**
**Accounting**
**Greyson Law Center PC**
www.greysonlawpc.com



*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p*
*the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or c*
*message. If you have received this message in error, please notify us and delete all copies of it. Thank you*

**From:** HR <hr@greysonlawpc.com>
**Sent:** Wednesday, May 31, 2023 1:08 PM
**To:** GLC Accounting <accounting@greysonlawpc.com>
**Subject:** Wires for Bounced Checks

Hello Accounting,

Can I get the proof of wires for Gabriel Torres and Jasmine Quinones for the bounced checks sent today?

*Sincerely,*

**Maria Thach**
**HR Director**
**Greyson Law Center PC**
www.greysonlawpc.com



*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally p*
*the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or c*
*message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

CHASE 🔵 *for* BUSINESS

Printed from Chase for Business

| | |
|---|---|
| Wire to | Jasmine L Quinones (...4868) |
| Wire from | PLAT BUS CHECKING (...0830) |
| Amount | $2,314.76 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $2,314.76 USD (U.S. Dollar) |
| Wire date | May 31, 2023 |
| Status | Pending review |
| Status date | May 31, 2023 |
| Reference number | Not applicable |
| Transaction number | REDACTED |
| Message to recipient | None |
| Message to recipient bank | None |
| Memo | payroll 05.05.23 |
| Submitted by | Administrator |
| Submitted by date and timestamp | 05/31/2023 02:44:42 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 05/31/2023 03:17:22 PM ET |

CHASE ○ *for* BUSINESS

Printed from Chase for Business

| | |
|---|---|
| Wire to | Gabriel Torres (...1715) |
| Wire from | PLAT BUS CHECKING (...0830) |
| Amount | $1,719.90 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $1,719.90 USD (U.S. Dollar) |
| Wire date | May 31, 2023 |
| Status | Pending review |
| Status date | May 31, 2023 |
| Reference number | Not applicable |
| Transaction number | REDACTED |
| Message to recipient | None |
| Message to recipient bank | None |
| Memo | Payroll bounced check |
| Submitted by | Administrator |
| Submitted by date and timestamp | 05/31/2023 01:44:13 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 05/31/2023 01:57:08 PM ET |

CHASE ○ *for* BUSINESS

Printed from Chase for Business

| | |
|---|---|
| Wire to | Jasmine L Quinones (...4868) |
| Wire from | PLAT BUS CHECKING (...0830) |
| Amount | $2,314.76 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $2,314.76 USD (U.S. Dollar) |
| Wire date | May 31, 2023 |
| Status | Pending review |
| Status date | May 31, 2023 |
| Reference number | Not applicable |
| Transaction number | REDACTED |
| Message to recipient | None |
| Message to recipient bank | None |
| Memo | payroll 05.05.23 |
| Submitted by | Administrator |
| Submitted by date and timestamp | 05/31/2023 02:44:42 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 05/31/2023 03:17:22 PM ET |

# EXHIBIT 21

## FW: Johnson v Credit Control [100486]

## Israel Orozco <israel@lpglaw.com>

Tue 6/13/2023 5:41 AM

To:alice_fiel@cand.uscourts.gov <alice_fiel@cand.uscourts.gov>;Michael Wright <mjwright@grsm.com>
Cc:Israel <GLCIsrael@greysonlawpc.com>

📎 2 attachments (149 KB)
Joint Stipulation Dismissal.docx; Joint Stipulation Dismissal.pdf;

All:

I am resending this email as I am not sure if it went through June 2:

"Mr. Wright:

My admittance to the Northern District was approved earlier today. My appearance has been filed as well. Attached, please find
stipulation for dismissal for your review and approval. Thank you."

I have also included my alternative email. Please reply all so I can confirm it's receipt. Thank you.

Sincerely,
Israel Orozco, Esq.

**The Litigation Practice Group PC**



www.lpglaw.com

**NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally
the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy
this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.**

---

**From:** Israel Orozco <israel@lpglaw.com>
**Date:** Friday, June 2, 2023 at 11:19 PM
**To:** Michael Wright <mjwright@grsm.com>
**Subject:** Re: Johnson v Credit Control [100486]

Mr. Wright:

My admittance to the Northern District was approved earlier today. My appearance has been filed as well. Attached, please find
stipulation for dismissal for your review and approval. Thank you.

**The Litigation Practice Group PC**



www.lpglaw.com

**NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally
the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy
this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.**

---

**From:** Alice Fiel <Alice_Fiel@cand.uscourts.gov>
**Date:** Thursday, June 1, 2023 at 6:44 AM
**To:** Israel Orozco <israel@lpglaw.com>, Michael Wright <mjwright@grsm.com>
**Subject:** RE: Johnson v Credit Control [100486]

Mr. Orozco,

Very good. I appreciate your confirmation, and thank you for the update.

Respectfully,
Alice Fiel

**Alice M. Fiel**
ADR Case Administrator
United States District Court
Northern District of California
https://cand.uscourts.gov
Alice_Fiel@cand.uscourts.gov
REDACTED

---

**From:** Israel Orozco <israel@lpglaw.com>
**Sent:** Thursday, June 1, 2023 4:29 AM
**To:** Michael Wright <mjwright@grsm.com>; Alice Fiel <Alice_Fiel@cand.uscourts.gov>
**Subject:** Re: Johnson v Credit Control [100486]

 **CAUTION - EXTERNAL:**

Ms. Fiel:

Apologies for the inconvenience. Richard and Anthony had left the firm and I have been unable to get a hold of them T
Wright has been diligent in his efforts to have Plaintiff's counsel file a notice of settlement and dismissal with the cour
practice in the Northern District but just submitted my application for review. Once processed I will make a notice of a
necessary filings done so we can finalize this matter. Thank you.

**The Litigation Practice Group PC**



www.lpglaw.com

**NOTICE: This email message (including any attachments) may contain material that is confidential and/or**
**you are the intended recipient or are authorized to receive information for the intended recipient, you ma**
**disclose any part of this message. If you have received this message in error, please notify us and delete a**

---

**From:** Michael Wright <mjwright@grsm.com>
**Date:** Wednesday, May 31, 2023 at 10:52 AM
**To:** Israel Orozco <israel@lpglaw.com>, Richard Meier <richard@lpglaw.com>
**Cc:** Anthony Diehl <ADiehl@lpglaw.com>
**Subject:** RE: Johnson v Credit Control [100486]

Gentlemen:

Please let me know where we're at in terms of getting a dismissal on file in this matter. I believe payment was sent in I
Administrator is asking us to confirm immediately the status of the case.

Thank you,
Michael

---

[Gordon & Rees, Scully Mansukhani - Your 50 State Partner](#)   **MICHAEL J. WRIGHT**  |  Senior Counsel



|  mjwright@grsm.com

www.grsm.com
vCard

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when
opening attachments or clicking on links.

# EXHIBIT 22

## FW: GPC clients

Kyle Herret <KyleHerret@greysonlawpc.com>

Mon 6/12/2023 9:58 AM

To:Reid Wood <ReidWood@greysonlawpc.com>

📎 1 attachments (2 KB)

GPC.csv;

---

**From:** Kyle Herret <kyle@lpglaw.com>
**Sent:** Monday, June 12, 2023 10:58 AM
**To:** Kyle Herret <KyleHerret@greysonlawpc.com>
**Subject:** Fw: GPC clients

---

**From:** David Weaver <dbw052@gmail.com>
**Sent:** Monday, June 12, 2023 10:55 AM
**To:** Kyle Herret <kyle@lpglaw.com>
**Subject:** GPC clients

Attached is a list of our Greyson clients. Please find out why they need the list, they should already have them.

We plan on moving them today if they have not processed them yet.


--
DBW