Jonathan Serrano (SBN 333225)
*jonathan.serrano@dinsmore.com*
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone: 213.335.7737

Special Counsel to Richard A. Marshack,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11 |
| RICHARD A. MARSHACK,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.<br><br>Defendants. | **DECLARATION OF JONATHAN SERRANO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT GREYSON LAW CENTER PC'S MOTION TO VACATE THE PRELIMINARY INJUNCTION** |

I, Jonathan Serrano, declare as follows:

1. I am an attorney admitted to practice before this Court and the courts of this state. I am an associate of the law firm Dinsmore & Shohl LLP, special counsel to Richard A. Marshack, Chapter 11 Trustee for the bankruptcy estate of debtor The Litigation Practice Group P.C.

1

2.	I submit this declaration in support of the *Opposition of Plaintiff Richard A. Marshack, Chapter 11 Trustee to Defendants Greyson Law Center PC's Motion for an Order, Made in Both Adversary Proceeding and LPG's Main Bky Case: (1) Vacating the 5/26/23 Lockout and Preliminary Injunction Order, as to Greyson, Because That Order Was Obtained, as to Greyson, Based on the False Allegation in the Sealed, Ex Parte, Motion Trustee Marshack's Attorney Celentino, Filed, Moving for That Order, That Greyson Was an Alter Ego of LPG; and (2) Ordering Celentino to Immediately Return All Greyson's Seized Property to Greyson, and to Immediately Restore Greyson's Access to All of Greyson's Data, Which Celentino Seized and Locked Greyson Out of on 5/26/2023 and on 6/12/23, a Lockout Continuing to Present* filed contemporaneously herewith.

3.	The facts stated below are personally known to me, except as expressly stated otherwise. If called as a witness, I could and would competently testify to the truth of such facts.

4.	On or about June 2, 2023, I was directed to obtain exclusive access to the Microsoft account of defendant Greyson Law Center PC ("Greyson").

5.	On June 2, 2023, I requested that Justin Nguyen, Greyson's IT director, give me exclusive super-priority account access to Greyson's Microsoft account, and he complied.

6.	Other than changing the password to the Microsoft admin account while in the presence of Mr. Nguyen on June 2, 2023, I did not access, view, alter, delete, or modify any of the accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 4, 2024

_____
Jonathan Serrano

2