

[ Print ]   [ Save As... ]   [ Reset ]

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 11

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Yosina Lissebeck        Attorney Bar# 201654
Law Firm: Dinsmore & Shohl LLP
Mailing Address: 655 W Broadway, Suite 800
San Diego, CA  92101

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Caron Burke
Telephone: (619) 400-0522    E-mail: caron.burke@dinsmore.com
Bankruptcy Case #: 8:23-10571    Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 07/21/2023   Time: 10:00 AM
Debtor: The Litigation Practice Group P.C.
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: S. Clarkson        Courtroom #: SA 5C
**TRANSCRIBER:** Briggs Reporting        **ALTERNATE:** Echo Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**  NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ 3 Days           ☒ Entire Hearing
☐ 14 Days               ☒ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                    ☐ Testimony of Witness _____
                                            ☐ Other* _____  (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)
(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___
(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___
Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*