Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC<br><br>Debtor.<br><br>———<br><br>Trustee Marshack<br><br>v.<br><br>Tony Diab et al (includes Greyson Law Center, PC is a defendant) | Bankruptcy Case No. 8:23-bk-10571-SC<br>Adv. Proc. 8:23-ap-01046-SC<br>Chapter 11<br><br>**DECLARATION OF HAN TRINH, CORRECTING INACCURACIES IN BRADFORD LEE DECLARATION THAT WAS FILED 1/8/24 BY CELENTINO FIRM, AS PART OF JOINT STATEMENT; FOR 1/17/24 AT 11:00AM HEARING ON GREYSON MOTION TO VACATE—AS TO GREYSON—THE 5/26/23 [DKT.13] LOCKOUT AND PRELIMINARY INJUNCTION ORDER (AND THE 6/23/23 ORDER CONTINUING DKT.13 IN EFFECT)**<br><br>The Court's 12/7/23 Order [dkt.293] sets the hearing on <u>Greyson's Motion to Vacate</u> for hearing on:<br>Date: January 17, 2024<br>Time: 11:00 a.m.<br>Place: Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:<br>411 West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |

<u>**DECLARATION OF HAN TRINH**</u>

I, HAN TRINH, declare:

---

**DECLARATION OF HAN TRINH CORRECTING ERRORS IN BRADFORD LEE DECLARATION TO JOINT STATEMENT FILED 1/8/24**    1

1. From when Greyson Law Center PC ("Greyson") was incorporated on 5/12/23, to present, I have been Greyson's administrator.

2. I make this Declaration to be **correct inaccuracies** in the Declaration of Bradford Lee, filed by the Celentino firm on 1/8/24, as part of the JOINT STATEMENT of issues regarding Greyson's Motions filed on 12/6/23 (one motion filed in adversary proceeding, and same motion filed in debtor LPG main bankruptcy case) which moves this Hon. Bankruptcy Court to vacate--**as to Greyson**--the 5/26/23 [dkt.13] Lockout and Preliminary Injunction Order, (and the 6/23/23 [dkt.70] Order continuing the dkt.13 Order in effect until this Court orders otherwise).

3. Whereas attorney Kathleen P. March of The Bankruptcy Law Firm, PC sent the Celentino firm my Declaration, Justin Nguyen's Declaration and March's Declaration to the Joint Statement on 1/3/24, the Celentino firm did not send any of the Lee, Rubin, Serrano, Celentino, Ghio or Freedman Declarations to the Joint Statement to Greyson counsel, The Bankruptcy Law Firm, PC until late in the afternoon of 1/8/24. March immediately forwarded those to me, but there was no time for Greyson to comment on any of those, before March had to file the Joint Statement on 1/8/24.

4. Brad Lee was hired by Greyson on 5/1/23, was locked out of Greyson's offices and data, on 6/2/23, by Trustee's field agents, and Greyson terminated Lee on 6/9/23, because Greyson could not afford to pay Lee.

5. Lee was hired by Greyson for one purposed only--and Lee did one thing only, while employed by Greyson. That one thing was that Lee was hired by to set up

**DECLARATION OF HAN TRINH TO JOINT STATEMENT**    2

a payment processing system for Greyson.  However, the payment processing system Lee set up for Greyson never processed any payments at all, due to the 6/2/23 lockout of Greyson, which prevented that payment processing system from ever going into effect.

6. Lee's declaration, paragraph 1, is so vague, in referring to a list of companies, with Greyson being one company in the list, that it is not possible to determine what company Lee is talking about. But contrary to what Paragraph 1 states vaguely, without saying which company, while employed by Greyson, Lee never reviewed thousands of files for Greyson, ran numerous metric reports for Greyson, had access to Greyson software, including accounting for Greyson, had access to Greyson Microsoft Outlook emails (except the two emails Greyson assigned to Lee).  Lee could not access anyone else's email at Greyson. Lee never had access to the word documents, pdf documents, and other data on Greyson's Microsoft account (M365 suite), except documents he wrote and saved on the Microsoft cloud backup, One Drive.  Lee could not access anything on Greyson's Microsoft (M365) suite, except documents he wrote and saved.  Lee could not access anything on the One Drive backup to Greyson's Microsoft (M365 account), except items he saved.  Lee could not access Viva Engage (Greyson didn't have such an account). Lee did not have administrative or global access to Greyson's Airtable, cloud storage (except for documents he saved on his OneDrive backup), domains, emails (except the one email assigned to him) or customer relationship management ("CRM") data bases, including

**DECLARATION OF HAN TRINH TO JOINT STATEMENT**     3

Debt Pay Pro ("DPP") or LUNA.

7. Lee was never part of Greyson's management. The only Greyson meetings Lee was included in were meetings discussing setting up a payment processing for Greyson.

8. Lee lacks personal knowledge to allege such meetings occurred and to further allege what was supposedly discussed. (see paragraph 5 of Lee Declaration). Mr. Lee states without any basis that at some unknown time this supposed meeting occurred. It follows that Lee's allegation, at the least, do not and cannot amount even to information and belief, let alone as to personal knowledge. The supposed meetings allegedly talked about in Paragraph 5 did not occur.

9. Tony Diab had no part in, ownership in, input into, or management or control over, the present Greyson Law Center, PC, which was incorporated on 5/12/23. No LPG assets, or property or clients were transferred by LPG to Greyson, except that 48 of consumer debtor clients that chose to follow their attorneys and therefore chose to contract with Greyson.

10. To my knowledge, Lee is, at the time he signed his Declaration attached to the Joint Statement filed 1/8/24, is an employee of Resolution Processing LLC, a B2B company with an exclusive contract with Morning Law Group (a direct competitor of Greyson and the winner of LPG's asset). So Lee is not unbiased, due to his present employment, which his Declaration to the Joint Statement does not reveal.

11. Lee's Declaration attaches a photo of monitors (not computers) in a

**DECLARATION OF HAN TRINH TO JOINT STATEMENT**    4

truck. Phoenix bought those from LPG, and got all of those. Greyson did not get any of those monitors, though for a short period of time they were unloaded into Greyson's offices, before being sent to Phoenix's offices.

12. Lee did not have access to Greyson's accounting system. Greyson was so new a startup when Lee was employed at Greyson, that there was no Greyson accounting system.

13. Neither LPG, nor Phoenix, nor any other "alter ego" of LPG, reimbursed any expenses of Greyson. Lee does not allege that any person or entity reimbursed my personal credit card charges, for the $2,312 I paid monthly to Microsoft for Greyson's Microsoft (M365 suite) account, or reimbursed Greyson IT director, Justin Nguyen for the items he paid for on his personal credit card.

14. Lee's claim that Han Trinh established a credit card for Greyson is false. Greyson does not have a credit card.

15. Paragraph 6 of Lee's Declaration is false: Lee was NOT involved in receiving client file transfers at Greyson, invoicing Phoenix, working with the attorney network of Greyson. Lee was not involved with work product taken by Greyson from LPG, because no work product was taken from LPG. The retainer agreement Lee signed was written by Greyson attorney Jayde Trinh. Lee was not involved with Greyson financial accounts, CRM, domains, or with setting up client ACH gateway with various entities (except setting up Greyson's payment processing with Revolve3 (which never processed anything, due to 6/2/23 lockout). His only job was setting up

**DECLARATION OF HAN TRINH TO JOINT STATEMENT**    5

payment proceeding, nothing else. Lee never set up "IT and business infrastructures necessary to run Greyson's day-to-day operations". Greyson's IT was set up by Greyson's IT director, Justin Nguyen, NOT by Lee. Lee was not involved in day to day running of Greyson. I did the day to day running of Greyson, as Greyson's administrator. Work for LPG was never "co-mingled" with work for Greyson.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed by me at Orange, California, on January 12, 2024.

_____
HAN TRINH

DECLARATION OF HAN TRINH TO JOINT STATEMENT     6

Scanned with CamScanner

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064
A true and correct copy of the foregoing document entitled (*specify*):

**DECLARATION OF HAN TRINH, CORRECTING INACCURACIES IN BRADFORD LEE DECLARATION THAT WAS FILED 1/8/24 BY CELENTINO FIRM, AS PART OF JOINT STATEMETN, FOR 1/17/24 AT 11:00AM HEARING ON GREYSON MOTION TO VACATE—AS TO GREYSON—THE 5/26/23 [DKT.13] LOCKOUT AND PRELIMINARY INJUNCTION ORDER (AND THE 6/23/23 ORDER CONTINUING DKT. 13 IN EFFECT)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___1/12/24___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

n/a

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __1/12/24_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/12/24 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Case 8:23-ap-01046-SC    Doc 330    Filed 01/12/24    Entered 01/12/24 19:26:35    Desc
Main Document    Page 8 of 8

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Keith Barnett** keith.barnett@troutman.com, kelley.wade@troutman.com
- **Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino** christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney** mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jeremy Freedman** jeremy.freedman@dinsmore.com
- **Christopher Ghio** christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow** rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Sweeney Kelly** kelly@ksgklaw.com
- **Meredith King** mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz** David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Matthew A Lesnick** matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck** Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Daniel S March** marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March** kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng** queenie.k.ng@usdoj.gov
- **Lisa Patel** lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Douglas A Plazak** dplazak@rhlaw.com
- **Daniel H Reiss** dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano** jonathan.serrano@dinsmore.com
- **Howard Steinberg** steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still** astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Johnny White** JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Keith Barnett** keith.barnett@troutman.com, kelley.wade@troutman.com
- **Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino** christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney** mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jeremy Freedman** jeremy.freedman@dinsmore.com
- **Christopher Ghio** christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow** rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Sweeney Kelly** kelly@ksgklaw.com
- **Meredith King** mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz** David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Matthew A Lesnick** matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck** Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Daniel S March** marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March** kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng** queenie.k.ng@usdoj.gov
- **Lisa Patel** lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Douglas A Plazak** dplazak@rhlaw.com
- **Daniel H Reiss** dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano** jonathan.serrano@dinsmore.com
- **Howard Steinberg** steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still** astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Johnny White** JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.