# **EXHIBIT H**

**Freedman, Jeremy**

| | |
|---|---|
| **From:** | GLC Ops |
| **Sent:** | Thursday, May 4, 2023 2:01 PM |
| **To:** | Brad Lee |
| **Subject:** | FW: Greyson / LeadTrac checking in |

**From:** Gabe LaRusso <glarusso@nationaldatasys.com>
**Sent:** Thursday, May 4, 2023 1:57 PM
**To:** GLC Ops <ops@greysonlawpc.com>
**Subject:** FW: Greyson / LeadTrac checking in

Hi Max and Brad – how are your projects going? Checking in and in addition to the below I sent over yesterday, did you have a **Target date** that you'd ideally like to have your team working on MIGRATED client files in LeadTrac? Just looking to work back from that date as the data migration will take some time, scheduling and work on our side.

Thanks – happy to hop on a call or please let me know about the above and below by email if that's easier.

Gabe

**From:** Gabe LaRusso
**Sent:** Tuesday, May 2, 2023 12:44 PM
**To:** GLC OPS <ops@greysonpc.com>; Brad Lee <BradL@greysonpc.com>
**Subject:** Greyson / LeadTrac checking in

Gentleman – hope all's going well. Couple of items to check in on:

1. **Credit Data – CRS** – any updates here or credentials for us to configure? They said they are trying to get you LIVE.
2. **NMI** – are you working on a new NMI credential or any updates on the existing NMI gateway credential you'd like us to test?
3. **Revolve3 –** still a Gateway of interest at this time? As we've assessed their API and just need a few more confirmations before providing an integration quote / project plan.

Please let us know about 1,2,3 and if there's anything else we can help with?

**Revolve3 Payment Gateway Questions**
From looking at their documentation, we believe we'd want to implement the following connections:

- Create Customer
- One Time Payment without Subscription

**Questions:**

- Does LT need the to ability to refund payments?
- There appears to be multiple ways to submit payments through this processor, but the **One Time Payment without Subscription** appears to be what we're looking for. A quick conversation with someone on the Revolv3 side should resolve my questions.
- Is getting draft status applicable for this payment processor?

- Are there any SyncTransactions type reporting APIs needed in this integration?

The answers to the above questions will have some impact on the estimate, but overall, it's a good starting point.
*******************



**Gabe La Russo**
Director of Sales & Business Development

| 15941 Red Hill Ave., Suite 205 | Tel. 714-459-5815 | glarusso@nationaldatasys.com |
| Tustin, CA 92780 | Fax  866-753-2464 | www.nationaldatasys.com |

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

National Data Systems LLC: Privileged and Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.