# **EXHIBIT I**

## Freedman, Jeremy

| | |
|---|---|
| **From:** | Brad Lee |
| **Sent:** | Monday, May 15, 2023 1:20 PM |
| **To:** | Admin Prime |
| **Cc:** | GLC Admin |
| **Subject:** | Re: OHP |
| **Attachments:** | OHP Files (Data).csv; OHP Files (Data1).csv |

Hello,

Please see the attached report for all files assigned under OHP. Since the transaction table in LUNA has not been updated, all transaction history is inaccurate at this time.

In the report labeled "Data" that is all the files that were transitioned from LPG. (10,549 clients)

The report labeled "Data 1" are all active files in LUNA pulled today 5/15/2023. (10,343 clients)

**From:** Admin Prime <admin@prime-logix.co>
**Sent:** Sunday, May 14, 2023 11:58 PM
**To:** Brad Lee <BradLee@greysonlawpc.com>
**Cc:** GLC Admin <Admin@greysonlawpc.com>
**Subject:** OHP

Hi Brad -

I need a list of all of OHP's files. At least all of them as of the last time LPG had a report of their files. Please send me whatever you've got, I need to square up with them. We are going to convert them from file residuals to a fixed monthly payment, but first step is getting the full file list in order.

Thanks!