# **EXHIBIT J**



**T** — DPP is back up, fyi

Fri, Mar 17 at 11:07 AM

Tony

**T** — Today is the last day for DPP. It shuts down forever at 3:00 pm sharp. We need to blast the termination of representation letter. Is that done through DPP or elsewhere?