# **EXHIBIT K**

Tony

Fri, Apr 7 at 9:52 AM

 **Nathan Johnston** 9:50 AM
to me

Hi Tony,

Great to hear.

==Absolutely, I would love to speak with them and help them get set-up. Appreciate you thinking of us==.

Nathan Johnston
Director of Strategic Partnerships
949-204-9682

Sent from iPhone

---

**From:** Admin Phoenix <admin@phoenixlaw.co>
**Sent:** Friday, April 7, 2023 9:47:01 AM
**To:** Nathan Johnston <nathan.johnston@revolv3.com>
**Subject:** Re: Reducing deposit timeframe

Hi Nathan -

The funding timeline was corrected, we are receiving money now on a one day hold, which is perfect, thank you!



This is the contact for Revolve/worldpay. 1 day hold an no reserves, it ==doesn't get better than this==!!



I'll submit an application today via Greyson



2 People

Fri, May 19 at 9:31 AM

Tony

Good morning! Where in Revolve can I see debit card transactions? Daily batch and cleared report

Fri, May 19 at 12:47 PM



Under the "reconciliation" tab if you scroll to the bottom of the page where you see "Account Summary" then click on the button labeled "By Payment Method"

Date filtering is done at the

iMessage