TERI T. PHAM (SBN 193383)
*Email: tpham@epglawyers.com*
JESSE K. BOLLING (SBN 286267)
*Email: jbolling@epglawyers.com*
THANG LE (SBN 260248)
*Email: tle@epglawyers.com*
**ENENSTEIN PHAM & GLASS, LLP**
3200 Bristol Street, Suite 500
Costa Mesa, CA 92626
Phone:  (714) 292-0262
Fax:      (714) 464-4770

Specially Appearing Attorneys for
Defendants Tony Diab and Daniel S. March

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Hon. Scott C. Clarkson<br><br>Chapter 11<br><br>Adversary No. 8:23-ap-01046-SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**Complaint Filed**: May 25, 2023 |
| RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an | |

| | |
|---|---|
| 1 | individual, DONGLIANG JIANG, an individual; MAS CHOU, an individual; OAKSTONE LAW GROUP PC; |
| 2 | GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK |
| 3 | MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER |
| 4 | LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT |
| 5 | INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL |
| 6 | BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; |
| 7 | WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM |
| 8 | BANK; MARICH BEIN, LLC; BANKUNITED, N.A.: REVOLVE3, |
| 9 | INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. |
| 10 | d/b/a/ FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT |
| 11 | FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, |
| 12 | LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC.; DWOLLA, |
| 13 | INC.; STRIPE, INC.; and DOES 1 through 100, inclusive, |
| 14 | |
| 15 | Defendants. |

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

WHEREAS this Adversary Proceeding was commenced by Plaintiff Richard Marshack as Chapter 11 Trustee ("Trustee") on May 25, 2023;

WHEREAS on June 15, 2023, the Trustee filed an Amended Complaint, which the Trustee indicates was served on Defendants Tony Diab and Daniel March (collectively "Defendants") on June 23, 2023;

WHEREAS based on the Trustee's indicated service date, Defendants' deadline to respond to the Amended Complaint is July 26, 2023;

WHEREAS in light of recent developments in the Debtor's main bankruptcy case, the parties are discussing further amendment and/or resolution of this Adversary Proceeding;

NOW THEREFORE, the parties hereby stipulate and agree, as follows:

1. Defendants Tony Diab and Daniel March shall have up to and including August 16, 2023 to file and serve any responsive pleading to the Amended Complaint.

DATED: July 26, 2023            **ENENSTEIN PHAM & GLASS, LLP**

By: _____
Teri T. Pham
Specially Appearing Attorneys for
Defendants Tony Diab and Daniel S. March

DATED: July 26, 2023            **DINSMORE & SHOHL, LLP**

By: _____
Christopher B. Ghio
Attorneys for Chapter 11 Trustee
Richard Marshack

# [PROPOSED] ORDER

Having read and considered the foregoing stipulation of the parties, IT IS SO ORDERED.

Dated: _____     _____
                           UNITED STATES BANKRUPTCY JUDGE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3200 Bristol St. Suite 500
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): Stipulation to Extend Time to Respond to Amended Complaint _____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/26/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this
   case, and to any attorneys who receive service by NEF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/26/2023 | Duc Le | /s/ Duc Le |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*            **F 9013-3.1.PROOF.SERVICE**