Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone:  (310) 394-5900
Facsimile:  (310) 394-9280

Attorneys for Defendants Lisa Cohen
And Bianca Loli

**FILED & ENTERED**

**JAN 16 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| *In re* | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, PC. | Adv. No.: 8:23-ap-01046-SC |
| Debtors | Chapter 11 |
| RICHARD A. MARSHACK, Chapter 11 Trustee, | **ORDER APPROVING STIPULATION TO CONTINUE JANUARY 31, 2024 MOTION TO DISMISS HEARINGS AND RELATED DEADLINES** |
| Plaintiffs, v. | Current Hearings:<br>Date: January 31, 2024<br>Time: 11:00 a.m<br>Place: ZoomGov |
| TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; | Continued Hearings:<br>Date: February 7, 2024<br>Time: 1:30 p.m<br>Place: ZoomGov |

-1-

**ORDER**

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive,<br><br>                    Defendants |

The Court having considered the Parties' *Stipulation To Continue January 31, 2024 Motion to Dismiss Hearings and Related Deadlines* [Docket No. 317] ("**Stipulation**"), the record in this case and the above-referenced case, and the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefor:

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Stipulation is APPROVED.

2.  The Hearings on the Motions to Dismiss Adversary Proceeding and Second Amended Complaint [Docket Nos. 300, 301] are continued from January 31, 2024 to February 7, 2024 at 1:30 p.m., via ZoomGov.

3.  All responsive deadlines are continued to track with the continued hearing date.

###

Date: January 16, 2024

Scott C. Clarkson
United States Bankruptcy Judge

-2-
**ORDER**