Keith J. Barnett (State Bar No. 210436)
Keith.Barnett@Troutman.Com
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, Ga 30308
Telephone: 404.885.3423
Facsimile: 404.885.3900
Counsel For Defendant Payliance

**FILED & ENTERED**

**JAN 16 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, P.C., | Adv. Proc. No. 8-23-ap-01046-SC |
| Debtor. | Chapter 11 |
| | **ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| RICHARD A. MARSHACK, | |
| Chapter 11 Trustee, | Date:  [No Hearing Required] |
| | Time: |
| Plaintiff, | Place: |
| v. | |
| TONY DIAB, et al., | |
| Defendants. | |

The Court, having read and considered the Stipulation to Extend Time to Respond to

Second Amended Complaint between Defendant Payliance ("Payliance") and Plaintiff Richard A.

1  Marshack, Chapter 11 Trustee ("Plaintiff"), and good cause appearing, **IT IS HEREBY**

2  **ORDERED** that:

3        1.  The Stipulation is approved.

4        2.  The deadline for Payliance to file and serve any response to Plaintiff's Second

5           Amended Complaint is extended to February 5, 2024.

Date: January 16, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2
ORDER APPROVING STIPULATION TO
EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT