| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | MATTHEW A. LESNICK (SBN 177594)<br>　matt@lesnickprince.com<br>LISA R. PATEL (SBN 341574)<br>　lpatel@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth St., Suite 705<br>Los Angeles, CA  90015<br>Telephone:　(213) 493-6496<br>Facsimile:　(213) 493-6596<br><br>Counsel for Defendant OptimumBank Holdings, Inc. dba Optimum Bank | **FILED & ENTERED**<br><br>JAN 16 2024<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY  bolte   DEPUTY CLERK |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>　　　　　Debtor.<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No: 8:23-ap-01046-SC<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME FOR OPTIMUMBANK HOLDINGS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>―――――――――――――――――<br><br>Status Conference:<br>Date:　February 7, 2024<br>Time:　1:30 p.m.<br>Place:　Courtroom 5C<br>　　　　411 W. Fourth St.<br>　　　　Santa Ana, CA 92701 |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive,<br><br>                    Defendants. |

Plaintiff Richard A. Marshack, Chapter 11 Trustee for The Litigation Practice Group, PC ("Plaintiff") and Defendant OptimumBank Holdings, Inc. dba Optimum Bank ("Defendant"), filed a "Stipulation to Extend Time For OptimumBank Holdings, Inc. to Respond to Second Amended Complaint" [Docket No. 323] (the "Stipulation").

The Court, having reviewed the Stipulation and other relevant pleadings in the adversary proceeding, and good cause appearing,

**IT IS ORDERED** that:

1.    The Stipulation is approved.

2.    Defendant shall have to and including February 7, 2024 to respond to the Second Amended Complaint.

###

Date: January 16, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2