# EXHIBIT "A"

# Freedman, Jeremy

| | |
|---|---|
| **From:** | Freedman, Jeremy |
| **Sent:** | Wednesday, October 25, 2023 10:56 PM |
| **To:** | Chris.LaVigne@gtlaw.com |
| **Subject:** | RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims |

Thank you, Chris



**Jeremy B. Freedman**
Attorney
SDDL Board Member
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
**T** (619) 400-0517  •  **F** (619) 400-0501
**E** jeremy.freedman@dinsmore.com  •  dinsmore.com

**From:** Chris.LaVigne@gtlaw.com <Chris.LaVigne@gtlaw.com>
**Sent:** Wednesday, October 25, 2023 9:42 AM
**To:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Andrea.Carmona@gtlaw.com; steinbergh@gtlaw.com
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

Thanks. We will get comments to the status report back to you ASAP, and certainly in advance of 11/2.

I am OK with the stipulation outlined below re dismissal without prejudice.

I will review your document requests and email with BU and be in touch.

Chris

**From:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Sent:** Wednesday, October 25, 2023 11:26 AM
**To:** LaVigne, Christopher M. (Shld-Dal-LT) <Chris.LaVigne@gtlaw.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Carmona, Andrea (Assoc-LA-LT) <Andrea.Carmona@gtlaw.com>; Steinberg, Howard J. (Shld-LA-Bky) <steinbergh@gtlaw.com>
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

Chris,

It appears I mistook the status hearing in this matter which is actually November 16, not November 8. This would provide an additional week to file the joint status report, due 11/2 as opposed to today, 10/25. Glad we got it out of the way with time.

Marich Bein is being difficult. So we may have to switch to filing motion to dismiss without prejudice and ask that BankUnited ("BU") stipulate as we have already agreed to in order to more efficiently resolve the issues and potentially extricate BU from the litigation pending Trustee's review of necessary documents needed from BU.

1

Per our conversation, you indicated BU was not able to identify customer accounts as the RDFI without additional information. As a start to working towards resolving Trustee claims, the attached PDF lists LPG Clients (a non-exhaustive list) that were being withdrawn by BU per evidence provided to Trustee. Also attached is the DebtPayPro ("DPP") Screenshot indicating BU was the identified NACHA financial institution during the time Marich Bein had access to LPG's DPP account. We are also aware of multiple accounts being held by Marich Bein at BU, see attached, based on the information provide to Trustee.

As a start, we would request all documents showing:

1. A list of all accounts held by Marich Bein or any other person or entity named in the Preliminary Injunction whose information is subject to turnover pursuant to and under the power of the preliminary injunction;
2. All bank records related to the forgoing pursuant to the preliminary injunction;
3. All records indicating BU was merely an RDFI as to any all transactions related to LPG clients identified in the attached PDF;
4. All records indicating who initiated the ACH processing or identified BU as the RDFI for the LPG clients identified in the attached PDF;
5. The date of any and all ACH transactions occurred related to the LPG clients identified in the attached PDF (whether as the initiating financial entity or RDFI);
6. All records indicating the amounts of each transaction processed against the LPG client accounts identified in the attached PDF; and
7. All records indicating where the ACH deposits were transferred to and to whom for the LPG clients identified in the attached PDF.

Again, this is not an exhaustive list but it will start the process as we have additional time before the status conference. Depending on what records BU has, a PMK deposition will likely be required.

Best,



**Jeremy B. Freedman**
Attorney
SDDL Board Member
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
**T** (619) 400-0517  •  **F** (619) 400-0501
**E** jeremy.freedman@dinsmore.com  •  dinsmore.com

---

**From:** Chris.LaVigne@gtlaw.com <Chris.LaVigne@gtlaw.com>
**Sent:** Tuesday, October 24, 2023 9:21 AM
**To:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Andrea.Carmona@gtlaw.com; steinbergh@gtlaw.com
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

Thanks for sending. We are reviewing.

Do you have an ETA on filing the stipulation?  Has MB approved?

Chris

**Christopher M. LaVigne**
Shareholder

2

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3675  |  F +1 214.665.5975  |  C +1 214.334.3175
Chris.LaVigne@gtlaw.com  |  www.gtlaw.com   |  View GT Biography



---

**From:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Sent:** Monday, October 23, 2023 5:50 PM
**To:** LaVigne, Christopher M. (Shld-Dal-LT) <Chris.LaVigne@gtlaw.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Carmona, Andrea (Assoc-LA-LT) <Andrea.Carmona@gtlaw.com>; Steinberg, Howard J. (Shld-LA-Bky) <steinbergh@gtlaw.com>
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

Hi Chris,

Attached is the proposed severed complaint, subject to the Trustee's final approval.

Best,



**Jeremy B. Freedman**
Attorney
SDDL Board Member
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
**T** (619) 400-0517  •  **F** (619) 400-0501
**E** jeremy.freedman@dinsmore.com  •  dinsmore.com

---

**From:** Chris.LaVigne@gtlaw.com <Chris.LaVigne@gtlaw.com>
**Sent:** Monday, October 16, 2023 4:34 PM
**To:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Andrea.Carmona@gtlaw.com; steinbergh@gtlaw.com
**Subject:** Re: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

LOL - that works.

Will you send a calendar invite/zoom notice?

Sent from my iPhone

> On Oct 16, 2023, at 6:32 PM, Freedman, Jeremy <Jeremy.Freedman@dinsmore.com> wrote:
>
> Yes my apologies. After 9:30 am Pacific Time otherwise you might be talking to my four year old!
>
> <image001.jpg>
> **Jeremy B. Freedman**
> Attorney
> SDDL Board Member
> Dinsmore & Shohl LLP  •  Legal Counsel

655 West Broadway
Suite 800
San Diego, CA 92101

**T** (619) 400-0517  •  **F** (619) 400-0501

**E** jeremy.freedman@dinsmore.com  •  dinsmore.com

---

**From:** Chris.LaVigne@gtlaw.com <Chris.LaVigne@gtlaw.com>
**Sent:** Monday, October 16, 2023 4:28 PM
**To:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>; Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Cc:** Andrea.Carmona@gtlaw.com; steinbergh@gtlaw.com
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

930 – what time zone? I assume you mean Pacific?

---

**From:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Sent:** Monday, October 16, 2023 6:22 PM
**To:** LaVigne, Christopher M. (Shld-Dal-LT) <Chris.LaVigne@gtlaw.com>; Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Cc:** Carmona, Andrea (Assoc-LA-LT) <Andrea.Carmona@gtlaw.com>; Steinberg, Howard J. (Shld-LA-Bky) <steinbergh@gtlaw.com>
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

Sure, what time after 9:30 am would work for you on Friday?

<image001.jpg>
**Jeremy B. Freedman**
Attorney
SDDL Board Member
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101

**T** (619) 400-0517  •  **F** (619) 400-0501

**E** jeremy.freedman@dinsmore.com  •  dinsmore.com

---

**From:** Chris.LaVigne@gtlaw.com <Chris.LaVigne@gtlaw.com>
**Sent:** Monday, October 16, 2023 4:19 PM
**To:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>; Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Cc:** Andrea.Carmona@gtlaw.com; steinbergh@gtlaw.com
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

I have conflicts the next few days.  How does Friday work?

---

**From:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Sent:** Monday, October 16, 2023 6:14 PM
**To:** LaVigne, Christopher M. (Shld-Dal-LT) <Chris.LaVigne@gtlaw.com>; Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Cc:** Carmona, Andrea (Assoc-LA-LT) <Andrea.Carmona@gtlaw.com>; Steinberg, Howard J. (Shld-LA-Bky) <steinbergh@gtlaw.com>
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

Hi Chris,

We will have the severance stipulation and order finalized shortly. My thoughts are we set up a call to meet and confer re joint status report and 7026 conference this week. At that time we can discuss the severance stipulation and other issues to try and work towards potential resolution. Let me know your availability. Tuesday or Wednesday between 9:30-1pm works well for us.

Best,

<image001.jpg>

**Jeremy B. Freedman**
Attorney
**SDDL Board Member**
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
**T** (619) 400-0517  •  **F** (619) 400-0501
**E** jeremy.freedman@dinsmore.com  •  dinsmore.com

**From:** Chris.LaVigne@gtlaw.com <Chris.LaVigne@gtlaw.com>
**Sent:** Saturday, October 14, 2023 8:39 AM
**To:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Cc:** Andrea.Carmona@gtlaw.com; steinbergh@gtlaw.com
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

And the factual basis for repeatedly making the damaging allegation that the Bank is "controlled" by a twice disbarred and apparent fraudster is what? As far as we can tell, Diab has never even held an account at the Bank let alone controlled the Bank.  I suspect when we ask him that until this lawsuit he had never even heard of BankUnited.

Chris

**From:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Sent:** Saturday, October 14, 2023 10:32 AM
**To:** LaVigne, Christopher M. (Shld-Dal-LT) <Chris.LaVigne@gtlaw.com>; Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Cc:** Carmona, Andrea (Assoc-LA-LT) <Andrea.Carmona@gtlaw.com>; Steinberg, Howard J. (Shld-LA-Bky) <steinbergh@gtlaw.com>
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

The amended complaint was filed at the court's direction following a hearing on a motion to dismiss. We don't have leave to alter the other allegations. In any event, we're working on severance and should have a stip. to circulate shortly.

Thanks,

Chris Ghio

---
Sent from Workspace ONE Boxer
On October 14, 2023 at 8:28:35 AM PDT, Chris.LaVigne@gtlaw.com wrote:

Chris and Jeremy –

BankUnited has been patient while being dragged through this bankruptcy at material expense.  It has been a month since we were told a severance was forthcoming that would (hopefully) steam line this process and unless I missed it in the never ending flurry of filings

in this matter, which in no way shape or form have anything to do with BankUnited, no such motion has been circulated or filed.  Instead, the Trustee has filed another amended complaint that continues to lump in Bank United with no specific allegations or misconduct or wrongdoing.  Indeed, as far I can tell, the only factual allegation that even references BankUnited is the continued misstatement in Footnote 1 that Tony Diab, a twice disbarred attorney who sits in the middle of the alleged fraudulent scheme at issue in this case, "controls" BankUnited.  Please let me know the good faith basis for continuing to make this factual allegation?  Presumably, since it has been included in every iteration of the pleadings in this case and more than sufficient time for investigation has occurred, there is some specific evidence you can point me to that supports the public allegation that the Bank is "controlled" by this person.

We want out of this case.  This is not our fight.

Please let me know when we can discuss.

Chris

**Christopher M. LaVigne**
Shareholder

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3675  |  F +1 214.665.5975  |  C +1 214.334.3175
Chris.LaVigne@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

<image002.png>

---

**From:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Sent:** Monday, October 2, 2023 11:24 AM
**To:** LaVigne, Christopher M. (Shld-Dal-LT) <Chris.LaVigne@gtlaw.com>; Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Cc:** Carmona, Andrea (Assoc-LA-LT) <Andrea.Carmona@gtlaw.com>; Steinberg, Howard J. (Shld-LA-Bky) <steinbergh@gtlaw.com>
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

Marich Bein has agreed to severance; we are working on a stip. and amended complaint. Hope to circulate later this week.

Best,

<image003.jpg>
**Christopher B. Ghio**
Partner
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway, Suite 800, San Diego, CA 92101
**T** (619) 400-0468  •  **F** (619) 400-0501

---

**From:** Chris.LaVigne@gtlaw.com <Chris.LaVigne@gtlaw.com>
**Sent:** Sunday, October 1, 2023 12:26 PM
**To:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Andrea.Carmona@gtlaw.com; steinbergh@gtlaw.com

**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

What is the status of this motion and discussions with Marich Bein?

---

**From:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Sent:** Wednesday, September 13, 2023 12:35 PM
**To:** LaVigne, Christopher M. (Shld-Dal-LT) <Chris.LaVigne@gtlaw.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Carmona, Andrea (Assoc-LA-LT) <Andrea.Carmona@gtlaw.com>; Steinberg, Howard J. (Shld-LA-Bky) <steinbergh@gtlaw.com>
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

Thank you Chris,

I have a call with David Kupetz for Marich Bein tomorrow regarding the same. Assuming they are in agreement as well, we can avoid a motion and will circulate a stipulation / order.

Best,
<image001.jpg>

**Jeremy B. Freedman**
Attorney
SDDL Board Member
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101

**T** (619) 400-0517  •  **F** (619) 400-0501

**E** jeremy.freedman@dinsmore.com  •  dinsmore.com

---

**From:** Chris.LaVigne@gtlaw.com <Chris.LaVigne@gtlaw.com>
**Sent:** Wednesday, September 13, 2023 9:44 AM
**To:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Andrea.Carmona@gtlaw.com; steinbergh@gtlaw.com
**Subject:** RE: LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

Jeremy –

BankUnited is unopposed to the proposed motion to severe.

I assume you have not heard anything further as it relates to the status conference scheduled for tomorrow? I know the trustee filed its report seeking to extend it for a period of time.

Thanks.

Chris

**Christopher M. LaVigne**
Shareholder

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3675 | F +1 214.665.5975 | C +1 214.334.3175
Chris.LaVigne@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**From:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Sent:** Monday, September 11, 2023 8:43 PM
**To:** LaVigne, Christopher M. (Shld-Dal-LT) <Chris.LaVigne@gtlaw.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Carmona, Andrea (Assoc-LA-LT) <Andrea.Carmona@gtlaw.com>; Steinberg, Howard J. (Shld-LA-Bky) <steinbergh@gtlaw.com>
**Subject:** LPG- Marshack v. Marich Bein, LLC, BankUnited, N.A. et al. Motion to Sever Claims

**\*EXTERNAL TO GT\***
Hi Chris,

Per prior conversations with Chris Ghio, Trustee intends to file a motion to sever certain claims in the pending Adversary Proceeding ("AP") that do not arise out of the same transaction or series of transactions in an effort to better align the claims and narrow the scope of potential litigation between numerous defendants. (FRCP Rule 20(a)). This would include severing the claims brought against Marich Bein, LLC, BankUnited, NA and World Global into a separate action and the filing of an amended complaint which we believe is proper under FRCP Rules 20, 21 and 46 and would make the adjudication and/or resolution of those claims more efficient; benefiting both your client, the Trustee and the Court alike. Given the substantial number of defendants and issues raised in the current AP which was necessary to obtain the turnover and preliminary injunction orders, we believe Judge Clarkson would welcome such a motion and more likely prefer the parties stipulate. As such, and pursuant to Local Rule 7-3, wanted to know your availability to discuss this further and/or whether your client will stipulate to avoid unnecessary litigation costs.

Best,

### Jeremy B. Freedman
Attorney
SDDL Board Member
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
**T** (619) 400-0517  •  **F** (619) 400-0501
**E** jeremy.freedman@dinsmore.com  •  dinsmore.com

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.