CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
JEREMY B. FREEDMAN (308752)
Jeremy.freedman@dinsmmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele:   619.400.0500
Fax:    619.400.0501

Special Counsel to Richard A. Marshack
Chapter 11 Trustee for the Bankruptcy Estate of
The Litigation Practice Group PC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>   Debtor.<br><br>RICHARD A. MARSHACK,<br><br>   Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.<br><br>   Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**NOTICE OF JOINDER: CHAPTER 11 TRUSTEE, RICHARD A. MARSHACK'S JOINDER TO WITNESS, BRADFORD LEE'S MOTION TO QUASH, OR IN THE ALTERNATIVE, TO LIMIT THE SCOPE OF DEPOSITION SUBPOENA ISSUED BY GREYSON LAW CENTER, PC;**<br><br>Judge:   Hon. Scott C. Clarkson<br>Place:   Courtroom 5C<br>         411 West Fourth Street<br>         Santa Ana, California  92701 |

1

**TO THE COURT, HONORABLE SCOTT C. CLARKSON, OFFICE OF THE UNITED STATES TRUSTEE, DEFENDANTS, AND ALL INTERESTED PARTIES:**

Notice is hereby given that the Chapter 11 Trustee, Richard A. Marshack, joins the Motion To Quash Or In The Alternative To Limit The Scope Of Deposition Subpoena Issued By Greyson Law Center PC, filed by proposed deponent, Bradford Lee for the reasons stated in the motion. Trustee also points out that Greyson provided 7 days of notice of the deposition to the deponent, but only 6 days of notice to Trustee (Trustee's counsel was notified by email on January 18, 2024). *See* attached Declaration of Christopher Ghio, Exhibit A. Given the distance Trustee's counsel has to travel (well in excess of 100 miles), the notice was likely insufficient as to Trustee.

In addition, the Court should be aware that Greyson has categorically refused to provide a Zoom link so that Trustee's counsel may attend *and* participate in the deposition. *See* attached Declaration of Christopher B. Ghio, Exhibit B. Mr. Lee is an important percipient witness to Trustee and, given Greyson's conduct throughout these proceedings, Trustee must be allowed to actively participate.

Trustee is concerned that the pursuit of the deponent for a deposition, as opposed to traditional cross examination at the hearing, is clearly designed to intimidate Ms. March's client's former employee. Therefore, if and when the deposition goes forward, the Court should require the deposition to be videotaped so Greyson's counsel can be held accountable for her behavior during the deposition.

///
///
///
///
///
///
///
///

1    Trustee respectfully requests that should the deposition of Mr. Lee be permitted
2 to proceed, counsel for Greyson be ordered to send a Zoom link allowing Trustee's
3 counsel to both listen *and* participate in the deposition. Additionally, Trustee requests
4 that any order allowing the deposition to proceed requires the deposition to be
5 videotaped in its entirety.

Dated: January 24, 2024           Respectfully submitted,

DINSMORE & SHOHL LLP

By: _____
Christopher B. Ghio
Christopher Celentino
Jeremy B. Freedman
Special Counsel to Richard A. Marshack
Chapter 11 Trustee for the Bankruptcy Estate of
The Litigation Practice Group

## DECLARATION OF CHRISTOPHER B. GHIO

I, CHRISTOPHER B. GHIO, declare as follows:

I am an attorney at law duly licensed to practice law by the State Bar of California and admitted to practice before this Court. I am a partner with the law firm of Dinsmore & Shohl LLP, and Special Counsel to Richard A. Marshack, Chapter 11 Trustee for the Bankruptcy Estate of The Litigation Practice Group PC. I make this declaration in support of the Trustee's Notice of Joinder To Witness, Bradford Lee's Motion To Quash, Or In The Alternative, To Limit The Scope of Deposition Subpoena Issued By Greyson Law Center, PC. I have personal knowledge of the facts contained in this declaration, and if called upon to testify, I could and would competently testify thereto.

On January 23, 2024, I exchanged a series of emails with counsel for Greyson Law Center PC ("Opposing Counsel") requesting, among other things, that if the deposition of Mr. Lee goes forward on Wednesday, January 24 as proposed, that, as Trustee's counsel, I be afforded the courtesy of attending and participating in the deposition via Zoom, especially because Mr. Lee is an important percipient witness. The deposition is set to take place in Los Angeles and I reside in San Diego. I requested the Zoom link because I have childcare obligations on Wednesdays due to my wife's work schedule, and I have been unable to find alternative childcare on short notice. It should be noted that Trustee's counsel was only given 6 days of notice by Opposing Counsel. A true and correct copy of the emailed Notice of Deposition is attached hereto as **Exhibit A.**

All of this was patiently explained to Opposing Counsel. Instead of demonstrating a modicum of decent empathy for the necessity of childcare and rigors of parenting, by for example, offering to reschedule the deposition, Opposing Counsel sanctimoniously lectured me on parenting, and refused my reasonable request, which would cost her nothing to give. A True and correct copy of the January 23, 2024 email exchanges between myself and Opposing Counsel are attached hereto as **Exhibit B.**

/ / /

/ / /

/ / /

/ / /

4

Unfortunately, my experience with Opposing Counsel suggests she is taking an extraordinarily petty "no holds barred" approach to this litigation and will not make any reasonable accommodations, even to ensure that young children have proper supervision. Thus, again, quite sadly, I must request that the Court order Opposing Counsel to provide a Zoom link to both listen and participate in the proposed deposition of Mr. Lee.

Executed this 24th day of January, 2024 at San Diego, California

_____
Christopher B. Ghio

5

# EXHIBIT A

| | |
|---|---|
| **Subject:** | Attys Celentino, Ghio, Freedman, Serrano, from KPMarch, Bky LF: Attached as pdf is Notice of Deposition that my firm is deposing your Declarant Bradford Lee next wednesday, 1/24/24 at 10am at The Bankruptcy Law Firm, PC. Lee has been served with s... |
| **Attachments:** | Notice of Deposition of Bradford A. Lee on 012424 in person in adv proc & contested matter Greyson M dkt290   011824 final with Subpoena and POS attached.pdf; Bradford A. Lee Proof of Service signed by  process serve nite of 011724.pdf |

**From:** K. P. March <kmarch@bkylawfirm.com>
**Date:** January 18, 2024 at 10:13:01 AM PST
**Subject:** Attys Celentino, Ghio, Freedman, Serrano, from KPMarch, Bky LF: Attached as pdf is Notice of Deposition that my firm is deposing your Declarant Bradford Lee next wednesday, 1/24/24 at 10am at The Bankruptcy Law Firm, PC. Lee has been served with subpoena
**To:** Celentino, Christopher <Christopher.Celentino@DINSMORE.COM>,Ghio, Christopher <Christopher.Ghio@Dinsmore.com>,Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>,jonathan.serrano@disnmore.com
**Cc:** rmaynes@maynestaggart.com

011824 at 10am

Attys Celentino, Ghio, Freedman, Serrano, from KPMarch, Bky LF:

Attached as pdf is Notice of Deposition that my firm is deposing your Declarant Bradford Lee next wednesday, 1/24/24 at 10am at The Bankruptcy Law Firm, PC.

Lee has been served with the subpoena.  Proof of service of subpoena attached, signed by registered process server.

<u>Reply to confirm receipt please.  Thx.</u>

This deposition will proceed whether or not your firm attends.

KPMarch

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax:  310-559-9133
E-mail:  kmarch@BKYLAWFIRM.com
Website:   www.BKYLAWFIRM.com
*"Have a former bankruptcy judge for your personal bankruptcy attorney"*

1

# EXHIBIT B

| Subject: | RE: Attys Ghio, Celentino,Freedman, & Serrano, from KPMarch,Bky LF:   Reply please to tell my firm what I asked a few minutes ago:  Which of your law firm's other 3 attorneys of record will be attending Lee's deposition tomorrow, in person.   Reply please |
|---|---|

**From:** Ghio, Christopher
**Sent:** Tuesday, January 23, 2024 10:49 AM
**To:** 'K. P. March' <kmarch@bkylawfirm.com>
**Subject:** RE: Attys Ghio, Celentino,Freedman, & Serrano, from KPMarch,Bky LF: Reply please to tell my firm what I asked a few minutes ago: Which of your law firm's other 3 attorneys of record will be attending Lee's deposition tomorrow, in person. Reply please

My wife is a nurse and works 1 weekday per week, Wednesdays.  She leaves the house at 6:30am and doesn't return until nearly 8pm.  Generally, issues like this don't arise, as opposing counsel has the common courtesy to discuss scheduling of depositions with interested parties in advance of setting them.  I am available to travel for a deposition literally every other day of the week.

You want more detail?  I have responsibility for school drop off and pickup.  Given the timing and location of the deposition, I'm unable to make a 10am start time or a 5pm pickup time (when aftercare concludes for my youngest).  I am happy you had the family or paid support as a working mother to juggle these things, that's amazing.  Not everyone is as lucky as you were.  I've spent a week trying to find someone to assist and haven't been successful.

Everyone – everyone – makes accommodations in this instance and permits virtual attendance/participation.  You're the first opposing counsel in 15+ years of practice which has responded this way.  I trust the court will agree your position is both unreasonable and untenable when this is brought to its attention.

Please have Veritext provide me with the link to attend/participate.

Best,



**Christopher B. Ghio**
Partner
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
**T** (619) 400-0468  •  **F** (619) 400-0501
**E** Christopher.Ghio@Dinsmore.com  •  dinsmore.com

**From:** K. P. March <kmarch@bkylawfirm.com>
**Sent:** Tuesday, January 23, 2024 10:40 AM
**To:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Subject:** Attys Ghio, Celentino,Freedman, & Serrano, from KPMarch,Bky LF: Reply please to tell my firm what I asked a few minutes ago: Which of your law firm's other 3 attorneys of record will be attending Lee's deposition tomorrow, in person. Reply please.

012324

Atty Ghio, and attys Celentino, Freedman & Serrano from KPMarch, Bky LF:

I spent 20 years juggling 2 children, job and spouse.  You've had a week to arrange for someone to take kids to school/pick them up.  Your vague "my wife is working" isn't sufficient.

**Reply please to tell my firm what I asked a few minutes ago:  Which of your law firm's other 3 attorneys of record will be attending Lee's deposition tomorrow, in person.   Reply please.  Thx.**

I just talked to Veritext, and Veritext  can provide you with a  listen only/your microphone muted by Veritex zoom link, but they charge for that, and your firm would need to agree to reimburse my firm for that charge, because my firm/my firm's client have no duty to provide—or to pay for-- a listen only zoom link, at a deposition noticed for in person attendance.  My suggestion is save the money, use a cell phone to listen in, as my earlier email suggests.

KPMarch

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax:  310-559-9133
E-mail:  kmarch@BKYLAWFIRM.com
Website:  www.BKYLAWFIRM.com
*"Have a former bankruptcy judge for your personal bankruptcy attorney"*

---

**From:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Sent:** Tuesday, January 23, 2024 9:59 AM
**To:** K. P. March <kmarch@bkylawfirm.com>; Celentino, Christopher <Christopher.Celentino@DINSMORE.COM>; Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>; Serrano, Jonathan <Jonathan.Serrano@Dinsmore.com>
**Subject:** RE: Attys Ghio, Celentino,Freedman, & Serrano, from KPMarch,Bky LF: Lee's deposition is duly noticed, w/subpoena served, for in person, at my law firm, so in person attendance is required if your firm wishes to have an attorney attend. READ below & re
**Importance:** High

I'm lead counsel for the adversary in which you noticed the deposition and I have childcare responsibilities which prevent my attendance in person.  You'll need to provide me with a Zoom link so I can attend via Zoom.

Best,



**Christopher B. Ghio**
Partner
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101

**T** (619) 400-0468  •  **F** (619) 400-0501
**E** Christopher.Ghio@Dinsmore.com  •  dinsmore.com

**From:** K. P. March <kmarch@bkylawfirm.com>
**Sent:** Tuesday, January 23, 2024 9:54 AM
**To:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Celentino, Christopher <Christopher.Celentino@DINSMORE.COM>; Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>; Serrano, Jonathan

2

<Jonathan.Serrano@Dinsmore.com>
**Subject:** Attys Ghio, Celentino,Freedman, & Serrano, from KPMarch,Bky LF: Lee's deposition is duly noticed, w/subpoena served, for in person, at my law firm, so in person attendance is required if your firm wishes to have an attorney attend. READ below & reply

012324

To Trustee Marshack's attys of record Ghio, Celentino, Freedman & Serrano, from KPMarch, bky LF (counsel for Greyson Law Center PC, also for Han Trinh, Jayde Trin):

Attorney Ghio: Bradford Lee's deposition is duly noticed, with subpoena duly served, for **in person**, at my law firm, so in person attendance is required if your firm wishes to have an attorney attend.

Will Trustee's attys Celentino, Freedman or Serrano, of your firm, be attending in person? **Reply and tell me please.**

A Veritext certified deposition reporter will be reporter for deposition, at my firm, in person.

I will see if Veritex can send you a zoom link, so you, atty Ghio can observe the deposition.But that link will be observe only (with your microphone muted), and will not be for you to ask questions/object/talk, if I can get a zoom link for you.

Your firm's attorney who attends in person will be able to ask questions, etc. of course.

If I can get you a zoom link, the zoom link will be at your firm's expense, whatever Veritext charges for that zoom link. **Please Reply to confirm you firm will pay any charge Vertitext makes for the zoom link, if I can get a zoom link.**

Alternatively, whichever of your firm's attorneys attends in person can call you on that attorneys' cell phone, and you can listen in on their cell phone. In my experience, that works adequately for listening to a deposition. That attorney should bring a charging cord for his cell phone, so it can be plugged in to charge continuously, so it will not run out of power.

REPLY promptly please so my firm can speak to Veritext. Thx.

KPMarch

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax: 310-559-9133
E-mail: kmarch@BKYLAWFIRM.com
Website: www.BKYLAWFIRM.com
*"Have a former bankruptcy judge for your personal bankruptcy attorney"*

---

**From:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Sent:** Tuesday, January 23, 2024 9:28 AM
**To:** K. P. March <kmarch@bkylawfirm.com>; Celentino, Christopher <Christopher.Celentino@DINSMORE.COM>; Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>; jonathan.serrano@disnmore.com
**Cc:** rmaynes@maynestaggart.com
**Subject:** RE: Attys Celentino, Ghio, Freedman, Serrano, from KPMarch, Bky LF: Attached as pdf is Notice of Deposition that my firm is deposing your Declarant Bradford Lee next wednesday, 1/24/24 at 10am at The Bankruptcy Law Firm, PC.

3

Lee has been served with subp
**Importance:** High

Kathleen:

Please send a Zoom link for the deposition.  My wife works tomorrow so I'll be unable to attend in person, as I have school pickup and drop off responsibilities Wednesday.

Best,



**Christopher B. Ghio**
Partner
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
**T** (619) 400-0468  •  **F** (619) 400-0501
**E** Christopher.Ghio@Dinsmore.com  •  dinsmore.com

**From:** K. P. March <kmarch@bkylawfirm.com>
**Sent:** Thursday, January 18, 2024 10:12 AM
**To:** Celentino, Christopher <Christopher.Celentino@DINSMORE.COM>; Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>; jonathan.serrano@disnmore.com
**Cc:** rmaynes@maynestaggart.com
**Subject:** Attys Celentino, Ghio, Freedman, Serrano, from KPMarch, Bky LF: Attached as pdf is Notice of Deposition that my firm is deposing your Declarant Bradford Lee next wednesday, 1/24/24 at 10am at The Bankruptcy Law Firm, PC. Lee has been served with subpoena

011824 at 10am

Attys Celentino, Ghio, Freedman, Serrano, from KPMarch, Bky LF:

Attached as pdf is Notice of Deposition that my firm is deposing your Declarant Bradford Lee next wednesday, 1/24/24 at 10am at The Bankruptcy Law Firm, PC.

Lee has been served with the subpoena.  Proof of service of subpoena attached, signed by registered process server.

<u>Reply to confirm receipt please.  Thx.</u>

This deposition will proceed whether or not your firm attends.

KPMarch

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC

4

10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax: 310-559-9133
E-mail: kmarch@BKYLAWFIRM.com
Website: www.BKYLAWFIRM.com
*"Have a former bankruptcy judge for your personal bankruptcy attorney"*

---

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California  92101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF JOINDER: CHAPTER 11 TRUSTEE, RICHARD A. MARSHACK'S JOINDER TO WITNESS, BRADFORD LEE'S MOTION TO QUASH, OR IN THE ALTERNATIVE, TO LIMIT THE SCOPE OF DEPOSITION SUBPOENA ISSUED BY GREYSON LAW CENTER, PC; EXHIBITS "A" and "B"**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 24, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Keith Barnett<br>on behalf of Defendant Payliance, LLC | keith.barnett@troutman.com<br>kelley.wade@troutman.com |

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 24, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY - VIA FEDEX**
Honorable Scott C. Clarkson
United States Bankruptcy Court. Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 24, 2024 | Angelica Urena | /s/ *Angelica Urena* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 | Page 1 | F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Leslie A Cohen<br>on behalf of Defendant Lisa Cohen | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Defendant Rosa Bianca Loli | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Michael T Delaney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | mdelaney@bakerlaw.com<br>tbreeden@bakerlaw.com |
| Jeremy Freedman<br>on behalf of Plaintiff Richard A. Marshack | jeremy.freedman@dinsmore.com |
| Jeremy Freedman<br>on behalf of Trustee Richard A. Marshack (TR) | jeremy.freedman@dinsmore.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>angelica.urena@dinsmore.com<br>deamira.romo@dinsmore.com |
| Christopher Ghio<br>on behalf of Trustee Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>angelica.urena@dinsmore.com<br>deamira.romo@dinsmore.com |
| Eric D Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Sweeney Kelly<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | kelly@ksgklaw.com |
| Sweeney Kelly<br>on behalf of Defendant Worldpay, LLC | kelly@ksgklaw.com |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    Page 2    **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Meredith King<br>on behalf of Defendant Gallant Law Group | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC | David.Kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| Matthew A. Lesnick<br>on behalf of Defendant Optimumbank Holdings, Inc. d/b/a Optimum Bank | matt@lesnickprince.com<br>matt@ecf.inforuptcy.com<br>jmack@lesnickprince.com |
| Daniel A Lev<br>on behalf of Defendant Consumer Legal Group, PC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Defendant LGS Holdco, LLC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Daniel S March<br>on behalf of Defendant Daniel S. March | marchlawoffice@gmail.com<br>marchdr94019@notify.bestcase.com |
| Kathleen P. March<br>on behalf of Defendant Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Han Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Jayde Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Lisa Patel<br>on behalf of Defendant OptimumBank Holdings, Inc. | lpatel@lesnickprince.com<br>jmack@lesnickprince.com<br>jnavarro@lesnickprince.com |
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald N Richards<br>on behalf of Defendant Consumer Legal Group, PC | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    Page 4                                    **F 9013-3.1.PROOF.SERVICE**