

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL?  ☐ Yes ☒ No

(File this form on the related case docket)

APPEAL No. _____ (if known)

Ordering Party's Name: Christopher B. Ghio    Attorney Bar# 259094

Law Firm: Dinsmore & Shohl

Mailing Address: 655 West Broadway, Suite 800, San Diego, CA 92101

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): Angelica Urena

Telephone: (619) 400-0496    E-mail: angelica.urena@dinsmore.com

Bankruptcy Case #: 8:23-bk-10571-SC    Adversary Proceeding #/MP #: 8:23-ap-01046-SC

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 01/24/2024    Time: 10:00 a.m.

Debtor: The Litigation Practice Group P.C.

Adversary Proceeding Name: Richard A. Marshack    vs. Tony Diab, et al.

Hearing Judge: S. Clarkson    Courtroom #: SA 5C

TRANSCRIBER: Briggs Reporting    ALTERNATE: Echo Reporting

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)    ☒ 3 Days    ☒ Entire Hearing
☐ 14 Days    ☐ Next Day (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days    ☐ Testimony of Witness _____
     ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*