Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC on Greyson's*
*Motion to Vacate, on Greyson's Motion for Admin.*
*Claim, and defending Greyson in adv proc.*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC<br><br>Debtor.<br><br>Richard A. Marshack<br>Chapter 11 Trustee<br><br>v.<br><br>Tony Diab et al. (includes Greyson Law Center PC as a Defendant) | Bankruptcy Case No. 8:23-bk-10571-SC<br>Adversary Proceeding 8:23-ap-01046-SC<br>Chapter 11<br><br>**GREYSON LAW CENTER PC'S <u>OBJECTION</u> TO WORDING OF PROPOSED ORDER OF TRUSTEE MARSHACK'S ATTORNEYS, AMENDING ORDER THAT IS DKT. 333; AND ATTACHED <u>COUNTER-PROPOSED ORDER OF GREYSON LAW CENTER PC</u>; K.MARCH DECL.**<br><br><u>Continued hearing on Greyson's Motion to Vacate (includes hearing date on Evidentiary Objection) is:</u><br>Date: March 27, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:<br>411 West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |

Greyson Law Center PC ("Greyson") Makes Greyson's herein Objection to the wording of the (Proposed) Order, which Trustee's attorneys are elodging, Amending this Court's Docket No. 333 Order, because Trustee's proposed Order does not accurately reflect what this Court ruled at the Emergency hearing held 1/24/24 at

---

**GREYSON LAW CENTER PC'S <u>OBJECTION</u> TO WORDING OF PROPOSED ORDER OF TRUSTEE MARSHACK'S ATTORNEYS, AMENDING ORDER THAT IS DKT. 333; & ATTACHED <u>COUNTER-PROPOSED ORDER</u> OF GREYSON LAW CENTER PC; K.MARCH DECL.**    1

10:00am.

Attached hereto as **Exhibit A** is Greyson's **Counter-Proposed Order**, which accurately reflects the Court's rulings at the hearing held 1/24/24. As soon as Greyson counsel efiles this Objection, with Greyosn's **Counter-Proposed Order** attached, Greyson counsel will e-lodge Greyson's counter-proposed Order with the Court, per the Court's required e-lodging procedure.

Greyson respectfully requests that this Court sustain Greyson's herein Objection to Trustee's proposed Order, for the following reasons, and that this Court enter Greyson's **Counter-Proposed Order:**

1. Despite undersigned Greyson counsel Kathleen P. March emailing Trustee's attorneys of record Celentino, Ghio, Freedman and Serrano, the attached "meet and confer" emails attached to March Declaration to this Objection, Celentino firm did not make ANY of the requested edits, except changing 1 word in Paragraph 5 of Celentino firm's proposed Order.

March's attached meet and confer emails requested the following changes to Celentino firm's proposed Order:

**First, March's firm asked the Celentino firm to add the following 3 things to Celentino firm's proposed Order, each of which things Judge Clarkson stated at the 1/24/24 at 10am hearing:**

(1) the deposition subpoena served on Lee on 1/17/24 for today, 1/24/24 at 10am deposition, is continued in effect by the Court to Friday 2/2/24 at 10am, at my firm, in person;

(2) Lee is ordered to appear on 2/2/24 at 10am, at my firm, in person, to give his deposition for maximum of 7 hours on that day; and

(3) Lee is ordered to tell the truth in Lee's deposition, and Lee's attorney William Wall is to tell Lee that Judge Clarkson said both these things.

**GREYSON LAW CENTER PC'S OBJECTION TO WORDING OF PROPOSED ORDER OF TRUSTEE MARSHACK'S ATTORNEYS, AMENDING ORDER THAT IS DKT. 333; & ATTACHED COUNTER-PROPOSED ORDER OF GREYSON LAW CENTER PC; K.MARCH DECL.**     2

When March asked for (1) and (2), at the 1/24/24 hearing, the Court stated that was a good idea. But despite March's e-mail requesting Celentino firm to add (1)-(3), Celentino firm has refused to add any of (1)-(3).

Greyson is entitled to have Lee **ordered** to give his deposition on the 2/2/24 at 10am date, in person, at The Bankruptcy Law Firm, PC, so that Greyson can seek remedies, such as striking Lee's 1/8/24 and 1/15/24 Declarations, if Lee fails to appear on 2/2/24 to give Lee's deposition, and/or so that Greyson can move for body detention of Lee, until Lee fails to appear on 2/2/24 to give Lee's deposition.

**The second problem is that paragraph 3, in Celentino firm's proposed Order, is not correctly worded. Here is how that paragraph should be worded:**

> 2. Defendant Greyson's deadline to file further briefing and evidentiary objections (including citing/attaching relevant portions of Lee deposition transcript and relevant Declarations) in support of Greyson's Motion [dkt.290] which was January 30, 2024 by the Dkt.333 previous scheduling order, is continued from January 30, 2024 to February 29, 2024.

Please note that because the hearing on Greyson's Motion to have the [dkt.13] 5/26/23 Lockout and Preliminary Injunction Order vacated, as to Greyson, and for this Court to Order Celentino firm to return to Greyson Greyson's computers, data and documents, including Greyson's Microsoft [M365 suite] account, all of which Celentino firm seized on 6/2/23, that Greyson's new further briefing deadline of 1/30/24 is **29 days** before the 2/29/24 continued hearing date on Greyson's Motions. 29 days before the 2/29/24 hearing allows Greyson to file whatever Greyson desires to file. The wording of Celentino firm's ¶3 is error, because that wording improperly

restricts what Greyson can file on 1/30/24. 29 days before the 2/29/24 hearing is more than the 24 days notice required on a Motion.

Therefore, Greyson is entitled to supplement its Motion by filing whatever Greyson wishes to file. At the 1/24/24 at 10am hearing, Greyson counsel March told the Court that Greyson expect to file the transcript, or portions of the transcript, of Lee's 2/2/24 at 10am deposition. In addition, depending what occurs at Lee's deposition, Greyson my wish to file one or more additional declarations, and is entitled to do so.

**The third problem is that the following paragraph should have a slight change, of changing the wording to "any Greyson Reply". That is the only change that Celentino firm made, out of all of the above:**

 5. Defendant, Greyson's deadline to **file any Greyson Reply** to the Trustee's Opposition, if Greyson so chooses, is continued from February 20, 2024 to March 21, 2024. No further briefing shall be submitted in contravention or following the foregoing deadlines."

Greyson's **Counter-Proposed Order** is attached hereto as **Exhibit A**, and make the above edits, and will be elodged.

Greyson requests this Court to enter Greyson's attached **Counter-Proposed Order**.

Dated: January 26, 2024

THE BANKRUPTCY LAW FIRM, PC

\_\_\_/s/ Kathleen P. March_____
By Kathleen P. March, Esq., counsel to Greyson on its administrative Claim motion, and its motion to vacate Lockout and Preliminary Injunction Orders as to Greyson

**GREYSON LAW CENTER PC'S <u>OBJECTION</u> TO WORDING OF PROPOSED ORDER OF TRUSTEE MARSHACK'S ATTORNEYS, AMENDING ORDER THAT IS DKT. 333; & ATTACHED <u>COUNTER-PROPOSED ORDER</u> OF GREYSON LAW CENTER PC; K.MARCH DECL.**    4

## DECLARATION OF KATHLEEN P. MARCH

I, KATHLEEN P. MARCH, declare:

1. I am an attorney in good standing, admitted to practice law in California and New York. I am an "efile" attorney in US District Court and Bankruptcy Court, CD CA, among other Courts. I own and run The Bankruptcy Law Firm, PC, counsel to Greyson Law Center PC, movant on Dkt.290, on which my firm represents Greyson.

2. I diligently "met and conferred" with Celentino firm, yesterday, after Celentino firm yesterday emailed my firm proposed Order. My firm's meet and confer emails are attached to this Declaration as Exhibit B. Celentino firm only changed 1 word in its proposed Order. Therefore, today, I sent Celentino firm my firm's email, Exhibit C, requesting Celentino firm to elodge its proposed Order sent to my firm at 10:43am today, and that my firm would elodge **Greyson's Counter-Proposed Order**, **Exhibit A** hereto, attached to an Objection. That is what my firm is now doing.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed at Los Angeles, California on January 26, 2024.

        ___/s/ Kathleen P. March_____

        KATHLEEN P. MARCH

---

**GREYSON LAW CENTER PC'S <u>OBJECTION</u> TO WORDING OF PROPOSED ORDER OF TRUSTEE MARSHACK'S ATTORNEYS, AMENDING ORDER THAT IS DKT. 333; & ATTACHED <u>COUNTER-PROPOSED ORDER</u> OF GREYSON LAW CENTER PC; K.MARCH DECL.**     5

Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC on Greyson's*
*Motion to Vacate, on Greyson's Motion for Admin.*
*Claim, and defending Greyson in adv proc.*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC<br><br>Debtor.<br><br>Richard A. Marshack Chapter 11 Trustee<br><br>v.<br><br>Tony Diab et al. (includes Greyson Law Center PC as a Defendant) | Bankruptcy Case No. 8:23-bk-10571-SC<br>Adversary Proceeding 8:23-ap-01046-SC<br>Chapter 11<br><br>**(COUNTER-PROPOSED) ORDER OF GREYSON LAW CENTER PC, AMENDING COURT'S PREVIOUS ORDER THAT IS DKT. 333**<br><br><u>Continued hearing on Greyson's Motion to Vacate (includes hearing date on Evidentiary Objection) is:</u><br>Date:  March 27, 2024<br>Time:  1:30 p.m.<br>Place: Hon. Scott Clarkson,<br>           411 West Fourth Street, Courtroom 5C<br>           Santa Ana, CA 92701-4593 |

TO THE COURT, HONORABLE SCOTT C. CLARKSON, OFFICE OF THE UNITED STATES TRUSTEE, TRUSTEE MARSHACK'S ATTORNEYS DINSMORE & SCHOLL, TO WITNESS BRADFORD LEE, TO LEE'S ATTORNEY, WILLIAM WALL, ESQ., AND ALL ADDITIONAL PARTIES LISTED ON COURT'S E-SERVE LIST FOR THIS ADVERSARY PROCEEDING:

On January 24, 2024, at 10:00 a.m., in Courtroom 5C of the Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California 92701, the Honorable Scott

**EXHIBIT A**

**(COUNTER-PROPOSED) ORDER OF GREYSON LAW CENTER PC, AMENDING COURT'S PREVIOUS ORDER THAT IS DKT. 333**                    1

C. Clarkson, United States Bankruptcy Judge, conducted an emergency hearing on Bradford Lee's Emergency motion for protective order and to quash subpoena or in the alternative to limit scope of deposition [Adv. Dkt. No. 347] ("Motion to Quash").

The Court, having considered the Motion to Quash, the Joinder [dkt.348] of Celentino firm in Lee's Motion, the Opposition of Greyson [dkt.350] to Lee's Motion, and the oral argument at the foregoing hearing, and GOOD CAUSE APPEARING for the Court ruling, the Court rules as follow:

1. The deposition of Bradford Lee ("Lee") noticed by Greyson Law Center, PC ("Greyson"), with deposition subpoena and witness fee check served on Lee on 1/17/23, is continued from January 24, 2024 at 10am, in person, at the office of The Bankruptcy Law Firm, PC, located at 10524 W. Pico Blvd, Suite 212, Los Angeles, California 90064, to February 2, 2024 at 10am, in person, at the office of The Bankruptcy Law Firm, PC, located at 10524 W. Pico Blvd, Suite 212, Los Angeles, California 90064.

2. The deposition subpoena served on Lee on 1/17/24 for deposition on 1/24/24 at 10am deposition, is continued in effect by the Court, to require Lee to give his deposition on Friday 2/2/24 at 10am, at The Bankruptcy Law Firm, PC, located at 10524 W. Pico Blvd, Suite 212, Los Angeles, California 90064.

3. The Court hereby orders Lee to appear, in person, and to give his deposition, to be taken by counsel for Greyson, for maximum of 7 hours, on Friday, February 2, 2024 at 10am, at The Bankruptcy Law firm, PC, located at 10524 W. Pico Blvd, Suite 212, Los Angeles, California 90064.

4. The Court orders Lee to tell the truth in Lee's deposition, and orders that Lee's attorney William Wall shall tell Lee, before Lee's deposition: (1) that the Court said

that Lee is to tell the truth in Lee's deposition, and (2) that the Court said Lee's attorney Wall, shall tell Lee the Court said this, at the 1/24/24 hearing.

5. Any party or non-party, may file a motion for a protective order as to the foregoing continued deposition of Brad Lee on or before January 29, 2024, but only if there are valid grounds for filing such a Motion.

6. Greyson's deadline to file Greyson's further briefing and evidentiary objections (including citing/attaching relevant portions of Lee deposition transcript, and including filing declarations in support of Greyson's Motion [dkt.290]--which deadline was January 30, 2024 pursuant to the Court's Dkt.333 Scheduling Order--is hereby continued from January 30, 2024 to February 29, 2024.

7. The Chapter 11 Trustee, Richard Marshack's ("Trustee") deadline to file a response/opposition to whatever Greyson files on February 29, 2024, is continued from the February 13, 2024 date stated in the dkt.333 Order, to March 14, 2024.

8. Defendant, Greyson's deadline to file any Reply Greyson desires to file, to the Trustee's response/opposition, is continued from the February 20, 2024 date stated in the dkt.333 Order, to March 21, 2024.

9. No further briefing shall be submitted in contravention or following the foregoing deadlines.

10. The hearing on Greyson's Motion to Vacate [Adv. Dkt No. 290] currently scheduled to be heard on February 28, 2024, by the Court's dkt.333 Order, is hereby VACATED and CONTINUED to **March 27, 2024 at 1:30 pm** in Department 5C which hearing will be held remotely, pursuant to the Hon. Judge Scott Clarkson's

**(COUNTER-PROPOSED) ORDER OF GREYSON LAW CENTER PC, AMENDING COURT'S PREVIO
ORDER THAT IS DKT. 333**                             3

chamber rules requiring remote appearance absent further order from the Court requiring in person appearances.

11. The only changes of this Court's previous orders are as set forth herein.

IT IS SO ORDERED.

###

<Jonathan.Serrano@Dinsmore.com>
Cc: 'William Wall' <wwall@wall-law.com>
Subject: RE: Attys Ghio, Celentino, freedman & Serrano, cc Lee atty William Wall; from KPMarch, Bky LF: lease Read below re. things that Judge Clarkson ruled at 1/24/24 at 10am hearing. Please REPLY to confirm you will include these in order you are to draft/emai

012524

To All Celentino firm attys, and to Lee atty William Wall:

My firm is reviewing your firm's proposed Order. The first problem I see is that the proposed Order fails to say the following 3 things--which I emailed to atty Ghio yesterday--which Judge Clarkson said should be stated in the (proposed) Order, which Ghio was to prepare, should say:

(1) **the deposition subpoena served on Lee on 1/17/24 for today, 1/24/24 at 10am deposition, is continued in effect by the Court to Friday 2/2/24 at 10am, at my firm, in person;**

(2) **Lee is ordered to appear on 2/2/24 at 10am, at my firm, in person, to give his deposition for maximum of 7 hours on that day; and**

(3) **Lee is ordered to tell the truth in Lee's deposition, and Lee's attorney William Wall is to tell Lee that Judge Clarkson said both these things.**

<u>The second problem is that the following paragraph is not correctly worded. Here is how that paragraph should be worded:</u>

3. Defendant Greyson's deadline to file further briefing amd evidentiary objections (including citing/attaching relevant portions of Lee deposition transcript) in support of Greyson's Motion [dkt.290] which was January 30, 2024 by the Dkt.333 previous scheduling order, is
continued from January 30, 2024 to February 29, 2024.

<u>The third problem is that the following paragraph should have a slight change:</u>

5. Defendant, Greyson's deadline to file any Greyson reply to the Trustee's opposition, if it so Chooses, is continued from February 20, 2024 to March 21, 2024. No further briefing shall
be submitted in contravention or following the foregoing deadlines.

<u>Please add the about listed 3 items, and fix the wording of paragraphs 3 and 5 and then  email revised proposed Order back to my firm.  Thank you in advance.  I am attaching your firm's proposed Order, which you sent my firm, which these edits need to be made to.</u>
KPMarch

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax:  310-559-9133
E-mail:  kmarch@BKYLAWFIRM.com
Website:  www.BKYLAWFIRM.com

3

*[handwritten: EXHIBIT B
TWO MEET &
CONFER EMAILS
TO CELENTINO FIRM
ON 1-25-24   —page 1]*

# K. P. March

| | |
|---|---|
| **From:** | K. P. March <kmarch@bkylawfirm.com> |
| **Sent:** | Thursday, January 25, 2024 5:06 PM |
| **To:** | 'Ghio, Christopher' |
| **Cc:** | 'Freedman, Jeremy'; 'Ghio, Christopher'; 'Jonathan.Serrano@Dinsmore.com'; 'William Wall' |
| **Subject:** | RE: Attys Ghio, Celentino, freedman & Serrano; from KPMarch, Bky LF: Responding to your below email: Read below and reply please. thx |

012524 at 5pm

Atty Ghio, cc other Celentino firm attys, from KPMarch, bky LF, cc atty Wall for Lee:

Responding to your below email:

I see Trustee ordered transcript from yesterday's 1/24/24/ hearing, is that your firm, how soon are you getting that transcript?  **Please tell me**.  It was a fairly short hearing.  If you ordered it on overnight, you may be able to get it tomorrow, and you can share it with my firm and we can both go over the transcript,  and see if we can agree to wording of proposed Order.

Your refusal to fix wording of paragraph 4--which as you word it, is too limited -- is error.  Please do fix that in the (proposed) order you send back to my firm, or I will be forced to file a Greyson Objection, with a counter-proposed Greyson Order.  At a certain point, Judge Clarkson might decide your firm is obstructing Greyson from being allowed to fully present Greyson's position/evidence.

Reply please.  Thx.

KPMarch



Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax:  310-559-9133
E-mail:  kmarch@BKYLAWFIRM.com
Website:  www.BKYLAWFIRM.com
"Have a former bankruptcy judge for your personal bankruptcy attorney"

---

**From:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Sent:** Thursday, January 25, 2024 3:52 PM
**To:** K. P. March <kmarch@bkylawfirm.com>; Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>; Serrano, Jonathan <Jonathan.Serrano@Dinsmore.com>
**Cc:** 'William Wall' <wwall@wall-law.com>
**Subject:** RE: Attys Ghio, Celentino, freedman & Serrano, cc Lee atty William Wall; from KPMarch, Bky LF: lease Read below re. things that Judge Clarkson ruled at 1/24/24 at 10am hearing. Please REPLY to confirm you will include these in

1

*EXHIBIT B*
*Cont'd -p 2*

# K. P. March

---

| | |
|---|---|
| **From:** | K. P. March <kmarch@bkylawfirm.com> |
| **Sent:** | Friday, January 26, 2024 4:23 PM |
| **To:** | 'Ghio, Christopher'; 'Christopher.Celentino@DINSMORE.COM'; 'Freedman, Jeremy'; 'Jonathan.Serrano@Dinsmore.com'; 'William Wall' |
| **Subject:** | To all addressees from KPMarch, Bky LF counsel for Greyson: thank you all for being patient, I had no way of knowing that the hearing that started at 10am would run over 4 hours. As soon as court ended, I reviewed the (proposed) Order emailed to my firm |
| **Attachments:** | Greyson Counter-Proposed Order 012624 to efile & to elodge sent Celentino firm et al.pdf |

To all addressees from KPMarch, Bky LF (counsel for Greyson):

Thank you all for being patient, I had no way of knowing that the hearing in the other case I was appearing in, that started at 10am, would run over 4 hours.

As soon as court ended, I reviewed the (proposed) Order emailed to my firm by Celentino firm at 10:43am today. Your firm only made 1 small change of everything my firm's emails of yesterday requested.

Consequently, I have written Greyson's counter-proposed form of order (attached), and will efile it, attached to a Greyson's Objection to the form of your firm's 10:43am today proposed Order.

Please go ahead and efile your 10:43am today proposed Order, and then my firm will immediately file the attached Greyson counter-proposed form of order, with a Greyson's Objection.

Reply to confirm receipt please. Thx.

KPMarch

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax: 310-559-9133
E-mail: kmarch@BKYLAWFIRM.com
Website: www.BKYLAWFIRM.com
*"Have a former bankruptcy judge for your personal bankruptcy attorney"*

1

*EXHIBIT C
THIRD MEET & CONFER
EMAIL*

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064
A true and correct copy of the foregoing document entitled (*specify*):

**GREYSON LAW CENTER PC'S OBJECTION TO WORDING OF PROPOSED ORDER OF TRUSTEE MARSHACK'S ATTORNEYS, AMENDING ORDER THAT IS DKT. 333; AND ATTACHED COUNTER-PROPOSED ORDER OF GREYSON LAW CENTER PC**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___1/26/24___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

n/a

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __1/26/24_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

No Judge's Copy required because document is under 25 pages.    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/26/24 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**</u>

- **Keith Barnett**   keith.barnett@troutman.com, kelley.wade@troutman.com
- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jeremy Freedman**   jeremy.freedman@dinsmore.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Daniel S March**   marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**   wwall@wall-law.com
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**