| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (State Bar No. 266280)<br>zs@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* MORNING LAW GROUP, P.C. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>LITIGATION PRACTICE GROUP,<br><br>Debtor(s)<br><br>RICHARD A. MARSHACK,<br><br>Plaintiff(s),<br><br>vs.<br><br>TONY DIAB,<br><br>Defendant. | CASE NO.: 8:23-bk-10671-SC<br>CHAPTER: 7<br>ADVERSARY NO.: 8:23-ap-01046-SC<br><br>**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (title of motion[1]): **MOTION FOR PROTECTIVE ORDER AND TO MODIFY SUBPOENA FILED BY MORNING LAW GROUP P.C. PURSUANT TO FRCP 26(c)(1)(G) AND FRCP 45(d)(3)(B)(i)** |

PLEASE TAKE NOTE that the order or judgment titled PROTECTIVE ORDER AND ORDER TO QUASH REGARDING CONFIDENTIAL INFORMATION OF MORNING LAW GROUP PC PURSUANT TO FRCP 26(c)(1)(G) and FRCP 45(d)(3)(B)(i) was lodged on January 29, 2024 and is attached. This order relates to the motion which is docket number 364.

---

[1] Please abbreviate if title cannot fit into text field

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    *Page 1*    F 9021-1.2.ADV.NOTICE.LODGMENT
1748108.1  27175

EXHIBIT A

1  ZEV SHECHTMAN (State Bar No. 266280)
   *zs@DanningGill.com*
2  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Attorneys for MORNING LAW GROUP, P.C.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP,<br><br>    Debtor. | Case No. 8:23-bk-10671-SC<br><br>Chapter 11 |
| RICHARD A. MARSHACK,,<br><br>    Plaintiff,<br><br>vs.<br><br>TONY DIAB, et al.,<br><br>    Defendants. | Adv. No. 8:23-ap-01046-SC<br><br>**PROTECTIVE ORDER AND ORDER TO QUASH REGARDING CONFIDENTIAL INFORMATION OF MORNING LAW GROUP PC PURSUANT TO FRCP 26(c)(1)(G) AND FRCP 45(d)(3)(B)(i)**<br><br>Judge:    Hon. Scott C. Clarkson<br>Date:     To Be Determined<br>Time:     To Be Determined<br>Crtrm.:   5C |

The Court having read and considered the *Motion for Protective Order and Order to Quash Regarding Confidential Information of Morning Law Group PC Pursuant to FRCP 26(c)(1)(G) and FRCP 45(d)(3)(B)(i)*) filed by Morning Law Group PC ("MLG") and all evidence, responses, joinders or oppositions with respect thereto; good cause appearing therefor; the Court hereby

ORDERS THAT:

1.    No party in this action shall be required to disclose information of or about MLG, or of Resolution Processing LLC as it relates to services it provides to MLG, constituting confidential

1747903.1  27175                                1

EXHIBIT A

research, development or commercial information (the "MLG Confidential Information") absent further order of this Court.  Notwithstanding the specificity of the foregoing, the Court further

ORDERS THAT:

2. Bradford Lee shall not be required to disclose MLG Confidential Information during his deposition on February 2, 2024 or in any continuance thereof.

3. Counsel for Bradford Lee is authorized to instruct Mr. Lee not to answer questions regarding MLG Confidential Information.

4. Counsel for MLG is authorized to instruct Mr. Lee not to answer questions regarding MLG Confidential Information.

5. To the extent the deposing party or any other party seeks MLG Confidential Information, such questions shall be reserved for later written review by MLG and, if necessary, consideration by the Court for relevancy and protected status, and need not be answered until after the Court determines whether such MLG Confidential Information is subject to protection under FRCP 7026(c)(1) and/or FRCP 45(d)(3)(B)(i) or other applicable law.

6. No person shall be sanctioned, or incur any expense to another, as a result of their refusal to provide MLG Confidential Information to any other party or non-party in this action, including if there is a dispute regarding whether any information should be designated as MLG Confidential Information.

####

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>January 29, 2024</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) <u>January 29, 2024</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

☐ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2024 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                   *Page 2*                   F 9021-1.2.ADV.NOTICE.LODGMENT
1748108.1  27175

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Keith Barnett keith.barnett@troutman.com, kelley.wade@troutman.com
- Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com
- Christopher Celentino christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Michael T Delaney mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Jeremy Freedman jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- Christopher Ghio christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Eric D Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Sweeney Kelly kelly@ksgklaw.com
- Meredith King mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- Matthew A Lesnick matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Yosina M Lissebeck Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- Daniel S March marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- Kathleen P March kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Kenneth Misken Kenneth.M.Misken@usdoj.gov
- Queenie K Ng queenie.k.ng@usdoj.gov
- Lisa Patel lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- Douglas A Plazak dplazak@rhlaw.com
- Daniel H Reiss dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Jonathan Serrano jonathan.serrano@dinsmore.com
- Howard Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg6096@ecf.pacerpro.com
- Andrew Still astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- William J Wall wwall@wall-law.com
- Johnny White JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    *Page 3*           **F 9021-1.2.ADV.NOTICE.LODGMENT**
1748108.1  27175