1   ZEV SHECHTMAN (State Bar No. 266280)
    *zs@DanningGill.com*
2   AARON E. DE LEEST (State Bar No. 216832)
    *adeleest@DanningGill.com*
3   SHANTAL MALMED (State Bar No. 351496)
    *Smalmed@DanningGill.com*
4   DANNING, GILL, ISRAEL & KRASNOFF, LLP
    1901 Avenue of the Stars, Suite 450
5   Los Angeles, California 90067-6006
    Telephone: (310) 277-0077
6   Facsimile: (310) 277-5735

7   Attorneys for MORNING LAW GROUP, P.C.,

8

9               **UNITED STATES BANKRUPTCY COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11                   **SANTA ANA DIVISION**

12  In re                              Case No. 8:23-bk-10671-SC

13  LITIGATION PRACTICE GROUP,         Chapter 11

14          Debtor.

15  ─────────────────────────────

16  RICHARD A. MARSHACK,               Adv. No. 8:23-ap-01046-SC

17          Plaintiff,                 **SUPPLEMENT TO STIPULATION RE
                                        DISCOVERY DISPUTE PURSUANT TO
18      vs.                            LBR 7026-1(c)(3) REGARDING MOTION
                                        FOR PROTECTIVE ORDER AND TO
19  TONY DIAB, et al.,                 MODIFY SUBPOENA FILED BY
                                        MORNING LAW GROUP P.C.
20          Defendants.                PURSUANT TO FRCP 26(c)(1)(G) AND
                                        FRCP 45(d)(3)(B)(i)**
21
                                        **[DOC. NO. 366]**
22

23                                     Judge:    Hon. Scott C. Clarkson
                                        Date:     To Be Determined
24                                     Time:     To Be Determined
                                        Crtrm.:   5C
25

26

27

28

1      On January 29, 2024, the undersigned counsel submitted the *Stipulation re Discovery*

2   *Dispute Pursuant to LBR 7026-1(c)(3) Regarding Motion for Protective Order and to Modify*

3   *Subpoena Filed by Morning Law Group P.C. Pursuant to FRCP 26(c)(1)(G) and FRCP*

4   *45(d)(3)(B)(i)* (doc. no. 366), which stated "signature to follow" for Resolution Processing, LLC.

5   Attached hereto is the signature page for Resolution Processing, LLC.

6

7   DATED:  January 30, 2024                    DANNING, GILL, ISRAEL & KRASNOFF, LLP

8

9

                                           By:  _____/s/ Zev Shechtman_____
10                                               ZEV SHECHTMAN
                                                 Attorneys for MORNING LAW GROUP, P.C.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Greyson here briefs--and if Lee refused to answer, Lee should be sanctioned and would

2 | additionally be subject to other actions by the Court to compel Lee to answer.

3 | **V.**

4 |

5 | **SIGNATURES**

6 | The following counsel for the Parties have participated in the drafting, and hereby, jointly

7 | submit this Stipulation.

8 | DATED: January ___, 2024          DANNING, GILL, ISRAEL & KRASNOFF, LLP

9 |

10 |                                  By: _____

11 |                                      ZEV SHECHTMAN
   |                                      Attorneys for MORNING LAW GROUP, P.C.

12 |

13 | DATED: January 30, 2024          MARKO & MAGOLNICK, P.A.

14 |

15 |                                  By: _____

16 |                                      JOEL MAGOLNICK
   |                                      Attorneys for RESOLUTION PROCESSING, LLC

17 |

18 | DATED: January ___, 2024          THE WALL LAW OFFICE A PROFESSIONAL
   |                                  CORPORATION

19 |

20 |

21 |                                  By: _____

22 |                                      WILLIAM J. WALL
   |                                      Attorneys for BRADFORD LEE

23 |

24 | DATED: January ___, 2024          THE BANKRUPTCY LAW FIRM, PC

25 |

26 |                                  By: _____

27 |                                      KATHLEEN P. MARCH
   |                                      Attorneys for GREYSON LAW CENTER PC

28 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): SUPPLEMENT TO STIPULATION RE DISCOVERY DISPUTE PURSUANT TO LBR 7026-1(c)(3) REGARDING MOTION FOR PROTECTIVE ORDER AND TO MODIFY SUBPOENA FILED BY MORNING LAW GROUP P.C. PURSUANT TO FRCP 26(c)(1)(G) AND FRCP 45(d)(3)(B)(i) [DOC. NO. 366] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 30, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*)  January 30, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

⊠ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2024 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**
1748159.1  27175

<u>ADDITIONAL SERVICE INFORMATION</u> (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Keith Barnett**    keith.barnett@troutman.com, kelley.wade@troutman.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jeremy Freedman**    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com,
  nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**    wwall@wall-law.com
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

2. **SERVED BY U.S. MAIL**

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1748159.1  27175

**F 9013-3.1.PROOF.SERVICE**