Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;     Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC on Greyson's*
*Motion to Vacate, on Greyson's Motion for Admin.*
*Claim, and defending Greyson in adv proc.*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC<br><br>Debtor.<br><br>Richard A. Marshack<br>Chapter 11 Trustee<br><br>v.<br><br>Tony Diab et al. (includes Greyson Law Center PC as a Defendant) | Bankruptcy Case No. 8:23-bk-10571-SC<br>Adversary Proceeding 8:23-ap-01046-SC<br>Chapter 11<br><br>**NOTICE OF LODGMENT OF REDLINED PROPOSED ORDER, SHOWING GREYSON LAW CENTER, PC'S PROPOSED CHANGES TO WORDING OF CELENTINO FIRM'S (PROPOSED) ORDER AMENDING DKT. 333; REDLINED VERSION BEING EFILED PER COURT'S DIRECTION, AND IS BEING E-LODGED AS WORD DOCUMENT, AS ATTACHED**<br><br><u>Continued hearing on Greyson's Motion to Vacate (includes hearing date on Evidentiary Objection) is:</u><br>Date: March 27, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:<br>411 West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |

Pursuant to the Court's direction on 1/30/24, Greyson Law Center PC

("Greyson") attaches hereto, and is e-lodging with the Court, a **redlined version** of the Celentino Firm's (Proposed) Order Amending this Court's Docket No. 333 Order.

The attached **redlined version** shows Greyson's proposed changes to the Celentino Firm's (Proposed) Order, which Greyson believes more accurately reflect the Court's rulings at the hearing held 1/24/24 at 10:00 a.m. hearing, and reflect that Greyson's further pleading date is 29 days, which is more than total motion notice/service time.

Dated: January 30, 2024

THE BANKRUPTCY LAW FIRM, PC

\_\_\_/s/ Kathleen P. March_____
By Kathleen P. March, Esq., counsel to Greyson on its administrative Claim motion, and its motion to vacate Lockout and Preliminary Injunction Orders as to Greyson

---

**NOTICE OF LODGMENT OF REDLINED PROPOSED ORDER, SHOWING GREYSON LAW CENTER, PC'S PROPOSED CHANGES TO WORDING OF CELENTINO FIRM'S (PROPOSED) ORDER AMENDING DKT. 333; REDLINED VERSION BEING EFILED PER COURT'S DIRECTION, AND IS BEING E-LODGED AS WORD DOCUMENT, AS ATTACHED**

2

```
 1  CHRISTOPHER B. GHIO (259094)
    christopher.ghio@dinsmore.com
 2  CHRISTOPHER CELENTINO (131688)
    christopher.celentino@dinsmore.com
 3  JEREMY B. FREEDMAN (308752)
 4  Jeremy.freedman@dinsmmore.com
    DINSMORE & SHOHL LLP
 5  655 West Broadway, Suite 800
    San Diego, California 92101
 6  Tele:   619.400.0500
    Fax:    619.400.0501
 7
 8  Special Counsel to Richard A. Marshack
    Chapter 11 Trustee for the Bankuptcy Estate of
 9  The Litigation Practice Group PC
10
```

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Adv. Proc. No. 8:23-ap-01046-SC |
| Debtor. | Chapter 11 |
| RICHARD A. MARSHACK, | **ORDER AMENDING DOCKET NOS. 333** |
| Plaintiff, | |
| v. | Judge:  Hon. Scott C. Clarkson |
| TONY DIAB, et al. | Place:  Courtroom 5C |
| | 411 West Fourth Street |
| Defendants. | Santa Ana, California  92701 |

1

1  **DELETED:** TO THE COURT, HONORABLE SCOTT C. CLARKSON, OFFICE OF
2  THE UNITED STATES TRUSTEE, DEFENDANTS, AND ALL INTERESTED PARTIES:
3  **REPLACED WITH:** TO THE COURT, HONORABLE SCOTT C.
4  CLARKSON, OFFICE OF THE UNITED STATES TRUSTEE, TRUSTEE
5  MARSHACK'S ATTORNEYS DINSMORE & SCHOLL, TO WITNESS
6  BRADFORD LEE, TO LEE'S ATTORNEY, WILLIAM WALL, ESQ., AND ALL
7  ADDITIONAL PARTIES LISTED ON COURT'S E-SERVE LIST FOR THIS
8  ADVERSARY PROCEEDING;

9      On January 24, 2024, at 10:00 a.m., in Courtroom 5C of the Bankruptcy Court, located at 411
10 West Fourth Street, Santa Ana, California 92701, the Honorable Scott C. Clarkson, United States
11 Bankruptcy Judge, conducted an emergency hearing on Bradford Lee's Emergency Motion for
12 Protective Order and to Quash Subpoena or in the Alternative to Limit Scope of Deposition [Adv.
13 Dkt. No. 347] ("Motion to Quash").
14     The Court, having considered the Motion to Quash, the Joinder [dkt.348] of Celentino firm
15 in Lee's Motion, the Opposition of Greyson [dkt.350] to Lee's Motion, and the oral argument at the
16 foregoing hearing, and GOOD CAUSE APPEARING for the Court ruling, the Court rules as
17 follows:  DELETED THE FOLLOWING: all pleadings filed in support of, and in opposition to, and
18 oral argument at the foregoing hearing granted in part, and, denied in part, the Motion to Quash,
19 continued the Deposition of Bradford Lee noticed by Defendant Greyson Law Center, PC
20 ("Greyson") and further ordered that the January 16, 2024 Scheduling Order [Adv. Dkt. No. 333] be
21 modified to allow for discovery related to Greyson's Motion to Vacate the Preliminary Injunction
22 [Dkt. No. 290] and any opposition thereto, as follows END OF DELETE:
23     The dates set forth in Adversary Docket No. 333 are modified as follows:
24     1.    The deposition of Bradford ("Brad") Lee, previously noticed by Defendant
25     Greyson for January 24, 2024 at 10:00 a.m. at The Bankruptcy Law Firm, PC
26     located at 10524 West Pico Boulevard, Suite 212, Los Angeles California be
27     continued to February 2, 2024 at 10:00 a.m. at the same location to be attended in
28     person.
    2.    The deposition subpoena served on Lee on 1/17/24 for deposition on 1/24/24 at
    10am deposition, is continued in effect by the Court, to require Lee to give his

deposition on Friday 2/2/24 at 10am, at The Bankruptcy Law Firm, PC, located at 10524 W. Pico Blvd, Suite 212, Los Angeles, California 90064.

3. The Court hereby orders Lee to appear, in person, and to give his deposition, to be taken by counsel for Greyson, for maximum of 7 hours, on Friday, February 2, 2024 at 10am, at The Bankruptcy Law firm, PC, located at 10524 W. Pico Blvd, Suite 212, Los Angeles, California 90064.

1.4. The Court orders Lee to tell the truth in Lee's deposition, and orders that Lee's attorney William Wall shall tell Lee, before Lee's deposition: (1) that the Court said that Lee is to tell the truth in Lee's deposition, and (2) that the Court said Lee's attorney Wall, shall tell Lee the Court said this, at the 1/24/24 hearing.

2. Any party or non-party may file a motion for a protective order as to the foregoing continued Deposition of Brad Lee on or before January 29, 2024.

5.

6. Defendant Greyson's deadline to file Greyson's further briefing and evidentiary objections (including citing/attaching relevant portions of Lee deposition transcript, and including filing declarations in support of Greyson's Motion [dkt.290]--which deadline was January 30, 2024 pursuant to the Court's Dkt.333 Scheduling Order--is hereby continued from January 30, 2024 to February 29, 2024.

3. a supplemental brief pursuant to the Scheduling Order [Adv. Dkt. No. 333] in support of its Motion to Vacate the Preliminary Injunction [Adv. Dkt. No. 290] is continued from January 30, 2024 to February 29, 2024.

4.7. Chapter 11 Trustee Richard Marshack's ("Trustee") deadline to file a response in opposition to whatever Greyson files on February 29, 2024, any supplemental brief filed by Defendant Greyson is continued from February 13, 2024 to March 14, 2024.

8. Defendant Greyson's deadline to file any Rreply brief to Trustee's opposition, if it so chooses, is continued from February 20, 2024 to March 21, 2024.

3

5.9.    No further briefing shall be submitted in contravention or following the foregoing deadlines.

6.10.    The hearing on Defendant Greyson's Motion to Vacate [Adv. Dkt No. 290], currently scheduled to be heard on February 28, 2024, is hereby VACATED and CONTINUED to March 27, 2024 at 1:30 pm in Department 5C, which will be held remotely pursuant to the Hon. Judge Scott Clarkson's Chamber rules requiring remote appearance absent further order from the Court requiring in person appearances.

11. The only changes of this Court's previous orders are as set forth herein.  DELETED the following: This Court's Scheduling Order [Adv. Dkt. No. 33] and the orders of this Court therein, which are incorporated by reference, remain the order of this Court subject only to the foregoing modifications and shall be complied with by the parties.  END OF DELETE

IT IS SO ORDERED. This Court's Scheduling Order [Adv. Dkt. No. 33] and the orders of this Court therein, which are incorporated by reference, remain the order of this Court subject only to the foregoing modifications and shall be complied with by the parties.

**IT IS SO ORDERED.**

# # #

4

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 5                    **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064.

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF LODGMENT OF REDLINED PROPOSED ORDER, SHOWING GREYSON LAW CENTER, PC'S PROPOSED CHANGES TO WORDING OF CELENTINO FIRM'S (PROPOSED) ORDER AMENDING DKT. 333; REDLINED VERSION BEING EFILED PER COURT'S DIRECTION, AND IS BEING E-LODGED AS WORD DOCUMENT, AS ATTACHED**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___1/30/24___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

n/a

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __1/26/24_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

No Judge's Copy required because document is under 25 pages

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/30/24 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

NOTICE OF LODGMENT OF REDLINED PROPOSED ORDER, SHOWING GREYSON LAW CENTER, PC'S PROPOSED CHANGES TO WORDING OF CELENTINO FIRM'S (PROPOSED) ORDER AMENDING DKT. 333; REDLINED VERSION BEING EFILED PER COURT'S DIRECTION, AND IS BEING E-LODGED AS WORD DOCUMENT, AS ATTACHED        3

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**</u>

- Keith Barnett    keith.barnett@troutman.com, kelley.wade@troutman.com
- Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com
- Christopher Celentino    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Jeremy Freedman    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- Christopher Ghio    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Sweeney Kelly    kelly@ksgklaw.com
- Meredith King    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- David S Kupetz    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Daniel A Lev    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Yosina M Lissebeck    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- Daniel S March    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- Kathleen P March    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Lisa Patel    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- Douglas A Plazak    dplazak@rhlaw.com
- Daniel H Reiss    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Jonathan Serrano    jonathan.serrano@dinsmore.com
- Zev Shechtman    zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- William J Wall    wwall@wall-law.com
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**NOTICE OF LODGMENT OF REDLINED PROPOSED ORDER, SHOWING GREYSON LAW CENTER, PC'S PROPOSED CHANGES TO WORDING OF CELENTINO FIRM'S (PROPOSED) ORDER AMENDING DKT. 333; REDLINED VERSION BEING EFILED PER COURT'S DIRECTION, AND IS BEING E-LODGED AS WORD DOCUMENT, AS ATTACHED**    4