CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
JEREMY B. FREEDMAN (308752)
Jeremy.freedman@dinsmmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele:    619.400.0500
Fax:    619.400.0501

Special Counsel to Richard A. Marshack
Chapter 11 Trustee for the Bankruptcy Estate of
The Litigation Practice Group PC

**FILED & ENTERED**

**JAN 31 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>RICHARD A. MARSHACK,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.<br><br>Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**ORDER (1) AFTER HEARING ON MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH [DK. 347]; AND (2) AMENDING ORDER APPEARING ON DOCKET NO. 333**<br><br>Date:        January 24, 2024<br>Time:       10:00 a.m.<br>Place:       Courtroom 5C<br>                  411 West Fourth Street<br>                  Santa Ana, California  92701 |

**TO THE COURT, HONORABLE SCOTT C. CLARKSON, OFFICE OF THE UNITED STATES TRUSTEE, DEFENDANTS, AND ALL INTERESTED PARTIES:**

On January 24, 2024, at 10:00 a.m., in Courtroom 5C of the Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California 92701, the Honorable Scott C. Clarkson, United States Bankruptcy Judge, conducted an emergency hearing on Bradford Lee's Emergency Motion for Protective Order and to Quash Subpoena or in the Alternative to Limit Scope of Deposition [Adv. Dkt. No. 347] ("Motion to Quash").

The Court, having considered the Motion to Quash, all pleadings filed in support of, and in opposition to, and oral argument at the foregoing hearing granted in part, and, denied in part, the Motion to Quash, continued the Deposition of Bradford Lee noticed by Defendant Greyson Law Center, PC ("Greyson") and further ordered that the January 16, 2024 Scheduling Order [Adv. Dkt. No. 333] be modified to allow for discovery related to Greyson's Motion to Vacate the Preliminary Injunction [Dkt. No. 290] and any opposition thereto, as follows[1]:

The dates set forth in Adversary Docket No. 333 are modified as follows:

1) The deposition of Bradford ("Brad") Lee, previously noticed by Defendant Greyson for January 24, 2024 at 10:00 a.m. at The Bankruptcy Law Firm, PC located at 10524 West Pico Boulevard, Suite 212, Los Angeles California be continued to February 2, 2024 at 10:00 a.m. at the same location to be attended in person.

2) Any party or non-party may file a motion for a protective order as to the foregoing continued Deposition of Brad Lee on or before January 29, 2024.

3) Defendant Greyson's deadline to file briefing and evidentiary objections is hereby continued from January 30, 2024 to February 29, 2024.

---

[1] The Objection filed by Greyson Law Center PC on January 26, 2024 [Dk. 361] is sustained in part and denied in part, the results being as set forth in this order.

4) A supplemental brief pursuant to the Scheduling Order [Adv. Dkt. No. 333] in support of its Motion to Vacate the Preliminary Injunction [Adv. Dkt. No. 290] is continued from January 30, 2024 to February 29, 2024.

5) Chapter 11 Trustee Richard Marshack's ("Trustee") deadline to file a response in opposition to any supplemental brief, is continued from February 13, 2024 to March 14, 2024.

6) Defendant Greyson's deadline to file any Reply to Trustee's opposition, if it so chooses, is continued from February 20, 2024 to March 21, 2024.

7) No further briefing shall be submitted in contravention or following the foregoing deadlines.

8) The hearing on Defendant Greyson's Motion to Vacate [Adv. Dkt No. 290], currently scheduled to be heard on February 28, 2024, is hereby VACATED and CONTINUED to March 27, 2024 at 1:30 pm in Courtroom 5C, which will be held remotely pursuant to the Hon. Judge Scott Clarkson's Chamber rules requiring remote appearance absent further instruction from the Court requiring in person appearances. The parties must review the Court's tentative ruling prior to the hearing to determine whether remote or in person appearances are required.

This Court's Scheduling Order [Adv. Dkt. No. 333] and the orders of this Court therein, which are incorporated by reference, remain the order of this Court subject only to the foregoing modifications and shall be complied with by the parties.

**IT IS SO ORDERED**.

Date: January 31, 2024

Scott C. Clarkson
United States Bankruptcy Judge