ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for MORNING LAW GROUP, P.C.

**FILED & ENTERED**

**JAN 31 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP,<br><br>Debtor. | Case No. 8:23-bk-10671-SC<br><br>Chapter 11 |
| RICHARD A. MARSHACK,,<br><br>Plaintiff,<br><br>vs.<br><br>TONY DIAB, et al.,<br><br>Defendants. | Adv. No. 8:23-ap-01046-SC<br><br>**PROTECTIVE ORDER AND ORDER TO QUASH REGARDING CONFIDENTIAL INFORMATION OF MORNING LAW GROUP PC PURSUANT TO FRCP 26(c)(1)(G) AND FRCP 45(d)(3)(B)(i)** |

The Court having read and considered the *Motion for Protective Order and Order to Quash Regarding Confidential Information of Morning Law Group PC Pursuant to FRCP 26(c)(1)(G) and FRCP 45(d)(3)(B)(i)*) filed by Morning Law Group PC ("MLG") [Dk. 364] and all evidence,

responses, joinders or oppositions with respect thereto; good cause appearing therefor; and finding that a hearing is not necessary, the Court hereby orders as follows:

1. No party in this action shall be required to disclose information of or about MLG, or of Resolution Processing LLC as it relates to services it provides to MLG, constituting confidential research, development or commercial information (the "MLG Confidential Information") absent further order of this Court.

2. Bradford Lee shall not be required to disclose MLG Confidential Information during his deposition on February 2, 2024 or in any continuance thereof, absent further order of this Court.

3. Counsel for Bradford Lee is authorized to instruct Mr. Lee not to answer questions regarding MLG Confidential Information, absent further order of this Court.

4. Counsel for MLG is authorized to instruct Mr. Lee not to answer questions regarding MLG Confidential Information, absent further order of this Court.

5. To the extent the deposing party or any other party seeks MLG Confidential Information, such questions shall be reserved for later written review by MLG and, if necessary, consideration by the Court for relevancy and protected status, and need not be answered until after the Court determines whether such MLG Confidential Information is subject to protection under FRCP 7026(c)(1) and/or FRCP 45(d)(3)(B)(i) or other applicable law.

**IT IS SO ORDERED.**

####

Date: January 31, 2024

Scott C. Clarkson
United States Bankruptcy Judge