CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
Christopher.Celentino@dinsmore.com
JEREMY B. FREEDMAN (308752)
Jeremy.Freedman@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, California 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501

Special Counsel to Richard A. Marshack,
Chapter 11 Trustee for the Bankruptcy Estate of
The Litigation Practice Group P.C.

FILED & ENTERED

FEB 02 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE FEBRUARY 7, 2024 MOTION TO DISMISS HEARINGS AND RELATED DEADLINES (DOCKET NO. 360)**<br><br>Judge: Hon. Scott C. Clarkson |
| RICHARD A. MARSHACK,<br>Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.<br><br>Defendants. | **Current Hearing:**<br>Date: February 7, 2024<br>Time: 11:00 a.m.<br>Place: ZoomGov<br><br>**Continued Hearing:**<br>Date: March 13, 2024<br>Time: 11:00 a.m.<br>Place: ZoomGov |

1

On January 26, 2024, Richard A. Marshack in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Group P.C. ("LPG" or "Debtor"), and Defendants Lisa Cohen ("Cohen") and Bianca Loli ("Loli"), entered into a Stipulation ("Stipulation") [Dkt. No. 360] for Order granting the request to continue Defendants' Motion to Dismiss scheduled for February 7, 2024 to March 13, 2024, at 11:00 a.m.

Having considered the stipulation, and the docket as a whole, and finding good cause, hereby GRANTS the Stipulation.

**IT IS SO ORDERED.**

####

Date: February 2, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2