ERIC D. GOLDBERG (SBN 157544)
eric.goldberg@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: (310) 595-3000
Fax: (310) 595-3300

*Attorney for Stripe, Inc.*



**FILED & ENTERED**

**FEB 05 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group, PC,<br><br>    Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11 |
| Richard A. Marshack, Chapter 11 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>Tony Diab, an individual; Daniel S. March, an individual; Rosa Bianca Loli, an individual; Lisa Cohen, an individual; William Taylor Carss, and individual; Eng Taing, and individual; Maria Eeya Tan, and individual; Jake Akers, and individual; Han Trinh, an individual; Jayde Trinh, an individual; Wes Thomas, an individual; Scott James Eadie, an individual; Jimmy Chhor, an individual; Dongliang Jiang, an individual; Max Chou, an individual; Oakstone Law Center PC; Phoenix Law, PC; Maverick Management Group, LLC; LGS Holdco, LLC; Consumer Legal Group, P.C.; Bulcan Consulting Group LLC; Bat Inc. d/b/a Coast Processing; Prime Logix, LLC; Teracel Blockchain Fund II LLC; Epps; Equipay; Authorize.net; World Global; Optimumbank Holdings, Inc. d/b/a Optimum Bank; Marich Bein, LLC; BankUnited, N.A.; Revolv3, Inc.; Fidelity National Information Services, Inc. d/b/a FIS; Worldpay LLC; Worldpay Group; Merit Fund, LLC Guardian Processing, LLC; Payliance, LLC; Touzi Capital, LLC; Seamless Chex Inc; Dwolla, Inc.; Stripe, Inc.; and Does 1 through 100,<br><br>    Defendants. | Adv. Proc. No. 8:23-ap-01046-SC<br><br>**ORDER EXTENDING TIME FOR DEFENDANT STRIPE, INC. TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>[Relates to Docket Nos. 62, 124, 131, 214, 273, 319]<br><br><u>Status Conference:</u><br>Date:  February 7, 2024<br>Time:  1:30 P.M. (PST)<br>Place:  Courtroom 5C<br>        411 West Fourth Street<br>        Santa Ana, CA 92701 |

1. The *Fifth Stipulation Extending Time for Defendant Stripe, Inc. to Respond to the Second Amended Complaint* [Docket No. 378] (the "Stipulation")[1], filed on February 2, 2024, by and among plaintiff Richard A. Marshack, the chapter 11 trustee of The Litigation Practice Group, PC (the "Trustee"), and defendant Stripe, Inc. ("Stripe"), has come before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding.

IT IS HEREBY ORDERED:

1. The Stipulation is APPROVED in its entirety.

2. The deadline for Stripe to file its response to the Second Amended Complaint is hereby extended to **May 6, 2024**, without prejudice to further extension by agreement and order of the Court, provided, however, that such agreements contains a concrete and fulsome explanation of good cause.

###

Date: February 5, 2024

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall hold the meanings ascribed to them in the Stipulation.

2