David S. Kupetz (SBN: 125062)
david.kupetz@lockelord.com
William C. Mullen (SBN: 297272)
william.mullen@lockelord.com
LOCKE LORD LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendant
MARICH BEIN LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>　　　　　　　Debtor.<br>_____<br><br>RICHARD A. MARSHACK,<br>Chapter 11 Trustee<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TONY DIAB, et al.<br><br>　　　　　　　Defendants. | Case No. 8:23-bk-10571-SC<br><br>Adversary No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**NOTICE OF NON-OPPOSITION, INCORRECT STATEMENTS, AND RESERVATION OF RIGHTS RE TRUSTEE'S MOTION TO VOLUNTARILY DISMISS DEFENDANTS MARICH BEIN LLC AND BANKUNITED, N.A. WITHOUT PREJUDICE IN ORDER TO SEVER TRUSTEE'S CLAIMS**<br><br>Date: February 29, 2024<br>Time: 11:00 a.m.<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>　　　411 West Fourth Street<br>　　　Santa Ana, CA 92701 |

136159543

1

Defendant Marich Bein LLC ("MB") responds to "Plaintiff Richard A. Marshack's Motion to Voluntarily Dismiss Defendants Marich Bein LLC and BankUnited, N.A. Without Prejudice in Order to Sever Trustee's Claims as to these Defendants" (the "Motion") [Adv. Nos. 339, 339-1, and 339-2] as follows:

1. MB does not oppose the relief requested in the Motion.

2. MB's non-opposition is based upon the statement of the Trustee in the Memorandum of Point and Authorities (the "Memorandum") submitted in support of the Motion that "assuming the Court grants Trustee's request, the parties will be involved in the very same litigation as the current Adversary Proceeding, under a different case number without the confusion, calendaring, trial and discovery coordination with over 40 other defendants whose claims are not directly related to those alleged against Marich Bein and BankUnited." Memorandum, p. 8, line 28 – p. 9, line 4. MB notes that it is unable to verify the accuracy of this statement since the Trustee has not yet provided a draft of the new complaint the Trustee currently intends to file against MB.

3. The Memorandum contains multiple untrue and inaccurate statements and contentions, including (without limitation), the following:

    a. The Trustee incorrectly states "it has recently been discovered Marich Bein entered into approximately twenty (20) ACH receivable purchase agreements with LPG marketing companies (sometimes referred to as "cappers") purporting to purchase the cappers ACH review [sic] stream fraudulently transferred from LPG." Memorandum, p. 6, lines 5-8. MB did not enter any purchase agreement with any marketing company.

    b. The Trustee erroneously contends "[b]ecause Marich Bein, unlike other named Defendants in the 1046 Action, were purchasing LPG ACH revenue streams from cappers, the Trustee's claims as against Marich Bein differs substantially from other Defendants, Affiliates and cappers who are also the subject of separate adversary proceedings from the 1046 Action." Memorandum, p. 6, lines

17-20.  MB did not purchase anything from any capper.

    c.    The Trustee inaccurately alleges that MB "is wrongfully in possession of LPG client funds …."

    d.    The Trustee erroneously asserts that MB purchased accounts from LPG for no value or less than reasonable value.

    e.    The Trustee falsely contends that Tony Diab had an insider relationship with MB and incorrectly asserts that Diab had influence and control over MB.

    f.    The Trustee wrongly states that MB withheld funds rightly belonging to LPG.

    g.    The Trustee incorrectly alleges that LPG client funds are being held in MB accounts.

    h.    The Trustee mistakenly states that BankUnited has not answered the Trustee's second amended complaint in the above-captioned adversary proceeding.

4.    It appears that many of the statements and contentions made by the Trustee in the Memorandum are based on statements or information provided to the Trustee by Tony Diab.  The Trustee has previously asserted that Diab, a twice disbarred lawyer, is an unreliable and dishonest source of information.  MB has no doubt that Diab has provided the Trustee with inaccurate and false information.

///
///
///
///
///
///
///
///

Locke Lord LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA  90071

136159543

3

5.   MB reserves all, rights, claims, and defenses, and submission of this Notice is not intended as (a) a waiver or release of MB's rights, claims, or defenses, (b) consent to the Court's jurisdiction for any purpose other than determination of the Motion, (c) a waiver or release of any rights that MB may have to a jury trial, or (d) a waiver or release of any other right, claim, or defense.

Dated:  February 7, 2024

Respectfully submitted,

LOCKE LORD LLP

By: */s/ David Kupetz*
    David S. Kupetz
    William C. Mullen
    Attorneys for Defendant
    MARICH BEIN, LLC

**Locke Lord LLP**
300 S. Grand Avenue, Suite 2600
Los Angeles, CA  90071

136159543

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
x300 South Grand Avenue, Suite 2600, Los Angeles, CA  90071

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF NON-OPPOSITION, INCORRECT STATEMENTS, AND RESERVATION OF RIGHTS RE TRUSTEE'S MOTION TO VOLUNTARILY DISMISS DEFENDANTS MARICH BEIN LLC AND BANKUNITED, N.A. WITHOUT PREJUDICE IN ORDER TO SEVER TRUSTEE'S CLAIMS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 7, 2024    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 7, 2024    , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
JUDGE'S COPY - BY OVERNIGHT MAIL
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA  92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 7, 2024 | Mylene Ruiz | *M Ruiz* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

   - **Keith Barnett**    keith.barnett@troutman.com, kelley.wade@troutman.com

   - **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com

   - **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

   - **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

   - **Michael T Delaney**    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

   - **Christopher Ghio**    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com

   - **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

   - **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

   - **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

   - **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

   - **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

   - **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

   - **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

   - **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

   - **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

   - **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov

   - **Queenie K Ng**    queenie.k.ng@usdoj.gov

   - **Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**

- **Douglas A Plazak**  dplazak@rhlaw.com
- **Daniel H Reiss**  dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**  jonathan.serrano@dinsmore.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Johnny White**  JWhite@wrslawyers.com, jlee@wrslawyers.com

**William J Wall**  wwall@wall-law.com

**Jeremy Freedman**  jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com

**Sweeney Kelly**  kelly@ksgklaw.com

**Daniel S March**  marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**