Keith J. Barnett (State Bar No. 210436)
Keith.Barnett@Troutman.Com
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, Ga 30308
Telephone: 404.885.3423
Facsimile: 404.885.3900

Counsel for Defendant Payliance

**FILED & ENTERED**

**FEB 12 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor.<br><br>———<br><br>RICHARD A. MARSHACK,<br>Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.,<br><br>Defendants. | Case No. 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8-23-ap-01046-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Date: [No Hearing Required]<br>Time:<br>Place: |

The Court, having read and considered the Stipulation to Extend Time to Respond to Second Amended Complaint between Defendant Payliance ("Payliance") and Plaintiff Richard A.

1
ORDER APPROVING STIPULATION TO
EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Marshack, Chapter 11 Trustee ("Plaintiff"), filed February 5, 2024 [Dk. 387], and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.
2. The deadline for Payliance to file and serve any response to Plaintiff's Second Amended Complaint is extended to March 4, 2024.

Date: February 12, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2
ORDER APPROVING STIPULATION TO
EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT