MATTHEW A. LESNICK (SBN 177594)
   matt@lesnickprince.com
LISA R. PATEL (SBN 341574)
   lpatel@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth St., Suite 705
Los Angeles, CA  90015
Telephone:  (213) 493-6496
Facsimile:  (213) 493-6596

Counsel for Defendant OptimumBank Holdings, Inc. dba Optimum Bank

**FILED & ENTERED**

**FEB 13 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, PC, | Chapter 11 |
|        Debtor. | Adv. No: 8:23-ap-01046-SC |
| RICHARD A. MARSHACK, Chapter 11 Trustee, | **ORDER APPROVING STIPULATION TO EXTEND TIME FOR OPTIMUMBANK HOLDINGS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT** |
|        Plaintiff, | |
|        v. | |
| TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; | |

WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive,

Defendants.

Plaintiff Richard A. Marshack, Chapter 11 Trustee for The Litigation Practice Group, PC ("Plaintiff") and Defendant OptimumBank Holdings, Inc. dba Optimum Bank ("Defendant"), filed a "Stipulation to Extend Time For OptimumBank Holdings, Inc. to Respond to Second Amended Complaint" [Docket No. 389] (the "Stipulation").

The Court, having reviewed the Stipulation and other relevant pleadings in the adversary proceeding, and good cause appearing,

**IT IS ORDERED** that:

1. The Stipulation is approved.

2. Defendant shall have to and including March 8, 2024 to respond to the Second Amended Complaint.

###

Date: February 13, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2