| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kathleen P. March, Esq., (CA SBN 80366)<br>THE BANKRUPTCY LAW FIRM, PC<br>10524 W. Pico Blvd, Suite 212, LA, CA 90064<br>Phone: 310-559-9224;  Fax: 310-559-9133<br>Email: kmarch@BKYLAWFIRM.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Han Trinh | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>LITIGATION PRACTICE<br>GROUP, PC,<br><br>                              Debtor.<br>_____<br>RICHARD A. MARSHACK,<br>Chapter 11 Trustee,         Plaintiff,<br>                    v.<br>TONY DIAB et al.,          Defendants.<br><br>                              Debtor(s). | CASE NO.: 8:23-ap-01046-SC (bk 23-10571)<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: <u>Notice of Motion and Motion of Han Trinh for a Protective Order...</u>

   b. Date of filing of motion: <u>2/22/2024</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

   a. Briefly specify the relief requested in the motion:

   Motion requests a Protective Order ruling that: (a) the documents requested of Han Trinh by Dinsmore & Shohl are unduly burdensome and impermissibly overbroad, vague and ambiguous, (b) "instructions" and "definitions" in request shall be deleted, (c) "related to" in requests shall be changed to "evidencing", (d) Han shall not required to produce any privileged documents, including attorney-client or work product privileged, and (e) any documents produced shall be produced at the time of the deposition, not before.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                Page 1                              **F 9075-1.1.APP.SHORT.NOTICE**

b. Identify the parties affected by the relief requested in the motion:

   Richard Marshack, Chapter 11 Trustee, by his special counsel Dinsmore & Shohl, and Han Trinh, movant.  Counsel has not been informed that any other party intends to participate in Han Trinh's deposition.

c. State the reasons necessitating a hearing on shortened time:

   The deposition of Han Trinh is set for 3/1/24 at 10:00am, which is not enough time to have the motion for protective order heard on regular notice before that date.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 2/22/2024

The Bankruptcy Law Firm, PC
Printed name of law firm

/s/ Kathleen P. March
Signature of individual Movant or attorney for Movant

Kathleen P. March
Printed name of individual Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9075-1.1.APP.SHORT.NOTICE**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kathleen P. March, Esq., (CA SBN 80366)<br>THE BANKRUPTCY LAW FIRM, PC<br>10524 W. Pico Blvd, Suite 212, LA, CA 90064<br>Phone: 310-559-9224;  Fax: 310-559-9133<br>Email: kmarch@BKYLAWFIRM.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Han Trinh | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Santa Ana* DIVISION**

| In re:<br><br>LITIGATION PRACTICE<br>GROUP, PC,<br>                    Debtor.<br>_____<br>RICHARD A. MARSHACK<br>Chapter 11 Trustee,          Plaintiff,<br>              v.<br>        TONY DIAB et al.,       Defendants. | CASE NO.:  8:23-ap-01046-SC (8:23-bk-10571-SC)<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>         **[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): Han Trinh

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: HAN TRINH'S NOTICE OF MOTION, AND MOTION FOR PROTECTIVE ORDER, PURSUANT TO FRCP 26(c)(1)(A),(D) &(G) [FRBP RULE 7026], & FRCP 45(d)(3)(A)(iii) & (iv) [FRBP RULE 9016];  BECAUSE HAN IS A NON-PARTY WITNESS IN ADV PROC. 8:23-ap-01046-SC, AND SUBPOENAING NON-PARTY WITNESS HAN TO PRODUCE A 68 CATEGORIES OF DOCUMENTS AT HER DEPOSITION IS UNDULY BURDENSOME, AND SAID 68 CATEGORIES OF DOCUMENTS DEMAND IS ADDITIONALLY IMPERMISSIBLY BROAD, VAGUE & AMBIGUOUS, INCLUDING BECAUSE EACH OF THE 68 CATEGORIES STATES "RELATED TO", AND IS MADE EVEN MORE COMPLICATED BY MULTI-PAGE "INSTRUCTIONS" AND "DEFINITIONS"; HAN TRINH AND K.P. MARCH DECLS.

   b. *Date of filing of motion:* 2/22/24

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: 2/22/24

**EXHIBIT A**

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                         Page 1                         F 9075-1.1.ORDER.SHORT.NOTICE

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☐ The Application is granted, and it is further ordered that:

   (1) ☐ A hearing on the motion will take place as follows:

   | **Hearing date:** | **Place:** |
   |---|---|
   | **Time:** | ☐ **255 East Temple Street, Los Angeles, CA 90012** |
   | **Courtroom:** | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
   |  | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
   |  | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
   |  | ☐ **1415 State Street, Santa Barbara, CA 93101** |

   (2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

   | (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
   |---|---|
   | Date: |  |
   | Time: |  |
   |  | ☐ See attached page |
   |  | (C) *Telephonic notice is also required upon* the United States trustee |

   (3) ☐ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

   (A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First class mail  ☐ Facsimile*  ☐ Email*

   | (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
   |---|---|
   | Date: |  |
   | Time: |  |
   |  | ☐ See attached page |
   |  | (D) *Service is also required upon*: |
   |  | -- United States trustee *(electronic service is not permitted)* |
   |  | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*         Page 2         **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☐ one of the methods checked    ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

---

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☐ one of the methods checked    ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

---

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked    ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 3                **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>  Date:<br><br>  Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>  -- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>  -- United States trustee *(electronic service is not permitted)*<br>  -- Judge's Copy personally delivered to chambers<br>    (*see Court Manual for address*) |

(7) ☐  Other requirements:

(8) ☐  No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☐ no later than:    Date:          Time:

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                   Page 4                   **F 9075-1.1.ORDER.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___2/22/24___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

n/a

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __2/22/24_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/22/24 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**</u>

- **Keith Barnett**   keith.barnett@troutman.com, kelley.wade@troutman.com
- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jeremy Freedman**   jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Daniel S March**   marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Zev Shechtman**   zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**   wwall@wall-law.com
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**