| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kathleen P. March, Esq., (CA SBN 80366)<br>THE BANKRUPTCY LAW FIRM, PC<br>10524 W. Pico Blvd, Suite 212, LA, CA 90064<br>Phone: 310-559-9224;  Fax: 310-559-9133<br>Email: kmarch@BKYLAWFIRM.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Han Trinh | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 22 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Santa Ana* DIVISION**

| In re:<br><br>LITIGATION PRACTICE GROUP, PC,<br>                                        Debtor.<br>_____<br>RICHARD A. MARSHACK<br>Chapter 11 Trustee,          Plaintiff,<br>                v.<br>           TONY DIAB et al.,         Defendants. | CASE NO.: 8:23-ap-01046-SC (8:23-bk-10571-SC)<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>               **[LBR 9075-1(b)]** |

**Movant** (*name*): Han Trinh

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*:  HAN TRINH'S NOTICE OF MOTION, AND MOTION FOR PROTECTIVE ORDER, PURSUANT TO FRCP 26(c)(1)(A),(D) &(G) [FRBP RULE 7026], & FRCP 45(d)(3)(A)(iii) & (iv) [FRBP RULE 9016];  BECAUSE HAN IS A NON-PARTY WITNESS IN ADV PROC. 8:23-ap-01046-SC, AND SUBPOENAING NON-PARTY WITNESS HAN TO PRODUCE A 68 CATEGORIES OF DOCUMENTS AT HER DEPOSITION IS UNDULY BURDENSOME, AND SAID 68 CATEGORIES OF DOCUMENTS DEMAND IS ADDITIONALLY IMPERMISSIBLY BROAD, VAGUE & AMBIGUOUS, INCLUDING BECAUSE EACH OF THE 68 CATEGORIES STATES "RELATED TO", AND IS MADE EVEN MORE COMPLICATED BY MULTI-PAGE "INSTRUCTIONS" AND "DEFINITIONS"; HAN TRINH AND K.P. MARCH DECLS.

    b. *Date of filing of motion:* 2/22/24

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 2/22/24

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                         Page 1                                       **F 9075-1.1.ORDER.SHORT.NOTICE**

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

      (1) ☒ A hearing on the motion will take place as follows:

      | | |
      |---|---|
      | **Hearing date:** 2/29/24 <br> **Time:** 11:00 a.m. <br> **Courtroom:** 5C | **Place:** <br> ☐ 255 East Temple Street, Los Angeles, CA 90012 <br> ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 <br> ☐ 3420 Twelfth Street, Riverside, CA 92501 <br> ☒ 411 West Fourth Street, Santa Ana, CA 92701 <br> ☐ 1415 State Street, Santa Barbara, CA 93101 |

      (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

      | (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
      |---|---|
      | Date: 2/22/24 <br><br> Time: 6:00 p.m. | *All interested parties* <br><br> ☐ See attached page <br><br> (C) _Telephonic notice is also required upon_ the United States trustee |

      (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☒ one of the methods checked    ☐ all of the methods checked

         (A) ☒ Personal Delivery    ☐ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☒ Email*

      | (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
      |---|---|
      | Date: 2/24/24 <br><br> Time: 6:00 p.m. | All interested parties <br><br><br> ☐ See attached page <br><br> (D) S_ervice is also required upon_: <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's copy personally delivered to chambers <br>   (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 2                                      **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) <u>Deadlines:</u><br>Date: 2/22/24<br><br>Time: 6:00 p.m. | (C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u><br><br>All interested parties.<br><br>☐ See attached page<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |
|---|---|

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) <u>Deadlines:</u><br>Date: 2/28/24<br><br>Time: 11:00 a.m. | (C) <u>Persons/entities to be served with written opposition to the motion:</u><br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>All interested parties.<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 3                    **F 9075-1.1.ORDER.SHORT.NOTICE**

|     | (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
| --- | --- | --- |
|     | Date: | -- All persons/entities who filed a written opposition |
|     | Time: |  |
|     |  | (D) *Service is also required upon*: |
|     |  | -- United States trustee *(electronic service is not permitted)* |
|     |  | -- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

  ☒ at least 2 days before the hearing.
  ☐ no later than:    Date:        Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 22, 2024

*[signature]*
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**