Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Han Trinh on Motion*
*for Protective Order*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC<br><br>Debtor.<br><hr>Trustee Marshack<br><br>v.<br><br>Tony Diab et al (includes Greyson Law Center, PC is a defendant) | Bankruptcy Case No. 8:23-bk-10571-SC<br><br>Adv. Proc. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING, SET ON SHORTENED TIME, ON HAN TRINH'S MOTION FOR PROTECTIVE ORDER [DKT. 403]**<br><br>Hearing on Han Trinh's Motion for a Protective Order is set, on shortened time, for:<br>Date: February 29, 2024<br>Time: 11:00 a.m.<br>Place: Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:<br>411 West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |

To Richard Marshack, Chapter 11 Trustee and his counsel, Office of the U.S. Trustee, and the Court:

Han Trinh files and serves this Notice, pursuant to the Court's Order that is dkt. 405, to inform interested parties that Han Trinh's *Notice of Motion, and Motion for Protective Order, Pursuant to FRCP 26(c)(1)(A),(D) &(G) [FRBP Rule 7026], & FRCP 45(d)(3)(A)(iii) & (iv) [FRBP Rule 9016]; Because Han is a Non-Party*

---
**NOTICE OF HEARING, SET ON SHORTENED TIME, ON HAN TRINH'S MOTION FOR PROTECTIVE ORDER [DKT. 403]**    1

*Witness in Adv Proc. 8:23-ap-01046-SC, and Subpoenaing Non-Party Witness Han to Produce 68 Categories of Documents at Her Deposition is Unduly Burdensome, and Said 68 Categories of Documents Demand is Additionally Impermissibly Broad, Vague & Ambiguous, Including Because Each of The 68 Categories States "Related To", and is Made Even More Complicated by Multi-Page "Instructions" and "Definitions"; Han Trinh and K.P. March Decls.* has been set for hearing, on shortened time, on **February 29, 2024 at 11:00 a.m.** at 411 West Fourth Street, Santa Ana, CA 92701, Courtroom 5C of Hon. Scott Clarkson (by Zoom.gov or in person, per Judge Clarkson's usual procedures).

Any written **Opposition** to the motion must be filed with the court and served, no later than **February 28, 2024 at 11:00 a.m.**, upon:

(1) Movant's attorney, Kathleen P. March, Esq. of The Bankruptcy Law Firm, PC (electronic service permitted),

(2) The United States Trustee (electronic service <u>not</u> permitted), and

(3) The Court (by personally delivering a judge's copy to chambers).

Any Reply to any opposition is to be made orally at the hearing.

A copy of the Court's Order Granting Application and Setting Hearing on Shortened Notice [dkt. 405] is attached hereto.

Dated:  February 22, 2024        THE BANKRUPTCY LAW FIRM, PC
           ___/s/ Kathleen P. March_____
           By Kathleen P. March, Esq., counsel for non-party witness Han Trinh on Motion

**NOTICE OF HEARING, SET ON SHORTENED TIME, ON HAN TRINH'S MOTION FOR PROTECTIVE ORDER [DKT. 403]**                                                  2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kathleen P. March, Esq., (CA SBN 80366)<br>THE BANKRUPTCY LAW FIRM, PC<br>10524 W. Pico Blvd, Suite 212, LA, CA 90064<br>Phone: 310-559-9224;  Fax: 310-559-9133<br>Email: kmarch@BKYLAWFIRM.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Han Trinh | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 22 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Santa Ana* DIVISION**

| In re:<br><br>LITIGATION PRACTICE<br>GROUP, PC,<br>                           Debtor.<br>_____<br>RICHARD A. MARSHACK<br>Chapter 11 Trustee,         Plaintiff,<br>              v.<br>          TONY DIAB et al.,           Defendants. | CASE NO.:  8:23-ap-01046-SC (8:23-bk-10571-SC)<br>CHAPTER:  11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>          **[LBR 9075-1(b)]** |

**Movant** (*name*): Han Trinh

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*:  HAN TRINH'S NOTICE OF MOTION, AND MOTION FOR PROTECTIVE ORDER, PURSUANT TO FRCP 26(c)(1)(A),(D) &(G) [FRBP RULE 7026], & FRCP 45(d)(3)(A)(iii) & (iv) [FRBP RULE 9016];  BECAUSE HAN IS A NON-PARTY WITNESS IN ADV PROC. 8:23-ap-01046-SC, AND SUBPOENAING NON-PARTY WITNESS HAN TO PRODUCE A 68 CATEGORIES OF DOCUMENTS AT HER DEPOSITION IS UNDULY BURDENSOME, AND SAID 68 CATEGORIES OF DOCUMENTS DEMAND IS ADDITIONALLY IMPERMISSIBLY BROAD, VAGUE & AMBIGUOUS, INCLUDING BECAUSE EACH OF THE 68 CATEGORIES STATES "RELATED TO", AND IS MADE EVEN MORE COMPLICATED BY MULTI-PAGE "INSTRUCTIONS" AND "DEFINITIONS"; HAN TRINH AND K.P. MARCH DECLS.

    b. *Date of filing of motion:* 2/22/24

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 2/22/24

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*              Page 1              **F 9075-1.1.ORDER.SHORT.NOTICE**

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

      (1) ☒  A hearing on the motion will take place as follows:

      | **Hearing date:** 2/29/24 | **Place:** |
      |---|---|
      | **Time:** 11:00 a.m. | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
      | **Courtroom:** 5C | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
      |  | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
      |  | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
      |  | ☐ 1415 State Street, Santa Barbara, CA 93101 |

      (2) ☒  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

      | (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
      |---|---|
      | Date: 2/22/24 |  |
      | Time: 6:00 p.m. | *All interested parties* |
      |  | ☐ See attached page |
      |  | (C) *Telephonic notice is also required upon* the United States trustee |

      (3) ☒  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

         (A) ☒ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

      | (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
      |---|---|
      | Date: 2/24/24 | All interested parties |
      | Time: 6:00 p.m. |  |
      |  | ☐ See attached page |
      |  | (D) *Service is also required upon*: |
      |  | -- United States trustee *(electronic service is not permitted)* |
      |  | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 2                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: 2/22/24<br><br>Time: 6:00 p.m. | *All interested parties.*<br><br>☐ See attached page<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: 2/28/24<br><br>Time: 11:00 a.m. | -- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>*All interested parties.*<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
> ☐ no later than:    Date:        Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 22, 2024

_Scott C. Clarkson_
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING, SET ON SHORTENED TIME, ON HAN TRINH'S MOTION FOR PROTECTIVE ORDER [DKT. 403]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___2/22/24___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) ____2/22/24___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Office of the U.S. Trustee
Attn: Kenneth Misken, Esq.
411 W. Fourth St., Ste. 7160
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __2/22/24__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/22/24 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**</u>

- **Keith Barnett**  keith.barnett@troutman.com, kelley.wade@troutman.com
- **Eric Bensamochan**  eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**  christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**  mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jeremy Freedman**  jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **Christopher Ghio**  christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Sweeney Kelly**  kelly@ksgklaw.com
- **Meredith King**  mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**  David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**  Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Daniel S March**  marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Lisa Patel**  lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Douglas A Plazak**  dplazak@rhlaw.com
- **Daniel H Reiss**  dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**  jonathan.serrano@dinsmore.com
- **Zev Shechtman**  zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**  wwall@wall-law.com
- **Johnny White**  JWhite@wrslawyers.com, jlee@wrslawyers.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      **F 9013-3.1.PROOF.SERVICE**