Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Han Trinh on Motion*
*for Protective Order*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC<br><br>Debtor.<br><br>―――――――――<br><br>Trustee Marshack<br><br>v.<br><br>Tony Diab et al (includes Greyson Law Center, PC is a defendant) | Bankruptcy Case No. 8:23-bk-10571-SC<br><br>Adv. Proc. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**DECLARATION OF PAIGE ROLFE, ESQ. RE: COMPLIANCE WITH NOTICE REQUIREMENTS OF ORDER SHORTENING TIME [DKT. 405] FOR HEARING ON HAN TRINH'S MOTION FOR PROTECTIVE ORDER [DKT. 403]**<br><br><u>Hearing on Han Trinh's Motion for a Protective Order is set, on shortened time, for:</u><br>Date: February 29, 2024<br>Time: 11:00 a.m.<br>Place: Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:<br>411 West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |

**DECLARATION OF PAIGE ROLFE, ESQ. RE: COMPLIANCE WITH NOTICE REQUIREMENTS OF ORDER SHORTENING TIME [DKT. 405] FOR HEARING ON HAN TRINH'S MOTION FOR PROTECTIVE ORDER [DKT. 403]**

1

# DECLARATION OF PAIGE ROLFE, ESQ.

I, PAIGE ROLFE, declare:

1. I am over the age of eighteen and am employed as an attorney with The Bankruptcy Law Firm, PC, counsel of record for Han Trinh, a non-party in the above-captioned adversary proceeding.

2. The following declaration is based on my personal knowledge.

3. Today, 2/22/24, The Bankruptcy Law Firm, PC filed Han Trinh's Motion for a Protective Order [dkt. 403], with an accompanying application [dkt. 404] to shorten time for hearing on that Motion. The Court entered a Order [dkt. 405] granting the application and setting hearing on shortened notice, for 2/29/24 at 11:00 a.m..

4. Pursuant to that Order, I did the following:

    a. At approximately 3:00pm on 2/22/24, I called Dinsmore & Shohl LLP and asked to speak to either Christopher Ghio, Christopher Celentino, or Jeremy Freedman. I was put through to Christopher Ghio's voicemail box and left a voicemail message giving him telephonic notice of the 2/29/24 at 11:00am hearing on Han's Motion for a Protective Order. I left my name and phone number in the message.

    b. At approximately 3:10pm on 2/22/24, I called the Office of the US Trustee. I was not able to speak to a human, but left a voicemail message on the general voicemail box giving the U.S. Trustee

---

**DECLARATION OF PAIGE ROLFE, ESQ. RE: COMPLIANCE WITH NOTICE REQUIREMENTS OF ORDER SHORTENING TIME [DKT. 405] FOR HEARING ON HAN TRINH'S MOTION FOR PROTECTIVE ORDER [DKT. 403]**    2

telephonic notice of the 2/29/24 at 11:00am hearing on Han's Motion for a Protective Order. I left my name and phone number in the message.

5. Today, 2/22/24, I prepared and filed a Notice of Hearing which attaches the Court's dkt. 405 Order. I served the Notice and Order upon:

   a. Richard Marshack, Chapter 11 Trustee, to his counsel Dinsmore & Shohl, electronically via CM/ECF,

   b. The Office of the US Trustee, by sending a paper copy via U.S. First Class Mail to: United States Trustee, Attn: Kenneth Misken, Esq., 411 W. Fourth St., Suite 7160, Santa Ana, CA 92701-4593, and

   c. The Court, by sending a judge's copy by FedEx Express Overnight service (personal delivery).

6. Today, 2/22/24, I served the dkt. 403 Motion for a Protective Order, plus its attached declarations and exhibits, upon:

   a. Richard Marshack, Chapter 11 Trustee, to his counsel Dinsmore & Shohl, electronically via CM/ECF (at the time it was filed),

   b. The Office of the US Trustee, by sending a paper copy via U.S. First Class Mail to: United States Trustee, Attn: Kenneth Misken, Esq., 411 W. Fourth Ste., Suite 7160, Santa Ana, CA 92701-4593, and

   c. The Court, by sending a judge's copy by FedEx Express Overnight

**DECLARATION OF PAIGE ROLFE, ESQ. RE: COMPLIANCE WITH NOTICE REQUIREMENTS OF ORDER SHORTENING TIME [DKT. 405] FOR HEARING ON HAN TRINH'S MOTION FOR PROTECTIVE ORDER [DKT. 403]**                                                                                3

service (personal delivery).

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed by me at Los Angeles, California on February 22, 2024.

_____
PAIGE ROLFE, ESQ.

---

DECLARATION OF PAIGE ROLFE, ESQ. RE: COMPLIANCE WITH NOTICE REQUIREMENTS OF ORDER SHORTENING TIME [DKT. 405] FOR HEARING ON HAN TRINH'S MOTION FOR PROTECTIVE ORDER [DKT. 403]

4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF PAIGE ROLFE, ESQ. RE: COMPLIANCE WITH NOTICE REQUIREMENTS OF ORDER SHORTENING TIME [DKT. 405] FOR HEARING ON HAN TRINH'S MOTION FOR PROTECTIVE ORDER [DKT. 403]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___2/22/24___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

N/A

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __2/22/24_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/22/24 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**</u>

- **Keith Barnett**   keith.barnett@troutman.com, kelley.wade@troutman.com
- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jeremy Freedman**   jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Daniel S March**   marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Zev Shechtman**   zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**   wwall@wall-law.com
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**