1  CHRISTOPHER B. GHIO (259094)
   christopher.ghio@dinsmore.com
2  CHRISTOPHER CELENTINO (131688)
   christopher.celentino@dinsmore.com
3  JEREMY B. FREEDMAN (308752)
   jeremy.freedman@dinsmmore.com
4  DINSMORE & SHOHL LLP
5  655 West Broadway, Suite 800
   San Diego, California 92101
6  Tele:    619.400.0500
7  Fax:     619.400.0501

8  Special Counsel to Richard A. Marshack
   Chapter 11 Trustee for the Bankruptcy Estate of
9  The Litigation Practice Group PC

**FILED & ENTERED**

**FEB 26 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Adv. Proc. No. 8:23-ap-01046-SC |
| Debtor. | Chapter 11 |
| Richard A. Marshack, | **ORDER GRANTING STIPULATION TO CONTINUE THE MARCH 13, 2024 HEARING ON DEFENDANT BIANCA LOLI'S MOTION TO DISMISS (DOCKET NO. 300)** |
| Plaintiff, | |
| v. | |
| TONY DIAB, et al. | |
| | Judge:    Hon. Scott C. Clarkson |
| Defendants. | **Current Hearing:**<br>Date:    March 13, 2024<br>Time:    11:00 a.m.<br>Place:   ZoomGov |
| | **Continued Hearing:**<br>Date:    March 27, 2024<br>Time:    11:00 a.m.<br>Place:   ZoomGov |

1

On February 23, 2024, Richard A. Marshack in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Group P.C. ("LPG" or "Debtor"), and Defendant Bianca Loli ("Loli"), entered into a Stipulation ("Stipulation") [Dkt. No. 412 for Order granting the request to continue Loli's Motion to Dismiss scheduled for March 13, 2024 to March 27, 2024, at 11:00 a.m.

Having considered the stipulation, and the docket as a whole, and finding good cause, hereby GRANTS the Stipulation.

**IT IS SO ORDERED.**

###

Date: February 26, 2024

Scott C. Clarkson
United States Bankruptcy Judge

1