CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
JEREMY B. FREEDMAN (308752)
jeremy.freedman@dinsmmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele:   619.400.0500
Fax:    619.400.0501

Special Counsel to Richard A. Marshack
Chapter 11 Trustee for the Bankrupcy Estate of
The Litigation Practice Group PC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Adv. Proc. No. 8:23-ap-01046-SC |
| Debtor. | Chapter 11 |
| RICHARD A. MARSHACK, | **DECLARATION OF JEREMY B. FREEDMAN IN OPPOSITION OF PLAINTIFF RICHARD A. MARSHACK, CHAPTER 11 TRUSTEE TO HAN TRINH'S NOTICE OF MOTION, AND MOTION FOR PROTECTIVE ORDER [Adv. Dkt. No. 403]** |
| Plaintiff, | |
| v. | |
| TONY DIAB, et al. | |
| Defendants. | Date:    February 29, 2024<br>Time:   11:00 a.m.<br>Judge:  Hon. Scott C. Clarkson<br>Place:  Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, California  92701 |

1

I, JEREMY B. FREEDMAN, declare as follows:

1. I am an attorney at law duly licensed to practice law by the State Bar of California and admitted to practice before this Court. I am a senior associate with the law firm of Dinsmore & Shohl LLP, serving as Special Counsel to Richard A. Marshack, Chapter 11 Trustee for the Bankruptcy Estate of The Litigation Practice Group PC. I make this declaration in response to *Han Trinh's* ("Han") Motion for Protective Order *[Adv. Dkt No. 403]* (hereinafter "MPO") in Adversary Proceeding No. 8:23-ap-1046-SC ("1046 Action"). I have personal knowledge of the facts contained in this declaration, and if called upon to testify, I could and would testify competently thereto.

2. On February 2, 2024, Han Trinh ("Han") was duly served in person with Trustee's Deposition Subpoena with requests for production of documents. A true and correct copy of Trustee's Deposition Subpoena and Proof of Service is attached hereto as **Exhibit 1**. Trustee made every effort to ensure the scope and breadth of the document requests directed to Han was limited and narrowly drafted, based on the information known to Trustee to date.

3. At 5:00 pm on February 19, 2024, Han served her untimely blanket Objection to Trustee's Deposition Subpoena. A true and correct copy of the email serving Han's Objection is attached hereto as **Exhibit 2**. A true and correct copy of Han's untimely blanket Objection is attached as **Exhibit 3**.

4. A true and correct copy of an email sent by me in a good faith effort to meet and confer with Han and ascertain the nature of her Objection to better understand the dispute in order to work towards a resolution sent on February 20, 2024 at 1:36 pm is attached hereto as **Exhibit 4**.

5. A true and correct copy of a threatening email demanding Trustee agree to unreasonable requests immediately sent from counsel for Han received at 5:42 pm on February 21, 2024 is attached hereto as **Exhibit 5**.

6. A true and correct copy of Han's February 21, 2024 email received at 11:15 a.m. again demanding immediate response is attached hereto as **Exhibit 6**.

7. In response to Han's threatening emails demanding immediate response, I further attempted to engage in a good faith meet and confer process requesting an explanation of Han's objection and grounds for such objection. Further, Trustee offered a reasonable resolution to the

2

dispute despite not having any legal authority or grounds for doing so, but in hopes that by reaching a compromise, we could proceed with the deposition as currently scheduled. A true and correct copy of my February 21, 2024 email to counsel for Han sent at 2:45 pm is attached hereto as **Exhibit 7**.

8. A true and correct copy of an email from counsel for Han indicating she would not negotiate and terminating the meet and confer process sent at 4:20 pm on February 21, 2024 is attached hereto as **Exhibit 8**.

9. At true and correct copy of BAT, Inc.'s (SOS ID No. 4277654) March 2, 2023 Statement of Information obtained from the California Secretary of State website on February 26, 2024 is attached hereto as **Exhibit 9**.

10. Special Counsel for Trustee has spoken to former LPG attorneys who were then transferred to Oakstone then Greyson as each entity shuttered. During these conversations, attorneys have produced text messages with those in charge, including Han. True and correct copies of text messages between Han and LPG attorneys transferred to Oakstone and then to Greyson dated February 24, 2023, March 21, 2023 and April 12-28, 2023 are attached hereto as **Exhibits 10, 11 and 12** respectively.

11. On December 22, 2024, as part of Trustee's good faith efforts to meet and confer with counsel for Greyson as to its Motion to Vacate the Preliminary Injunction [Adv. Dkt. No. 290] and in an attempt to resolve certain issues including Han's purported use of her personal credit card to pay for Greyson's Microsoft Account, counsel for Trustee, Christopher Celentino, asked Han to produce proof of payment, receipts or source of funds used to pay her personal credit card at Wells Fargo Bank. A true and correct copy of the December 22, 2024 meet and confer email to counsel for Greyson/Han is attached hereto as **Exhibit 13**. To this date, counsel for Trustee has not been provided with this information to resolve whether or not the funds came from LPG, or using LPG transferred funds to BAT, Inc., PrimeLogix, Vulcan or any other entity controlled by Diab. One reasonable inference that can be drawn from her refusal to provide proof of source of funds, is that Han cannot produce such records because they will show her credit card was paid with LPG funds. In any event, since Han refuses to produce such evidence informally, formal discovery is necessary.

12. Trustee's document requests are also relevant to proving Trustee's claims not only in

the 1046 Action, but all other Adversary Proceedings brought by Trustee and those yet to be brought, including but not limited to AP No. 8:23-ap-01098-SC, among others.

13. I am a senior associate with Dinsmore & Shohl, LLP. My hourly rate is $455.00 per hour. As a result of Han filing her frivolous, untimely and unnecessary MPO, Trustee respectfully requests the Court award $6,734.00, as detailed below:

   a. I have spent a total of 13.3 hours reviewing Han's MPO and declarations; speaking to witnesses to obtain evidence; reviewing evidence provided; obtaining a declaration; drafting the detailed and comprehensive opposition well supported by case law, evidence and sound reasoning and drafting this declaration and gathering all the evidence attached hereto. The amount of time sought does not include all of the time spent related to this manufactured dispute, nor does it include any time partner attorneys Christopher Ghio and Christopher Celentino spent in opposing Han's MPO.

   b. Given the issues presented, I anticipate Han and her counsel may file some improper pleading after Trustee files its opposition to the MPO. In this event, I anticipate an additional .5 hours to review in order to address at the hearing on Han's MPO. Further, I anticipate the hearing on Han's MPO will last approximately 1 hour.

   c. Based thereon, the total hours sought to be reimbursed is 14.8 hours, which is $6,734.00 Assuming Han does not file any pleading relate to her MPO in response to Trustee's opposition, the total amount of time spent is 14.3 hours, which is $6,506.50.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of February 2024 at San Diego, California.

_____
Jeremy B. Freedman

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JEREMY B. FREEDMAN IN OPPOSITION OF PLAINTIFF RICHARD A. MARSHACK, CHAPTER 11 TRUSTEE TO HAN TRINH'S NOTICE OF MOTION, AND MOTION FOR PROTECTIVE ORDER [Adv. Dkt. No. 403]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 27, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Keith Barnett | keith.barnett@troutman.com |
| on behalf of Defendant Payliance, LLC | kelley.wade@troutman.com |

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 27, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Tony Diab
1278 Glenneyre Street
Laguna Beach, California 92651

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 27, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY - VIA FEDEX**
Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 27, 2024 | Nicolette D. Murphy | /s/ *Nicolette D. Murphy* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Leslie A Cohen<br>on behalf of Defendant Lisa Cohen | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Defendant Rosa Bianca Loli | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Michael T Delaney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | mdelaney@bakerlaw.com<br>tbreeden@bakerlaw.com |
| Jeremy B. Freedman<br>on behalf of Plaintiff Richard A. Marshack | jeremy.freedman@dinsmore.com<br>nicolette.murphy@dinsmore.com |
| Jeremy B. Freedman<br>on behalf of Trustee Richard A. Marshack (TR) | jeremy.freedman@dinsmore.com<br>nicolette.murphy@dinsmore.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>deamira.romo@dinsmore.com |
| Christopher Ghio<br>on behalf of Trustee Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>deamira.romo@dinsmore.com |
| Eric D Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Meredith King<br>on behalf of Defendant Gallant Law Group | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC | David.Kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 6    **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Matthew A. Lesnick<br>on behalf of Defendant Optimumbank Holdings, Inc. d/b/a Optimum Bank | matt@lesnickprince.com<br>matt@ecf.inforuptcy.com<br>jmack@lesnickprince.com |
| Daniel A Lev<br>on behalf of Defendant Consumer Legal Group, PC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Defendant LGS Holdco, LLC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Daniel S. March<br>on behalf of Defendant Daniel S. March | marchlawoffice@gmail.com<br>marchdr94019@notify.bestcase.com |
| Kathleen P. March<br>on behalf of Defendant Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Han Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Jayde Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Lisa Patel<br>on behalf of Defendant OptimumBank Holdings, Inc. | lpatel@lesnickprince.com<br>jmack@lesnickprince.com<br>jnavarro@lesnickprince.com |
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald N Richards<br>on behalf of Defendant Consumer Legal Group, PC | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |
| Zev Shechtman<br>on behalf of Interested Party Morning Law Group, P.C. | zs@danninggill.com<br>danninggill@gmail.com<br>zshechtman@efc.inforuptcy.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 7      **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |
| Kelly Sweeney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Worldpay, LLC | kelly@ksgklaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| William J. Wall<br>on behalf of Witness Bradford Lee | wwall@wall-law.com |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 8      **F 9013-3.1.PROOF.SERVICE**