# EXHIBIT 2

**Freedman, Jeremy**

| | |
|---|---|
| **From:** | K. P. March <kmarch@bkylawfirm.com> |
| **Sent:** | Monday, February 19, 2024 5:05 PM |
| **To:** | Celentino, Christopher; Ghio, Christopher; Freedman, Jeremy; Serrano, Jonathan |
| **Subject:** | to attys Celentino, Ghio, Freedman & Serrano, from KPMarch Esq., Bky LF (attys for Han Trinh):  Serving you with the attached Objection of Han Trinh.  Please REPLY to confirm receipt.  Thx. |
| **Attachments:** | Han Trinh 3 Objections to RPD & depo subpoena served on Trustee attys 021924.pdf |

021924 at 5:pm

To attys Celentino, Ghio, Freedman & Serrano, from KPMarch Esq., Bky LF (attys for Han Trinh):  Serving you with the attached Objection of Han Trinh.  Please REPLY to confirm receipt.  Thx.

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax:  310-559-9133
E-mail:  kmarch@BKYLAWFIRM.com
Website:  www.BKYLAWFIRM.com
*"Have a former bankruptcy judge for your personal bankruptcy attorney"*