# EXHIBIT 3

Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC on Greyson's
Motion to Vacate, on Greyson's Motion for Admin.
Claim, and defending Greyson in adv proc.*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC<br><br>Debtor.<br><br>Richard A. Marshack Chapter 11 Trustee<br><br>v.<br><br>Tony Diab et al. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Adversary Proceeding 8:23-ap-01046-SC<br>Chapter 11<br><br>**OBJECTION** OF HAN TRINH THAT SHE IS A NON-PARTY WITNESS IN ADV PROC. 8:23-AP-01046-SC, WHO WILL **NOT** PRODUCE ANY DOCUMENTS PURSUANT TO TRUSTEE'S FRBP RULE 7034 REQUEST FOR PRODUCTION OF DOCUMENTS, BECAUSE ONLY PARTIES—NOT NON-PARTY HAN—MAY BE SERVED WITH A RULE 7034 REQUEST TO PRODUCE DOCUMENTS;<br><br>**OBJECTION** OF HAN TRINH THAT REQUEST IN DEPOSITION SUBPOENA TO PRODUCE DOCUMENTS IS FATALLY DEFECTIVE—NOTHING FILLED IN;<br><br>**OBJECTION** OF HAN TRINH THAT EVEN IF DEPOSITION SUBPOENA WAS NOT FATALLY DEFECTIVE, THAT SUBPOENAING NON-PARTY |

---

**HAN TRINH'S 3 OBJECTIONS: (1) HAN, A NON-PARTY WITNESS, IS NOT SUBJECT TO BEING SERVED WITH A FRBP RULE 7034 REQUEST TO PRODUCE DOCUMENTS, AND WILL NOT PRODUCE ANY DOCUMENTS PURSUANT TO TRUSTEE'S FRBP RULE 7034 REQUEST; (2) REQUEST IN DEPOSITION SUBPOENA TO PRODUCE DOCUMENTS IS FATALLY DEFECTIVE; (3) SUBPOENAING NON-PARTY WITNESS TO PRODUCE A 68 ITEM LIST OF DOCUMENTS AT DEPOSITION IS <u>UNDULY BURDENSOME</u>, AND 68 ITEM REQUEST IS ADDITIONALLY <u>IMPERMISSIBLY BROAD, VAGUE & AMBIGUOUS</u>**

1

**WITNESS HAN TO PRODUCE A 68 ITEM LIST OF DOCUMENTS AT HER DEPOSITION IS <u>UNDULY BURDENSOME</u>, AND THAT SAID 68 ITEM REQUEST IS ADDITIONALLY <u>IMPERMISSIBLY BROAD, VAGUE & AMBIGUOUS</u>, INCLUDING BECAUSE EACH OF THE 68 ITEMS STATES "RELATED TO"**

<u>Han Trinh is subpoenaed to give her deposition on</u>:
Date: March 1, 2024
Time: 10:00AM
Place: Dinsmore & Shohl LLP, 655 West Broadway, Suite 800, San Diego, CA 92101

**I.    <u>OBJECTION</u> OF HAN TRINH THAT SHE IS A NON-PARTY WITNESS IN ADV PROC. 8:23-AP-01046-SC, WHO WILL <u>NOT</u> PRODUCE ANY DOCUMENTS PURSUANT TO TRUSTEE'S FRBP RULE 7034 *REQUEST TO PRODUCE DOCUMENTS*, BECAUSE ONLY PARTIES—<u>NOT</u> NON-PARTY HAN—MAY BE SERVED WITH A RULE 7034 *REQUEST TO PRODUCE DOCUMENTS***

Han Trinh is a non-party witness in adversary proceeding 8:23-ap-01046-SC. She was dismissed from Trustee's original complaint, and she was dismissed a second time, from Trustee's amended complaint [adv proc dkt. 219, entered on 10/5/23 and adv proc. Dkt.250, entered on 10/27/23, are those dismissals].

A FRCP Rule 34 [FRBP Rule 7034] *Request to Produce Documents* may only be served on a party to an adversary proceeding, and cannot be served on a non-party

---

**HAN TRINH'S 3 OBJECTIONS: (1) HAN, A NON-PARTY WITNESS, IS NOT SUBJECT TO BEING SERVED WITH A FRBP RULE 7034 REQUEST TO PRODUCE DOCUMENTS, AND WILL NOT PRODUCE ANY DOCUMENTS PURSUANT TO TRUSTEE'S FRBP RULE 7034 REQUEST; (2) REQUEST IN DEPOSITION SUBPOENA TO PRODUCE DOCUMENTS IS FATALLY DEFECTIVE; (3) SUBPOENAING NON-PARTY WITNESS TO PRODUCE A 68 ITEM LIST OF DOCUMENTS AT DEPOSITION IS <u>UNDULY BURDENSOME</u>, AND 68 ITEM REQUEST IS ADDITIONALLY <u>IMPERMISSIBLY BROAD, VAGUE & AMBIGUOUS</u>**

2

witness. As Han is a non-party witness, Han is not subject to the Rule 7034 *Request to Produce Documents* served on Han on 2/2/24, along with the deposition subpoena. Said Rule 7034 *Request to Produce Documents,* states at p.2, lines 8 et seq, as follows:

> "Pursuant to Fed. R. Civ. P 34 and Fed.R. Bank.P. 7034, Han Trinh is hereby directed to produce on or before February 26, 2024 any and all documents identified in Attachment 'A'. "

Because Han Trinh, a non-party witness, is NOT subject to being served with a FRBP Rule 7034 *Request to Produce Documents*, Han will not produce any documents pursuant to said FRCP Rule 7034*Request to Produce Documents*.

## II. DEPOSITION SUBPOENA SERVED ON HAN TRINH ON 2/2/24 HAS A FATAL DEFECT, WHICH IS THAT THE *PRODUCTION* PART OF THE DEPOSITION SUBPOENA FAILS TO REQUEST ANY DOCUMENTS TO BE PRODUCED

There is never a duty to produce documents, pursuant to a deposition subpoena, **before** the date of the deposition. Quite the contrary: the standard language for production, in a deposition subpoena says, "bring with you to the deposition".

The deposition subpoena served on Han Trinh on 2/2/24 states:

---

HAN TRINH'S 3 OBJECTIONS: (1) HAN, A NON-PARTY WITNESS, IS NOT SUBJECT TO BEING SERVED WITH A FRBP RULE 7034 REQUEST TO PRODUCE DOCUMENTS, AND WILL NOT PRODUCE ANY DOCUMENTS PURSUANT TO TRUSTEE'S FRBP RULE 7034 REQUEST; (2) REQUEST IN DEPOSITION SUBPOENA TO PRODUCE DOCUMENTS IS FATALLY DEFECTIVE; (3) SUBPOENAING NON-PARTY WITNESS TO PRODUCE A 68 ITEM LIST OF DOCUMENTS AT DEPOSITION IS <u>UNDULY BURDENSOME</u>, AND 68 ITEM REQUEST IS ADDITIONALLY <u>IMPERMISSIBLY BROAD, VAGUE & AMBIGUOUS</u>

"[X] *Production*: You, or your representatives, must also bring with you **to the deposition** the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:"

**But NOTHING IS LISTED after the word "material**", so the deposition subpoena **fails** to request Han Trinh to produce **anything** at her 3/1/24 deposition.

Despite that fatal defect in the deposition subpoena, of not requesting anything to be produced—a fatal defect which absolves Han from having a duty to produce any documents whatsoever at her 3/1/24 deposition—Han will produce some documents at her 3/1/24 deposition, but Han will limit what she produces, based on the fatal defect in the deposition subpoena stated in this <u>section **II**</u>—which absolves Han from having a duty to produce anything—and based on Han's Objection **III**, which is as follows.

**III.   <u>OBJECTION</u> OF HAN TRINH THAT, EVEN IF THE DEPOSITION SUPBOENA DID NOT HAVE THE FATAL DEFECT STATED IN <u>II</u>., IMMEDIATELY SUPRA, THAT SUBPOENAING A NON-PARTY WITNESS TO PRODUCE A 68 ITEM LIST OF DOCUMENTS AT HER DEPOSITION, IS <u>UNDULY BURDENSOME</u>, AND THAT SAID 68 ITEM LIST IS ADDITIONALLY <u>IMPERMISSIBLY BROAD, VAGUE & AMBIGUOUS</u>, INCLUDING BECAUSE EACH OF THE 68 ITEMS STATES "RELATED TO"**

---

**HAN TRINH'S 3 OBJECTIONS: (1) HAN, A NON-PARTY WITNESS, IS NOT SUBJECT TO BEING SERVED WITH A FRBP RULE 7034 REQUEST TO PRODUCE DOCUMENTS, AND WILL NOT PRODUCE ANY DOCUMENTS PURSUANT TO TRUSTEE'S FRBP RULE 7034 REQUEST; (2) REQUEST IN DEPOSITION SUBPOENA TO PRODUCE DOCUMENTS IS FATALLY DEFECTIVE; (3) SUBPOENAING NON-PARTY WITNESS TO PRODUCE A 68 ITEM LIST OF DOCUMENTS AT DEPOSITION IS <u>UNDULY BURDENSOME</u>, AND 68 ITEM REQUEST IS ADDITIONALLY <u>IMPERMISSIBLY BROAD, VAGUE & AMBIGUOUS</u>**

4

Even if the deposition subpoena served on Han did not have the fatal error of failing to specify ANYTHING be produced (briefed in **II** immediately supra), demanding a non-party witness (here Han, who is not a party in adv. Proc. 8:23-ap-01046-SC) to produce a 68 item list of documents at a deposition is **unduly burdensome**, and therefore is unenforceable.

In addition, Han objects to the 68 item list of documents as being impermissibly broad, vague and ambiguous, including because every one of the 68 items states "related to". "Related to" is unenforceable language, because "related to" has no limits. Some physicists argue all items in the universe is "related to" each other.

## IV.    CONCLUSION

The FRBP Rule 7034 *Request to Produce Documents* is not applicable to Han, who is not a defendant in the adversary proceeding, and who is only a non-party witness vis-à-vis adversary proceeding 8:23-ap-01046-SC. Therefore, Han has no duty to produce anything, and will NOT produce, anything pursuant to said (inapplicable) FRBP Rule 7034 *Request to Produce Documents*.

Han Trinh will appear as subpoenaed, on 3/1/24 at 10am, in person, with her undersigned counsel, to give her deposition. But the only thing that Han is subject to is the deposition subpoena, served on her on 2/2/24, and that deposition subpoena fails

---

**HAN TRINH'S 3 OBJECTIONS: (1) HAN, A NON-PARTY WITNESS, IS NOT SUBJECT TO BEING SERVED WITH A FRBP RULE 7034 REQUEST TO PRODUCE DOCUMENTS, AND WILL NOT PRODUCE ANY DOCUMENTS PURSUANT TO TRUSTEE'S FRBP RULE 7034 REQUEST; (2) REQUEST IN DEPOSITION SUBPOENA TO PRODUCE DOCUMENTS IS FATALLY DEFECTIVE; (3) SUBPOENAING NON-PARTY WITNESS TO PRODUCE A 68 ITEM LIST OF DOCUMENTS AT DEPOSITION IS UNDULY BURDENSOME, AND 68 ITEM REQUEST IS ADDITIONALLY IMPERMISSIBLY BROAD, VAGUE & AMBIGUOUS**

to specify ANYTHING to be produced. Consequently, Han has no duty to produce anything at her deposition. But Han will produce some documents at her deposition on 3/1/24, not before. The 68 item list of items in the (inapplicable) FRBP Rule 7034 *Request to Produce Documents* is unduly burdensome, for a non-party witness, and is unenforceable, because it is impermissibly broad, vague and ambiguous, including because all 68 requests to produce say "related to" and "related to" could be anything.

Dated: February 19, 2024

THE BANKRUPTCY LAW FIRM, PC
___/s/ Kathleen P. March_____
By Kathleen P. March, Esq., counsel for non-party witness Han Trinh on herein Objections

---

**HAN TRINH'S 3 OBJECTIONS: (1) HAN, A NON-PARTY WITNESS, IS NOT SUBJECT TO BEING SERVED WITH A FRBP RULE 7034 REQUEST TO PRODUCE DOCUMENTS, AND WILL NOT PRODUCE ANY DOCUMENTS PURSUANT TO TRUSTEE'S FRBP RULE 7034 REQUEST; (2) REQUEST IN DEPOSITION SUBPOENA TO PRODUCE DOCUMENTS IS FATALLY DEFECTIVE; (3) SUBPOENAING NON-PARTY WITNESS TO PRODUCE A 68 ITEM LIST OF DOCUMENTS AT DEPOSITION IS <u>UNDULY BURDENSOME</u>, AND 68 ITEM REQUEST IS ADDITIONALLY <u>IMPERMISSIBLY BROAD, VAGUE & AMBIGUOUS</u>**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*):

**OBJECTION OF HAN TRINH THAT SHE IS A NON-PARTY WITNESS IN ADV PROC. 8:23-AP-01046-SC, WHO WILL NOT PRODUCE ANY DOCUMENTS PURSUANT TO TRUSTEE'S FRBP RULE 7034 REQUEST FOR PRODUCTION OF DOCUMENTS, BECAUSE ONLY PARTIES—NOT NON-PARTY HAN—MAY BE SERVED WITH A RULE 7034 REQUEST TO PRODUCE DOCUMENTS;**
**OBJECTION OF HAN TRINH THAT REQUEST IN DEPOSITION SUBPOENA TO PRODUCE DOCUMENTS IS FATALLY DEFECTIVE—NOTHING FILLED IN;**
**OBJECTION OF HAN TRINH THAT EVEN IF DEPOSITION SUBPOENA WAS NOT FATALLY DEFECTIVE, THAT SUBPOENAING NON-PARTY WITNESS HAN TO PRODUCE A 68 ITEM LIST OF DOCUMENTS AT HER DEPOSITION IS UNDULY BURDENSOME, AND THAT SAID 68 ITEM REQUEST IS ADDITIONALLY IMPERMISSIBLY BROAD, VAGUE & AMBIGUOUS, INCLUDING BECAUSE EACH OF THE 68 ITEMS STATES "RELATED TO"**

will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___2/19/24___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By email, to Christopher Ghio, Esq., christopher.ghio@dinsmore.com
By email, to Christopher Celentino, Esq., christopher.celentino@dinsmore.com
By email, to Jeremy Freedman, Esq., jeremy.freedman@dinsmore.com
By email, to Jonathan Serrano, Esq., jonathan.serrano@dinsmore.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/19/24 | Kathleen P. March | /s/ Kathleen P. March |
|---------|-------------------|----------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.