# EXHIBIT 9



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20230361486
Date Filed: 3/2/2023

| Entity Details | |
|---|---|
| Corporation Name | BAT INC. |
| Entity No. | 4277654 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 20101 SW CYPRESS ST<br>NEWPORT BEACH, CA 92660 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 20101 SW CYPRESS ST<br>NEWPORT BEACH, CA 92660 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 20101 SW CYPRESS ST<br>NEWPORT BEACH, CA 92660 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Han Trinh | 20101 SW CYPRESS ST<br>NEWPORT BEACH, CA 92660 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| Han Trinh | 20101 SW CYPRESS ST<br>NEWPORT BEACH, CA 92660 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | TONY DIAB |
| Agent Address | 20101 SW CYPRESS ST<br>NEWPORT BEACH, CA 92660 |

| Type of Business | |
|---|---|
| Type of Business | ADMINISTRATIVE SUPPORT SERVICES |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Han Trinh*                                                                 *03/02/2023*
Signature                                                                   Date

B1547-1635 03/02/2023 11:23 AM Received by California Secretary of State