# EXHIBIT 10

Emergency mandatory meeting at <u>2PM EST</u>. Please make sure you attend!!

Ok I am in a Court hearing right now for LPG. I hope to be done by then. If not May I attend late?

Yes

Ok is there an email link or via teams?

There will be! Please check email continuously

Ok

Feb 24, 2023 at 2:38 PM

I'm sorry I had to join late how do we answer the phone? Oakstone or LPG

Feb 28, 2023 at 2:45 PM