# EXHIBIT 11

> Hi Han. I just received notification of one part of my reimbursement ($1650), thank you. But why is it separated from the total amount I submitted for?

I don't know? Can you respond back to the email?

> It's from quickbooks

> Thank you Han!!

**Tue, Mar 21 at 1:31 PM**

> What should I do about Bill? Jordan's paralegal

He signed the offer letter so he technically belongs to Oakstone.

I don't know what Jordan's problem is.

Let me discuss with jayde what we should do!