# EXHIBIT 12

3:42

142


Han 

Wed, Apr 12 at 12:57 PM

> An email has been sent to admin at lpg to forward mail to my office

Mon, Apr 17 at 3:56 PM

> Hey Han. I have received any cases yet. I just want to be sure they are coming to me

> *have not

Wed, Apr 26 at 12:16 PM

> How quickly can you onboard someone

Wed, Apr 26 at 5:56 PM

Pretty quickly!

Like same day

Fri, Apr 28 at 3:26 PM

> Hi Han I have a proposal I'd like to run by you for these PLG cases. Can you call me when you have time

Fri, Apr 28 at 6:45 PM

 iMessage