# EXHIBIT 13

**From:** Celentino, Christopher <Christopher.Celentino@DINSMORE.COM>
**Sent:** Friday, December 22, 2023 2:26 PM
**To:** K. P. March <kmarch@bkylawfirm.com>; Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Subject:** RE: Trustee Attys Celentino, Ghio & Freedman, from KPMarch, Esq. Bky LF (Greyson Law Center PC etc counsel) Please read below email responding to Ghio's below email, and please REPLY re: Will you now return Greyson's Microsoft data, domain, & computers

122223

Thank you Kay for this update and these details. We will follow up.

Please confirm:

That neither Justin nor Han were reimbursed for these claimed credit card expenses from PrimeLogix, Vulcan, Maverick, LPG, Touzi, Oakstone, Mr. Eady, Mr. Tang, Mr. March or Mr. Diab.

And, if they have credit card receipts for the computers they claim were purchased with these cards – or even just the statements showing from whom the computers were purchased, please pass them on to us, as that may help identify those computers.

Thank you.  Chris.



**Christopher Celentino**
Partner
Dinsmore & Shohl LLP   •   Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
**C (619) 218-3229**   •   F (619) 400-0501 O (619) 400-0519
E christopher.celentino@dinsmore.com   •   dinsmore.com