# EXHIBIT "A"



← T  Tony Diab

Friday, May 19 • 12:09 PM

Until we close greyson, the plan is the following. For any new assignment, email it to:

Legal@greysonlawpc.com and Attorney@greysonlawpc.com

Bianca is working on a new flow but for now send all assignments there.

As for a card for expenses, they will continue using the greyson card for now.

Jayde told Tiffany to get the card from Phoenix.
The attorneys are caught in the middle and she won't help until it is cleared.

Does Greyson know this?

Friday, M      • 2:12 PM

← Tony

**Friday, May 19 • 2:12 PM**

Yes, working through this now. Trying to figure out how we will do expenses/reimbursements. Should have an answer soon



**Monday, May 22 • 9:35 AM**

One more note regarding attorney assignments: only send to legal@greyson and attorney@greyson. Do not copy the individual attorney as well.

Okay

**Monday, May 22 • 11:17 AM**

We are not on the same page with Greyson.
Again, "attorney" is asking who is going to pay for the appearance counsel.

 Tony Diab

Tuesday, May 23 • 7:56 AM

Do we or Greyson have access to a GA attorney?

7:56 AM • SMS

Tuesday, May 23 • 8:56 AM

Yes, greyson does

Tuesday, May 23 • 10:57 AM

Does Greyson have an OR BK atty?

Yes, tom mcavity



I just spoke with an OR client who should file BK.
Can I give the client Tom McAvity's name and contact info?

Tuesday, May 23 • 1:51 PM

Text message