

**FILED & ENTERED**

**FEB 28 2024**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br>Debtor(s). | CHAPTER 11<br><br>Case No.:  8:23-bk-10571-SC<br>Adv No:   8:23-ap-01046-SC<br><br>**ORDER CONTINUING MOTION TO VACATE THE PRELIMINARY INJUNCTION [DK. 290]** |
| Richard A. Marshack, Ch 11 Trustee,<br><br>Plaintiff(s),<br>    v.<br><br>Tony Diab, et al.<br><br>Defendant(s). | |

On January 30, 2024, the Court entered an Order amending the Scheduling Order appearing on Docket 333 [Dk. 373]. Finding good cause, this Order further amends the Scheduling Order as follows:

1.  The hearing on Defendant Greyson Law Center's ("Greyson") Motion to Vacate [Dk. 290] currently scheduled to be heard on March 27, 2024, at

1:30 p.m. is hereby VACATED and CONTINUED to May 1, 2024, at 1:30 p.m.

2. Greyson's Supplemental Brief in support of its Motion to Vacate the Preliminary Injunction is continued from February 29, 2024, to April 3, 2024.

3. The Chapter 11 Trustee's response in opposition to any supplemental brief is continued from March 14, 2024, to April 17, 2024.

4. Greyson's reply is continued from March 21, 2024, to April 24, 2024.

**IT IS SO ORDERED.**

Date: February 28, 2024

Scott C. Clarkson
United States Bankruptcy Judge