Keith J. Barnett (State Bar No. 210436)
keith.barnett@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3423
Facsimile: 404.885.3900

Counsel for Defendant Payliance

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>        Debtor.<br><br>RICHARD A. MARSHACK,<br><br>Chapter 11 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.,<br><br>        Defendants. | Case No. 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8-23-ap-01046-SC<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Sec. Am. Compl. Filed: Oct. 13, 2023<br>Judge: Hon. Scott C. Clarkson |

**PLEASE TAKE NOTICE** that Defendant Payliance ("Payliance") and Plaintiff Richard A. Marshack, Chapter 11 Trustee ("Plaintiff") hereby stipulate and agree, through their respective counsel, as follows:

1
STIPULATION TO EXTEND
TIME TO RESPOND TO SECOND AMENDED COMPLAINT

1. On June 15, 2023, Plaintiff filed an Amended Complaint for: (1) Injunctive Relief; (2) Avoidance, Recovery, and Preservation of Two-Year Actual Fraudulent Transfers; (3) Avoidance, Recovery, and Preservation of Two-Year Constructive Fraudulent Transfers; (4) Avoidance, Recovery, and Preservation of Four-Year Actual Fraudulent Transfers; (5) Avoidance, Recovery, and Preservation of Four-Year Constructive Fraudulent Transfers; and (6) Turnover.

2. The Amended Complaint named Payliance as a defendant. *See* Dkt. 62.

3. On or about June 23, 2023, Plaintiff served Payliance with a copy of the Summons and Amended Complaint. *See* Dkt. 84.

4. Pursuant to Fed. R. Bankr. P. 7012, Payliance's response to the Amended Complaint was due on or before July 24, 2023.

5. On July 20 and August 10, 2023, to allow sufficient time to investigate the allegations and prepare an adequate response, Payliance requested, and Plaintiff agreed, to an extension.

6. Similarly, on September 19, 2023, the parties agreed, and the Court subsequently approved, that Payliance have until October 23, 2023 to respond to the Amended Complaint. *See* Dkt. 228.

7. On October 13, 2023, Plaintiff filed the Second Amended Complaint. *See* Dkt. 266.

8. The parties had, and continue to be involved in, discussions to resolve this matter without the need for further litigation. The parties therefore agreed to, and the Court subsequently approved, several extensions for Payliance to respond to the Second Amended Complaint, with a current deadline of March 4, 2024. *See* Dkts. 269, 295, 321, 393.

9. The parties continue to make progress toward a settlement and corresponding Rule 9019 motion, and are working on resolving issues related to entering into any proposed settlement for court approval. To give the parties

additional time to potentially reach a resolution, Payliance shall now have, subject to Court approval, until April 5, 2024, to answer, move, or otherwise plead in response to the Second Amended Complaint.

## STIPULATION

WHEREFORE, based on the above, Plaintiff and Payliance stipulate and agree as follows:

The deadline for Payliance to file and serve any response to Plaintiff's Second Amended Complaint shall be extended to **April 5, 2024**.

**IT IS SO STIPULATED.**

Dated: March 4, 2024            DINSOMRE & SHOHL, LLP

By: _____
    JEREMY B. FREEDMAN, ESQ.
    CHRISTOPHER B. GHIO, ESQ.

Counsel for Plaintiff Richard Marshack, Chapter 11 Trustee

Dated: March 4, 2024            TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Keith J. Barnett*
    KEITH J. BARNETT

Counsel for Defendant Payliance

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 400 Berwyn Park, 899 Cassatt Road, Berwyn, PA 19312.

A true and correct copy of the foregoing document entitled (*specify*): _**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _**March 4, 2024**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated  below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method f or each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _**March 4, 2024**_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY – Via Overnight Mail**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/04/2024 | Brian M. Nichilo | */s/ Brian M. Nichilo* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Case No. 8:23-ap-01046-SC

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

   **Christopher Celentino**: christopher.celentino@dinsmore.com

   **Eric Bensamochan**: eric@eblawfirm.us

   **Richard A. Marshack (TR)**: pkraus@marshackhays.com

   **Leslie A. Cohen**: leslie@lesliecohenlaw.com

   **Michael T. Delaney**: mdelaney@bakerlaw.com

   **Jeremy Freedman**: jeremy.freedman@dinsmore

   **Christopher Ghio**: christopher.ghio@dinsmore.com

   **Eric D. Goldberg**: eric.goldberg@dlapiper.com

   **Richard H. Golubow**: rgolubow@wghlawyers.com

   **Sweeney Kelly**: kelly@ksgklaw.com

   **Meredith King**: mking@fsl.law

   **David S. Kupetz**: David.Kupetz@lockelord.com

   **Matthew A. Lesnick**: matt@lesnickprince.com

   **Daniel A. Lev**: daniel.lev@gmlaw.com

   **Yosina M. Lissebeck**: Yosina.Lissebeck@Dinsmore.com

   **Daniel S. March**: marchlawoffice@gmail.com

   **Kathleen P. March**: kmarch@bkylawfirm.com

   **Kenneth Misken**: Kenneth.M.Misken@usdoj.gov

   **United States Trustee (SA)**: ustpregion16.sa.ecf@usdoj.gov

   **Queenie K. Ng**: queenie.k.ng@usdoj.gov

   **Lisa Patel**: lpatel@lesnickprince.com

   **Teri T. Pham**: tpham@epgrlawyers.com

   **Douglas A. Plazak**: dplazak@rhlaw.com

   **Daniel H. Reiss**: dhr@lnbyg.com

   **Ronald N. Richards**: ron@ronaldrichards.com

   **Jonathan Serrano**: jonathan.serrano@dinsmore.com

   **Zev Shechtman**: zs@DanningGill.com

   **Howard Steinberg**: steinbergh@gtlaw.com

   **Andrew Still**: astill@swlaw.com

   **William J Wall**: wwall@wall-law.com

   **Johnny White**: JWhite@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**