CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
Christopher.Celentino@dinsmore.com
JEREMY B. FREEDMAN (308752)
Jeremy.Freedman@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501

Special Counsel to Richard A. Marshack Chapter 11 Trustee for the Bankruptcy Estate of The Litigation Practice Group. PC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11 |
| RICHARD A. MARSHACK,<br>Chapter 11 Trustee,<br><br>            Plaintiff,<br><br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND | **STIPULATION TO SETTLE TRUSTEE'S REQUEST FOR MONETARY SANCTIONS ON HAN TRINH'S MOTION FOR A PROTECTIVE ORDER [ADV. DKT. NO. 403] PRIOR TO THE MARCH 27, 2024 SANCTIONS HEARING ORDERED BY THE COURT [DKT. NO. 418 and 419]**<br><br>[No Hearing Required]<br><br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>          411 W. Fourth Street<br>          Santa Ana, CA  92701 |

1  II LLC; EPPS; EQUIPAY; AUTHORIZE.NET;
2  WORLD GLOBAL; OPTIMUMBANK
   HOLDINGS, INC. d/b/a OPTIMUM BANK;
3  MARICH BEIN, LLC; BANKUNITED, N.A.;
   REVOLV3, INC.; FIDELITY NATIONAL
4  INFORMATION SERVICES, INC. d/b/a FIS;
   WORLDPAY, LLC; WORLDPAY GROUP;
5  MERIT FUND, LLC; GUARDIAN
   PROCESSING, LLC; PAYLIANCE, LLC;
6  TOUZI CAPITAL, LLC; SEAMLESS CHEX
   INC; DWOLLA, INC.; STRIPE, INC.; and DOES
7  1 through 100, inclusive,

8  **TO THE COURT, THE HONORABLE SCOTT C. CLARKSON, UNITED STATES**
9  **BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL**
10 **INTERESTED PARTIES**

11  This *Stipulation to Settle the Trustee's Request for Monetary Sanctions on Han Trihn's*
12 *Motion for a Protective Order [Adv. Dkt. No. 403] Prior to the March 27, 2024 Sanctions Hearing*
13 *Ordered by the Court [Adv. Dkt Nos. 418 and 419]* ("Stipulation") is hereby entered into by and
14 between the Chapter 11 Trustee Richard A. Marshack ("Trustee") and Han Trinh ("Han") and her
15 counsel of record, The Bankruptcy Law Firm, PC (the "BLF Firm") in the Adversary Proceeding No.
16 8:23-ap-01046-SC ("1046 Action"). Collectively, Trustee, Han and the LBL are referred to herein as
17 the Parties.

18  In support of the Stipulation, the parties refer to the following recitals:

19  **RECITALS**

20  **WHEREAS**, on March 20, 2023, the Litigation Practice Group, PC ("Debtor") filed a
21 voluntary petition under Chapter 11 of the Bankruptcy Code, Commending this case entitled In re
22 Litigation Practice Group, PC, Case No. 8:23-bk-10571-SC.

23  **WHEREAS** on May 8, 2023, Richard Marshack was appointed the Chapter 11 Trustee of
24 Debtor's Bankruptcy Estate. 1046 Action Dkt No. 65.

25  **WHEREAS**, on February 2, 2024, the Trustee served Han with his deposition subpoena and
26 request for production of documents.

27  **WHEREAS**, on February 22, 2024, Han filed her motion for a protective order related to
28 Trustee's deposition subpoena with request for production of documents [1046 Action Dkt. No. 403]

1 ("Motion for Protective Order"). The same day Han filed an application shortening time to hear her Motion for Protective Order (1046 Action Dkt. No. 403].

**WHEREAS**, on February on February 23, 2024 the Court granted Han's application for order shortening time, setting the hearing on Han's Motion for Protective Order for February 29, 2024 and Trustee's deadline to oppose on February 28, 2024 no later than 11:00 a.m. [1046 Action Dkt. No. 405].

**WHEREAS**, on February 27, 2024 the Trustee filed his opposition to Han's Motion for Protective Order, requesting among other relief that he be awarded sanctions as against Han and her counsel of record, the BLF [ 1046 Action Dkt. No. 416].

**WHEREAS**, on February 28, 2024 the Court denied Han's Motion for a Protective Order [1046 Action Dkt No. 418]. Simultaneously, the Court set the Trustee's request for monetary sanctions for hearing on March 27, 2024 and a further briefing schedule thereon [1046 Action Dkt No. 419]. Further, the Court continued the hearing on Greyson's Motion to Vacate from March 27, 2024 to May 1, 2024 at 1:20 pm and continued the further briefing schedule accordingly [1046 Adv. Dkt No. 417].

///

**WHEREAS**, the Parties have met and conferred in good faith on the Trustee's request for monetary sanctions. The Parties agree that it is in the best interest of the Parties to resolve this matter to avoid further litigation costs and consume further judicial resources, as set forth below.

## STIPULATION

Based on the foregoing and good cause appearing it is hereby stipulated and agreed that:

1. Han and/or the BLF shall pay TWO-THOUSAND DOLLARS AND ZERO CENTS ($2,000.00) (the "Settlement Sum") in return for the Trustee withdrawing his request for monetary sanctions;

2. The Settlement Sum from Han and/or the BLF shall be paid via check within five (5) days of this Stipulation made payable and sent to special counsel for the Trustee, "Dinsmore & Shohl, LLP" at its San Diego address provided in the caption;

3. Upon receipt and depositing of the Settlement Sum check from Han and/or the BLF by Dinsmore & Shohl, LLP, Trustee shall cause to be filed a notice of withdraw on his request for monetary sanctions vacating the March 27, 2024 hearing on same;

4. The Court shall retain jurisdiction to either enforce the terms of this settlement or reset the Trustee's request for monetary sanctions in the event of a breach by any of the Parties to this Stipulation; and

5. This Stipulation may be signed by the Parties respective counsel of record on their behalf.

**SO STIPULATED.**

Dated: March 6, 2024           DINSMORE & SHOHL LLP

By: /s/ Jeremy B. Freedman
    Christopher B. Ghio
    Christopher Celentino
    Jeremy Freedman
    Special Counsel to Richard A. Marshack,
    Chapter 11 Trustee

Dated: March 7, 2024           THE BANKRUPTCY LAW FIRM, PC

By: _____
    Kathleen P. March

Dated: March 7, 2024           HAN TRINH

By: _____
    Kathleen P. March
    Counsel of Record for Han Trinh

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California  92101

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO SETTLE TRUSTEE'S REQUEST FOR MONETARY SANCTIONS ON HAN TRINH'S MOTION FOR A PROTECTIVE ORDER [ADV. DKT. NO. 403] PRIOR TO THE MARCH 27, 2024 SANCTIONS HEARING ORDERED BY THE COURT [DKT. NO. 418 AND 419]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 7, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Keith Barnett<br>on behalf of Defendant Payliance, LLC | keith.barnett@troutman.com<br>kelley.wade@troutman.com |

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 7, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Tony Diab
1278 Glenneyre Street
Laguna Beach, California 92651

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 7, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS – JUDGE'S COPY**

Honorable Scott C. Clarkson
United States Bankruptcy Court. Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 7, 2024 | Nicolette D. Murphy | /s/ *Nicolette D. Murphy* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Leslie A Cohen<br>on behalf of Defendant Lisa Cohen | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Defendant Rosa Bianca Loli | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Michael T Delaney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | mdelaney@bakerlaw.com<br>tbreeden@bakerlaw.com |
| Jeremy B. Freedman<br>on behalf of Plaintiff Richard A. Marshack | jeremy.freedman@dinsmore.com<br>nicolette.murphy@dinsmore.com |
| Jeremy B. Freedman<br>on behalf of Trustee Richard A. Marshack (TR) | jeremy.freedman@dinsmore.com<br>nicolette.murphy@dinsmore.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>angelica.urena@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>deamira.romo@dinsmore.com |
| Christopher Ghio<br>on behalf of Trustee Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>angelica.urena@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>deamira.romo@dinsmore.com |
| Eric D Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Meredith King<br>on behalf of Defendant Gallant Law Group | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC | David.Kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Matthew A. Lesnick<br>on behalf of Defendant Optimumbank Holdings, Inc. d/b/a Optimum Bank | matt@lesnickprince.com<br>matt@ecf.inforuptcy.com<br>jmack@lesnickprince.com |
| Daniel A Lev<br>on behalf of Defendant Consumer Legal Group, PC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Defendant LGS Holdco, LLC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Daniel S. March<br>on behalf of Defendant Daniel S. March | marchlawoffice@gmail.com<br>marchdr94019@notify.bestcase.com |
| Kathleen P. March<br>on behalf of Defendant Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Han Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Jayde Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Lisa Patel<br>on behalf of Defendant OptimumBank Holdings, Inc. | lpatel@lesnickprince.com<br>jmack@lesnickprince.com<br>jnavarro@lesnickprince.com |
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald N Richards<br>on behalf of Defendant Consumer Legal Group, PC | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |
| Zev Shechtman<br>on behalf of Interested Party Morning Law Group, P.C. | zs@danninggill.com<br>danninggill@gmail.com<br>zshechtman@efc.inforuptcy.com |
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 5    **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |
| Kelly Sweeney<br>on behalf of Defendant Fidelity National Information Services, Inc. | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Worldpay Group | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Worldpay, LLC | kelly@ksgklaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| William J. Wall<br>on behalf of Witness Bradford Lee | wwall@wall-law.com |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 6     **F 9013-3.1.PROOF.SERVICE**