MATTHEW A. LESNICK (SBN 177594)
   matt@lesnickprince.com
LISA R. PATEL (SBN 341574)
   lpatel@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile:  (213) 493-6596

Counsel for Defendant OptimumBank Holdings, Inc. dba Optimum Bank

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>                      Debtor.<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>                      Plaintiff,<br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8:23-ap-01046-SC<br><br>**STIPULATION TO EXTEND TIME FOR OPTIMUMBANK HOLDINGS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT** |

EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive,

Defendants.

This Stipulation is entered into by and between Plaintiff Richard A. Marshack, Chapter 11 Trustee for The Litigation Practice Group, PC ("Plaintiff") and Defendant OptimumBank Holdings, Inc. dba Optimum Bank ("Defendant").

**RECITALS**

A.　On May 25, 2023, Plaintiff filed a complaint commencing the above-captioned adversary proceeding. [Docket No. 1.]

B.　On June 15, 2023, Plaintiff filed an Amended Complaint (the "FAC") against Defendant and others. [Docket No. 62.]

C.　Pursuant to "Another Summons and Notice of Status Conference in Adversary Proceeding" issued by the Court, the deadline for Defendant to respond to the FAC was July 24, 2023, and a status conference was scheduled for September 12, 2023 at 11:00 a.m. [Docket No. 71-1.]

D.　On September 8, 2023, Plaintiff filed a Request for Clerk to Enter Default Under LBR 7055-1(a) against Defendant. [Docket No. 185.] The same day a Notice that Default Has Not Been Entered by the Clerk was filed as to Defendant. [Docket No. 187.]

///

///

///

2

E. On October 10, 2023, the Parties filed "Stipulation to Extend Time to Respond to First Amended Complaint" (the "First Stipulation") [Docket No. 224] and the Court entered an order approving the First Stipulation [Docket No. 230] extending Defendant's deadline to respond to the FAC to and including November 4, 2023.

F. On October 13, 2023, Plaintiff filed a Second Amended Complaint (the "SAC") against Defendant and others. [Docket No. 226.]

G. On October 27, 2023, the Parties filed "Stipulation to Extend Time to Respond to Second Amended Complaint" (the "Second Stipulation") [Docket No. 253] and the Court entered an order approving the Second Stipulation [Docket No. 264] extending Defendant's deadline to respond to the SAC to and including November 27, 2023.

H. On November 20, 2023, the Parties filed "Stipulation to Extend Time to Respond to Second Amended Complaint" (the "Third Stipulation") [Docket No. 281] and the Court entered an order approving the Third Stipulation [Docket No. 284] extending Defendant's deadline to respond to the SAC to and including January 8, 2024.

I. On January 8, 2024, the Parties filed "Stipulation to Extend Time to Respond to Second Amended Complaint" (the "Fourth Stipulation") [Docket No. 323] and the Court entered an order approving the Fourth Stipulation [Docket No. 337] extending Defendant's deadline to respond to the SAC to and including February 7, 2024.

J. On February 6, 2024, the Parties filed "Stipulation to Extend Time to Respond to Second Amended Complaint" (the "Fifth Stipulation") [Docket No. 389] and the Court entered an order approving the Fifth Stipulation [Docket No. 398] extending Defendant's deadline to respond to the SAC to and including March 8, 2024.

K. Defendant has informally produced documents which are being reviewing by the accountants at Grobstein Teeple, LLP on behalf of Plaintiff. Based thereon, the Parties are engaged in discussions regarding the possibility of resolving this matter consensually as to Defendant. The Parties require additional time to continue these discussions. To that end, Plaintiff has agreed to extend the time for Defendant to respond to the SAC to and including April 3, 2024.

Accordingly, subject to approval of the Court, the Parties stipulate as follows:

**STIPULATION**

1. Defendant shall have to and including April 3, 2024 to respond to the Second Amended Complaint.

DATED: March 7, 2024          DINSMORE & SHOHL LLP

By: _____
Christopher B. Ghio
Jeremy B. Freedman
Counsel for Plaintiff Richard A. Marshack,
Chapter 11 Trustee

DATED: March 7, 2024          LESNICK PRINCE & PAPPAS, LLP

By: _____
Lisa Patel
Counsel for Defendant OptimumBank
Holdings, Inc. dba Optimum Bank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Lesnick Prince & Pappas LLP, 315 W. 9th Street, Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled **STIPULATION TO EXTEND TIME FOR OPTIMUMBANK HOLDINGS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/08/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Barnett**   keith.barnett@troutman.com
- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Teri T Pham**   tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/08/24 | Lisa R. Patel | *Lisa Patel* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**