| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MATTHEW A. LESNICK (SBN 177594)<br>　matt@lesnickprince.com<br>LISA R. PATEL (SBN 341574)<br>　lpatel@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth Street, Suite 705<br>Los Angeles, CA  90015<br>Telephone:   (213) 493-6496<br>Facsimile:    (213) 493-6596<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for*  Defendant OptimumBank Holdings, Inc. dba Optimum Bank | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>　　　　　　　　　　　　　　　Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO.: 8:23-ap-01046-SC |
|---|---|
| RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>　　　　　　　　　　　　　　　Plaintiff(s),<br>vs.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual, *et. al.*,<br><br>　　　　　　　　　　　　　　　Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): STIPULATION TO EXTEND TIME FOR OPTIMUMBANK HOLDINGS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT |

PLEASE TAKE NOTE that the order or judgment titled ORDER APPROVING STIPULATION TO EXTEND TIME FOR OPTIMUMBANK HOLDINGS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT

was lodged on (*date*) 03/11/2024 and is attached.  This order relates to the order which is docket number  438  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1  MATTHEW A. LESNICK (SBN 177594)
    matt@lesnickprince.com
2  LISA R. PATEL (SBN 341574)
    lpatel@lesnickprince.com
3  LESNICK PRINCE & PAPPAS LLP
   315 W. Ninth St., Suite 705
4  Los Angeles, CA  90015
   Telephone:   (213) 493-6496
5  Facsimile:    (213) 493-6596

6  Counsel for Defendant OptimumBank Holdings,
   Inc. dba Optimum Bank
7

8                 UNITED STATES BANKRUPTCY COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        SANTA ANA DIVISION

| | |
|---|---|
| 11  In re | Case No. 8:23-bk-10571-SC |
| 12  THE LITIGATION PRACTICE GROUP, PC, | Chapter 11 |
| 13           Debtor. | Adv. No: 8:23-ap-01046-SC |
| 14 | |
| 15  RICHARD A. MARSHACK, Chapter 11 Trustee, | **ORDER APPROVING STIPULATION TO EXTEND TIME FOR OPTIMUMBANK HOLDINGS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT** |
| 16           Plaintiff, | |
| 17       v. | |
| 18  TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; | Status Conference:<br>Date:   April 24, 2024<br>Time:   1:30 p.m.<br>Place:   Courtroom 5C<br>          411 W. Fourth St.<br>          Santa Ana, CA 92701 |

1

| | |
|---|---|
| 1 | WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive, |
| | Defendants. |

Plaintiff Richard A. Marshack, Chapter 11 Trustee for The Litigation Practice Group, PC ("Plaintiff") and Defendant OptimumBank Holdings, Inc. dba Optimum Bank ("Defendant"), filed a "Stipulation to Extend Time For OptimumBank Holdings, Inc. to Respond to Second Amended Complaint" [Docket No. 438] (the "Stipulation").

The Court, having reviewed the Stipulation and other relevant pleadings in the adversary proceeding, and good cause appearing,

**IT IS ORDERED** that:

1. The Stipulation is approved.

2. Defendant shall have to and including April 3, 2024 to respond to the Second Amended Complaint.

###



**Adversary LODGED ORDER UPLOAD FORM**

Monday, March 11, 2024

## CONFIRMATION :

Your Lodged Order Info:
( **11297425.docx** )
  A new order has been added

- **Office**:  Santa Ana
- **Case Title**:  Marshack v. Diab et al
- **Case Number**:  23-01046
- **Judge Initial**:  SC
- **Case Type**:  ap ( Adversary )
- **Document Number**:  438
- **On Date**:  03/11/2024 @ 09:51 AM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/11/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Barnett**    keith.barnett@troutman.com, kelley.wade@troutman.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jeremy Freedman**    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Zev Shechtman**    zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**    wwall@wall-law.com
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/11/2024 | Janet A. Mack | /s/ Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.ADV.NOTICE.LODGMENT**