Matthew A. Lesnick (SBN 177594)
Matt@lesnickprince.com
Lisa R. Patel (SBN 341574)
Lpatel@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth Street, Suite 705
Los Angeles, Ca 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

FILED & ENTERED

MAR 11 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, P.C., | Adv. Proc. No. 8-23-ap-01046-SC |
| Debtor. | Chapter 11 |
| | **ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| RICHARD A. MARSHACK, | Date:  [No Hearing Required] |
| Chapter 11 Trustee, | Time: |
| | Place: |
| Plaintiff, | |
| v. | |
| TONY DIAB, et al., | |
| Defendants. | |

The Court, having read and considered the Stipulation to Extend Time to Respond to Second Amended Complaint between Defendant Payliance ("Payliance") and Plaintiff Richard A. Marshack, Chapter 11 Trustee ("Plaintiff") [Dk. 438], and good cause appearing, **IT IS HEREBY ORDERED** that:

1

1.   The Stipulation is approved.

2.   The deadline for Payliance to file and serve any response to Plaintiff's Second

Amended Complaint is extended to April 5, 2024.

Date: March 11, 2024

Scott C. Clarkson
United States Bankruptcy Judge

ORDER APPROVING STIPULATION TO
EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT