CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
JEREMY B. FREEDMAN (308752)
jeremy.freedman@dinsmmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele:    619.400.0500
Fax:    619.400.0501

Special Counsel to Richard A. Marshack
Chapter 11 Trustee for the Bankruptcy Estate of
The Litigation Practice Group PC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>---<br><br>RICHARD A. MARSHACK,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.<br><br>Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**DECLARATION OF JEREMY B. FREEDMAN IN SUPPORT OF PLAINTIFF RICHARD A. MARSHACK, CHAPTER 11 TRUSTEE'S OPPOSITION TO DEFENDANT LISA COHEN'S MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 7012 AND FEDERAL RULE OF CIVIL PROCEDURE RULE 12(B)(6)**<br><br>Date:    March 27, 2024<br>Time:    11:00 a.m.<br>Judge:    Hon. Scott C. Clarkson<br>Place:    Courtroom 5C<br>        411 West Fourth Street<br>        Santa Ana, California  92701 |

1

I, JEREMY B. FREEDMAN, declare as follows:

1. I am an attorney at law duly licensed to practice law by the State Bar of California and admitted to practice before this Court. I am a senior associate with the law firm of Dinsmore & Shohl LLP, serving as Special Counsel to Richard A. Marshack, Chapter 11 Trustee for the Bankruptcy Estate of The Litigation Practice Group, PC ("LPG"" or Debtor"). I make this declaration in *Declaration of Jeremy B. Freedman in Support of Plaintiff Richard A. Marshack, Chapter 11 Trustee's Opposition to Defendant Lisa Cohen's Motion to Dismiss Second Amended Complaint Under Federal Rule of Bankruptcy Procedure Rule 7012 and Federal Rule of Civil Procedure Rule 12(B)(6) ("Motion to Dismiss") [Adv. Dkt. No. 301]* in Adversary Proceeding No. 8:23-ap-1046-SC ("1046 Action"). I have personal knowledge of the facts contained in this declaration, and if called upon to testify, I could and would testify competently thereto.

2. On February 23, 2024, the Trustee offered to dismiss Defendant Lisa Cohen without prejudice so long as she agreed to continue to be bound by the terms of the Preliminary Injunction. On February 27, 2024, I was informed counsel for Ms. Cohen was not able to reach Ms. Cohen to discuss our offer to dismiss her without prejudice. On February 28, 2024, prior counsel for Ms. Cohen indicated Ms. Cohen was amenable to a continuance of the hearing on her Motion to Dismiss, however, had not agreed to dismissal. Notwithstanding, I sent prior counsel for Ms. Cohen two stipulations, one to dismiss without prejudice and one to continue the hearing on Ms. Cohen's Motion to Dismiss. To date, Ms. Cohen has not agreed to a dismissal without prejudice and continued abeyance with the Preliminary Injunction. A true and correct copy of the foregoing communications is attached hereto as Exhibit "A"

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of March 2024 at San Diego, California.

_____
Jeremy B. Freedman

2

# EXHIBIT "A"

**Freedman, Jeremy**

| | |
|---|---|
| **From:** | Freedman, Jeremy |
| **Sent:** | Wednesday, February 28, 2024 11:09 AM |
| **To:** | 'Clare Hendricks'; J'aime Williams Kerper; Leslie Cohen |
| **Cc:** | Ghio, Christopher |
| **Subject:** | RE: LPG [1046] - Stip to Dismiss Cohen |

Thank you



**Jeremy B. Freedman**
Associate
Dinsmore & Shohl LLP • Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
**T** (619) 400-0517 • **F** (619) 400-0501
**E** Jeremy.Freedman@Dinsmore.com • dinsmore.com

**From:** Clare Hendricks <clare@lesliecohenlaw.com>
**Sent:** Wednesday, February 28, 2024 11:01 AM
**To:** J'aime Williams Kerper <jaime@lesliecohenlaw.com>; Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>; Leslie Cohen <leslie@lesliecohenlaw.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Subject:** Re: LPG [1046] - Stip to Dismiss Cohen

Hi Jeremy,

Please find the attached Stipulation with Leslie's signature for filing. Let me know if you have any questions or concerns. Thanks!

*Best,*

*Clare Hendricks*
*Legal Administrator*



1615-A Montana Avenue
Santa Monica, CA 90403
clare@lesliecohenlaw.com
Tel. 310 394 5900
Fax. 310 394 9280

**From:** J'aime Williams Kerper <jaime@lesliecohenlaw.com>
**Date:** Wednesday, February 28, 2024 at 12:51 PM
**To:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>, Leslie Cohen <leslie@lesliecohenlaw.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>, Clare Hendricks <clare@lesliecohenlaw.com>
**Subject:** Re: LPG [1046] - Stip to Dismiss Cohen

No problem. We'll get this signed and back to you

1

*J'aime Williams Kerper*
*Junior Partner*



1615-A Montana Avenue
Santa Monica, CA 90403
jaime@lesliecohenlaw.com
Tel. 310 394 5900
Fax. 310 394 9280

---

**From:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Date:** Wednesday, February 28, 2024 at 11:35 AM
**To:** J'aime Williams Kerper <jaime@lesliecohenlaw.com>, Leslie Cohen <leslie@lesliecohenlaw.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>, Clare Hendricks <clare@lesliecohenlaw.com>
**Subject:** RE: LPG [1046] - Stip to Dismiss Cohen

Sorry, my eyes are a bit tired from traveling and had drafted both in the event Lisa was amenable to our offer to settle. Attached is the stip to continue the hearing. Now you have both in case Lisa is inclined to agree to the dismissal.

Best,



**Jeremy B. Freedman**
Associate
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
**T** (619) 400-0517  •  **F** (619) 400-0501
**E** Jeremy.Freedman@Dinsmore.com  •  dinsmore.com

---

**From:** J'aime Williams Kerper <jaime@lesliecohenlaw.com>
**Sent:** Wednesday, February 28, 2024 10:21 AM
**To:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>; Leslie Cohen <leslie@lesliecohenlaw.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; Clare Hendricks <clare@lesliecohenlaw.com>
**Subject:** Re: LPG [1046] - Stip to Dismiss Cohen

Hi Jeremy,

Per the below, my understanding was that you'd be sending a stipulation to continue the hearing/deadlines?

*J'aime Williams Kerper*
*Junior Partner*



1615-A Montana Avenue
Santa Monica, CA 90403
jaime@lesliecohenlaw.com
Tel. 310 394 5900
Fax. 310 394 9280

2

**From:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Date:** Wednesday, February 28, 2024 at 10:46 AM
**To:** Leslie Cohen <leslie@lesliecohenlaw.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>, J'aime Williams Kerper <jaime@lesliecohenlaw.com>, Clare Hendricks <clare@lesliecohenlaw.com>
**Subject:** LPG [1046] - Stip to Dismiss Cohen

Hi Leslie,

Attached is the proposed Stipulation for your review and signature. We will file with the Court today once we have your authorization and signature.

Best,



**Jeremy B. Freedman**
Associate
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
**T** (619) 400-0517  •  **F** (619) 400-0501
**E** Jeremy.Freedman@Dinsmore.com  •  dinsmore.com

**From:** Leslie Cohen <leslie@lesliecohenlaw.com>
**Sent:** Tuesday, February 27, 2024 11:57 PM
**To:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Cc:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>; J'aime Williams Kerper <jaime@lesliecohenlaw.com>; Clare Hendricks <clare@lesliecohenlaw.com>
**Subject:** Re: Additional Info re Revolve Pymt Processor.docx

Hi Jeremy,
I just heard from Lisa a moment ago and she is agreeable to the short continuance. Please send the stipulation to me, J'aime, and Clare and they'll get it back to you in the morning. Thanks much.
Leslie Cohen
LESLIE COHEN LAW PC
1615-A Montana Ave.
Santa Monica, CA 90403
T: 310.394.5900
F: 310.394.9280
www.lesliecohenlaw.com


> On Feb 28, 2024, at 2:48 PM, Freedman, Jeremy <Jeremy.Freedman@dinsmore.com> wrote:
>
> Thank you, Leslie.
>
> In light of her absence, we intend to file a short opposition due tomorrow advising the court of our offer to stipulate to a dismissal without prejudice and continued compliance with the PI. Due to her absence, we are asking the Court to grant leave to amend which case law states must be granted unless we have a stipulation to dismissal filed before the March 13, 2024 hearing.

3

Let me know if you are able to reach her.



**Jeremy B. Freedman**
Associate
Dinsmore & Shohl LLP • Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
T (619) 400-0517 • F (619) 400-0501
E Jeremy.Freedman@Dinsmore.com • dinsmore.com

---

**From:** Leslie Cohen <leslie@lesliecohenlaw.com>
**Sent:** Tuesday, February 27, 2024 8:58 PM
**To:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>; Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Cc:** J'aime Williams Kerper <jaime@lesliecohenlaw.com>
**Subject:** Re: Additional Info re Revolve Pymt Processor.docx

Hi Jeremy,

Unfortunately, I've been unable to reach Lisa. However, if I was able to reach her, I am confident she would agree to continue to abide by the terms of the injunction.

Best,

 Leslie A. Cohen

   Leslie Cohen Law PC

   1615-A Montana Ave.

   Santa Monica, CA 90403

   310-394-5900

   fax 310-394-9280

   cell 310-922-8104

   www.lesliecohenlaw.com



4



**From:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Sent:** Monday, February 26, 2024 5:57 PM
**To:** Leslie Cohen <leslie@lesliecohenlaw.com>; Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Cc:** J'aime Williams Kerper <jaime@lesliecohenlaw.com>
**Subject:** RE: Additional Info re Revolve Pymt Processor.docx

5

Hi Leslie,

Any word from Lisa on her dismissal without prejudice and continued compliance with the Preliminary Injunction. I show our deadline to oppose her motion to dismiss is tomorrow.

Best,



**Jeremy B. Freedman**
Associate
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
T (619) 400-0517  •  F (619) 400-0501
E Jeremy.Freedman@Dinsmore.com  •  dinsmore.com

**From:** Leslie Cohen <leslie@lesliecohenlaw.com>
**Sent:** Friday, February 23, 2024 2:00 PM
**To:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>; Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Cc:** J'aime Williams Kerper <jaime@lesliecohenlaw.com>
**Subject:** Re: Additional Info re Revolve Pymt Processor.docx

Hi Jeremy,

Thanks for your email.

I'll review the stipulation this afternoon and will also reach out to Lisa.

Is there any reason you can't dismiss Bianca without prejudice on the same terms you are offering Lisa? She's been entirely cooperative and will continue to cooperate throughout.

Best,

Leslie A. Cohen

Leslie Cohen Law PC

1615-A Montana Ave.

Santa Monica, CA 90403

310-394-5900

fax 310-394-9280

cell 310-922-8104

www.lesliecohenlaw.com

6







**From:** Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Sent:** Friday, February 23, 2024 11:35 AM
**To:** Leslie Cohen <leslie@lesliecohenlaw.com>; Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Cc:** J'aime Williams Kerper <jaime@lesliecohenlaw.com>
**Subject:** RE: Additional Info re Revolve Pymt Processor.docx

7

Morning Leslie,

Please find attached the proposed stipulation and order as to Bianca's motion to dismiss for your review. Once you approve / sign we will file with the Court.

With regards to Lisa, the Trustee is willing to stipulate to dismiss Lisa without prejudice on the condition Lisa agrees to continue to comply with the Preliminary Injunction so long as it remains in force given her involvement with Vulcan which I presume would not be an issue.

I understand you have had some issues contacting Lisa, so please let me know Monday or Tuesday of next week if you are able to reach Lisa and whether she is amenable to the foregoing. Otherwise, we would unfortunately be forced to oppose the motion and seek leave to amend which we would like to avoid if possible.

Thank you!



**Jeremy B. Freedman**
Associate
Dinsmore & Shohl LLP   •   Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101

T (619) 400-0517   •   F (619) 400-0501

E Jeremy.Freedman@Dinsmore.com   •   dinsmore.com

**From:** Leslie Cohen <leslie@lesliecohenlaw.com>
**Sent:** Thursday, February 22, 2024 5:47 PM
**To:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Cc:** J'aime Williams Kerper <jaime@lesliecohenlaw.com>; Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Subject:** Re: Additional Info re Revolve Pymt Processor.docx

Hi Chris and Jeremy,

On behalf of Bianca Loli, I'm authorized to agree to a 2 week continuance of the hearing on the Motion to Dismiss to 3/27/24, with response date to extend accordingly.  Please send a stipulation.

I've been unable to reach Lisa Cohen but if I do reach her I'll let you know asap.

Best,

 Leslie A. Cohen

   Leslie Cohen Law PC

   1615-A Montana Ave.

   Santa Monica, CA 90403

   310-394-5900

8

fax 310-394-9280

cell 310-922-8104

www.lesliecohenlaw.com







**From:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Sent:** Thursday, February 22, 2024 3:51 PM
**To:** Leslie Cohen <leslie@lesliecohenlaw.com>
**Cc:** J'aime Williams Kerper <jaime@lesliecohenlaw.com>; Freedman, Jeremy <Jeremy.Freedman@Dinsmore.com>
**Subject:** RE: Additional Info re Revolve Pymt Processor.docx

Leslie:

See the attached request for a continuance of both so we can wrap up Bianca and address the w/d motion for Lisa before opposing her MTD.

Best,



**Christopher B. Ghio**
Partner
Dinsmore & Shohl LLP  •  Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
**T** (619) 400-0468  •  **F** (619) 400-0501
**E** Christopher.Ghio@Dinsmore.com  •  dinsmore.com

**From:** Leslie Cohen <leslie@lesliecohenlaw.com>
**Sent:** Thursday, February 22, 2024 1:10 PM
**To:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Cc:** J'aime Williams Kerper <jaime@lesliecohenlaw.com>
**Subject:** Re: Additional Info re Revolve Pymt Processor.docx

Hi Chris,

Here's Bianca's response:  The payment processor that Tony got approved was Worldpay. Revolv3 was the broker. Worldpay is the actual processor.

I believe we have provided everything you requested for you to prepare the declaration you wanted in exchange for a dismissal of the complaint against Bianca.  Please send us the declaration asap.  As agreed, we will hold the executed declaration in trust pending receipt of the dismissal order and will turn it over immediately upon the dismissal, per the procedure you suggested.

Thanks much and I look forward to getting this wrapped up and the case dismissed.

Best,


Leslie A. Cohen

Leslie Cohen Law PC

10

1615-A Montana Ave.

Santa Monica, CA 90403

310-394-5900

fax 310-394-9280

cell 310-922-8104

www.lesliecohenlaw.com







**From:** Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Sent:** Tuesday, February 20, 2024 1:45 PM
**To:** Leslie Cohen <leslie@lesliecohenlaw.com>
**Subject:** FW: Additional Info re Revolve Pymt Processor.docx

Leslie:

Can Bianca please identify the payment processors to which she is referring (might be the same, might be different) in the highlighted sections on the attached?

Best,



**Christopher B. Ghio**
Partner
Dinsmore & Shohl LLP • Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101

**T** (619) 400-0468  •  **F** (619) 400-0501

**E** Christopher.Ghio@Dinsmore.com  •  dinsmore.com

---

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California  92101

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JEREMY B. FREEDMAN IN SUPPORT OF PLAINTIFF RICHARD A. MARSHACK, CHAPTER 11 TRUSTEE'S OPPOSITION TO DEFENDANT LISA COHEN'S MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 7012 AND FEDERAL RULE OF CIVIL PROCEDURE RULE 12(B)(6)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 13, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Keith Barnett<br>on behalf of Defendant Payliance, LLC | keith.barnett@troutman.com<br>kelley.wade@troutman.com |
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On March 13, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Tony Diab
1278 Glenneyre Street
Laguna Beach, California 92651

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 13, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS – JUDGE'S COPY**

Honorable Scott C. Clarkson
United States Bankruptcy Court. Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 13, 2024 | Nicolette D. Murphy | /s/ *Nicolette D. Murphy* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Leslie A Cohen<br>on behalf of Defendant Lisa Cohen | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Defendant Rosa Bianca Loli | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Michael T Delaney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | mdelaney@bakerlaw.com<br>tbreeden@bakerlaw.com |
| Jeremy B. Freedman<br>on behalf of Plaintiff Richard A. Marshack | jeremy.freedman@dinsmore.com<br>nicolette.murphy@dinsmore.com |
| Jeremy B. Freedman<br>on behalf of Trustee Richard A. Marshack (TR) | jeremy.freedman@dinsmore.com<br>nicolette.murphy@dinsmore.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>angelica.urena@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>deamira.romo@dinsmore.com |
| Christopher Ghio<br>on behalf of Trustee Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>angelica.urena@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>deamira.romo@dinsmore.com |
| Eric D Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Meredith King<br>on behalf of Defendant Gallant Law Group | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC | David.Kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 18     **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Matthew A. Lesnick<br>on behalf of Defendant Optimumbank Holdings, Inc. d/b/a Optimum Bank | matt@lesnickprince.com<br>matt@ecf.inforuptcy.com<br>jmack@lesnickprince.com |
| Daniel A Lev<br>on behalf of Defendant Consumer Legal Group, PC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Defendant LGS Holdco, LLC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Daniel S. March<br>on behalf of Defendant Daniel S. March | marchlawoffice@gmail.com<br>marchdr94019@notify.bestcase.com |
| Kathleen P. March<br>on behalf of Defendant Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Han Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Jayde Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Lisa Patel<br>on behalf of Defendant OptimumBank Holdings, Inc. | lpatel@lesnickprince.com<br>jmack@lesnickprince.com<br>jnavarro@lesnickprince.com |
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald N Richards<br>on behalf of Defendant Consumer Legal Group, PC | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |
| Zev Shechtman<br>on behalf of Interested Party Morning Law Group, P.C. | zs@danninggill.com<br>danninggill@gmail.com<br>zshechtman@efc.inforuptcy.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 19    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |
| Kelly Sweeney<br>on behalf of Defendant Fidelity National Information Services, Inc. | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Worldpay Group | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Worldpay, LLC | kelly@ksgklaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| William J. Wall<br>on behalf of Witness Bradford Lee | wwall@wall-law.com |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*              Page 20              **F 9013-3.1.PROOF.SERVICE**