1  dCHRISTOPHER B. GHIO (259094)
   christopher.ghio@dinsmore.com
2  CHRISTOPHER CELENTINO (131688)
   christopher.celentino@dinsmore.com
3  JEREMY B. FREEDMAN (308752)
4  jeremy.freedman@dinsmore.com
   DINSMORE & SHOHL LLP
5  655 West Broadway, Suite 800
   San Diego, California 92101
6  Telephone: 619.400.0500
7  Facsimile: 619.400.0501

8  Special Counsel to Richard A. Marshack
   Chapter 11 Trustee for the Bankruptcy Estate of
9  The Litigation Practice Group. PC

FILED & ENTERED

MAR 15 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>THE LITIGATION PRACTICE GROUP, PC,<br>    Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11 |
| RICHARD A. MARSHACK,<br>Chapter 11 Trustee,<br><br>            Plaintiff,<br><br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; | **ORDER APPROVING STIPULATION TO SETTLE TRUSTEE'S REQUEST FOR MONETARY SANCTIONS ON HAN TRINH'S MOTION FOR A PROTECTIVE ORDER [ADV. DKT. NO. 403] PRIOR TO THE MARCH 27, 2024 SANCTIONS HEARING ORDERED BY THE COURT [DKT. NO. 418 and 419]**<br><br>[No Hearing Required]<br><br>Judge:    Hon. Scott C. Clarkson<br>Place:    Courtroom 5C<br>            411 W. Fourth Street<br>            Santa Ana, CA  92701 |

1

VLCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive,

Pursuant to the *Stipulation to Settle the Trustee's Request for Monetary Sanctions on Han Trinh's ("Han") Motion for a Protective Order [Adv. Dkt. No. 403] Prior to the March 27, 2024 Sanctions Hearing Ordered by the Court [Adv. Dkt Nos. 418 and 419]*, filed on March 7, 2024 as Docket No. 433 (the "Stipulation"), and good cause appearing:

The Stipulation is approved and

1. Han and/or the Bankruptcy Law Firm, PC ("BLF") shall pay TWO-THOUSAND DOLLARS AND ZERO CENTS ($2,000.00) (the "Settlement Sum") in return for the Trustee withdrawing his request for monetary sanctions on Han;

2. The Settlement Sum from Han and/or the BLF shall be paid via check within five (5) days of this Stipulation made payable and sent to special counsel for the Trustee, "Dinsmore & Shohl, LLP" at its San Diego address provided in the caption;

3. Upon receipt and depositing of the Settlement Sum check from Han and/or the BLF by Dinsmore & Shohl, LLP, Trustee shall cause to be filed a notice of withdraw on his request for monetary sanctions vacating the March 27, 2024 hearing on same;

4. The Court shall retain jurisdiction to either enforce the terms of this settlement or reset the Trustee's request for monetary sanctions in the event of a breach by any of the Parties to this Stipulation; and

IT IS SO ORDERED.

##

Date: March 15, 2024

Scott C. Clarkson
United States Bankruptcy Judge