CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
JEREMY B. FREEDMAN (308752)
jeremy.freedman@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele:   619.400.0500
Fax:    619.400.0501

FILED & ENTERED

MAR 15 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

Special Counsel to Richard A. Marshack, Chapter 11 Trustee for the Bankruptcy Estate of The Litigation Practice Group PC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>Richard A. Marshack,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.<br><br>Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**ORDER ON PLAINTIFF RICHARD A. MARSHACK'S MOTION TO VOLUNTARILY DISMISS DEFENDANTS MARICH BEIN, LLC AND BANKUNITED, N.A.** ***WITHOUT PREJUDICE*** **IN ORDER TO SEVER TRUSTEE'S CLAIMS AS TO THESE DEFENDANTS**<br><br>Date:     February 29, 2024<br>Time:    11:00 a.m.<br>Judge:   Hon. Scott C. Clarkson<br>Place:   Courtroom 5C<br>             411 West Fourth Street<br>             Santa Ana, California  92701 |

1

On February 28, 2024, the Court issued its Tentative Ruling on Plaintiff Richard A. Marshack, Chapter 11 Trustee's Motion to Voluntarily Dismiss Defendants Marich Bein, LLC and BankUnited, N.A. Without Prejudice in Order to Sever Trustee's Claims as to These Defendants (the "Motion to Dismiss") in the above-captioned adversary proceeding.

The Court, having considered the Motion to Dismiss, all pleadings filed in support of, and in opposition to, the Motion, good cause appearing, and for the reasons stated on the record and in the Motion to Dismiss, Marich Bein, LLC and BankUnited, N.A. are dismissed without prejudice from the operative Second Amended Complaint pending in Adversary Proceeding No. 8:23-ap-01046-SC. Trustee is to file his complaint under a new adversary proceeding as to Marich Bein, LLC and BankUnited, N.A. within twenty (20) calendar days of this Order.

**IT IS SO ORDERED**.

###

Date: March 15, 2024

Scott C. Clarkson
United States Bankruptcy Judge