CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
JEREMY B. FREEDMAN (308752)
Jeremy.freedman@dinsmmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele:    619.400.0500
Fax:     619.400.0501

Special Counsel to Richard A. Marshack
Chapter 11 Trustee for the Bankruptcy Estate of
The Litigation Practice Group PC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**DECLARATION OF WILLIAM "TY" CARSS**<br><br>Judge:   Hon. Scott C. Clarkson<br>Place:   Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, California  92701 |

**DECLARATION OF WILLIAM "TY" CARSS**

I, William "Ty" Carss declare as follows:

1. I am an attorney duly admitted to practice before all Courts in the State of California, United States District Court for the Central District of the State of California. I make this Declaration of my own personal volition and based upon my personal knowledge, except as to those matters based upon information and belief, and as to those matters, I believe them to be true. I have personal knowledge of the matters set forth herein. If called as a witness in this matter, I could and would testify competently thereto.

2. Prior to the order granting the Motion for Order Approving Stipulation, Avoidance and Recovery of Avoidable Transfers to Defendant Phoenix Law, PC and Turnover of All Related Property to the Trustee and Order of Dismissal without Prejudice of Defendants William Taylor Carss and Maria Eeya Tan aka Eeya Tan [Bank Dkt No. 365] entered August 7, 2023, I was the Managing Attorney of Phoenix Law, PC ("Phoenix"), and I have overseen the legal services and operations provided to the approximately 21,457 client files fraudulently transferred to Phoenix from the Litigation Practice Group.

3. At all relevant times and for all purposes, I was the only person at Phoenix authorized to contractually bind Phoenix. As listed on the State of California secretary of state filed Statement of Information, I was not only the managing partner, but also the Chief Executive Officer, Chief Financial Officer, Secretary and Director. A true and correct copy of the Secretary of State, Statement of Information filed April 11, 2023, is attached hereto as **Exhibit A**.

4. I have had numerous communications with Tony Diab via text message while working at Phoenix, including but not limited to, all relevant times between March 2023 and May 2023.

5. Between May 19, 2023, and May 23, 2023, Tony Diab and I exchanged text messages regarding Phoenix and Greyson Law Center, PC. Tony Diab sent me these text messages to my personal cell phone from a phone number he gave to me and represented was his own. The text messages indicate that until he and others shut down Greyson, I was to send all requests for out-of-state counsel needed to service Phoenix Law, PC's clients to legal@greysonlawcenter.com and attorney@greysonlawcenter.com. He further indicated all credit card expenses would be placed on

1

Greyson's credit card among other operational instructions related to Greyson. A true and correct copy of my communications with Tony Diab between May 19, 2023, and May 23, 2023, is attached hereto as **Exhibit B**.

6. At no time did I ever see or discuss a contract between Phoenix and Greyson for Greyson to provide out-of-state counsel to handle LPG's client files that had been transferred to Phoenix at a cost of $2,000 per file. As I previously testified to at the June 12, 2023, hearing and provided in previous declarations, at first I had negotiated a higher but reasonable 1099 rate of approximately $750 per file with prior LPG attorneys. This was critical given the hap-hazard manner in which the files were transferred with many clients needing immediate legal representation. In order to protect these consumer clients, I made it a priority to ensure their representation at Phoenix continued and the easiest manner in which to accomplish this was to seek the services of LPG's attorneys who were already handling the file.

7. All attorney invoices for the $750 contract rate, on a 1099 basis, that I negotiated needed to be sent to Tony Diab directly or through accounting for approval and payment. Initially, invoices I submitted were being paid within an acceptable period. Over time, the process of getting attorney invoices approved by Tony Diab slowed down and required constant follow up to ensure out-of state attorney continued to provide legal services. As it became harder to get Tony Diab to approve attorney invoices paid, I started noticing some of the attorney's email addresses had switched to Greyson Law Center email addresses. Around this same time, when I tried to place new files, some LPG attorneys advised that they would not accept the file unless it came through Greyson only. As **Exhibit B** shows, on approximately May 19, 2023, I confronted Tony Diab about this issue and he told me that until he closes Greyson I was to send all Phoenix files to Greyson for representation at a cost of approximately $2,000 per file, which was approximately 167% higher than the $750 rate I had negotiated at Phoenix. At that time, I felt I had no choice but to comply with Diab's instruction. Thousands of files needed attorney representation and without having any attorneys or time to locate attorneys, I followed Diab's instruction until the Trustee served the temporary restraining order on June 2, 2023.

///

2

8. Being the only person at Phoenix authorized to contractually bind Phoenix, I did not execute any contract with Greyson. No contract with Greyson was ever presented to me for review and I never negotiated any terms of any contract with Greyson. Based thereon, no such contract between Phoenix and Greyson exists, unless my signature has been forged. Alternatively, I have been informed Greyson contends that Bianca Loli, who owned and ran Prime-Logix, LLC and Maverick Management, LLC may have signed the purported contract between Phoenix and Greyson. If any such contract exists, Bianca Loli was not an officer, director or employee of Phoenix and had no authority, express or implied, to contractually bind Phoenix. To the extent a purported contract between Phoenix and Greyson exists executed by Bianca Loli, it too is fraudulent as I never authorized Bianca Loli to execute a contract with Greyson, especially regarding a contract I had no knowledge of.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on this 16th day of April at Irvine, California.

_____
William "Ty" Carss, Esq.

3

# EXHIBIT "A"

| | |
|---|---|
| **STATE OF CALIFORNIA**<br>*Office of the Secretary of State*<br>**STATEMENT OF INFORMATION CORPORATION**<br>California Secretary of State<br>1500 11th Street<br>Sacramento, California 95814<br>(916) 653-3516 | **For Office Use Only**<br>**-FILED-**<br>File No.: BA20230605644<br>Date Filed: 4/11/2023 |

| Entity Details | |
|---|---|
| Corporation Name | Phoenix Law PC |
| Entity No. | 5426860 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 6080 CENTER DRIVE<br>6TH FLOOR<br>LOS ANGELES, CA 90045 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 6080 CENTER DRIVE<br>6TH FLOOR<br>LOS ANGELES, CA 90045 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 6080 CENTER DRIVE<br>6TH FLOOR<br>LOS ANGELES, CA 90045 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| + William Taylor Carss | 6080 CENTER DRIVE<br>6TH FLOOR<br>LOS ANGELES, CA 90045 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| + William Taylor Carss | 6080 CENTER DRIVE<br>6TH FLOOR<br>LOS ANGELES, CA 90045 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | Law firm |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

**EXHIBIT A**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*William Taylor Carss*  *04/11/2023*

Signature  Date

B1667-4294 04/11/2023 5:08 PM Received by California Secretary of State

**EXHIBIT A**

**Page 7**

# EXHIBIT "B"

    

**Tony Diab**

Friday, May 19 • 12:09 PM

Until we close greyson, the plan is the following. For any new assignment, email it to:

Legal@greysonlawpc.com and Attorney@greysonlawpc.com

Bianca is working on a new flow but for now send all assignments there.

As for a card for expenses, they will continue using the greyson card for now.

Jayde told Tiffany to get the card from Phoenix.
The attorneys are caught in the middle and she won't help until it is cleared.

Does Greyson know this?

Friday, M      • 2:12 PM

**EXHIBIT B**
**Page 9**

Tony Diab

Friday, May 19 • 2:12 PM

> Yes, working through this now. Trying to figure out how we will do expenses/reimbursements. Should have an answer soon

👍

Monday, May 22 • 9:35 AM

> One more note regarding attorney assignments: only send to legal@greyson and attorney@greyson. Do not copy the individual attorney as well.

Okay

Monday, May 22 • 11:17 AM

> We are not on the same page with Greyson.
> Again, "attorney" is asking who is going to pay for the appearance counsel.

**EXHIBIT B**

**Page 10**

 Tony Diab

Tuesday, May 23 • 7:56 AM

Do we or Greyson have access to a GA attorney?

7:56 AM • SMS

Tuesday, May 23 • 8:56 AM

Yes, greyson does

Tuesday, May 23 • 10:57 AM

Does Greyson have an OR BK atty?

Yes, tom mcavity



I just spoke with an OR client who should file BK.
Can I give the client Tom McAvity's name and contact info?

Tuesday, May 23 • 1:51 PM

Text message

**EXHIBIT B**

**Page 11**