CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
JEREMY B. FREEDMAN (308752)
jeremy.freedman@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele: 619.400.0500
Fax:  619.400.0501

Special Counsel to Richard A. Marshack, Chapter 11 Trustee for the Bankruptcy Estate of The Litigation Practice Group P.C.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA DIVISION)

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>RICHARD A. MARSHACK,<br>Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, an individual; et al.<br><br>Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**DECLARATION OF HERSHY DEUTSCH** |

In submitting the declaration of Hershy Deustch, Trustee does not make any admissions of fact contained therein, whether express or implied, except as to only those facts relied upon and specifically cited to by Trustee, which are limited to paragraphs 1-3, 7-9, 13, 14, 16-19. Trustee expressly disputes all other paragraphs contained in the following declaration.

# DECLARATION OF HERSHY DEUTSCH

I, Hershy Deutsch, declare:

1. My name is Hershy Deutsch. I am over eighteen (18) years of age, competent, of sound mind, and authorized to make this declaration. The statements contained herein are within my personal knowledge and are true and correct.

2. I am the Managing Member of Marich Bein LLC ("MB"). MB is a limited liability company organized under the laws of the State of New York. MB was engaged in the business of servicing and purchasing accounts receivable.

3. MB entered documented business transactions with The Litigation Practice Group, P.C. ("LPG"). LPG operated a law firm for consumers across the country who sought assistance in contesting or resolving debts.

4. The contracts between MB and LPG include: (a) Assignment of Servicing Rights ("Servicing Agreement") dated September 19, 2022; (b) Accounts Receivable Purchase Agreement entered on August 18, 2022 ("MB1"); (c) Accounts Receivable Purchase Agreement entered September 21, 2022 ("MB2"); (d) Accounts Receivable Purchase Agreement entered October 6, 2022 ("MB3"); and (e) Accounts Receivable Purchase Agreement entered November 14, 2022 ("MB4"). MB1, MB2, MB3, and MB4 are collectively referred to as the "AR Purchase Agreements".

5. Pursuant to MB1, MB2, MB3, and MB4 and related transactions, MB paid LPG $12,058,335 to purchase and acquire specified accounts receivables (defined in the AR Purchase Agreements).

6. Under the Servicing Agreement, LPG unconditionally, absolutely, and irrevocably assigned to MB all of its rights in the servicing, collection and administration of accounts receivables. As set forth in the Servicing Agreement, MB was obligated to and provided significant services and was entitled to and earned Servicing Fees (as defined in the Servicing Agreement).

7. At all times under the AR Purchase Agreements and the Servicing Agreement, LPG was to continue to provide legal services to its clients. MB was never to provide any such services and did not provide legal services.

8. Tony Diab ("Diab") held himself out as the owner, operated, dominated, and controlled LPG.

9. Following entry of the AR Purchase Agreements and the Servicing Agreement with LPG, MB representatives, including myself, made frequent visits to LPG's offices in Orange County, California. During these visits to LPG's offices, MB's representatives frequently interacted with Han Trinh ("Trinh"), often called by others at LPG "General Han". Trinh shared an office with Diab. We were told both by Diab and other employees at LPG and we observed that Trinh served as Diab's right-hand person. Moreover, it was clear that LPG and its employees regarded Trinh as not just an extension of Diab, but also as a top-level executive of LPG in her own right.

10. Each of the AR Purchase Agreements and the Servicing Agreement LPG entered with MB were signed by Tony Diab and Daniel March for LPG.

11. The AR Purchase Agreements and the Servicing Agreement were negotiated, entered, and administered on an arm's length, independent basis, and the terms of the agreements were market terms for an entity with business operations of the nature and type of LPG.

12. Other than business transactions, LPG and Diab had and have no connection with MB. LPG and Diab are not and were never parties in control or insiders of MB.

13. Pursuant to the Servicing Agreement, MB was required to transmit payments that LPG was entitled to receive as directed by LPG. In this regard, throughout MB's time processing payments for LPG, MB was instructed by LPG to

disburse funds on behalf of LPG to numerous entities in addition to LPG, including PrimeLogix.

14. Following entering the AR Purchase Agreements and the Servicing Agreement with MB, LPG and Diab engaged in a scheme to evade and circumvent LPG's agreements with MB. In violation of the agreements and derogation of LPG's obligations under the agreements, LPG engaged in a fraudulent scheme to transfer accounts previously sold to MB and accounts covered by the binding Servicing Agreement between LPG and MB to other entities under the control of Diab, including (without limitation) Oakstone Law Group ("Oakstone"), Phoenix Law Group ("Phoenix"), and Greyson Law Center ("Greyson").

15. MB did not act in concert with LPG and Diab's fraudulent scheme, rather MB was a victim of the fraudulent scheme.

16. On February 24, 2023, MB filed a complaint (the "Complaint") in the United States District Court for the Central District of California against LPG and Oakstone commencing case number 8:23-cv-00339. The Complaint set forth causes of action for breach of contract, intentional interference with contractual relations, conversion, avoidance and recovery of fraudulent transfers, declaratory relief, and injunctive relief.

17. Shortly prior to the time of the filing of the Complaint, MB and I became aware that LPG and Diab were engaging in fraudulent activities designed to evade LPG's contractual obligations to MB, strip assets and rights from MB, and otherwise harm MB. We learned that Diab and LPG were considering either launching a new company under a different name or acquiring an existing company to migrate LPG client files.

18. On March 9, 2023, we discovered that LPG and Diab had involved Greyson along with Oakstone and Phoenix to participate in their fraudulent scheme to

evade and circumvent LPG's contractual obligations to MB, migrate LPG client files away from LPG, and purport to transfer accounts previously purchased by MB from LPG, and/or accounts that had been serviced by MB under the Servicing Agreement to entities established under the direction and control of Diab and/or his accomplices.

19. In addition to learning that Greyson was part of LPG's and Diab's fraudulent scheme, we discovered that Diab wielded complete control over Greyson, with Trinh executing his instructions, thereby continuing their operational practices that existed at LPG.

20. LPG breached its obligations to MB under the Servicing Agreement and the AR Purchase Agreements. MB complied with and performed its obligations under the AR Purchase Agreements and the Servicing Agreement.

21. Under the Servicing Agreement and the AR Purchase Agreements, LPG has indemnification obligations to MB.

22. Pursuant to the AR Purchase Agreements, LPG is liable to MB for expenses, including (without limitation) legal fees. MB continues to incur such expenses as a result of LPG's defaults.

23. As reflected in the proof of claim (Omni claim no. 102016-1) timely filed by MB in LPG's bankruptcy case, LPG is indebted to MB in an amount exceeding $22.3 million.

I declare under penalty of perjury under the laws of the United States that the foregoing is correct. Executed this 16th day of April, 2024, at Toms River, New Jersey.

_____
Hershy Deutsch

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California  92101

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF HERSHY DEUTSCH**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 17 persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Keith Barnett<br>on behalf of Defendant Payliance, LLC | keith.barnett@troutman.com<br>kelley.wade@troutman.com |

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On April 17, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Tony Diab
1278 Glenneyre Street
Laguna Beach, California 92651

Lisa Cohen
20101 SW Cypress Street
Newport Beach, California 92660

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 17, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS – JUDGE'S COPY**

Honorable Scott C. Clarkson
United States Bankruptcy Court. Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 17, 2024 | Nicolette D. Murphy | /s/ *Nicolette D. Murphy* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 128    F 7016-1.STATUS.REPORT

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Bradford Barnhardt<br>on behalf of Plaintiff Richard A. Marshack | bbarnhardt@marshackhays.com<br>bbarnhardt@ecf.courtdrive.com<br>alinares@ecf.courtdrive.com |
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Leslie A Cohen<br>on behalf of Defendant Rosa Bianca Loli | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Michael T Delaney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | mdelaney@bakerlaw.com<br>tbreeden@bakerlaw.com |
| Alan W Forsley<br>on behalf of Interested Party Courtesy NEF | alan.forsley@flpllp.com<br>awf@fkllawfirm.com<br>awf@fl-lawyers.net<br>addy@flpllp.com |
| Jeremy B. Freedman<br>on behalf of Plaintiff Richard A. Marshack | jeremy.freedman@dinsmore.com<br>nicolette.murphy@dinsmore.com |
| Jeremy B. Freedman<br>on behalf of Trustee Richard A. Marshack (TR) | jeremy.freedman@dinsmore.com<br>nicolette.murphy@dinsmore.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>angelica.urena@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>deamira.romo@dinsmore.com |
| Christopher Ghio<br>on behalf of Trustee Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>angelica.urena@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>deamira.romo@dinsmore.com |
| Eric D Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Meredith King<br>on behalf of Defendant Gallant Law Group *(DISMISSED)* | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 129                                        **F 7016-1.STATUS.REPORT**

| | |
|---|---|
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC *(DISMISSED)* | David.Kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| Matthew A. Lesnick<br>on behalf of Defendant Optimumbank Holdings, Inc. d/b/a Optimum Bank | matt@lesnickprince.com<br>matt@ecf.inforuptcy.com<br>jmack@lesnickprince.com |
| Daniel A Lev<br>on behalf of Defendant Consumer Legal Group, PC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Defendant LGS Holdco, LLC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Daniel S. March<br>on behalf of Defendant Daniel S. March | marchlawoffice@gmail.com<br>marchdr94019@notify.bestcase.com |
| Kathleen P. March<br>on behalf of Defendant Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Han Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Jayde Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Lisa Patel<br>on behalf of Defendant OptimumBank Holdings, Inc. | lpatel@lesnickprince.com<br>jmack@lesnickprince.com<br>jnavarro@lesnickprince.com |
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald N Richards<br>on behalf of Defendant Consumer Legal Group, PC | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |
| Zev Shechtman<br>on behalf of Interested Party Morning Law Group, P.C. | zs@danninggill.com<br>danninggill@gmail.com<br>zshechtman@efc.inforuptcy.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 130    **F 7016-1.STATUS.REPORT**

| | |
|---|---|
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A *(DISMISSED)* | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |
| Kelly Sweeney<br>on behalf of Defendant Fidelity National Information Services, Inc. | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Worldpay Group | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Worldpay, LLC | kelly@ksgklaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| William J. Wall<br>on behalf of Witness Bradford Lee | wwall@wall-law.com |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 131      **F 7016-1.STATUS.REPORT**