CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
JEREMY B. FREEDMAN (308752)
jeremy.freedman@dinsmmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele:   619.400.0500
Fax:    619.400.0501

Special Counsel to Richard A. Marshack
Chapter 11 Trustee for the Bankruptcy Estate of
The Litigation Practice Group PC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Defendant.<br><br>————————————————<br><br>RICHARD A. MARSHACK,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.<br><br>Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF JEREMY B. FREEDMAN IN SUPPORT OF PLAINTIFF RICHARD A. MARSHACK, CHAPTER 11 TRUSTEE'S FURTHER BRIEFING IN OPPOSITION TO GREYSON LAW CENTER, PC'S FRIVOLOUS MOTION TO VACATE [1046 Dkt No. 290] AND SUPPLEMENTAL BRIEFING FILED IN SUPPORT THEREOF [1046 Dkt. No. 474]**<br><br>Date:      May 1, 2024<br>Time:      1:30 p.m.<br>Judge:     Hon. Scott C. Clarkson<br>Place:     Courtroom 5C<br>           411 West Fourth Street<br>           Santa Ana, California  92701 |

I, JEREMY B. FREEDMAN, declare as follows:

1.    I am an attorney at law duly licensed to practice law by the State Bar of California and admitted to practice before this Court.  I am an associate with the law firm of Dinsmore & Shohl LLP, serving as Special Counsel to Richard A. Marshack, Chapter 11 Trustee for the Bankruptcy Estate of The Litigation Practice Group PC.  I make this declaration in support of the Joint Statement re Greyson Law Center PC's Motion to (1) Vacate 05/26/23 Lockout and Preliminary Injunction Order as to Greyson Law, Order Trustee Attorney Celentino to Return All Greyson's Seized Property, and Order Celentino to Immediately Restore Greyson's Access to All Greyson Law Center PC; and (2) Consolidating Related Motions ("Frivolous Motion").  I have personal knowledge of the facts contained in this declaration, and if called upon to testify, I could and would testify competently thereto.

2.    Neither myself nor any person or entity employed or acting on behalf of the Chapter 11 Trustee, Richard A. Marshack, who was provided access to Greyson's turned over accounts, has or instructed anyone to alter, modify or delete any of Greyson's files or accounts, including but not limited to the Microsoft-hosted email account, Sharepoint, OneDrive, Teams and Viva account other than to change the log in credentials and settings to block the account pursuant to the Temporary Restraining Order ("TRO") [Adv. Dkt. No. 13] and Preliminary Injunction [Adv. Dkt. No. 70]. Greyson's Microsoft account has been paid by the Trustee.

3.    Attached hereto are true and correct excerpts of the March 20, 2024 Deposition Transcript of Han Trinh as **Exhibit L**.

4.    I reviewed LPG's Bankruptcy Petition attached to an email sent from Tony Diab to Dan March via email using his admin@lpglaw.com address. A true and correct of the email from Tony Diab to Dan March is attached hereto as **Exhibit M**. I checked the document properties related to the electronic signature that had been applied to LPG's Bankruptcy Petition. The properties indicated that the electronic signature had been inserted into the document by Tony Diab using his AdminLPG credentials. A true and correct copy of a screenshot of the electronic signature properties inserted into LPG's Bankruptcy Petition is attached hereto as **Exhibit N**.

///

2

5.      On March 15, 2023, pursuant to the Trustee Richard A. Marshack's ("Trustee") Requests for Production of Documents to be produced by Court Order ahead of Han Trinh's deposition, counsel for Han Trinh produced screen shots of text messages between Eng Taing and Jayde Trinh dated March 7-8, 2023 (identified in Han's production as "Item 1"). A true and correct copy of the text messages between Eng Taing and Jayde Trinh ("Item 1") is attached hereto as **Exhibit O**.

6.      Attached hereto are true and correct excerpts of the February 2, 2024 Deposition Transcript of Bradford Lee as **Exhibit P**.

7.      On February 2, 2024, Trustee personally served Han Trinh with his Deposition Subpoena and Requests for Production of Documents to be produced ahead of her deposition. As part of the information and documents Trustee requested Han Trinh produced were records related to her role as the Chief Executive Officer, Chief Financial Officer, President, Secretary and Director for BAT, Inc. Based on my review of the California Secretary of State website for BAT, Inc. (ID No. 4277654 listing Tony Diab as the agent for service of process), on March 2, 2023, prior to LPG filing its Bankruptcy Petition, BAT, Inc. changed its Chief Executive Officer, Chief Financial Officer, President, Secretary and Director from Tony Diab to Han Trinh. A true and correct copy of the California Secretary of State Statement of Information Form filed by BAT, Inc. on March 2, 2023 is attached hereto as **Exhibit Q**. On March 13, 2024, two days prior to Han Trinh's deadline to serve her responses to Trustee's Request for Production of Documents ahead of her deposition, BAT, Inc. filed another Statement of Information with the California Secretary of State naming Tony Diab again as the Chief Executive Officer, Chief Financial Officer, President, Secretary and Director and removing Han Trinh. A true and correct copy of BAT, Inc.'s Statement of Information filed with the California Secretary of State on March 13, 2024 as **Exhibit R**. On March 15, 2024, Han Trinh served her responses and an index of documents she intended to produce and grounds for not producing records. Response to Request No. 34 indicates "See #32, but Han Trinh was not an employee of BAT, Inc." which was a fallacy created by Tony Diab and Han Trinh in order to try and withhold evidence as to BAT. A true and correct copy of Han Trinh's "INDEX OF WHICH OF 68 CATEGORIES OF REQUESTED DOCUMENTS HAN TRINH POSSESSES AND IS PRODUCING, PURSUANT TO

1  DEPOSITION SUBPOENA SERVED ON HAN TRINH BY DINSMORE & SHOHL LLP, FOR

2  HAN TRINH DEPOSITION WHICH IS CURRENTLY SET TO BE TAKEN ON 3/20/24,

3  STARTING AT 10AM, FOR 7 HOURS MAXIMUM; PRIVILEGE LOG" is attached hereto as

4  **Exhibit S**.

5       8.      I received an email identifying Legacy Law Partners, PC as another debt relief law

6  firm being run and/or controlled by Tony Diab, Bianca Loli, and Shloime Feig of Consumer Legal

7  Group, PC. I do not know the person who sent me the email, did not solicit the information, nor do I

8  recognize the email address. A true and correct copy of the January 1, 2024 email is attached hereto

9  as **Exhibit T**. Based on subsequent communications I have had with counsel for Marich Bein, in the

10  presence of his client Hershy Deutsch, they confirmed with me that Tony Diab was in fact affiliated

11  with Legacy Law Partners as indicated in the email attached as **Exhibit T**.

12       9.      I performed a word search to the June 12, 2023 Preliminary Injunction hearing

13  transcript, 1046 Dkt. No. 76 for the phrase "alter ego." Based thereon the phrase "alter ego" came up

14  a total of sixteen (16) times during the June 12, 2023 hearing.

15       10.     True and correct copies of excerpts from the April 23, 2023 341a Meeting of the

16  Creditors is attached hereto as **Exhibit U**.

17       I declare under penalty of perjury under the laws of the United States of America that the

18  foregoing is true and correct.

19       Executed on this 17th day of April 2024 at San Diego, California.

20

21                                              _Jeremy Freedman_

22                                              Jeremy B. Freedman

23

24

25

26

27

28

# EXHIBIT "L"

EXHIBIT L

Page 5

Transcript of the Testimony of:

## HAN TRINH

MARSHACK

vs.

DIAB, et al.

March 20, 2024

Volume I



IMAGINE
REPORTING

**EXHIBIT L**
**Page 6**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA  - SANTA ANA DIVISION

IN RE:                                    )
                                          )
THE LITIGATION PRACTICE GROUP             )
P.C.,                                     )
                                          )
            DEBTOR,                       )
                                          )
                                          ) Case No. 8:23-AP-01046-SC
                                          )
                                          ) CHAPTER 11
_____)
                                          )
RICHARD A. MARSHACK,                      )
CHAPTER 11 TRUSTEE,                       )
                                          )
                                          )
            PLAINTIFF,                     )
                                          )
        vs.                               )
                                          )
TONY DIAB, ET AL.                         )
                                          )
            DEFENDANTS.                    )
_____)

DEPOSITION OF HAN TRINH

SAN DIEGO, CALIFORNIA

MARCH 20, 2024

REPORTED BY:  LORENA BARRÓN, CSR NO. 12058

JOB NO. 106453

**EXHIBIT L**

**Page 7**

Han Trinh                                                       March 20, 2024

```
 1              UNITED STATES BANKRUPTCY COURT

 2     CENTRAL DISTRICT OF CALIFORNIA  - SANTA ANA DIVISION

 3

 4

 5   IN RE:                          )

 6   THE LITIGATION PRACTICE GROUP   )
     P.C.,                           )
 7                                   )
                     DEBTOR,         )
 8                                   )
                                     ) Case No. 8:23-AP-01046-SC
 9                                   )
                                     ) CHAPTER 11
10   _____)
                                     )
11   RICHARD A. MARSHACK,            )
     CHAPTER 11 TRUSTEE,             )
12                                   )
                                     )
13                   PLAINTIFF,      )
                                     )
14           vs.                     )
                                     )
15   TONY DIAB, ET AL.               )
                                     )
16                   DEFENDANTS.     )
     _____)
17

18

19

20         Deposition of HAN TRINH, taken on behalf of

21   Plaintiff, at 655 West Broadway, Suite 800,

22   San Diego, California, commencing at 9:54 a.m.,

23   Wednesday, March 20, 2024, bore Lorena Barrón, CSR. No.

24   12058.

25
```

Han Trinh                                                              March 20, 2024

```
1  APPEARANCES OF COUNSEL:

2  FOR PLAINTIFF SPECIAL COUNSEL TO RICARD A. MARSHACK
   CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATE OF THE
3  LITIGATION PRACTICE GROUP P.C.

4  DINSMORE & SHOHL, LLP
   BY:  CHRISTOPHER B. GHIO, ESQ.
5  655 WEST BROADWAY
   SUITE 800
6  SAN DIEGO, CALIFORNIA  92101
   619.400.0500
7  christopher.ghio@dinsmore.com

8

9  FOR GREYSTONE LAW CENTER, P.C.:

10 THE BANKRUPTCY LAW FIRM, P.C.
   BY: KATHLEEN P. MARCH, ESQ.
11 10524 W. Pico Boulevard
   SUITE 212
12 LOS ANGELES, CALIFORNIA 90064
   408.441.7500
13 KMARCH@BKYLAWFIRM.com

14

15 IN PRO PER
   BY: TONY DIAB
16 620 NEWPORT CENTER DRIVE
   SUITE 670
17 NEWPORT BEACH, CALIFORNIA  92660
   949.485.4450
18 tony@diablaw.com

19

20

21

22

23

24

25
```

EXHIBIT L

Han Trinh                                                        March 20, 2024

```
 1                        I N D E X

 2   WITNESS:  HAN TRINH

 3   EXAMINATION:                                  PAGE

 4   BY MR. GHIO                                      6

 5   BY MS. MARCH                                   321

 6   BY MR. DIAB                                    321

 7

 8   EXHIBITS:

 9   NUMBER                                        PAGE

10   Exhibit 1     Amended Notice                   13

11   Exhibit 2     Sales contract for the black    126
                   Mercedes S580
12
     Exhibit 3     State of Information document   135
13
     Exhibit 4     Updated State of Information    138
14                 document for BAT, Inc.

15   Exhibit 5     Text message                    154

16   Exhibit 6     Email produced in response to   165
                   the subpoena
17
     Exhibit 7     Document for the Mercedes        187
18
     Exhibit 8     Document                         336
19
     Exhibit 9     Email                            194
20
     Exhibit 10    Email                            336
21
     Exhibit 11    Email                            203
22
     Exhibit 12    Email                            204
23
     Exhibit 13    Email                            207
24
     Exhibit 14    Email                            208
25
     Exhibit 15    Email                            336
```

Han Trinh                                                    March 20, 2024

1  Exhibit 16    Email                                          336

2  Exhibit 17    Email                                          211

3  Exhibit 18    Text screen from someone named Mads            215

4  Exhibit 19    Screenshot of a text conversation%             219

5  Exhibit 20    Set of text messages                           222

6  Exhibit 21    Statement for a wire that was                  223
                 sent Scott Eadie
7
   Exhibit 22    Records subpoenaed by the                      225
8                trustee's general counsel, Marshack
                 Hays from JPMorgan Chase
9
   Exhibit 23    (Exhibit 23 not provided.)
10
   Exhibit 24    Three-page document with redactions            336
11
   Exhibit 25    Declaration submitted                          273
12
   Exhibit 26    Declaration in support of a motion             297
13               for allowance of an administrative claim

14 Exhibit 27    Declaration with respect to a                  300
                 motion for allowance of an
15               administrative claim

16 Exhibit 28    Declaration from Mr. Nguyen                     302

17

18            QUESTION INSTRUCTED NOT TO ANSWER:

19                       PAGE     LINE

20                        12       1

21

22            INFORMATION REQUESTED:

23                    (NONE)

24

25

Han Trinh                                                    March 20, 2024

1  made out to BAT, Inc., and that that funding was

2  supposed to pay for LPG's payroll.

3            I was explained that LPG bought out BAT, so

4  BAT belongs to LPG.  Originally, I would -- he dropped

5  off the checks.  He told me to go ahead and take it to

6  LPG's bank, which was Union Bank at the time.

7            I took it there.  I tried to open the bank --

8  I tried to deposit it and they said, Okay, we'll take

9  it.  I get called back and said that I have to come in.

10 They can't take these checks because it has to say

11 Litigation Practice Group regardless if there are

12 contracts or anything stating that LPG had bought out

13 BAT, Inc.

14      Q    If you look at the document, it says that

15 Mr. Diab is the agent for service of process.  It's

16 about the bottom third of the page, on the first page.

17           Do you see that?

18      A    Yes.

19      Q    Did you ever ask Mr. Diab why he didn't open

20 the bank account and make himself the CEO/CRO and

21 secretary of BAT, Inc.?

22      A    No.  I didn't really understand that kind of

23 process and structure at the time, so I did not ask.

24      Q    Okay.  So you just accepted this as another

25 assignment from your boss, essentially?

Han Trinh                                                    March 20, 2024

1        Q     Page 17.

2        A     Yes.  They didn't make the amount, so I don't

3  know why they sent it multiple times.  It's just one --

4  a bunch of invoices.

5              The total is how many, and they were to send

6  that out.

7        Q     And then on 5/30, there's another wire from

8  Prime Logics at $130,000, correct?

9        A     Yes.

10       Q     This is for legal fees?

11       A     Yes.

12       Q     Again, why was this being paid to BAT instead

13  of Greyson directly?

14       A     So when we started finding out after Vulcan

15  sent us the money, I started -- I, in my head, assumed

16  that Tony Diab must have some kind of control of

17  Phoenix's finances.

18              Is it a really good idea to give Greyson

19  account and routing number?  You can do a lot with an

20  account and routing number, and we thought it would be

21  best to not do so, until we were prepared to have all of

22  our securities in place, just in case.

23       Q     Um, now we're gonna through the ATM and debit

24  card withdrawals.

25       A     Yes.

Han Trinh                                                      March 20, 2024

1      Q    There's on 5/17, a purchase with the
2  California Secretary of State.
3          Do you have any idea what that was for?
4      A    It has to do with either EIN or AOI that we
5  had to redo after Eng dissolved the original Greyson.
6      Q    So why was BAT, Inc., paying business expenses
7  for Greyson?
8      A    Because if you look at it, phoenix never paid
9  money directly to Greyson.
10         For the first reason, it's erroneous reason as
11 to they just assume, Oh, Han's there, that means we can
12 just send it through there.
13         The second ones are they kept paying fees for
14 Phoenix invoices that we invoiced the for to that.  And
15 then we stop.  As soon as Vulcan sent it out, we did not
16 decide to involve Tony Diab whatsoever.
17         So we decided that it would most likely be
18 best if operational fees, it's already sitting here, to
19 pay for all of Greyson's vendors just through here.
20         That is not supposed to keep a dime to pay for
21 anything for LPG related or Greyson, if it is the
22 finances that is absorbed for Greyson.
23     Q    Okay.  There is some charges for public
24 storage.
25     A    Yes.

Han Trinh                                                     March 20, 2024

1  functioning CRM?

2       A    Absolutely not.

3       Q    Do you think that the Luna CRM was

4  commercially viable, the one that is used by present

5  Greyson?

6       A    No way.

7       Q    So you had referenced a contract -- moving to

8  a different subject -- between Greyson and Phoenix with

9  regard to the representation of clients that were at

10 Phoenix.  These are former LPG clients.  And so you

11 indicated that there was an agreement in place between

12 the two; is that correct?

13      A    Yes.

14      Q    And so that agreement, you indicated, was

15 facilitated in some way by a middle man, Tony Diab,

16 myself; is that correct?

17      A    Yes.

18      Q    And so during the course of that negotiation,

19 was there any discussion that happened between any

20 Greyson attorneys and Ty Carrs himself?

21      A    Any conversations regarding?

22      Q    Sorry.  Regarding this contract, this per-case

23 fee that was due from Phoenix to Greyson?

24      A    I believe there might have been some Greyson

25 attorneys that were emailing in and asking who was

Han Trinh                                                                   March 20, 2024

```
 1   STATE OF CALIFORNIA    )
                            :  ss.
 2   COUNTY OF SAN DIEGO    )

 3        I, LORENA BARRÓN, Certified Shorthand Reporter

 4   in and for the State of California, Certificate No.

 5   12058, do hereby certify:

 6        That the witness in the foregoing deposition was

 7   by me first duly sworn to testify the truth, the whole

 8   truth, and nothing but the truth in the foregoing cause;

 9   that the deposition was taken before me at the time and

10   place herein named; that said deposition was reported by

11   me in shorthand and transcribed, through computer-aided

12   transcription, under my direction; and that the

13   foregoing transcript is a true record of the testimony

14   elicited at proceedings had at said deposition.

15        I do further certify that I am a disinterested

16   person and am in no way interested in the outcome of

17   this action or connected with or related to any of the

18   parties in this action or to their respective counsel.

19        In witness whereof, I have hereunto set my hand

20   this 12th day of April, 2024.

21
                                      _____
22
                                      LORENA BARRÓN
23                                    CSR No. 12058

24

25
```

# EXHIBIT "M"

| | |
|---|---|
| **From:** | Admin <admin@lpglaw.com> |
| **Sent:** | Monday, April 3, 2023 11:17 PM |
| **To:** | joon khanglaw.com |
| **Cc:** | dan@litigationpracticegroup.com |
| **Subject:** | Re: Documents to review, sign and return |
| **Attachments:** | Corrected Schedule of Actions - FINAL.docx; Stmt Related Cases.pdf; LPG - Decl re Sched.pdf; Corp Ownership Doc.pdf; LPG - Schedules and Stmts.pdf |

Hi Joon -

Signed documents attached along with a corrected schedule of cases.  I added the missing cases to the schedule and also added a column with current status.

Thanks!

**The Litigation Practice Group PC**
**17542 E. 17th St., Ste 100**
**Tustin, CA 92780**
p: 949.715.0644
f:  949.315.4332
www.lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

**From:** joon khanglaw.com <joon@khanglaw.com>
**Sent:** Monday, April 3, 2023 4:47 PM
**To:** Admin <admin@lpglaw.com>; dan@litigationpracticegroup.com <dan@litigationpracticegroup.com>
**Subject:** Documents to review, sign and return

Daniel,

Please review, sign and return signed pages. For the last attachment, I will attach lists of executory contracts on Sched G and pending litigation in #4, Stmt of Fin Affairs once I receive them from admin. Please sign the last page of the Statement of Financial Affairs. I will need wet signatures, not electronic signatures. These need to get filed by end of day today. Thank you.

**Joon M. Khang**
**KHANG & KHANG LLP**
4000 Barranca Parkway, Suite 250

**EXHIBIT M**
**Page 18**

Irvine, CA 92604
Tel: (949) 419-3834
Fax: (949) 385-5868
Email: joon@khanglaw.com
Website: www.khanglaw.com

The information contained in this email and any attached documents are intended only for use of the individual or entity named above, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by responding to this email and immediately deleting this message. Thank you.

IRS CIRCULAR 230 DISCLOSURE: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in, omitted from, or implied by this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**EXHIBIT M**
**Page 19**

# EXHIBIT "N"



Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page 13 of 14

Copyright © Financial Software Solutions, LLC

Debtor **The Litigation Practice Group P.C.**
Name

**Part 14: Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, connection with a bankruptcy case can result in fines up to $500,000 or impri 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/03/2023
MM/DD/YYYY

✘ [signature]
Signature of individual signing on behalf of the debtor

Printed name Daniel S. March

**EXHIBIT N**
**Page 21**

# EXHIBIT "O"

①





EXHIBIT O
Page 24

# EXHIBIT "P"

1    UNITED STATES BANKRUPTCY COURT OF THE CENTRAL DISTRICT

2          OF CALIFORNIA-SANTA ANA DIVISION

3    In re

4    THE LITIGATION PRACTICE

     GROUP, PC,

5

             Debtor.

6    _____

                                       )

7    Richard A. Marshack            )No. 8:23-BK-10571-SC

                                       )

8    Ch11 Trustee,                   )Adv. Proc No:

                                       )8:23-ap-01046-SC

9          Plaintiff,                )

                                       )Chapter 11

10       vs.                          )

                                       )

11   Tony Diab, et at (includes      )

                                       )

12   Greyson Law Center PC as a      )

                                       )

13   Defendant),                     )

                                       )

14           Defendants.             )

     _____)

15

16              DEPOSITION OF BRADFORD A. LEE

17               Los Angeles, California

18               Friday, February 2, 2024

19                     Volume I

20

21   Reported by:

     JILL GLANTZ

22   CSR No. 11341

23   Job No. 6435063

24   PAGES 1 - 280

25

                                            Page 1

1    UNITED STATES BANKRUPTCY COURT OF THE CENTRAL DISTRICT

2              OF CALIFORNIA-SANTA ANA DIVISION

3    In re

4    THE LITIGATION PRACTICE

     GROUP, PC,

5

          Debtor.

6

                                   )

7    Richard A. Marshack          )No. 8:23-BK-10571-SC

                                   )

8    Ch11 Trustee,                )Adv. Proc No:

                                   )8:23-ap-01046-SC

9         Plaintiff,              )

                                   )Chapter 11

10      vs.                       )

                                   )

11   Tony Diab, et at (includes   )

                                   )

12   Greyson Law Center PC as a   )

                                   )

13   Defendant),                  )

                                   )

14        Defendants.             )

     _____)

15

16       Deposition of BRADFORD A. LEE, Volume I, taken on

17   behalf of Defendants, at 10524 West Pico Boulevard,

18   Suite 212, Los Angeles, California, beginning at

19   10:25 a.m. and ending at 7:13 p.m. on Friday,

20   February 2, 2024, before JILL GLANTZ, Certified

21   Shorthand Reporter No. 11341.

22

23

24

25

                                        Page  2

```
 1    APPEARANCES:

 2

 3    For Movant Greyson Law Center, PC:

 4         THE BANKRUPTCY LAW FIRM, PC

 5         BY:  KATHLEEN P. MARCH

 6         Attorney at Law

 7         10524 West Pico Boulevard, Suite 212

 8         Los Angeles, California 90064

 9         (310) 559-9224

10         kmarch@BKYLAWFIRM.COM

11

12    For The Witness:

13         WALL & SON

14         BY:  WILLIAM J. WALL

15         Attorney at Law

16         26895 Aliso Creek Road, B110

17         Aliso Viejo, California 92656

18         (949) 387-4300

19         wwall@wall-law.com

20

21

22

23

24

25
```

Page 3

EXHIBIT P
Page 28

```
 1     APPEARANCES (continued):

 2

 3     For Chapter 11 Trustee Richard A. Marshack:

 4          DINSMORE & SHOHL LLP

 5          BY:  CHRISTOPHER B. GHIO

 6          Attorney at Law

 7          655 West Broadway, Suite 800

 8          San Diego, California 92101

 9          (619) 400-0468

10          Christopher.Ghio@dinsmore.com

11

12     For Morning Law Group, PC, Non-Party:

13          DANNING, GILL, ISRAEL & KRASNOFF, LLP

14          BY:  ZEV SHECHTMAN

15          Attorney at Law

16          1901 Avenue of the Stars, Suite 450

17          Los Angeles, California 90067-6006

18          (310) 277-0077

19          zshechtman@danninggill.com

20

21     For Tony Diab:

22          TONY DIAB

23          IN PRE SE

24

25
```

Page 4

```
 1    APPEARANCES (continued):

 2

 3    Also Present:

 4         Han Trinh

 5         Jayde Trinh

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 5

```
1                          INDEX

2    WITNESS: BRADFORD A. LEE                      PAGE

3    VOLUME I

4    EXAMINATION BY MS. MARCH                         8

5    EXAMINATION BY MR. DIAB                        205

6    EXAMINATION BY MR. GHIO                        248

7    FURTHER EXAMINATION BY MS. MARCH              262

8    FURTHER EXAMINATION BY MR. GHIO               275

9    FURTHER EXAMINATION BY MS. MARCH              277

10

11                        EXHIBITS

                                                  PAGE
12

13   Exhibit 1   Notice of Deposition of Bradford A.   13
     and 2       Lee and Subpoena
14

     Exhibit 2A  Proof of Service                     14
15

     Exhibit 3   California Secretary of State Paper   29
16

     Exhibit 4   Printout Showing Bradford Lee's Hire  33
17               and Termination Dates

18   Exhibit 5   5-26-23 Lockout and Preliminary       71
                 Injunction Order
19

     Exhibit 8   Bradford Lee 1-8-24 Declaration       150
20               without Exhibits A-G

21   Exhibit 8A  Exhibit A to 1-8-24 Declaration        89

22   Exhibit 8B  Exhibit B to 1-8-24 Declaration        95

23   Exhibit 8C  Exhibit C to the 1-8-24 Declaration   101

24   Exhibit 8D  Exhibit D to the 1-8-24 Declaration   103

25   Exhibit 8E  Exhibit E to the 1-8-24 Declaration   106


                                             Page  6
```

EXHIBIT P
Page 31

1    Exhibit 8F   Exhibit F to the 1-8-24 Declaration      113

2    Exhibit 8G   Exhibit G to the 1-8-24 Declaration      118

3    Exhibit 9    Bradford Lee 1-15-24 Declaration,      186
                   Without Exhibits H-K

4

   Exhibit 9H   Exhibit H to the 1-15-25 Declaration     126

5

   Exhibit 9I   Exhibit I to the 1-15-24 Declaration     127

6

   Exhibit 9J   Exhibit J to the 1-15-24 Declaration     131

7

   Exhibit 9K   Exhibit K to the 1-15-24 Declaration     132

8

   Exhibit 10   Greyson Legal Services Agreement       115

9

   Exhibit 11   Paychex Document Litigation Practice    268
10                   Group for Brad Lee

11   Exhibit 12   Paychex Document for Brad Lee        268
                  Guardian Processing

12

13

14

15   QUESTIONS INSTRUCTED NOT TO ANSWER          PAGE    LINE

16                                     12      7

17                                 218      9

18

19

20

21

22

23

24

25

Page 7

1    that as 8A, because I think your 8A is an incomplete

2    exhibit.

3              MS. MARCH:  Well, that's what we received.

4              MR. WALL:  It looks like we had the problem that

5    we had with another exhibit where you made -- you had a

6    landscape exhibit and made a portrait copy.

7              MR. SHECHTMAN:  I can attest.  I saw it on the

8    docket.  I pulled it from the docket today, and it

9    appears in landscape in its original ECF form.

10             MS. MARCH:  Well, we can swap it.  But what --

11   are you saying you can't see on the one that we marked

12   earlier, the yellow?

13             THE WITNESS:  No.

14             MS. MARCH:  Let me just make six copies of it.

15             THE WITNESS:  Thank you.

16   BY MR. GHIO:

17      Q   Can you take a look at Exhibit 8A, please.  And

18   earlier, you testified that you were present at several

19   meetings of present Greyson attorneys; is that correct?

20      A   Yes.

21      Q   And on Exhibit 8A, do you see the names of any of

22   those present Greyson attorneys?

23      A   Yes.

24      Q   Can you name one or two for me?

25      A   Yes.   "Ashley Lambert," "Melissa Wilkes," "Reed

1    Pruyn," I believe.   "Peter Osterman."   Did I already say

2    "Ashley Lambert"?

3           MR. WALL:   Yes.

4           MS. MARCH:   Yes.

5    BY MR. GHIO:

6       Q    This appears to be an e-mail at the top, doesn't

7    it?

8       A    Yes, it does.

9       Q    And were you aware of who GLC's Admin or

10   admin@GreysonlawPC.com was on 5-18 of 2023?

11      A    Yes.

12      Q    And who was that?

13      A    I believe Tony Diab and/or Han Trinh.

14      Q    And how about "GLC Ops" or Ops@GreysonlawPC.com

15   as of that same date?

16      A    Yes.

17      Q    And who was that?

18      A    Max Chou.

19      Q    Earlier, you testified that Mr. Freedman attached

20   the exhibits to your Declarations; is that correct?

21      A    Yes.

22      Q    And that you were aware of what their titles

23   would be prior to him doing so, correct?

24      A    Yes.

25      Q    And did any of the exhibits that were ultimately

Page 254

1   attached to your Declarations vary from the description

2   he had given you?

3       A    No.

4       Q    So you anticipated each of those exhibits would

5   be attached was, in fact, attached?

6       A    Yes.

7       Q    Thank you.   I also want to draw your attention to

8   the text messages which were attached to your 1-15-24

9   Declaration.

10      A    Yes.

11      Q    Let me get you the exhibit number.   Those would

12  be Exhibit J.

13          MR. WALL:   I believe that's 9J; right?

14          THE WITNESS:   Yes, yes, 9J.

15  BY MR. GHIO:

16      Q    And 9K as well; correct?

17      A    Oh, yes, yes.

18      Q    And all of these were text messages that you sent

19  and/or received; correct?

20      A    Yes.

21      Q    To your personal cell phone?

22      A    Yes.

23      Q    And how did Mr. Freedman obtain those text

24  messages from your personal cell phone to attach to this

25  Declaration?

1        A    I texted the screenshots to him.

2        Q    Okay.  And, in fact, on the second page of

3   Exhibit 9K at the top, above where it says "two people,"

4   there is a "T" with a circle and a "BL" with a circle.

5   Do you see that?

6        A    Yes.

7        Q    Do you have any knowledge as you sit here today

8   as to who the "T" with a circle is referring to?

9        A    Yes.

10       Q    And who is that?

11       A    Tony Diab.

12       Q    And how about the "BL" with a circle, do you have

13  any knowledge sitting here today who that was?

14       A    Yes.

15       Q    And who would that be?

16       A    Bianca Loli.

17       Q    Do you still have those text messages preserved

18  on your cell phone?

19       A    I do.

20       Q    I would ask, like Mr. Diab did, that you not

21  alter, destroy or delete those.

22       A    Of course.

23       Q    Thank you.  I would now like to switch to -- and

24  I think it is -- I think it will be your Exhibit 9I.

25  Yes.

Page 256

1     A    Yes.

2     Q    Do you recall this relates to Old Hickory Partner

3    files; is that correct?

4     A    Yes.

5     Q    And you testified that none of these files

6    resided at present Greyson; is that correct?

7     A    Correct.

8     Q    Why would Admin@GreysonlawPC be CC'd on e-mails

9    that related to OHP files that were not at Greyson, if

10   you know?

11        MS. MARCH:   Objection.   Calls for speculation.

12   BY MR. GHIO:

13     Q    If you know.

14     A    Because Admin@Greysonlaw is also in connection

15   with Tony Diab.

16     Q    And Tony Diab was involved with the OHP files and

17   with Greyson; correct?

18     A    Yes.

19     Q    And Tony had no reason to have an e-mail at

20   Greyson Law, PC if he wasn't involved at Greyson, would

21   he?

22     A    No.

23        MS. MARCH:   Late objection.   Leading your own

24   witness.

25   ///

                                          Page 257

1  BY MR. GHIO:

2      Q    Was there a relationship between Phoenix Law and

3  Greyson, to your knowledge?

4      A    Yes.

5      Q    And, in fact, you described it in your

6  Declaration; correct?

7      A    I believe so, yes.

8      Q    And Greyson provided attorneys to Phoenix?

9          MS. MARCH:   Which Greyson are we talking about?

10         MR. GHIO:   Present Greyson.

11     Q    They provided attorneys to -- present Greyson

12  provided attorneys to Phoenix Law at about $2,000; is

13  that correct?

14     A    Yes.

15     Q    Would performance analytics of Phoenix be

16  relevant to their servicing of Greyson?   Strike that.

17         In connection with Greyson's servicing Phoenix

18  clients, would performance analytics of Phoenix be

19  relevant?

20     A    Yes.

21     Q    Do you consider telling the truth as doing the

22  right thing?

23     A    Yes.

24     Q    After 6-2-23, were you ever present with Han when

25  she spoke on the phone with Tony Diab?

Page 258

1          I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4          That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were administered an oath; that

8    a record of the proceedings was made by me using

9    machine shorthand which was thereafter transcribed

10   under my direction; that the foregoing transcript is

11   a true record of the testimony given.

12          Further, that if the foregoing pertains to

13   the original transcript of a deposition in a Federal

14   Case, before completion of the proceedings, review

15   of the transcript { } was {X} was not requested.

16          I further certify I am neither financially

17   interested in the action nor a relative or employee of

18   any attorney or party to this action.

19          IN WITNESS WHEREOF, I have this date subscribed

20   my name.

21               Dated: February 14, 2024

22                    *Jill Glantz*

23

                     JILL GLANTZ

24                   CSR No. 11341

25

                                             Page 280

# EXHIBIT "Q"



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20230361486 |
| Date Filed: 3/2/2023 |

| Entity Details | |
| --- | --- |
| Corporation Name | BAT INC. |
| Entity No. | 4277654 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
| --- | --- |
| Principal Address | 20101 SW CYPRESS ST<br>NEWPORT BEACH, CA 92660 |

| Mailing Address of Corporation | |
| --- | --- |
| Mailing Address | 20101 SW CYPRESS ST<br>NEWPORT BEACH, CA 92660 |
| Attention | |

| Street Address of California Office of Corporation | |
| --- | --- |
| Street Address of California Office | 20101 SW CYPRESS ST<br>NEWPORT BEACH, CA 92660 |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| ➕ Han Trinh | 20101 SW CYPRESS ST<br>NEWPORT BEACH, CA 92660 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| ➕ Han Trinh | 20101 SW CYPRESS ST<br>NEWPORT BEACH, CA 92660 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
| --- | --- |
| Agent Name | TONY DIAB |
| Agent Address | 20101 SW CYPRESS ST<br>NEWPORT BEACH, CA 92660 |

| Type of Business | |
| --- | --- |
| Type of Business | ADMINISTRATIVE SUPPORT SERVICES |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**EXHIBIT Q**
**Page 41**

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Han Trinh*

Signature

*03/02/2023*

Date

B1547-1635 03/02/2023 11:23 AM Received by California Secretary of State

**EXHIBIT Q**

**Page 42**

# EXHIBIT "R"

B2581-1736 03/13/2024 12:10 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION
CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**

File No.: BA20240483388
Date Filed: 3/13/2024

### Entity Details

| | |
|---|---|
| Corporation Name | BAT INC. |
| Entity No. | 4277654 |
| Formed In | CALIFORNIA |

### Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 1278 GLENNEYRE ST
STE 140
LAGUNA BEACH, CA 92651 |

### Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 1278 GLENNEYRE ST
PMB 140
LAGUNA BEACH, CA 92651 |
| Attention | |

### Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 1278 GLENNEYRE ST
STE 140
LAGUNA BEACH, CA 92651 |

### Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| ➕ Tony Diab | 1278 GLENNEYRE ST
PMB 140
LAGUNA BEACH, CA 92651 | Chief Executive Officer, Chief Financial Officer, Secretary |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

### Directors

| Director Name | Director Address |
|---|---|
| ➕ Tony Diab | 1278 GLENNEYRE ST
PMB 140
LAGUNA BEACH, CA 92651 |

The number of vacancies on Board of Directors is: 0

### Agent for Service of Process

| | |
|---|---|
| Agent Name | TONY DIAB |
| Agent Address | 1278 GLENNEYRE ST
STE 140
LAGUNA BEACH, CA 92651 |

### Type of Business

| | |
|---|---|
| Type of Business | ADMINISTRATIVE SUPPORT SERVICES |

### Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

### Labor Judgment

EXHIBIT R
Page 44

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Tony Diab*

*03/13/2024*

Signature                                                     Date

B2581-1737 03/13/2024 12:10 PM Received by California Secretary of State

**EXHIBIT R**

**Page 45**

# EXHIBIT "S"

1  Kathleen P. March, Esq., (CA SBN 80366)
2  **THE BANKRUPTCY LAW FIRM, PC**
   10524 W. Pico Blvd, Suite 212, LA, CA 90064
3  Phone: 310-559-9224;    Fax: 310-559-9133
4  Email: kmarch@BKYLAWFIRM.com
   *Counsel for Greyson Law Center PC on this*
5  *Request to Produce, defending Greyson in adv proc,*
   *Counsel on Greyson's Motion to Vacate, etc.,*
6

7              UNITED STATES BANKRUPTCY COURT

8      OF THE CENTRAL DISTRICT OF CALIFORNIA— SANTA ANA DIV.

9

10                              | Bankruptcy Case No. 8:23-bk-10571-SC
    In re                       | Adversary Proceeding 8:23-ap-01046-SC
11                              | Chapter 11
12  LITIGATION
    PRACTICE                    | **INDEX** OF WHICH OF 68 CATEGORIES OF
13  GROUP, PC                   | REQUESTED DOCUMENTS HAN TRINH
14                              | POSSESSES AND IS PRODUCING, PURSUANT TO
    Debtor.                     | DEPOSITION SUBPOENA SERVED ON HAN
15                              | TRINH BY DINSMORE & SHOHL LLP, FOR HAN
16  ─────────────────           | TRINH DEPOSITION WHICH IS CURRENTLY SET
17  Richard A. Marshack         | TO BE TAKEN ON 3/20/24, STARTING AT 10AM,
    Chapter 11 Trustee          |
18                              | FOR 7 HOURS MAXIMUM; **PRIVILEGE LOG**
19  v.
20  Tony Diab et al. (includes
    Greyson Law
21  Center PC as a Defendant)
22

23         This is an **Index** of which of 68 categories of subpoenaed documents Han Trinh

24
    possesses and is producing, pursuant to deposition subpoena served on Han Trinh by
25
    Dinsmore & Shohl LLP for Han Trinh deposition which is currently set to be taken on
26
    3/20/24, starting at 10am, for 7 hours maximum.
27

28
─────────────────────────────────────────────────────────
**Index** of which of 68 categories of requested documents Han Trinh possesses and is producing,
pursuant to deposition subpoena served on Han Trinh by Dinsmore & Shohl LLP for Han Trinh
deposition which is currently set to be taken on 3/20/24;  **Privilege Log**          1

**EXHIBIT S**
**Page 47**

**Please Note**:  Because Dinsmore & Shohl LLP attorneys/field agents seized 50 computers from Greyson Law Center, PC ("Greyson" hereinafter), and seized Greyson's Microsoft [M365 suite] account, including the OneDrive cloud back up, and including all 100+ Greyson email accounts, and seized Greyson's website/internet domain, on or about 6/2/23, and has not returned any of those to present, Han Trinh does not have access to any of the emails or documents that were seized, and therefore cannot produce them.  What Han Trinh has is some texts sent/received on Han Trinh's cell phone, from mi-February 2023 to present, and a few screen shots of emails, which Han took on her cell phone, before the Dinsmore firm/its field agents, locket Han of the seized items

| Categories of Docs that subpoena demands Han Trinh produce | Is Han Trinh producing documents in that category | Comments/notes |
|---|---|---|
| 1. | Yes | Texts with Eng Taing and Jayde related to naming Eng Taing's Greyson ("Eng Taing Greyson" is the corporation  named Greyson Law Center PC, which Eng Taing funded, and which Eng Taing shut down, before present Greyson Law Center PC ("Greyson")was incorporated on 5/12/23) |
| 2. | No | |
| 3. | No | |
| 4. | No | |
| 5. | No | |
| 6. | No | |
| 7. | No | |
| 8. | No | |
| 9. | No | |
| 10. | No | |
| 11. | No | |

| | | |
|---|---|---|
| 12. | No | |
| 13. | No | |
| 14. | No | |
| 15. | No | |
| 16. | No | |
| 17. | No | |
| 18. | No | |
| 19. | No | |
| 20. | No | |
| 21. | No | |
| 22. | Yes | Screenshot of email from Gusto, Inc. (company that provides a cloud-based payroll, benefits, and HR management software for businesses based in the US) inviting Han Trinh to onboard to Eng Taing's Greyson; screenshots of bank account |
| 23. | Yes | Various docs related to employment at present Greyson, including invoices from Greyson to Phoenix |
| 24. | Yes | Chase deposit receipts; texts with Tony Diab about LPG's DPP; W2s and Paystubs related to salary from LPG (also being produced for item 30 re: payments received from LPG) |
| 25. | No | |
| 26. | No | |
| 27. | No | |
| 28. | Yes | Various docs related to Mercedes, being produced for completeness, when Han Trinh, not Greyson, paid; screenshots of bank account |
| 29. | No | |
| 30. | Yes | W2s and Paystubs related to Han Trinh salary from LPG (also being produced for item 24 re: documents related to employment at LPG) and screenshots of LPG deposits in Han Trinh's personal bank account |
| 31. | No | |
| 32. | Yes | Statements of information for BAT (same as 34) |
| 33. | No | |
| 34. | Yes | See #32, but Han Trinh was not an employee of BAT Inc. |
| 35. | No | |
| 36. | No | |
| 37. | No | |
| 38. | Yes | Docs showing that PrimeLogix erroneously put some of money Phoenix owed Greyson, pursuant to the Phoenix-Greyson $2,000 per lawsuit contract, into BAT's bank account, which Han Trinh then used to pay Greyson expenses. This money was not "BAT assets", it was money Phoenix owed Greyson, but Han Trinh is |

Index of which of 68 categories of requested documents Han Trinh possesses and is producing, **EXHIBIT S**
pursuant to deposition subpoena served on Han Trinh by Dinsmore & Shohl LLP for Han Trinh
deposition which is currently set to be taken on 3/20/24;  **Privilege Log**      3            **Page 49**

| | | producing the BAT bank account documents showing money Phoenix owed Greyson going into BAT bank account and being paid out of BAT bank account, to pay Greyson expenses. (same bank statements as being produced for item 44) |
|---|---|---|
| 39. | No | |
| 40. | No | |
| 41. | No | |
| 42. | No | |
| 43. | No | |
| 44. | Yes | BAT bank statements (redacted) |
| 45. | No | |
| 46. | No | |
| 47. | No | |
| 48. | Yes | Han's credit card statement showing that Han Trinh paid the monthly $2,312 fee to Microsoft, for Greyson's Microsoft [365M suite] account, with Han Trinh's personal credit card (Wells Fargo card ending in 5434) |
| 49. | No | |
| 50. | Yes | Evidence of source of funds for payment on Han's Wells Fargo card ending 5434 from 1/1/23 to present – Han's bank statements showing Han Trinh paid her Wells Fargo credit card from Han Trinh's bank account |
| 51. | No | |
| 52. | No | |
| 53. | Yes | Texts with Eng Taing related to touring the 3161 Michelson Dr office space |
| 54. | Yes | Copy of lease for 3161 Michelson Dr when Eng Taing Greyson used that space (lease is in the name of Touzi Capital and Swift Sync LLC) |
| 55. | No | |
| 56. | No | |
| 57. | No | |
| 58. | No | |
| 59. | Yes | Producing (non-privileged) electronic communications with Scott Eadie.  Privileged communications are not being produced; privilege log is at end of this index. |
| 60. | Yes | Nguyen order receipt from purchasing Beelinks for Greyson; bank statement showing Godaddy payment |
| 61. | No | |
| 62. | No | |
| 63. | No | Invoices from Greyson to Phoenix |
| 64. | No | |
| 65. | No | |
| 66. | No | |

**Index** of which of 68 categories of requested documents Han Trinh possesses and is producing, **EXHIBIT S**
pursuant to deposition subpoena served on Han Trinh by Dinsmore & Shohl LLP for Han Trinh
deposition which is currently set to be taken on 3/20/24;  **Privilege Log**    4    **Page 50**

| 67. | No | |
| 68. | No | |
| 69. | Yes | Miscellaneous items not directly requested but being produced in case someone alleges they are relevant to requests 1-68 |

HAN TRINH PRIVILEGE LOG

This HAN TRINH PRIVILEGE LOG lists items subpoenaed by the deposition subpoena served on Han Trinh, for her deposition to be taken on 3/10/24 at 10am, which are **not being produced**, because these items are work product privileged, or attorney client privileged, or both:

Responsive to deposition subpoena request #24:

1. Work product privileged document **not** being produced: Schematic diagram prepared at the request of The Bankruptcy Law Firm, PC, by Han Trinh, received on 1/21/24, showing relationship between various entities (prepared to assist Bky LF in litigation – work product privileged)

Responsive to deposition subpoena request #59:

1. Work product privileged document **not** being produced: 6/12/23 texts between Han Trinh of Greyson Law Center PC, and Scott Eadie of Greyson Law Center

**Index** of which of 68 categories of requested documents Han Trinh possesses and is producing, pursuant to deposition subpoena served on Han Trinh by Dinsmore & Shohl LLP for Han Trinh deposition which is currently set to be taken on 3/20/24; **Privilege Log**     5

**EXHIBIT S**
**Page 51**

PC requesting an item Doug Plazak, Esq. needed from Scott relating to legal representation.

2. Work product privileged, and attorney client privileged, document **not** being produced: 6/12/23 text of Han Trinh (administrator of Greyson Law Center PC), with attorney Douglas Plazak, and with Greyson attorney Israel Orosco, about LPG.

3. Work product privileged document **not** being produced: 10/24/23 texts between Han Trinh (administrator of Greyson Law Center PC), and Scott Eadie (Managing attorney of Greyson Law Center PC) relating to Greyson's representation by The Bankruptcy Law Firm, PC (relates to legal representation; contains case strategy and screenshots of emails from Kathleen March, Esq.)

4. Work product privileged document **not** being produced: 10/25/23-10/27/23 texts between Han Trinh (administrator of Greyson Law Center PC), and Scott Eadie (Managing attorney of Greyson Law Center PC) relating to Greyson's representation by The Bankruptcy Law Firm, PC (relates to legal representation; contains discussion of work product)

**Index** of which of 68 categories of requested documents Han Trinh possesses and is producing, **EXHIBIT S**
pursuant to deposition subpoena served on Han Trinh by Dinsmore & Shohl LLP for Han Trinh
deposition which is currently set to be taken on 3/20/24;  **Privilege Log**      6      **Page 52**

5. Work product privileged document **not** being produced: 11/9/23 texts between Han Trinh (administrator of Greyson Law Center PC), and Scott Eadie (Managing attorney of Greyson Law Center PC) relating to Greyson's representation by The Bankruptcy Law Firm, PC (relates to legal representation; contains discussion of work product)

6. Work product privileged document **not** being produced: 11/13/23-11/15/23 texts between between Han Trinh (administrator of Greyson Law Center PC), and Scott Eadie (Managing attorney of Greyson Law Center PC) relating to Greyson's representation by The Bankruptcy Law Firm, PC (relates to legal representation; contains discussion of work product)

7. Work product privileged document **not** being produced: 11/16/23-11/17/23 texts between Han Trinh (administrator of Greyson Law Center PC), and Scott Eadie (Managing attorney of Greyson Law Center PC) relating to Greyson's representation by The Bankruptcy Law Firm, PC (relates to legal representation; contains discussion of work product)

**Index** of which of 68 categories of requested documents Han Trinh possesses and is producing, **EXHIBIT S**
pursuant to deposition subpoena served on Han Trinh by Dinsmore & Shohl LLP for Han Trinh
deposition which is currently set to be taken on 3/20/24;  **Privilege Log**      7      **Page 53**

8. Work product privileged document **not** being produced: 12/4/23 and 12/8/23 texts between Han Trinh (administrator of Greyson Law Center PC), and Scott Eadie (Managing attorney of Greyson Law Center PC) relating to Greyson's representation by The Bankruptcy Law Firm, PC (relates to legal representation; contains discussion of work product)

9. Work product privileged document **not** being produced:  12/28/23 text of Han Trinh (administrator of Greyson Law Center PC), and Scott Eadie (Managing attorney of Greyson Law Center PC) relating to something Law Firm has requested from Scott Eadie re. performingrepresentation.

10. Work product privileged document **not** being produced: 1/6/24, 1/9/24, 1/15/24, and 1/16/24 texts from Han Trinh (administrator of Greyson Law Center PC), to Scott Eadie(Managing attorney of Greyson Law Center PC) conveying  Law Firm requests to Scott Eadie re. things Law Firm needs from Eadie re. performing representation.

11. Work product privileged document **not** being produced: 1/29/24-2/1/24 texts texts between Han Trinh (administrator of Greyson Law Center PC), and Scott Eadie (Managing attorney of Greyson Law Center PC) relating to conveying

**Index** of which of 68 categories of requested documents Han Trinh possesses and is producing, **EXHIBIT S**
pursuant to deposition subpoena served on Han Trinh by Dinsmore & Shohl LLP for Han Trinh
deposition which is currently set to be taken on 3/20/24; **Privilege Log**        8           **Page 54**

Law Firms requests to Scott Eadie re things Law Firm needs from Eadie re .

performing representation.

12. Work product privileged document __not__ being produced: 2/6/24 texts between

Han Trinh (administrator of Greyson Law Center PC), to Scott Eadie(Managing

attorney of Greyson Law Center PC) conveying  Law Firm requests to Scott

Eadie re. things Law Firm needs from Eadie re. performing representation.

13. Work product privileged document __not__ being produced: 2/7/24 and 2/16/24

texts Han Trinh (administrator of Greyson Law Center PC), to Scott

Eadie(Managing attorney of Greyson Law Center PC)  relating to preparing

Han for deposition

Potentially Responsive to all deposition subpoena requests #1-68:

Attorney-client privileged and work product privileged documents __not__ being

produced: emails and texts, to and from Han Trinh, and The Bankruptcy Law

Firm, PC, primarily attorney Kathleen P. March of Law Firm, from 9/11/23,

when Law Firm was first hired, to present, regarding one or more of the

following:  adversary proceeding 8:23-ap-01046-SC; LPG bankruptcy

__Index__ of which of 68 categories of requested documents Han Trinh possesses and is producing, **EXHIBIT S**
pursuant to deposition subpoena served on Han Trinh by Dinsmore & Shohl LLP for Han Trinh
deposition which is currently set to be taken on 3/20/24;  __Privilege Log__        9     **Page 55**

1  proceeding 8:23-bk-10571-SC (including but not limited to  administrative

2  claims dkt.674, 675, 676 filed in LPG main bankruptcy case); preparing and

3

4  responding to pleadings; investigation to perform representation; giving advice

5  to clients; communications regarding opposing counsel; preparing

6  for/attending/reporting on court hearings; discussion with clients of strategy

7

8  issues. These documents are both attorney client privileged and work product

9  privilege, except that documents reflecting investigation by Law Firm are work

10  product privileged, but are not attorney-client privileged where Law Firm was

11

12  communicating with third parties.

13

14  Dated:  March 15, 2024          THE BANKRUPTCY LAW FIRM, PC

15               ___/s/ Kathleen P. March_____

16               By Kathleen P. March, Esq. counsel to Han Trinh,
                 subpoenaed to be deposed and to produce documents,
17                as Non-Party Witness  in 8:23-ap-01046-SC

18

19

20

21

22

23

24

25

26

27

28

**Index** of which of 68 categories of requested documents Han Trinh possesses and is producing, **EXHIBIT S**
pursuant to deposition subpoena served on Han Trinh by Dinsmore & Shohl LLP for Han Trinh
deposition which is currently set to be taken on 3/20/24;  **Privilege Log**       10          **Page 56**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*):

**<u>INDEX</u> OF WHICH OF 68 CATEGORIES OF REQUESTED DOCUMENTS HAN TRINH POSSESSES AND IS PRODUCING, PURSUANT TO DEPOSITION SUBPOENA SERVED ON HAN TRINH BY DINSMORE & SHOHL LLP, FOR HAN TRINH DEPOSITION WHICH IS CURRENTLY SET TO BE TAKEN ON 3/20/24, STARTING AT 10AM, FOR 7 HOURS MAXIMUM; <u>PRIVILEGE LOG</u>**

will be served or was served in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___3/15/24___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

By email, to Christopher Ghio, Esq., <u>christopher.ghio@dinsmore.com</u>
By email, to Christopher Celentino, Esq., <u>christopher.celentino@dinsmore.com</u>
By email, to Jeremy Freedman, Esq., <u>jeremy.freedman@dinsmore.com</u>
By email, to Jonathan Serrano, Esq., <u>jonathan.serrano@dinsmore.com</u>
By email, to Nicolette Murphy, <u>nicolette.murphy@dinsmore.com</u>

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/15/24 | Kathleen P. March | /s/ Kathleen P. March |
|---------|-------------------|------------------------|
| *Date*  | *Printed Name*    | *Signature*            |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**EXHIBIT S
Page 57**

# EXHIBIT "T"

| | |
|---|---|
| **From:** | Maurice Diab <diabm6668@gmail.com> |
| **Sent:** | Monday, January 15, 2024 8:53 PM |
| **To:** | Celentino, Christopher; marshack@marshackhays.com; ehays@marshackhays.com; Freedman, Jeremy; Ghio, Christopher; eric@eblawfirm.us |
| **Subject:** | The Legacy Law Partners |

To whom it may concern -

Phoenix's Rosa Bianca Loli and CLG's Solomon aka Shloime Feig and Sam Geiger are currently operating under Legacy Law Partners with Tony Diab.

They may try to deny involvement with Tony, but Rosa Bianca Loli is the frontmans and cannot run anything without him. If you check the original filing, it contains Diab's cousin's name, Tyler.

(https://www.thelegacylawpartners.com)

**EXHIBIT T**
**Page 59**

# EXHIBIT "U"

1                OFFICE OF THE UNITED STATES TRUSTEE

2                      SANTA ANA DIVISION

3

4  In Re:                    )  Case No. 8:23-bk-10571-SC
                             )
5  THE LITIGATION PRACTICE   )  Chapter 11
   GROUP, PC,                )
6                            )
            Debtor.          )
7  _____)

8                           341(a) MEETING

9                    QUEENIE NG, Presiding

10                        --oOo--

11                Monday, April 24, 2023

12                411 West Fourth Street
                Santa Ana, California 92701
13

14 APPEARANCES:

15 For the Debtor:           JOON M. KHANG, ESQ.
                            Khang & Khang, LLP
16                           4000 Barranca Parkway
                            Suite 250
17                           Irvine, California 92604
                            (949) 419-3834
18

19 For the United States     QUEENIE K. NG, ESQ.
     Trustee:                MARILYN SORENSEN, ANALYST
20                           CAM MISKINS, ESQ.
                            Office of the United States
21                               Trustee
                            411 West Fourth Street
22                           Suite 7160
                            Santa Ana, California 92701
23                           (714) 338-3403

24

   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.

ii

1 | APPEARANCES:  (cont'd.)

2 | For All Service Financial: ALAN I. NAHMIAS, ESQ.
          Mirman, Bubman & Nahmias, LLP
3 |           21860 Burbank Boulevard
          Suite 360
4 |           Woodland Hills, California
           91367
5 |           (818) 995-2555

6 | For SDCO Tustin Executive RONALD BROWN, ESQ.
  Center:
7 |

8 | For DVF 2, MCDVI 1, MCDVI 2: DAVID CUSIO, ESQ.
          MATTHEW STOCKHOLD, ESQ.
9 |           MICHAEL BRELJE, ESQ.

10 | For Maverick Bank Card, FRANK WHITE, ESQ.
  Inc.:
11 |

12 | For Carolyn Beach: DANIEL EDELMAN, ESQ.

13 | For the Commonwealth of AMY SCHULMAN, ESQ.
  Pennsylvania:
14 |

15 | For Validation Fund 2: DAVE ZUCK, ESQ.

16 | Transcriber: Briggs Reporting Company, Inc.
          9711 Cactus Street
17 |           Suite B
          Lakeside, California 92040
18 |           (310) 410-4151

19 |

20 |

21 |

22 |

23 |

24 |

25 |

iii

1                          I N D E X

2   WITNESSES:                              EXAMINATION

3   DANIEL MARCH                                 5

4   TONY DIAB                                    6

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 8:23-ap-01046-SC   Doc 493-11   Filed 04/18/24   Entered 04/18/24 00:12:58
Desc  11 Marshack Suppl. Decl. of JBF   Page 64 of 71

62

1  behind the formation for that entity, but the entity was

2  formed in January, and the agreement was reached in January.

3          TRUSTEE NG:  When you say collaboration, is it

4  collaboration with who?

5          MR. DIAB:  It was just Eng Tang.  So,

6  collaboration between LPG and Eng about the release of these

7  files that have Pec Corporation interest in them.  And it

8  was -- it was then a function of the pressures that I think

9  he had relating to the Validation Partners lawsuits and the

10 fact that we had grown to a client account that was

11 untenable.  It was difficult to represent that number, and

12 Eng had been pushing for these files to be moved to a

13 different entity.  And, so, we essentially agreed in January

14 that we would move them to the destination that we chose,

15 and then in the course of those conversations, we

16 recommended Scott as an attorney to (indiscernible) that

17 entity.

18         TRUSTEE NG:  And -- and Eng Taing, is that last

19 name T-A-I-N-G?

20         MR. DIAB:  That's -- yeah, that sounds correct.

21         TRUSTEE NG:  Was he an attorney with LPG?

22         MR. DIAB:  No.  He was an investor in Validation

23 Partners.  He was one of the many individuals that gave

24 money to Validation Partners, and Validation Partners

25 defaulted.  Pec Corporation then sought recourse against LPG

143

1 in that kind of context?

2          MR. DIAB:  Well, that's a good question.  So, how

3 many of the lawyers are still handling cases even though

4 they're not being compensated?  I think that's -- probably a

5 lot of the attorneys that were employed by LPG are finishing

6 out cases that had been assigned before the termination of

7 their employment or before they quit, and that's obviously

8 because of the Rules of Professional Conduct in every state

9 that limit the circumstances in which an attorney can

10 withdraw from a case.  And if you've got a $2,000 collection

11 case, the judge doesn't want to see a motion to withdraw.

12 They want to see a settlement.  So, I think it's probably a

13 fair number, although I don't have statistics on that.

14          MR. CUSIO:  On the 15,000 client files that Pec

15 had an interest in the receivables for, what is the document

16 that shows Pec had that interest in those specific -- those

17 specific client files?

18          MR. DIAB:  I believe it was a receivable purchase

19 agreement that was executed as satisfaction of the

20 promissory note that LPG had given to Pec Corp, but the

21 actual document itself would have been style a receivable

22 purchase agreement.

23          MR. CUSIO:  What is Grayson Law Center?

24          MR. DIAB:  Grayson was one of the platforms that

25 Eng had been throwing around as a potential other platform

144

1 to onboard clients.  My understanding is they're not
2 operational.  In fact, I believe that with all of the
3 accusations that were being made against Oakstone, the
4 thought was that new clients would be onboarded to a
5 different platform and not commingled with the LPG pipeline,
6 but that was a plan that my understanding hadn't gotten off
7 the ground to date, and I don't believe that they're still
8 trying to get that off the ground.  That would -- that would
9 be the function that it was supposed to serve, for new
10 clients that are unrelated to any LPG transfer.
11         MR. CUSIO:  Back in about October, there was a
12 transfer of receivables to StratCap (phonetic).  Why were
13 those receivables transferred to StratCap?
14         MR. DIAB:  There was no receivable transferred to
15 StratCap.  StratCap had sent an agreement to try to document
16 receivable purchases for the files that Validation Partners
17 had purportedly acquired, and I say purported because it was
18 an open question about whether Validation Partners had
19 documented all of the receivables that they had actually
20 purchased.  And, so, Russ put together the list of what he
21 thought were all the Validation Partners' receivables that
22 were purchased.  He wanted to execute a document and file a
23 UCC1 to sort of preserve the position of the Validation
24 Partners Investors, but he immediately upon filing, he
25 received objections from every different direction, and we

195

1 anything right now, but it's a high priority for us to

2 proceed with these adversaries, but we are also in direct

3 discussions with (indiscernible) trying to resolve the

4 dispute.  We just haven't been able to do so.

5          MR. SHANKMAN:  How much is in the DIP account

6 presently?

7          MR. DIAB:  I believe the balance is $6,000 and

8 change if I remember correctly.

9          MR. SHANKMAN:  Okay.  Madam Trustee, I have no

10 further questions.

11          TRUSTEE NG:  Thank you so much?  Are there any

12 other creditors who would like to ask questions?

13     (No response.)

14          TRUSTEE NG:  Okay.  I hear no response, and so

15 this matter is being concluded.  Thank you again everyone

16 for coming today.

17          ALL:  Thank you.

18     (Proceedings concluded.)

19

20          I certify that the foregoing is a correct

21 transcript from the electronic sound recording of the

22 proceedings in the above-entitled matter.

23

24 /s/ Holly Steinhauer          5-17-23
   Transcriber                   Date

25

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California  92101

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF JEREMY B. FREEDMAN IN SUPPORT OF PLAINTIFF RICHARD A. MARSHACK, CHAPTER 11 TRUSTEE'S FURTHER BRIEFING IN OPPOSITION TO GREYSON LAW CENTER, PC'S FRIVOLOUS MOTION TO VACATE [1046 Dkt No. 290] AND SUPPLEMENTAL BRIEFING FILED IN SUPPORT THEREOF [1046 Dkt. No. 474]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 17 persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Keith Barnett<br>on behalf of Defendant Payliance, LLC | keith.barnett@troutman.com<br>kelley.wade@troutman.com |

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On April 17, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Tony Diab
1278 Glenneyre Street
Laguna Beach, California 92651

Lisa Cohen
20101 SW Cypress Street
Newport Beach, California 92660

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 17, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS – JUDGE'S COPY**

Honorable Scott C. Clarkson
United States Bankruptcy Court. Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| April 17, 2024 | Nicolette D. Murphy | /s/ *Nicolette D. Murphy* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1.**      <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

| | |
|---|---|
| Bradford Barnhardt<br>on behalf of Plaintiff Richard A. Marshack | bbarnhardt@marshackhays.com<br>bbarnhardt@ecf.courtdrive.com<br>alinares@ecf.courtdrive.com |
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Leslie A Cohen<br>on behalf of Defendant Rosa Bianca Loli | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Michael T Delaney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | mdelaney@bakerlaw.com<br>tbreeden@bakerlaw.com |
| Alan W Forsley<br>on behalf of Interested Party Courtesy NEF | alan.forsley@flpllp.com<br>awf@fkllawfirm.com<br>awf@fl-lawyers.net<br>addy@flpllp.com |
| Jeremy B. Freedman<br>on behalf of Plaintiff Richard A. Marshack | jeremy.freedman@dinsmore.com<br>nicolette.murphy@dinsmore.com |
| Jeremy B. Freedman<br>on behalf of Trustee Richard A. Marshack (TR) | jeremy.freedman@dinsmore.com<br>nicolette.murphy@dinsmore.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>angelica.urena@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>deamira.romo@dinsmore.com |
| Christopher Ghio<br>on behalf of Trustee Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>angelica.urena@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>deamira.romo@dinsmore.com |
| Eric D Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Meredith King<br>on behalf of Defendant Gallant Law Group *(DISMISSED)* | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*            Page 69            **F 7016-1.STATUS.REPORT**

| | |
|---|---|
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC *(DISMISSED)* | David.Kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| Matthew A. Lesnick<br>on behalf of Defendant Optimumbank Holdings, Inc. d/b/a Optimum Bank | matt@lesnickprince.com<br>matt@ecf.inforuptcy.com<br>jmack@lesnickprince.com |
| Daniel A Lev<br>on behalf of Defendant Consumer Legal Group, PC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Defendant LGS Holdco, LLC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Daniel S. March<br>on behalf of Defendant Daniel S. March | marchlawoffice@gmail.com<br>marchdr94019@notify.bestcase.com |
| Kathleen P. March<br>on behalf of Defendant Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Han Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Jayde Trinh *(DISMISSED)* | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Lisa Patel<br>on behalf of Defendant OptimumBank Holdings, Inc. | lpatel@lesnickprince.com<br>jmack@lesnickprince.com<br>jnavarro@lesnickprince.com |
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald N Richards<br>on behalf of Defendant Consumer Legal Group, PC | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |
| Zev Shechtman<br>on behalf of Interested Party Morning Law Group, P.C. | zs@danninggill.com<br>danninggill@gmail.com<br>zshechtman@efc.inforuptcy.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A *(DISMISSED)* | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |
| Kelly Sweeney<br>on behalf of Defendant Fidelity National Information Services, Inc. | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Worldpay Group | kelly@ksgklaw.com |
| Kelly Sweeney<br>on behalf of Defendant Worldpay, LLC | kelly@ksgklaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| William J. Wall<br>on behalf of Witness Bradford Lee | wwall@wall-law.com |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                      Page 71                      **F 7016-1.STATUS.REPORT**