Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC on Greyson's*
*Motion to Vacate, on Greyson's Motion for Admin.*
*Claim, and defending Greyson in adv proc.*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC<br><br>Debtor.<br><br>Richard A. Marshack Chapter 11 Trustee<br>     Plaintiff<br><br>v.<br><br>Tony Diab et al.<br>     Defendants | Bankruptcy Case No. 8:23-bk-10571-SC<br>Adversary Proceeding 8:23-ap-01046-SC<br>Chapter 11<br><br>**GREYSON LAW CENTER PC'S <u>EVIDENTIARY OBJECTION</u> TO, AND <u>REQUEST TO STRIKE</u>, DECLARATION OF HERSHY DEUTSCH [DKT.493-3 FILED 4/18/24; ALSO FILED 4/17/24 AS DKT.492-2] AS PART OF TRUSTEE OPP TO GREYSON'S MOTION TO VACATE DKT.13 AND FOR RETURN OF ILLEGALLY SEIZED ITEMS.  DEUTSCH DECL. IS OBJECTED TO FOR DEUTSCH'S COMPLETE LACK OF PERSONAL KNOWLEDGE, AND AS BEING FICTIONAL AS REGARDS HAN TRINH AND GREYSON, BECAUSE DEUTSCH NEVER SAW OR COMMUNICATED WITH HAN, ANYWHERE, AND AS DEUTSCH/MARICH BEIN LLC NEVER HAD ANY DEALING WITH OR CONTACT WITH GREYSON AT ALL**<br><br><u>Continued hearing on Greyson's Motion to Vacate (includes hearing date on this Evidentiary Objection) is:</u><br>Date: May 1, 2024        Time: 1:30 p.m. |

**GREYSON LAW CENTER PC'S EVIDENTIARY OBJECTION TO, AND REQUEST TO STRIKE, DECLARATION OF HERSHY DEUTSCH [DKT.493-3 FILED 4/18/24; ALSO FILED 4/17/24 AS DKT.492-2} FILED BY TRUSTEE IN  SUPPORT OF TRUSTEE MARSHACK'S OPPOSITION TO GREYSON'S MOTION [DKT.290 IN ADV.PRO; DKT.749 IN MAIN CASE]  TO VACATE [DKT.13] LOCKOUT/ PREL.INJ. & FOR RETURN OF ITEMS**

1

Place: Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at 411 West Fourth Street, Courtroom 5C Santa Ana, CA 92701

Greyson Law Center PC ("Greyson") makes this **Evidentiary Objection to**, and **Request to Strike** every paragraph of Hershy Deutsch Declaration [dkt.493-3 filed 4/18/24, also filed as dkt.492-2 on 4/17/24] filed by Trustee Marshack's attorneys Dinsmore firm, as part of Trustee's Opposition to Greyson's [dkt.290 in adv.proc., dkt.749 in main LPG case] Motion (1) to vacate dkt.13 Lockout and Preliminary Injunction Order as to Greyson, and (2) for order ordering Trustee/Dinsmore firm to return to Greyson the 4 categories of items seized illegally at Greyson, in 6/2/23 lockout, because [dkt.13] Lockout and Preliminary Injunction Order did not authorize seizure of those 4 categories of items.

Please start by reading Han Trinh's Declaration attached to Greyson's Reply being filed 4/24/24, last paragraph, which attests that Han never, at any time, saw or communicated with Hershy Deutsch, and that though Han is aware (through the court docket) that Hershy Deutsch is part of Marich Bein LLC, and that Deutsch's company, Marich Bein LLC, was a payment processor for LPG, that neither Deutsch, nor Marich Bein LLC, ever had any transactions with Greyson, or any contact with Greyson, whatsoever; and that everything in Deutsch's Declaration, that says things about Han Trinh or Greyson, is something that Deutsch has no personal knowledge of,

**GREYSON LAW CENTER PC'S EVIDENTIARY OBJECTION TO, AND REQUEST TO STRIKE, DECLARATION OF HERSHY DEUTSCH [DKT.493-3 FILED 4/18/24; ALSO FILED 4/17/24 AS DKT.492-2} FILED BY TRUSTEE IN SUPPORT OF TRUSTEE MARSHACK'S OPPOSITION TO GREYSON'S MOTION [DKT.290 IN ADV.PRO; DKT.749 IN MAIN CASE] TO VACATE [DKT.13] LOCKOUT/ PREL.INJ. & FOR RETURN OF ITEMS**

2

which things were told to Deutsch by someone else, who wrote Deutsch's Declaration, and had Deutsch sign it. That "someone else" would be Trustee's attorneys, Dinsmore firm, whose firm is listed on the "header" to Deutsch's Declaration.

Greyson objects to, and moves to strike every paragraph of Deutsch Declaration that refers to Han Trinh, and every paragraph of Deutsch Declaration that refers to Greyson, because Deutsch has **no personal knowledge of what is said in any of those paragraphs**, for the reasons Han Trinh's Declaration to Greyson Reply being filed 4/24/24 attests to.

Because Deutsch did not have the knowledge to say or write those paragraphs, those paragraphs had to have been written by Dinsmore firm; and as regards Han and Greyson, are **utterly false**. Dinsmore firm is so desperate to try to stop this Court from granting Greyson's Motion to vacate/return seized items, that Dinsmore firm has stooped to writing all these false paragraphs, and having Deutsch sign the false Declaration. Why would Deutsch do this for Dinsmore firm? Because Dinsmore just dismissed Marich Bein, LLC from the 8:23-ap-01046-SC adversary proceeding, without prejudice, as shown by the adversary proceeding pacer docket. This false Declaration was either part of the dismissal without prejudice deal, or Deutsch was afraid to decline to sign, because Deutsch does not want Marich Bein LLC to be sued again in the adversary proceeding.

---

**GREYSON LAW CENTER PC'S EVIDENTIARY OBJECTION TO, AND REQUEST TO STRIKE, DECLARATION OF HERSHY DEUTSCH [DKT.493-3 FILED 4/18/24; ALSO FILED 4/17/24 AS DKT.492-2} FILED BY TRUSTEE IN SUPPORT OF TRUSTEE MARSHACK'S OPPOSITION TO GREYSON'S MOTION [DKT.290 IN ADV.PRO; DKT.749 IN MAIN CASE] TO VACATE [DKT.13] LOCKOUT/ PREL.INJ. & FOR RETURN OF ITEMS**

3

| | |
|---|---|
| 9. Following entry of the AR Purchase Agreements and the Servicing Agreement with LPG, MB representatives, including myself, made frequent visits to LPG's offices in Orange County, California. During these visits to LPG's offices, MB's representatives frequently interacted with Han Trinh ("Trinh"), often called by others at LPG "General Han". Trinh shared an office with Diab. We were told both by Diab and other employees at LPG and we observed that Trinh served as Diab's right-hand person. Moreover, it was clear that LPG and its employees regarded Trinh as not just an extension of Diab, but also as a top-level executive of LPG in her own right. | Greyson objects to ¶9, and moves to strike it, pursuant to FRE Rule 602 ("A witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter."), because Deutsch never met Han, and has no personal knowledge of what he states in ¶9.  Deutsch cannot testify to what "MB's representatives" allegedly observed.<br><br>Additionally, Greyson objects to ¶9, and moves to strike it, pursuant to FRE Rules 801 and 802, because "we were told" is textbook hearsay not within any exception. |
| 14. Following entering the AR Purchase Agreements and the Servicing Agreement with MB, LPG and Diab engaged in a scheme to evade and | Greyson objects to ¶14, and moves to strike it, pursuant to FRE Rule 602 ("A |

**GREYSON LAW CENTER PC'S EVIDENTIARY OBJECTION TO, AND REQUEST TO STRIKE, DECLARATION OF HERSHY DEUTSCH [DKT.493-3 FILED 4/18/24; ALSO FILED 4/17/24 AS DKT.492-2} FILED BY TRUSTEE IN  SUPPORT OF TRUSTEE MARSHACK'S OPPOSITION TO GREYSON'S MOTION [DKT.290 IN ADV.PRO; DKT.749 IN MAIN CASE]  TO VACATE [DKT.13] LOCKOUT/ PREL.INJ. & FOR RETURN OF ITEMS**

4

| | |
|---|---|
| circumvent LPG's agreements with MB. In violation of the agreements and derogation of LPG's obligations under the agreements, LPG engaged in a fraudulent scheme to transfer accounts previously sold to MB and accounts covered by the binding Servicing Agreement between LPG and MB to other entities under the control of Diab, including (without limitation) Oakstone Law Group ("Oakstone"), Phoenix Law Group ("Phoenix"), and Greyson Law Center ("Greyson"). | witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter."), because Deutsch is merely speculating, and has no personal knowledge of what he states in ¶14. |
| 18. On March 9, 2023, we discovered that LPG and Diab had involved Greyson along with Oakstone and Phoenix to participate in their fraudulent scheme to evade and circumvent LPG's contractual obligations to MB, migrate LPG client files away from LPG, and purport to transfer accounts previously purchased by MB from LPG, and/or accounts that had been serviced by MB under the Servicing Agreement to entities established under the direction and control of Diab and/or his accomplices. | Greyson objects to ¶18, and moves to strike it, pursuant to FRE Rule 602 ("A witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter."), because Deutsch is merely speculating, and has no personal knowledge of what he states in ¶18.<br><br>Additionally, Greyson objects to ¶18, |

**GREYSON LAW CENTER PC'S EVIDENTIARY OBJECTION TO, AND REQUEST TO STRIKE, DECLARATION OF HERSHY DEUTSCH [DKT.493-3 FILED 4/18/24; ALSO FILED 4/17/24 AS DKT.492-2} FILED BY TRUSTEE IN SUPPORT OF TRUSTEE MARSHACK'S OPPOSITION TO GREYSON'S MOTION [DKT.290 IN ADV.PRO; DKT.749 IN MAIN CASE]  TO VACATE [DKT.13] LOCKOUT/ PREL.INJ. & FOR RETURN OF ITEMS**

5

| | |
|---|---|
| | and moves to strike it, pursuant to FRE Rules 801 and 802, because "we discovered," while vague, implies hearsay not within any exception. |
| 19. In addition to learning that Greyson was part of LPG's and Diab's fraudulent scheme, we discovered that Diab wielded complete control over Greyson, with Trinh executing his instructions, thereby continuing their operational practices that existed at LPG. | Greyson objects to ¶19, and moves to strike it, pursuant to FRE Rule 602 ("A witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter."), because Deutsch is merely speculating, and has no personal knowledge of what he states in ¶19.<br><br>Additionally, Greyson objects to ¶19, and moves to strike it, pursuant to FRE Rules 801 and 802, because "we discovered," while vague, implies hearsay not within any exception. |

**GREYSON LAW CENTER PC'S EVIDENTIARY OBJECTION TO, AND REQUEST TO STRIKE, DECLARATION OF HERSHY DEUTSCH [DKT.493-3 FILED 4/18/24; ALSO FILED 4/17/24 AS DKT.492-2} FILED BY TRUSTEE IN  SUPPORT OF TRUSTEE MARSHACK'S OPPOSITION TO GREYSON'S MOTION [DKT.290 IN ADV.PRO; DKT.749 IN MAIN CASE]  TO VACATE [DKT.13] LOCKOUT/ PREL.INJ. & FOR RETURN OF ITEMS**

1  For the reasons stated in the foregoing Evidentiary Objections/Request to
2  Strike, this Court should sustain the foregoing Greyson Evidentiary Objections, and
3  should Strike all paragraphs of Deutsch Declaration which refer to Han Trinh, or
4  which refer to Greyson.

Dated: April 24, 2024                THE BANKRUPTCY LAW FIRM, PC

__/s/ Kathleen P. March_____
By: Kathleen P. March, Esq
*Attorneys for Greyson Law Center, PC*
*on this Motion, on Greyson Motion to vacate*
*dkt.13/return seized items*

---

**GREYSON LAW CENTER PC'S EVIDENTIARY OBJECTION TO, AND REQUEST TO STRIKE, DECLARATION OF HERSHY DEUTSCH [DKT.493-3 FILED 4/18/24; ALSO FILED 4/17/24 AS DKT.492-2} FILED BY TRUSTEE IN SUPPORT OF TRUSTEE MARSHACK'S OPPOSITION TO GREYSON'S MOTION [DKT.290 IN ADV.PRO; DKT.749 IN MAIN CASE]  TO VACATE [DKT.13] LOCKOUT/ PREL.INJ. & FOR RETURN OF ITEMS**

7

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064
A true and correct copy of the foregoing document entitled (*specify*):

**GREYSON LAW CENTER PC'S <u>EVIDENTIARY OBJECTION</u> TO, AND <u>REQUEST TO STRIKE</u>, DECLARATION OF HERSHY DEUTSCH [DKT.493-3 FILED 4/18/24; ALSO FILED 4/17/24 AS DKT.492-2] AS PART OF TRUSTEE OPP TO GREYSON'S MOTION TO VACATE DKT.13 AND FOR RETURN OF ILLEGALLY SEIZED ITEMS. DEUTSCH DECL. IS OBJECTED TO FOR DEUTSCH'S COMPLETE LACK OF PERSONAL KNOWLEDGE, AND AS BEING FICTIONAL AS REGARDS HAN TRINH AND GREYSON, BECAUSE DEUTSCH NEVER SAW OR COMMUNICATED WITH HAN, ANYWHERE, AND AS DEUTSCH/MARICH BEIN LLC NEVER HAD ANY DEALING WITH OR CONTACT WITH GREYSON AT ALL**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___4/24/24___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

n/a

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __4/24/24_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Scott Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/24/24 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**</u>

- **Keith Barnett**   keith.barnett@troutman.com, kelley.wade@troutman.com
- **Bradford Barnhardt**   bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Jeremy Freedman**   jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Daniel S March**   marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**   wwall@wall-law.com
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**