| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher B. Ghio (State Bar No. 259094) <br> Christopher Celentino (State Bar No. 131688) <br> Jeremy B. Freedman (State Bar No. 308752) <br> DINSMORE & SHOHL LLP <br> 655 West Broadway, Suite 800 <br> San Diego, CA 92101 <br> Telephone: 619.400.0500; Facsimile: 619.400.0501 <br> christopher.ghio@dinsmore.com <br> christopher.celentino@dinsmore.com <br> jeremy.freedman@dinsmore.com <br><br> ☐ *Individual appearing without attorney* <br> ☒ *Attorney for:* Trustee, Richard A. Marshack | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re: <br> THE LITIGATION PRACTICE GROUP P.C., <br><br><br> Debtor(s). | CASE NO.:    8:23-bk-10571-SC <br><br> ADVERSARY NO.: 8:23-ap-01046-SC <br><br> CHAPTER:    11 |
|---|---|
| RICHARD A. MARSHACK, <br> Chapter 11 Trustee, <br><br><br> Plaintiff(s). <br><br> vs. <br><br> TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual: et al. <br> Defendant(s). | **JOINT STATUS REPORT** <br> **[LBR 7016-1(a)(2)]** <br><br> DATE:    07/17/2024 <br> TIME:    1:30 p.m. <br> COURTROOM:    5C <br> ADDRESS:    411 W. Fourth Street <br> Santa Ana, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☐ Yes    ☒ No

2. Have all parties filed and served answers to the Claims Documents?    ☐ Yes    ☒ No

3. Have all motions addressed to the Claims Documents been resolved?    ☐ Yes    ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1?    ☐ Yes    ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
   See attachment A(5).

## B.  <u>READINESS FOR TRIAL:</u>

1. When will you be ready for trial in this case?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | Estimated April 2025 | Unknown at this time, but no earlier than April 2025 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | With over 40 defendants, many of whom have not responded, substantial disclosure, production and corresponding subpoenas for records and deposition | Substantial discovery and law and motion practice |

3. When do you expect to complete <u>your</u> discovery efforts?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | Unknown at this time but not earlier than January 2025, with an initial disclosure date of July 30, 2024. | Unknown at this time, but no earlier than January 2025 |

4. What additional discovery do you require to prepare for trial?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | Written discovery, expert discovery, individual and PMK depositions, subpoenas of numerous financial records, and 2004 exams. | Requests for Production of Documents, Requests for Admissions, Interrogatories, subpoenas, depositions of expert and non-expert witnesses, and related third party discovery, as necessary. |

## C.  <u>TRIAL TIME:</u>

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | 14-21 days for all defendants in 1046 Action | Unknown at this time, but no less than three to five days |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | Based on information known to date and without having initial disclosures, Trustee estimates between 20-30 as to all Defendants in the 1046 Action | Unknown at this time |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                                    **F 7016-1.STATUS.REPORT**

3.  How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>

Based on information known to date and without having initial disclosures, Trustee estimates between 200-400

<u>Defendant</u>

Unknown at this time

**D.  PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>

Pretrial conference ☒ is ☐ is not  requested
Reasons:

Given the number of defendants, coordination at a trial conference is requested.

<u>Defendant</u>

Pretrial conference ☒ is ☐ is not  requested
Reasons:

Narrow issues for trial

<u>Plaintiff</u>

Pretrial conference should be set <u>after</u>:

(*date*) 02/01/2025

<u>Defendant</u>

Pretrial conference should be set <u>after</u>:

(*date*) 04/30/2025

**E.  SETTLEMENT:**

1.  What is the status of settlement efforts?

Trustee has reached a settlement with Maverick Bankcard subject to court approval and continues his efforts to discuss potential resolution of claims as agaisnt all non-defaulted defendants. This has resulted in ongoing discussions with Consumer Legal Group, LGS HoldCo, FIS, Touzi Capital, Eng Taing, Payliance, among others.

2.  Has this dispute been formally mediated?    ☐ Yes  ☒ No
If so, when?

3.  Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>

☒ Yes  ☐ No

<u>Defendant</u>

☒ Yes  ☐ No

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 3                              **F 7016-1.STATUS.REPORT**

**F.  FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

<table>
<tr><td>Plaintiff</td><td>Defendant</td></tr>
<tr><td>☒ I do consent</td><td>☐ I do consent</td></tr>
<tr><td>☐ I do not consent</td><td>☒ I do not consent</td></tr>
<tr><td>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td><td>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td></tr>
</table>

**G.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 7/3/2024

Dinsmore & Shohl, LLP
Printed name of law firm

Signature

Christopher Ghio / Jeremy Freedman
Printed name

Attorney for: Trustee, Richard A. Marshack

Date: 06/26/2024

Greenspoon Marder LLP
Printed name of law firm


Signature

Daniel A. Lev / Ronald Richards
Printed name

Attorney for: Consumer Legal Group, P.C.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                           Page 4                                    **F 7016-1.STATUS.REPORT**

**ATTACHMENT A(5)**

*Adversary Proceeding No. 8:23-ap-01046-SC*

**PLAINTIFF, RICHARD MARSHACK**

1.      Nine of the named defendants have filed answers to the Third Amended Complaint [1046 Dkt. No. 506], pursuant to the Court's order granting Defendant Rosa Bianca Loli's ("Loli") motion to dismiss with leave to amend. Those defendants include Daniel March; Scott Eadie; Consumer Legal Group, PC; LGS HoldCo., LLC; Eng Taing; Touzi Capital, LLC; Fidelity National Information Services, Inc. dba FIS; Worldpay; and Optimum Bank Holdings, Inc. dba Optimum Bank.

2.      Greyson filed a meritless motion to dismiss the Third Amended Complaint [1046 Dkt. No. 513] based on the false assumption the Trustee failed to obtain leave of Court to file a Third Amended Complaint as more thoroughly discussed in the Trustee's opposition being filed concurrently herewith.

3.      Loli has also filed a second motion to dismiss as to the Third Amended Complaint [1046 Dkt. No. 522] which was denied in part and granted in part. The Trustee has timely filed his Fourth Amended Complaint curing any purported defects in its pleading against Loli as to his cause of action for Negligence.

4.      Pursuant to the Court's order approving Trustee compromise [Bank. Dkt. 1035] Maverick Bankcard, Inc. will be dismissed from the 1046 Action.

5.      Trustee has dismissed the United States Postal Services (USPS) in light of its compliance with the TRO and Preliminary Injunction in redirecting mail [Dkt. 103] and Phoenix Law Group, Inc. (as erroneously named) [Dkt. 119].

6.      By way of stipulated judgment, Trustee has been authorized to dismiss, without prejudice William Taylor "Ty" Carss, and Mariah Eeya Tan.  That dismissal was submitted on November 8, 2023 [Dkt. 270].

7.      In addition, Trustee has requested dismissal of Occam's Advisory, Inc., Teracel Blockchain Fund, LLC, and Chris Winslow pursuant to Federal Rules of Bankruptcy Procedure Rule 41(a)(1)(A)(i).   These defendants have not answered or otherwise appeared, and Trustee's

1  investigation has indicated they are not proper targets of the instant action.  That dismissal was
2  submitted on November 8, 2023 [Dkt. 270].

3       8.    Trustee has also requested dismissal of B.A.T., Inc. d/b/a Coast Processing, Guardian,
4  Maverick Management, LLC, Eng Tang and World Pay, Inc. pursuant to Federal Rules of Bankruptcy
5  Procedure Rule 41(a)(1)(A)(i).  These defendants have not answered or otherwise appeared and
6  Trustee's investigation has indicated that they were erroneously named.  Each of these defendants has
7  been properly re-named pursuant to Trustee's First Amended Complaint [Dkt. 62].  That dismissal
8  was submitted on November 8, 2023 [Dkt. 270].

9       9.    The Court has entered a stipulated order to dismiss Defendants Han Trinh and Jayde
10  Trinh [Dkt. 219]. Trustee intends to file separate adversary proceedings as to these dismissed
11  defendants.

12       10.    The Court entered an order dismissing Marich Bein, LLC and BankUnited, N.A. from
13  the 1046 Action in order to sever the trustee's claims [1046 Dkt. No. 446].

14       11.    Four named defendants have yet to be served, including EPPS, Authorize.net, Equipay
15  and World Global. As to these defendants, Trustee intends to request another summon based on the
16  filing of Trustee's Third Amended Complaint [Dkt. 506].

17       12.    The Court previously entered default as to Defendants Vulcan Consulting Group, LLC
18  [Dkt. 144]; Wes Thomas [Dkt. 145]; Jimmy Chhor [Dkt. 174]; Oakstone Law Group, PC [Dkt. 177];
19  Prime Logix, LLC [Dkt. 179]; Revolv3, Inc. [Dkt. 180]; and Guardian Processing, LLC [Dkt. 181].
20  That said, Trustee will be filling renewed requests for default based on the Second Amended
21  Complaint as to all defendants that have not answered or sought an extension of time that has been
22  approved by order of the Court.

23       13.    Trustee, with the assistance of the Court employed financial accountants Grobstein
24  Teeple, LLP [Dkt. 169], is working diligently to complete its forensic account in order to prepare and
25  file for default judgment, as appropriate given this matter remains in the early stages of discovery.
26  Trustee awaits production of bank records pursuant to issued 2004 examinations before completing
27  these default judgments.

28  / / /

14.     As to the remaining defendants, Trustee has either had entered into a stipulation filed with the Court for extension of time to respond to the Adversary proceeding pending further meet and confer efforts and informal discovery, intends to dismiss or file for entry of default based on the Trustee's Third Amended Complaint.

15.     Trustee remains vigilant and focused on maximizing recovery of all of LPG assets to the Debtor's Estate for the benefit of all creditors, including consumer creditors. That said, Trustee has and continues to work with Defendants in good faith to obtain discovery, records and work towards resolution of the claims raised in the Third Amended Complaint.

**ATTACHMENT G**

*Adversary Proceeding No. 8:23-ap-01046-SC*

**PLAINTIFF, RICHARD MARSHACK**

1.      At this time there are a total of sixteen named defendants who have either: 1) answered; 2) filed a stipulation for an extension to respond; 3) yet to be served; 4) have not had and are not likely to have a default entered against them; and 5) have not been and are not anticipated to be dismissed at this time. Based on the sheer number of defendants, discovery, preparation and length of trial in this matter is expected to exceed normal expectations. That said, Trustee is diligently working with all defendants to obtain informal discovery and work towards potential resolution in order to narrow the scope of discovery and trial in this matter, as the information provided to Trustee permits.

2.      Based on the documents produced to the Trustee to date, there are over 100 million individual electronically stored documents that the Trustee is diligently working through to review.

3.      In an effort to stay in front of the enormous volume of discovery necessary to recover assets under the Trustee's Third Amended Complaint in this Adversary Proceeding, Trustee has taken reasonable steps in light of the recent sale of LPG's assets and based on the information to date to stay in front of discovery. In this regard, Trustee has served a number of subpoenas to targeted institutions in order to continue efforts to trace and recover Estate property.

4.      Trustee has completed the 7026 conference as to answering Defendants, Consumer Legal Group, PC, LGS HoldCo, LLC, Eng Taing, Touzi Capital, LLC, Scott Eadie and Daniel March.

5.      Trustee has filed a separate adversary proceedings as to: 1) newly named defendants for fraudulent conveyance and avoidance of Estate property; 2) standalone claims recently discovered against named defendants; and claims severed from the 1046 Action including those against certain Defendants, Marich Bein and BankUnited whose involvement are significantly related.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 3, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Keith Barnett<br>on behalf of Defendant Payliance, LLC | keith.barnett@troutman.com<br>kelley.wade@troutman.com |

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 3, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY**
Honorable Scott C. Clarkson
United States Bankruptcy Court. Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 3, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 3, 2024 | Angelica Urena | */s/ Angelica Urena* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Bradford Barnhardt<br>on behalf of Plaintiff Richard A. Marshack | bbarnhardt@marshackhays.com<br>bbarnhardt@ecf.courtdrive.com<br>alinares@ecf.courtdrive.com |
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Leslie A Cohen<br>on behalf of Defendant Rosa Bianca Loli | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Michael T Delaney<br>on behalf of Defendant Fidelity National Information<br>Services, Inc. dba FIS | mdelaney@bakerlaw.com<br>tbreeden@bakerlaw.com |
| Alan W Forsley<br>on behalf of Interested Party Courtesy NEF | Alan.forsley@flpllp.com<br>awf@fkllawfirm.com<br>awf@fl-lawyers.net<br>addy@flpllp.com |
| Jeremy Freedman<br>on behalf of Plaintiff Richard A. Marshack | jeremy.freedman@dinsmore.com |
| Jeremy Freedman<br>on behalf of Trustee Richard A. Marshack (TR) | jeremy.freedman@dinsmore.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>karina.reyes@dinsmore.com<br>deamira.romo@dinsmore.com |
| Christopher Ghio<br>on behalf of Trustee Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>karina.reyes@dinsmore.com<br>deamira.romo@dinsmore.com |
| Eric D Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Sweeney Kelly<br>on behalf of Defendant Fidelity National Information<br>Services, Inc. | kelly@ksgklaw.com |
| Sweeney Kelly<br>on behalf of Defendant Fidelity National Information<br>Services, Inc. dba FIS | kelly@ksgklaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Sweeney Kelly<br>on behalf of Defendant Worldpay Group | kelly@ksgklaw.com |
| Sweeney Kelly<br>on behalf of Defendant Worldpay, LLC | kelly@ksgklaw.com |
| Meredith King<br>on behalf of Defendant Gallant Law Group | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC | David.Kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| Matthew A. Lesnick<br>on behalf of Defendant Optimumbank Holdings, Inc. d/b/a<br>Optimum Bank | matt@lesnickprince.com<br>matt@ecf.inforuptcy.com<br>jmack@lesnickprince.com |
| Daniel A Lev<br>on behalf of Defendant Consumer Legal Group, PC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Defendant LGS Holdco, LLC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Daniel S March<br>on behalf of Defendant Daniel S. March | marchlawoffice@gmail.com<br>marchdr94019@notify.bestcase.com |
| Kathleen P. March<br>on behalf of Defendant Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Han Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Jayde Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Lisa Patel<br>on behalf of Defendant OptimumBank Holdings, Inc. | lpatel@lesnickprince.com<br>jmack@lesnickprince.com<br>jnavarro@lesnickprince.com |
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 7    **F 7016-1.STATUS.REPORT**

| | |
|---|---|
| Daniel H Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald N Richards<br>on behalf of Defendant Consumer Legal Group, PC | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |
| Zev Shechtman<br>on behalf of Interested Party Morning Law Group, P.C. | Zev.Schechtman@saul.com<br>zshechtman@gtlaw.com<br>easter.santamaria@saul.com |
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| William J Wall<br>on behalf of Witness Bradford Lee | wwall@wall-law.com |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2015_                                Page 8                    **F 7016-1.STATUS.REPORT**