| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Ira D. Kharasch (CA Bar No. 109084)<br>Victoria A. Newmark (CA Bar No. 183581)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, Suite 1300<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>Email: ikharasch@pszjlawcom; vnewmark@pszjlaw.com<br><br>*Attorney for: LGS Holdco, LLC and Consumer Legal Group, PC* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor(s).<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>Plaintiff(s),<br>vs.<br><br>TONY DIAB, an individual; *et al.*,<br><br>Defendant(s). | CASE NO.: 8:23-bk-10571-SC<br><br>ADVERSARY NO.: 8:23-ap-1046-SC<br>(*if applicable*)<br><br>CHAPTER: 11<br><br>**SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |
|---|---|

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*: _____
   Consumer Legal Group, PC

2. The name, address, telephone number, and email address of the new attorney are *(specify)*: _____
   Ira D. Kharasch; Victoria A. Newmark
   Pachulski Stang Ziehl & Jones LLP
   10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA 90067
   Telephone: 310/277-6910; Email: ikharasch@pszjlaw.com; vnewmark@pszjlaw.com

3. New attorney hereby appears in the following matters: ☐ the bankruptcy case  ☒ the above adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                Page 1                                F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney):* Law Offices of Ronald Richards & Associates, APC and Greenspoon Marder LLP

Date: August 29, 2024

_____
Signature of party
Consumer Legal Group, PC
By: Jack Gross
Printed name of party

_____
Signature of third party (if applicable)

_____
Printed name of third party (if applicable)

_____
Signature of second party (if applicable)

_____
Printed name of second party (if applicable)

_____
Signature of fourth party (if applicable)

_____
Printed name of fourth party (if applicable)

I consent to the above substitution.

Date: August 29, 2024

*Ronald Richards*
Signature of present attorney
Ronald Richards
Printed name of present attorney

*Daniel A. Lev*

I am duly admitted to practice in this district. The above substitution is accepted.

Date: August 29, 2024

/s/ Ira D. Kharasch
Signature of new attorney

Ira D. Kharasch
Printed name of new attorney

/s/ Victoria A. Newmark
Signature of new attorney

Victoria A. Newmark
Printed name of new attorney

### IMPORTANT NOTICE

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014          Page 2          F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 29, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **_____, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 29, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Honorable Scott Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| August 29, 2024 | Nancy H. Brown | /s/ Nancy H. Brown |
| *Date* | *Printed Name* | *Signature* |

F 2091-1.SUBSTITUTION.ATTY

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Keith Barnett**   keith.barnett@troutman.com, kelley.wade@troutman.com
- **Bradford Barnhardt**   bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Jeremy Freedman**   jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **Daniel S March**   marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**   wwall@wall-law.com
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    **F 2091-1.SUBSTITUTION.ATTY**
4891-4639-6125.1 68700.001