1 | Leslie A. Cohen, Esq. (SBN: 93698)
    leslie@lesliecohenlaw.com
2 | J'aime Williams Kerper Esq. (SBN 261148)
    jaime@lesliecohenlaw.com
3 | LESLIE COHEN LAW, PC
    1615-A Montana Avenue
4 | Santa Monica, CA 90403
    Telephone:  (310) 394-5900
5 | Facsimile:  (310) 394-9280

6

7 | Attorneys for Defendant Bianca Loli

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SANTA ANA DIVISION**

11

12 | *In re*

13 | THE LITIGATION PRACTICE GROUP, PC,

14 |                      Debtor

15 | RICHARD A. MARSHACK,

16 | Chapter 11 Trustee,

17 |                      Plaintiff(s),

18 | v.

19 | TONY DIAB, et al.,

20 |                      Defendant(s)

| | |
|---|---|
| Case No. 8:23-bk-10571-SC | |
| Adv. No.: 8:23-ap-01046-SC | |
| Chapter 11 | |
| **ANSWER TO FIFTH AMENDED ADVERSARY COMPLAINT** | |
| Status Conference | |
| Date: February 5, 2025 | |
| Time: 11:00 a.m. | |
| Courtroom: 5C | |

21

22

23

24

25

26

27

28

**TO THE HONORABLE SCOTT CLARKSON, TO THE PLAINTIFF, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO INTERESTED PARTIES:**

Rosa Loli a.k.a. Rosa Bianca Loli a.k.a. Bianca Loli ("**Defendant**" or "**Loli**") hereby answers the Fifth Amended Complaint To Determine The Dischargeability of Debt ("**Complaint**") [Docket No 653] filed by Richard A. Marshack, the Chapter 11 Trustee (the "**Trustee**" or "**Plaintiff**") for the bankruptcy estate (the "**Estate**") of Debtor The Litigation Practice Group, PC (the "**Debtor**" or "**LPG**") as follows:

**STATEMENT OF JURISDICTION, NATURE OF PROCEEDING AND VENUE**

1.      Paragraph 1 is denied as calling for a legal conclusion.

**THE PARTIES**

2.      Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 2 of Plaintiff's Complaint, and on that basis denies them.

3.      Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 3 of Plaintiff's Complaint, and on that basis denies them.

4.      Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 4 of Plaintiff's Complaint, and on that basis denies them.

5.      Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 5 of Plaintiff's Complaint, and on that basis denies them.

6.      Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 6 of Plaintiff's Complaint, and on that basis denies them.

7.      Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 7 of Plaintiff's Complaint, and on that basis denies them.

8.      Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 8 of Plaintiff's Complaint, and on that basis denies them.

9.      Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 9 of Plaintiff's Complaint, and on that basis denies them.

10.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 10 of Plaintiff's Complaint, and on that basis denies them.

11.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 11 of Plaintiff's Complaint, and on that basis denies them.

12.     Paragraph 12 is admitted.

13.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 13 of Plaintiff's Complaint, and on that basis denies them.

14.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 14 of Plaintiff's Complaint, and on that basis denies them.

15.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 15 of Plaintiff's Complaint, and on that basis denies them.

16.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 16 of Plaintiff's Complaint, and on that basis denies them.

17.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 17 of Plaintiff's Complaint, and on that basis denies them.

18.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 18 of Plaintiff's Complaint, and on that basis denies them.

19.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 19 of Plaintiff's Complaint, and on that basis denies them.

20.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 20 of Plaintiff's Complaint, and on that basis denies them.

21.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 21 of Plaintiff's Complaint, and on that basis denies them.

22.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 22 of Plaintiff's Complaint, and on that basis denies them.

23.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 23 of Plaintiff's Complaint, and on that basis denies them.

24.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 24 of Plaintiff's Complaint, and on that basis denies them.

25.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 25 of Plaintiff's Complaint, and on that basis denies them.

26.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 26 of Plaintiff's Complaint, and on that basis denies them.

27.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 27 of Plaintiff's Complaint, and on that basis denies them.

28.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 28 of Plaintiff's Complaint, and on that basis denies them.

29.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 29 of Plaintiff's Complaint, and on that basis denies them.

30.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 30 of Plaintiff's Complaint, and on that basis denies them.

31.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 31 of Plaintiff's Complaint, and on that basis denies them.

32.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 32 of Plaintiff's Complaint, and on that basis denies them.

33.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 33 of Plaintiff's Complaint, and on that basis denies them.

34.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 34 of Plaintiff's Complaint, and on that basis denies them.

35.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 35 of Plaintiff's Complaint, and on that basis denies them.

**GENERAL ALLEGATIONS**

36.    Paragraph 36 invokes document(s) which speak for themselves, and Defendant should not be required to draw conclusions therefrom or repeat the contents thereof, and on that basis Paragraph 36 is denied.

37.    Paragraph 37 invokes document(s) which speak for themselves, and Defendant should not be required to draw conclusions therefrom or repeat the contents thereof, and on that basis Paragraph 37 is denied.

38.    Paragraph 38 invokes document(s) which speak for themselves, and Defendant should not be required to draw conclusions therefrom or repeat the contents thereof, and on that basis Paragraph 38 is denied. In addition, Paragraph 38 contains allegations which are so vague, ambiguous, compound and conclusory that Defendant lack sufficient information and belief thereon, and on that basis, generally and specifically denies each and all allegations contained in this paragraph. To the extent the allegations invoke documents, referenced documents speak for themselves and Defendant should not be required to draw conclusions therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent the allegations in this paragraph mischaracterize and/or attempt to recharacterize events and/or transactions between and among persons or entities, it is also denied.

39.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 39 of Plaintiff's Complaint, and on that basis denies them.

40.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 40 of Plaintiff's Complaint, and on that basis denies them.

41.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 41 of Plaintiff's Complaint, and on that basis denies them.

42.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 42 of Plaintiff's Complaint, and on that basis denies them.

43.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 43 of Plaintiff's Complaint, and on that basis denies them.

44.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 44 of Plaintiff's Complaint, and on that basis denies them.

45.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 45 of Plaintiff's Complaint, and on that basis denies them.

46.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 46 of Plaintiff's Complaint, and on that basis denies them.

47.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 47 of Plaintiff's Complaint, and on that basis denies them.

48.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 48 of Plaintiff's Complaint, and on that basis denies them.

49.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 49 of Plaintiff's Complaint, and on that basis denies them.

50.    Paragraph 50 contains allegations which are so vague, ambiguous, compound and conclusory that Defendant lack sufficient information and belief thereon, and on that basis, generally and specifically denies each and all allegations contained in this paragraph. To the extent the allegations invoke documents, referenced documents speak for themselves and Defendant should not be required to draw conclusions therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent the allegations in this paragraph mischaracterize and/or attempt to recharacterize events and/or transactions between and among persons or entities, it is also denied.

51.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 51 of Plaintiff's Complaint, and on that basis denies them.

52.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 52 of Plaintiff's Complaint, and on that basis denies them.

1    53.    Defendant lacks sufficient knowledge to admit or deny each and every

2    allegation of Paragraph 53 of Plaintiff's Complaint, and on that basis denies them. In

3    addition, paragraph 53 contains allegations which are so vague, ambiguous, compound

4    and conclusory that Defendant lack sufficient information and belief thereon, and on that

5    basis, generally and specifically denies each and all allegations contained in this

6    paragraph. To the extent the allegations invoke documents, referenced documents

7    speak for themselves and Defendant should not be required to draw conclusions

8    therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

9    the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

10    and/or transactions between and among persons or entities, it is also denied.

11    54.    Defendant lacks sufficient knowledge to admit or deny each and every

12    allegation of Paragraph 54 of Plaintiff's Complaint, and on that basis denies them.

13    55.    Defendant lacks sufficient knowledge to admit or deny each and every

14    allegation of Paragraph 55 of Plaintiff's Complaint, and on that basis denies them. In

15    addition, paragraph 55 contains allegations which are so vague, ambiguous, compound

16    and conclusory that Defendant lack sufficient information and belief thereon, and on that

17    basis, generally and specifically denies each and all allegations contained in this

18    paragraph. To the extent the allegations invoke documents, referenced documents

19    speak for themselves and Defendant should not be required to draw conclusions

20    therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

21    the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

22    and/or transactions between and among persons or entities, it is also denied.

23    56.    Paragraph 56 contains allegations which are so vague, ambiguous, and

24    conclusory that Defendant lacks sufficient information and belief thereon, and on that

25    basis, generally and specifically denies each and all allegations contained in this

26    paragraph. To the extent the allegations in this paragraph mischaracterize and/or

27

28

1  attempt to recharacterize events and/or transactions between and among persons or

2  entities, it is also denied.

3       57.    Paragraph 57 contains allegations which are so vague, ambiguous,

4  compound and conclusory that Defendant lacks sufficient information and belief thereon,

5  and on that basis, generally and specifically denies each and all allegations contained in

6  this paragraph. To the extent the allegations invoke documents, referenced documents

7  speak for themselves and Defendant should not be required to draw conclusions

8  therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

9  the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

10 and/or transactions between and among persons or entities, it is also denied

11      58.    Paragraph 58 contains allegations which are so vague, ambiguous,

12 compound and conclusory that Defendant lacks sufficient information and belief thereon,

13 and on that basis, generally and specifically denies each and all allegations contained in

14 this paragraph. To the extent the allegations invoke documents, referenced documents

15 speak for themselves and Defendant should not be required to draw conclusions

16 therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

17 the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

18 and/or transactions between and among persons or entities, it is also denied.

19      59.    Paragraph 59 contains allegations which are so vague, ambiguous,

20 compound and conclusory that Defendant lacks sufficient information and belief thereon,

21 and on that basis, generally and specifically denies each and all allegations contained in

22 this paragraph. To the extent the allegations invoke documents, referenced documents

23 speak for themselves and Defendant should not be required to draw conclusions

24 therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

25 the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

26 and/or transactions between and among persons or entities, it is also denied.

27

28

8
ANSWER

1      60.     Paragraph 60 contains allegations which are so vague, ambiguous,

2 compound and conclusory that Defendant lacks sufficient information and belief thereon,

3 and on that basis, generally and specifically denies each and all allegations contained in

4 this paragraph. To the extent the allegations invoke documents, referenced documents

5 speak for themselves and Defendant should not be required to draw conclusions

6 therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

7 the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

8 and/or transactions between and among persons or entities, it is also denied.

9      61.     Paragraph 61 contains allegations which are so vague, ambiguous,

10 compound and conclusory that Defendant lacks sufficient information and belief thereon,

11 and on that basis, generally and specifically denies each and all allegations contained in

12 this paragraph. To the extent the allegations invoke documents, referenced documents

13 speak for themselves and Defendant should not be required to draw conclusions

14 therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

15 the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

16 and/or transactions between and among persons or entities, it is also denied.

17      62.     Paragraph 62 contains allegations which are so vague, ambiguous,

18 compound and conclusory that Defendant lacks sufficient information and belief thereon,

19 and on that basis, generally and specifically denies each and all allegations contained in

20 this paragraph. To the extent the allegations invoke documents, referenced documents

21 speak for themselves and Defendant should not be required to draw conclusions

22 therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

23 the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

24 and/or transactions between and among persons or entities, it is also denied.

25      63.     Paragraph 63 contains allegations which are so vague, ambiguous,

26 compound and conclusory that Defendant lacks sufficient information and belief thereon,

ANSWER

1  and on that basis, generally and specifically denies each and all allegations contained in

2  this paragraph. To the extent the allegations invoke documents, referenced documents

3  speak for themselves and Defendant should not be required to draw conclusions

4  therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

5  the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

6  and/or transactions between and among persons or entities, it is also denied.

7      64.    Paragraph 64 contains allegations which are so vague, ambiguous,

8  compound and conclusory that Defendant lacks sufficient information and belief thereon,

9  and on that basis, generally and specifically denies each and all allegations contained in

10  this paragraph. To the extent the allegations invoke documents, referenced documents

11  speak for themselves and Defendant should not be required to draw conclusions

12  therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

13  the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

14  and/or transactions between and among persons or entities, it is also denied.

15      65.    Paragraph 65 is denied.  Further, Paragraph 67 contains allegations which

16  are so vague, ambiguous, compound and conclusory that Defendant lacks sufficient

17  information and belief thereon, and on that basis, generally and specifically denies each

18  and all allegations contained in this paragraph. To the extent the allegations invoke

19  documents, referenced documents speak for themselves and Defendant should not be

20  required to draw conclusions therefrom or repeat the contents thereof, and on that basis

21  is also denied.  To the extent the allegations in this paragraph mischaracterize and/or

22  attempt to recharacterize events and/or transactions between and among persons or

23  entities, it is also denied.

24      66.    Paragraph 66 is denied.  Further, Paragraph 68 contains allegations which

25  are so vague, ambiguous, compound and conclusory that Defendant lacks sufficient

26  information and belief thereon, and on that basis, generally and specifically denies each

27
ANSWER

28

and all allegations contained in this paragraph. To the extent the allegations invoke documents, referenced documents speak for themselves and Defendant should not be required to draw conclusions therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent the allegations in this paragraph mischaracterize and/or attempt to recharacterize events and/or transactions between and among persons or entities, it is also denied.

67.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 67 of Plaintiff's Complaint, and on that basis denies them.

68.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 68 of Plaintiff's Complaint, and on that basis denies them.

69.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 69 of Plaintiff's Complaint, and on that basis denies them.

70.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 70 of Plaintiff's Complaint, and on that basis denies them.

71.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 71 of Plaintiff's Complaint, and on that basis denies them.

72.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 72 of Plaintiff's Complaint, and on that basis denies them.

73.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 73 of Plaintiff's Complaint, and on that basis denies them.

74.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 74 of Plaintiff's Complaint, and on that basis denies them.

75.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 75 of Plaintiff's Complaint, and on that basis denies them.

76.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 76 of Plaintiff's Complaint, and on that basis denies them.

1     77.    Defendant lacks sufficient knowledge to admit or deny each and every

2    allegation of Paragraph 77 of Plaintiff's Complaint, and on that basis denies them.

3     78.    Paragraph 78 is denied.  Further, Paragraph 78 contains allegations which

4    are so vague, ambiguous, compound and conclusory that Defendant lacks sufficient

5    information and belief thereon, and on that basis, generally and specifically denies each

6    and all allegations contained in this paragraph. To the extent the allegations invoke

7    documents, referenced documents speak for themselves and Defendant should not be

8    required to draw conclusions therefrom or repeat the contents thereof, and on that basis

9    is also denied.  To the extent the allegations in this paragraph mischaracterize and/or

10    attempt to recharacterize events and/or transactions between and among persons or

11    entities, it is also denied.

12     79.    Paragraph 79 is denied.  Further, Paragraph 79 contains allegations which

13    are so vague, ambiguous, compound and conclusory that Defendant lacks sufficient

14    information and belief thereon, and on that basis, generally and specifically denies each

15    and all allegations contained in this paragraph. To the extent the allegations invoke

16    documents, referenced documents speak for themselves and Defendant should not be

17    required to draw conclusions therefrom or repeat the contents thereof, and on that basis

18    is also denied.  To the extent the allegations in this paragraph mischaracterize and/or

19    attempt to recharacterize events and/or transactions between and among persons or

20    entities, it is also denied.

21     80.    Paragraph 80 invokes document(s) which speak for themselves, and

22    Defendant should not be required to draw conclusions therefrom or repeat the contents

23    thereof, and on that basis Paragraph 80 is denied.

24                  **FIRST CLAIM FOR RELIEF**

25     81.    In response to paragraph 81, Defendant re-alleges and reincorporates by

26    reference the responses set forth above as though fully set forth herein, and except

27                 12

ANSWER

28

1   where admitted, Defendant DENIES each and every allegation contained in preceding

2   paragraphs.

3       82.    Paragraph 82 contains only conclusory statements of Plaintiffs' requests for

4   relief, to which Defendant need not provide a response.

5       83.    Paragraph 83 contains only conclusory statements of Plaintiffs' requests for

6   relief, to which Defendant need not provide a response.

7       84.    Paragraph 84 contains only conclusory statements of Plaintiffs' requests for

8   relief, to which Defendant need not provide a response.

9       85.    Paragraph 85 contains only conclusory statements of Plaintiffs' requests for

10  relief, to which Defendant need not provide a response.

11      86.    Paragraph 86 contains only conclusory statements of Plaintiffs' requests for

12  relief, to which Defendant need not provide a response.

13                      **<u>SECOND CLAIM FOR RELIEF</u>**

14      87.    In response to paragraph 87, Defendant re-alleges and reincorporates by

15  reference the responses set forth above as though fully set forth herein, and except

16  where admitted, Defendant DENIES each and every allegation contained in preceding

17  paragraphs.

18      88.    Defendant lacks sufficient knowledge to admit or deny each and every

19  allegation of Paragraph 88 of Plaintiff's Complaint, and on that basis denies them.

20      89.    Defendant lacks sufficient knowledge to admit or deny each and every

21  allegation of Paragraph 89 of Plaintiff's Complaint, and on that basis denies them.

22      90.    Paragraph 90 contains allegations which are so vague, ambiguous,

23  compound and conclusory that Defendant lacks sufficient information and belief thereon,

24  and on that basis, generally and specifically denies each and all allegations contained in

25  this paragraph. To the extent the allegations invoke documents, referenced documents

26  speak for themselves and Defendant should not be required to draw conclusions

27                              13
                              ANSWER

28

1  therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

2  the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

3  and/or transactions between and among persons or entities, it is also denied.

4       91.   Defendant lacks sufficient knowledge to admit or deny each and every

5  allegation of Paragraph 91 of Plaintiff's Complaint, and on that basis denies them.

6       92.   Paragraph 92 contains allegations which are so vague, ambiguous,

7  compound and conclusory that Defendant lacks sufficient information and belief thereon,

8  and on that basis, generally and specifically denies each and all allegations contained in

9  this paragraph. To the extent the allegations invoke documents, referenced documents

10  speak for themselves and Defendant should not be required to draw conclusions

11  therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

12  the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

13  and/or transactions between and among persons or entities, it is also denied.

14       93.   Defendant lacks sufficient knowledge to admit or deny each and every

15  allegation of Paragraph 93 of Plaintiff's Complaint, and on that basis denies them.

16       94.   Paragraph 94 contains allegations which are so vague, ambiguous,

17  compound and conclusory that Defendant lacks sufficient information and belief thereon,

18  and on that basis, generally and specifically denies each and all allegations contained in

19  this paragraph. To the extent the allegations invoke documents, referenced documents

20  speak for themselves and Defendant should not be required to draw conclusions

21  therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent

22  the allegations in this paragraph mischaracterize and/or attempt to recharacterize events

23  and/or transactions between and among persons or entities, it is also denied.

24       95.   Defendant lacks sufficient knowledge to admit or deny each and every

25  allegation of Paragraph 95 of Plaintiff's Complaint, and on that basis denies them.

26

27                           14
ANSWER

28

96.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 96 of Plaintiff's Complaint, and on that basis denies them.

97.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 97 of Plaintiff's Complaint, and on that basis denies them. In addition, Paragraph 97 contains allegations which are so vague, ambiguous, compound and conclusory that Defendant lack sufficient information and belief thereon, and on that basis, generally and specifically denies each and all allegations contained in this paragraph. To the extent the allegations invoke documents, referenced documents speak for themselves and Defendant should not be required to draw conclusions therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent the allegations in this paragraph mischaracterize and/or attempt to recharacterize events and/or transactions between and among persons or entities, it is also denied.

98.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 98 of Plaintiff's Complaint, and on that basis denies them.

99.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 99 of Plaintiff's Complaint, and on that basis denies them.

100.    Paragraph 100 is denied as to Defendant. Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 100 as to other parties listed, and on that basis denies them.

### THIRD CLAIM FOR RELIEF

101.    In response to paragraph 101, Defendant re-alleges and reincorporates by reference the responses set forth above as though fully set forth herein, and except where admitted, Defendant DENIES each and every allegation contained in preceding paragraphs.

102.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 102 of Plaintiff's Complaint, and on that basis denies them.

103.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 103 of Plaintiff's Complaint, and on that basis denies them.

104.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 104 of Plaintiff's Complaint, and on that basis denies them.

105.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 105 of Plaintiff's Complaint, and on that basis denies them. In addition, Paragraph 105 contains allegations which are so vague, ambiguous, compound and conclusory that Defendant lacks sufficient information and belief thereon, and on that basis, generally and specifically denies each and all allegations contained in this paragraph. To the extent the allegations invoke documents, referenced documents speak for themselves and Defendant should not be required to draw conclusions therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent the allegations in this paragraph mischaracterize and/or attempt to recharacterize events and/or transactions between and among persons or entities, it is also denied

106.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 106 of Plaintiff's Complaint, and on that basis denies them.

107.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 107 of Plaintiff's Complaint, and on that basis denies them.

108.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 108 of Plaintiff's Complaint, and on that basis denies them.

109.    Paragraph 109 is denied as to Defendant. Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 109 as to other parties listed, and on that basis denies them.

**<u>FOURTH CLAIM FOR RELIEF</u>**

110.    In response to paragraph 110, Defendant re-alleges and reincorporates by reference the responses set forth above as though fully set forth herein, and except

1 where admitted, Defendant DENIES each and every allegation contained in preceding
2 paragraphs.

3    111.    Defendant lacks sufficient knowledge to admit or deny each and every
4 allegation of Paragraph 111 of Plaintiff's Complaint, and on that basis denies them.

5    112.    Defendant lacks sufficient knowledge to admit or deny each and every
6 allegation of Paragraph 112 of Plaintiff's Complaint, and on that basis denies them.

7    113.    Paragraph 113 contains allegations which are so vague, ambiguous,
8 compound and conclusory that Defendant lacks sufficient information and belief thereon,
9 and on that basis, generally and specifically denies each and all allegations contained in
10 this paragraph. To the extent the allegations invoke documents, referenced documents
11 speak for themselves and Defendant should not be required to draw conclusions
12 therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent
13 the allegations in this paragraph mischaracterize and/or attempt to recharacterize events
14 and/or transactions between and among persons or entities, it is also denied.

15    114.    Defendant lacks sufficient knowledge to admit or deny each and every
16 allegation of Paragraph 114 of Plaintiff's Complaint, and on that basis denies them.

17    115.    Paragraph 115 contains allegations which are so vague, ambiguous,
18 compound and conclusory that Defendant lacks sufficient information and belief thereon,
19 and on that basis, generally and specifically denies each and all allegations contained in
20 this paragraph. To the extent the allegations invoke documents, referenced documents
21 speak for themselves and Defendant should not be required to draw conclusions
22 therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent
23 the allegations in this paragraph mischaracterize and/or attempt to recharacterize events
24 and/or transactions between and among persons or entities, it is also denied.

25    116.    Defendant lacks sufficient knowledge to admit or deny each and every
26 allegation of Paragraph 116 of Plaintiff's Complaint, and on that basis denies them

27                                    17
                                  ANSWER
28

117.   Paragraph 117 contains allegations which are so vague, ambiguous, compound and conclusory that Defendant lacks sufficient information and belief thereon, and on that basis, generally and specifically denies each and all allegations contained in this paragraph. To the extent the allegations invoke documents, referenced documents speak for themselves and Defendant should not be required to draw conclusions therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent the allegations in this paragraph mischaracterize and/or attempt to recharacterize events and/or transactions between and among persons or entities, it is also denied.

118.   Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 118 of Plaintiff's Complaint, and on that basis denies them.

119.   Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 119 of Plaintiff's Complaint, and on that basis denies them.

120.   Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 120 of Plaintiff's Complaint, and on that basis denies them. In addition, Paragraph 120 contains allegations which are so vague, ambiguous, compound and conclusory that Defendant lacks sufficient information and belief thereon, and on that basis, generally and specifically denies each and all allegations contained in this paragraph. To the extent the allegations invoke documents, referenced documents speak for themselves and Defendant should not be required to draw conclusions therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent the allegations in this paragraph mischaracterize and/or attempt to recharacterize events and/or transactions between and among persons or entities, it is also denied.

121.   Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 121 of Plaintiff's Complaint, and on that basis denies them.

122.   Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 122 of Plaintiff's Complaint, and on that basis denies them.

ANSWER

123.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 123 of Plaintiff's Complaint, and on that basis denies them.

124.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 124 of Plaintiff's Complaint, and on that basis denies them.

125.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 125 of Plaintiff's Complaint, and on that basis denies them.

126.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 126 of Plaintiff's Complaint, and on that basis denies them.

127.     Paragraph 127 is denied as to Defendant. Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 129 as to other parties listed, and on that basis denies them.

## **FIFTH CLAIM FOR RELIEF**

128.     In response to paragraph 128, Defendant re-alleges and reincorporates by reference the responses set forth above as though fully set forth herein, and except where admitted, Defendant DENIES each and every allegation contained in preceding paragraphs.

129.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 129 of Plaintiff's Complaint, and on that basis denies them.

130.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 130 of Plaintiff's Complaint, and on that basis denies them.

131.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 131 of Plaintiff's Complaint, and on that basis denies them.

132.     Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 132 of Plaintiff's Complaint, and on that basis denies them. In addition, Paragraph 132 contains allegations which are so vague, ambiguous, compound and conclusory that Defendant lacks sufficient information and belief thereon, and on

that basis, generally and specifically denies each and all allegations contained in this paragraph. To the extent the allegations invoke documents, referenced documents speak for themselves and Defendant should not be required to draw conclusions therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent the allegations in this paragraph mischaracterize and/or attempt to recharacterize events and/or transactions between and among persons or entities, it is also denied.

133.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 133 of Plaintiff's Complaint, and on that basis denies them.

134.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 134 of Plaintiff's Complaint, and on that basis denies them.

135.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 135 of Plaintiff's Complaint, and on that basis denies them.

136.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 136 of Plaintiff's Complaint, and on that basis denies them.

137.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 137 of Plaintiff's Complaint, and on that basis denies them.

138.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 138 of Plaintiff's Complaint, and on that basis denies them.

139.    Paragraph 139 is denied as to Defendant. Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 141 as to other parties listed, and on that basis denies them.

**SIXTH CLAIM FOR RELIEF**

140.    In response to paragraph 140, Defendant re-alleges and reincorporates by reference the responses set forth above as though fully set forth herein, and except where admitted, Defendant DENIES each and every allegation contained in preceding paragraphs.

ANSWER

141.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 141 of Plaintiff's Complaint, and on that basis denies them.

142.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 142 of Plaintiff's Complaint, and on that basis denies them.

143.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 143 of Plaintiff's Complaint, and on that basis denies them.

144.    Defendant lacks sufficient knowledge to admit or deny each and every allegation of Paragraph 144 of Plaintiff's Complaint, and on that basis denies them.

## SEVENTH CLAIM FOR RELIEF

145.    In response to paragraph 145, Defendant re-alleges and reincorporates by reference the responses set forth above as though fully set forth herein, and except where admitted, Defendant DENIES each and every allegation contained in preceding paragraphs.

146.    Paragraph 146 is denied.  Paragraph 146 contains allegations which are so vague, ambiguous, compound and conclusory that Defendant lacks sufficient information and belief thereon, and on that basis, generally and specifically denies each and all allegations contained in this paragraph. To the extent the allegations invoke documents, referenced documents speak for themselves and Defendant should not be required to draw conclusions therefrom or repeat the contents thereof, and on that basis is also denied.  To the extent the allegations in this paragraph mischaracterize and/or attempt to recharacterize events and/or transactions between and among persons or entities, it is also denied.  To the extent Paragraph 146 calls for a legal conclusion, it is also denied.

147.    Paragraph 147 is denied.  Paragraph 147 contains allegations which are so vague, ambiguous, compound and conclusory that Defendant lacks sufficient information and belief thereon, and on that basis, generally and specifically denies each and all allegations contained in this paragraph. To the extent the allegations invoke documents,

1  referenced documents speak for themselves and Defendant should not be required to

2  draw conclusions therefrom or repeat the contents thereof, and on that basis is also

3  denied.  To the extent the allegations in this paragraph mischaracterize and/or attempt to

4  recharacterize events and/or transactions between and among persons or entities, it is

5  also denied.  To the extent Paragraph 147 calls for a legal conclusion, it is also denied.

6      148.    Paragraph 148 is denied.  Paragraph 148 contains allegations which are so

7  vague, ambiguous, compound and conclusory that Defendant lacks sufficient information

8  and belief thereon, and on that basis, generally and specifically denies each and all

9  allegations contained in this paragraph. To the extent the allegations invoke documents,

10  referenced documents speak for themselves and Defendant should not be required to

11  draw conclusions therefrom or repeat the contents thereof, and on that basis is also

12  denied.  To the extent the allegations in this paragraph mischaracterize and/or attempt to

13  recharacterize events and/or transactions between and among persons or entities, it is

14  also denied.

15      149.    Paragraph 149 is denied.  Paragraph 149 contains allegations which are so

16  vague, ambiguous, compound and conclusory that Defendant lacks sufficient information

17  and belief thereon, and on that basis, generally and specifically denies each and all

18  allegations contained in this paragraph. To the extent the allegations invoke documents,

19  referenced documents speak for themselves and Defendant should not be required to

20  draw conclusions therefrom or repeat the contents thereof, and on that basis is also

21  denied.  To the extent the allegations in this paragraph mischaracterize and/or attempt to

22  recharacterize events and/or transactions between and among persons or entities, it is

23  also denied.  To the extent Paragraph 149 calls for a legal conclusion, it is also denied.

24      150.    Paragraph 150 is denied as to Defendant. Defendant lacks sufficient

25  knowledge to admit or deny each and every allegation of Paragraph 150 as to other

26  parties listed, and on that basis denies them

27

28

1    WHEREFORE Defendant respectfully request the Plaintiff not recover on any of

2  his claims for relief as prayed in the Complaint, and in answering Plaintiff's prayer for

3  relief and reservation of rights, Defendant denies each and every allegation contained

4  therein.

5  **AFFIRMATIVE DEFENSES OF DEFENDANT**

6    By alleging the affirmative defenses set forth below, Defendant intends no

7  alteration of the burden of proof and/or burden of going forward with evidence that

8  otherwise exists with respect to any particular issue at law or in equity. Furthermore, all

9  such defenses are pleaded in the alternative, and do not constitute an admission of

10 liability or that Plaintiff is entitled to any relief whatsoever.

11 **FIRST AFFIRMATIVE DEFENSE**

12   Plaintiff fails to adequately plead or state a claim for relief against Defendant in any

13 of the asserted causes of action and Complaint is unintelligible as to the relief requested

14 against Defendant.

15 **SECOND AFFIRMATIVE DEFENSE**

16   By Plaintiff's conduct and/or conduct of his predecessors-in-interest, Plaintiff

17 waived or relinquished the right to assert any claim or right against the Defendant or have

18 ratified conduct of Defendant.

19 **THIRD AFFIRMATIVE DEFENSE**

20   Plaintiff has failed to properly plead each and every element of his case, and/or

21 does not or cannot demonstrate necessary elements as is his burden to do.

22 **FOURTH AFFIRMATIVE DEFENSE**

23   The Complaint fails to meet the particularity standards for pleading fraud under

24 Fed. R. Civ. P. 9.

25

26

27                                            23
                                          ANSWER

28

1

### FIFTH AFFIRMATIVE DEFENSE

2    Plaintiff's damages are nonexistent, and if they do exist, stated damages are

3  excessive, unreasonable and oppressive.

4

### SIXTH AFFIRMATIVE DEFENSE

5    Plaintiff would be unjustly enriched by recovery against Defendant.

6

### SEVENTH AFFIRMATIVE DEFENSE

7    Plaintiff is barred by the equitable doctrine of unclean hands from taking any relief

8  prayed in the Complaint

9

### EIGHTH AFFIRMATIVE DEFENSE

10    Plaintiff has not suffered or sustained any damages as a consequence of any

11  alleged conduct by Defendant.

12

### NINTH AFFIRMATIVE DEFENSE

13    The Complaint, and each claim for relief therein, is barred by the doctrine of

14  estoppel.

15

### TENTH AFFIRMATIVE DEFENSE

16    Plaintiff is barred from any recovery because the alleged damages are

17  speculative.

18

### TWELFTH AFFIRMATIVE DEFENSE

19    Defendant is entitled to offset any claims of Plaintiff against claims asserted against

20  her.

21

### THIRTEENTH AFFIRMATIVE DEFENSE

22    Plaintiff's claims are barred by the equitable doctrine of laches and Plaintiff cannot

23  take any relief prayed in the Complaint, including based upon any unreasonable delay or

24  substantial prejudice to Defendant.  Plaintiff is also barred by any of its own

25  misrepresentations and/or those of a predecessor-in-interest.

26

27

28

24<br>ANSWER

## FOURTEENTH AFFIRMATIVE DEFENSE

On information and belief, the Complaint and each of its causes of action are barred in whole or in part due to the Defendant's ignorance of the relevant laws and/or facts

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendant lacks insufficient information or knowledge, or does not presently know all facts concerning, conduct of any defendant or the Plaintiff, sufficient to state all affirmative defenses and so there may as yet be unstated affirmative defenses available. Defendant reserves all rights including the rights to assert additional defenses following any discovery or otherwise, and the right to amend this Answer (including should it later discover additional facts, such as those demonstrating the existence of other affirmative defenses).

## RESERVATION OF RIGHTS

Defendant reserves all rights, at law and equity, in this action.

## PRAYER FOR RELIEF

Based on the foregoing, Defendant respectfully prays for an order;

1) Denying the relief prayed in the Complaint in its entirety;

2) That judgment be entered in Defendant's favor; and

3) For such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Dated: December 18, 2024                    LESLIE COHEN LAW, PC

By:  /s/   Leslie A. Cohen
Leslie A. Cohen
Attorneys for the Defendant

25
ANSWER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1615-A Montana Avenue, Santa Monica, CA 90403

A true and correct copy of the foregoing document entitled (*specify*): **ANSWER TO FIFTH AMENDED ADVERSARY COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  12/18/24  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Keith Barnett    keith.barnett@troutman.com, kelley.wade@troutman.com
Bradford Barnhardt    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com
Christopher Celentino    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
Jeremy Freedman    jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
Christopher Ghio    christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Veneeta Jaswal    veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
Sweeney Kelly    kelly@ksgklaw.com
Ira David Kharasch    ikharasch@pszjlaw.com
Meredith King    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
David S Kupetz    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
Daniel A Lev    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
Yosina M Lissebeck    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
Daniel S March    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
Kathleen P March    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
Richard A Marshack (TR)    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
Kenneth Misken    Kenneth.M.Misken@usdoj.gov
Victoria Newmark    vnewmark@pszjlaw.com, hdaniels@pszjlaw.com
Queenie K Ng    queenie.k.ng@usdoj.gov
Lisa Patel    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
Douglas A Plazak    dplazak@rhlaw.com
Daniel H Reiss    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
Jonathan Serrano    Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com
Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
Andrew Still    astill@swlaw.com, kcollins@swlaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
William J Wall    wwall@wall-law.com
Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com        ☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

On (*date*) ____12/18/2024____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Hon. Scott Clarkson**
**US Bankruptcy Court**
**411 West Fourth Street Suite 5130**
 **Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, SACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity <u>served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

____12/18/2024____ | ____Clare Hendricks____ | ____/s/ Clare Hendricks____
*Date* | *Printed Name* | *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**