CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
JEREMY B. FREEDMAN (308752)
Jeremy.Freedman@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0500
Fax: (619) 400-0501

**FILED & ENTERED**

**JAN 03 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

Special Counsel to Richard A. Marshack, Chapter 11 Trustee for the bankruptcy estate of the Litigation Practice Group P.C. and liquidating trustee of the LPG Liquidation Trust

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>THE LITIGATION PRACTICE GROUP, PC,<br>    Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11 |
| RICHARD A. MARSHACK,<br><br>            Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.,<br><br>            Defendants. | **ORDER ON STIPULATION REGARDING SERVICE OF FIFTH AMENDED COMPLAINT ON DEFENDANT EPPS AND DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>[No Hearing Required]<br><br>Judge:     Hon. Scott C. Clarkson<br>Place:     Courtroom 5C<br>           411 W. Fourth Street<br>           Santa Ana, CA  92701 |

///

///

///

///

///

1

Pursuant to the *Stipulation Regarding Service of Fifth Amended Complaint on Defendant EPPS and Deadline to File Responsive Pleading*, filed on January 2, 2025, as Docket No. 673 (the "Stipulation"), and good cause appearing:

1. The Stipulation is approved; and

2. Defendant EPPS shall have up to and including January 31, 2025, to file a responsive pleading.

IT IS SO ORDERED.

###

Date: January 3, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2