Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Steven J. Kahn (CA Bar No. 076933)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
         vnewmark@pszjlaw.com
         skahn@pszjlaw.com

Attorneys for Consumer Legal Group, P.C. and LGS HoldCo, LLC

**FILED & ENTERED**

**JAN 03 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle         **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, P.C., | Chapter 11 |
| | Adv. No. 8-23-ap-01046-SC |
| Debtor. | **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON AND BRIEFING SCHEDULE WITH RESPECT TO MOTION OF CONSUMER LEGAL GROUP P.C. FOR ORDER: (A) VACATING OR, IN THE ALTERNATIVE, MODIFYING AS TO CONSUMER LEGAL GROUP P.C. THAT CERTAIN ORDER ENTERED JUNE 23, 2023 ON TRUSTEE, RICHARD MARSHACK'S OMNIBUS MOTION GRANTING: 1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542; 2) PRELIMINARY INJUNCTION; 3) LOCK-OUT; 4) RE-DIRECTION OF UNITED STATES PARCEL SERVICES MAIL; 5) ORDER TO SHOW CAUSE; AND 6) OTHER RELIEF [DOCKET NO. 70]; (B) RELEASING FUNDS FROZEN AT OPTIMUM BANK TO CLG; AND (C) GRANTING RELATED RELIEF**<br><br>[No Hearing Required] |

RICHARD A. MARSHACK, solely in his capacity as chapter 11 trustee,

        Plaintiff,

vs.

TONY DIAB, et al.,

        Defendants.

The Court has read and considered the *Stipulation Continuing Hearing On and Modifying Briefing Schedule With Respect to Motion of Consumer Legal Group P.C. for Order (A) Vacating or, in the Alternative, Modifying as to Consumer Legal Group P.C. That Certain Order Entered June 23, 2023 on Trustee, Richard Marshack's Omnibus Motion Granting: 1) Turnover of Estate Property and Recorded Information Pursuant to 11 U.S.C. § 542; 2) Preliminary Injunction; 3) Lock-Out; 4) Re-Direction of United States Parcel Services Mail; 5) Order to Show Cause; and 6) Other Relief [Docket No. 70]; (B) Releasing Funds Frozen at Optimum Bank to CLG; and (C) Granting Related Relief* (the "Stipulation")[1], entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee of the bankruptcy estate of The Litigation Practice Group P.C., and Consumer Legal Group P.C. ("CLG"), filed on January 3, 2025, as Dk. No. 675, and has found good cause to approve the Stipulation.

**IT IS ORDERED:**

1. The Stipulation is approved in its entirety.

2. The hearing on the Motion is continued from January 15, 2025 at 1:30 p.m., to February 12, 2025 at 1:30 p.m.

3. The deadline for the Trustee to file and serve an opposition to the Motion is extended through and including January 22, 2025.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed thereto in the Stipulation.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4928-2685-6460.1 15344.001          2

4. The deadline for CLG to file and serve a reply to any opposition is extended through and including January 29, 2025.

# # #

Date: January 3, 2025

Scott C. Clarkson
United States Bankruptcy Judge

4928-2685-6460.1 15344.001                                3