10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 01/9/2025

_____
Signature of applicant

Hayley R. Winograd
Printed name of applicant

## CONSENT OF LOCAL COUNSEL

I consent to the foregoing designation.

Date: 01/9/2025

/s/ Victoria A. Newmark
Signature of Local Counsel

Victoria A. Newmark
Printed name of Local Counsel

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2024                                    Page 3                           F 2090-1.2.APP.NONRES.ATTY