1  CHRISTOPHER B. GHIO (259094)
   christopher.ghio@dinsmore.com
2  JEREMY B. FREEDMAN (308752)
   jeremy.freedman@dinsmore.com
3  DINSMORE & SHOHL LLP
   655 West Broadway, Suite 800
4  San Diego, California 92101
   Tele:  619.400.0500
5  Fax:   619.400.0501

6

7  Special Counsel to Richard A. Marshack former Chapter 11 Trustee for the Bankruptcy Estate of
   The Litigation Practice Group, PC and current Liquidating Trustee of the Liquidation Trust

8

9

10              **UNITED STATES BANKRUPTCY COURT**

11       **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

12

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Adv. Proc. No. 8:23-ap-01046-SC |
| Debtor. | Chapter 11 |
| RICHARD A. MARSHACK, | **PLAINTIFF, RICHARD A. MARSHACK'S NOTICE OF MOTION AND MOTION TO VOLUNTARILY DISMISS DEFENDANTS GUARDIAN PROCESSING LLC, TOUZI CAPITAL LLC, PECC CORP, TERACEL BLOCKCHAIN FUND II, LLC ENG TAING HENG TAING, OAKSTONE LAW GROUP, AND JIMMY CHHOR *WITHOUT* PREFUDICE IN ORDER TO SEVER TRUSTEE'S CLAIMS AS TO THESE DEFENDANTS** |
| Plaintiff, | |
| v. | |
| TONY DIAB, et al. | |
| Defendants. | |
| | Date:       March 5, 2025 |
| | Time:       11:00 a.m. |
| | Judge:      Hon. Scott C. Clarkson |
| | Place:      Courtroom 5C |
| |             411 West Fourth Street |
| |             Santa Ana, California  92701 |

1  **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

2  **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEFENDANTS, AND THEIR**

3  **RESPECTIVE COUNSEL OF RECORD, IF ANY:**

4        **NOTICE IS HEREBY GIVEN** that, on **March 5, 2025**, Richard A. Marshack, former

5  Chapter 11 Trustee for the Bankruptcy Estate of The Litigation Practice Group, PC ("LPG" or

6  "Debtor") and current Liquidating Trustee of the Liquidation Trust ("Trustee") for the bankruptcy

7  estate (the "Estate") of The Litigation Practice Group P.C. (the "Debtor") in the above-captioned

8  bankruptcy case (the "Bankruptcy Case") and Plaintiff in the above-captioned adversary proceeding

9  (the "Adversary Proceeding"), filed a Motion (the "Motion") for Entry of an Order Granting Trustee's

10  Voluntary Request for Dismissal *without* Prejudice as to Defendants Guardian Processing, LLC,

11  Touzi Capital, LLC, PECC Corp., Teracel Blockchain Fund II, LLC, Eng Taing, Heng Taing,

12  Oakstone Law Group, PC, and Jimmy Chhor in order to Permit Trustee to File a Separate Adversary

13  Proceeding as to these Defendants.

14        **NOTICE IS FURTHER GIVEN** that a hearing to consider the Motion will take place before

15  the Honorable Scott C. Clarkson in Courtroom 5C of the United States Bankruptcy Court, located at

16  411 West Fourth Street, Santa Ana, California 92701, on **March 5, 2025 at 11:00 a.m.**

17        **NOTICE IS FURTHER GIVEN** that written opposition to the Motion must be filed with

18  the Court no later than **February 19, 2025**.

19        **NOTICE IS FURTHER GIVEN** that any written reply must be filed with the Court no later

20  than **February 26, 2025**.

21        **NOTICE IS FURTHER GIVEN** that the Motion is based on (a) the Notice of Motion and

22  Motion, Memorandum of Points and Authorities, and Declaration of Jeremy B. Freedman, (b) the

23  pleadings on file in this Bankruptcy Case and related Bankruptcy Proceeding of which the Court is

24  requested to take judicial notice, and (c) such other pleadings and evidence as may be properly

25  submitted in connection with the Motion.

26  ///

27  ///

28

1      **NOTICE IS FURTHER GIVEN** that, pursuant to Local Bankruptcy Rule 9013-1(f),

2   any response or opposition to the Motion must be in writing and include a complete written

3   statement of all reasons in opposition thereto or in support or joinder thereof, declarations and

4   copies of all photographs and documentary evidence on which the responding party intends to rely

5   and any responding memorandum of points and authorities.

6      **NOTICE IS HEREBY GIVEN THAT**, unless otherwise ordered by the Court, and

7   pursuant to this Court's "Notice Re Video and Telephonic Appearance Procedures," video and

8   audio connection information for each hearing will be provided on Judge Clarkson's publicly posted

9   hearing   calendar,   which   may   be   viewed   online   at:   http://ecf-   [http://ecf-](http://ecf-)

10  [ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC](http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC).  Hearing  participants  may  view  and/or  listen  to

11  hearings before Judge Clarkson using ZoomGov free of charge. Individuals may appear by

12  ZoomGov video and audio using a personal computer (equipped with camera, microphone and

13  speaker), or a handheld mobile device (such as an iPhone). Individuals may participate by

14  ZoomGov audio only using a telephone (standard telephone charges may apply). Neither a Zoom

15  nor a ZoomGov account are necessary to participate, and no pre-registration is required. The audio

16  portion of each hearing will be recorded electronically by the Court and constitute its official record.

17  Members of the general public, however, may only view the hearings from the Courtroom, which

18  will remain open.

19     **NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 9013-**

20  **1(h), the failure to file and serve a timely response to the Motion may be deemed by the Court**

21  **to be consent to the granting of the relief requested in the Motion.**

22  Dated:  February 11, 2025                    Respectfully submitted,

23                                              DINSMORE & SHOHL LLP

24

25                                              By: */s/ Jeremy B. Freedman*
                                                    Christopher B. Ghio
26                                                  Jeremy B. Freedman
                                                    Special Counsel to Richard A. Marshack
27                                                  Chapter 11 Trustee for the Bankruptcy Estate of
28                                                  The Litigation Practice Group, PC


                                              3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DINSMORE & SHOHL LLP, 655 West Broadway, Suite 800, San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*):

**1. PLAINTIFF, RICHARD A. MARSHACK'S NOTICE OF MOTION AND MOTION TO VOLUNTARILY DISMISS DEFENDANTS GUARDIAN PROCESSING LLC, TOUZI CAPITAL LLC, PECC CORP, TERACEL BLOCKCHAIN FUND II, LLC ENG TAING HENG TAING, OAKSTONE LAW GROUP, AND JIMMY CHHOR *WITHOUT* PREJUDICE IN ORDER TO SEVER TRUSTEE'S CLAIMS AS TO THESE DEFENDANTS;**

**2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF RICHARD A. MARSHACK'S MOTION TO VOLUNTARILY DISMISS DEFENDANTS GUARDIAN PROCESSING LLC, TOUZI CAPITAL LLC, PECC CORP, TERACEL BLOCKCHAIN FUND II, LLC ENG TAING HENG TAING, OAKSTONE LAW GROUP, AND JIMMY CHHOR *WITHOUT PREJUDICE* IN ORDER TO SEVER TRUSTEE'S CLAIMS AS TO THESE DEFENDANTS**

**3. DECLARATION OF JEREMY B. FREEDMAN IN SUPPORT OF PLAINTIFF, RICHARD A. MARSHACK'S MOTION TO VOLUNTARILY DISMISS DEFENDANTS GUARDIAN PROCESSING LLC, TOUZI CAPITAL LLC, PECC CORP, TERACEL BLOCKCHAIN FUND II, LLC ENG TAING HENG TAING, OAKSTONE LAW GROUP, AND JIMMY CHHOR *WITHOUT PREJUDICE* IN ORDER TO SEVER TRUSTEE'S CLAIMS AS TO THESE DEFENDANTS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 11, 2025February 11, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On February 11, 2025,February 11, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **JUDGE'S COPY** | **Defendant Scott Eadie** |
|---|---|
| Honorable Scott C. Clarkson<br>United States Bankruptcy Court. Central District of California<br>Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street, Suite 5130 / Courtroom 5C<br>Santa Ana, CA 92701-4593 | Scott Eadie<br>5000 Birch Street, Suite 3000<br>Newport Beach, CA 92660-2140 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 18, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 11, 2025 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1.**    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:


Keith Barnett on behalf of Defendant Payliance, LLC
keith.barnett@troutman.com, kelley.wade@troutman.com

Bradford Barnhardt on behalf of Plaintiff Richard A. Marshack
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Trustee Richard A Marshack (TR)
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Leslie A Cohen on behalf of Defendant Rosa Bianca Loli
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Michael T Delaney on behalf of Defendant Fidelity National Information Services, Inc. dba FIS
mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Jeremy Freedman on behalf of Plaintiff Richard A. Marshack
jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com

Jeremy Freedman on behalf of Trustee Richard A Marshack (TR)
jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    Page 6                    **F 9013-3.1.PROOF.SERVICE**

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Veneeta Jaswal on behalf of Plaintiff Richard A. Marshack
veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc.
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc. dba FIS
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Worldpay Group
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Worldpay, LLC
kelly@ksgklaw.com

Ira David Kharasch on behalf of Defendant Consumer Legal Group, PC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant LGS Holdco, LLC
ikharasch@pszjlaw.com

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

David S Kupetz on behalf of Defendant Marich Bein, LLC
david.kupetz@troutman.com, mylene.ruiz@troutman.com

Matthew A Lesnick on behalf of Defendant OptimumBank Holdings, Inc.
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                         Page 7                          **F 9013-3.1.PROOF.SERVICE**

Daniel S March on behalf of Defendant Daniel S. March
marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Kathleen P March on behalf of Defendant Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Jayde Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Victoria Newmark on behalf of Defendant Consumer Legal Group, PC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant LGS Holdco, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Lisa Patel on behalf of Defendant OptimumBank Holdings, Inc.
lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
Jonathan@MarguliesFaithLaw.com,
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Zev Shechtman on behalf of Interested Party Morning Law Group, P.C.
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

William J Wall on behalf of Witness Bradford Lee
wwall@wall-law.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.