Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
         vnewmark@pszjlaw.com
         hwinograd@pszjlaw.com

Attorneys for Consumer Legal Group, P.C. and LGS HoldCo, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-23-ap-01046-SC<br><br>**THIRD STIPULATION TO CONTINUE HEARING ON AND BRIEFING SCHEDULE WITH RESPECT TO MOTION OF CONSUMER LEGAL GROUP P.C. FOR ORDER: (A) VACATING OR, IN THE ALTERNATIVE, MODIFYING AS TO CONSUMER LEGAL GROUP P.C. THAT CERTAIN ORDER ENTERED JUNE 23, 2023 ON TRUSTEE, RICHARD MARSHACK'S OMNIBUS MOTION GRANTING: 1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542; 2) PRELIMINARY INJUNCTION; 3) LOCK-OUT; 4) RE-DIRECTION OF UNITED STATES PARCEL SERVICES MAIL; 5) ORDER TO SHOW CAUSE; AND 6) OTHER RELIEF [DOCKET NO. 70]; (B) RELEASING FUNDS FROZEN AT OPTIMUM BANK TO CLG; AND (C) GRANTING RELATED RELIEF**<br><br>Current Hearing:<br>Date:   March 5, 2025<br>Time:  11:00 a.m.<br>Place:    5C - Via ZoomGov<br>         411 West Fourth Street<br>         Santa Ana, California |

|  | |
|---|---|
| | Judge:    Hon. Scott C. Clarkson |
| | <u>Requested Hearing</u>:<br>Date:    April 2, 2025<br>Time:    11:00 a.m.<br>Place:    5C - Via ZoomGov<br>                411 West Fourth Street<br>                Santa Ana, California<br>Judge:    Hon. Scott C. Clarkson |
| RICHARD A. MARSHACK, solely in his capacity as chapter 11 trustee, | |
| Plaintiff, | |
| vs. | |
| TONY DIAB, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendants Consumer Legal Group, P.C. ("<u>CLG</u>"), and Plaintiff and Chapter 11 Trustee Richard A. Marshack (the "<u>Trustee</u>" and, together with CLG, the "<u>Parties</u>"), hereby stipulate and agree (the "<u>Third Stipulation</u>"), through their respective counsel, as follows:

  A.    On May 25, 2023, the Trustee filed his *Adversary Complaint* initiating this action (the "<u>Action</u>"), Docket No. 1. Filed concurrently with Trustee's Adversary Complaint, the Trustee sought emergency omnibus relief seeking, among other things, a temporary restraining order for the turnover and preservation of operating information, client information, accounts, ACH processing accounts, bank accounts and client funds. Action, Docket Nos. 3-8.

  B.    On May 26, 2023, the Court issued the order on Trustee's Emergency Omnibus motion and set a status conference and preliminary injunction hearing for June 12, 2023. Action, Docket Nos. 13 and 21 amended to correct an address contained therein.

  C.    On June 23, 2023, the Court issued its Order granting a preliminary injunction for the relief effectuated in the TRO (the "<u>Turnover/PI Order</u>"). Action, Docket No. 70.

D. On December 23, 2024, CLG filed its *Notice of Motion and Motion of Consumer Legal Group P.C. for Order (A) Vacating or, in the Alternative, Modifying as to Consumer Legal Group P.C. That Certain Order Entered June 23, 2023 on Trustee, Richard Marshack's Omnibus Motion Granting: 1) Turnover of Estate Property and Recorded Information Pursuant to 11 U.S.C. § 542; 2) Preliminary Injunction; 3) Lock-Out; 4) Re-Direction of United States Parcel Services Mail; 5) Order to Show Cause; and 6) Other Relief [Docket No. 70]; (B) Releasing Funds Frozen at Optimum Bank to CLG; and (C) Granting Related Relief*, seeking an order vacating, or in the alternative, modifying the Turnover/PI Order as to CLG and certain related relief (the "Motion"), Action, Docket No. 667, which was set for hearing on January 15, 2025 at 1:30 p.m. Pacific time (the "Hearing").

E. On January 2, 2025, the Parties entered into a stipulation, [Action, Docket No. 675] (the "First Stipulation"), to continue the Hearing in order to discuss and potentially resolve issues raised by the Motion and whether related discovery should occur. The First Stipulation was approved by order entered on January 3, 2025, [Action, Docket No. 677], and the Hearing was continued to February 12, 2025 at 1:30 p.m. Pacific time.

F. On January 21, 2025, the Parties entered into a second stipulation, [Action, Docket No. 691] (the "Second Stipulation"), to further continue the Hearing in order to potentially resolve the Action as to CLG. The Second Stipulation was approved by order entered January 22, 2025, [Action, Docket No. 698], and the Hearing was continued to March 5, 2025 at 11:00 a.m. Pacific Time.

G. Due to the Parties' desire for additional time to potentially resolve the Action as to CLG, and therefore the Motion, the Parties have and hereby do agree to further continue the Hearing to the next available hearing date on the Court's calendar and to extend the related briefing schedule.

## STIPULATION

WHEREFORE, based on the above and the foregoing, the Parties stipulate and agree as follows:

1. The Hearing on the Motion shall be continued to **April 2, 2025 at 11:00 a.m. Pacific time**, or the first available date thereafter.

2. The deadline for the Trustee to file and serve an opposition to the Motion is extended to **March 19, 2025**, and the deadline for CLG to file and serve a reply to any opposition is extended to **March 26, 2025**.

**IT IS SO STIPULATED.**

Dated: February 18, 2025

**DINSMORE & SHOHL, LLP**

By /s/ [signature]
Christopher B. Ghio
M. Trent Spurlock
Suzanne M. Marino

Attorneys for Plaintiff,
Chapter 11 Trustee Richard Marshack

Dated: February 19, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By /s/ Victoria A. Newmark
Ira D. Kharasch
Victoria A. Newmark
Hayley R. Winograd

Attorneys for Consumer Legal Group P.C.

4930-9139-6892.1 15344.001

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*) **THIRD STIPULATION TO CONTINUE HEARING ON AND BRIEFING SCHEDULE WITH RESPECT TO MOTION OF CONSUMER LEGAL GROUP P.C. FOR ORDER: (A) VACATING OR, IN THE ALTERNATIVE, MODIFYING AS TO CONSUMER LEGAL GROUP P.C. THAT CERTAIN ORDER ENTERED JUNE 23, 2023 ON TRUSTEE, RICHARD MARSHACK'S OMNIBUS MOTION GRANTING: 1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542; 2) PRELIMINARY INJUNCTION; 3) LOCK-OUT; 4) RE-DIRECTION OF UNITED STATES PARCEL SERVICES MAIL; 5) ORDER TO SHOW CAUSE; AND 6) OTHER RELIEF [DOCKET NO. 70]; (B) RELEASING FUNDS FROZEN AT OPTIMUM BANK TO CLG; AND (C) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 19, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 19, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Honorable Scott Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

LA:4938-2577-1020.1 15344.001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Keith Barnett**  keith.barnett@troutman.com, kelley.wade@troutman.com
- **Bradford Barnhardt**  bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**  eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**  christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**  mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Alan W Forsley**  alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Jeremy Freedman**  jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
- **Christopher Ghio**  christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Veneeta Jaswal**  veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **Sweeney Kelly**  kelly@ksgklaw.com
- **Ira David Kharasch**  ikharasch@pszjlaw.com
- **Meredith King**  mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**  david.kupetz@troutman.com, mylene.ruiz@troutman.com
- **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**  Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **Daniel S March**  marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
- **Victoria Newmark**  vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Lisa Patel**  lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Daniel H Reiss**  dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Jonathan Serrano**  Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**  wwall@wall-law.com
- **Johnny White**  JWhite@wrslawyers.com, jlee@wrslawyers.com