Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224; Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Attorneys for Greyson Law Center, PC*
*Han Trinh & Jayde Trinh on this Objection*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor.<br>_____<br><br>Trustee Marshack<br><br>v.<br><br>Tony Diab et al. (includes Greyson Law Center PC is a defendant in adv proc.) | Bankruptcy Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv Proc. No. 8:23-ap-01046-SC<br><br>**ERRATUM THAT <u>RESPONSE</u> [DKT. 729 FILED 03/19/25] OF GREYSON, HAN, AND JAYDE, RESPONDING TO TRUSTEE'S MOTION [DKT. 722] TO APPROVE THE STIPULATION [DKT.719]  BETWEEN TRUSTEE AND TONY DIAB— <u>ERRONEOUSLY</u> STATES 10:00 A.M. AS THE HEARING TIME FOR TRUSTEE'S MOTION HEARING TIME OF 11:00 a.m.**<br><br><u>Hearing on Trustee's Motion is set for:</u><br>Date:  4/2/25<br>Time: 11:00 am<br>Place:  By zoom.gov, or in person at Ctrm 5C of Bankruptcy Judge Scott Clarkson, 411 West Fourth Street, Santa Ana, CA 92701-4593<br>NOTE:  Zoom.gov accessibility information will be provided by the Court in its tentative ruling posted online prior to 1/14/25 hearing |

**ERRATUM THAT RESPONSE [DKT. 729 FILED 03/19/25] OF GREYSON, HAN, AND JAYDE, RESPONDING TO TRUSTEE'S MOTION [DKT. 722] TO APPROVE THE STIPULATION [DKT.719] BETWEEN TRUSTEE AND TONY DIAB—ERRONEOUSLY STATES 10:00 A.M. AS THE HEARING TIME FOR TRUSTEE'S MOTION HEARING TIME OF 11:00 a.m. 1**

Erratum that Response [dkt. 729 filed 03/19/25] of Greyson, Han, and Jayde, responding to Trustee's Motion [dkt. 722] to approve the Stipulation [dkt.719] between Trustee and Tony Diab—erroneously states 10:00 a.m. as the hearing time for Trustee's Motion hearing time of 11:00 a.m.

Dated: March, 19, 2025

THE BANKRUPTCY LAW FIRM, PC
____/s/ Kathleen P. March_____
By Kathleen P. March, Esq.
Counsel to Greyson/Han/Jayde on this Response

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*):

**ERRATUM THAT RESPONSE [DKT. 729 FILED 03/19/25] OF GREYSON, HAN, AND JAYDE, RESPONDING TO TRUSTEE'S MOTION [DKT. 722] TO APPROVE THE STIPULATION [DKT.719] BETWEEN TRUSTEE AND TONY DIAB—ERRONEOUSLY STATES 10:00 A.M. AS THE HEARING TIME FOR TRUSTEE'S MOTION HEARING TIME OF 11:00 a.m.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 03/19/25, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Barnett**    keith.barnett@troutman.com, kelley.wade@troutman.com

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On 03/19/25, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Litigation Practice Group PC
17542 E 17th St, Suite 100
Tustin, CA 92780

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 03/19/25, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY
Honorable Scott C. Clarkson
United States Bankruptcy Court. Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/19/25 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>

- **Bradford Barnhardt**   bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Jeremy Freedman**   jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Veneeta Jaswal**   veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Ira David Kharasch**   ikharasch@pszjlaw.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**   david.kupetz@troutman.com, mylene.ruiz@troutman.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **Daniel S March**   marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Victoria Newmark**   vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Jonathan Serrano**   Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**   wwall@wall-law.com
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**