United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

Adv. Proc. No. 23-01046-SC

Diab,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 4
Date Rcvd: Mar 19, 2025      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Law Offices of Ronald Richards, Ronald Richards, Esq, PO Box 11480, Beverly Hills, CA 90213-4480 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Authorize Net |
| dft | | B.A.T. Inc. |
| dft | | BAT Inc. dba Coast Processing |
| dft | | BankUnited, N.A. |
| wit | | Bradford Lee |
| dft | | Consumer Legal Group, PC |
| intp | | Courtesy NEF |
| dft | | Daniel S. March |
| cr | | Debt Validation Fund II, LLC |
| dft | | Dongliang Jiang |
| dft | | Dwolla, Inc. |
| dft | | EPPS |
| dft | | Eng Taing |
| dft | | Eng Tang |
| dft | | Equipay |
| dft | | Fidelity National Information Services, Inc. |
| dft | | Fidelity National Information Services, Inc. dba F |
| dft | | Gallant Law Group |
| dft | | Greyson Law Center PC |
| dft | | Guardian |
| dft | | Guardian Processing, LLC |
| dft | | Han Trinh |
| dft | | Heng Taing |
| dft | | Jake Akers |
| dft | | Jayde Trinh |
| dft | | Jimmy Chhor |
| dft | | LGS Holdco, LLC |
| dft | | Lisa Cohen |
| cr | | MC DVI Fund 1, LLC |
| cr | | MC DVI Fund 2, LLC |
| dft | | Maria Eeya Tan |
| dft | | Marich Bein, LLC |
| dft | | Maverick Management Group, LLC |
| dft | | Maverick Management, LLC |

Case 8:23-ap-01046-SC    Doc 737    Filed 03/21/25    Entered 03/21/25 21:21:07    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-8 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: pdf031 | Total Noticed: 1 |

| | | |
|---|---|---|
| dft | Max Chou | |
| dft | Merit Fund, LLC | |
| intp | Morning Law Group, P.C. | |
| dft | Oakstone Law Group PC | |
| dft | OptimumBank Holdings, Inc. | |
| dft | Optimumbank Holdings, Inc. | |
| dft | Payliance, LLC | |
| dft | Phoenix Law Group, Inc. | |
| dft | Phoenix Law, PC | |
| dft | Prime Logix, LLC | |
| dft | Revolv3, Inc. | |
| pla | Richard A. Marshack | |
| dft | Rosa Bianca Loli | |
| dft | Scott James Eadie | |
| dft | Seamless Chex Inc. | |
| dft | Stripe, Inc. | |
| dft | Teracel Blockchain Fund II LLC | |
| dft | The United States Postal Service | |
| dft | Tony Diab | |
| dft | Touzi Capital, LLC | |
| dft | Vulcan Consulting Group LLC | |
| dft | Wes Thomas | |
| dft | William Taylor Carss | |
| dft | World Global | |
| dft | Worldpay Group | |
| dft | Worldpay, Inc. | |
| dft | Worldpay, LLC | |

TOTAL: 61 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

**Name**             **Email Address**

Alan W Forsley
    on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com
    awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Bradford Barnhardt
    on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com
    bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com
    bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 4 |
| Date Rcvd: Mar 19, 2025 | Form ID: pdf031 | Total Noticed: 1 |

Christopher Celentino
    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
    on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel S March
    on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

David S Kupetz
    on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

Eric D Goldberg
    on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Howard Steinberg
    on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Ira David Kharasch
    on behalf of Defendant LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant Consumer Legal Group PC ikharasch@pszjlaw.com

Jeremy Freedman
    on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com bonnie.connolly@dinsmore.com

Jeremy Freedman
    on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com bonnie.connolly@dinsmore.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Kathleen P March
    on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith Barnett
    on behalf of Defendant Payliance LLC keith.barnett@troutman.com, kelley.wade@troutman.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Leslie A Cohen
    on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lisa Patel
    on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com,
jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Matthew A Lesnick
    on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com,

matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Meredith King

on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King

on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael T Delaney

on behalf of Defendant Fidelity National Information Services  Inc. dba FIS mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

Queenie K Ng

on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Richard A Marshack (TR)

pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard H Golubow

on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Sweeney Kelly

on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com

Sweeney Kelly

on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Sweeney Kelly

on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly

on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

Veneeta Jaswal

on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com

Victoria Newmark

on behalf of Defendant LGS Holdco  LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Defendant Consumer Legal Group  PC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

William J Wall

on behalf of Witness Bradford Lee wwall@wall-law.com

Yosina M Lissebeck

on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Zev Shechtman

on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 50

Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
          vnewmark@pszjlaw.com
          hwinograd@pszjlaw.com

Attorneys for Consumer Legal Group, P.C. and LGS HoldCo, LLC

**FILED & ENTERED**

**MAR 19 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re

THE LITIGATION PRACTICE GROUP, P.C.,

  Debtor.

RICHARD A. MARSHACK, solely in his capacity as chapter 11 trustee,

  Plaintiff,

  vs.

TONY DIAB, *et al.*,

  Defendants.

Case No. 8:23-bk-10571-SC

Chapter 11

Adv. No. 8-23-ap-01046-SC

**ORDER APPROVING STIPULATION TO CONTINUE BRIEFING SCHEDULE WITH RESPECT TO MOTION FOR ORDER APPROVING STIPULATION BETWEEN TRUSTEE OF THE LPG LIQUIDATION TRUST AND TONY DIAB**

Hearing:
Date:   April 2, 2025
Time:   11:00 a.m.
Place:     5C - Via ZoomGov
           411 West Fourth Street
           Santa Ana, California
Judge:    Hon. Scott C. Clarkson

The Court has read and considered the *Stipulation to Continue Briefing Schedule With Respect to Motion for Order Approving Stipulation Between Trustee of the LPG Liquidation Trust and Tony Diab* (the "Stipulation")[1], [Action, Docket No. 725], entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee (the "Trustee") of the bankruptcy estate of The Litigation Practice Group P.C., and Consumer Legal Group P.C. ("CLG"), and has found good cause to approve the Stipulation.

**IT IS ORDERED:**

1. The Stipulation is approved in its entirety.

2. The deadline for CLG to file and serve an opposition to the Motion is extended through and including March 25, 2025.

3. The deadline for the Trustee to file and serve a reply to any opposition that CLG may file is extended through and including March 31, 2025, by 3:00 p.m.

# # #

Date: March 19, 2025

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed thereto in the Stipulation.

4915-1073-2843.2 15344.001         2