Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
        vnewmark@pszjlaw.com
        hwinograd@pszjlaw.com

Attorneys for Consumer Legal Group, P.C. and LGS HoldCo, LLC

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-23-ap-01046-SC<br><br>**STIPULATION OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION OF CONSUMER LEGAL GROUP P.C. (CLG) FOR ORDER: (A) VACATING OR, IN THE ALTERNATIVE, MODIFYING AS TO CONSUMER LEGAL GROUP P.C. THAT CERTAIN ORDER ENTERED JUNE 23, 2023 ON TRUSTEE, RICHARD MARSHACK'S OMNIBUS MOTION GRANTING: 1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542; 2) PRELIMINARY INJUNCTION; 3) LOCK-OUT; 4) RE-DIRECTION OF UNITED STATES PARCEL SERVICES MAIL; 5) ORDER TO SHOW CAUSE; AND 6) OTHER RELIEF [DOCKET NO. 70];<br>(B) RELEASING FUNDS FROZEN AT OPTIMUM BANK TO CLG; AND<br>(C) GRANTING RELATED RELIEF**<br><br>[DOCKET NO. 667] |

|  | Hearing: |
|---|---|
|  | Date: April 2, 2025 |
|  | Time: 11:00 a.m. |
|  | Place: 5C - Via ZoomGov |
|  | 411 West Fourth Street |
|  | Santa Ana, California |
|  | Judge: Hon. Scott C. Clarkson |

RICHARD A. MARSHACK, solely in his capacity as chapter 11 trustee,

Plaintiff,

vs.

TONY DIAB, et al.,

Defendants.

**PLEASE TAKE NOTICE** that Defendant Consumer Legal Group, P.C. ("CLG") and Plaintiff and Chapter 11 Trustee Richard A. Marshack (the "Trustee" and, together with CLG, the "Parties"), hereby stipulate and agree, through their respective counsel, as follows:

A. On December 23, 2024, CLG filed its *Notice of Motion and Motion of Consumer Legal Group P.C. for Order (a) Vacating or, in the Alternative, Modifying as to Consumer Legal Group P.C. that Certain Order Entered June 23, 2023 on Trustee, Richard Marshack's Omnibus Motion Granting: 1) Turnover of Estate Property and Recorded Information Pursuant to 11 U.S.C. § 542; 2) Preliminary Injunction; 3) Lock-Out; 4) Re-Direction of United States Parcel Services Mail; and 6) Other Relief [Docket No. 70]; (a) Releasing Funds Frozen at Optimum Bank to CLG; and (c) Granting Related Relief* [Docket No. 667] (the "Motion to Vacate"). The Trustee's deadline to file its response to the Motion to Vacate currently is March 24, 2025, and the deadline for CLG to file its reply in support of the Motion to Vacate currently is March 28, 2025. The Motion to Vacate is scheduled to be heard on April 2, 2025.

B. To avoid having to respond to the Motion to Vacate while the parties are discussing settlement, and to enable the parties to focus on their settlement discussions and to potentially facilitate a settlement to resolve the action, (i) the Trustee has requested that CLG withdraw

1 without prejudice the Motion to Vacate, which CLG has agreed to do, and (ii) the Trustee has further agreed to extend CLG's deadline to file its opposition to the Trustee's *Motion for Order Approving Stipulation Between Trustee of The LPG Liquidation Trust and Tony Diab* (the "Diab Motion") [Docket No. 722] from March 25, 2025 to March 27, 2025, while keeping the Trustee's deadline to file and serve its reply on the Diab Motion the same (by 3:00 p.m. on March 31, 2025). The Diab Motion is scheduled to be heard on April 2, 2025.

C. In the event the Parties are unable to reach a settlement, CLG intends to promptly re-file its Motion to Vacate, and the Trustee will not object to CLG re-filing the Motion to Vacate.

## STIPULATION

WHEREFORE, based on the above and the foregoing, the Parties stipulate and agree as follows:

1. CLG hereby agrees to withdraw its Motion to Vacate without prejudice.

2. CLG shall be permitted to re-file its Motion to Vacate in the event the Parties are unable to reach a settlement.

3. The Trustee will not object to CLG re-filing its Motion to Vacate in the event the Parties are unable to reach a settlement.

**IT IS SO STIPULATED.**

Dated: March 24, 2025

**DINSMORE & SHOHL, LLP**

By /s/ M. Trent Spurlock
M. Trent Spurlock (admitted *pro hac vice*)

Attorneys for Plaintiff,
Chapter 11 Trustee Richard Marshack

Dated: March 24, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By  */s/ Ira D. Kharasch*
Ira D. Kharasch
Victoria A. Newmark
Hayley R. Winograd

Attorneys for Consumer Legal Group P.C.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*) STIPULATION OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION OF CONSUMER LEGAL GROUP P.C. (CLG) FOR ORDER: (A) VACATING OR, IN THE ALTERNATIVE, MODIFYING AS TO CONSUMER LEGAL GROUP P.C. THAT CERTAIN ORDER ENTERED JUNE 23, 2023 ON TRUSTEE, RICHARD MARSHACK'S OMNIBUS MOTION GRANTING: 1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542; 2) PRELIMINARY INJUNCTION; 3) LOCK-OUT; 4) REDIRECTION OF UNITED STATES PARCEL SERVICES MAIL; 5) ORDER TO SHOW CAUSE; AND 6) OTHER RELIEF [DOCKET NO. 70]; (B) RELEASING FUNDS FROZEN AT OPTIMUM BANK TO CLG; AND (C) GRANTING RELATED RELIEF  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 24, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 24, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Honorable Scott Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 24, 2025 | Rolanda Mori | */s/ Rolanda Mori* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

LA:4928-4351-7742.1 15344.001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Keith Barnett**  keith.barnett@troutman.com, kelley.wade@troutman.com
- **Bradford Barnhardt**  bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**  eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**  christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael T Delaney**  mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Alan W Forsley**  alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Jeremy Freedman**  jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
- **Christopher Ghio**  christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Veneeta Jaswal**  veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **Sweeney Kelly**  kelly@ksgklaw.com
- **Ira David Kharasch**  ikharasch@pszjlaw.com
- **Meredith King**  mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**  david.kupetz@troutman.com, mylene.ruiz@troutman.com
- **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**  Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **Daniel S March**  marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
- **Victoria Newmark**  vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Lisa Patel**  lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Daniel H Reiss**  dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Jonathan Serrano**  Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**  wwall@wall-law.com
- **Johnny White**  JWhite@wrslawyers.com, jlee@wrslawyers.com

LA:4928-4351-7742.1 15344.001