Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
        vnewmark@pszjlaw.com
        hwinograd@pszjlaw.com

Attorneys for Consumer Legal Group, P.C. and LGS HoldCo, LLC

**FILED & ENTERED**

**MAR 25 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>        Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-23-ap-01046-SC<br><br>**ORDER APPROVING SECOND STIPULATION TO CONTINUE BRIEFING SCHEDULE WITH RESPECT TO MOTION FOR ORDER APPROVING STIPULATION BETWEEN TRUSTEE OF THE LPG LIQUIDATION TRUST AND TONY DIAB**<br><br>Hearing:<br>Date:    April 2, 2025<br>Time:    11:00 a.m.<br>Place:    5C -Via ZoomGov<br>           411 West Fourth Street<br>           Santa Ana, California<br>Judge:   Hon. Scott C. Clarkson |
| RICHARD A. MARSHACK, solely in his capacity as chapter 11 trustee,<br><br>        Plaintiff,<br><br>        vs.<br><br>TONY DIAB, *et al*.,<br><br>        Defendants. | |

The Court has read and considered the *Second Stipulation to Continue Briefing Schedule With Respect to Motion for Order Approving Stipulation Between Trustee of the LPG Liquidation Trust and Tony Diab* (the "Second Stipulation")[1], [Docket No. 741], entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee (the "Trustee") of the bankruptcy estate of The Litigation Practice Group P.C., and Consumer Legal Group P.C. ("CLG") and LGS Holdco, LLC ("LGS," and together with CLG, "Defendants"), and has found good cause to approve the Second Stipulation.

**IT IS ORDERED:**

1. The Second Stipulation is approved in its entirety.

2. The deadline for Defendants to file and serve an opposition to the Motion is extended through and including March 27, 2025.

3. The deadline for the Trustee to file and serve a reply to any opposition that Defendants may file remains the same, and shall be due March 31, 2025 by 3:00 pm.

# # #

Date: March 25, 2025

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed thereto in the Second Stipulation.