Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:ikharasch@pszjlaw.com
         vnewmark@pszjlaw.com
         hwinograd@pszjlaw.com

Attorneys for Consumer Legal Group, P.C. and LGS HoldCo, LLC

**FILED & ENTERED**

**MAR 25 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>          Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-23-ap-01046-SC<br><br>**ORDER APPROVING STIPULATION OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION OF CONSUMER LEGAL GROUP P.C. (CLG) FOR ORDER: (A) VACATING OR, IN THE ALTERNATIVE, MODIFYING AS TO CONSUMER LEGAL GROUP P.C. THAT CERTAIN ORDER ENTERED JUNE 23, 2023 ON TRUSTEE, RICHARD MARSHACK'S OMNIBUS MOTION GRANTING: 1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542; 2) PRELIMINARY INJUNCTION; 3) LOCK-OUT; 4) RE-DIRECTION OF UNITED STATES PARCEL SERVICES MAIL; 5) ORDER TO SHOW CAUSE; AND 6) OTHER RELIEF [DOCKET NO. 70];**<br>**(B) RELEASING FUNDS FROZEN AT OPTIMUM BANK TO CLG; AND**<br>**(C) GRANTING RELATED RELIEF**<br><br>**[DOCKET NO. 667]** |

|  |  |
|---|---|
|  | Hearing:<br>Date:   April 2, 2025<br>Time:   11:00 a.m.<br>Place:   5C -Via ZoomGov<br>        411 West Fourth Street<br>        Santa Ana, California<br>Judge:  Hon. Scott C. Clarkson |

RICHARD A. MARSHACK, solely in his capacity as chapter 11 trustee,

        Plaintiff,

        vs.

TONY DIAB, *et al.*,

        Defendants.

The Court has read and considered the *Stipulation of Withdrawal Without Prejudice of Motion of Consumer Legal Group P.C. (CLG) For Order (a) Vacating or, in the Alternative, Modifying as to Consumer to Continue Briefing Schedule With Respect to Motion for Order Approving Stipulation Between Trustee of the LPG Liquidation Trust and Tony Diab* (the "Stipulation")[1], [Docket No. 742], entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee (the "Trustee") of the bankruptcy estate of The Litigation Practice Group P.C., and Consumer Legal Group P.C. ("CLG," and together with the Trustee, the "Parties"), and has found good cause to approve the Stipulation.

**IT IS ORDERED:**

1. The Stipulation is approved in its entirety.
2. The Motion to Vacate is hereby withdrawn without prejudice.
3. CLG shall be permitted to re-file its Motion to Vacate in the event the Parties are unable to reach a settlement.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed thereto in the Second Stipulation.

2

4. The Trustee shall not object to CLG re-filing its Motion to Vacate in the event the Parties are unable to reach a settlement.

### # # #

Date: March 25, 2025

Scott C. Clarkson
United States Bankruptcy Judge