

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER  11

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Kathleen P. March, Esq.    Attorney Bar# 80366
Law Firm: The Bankruptcy Law Firm, PC
Mailing Address: 10524 W. Pico Blvd., Suite 212, Los Angeles, CA 90064

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): Kathleen P. March, Esq.
Telephone: (310) 559-9224    E-mail: kmarch@bkylawfirm.com
Bankruptcy Case #: 8:23-bk-10571-SC    Adversary Proceeding #/MP #: 8:23-ap-01046-SC
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 04/02/25    Time: 11:00 a.m.
Debtor: The Litigation Practice Group, PC
Adversary Proceeding Name: Richard A. Marshack    vs. Tony Diab, et al.
Hearing Judge: S. Clarkson    Courtroom #: SA 5C
**TRANSCRIBER:** Briggs Reporting    **ALTERNATE:** Echo Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)  ☐ 3 Days   ☒ Entire Hearing
☐ 14 Days  ☐ Next Day (24 hours)  ☐ Ruling/Opinion of Judge only
☒ 7 Days    ☐ Testimony of Witness _____
   ☐ Other* _____ (name of witness)

*Special Instructions: Hearing in adv proc 23-ap-01046-SC, on Trustee Marshack's Motion for Order Approving Stipulation Between Trustee Marshack and Tony Diab (item 10 on 11am calendar)

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____  Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:___)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____  Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*