United States Bankruptcy Court

Central District of California

Marshack,

    Plaintiff

Diab,

    Defendant

Adv. Proc. No. 23-01046-SC

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 06, 2025 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Law Offices of Ronald Richards, Ronald Richards, Esq, PO Box 11480, Beverly Hills, CA 90213-4480 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Authorize Net |
| dft | | B.A.T. Inc. |
| dft | | BAT Inc. dba Coast Processing |
| dft | | BankUnited, N.A. |
| wit | | Bradford Lee |
| dft | | Consumer Legal Group, PC |
| intp | | Courtesy NEF |
| dft | | Daniel S. March |
| cr | | Debt Validation Fund II, LLC |
| dft | | Dongliang Jiang |
| dft | | Dwolla, Inc. |
| dft | | EPPS |
| dft | | Eng Taing |
| dft | | Eng Tang |
| dft | | Equipay |
| dft | | Fidelity National Information Services, Inc. |
| dft | | Fidelity National Information Services, Inc. dba F |
| dft | | Gallant Law Group |
| dft | | Greyson Law Center PC |
| dft | | Guardian |
| dft | | Guardian Processing, LLC |
| dft | | Han Trinh |
| dft | | Heng Taing |
| dft | | Jake Akers |
| dft | | Jayde Trinh |
| dft | | Jimmy Chhor |
| dft | | LGS Holdco, LLC |
| dft | | Lisa Cohen |
| cr | | MC DVI Fund 1, LLC |
| cr | | MC DVI Fund 2, LLC |
| dft | | Maria Eeya Tan |
| dft | | Marich Bein, LLC |
| dft | | Maverick Management Group, LLC |
| dft | | Maverick Management, LLC |

| District/off: 0973-8 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 06, 2025 | Form ID: pdf031 | Total Noticed: 1 |

| | |
|---|---|
| dft | Max Chou |
| dft | Merit Fund, LLC |
| intp | Morning Law Group, P.C. |
| dft | Oakstone Law Group PC |
| dft | OptimumBank Holdings, Inc. |
| dft | Optimumbank Holdings, Inc. |
| dft | Payliance, LLC |
| dft | Phoenix Law Group, Inc. |
| dft | Phoenix Law, PC |
| dft | Prime Logix, LLC |
| dft | Revolv3, Inc. |
| pla | Richard A. Marshack |
| dft | Rosa Bianca Loli |
| dft | Scott James Eadie |
| dft | Seamless Chex Inc. |
| dft | Stripe, Inc. |
| dft | Teracel Blockchain Fund II LLC |
| dft | The United States Postal Service |
| dft | Tony Diab |
| dft | Touzi Capital, LLC |
| dft | Vulcan Consulting Group LLC |
| dft | Wes Thomas |
| dft | William Taylor Carss |
| dft | World Global |
| dft | Worldpay Group |
| dft | Worldpay, Inc. |
| dft | Worldpay, LLC |

TOTAL: 61 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan W Forsley | |
| | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com<br>awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Andrew Still | |
| | on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com |
| Bradford Barnhardt | |
| | on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com<br>bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | |
| | on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com<br>bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Christopher Celentino | |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 4 |
| Date Rcvd: May 06, 2025 | Form ID: pdf031 | Total Noticed: 1 |

on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino

on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Ghio

on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com

Christopher Ghio

on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com

Daniel A Lev

on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss

on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss

on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel S March

on behalf of Defendant Daniel S. March marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

David S Kupetz

on behalf of Defendant Marich Bein  LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com

Eric Bensamochan

on behalf of Interested Party Courtesy NEF eric@eblawfirm.us  G63723@notify.cincompass.com

Eric D Goldberg

on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Howard Steinberg

on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com,
pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Ira David Kharasch

on behalf of Defendant LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Consumer Legal Group  PC ikharasch@pszjlaw.com

Jamie P Dreher

on behalf of Defendant EPPS jdreher@downeybrand.com  amasson@downeybrand.com;courtfilings@downeybrand.com

Jeremy Freedman

on behalf of Plaintiff Richard A. Marshack jeremy.freedman@nelsonmullins.com  bonnie.connolly@dinsmore.com

Jeremy Freedman

on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@nelsonmullins.com  bonnie.connolly@dinsmore.com

Johnny White

on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com

Jonathan Serrano

on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Kathleen P March

on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

on behalf of Defendant Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith Barnett

on behalf of Defendant Payliance  LLC keith.barnett@troutman.com, kelley.wade@troutman.com

Kenneth Misken

on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Leslie A Cohen

on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen

on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Lisa Patel

on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

District/off: 0973-8                              User: admin                                   Page 4 of 4
Date Rcvd: May 06, 2025                           Form ID: pdf031                               Total Noticed: 1

Matthew A Lesnick
                          on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
                          matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Meredith King
                          on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King
                          on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael T Delaney
                          on behalf of Defendant Fidelity National Information Services  Inc. dba FIS mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

Queenie K Ng
                          on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Richard A Marshack (TR)
                          pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard H Golubow
                          on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
                          jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
                          on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
                          jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
                          on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
                          jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Sweeney Kelly
                          on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com

Sweeney Kelly
                          on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Sweeney Kelly
                          on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
                          on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

United States Trustee (SA)
                          ustpregion16.sa.ecf@usdoj.gov

Veneeta Jaswal
                          on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com

Victoria Newmark
                          on behalf of Defendant LGS Holdco  LLC vnewmark@pszjlaw.com,
                          hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                          on behalf of Defendant Consumer Legal Group  PC vnewmark@pszjlaw.com,
                          hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

William J Wall
                          on behalf of Witness Bradford Lee wwall@wall-law.com

Yosina M Lissebeck
                          on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
                          caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Zev Shechtman
                          on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com,
                          zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com


TOTAL: 51

1    CHRISTOPHER CELENTINO (131688)
     Christopher.Celentino@dinsmore.com
2    CHRISTOPHER B. GHIO (259094)
     Christopher.Ghio@dinsmore.com
3    YOSINA M. LISSEBECK (201654)
     Yosina.Lissebeck@dinsmore.com
4    **DINSMORE & SHOHL LLP**
5    655 West Broadway, Ste 800
     San Diego, California 92101
6    Tele: (619) 400-0500
7    Fax:  (619) 400-0501

8    Attorneys for Richard A. Marshack, Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**MAY 06 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

9             **UNITED STATES BANKRUPTCY COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| 11    In re: | Case No.: 8:23-bk-10571-SC |
| 12    THE LITIGATION PRACTICE GROUP P.C. | Adv. Proc. No.: 8:23-ap-01046-SC |
| 13             Debtor. | Chapter 11 |
| 14 | |
| 15    RICHARD A. MARSHACK, <br> Chapter 11 Trustee | **ORDER ON STIPULATION WITH DEFENDANTS CONSUMER LEGAL GROUP, P.C., LGS HOLDCO, LLC, GREYSON LAW CENTER PC, HAN TRINH, AND PHUONG JAYDE TRINH TO CONTINUE HEARING ON MOTION FOR ORDER APPROVING THE STIPULATION BETWEEN TRUSTEE OF THE LPG LIQUIDATION TRUST AND TONY DIAB** |
| 16             Plaintiff, | |
| 17    v. | |
| 18    TONY DIAB, an individual; DANIEL S. | |
| 19    MARCH, an individual; ROSA BIANCA LOLI, an individual; ENG TAING, an individual; | |
| 20    HENG TAING, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an | Judge: Hon. Scott C. Clarkson |
| 21    individual; JIMMY CHHOR, an individual; | |
| 22    DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW | |
| 23    GROUP PC; GREYSON LAW CENTER PC; MAVERICK MANAGEMENT GROUP, LLC; | |
| 24    LGS HOLDCO, LLC; CONSUMER LEGAL | |
| 25    GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST | |
| 26    PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; | |
| 27    EPPS; EQUIPAY; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a | |
| 28    OPTIMUM BANK; REVOLV3, INC.; MERIT | |

1  FUND, LLC; GUARDIAN PROCESSING, LLC;
   PAYLIANCE, LLC; TOUZI CAPITAL,
2  LLC; SEAMLESS CHEX INC; DWOLLA,
   INC.; and DOES 1 through 100, inclusive,
3              Defendants.

4

5

6

7

8          Pursuant to the *Stipulation with Defendants Consumer Legal Group, P.C., LGS Holdco, LLC,*

9  *Greyson Law Center PC, Han Trinh, and Phuong Jayde Trinh to Continue the Hearing on Motion*

10 *for Order Approving the Stipulation Between Trustee of the LPG Liquidation Trust and Tony Diab*

11 filed on May 6, 2025, as Docket No. 767 (the "Stipulation"), and good cause appearing:

12     1.  The Stipulation is approved and the hearing on the *Motion for Order Approving the Stipulation*

13         *Between Trustee of the LPG Liquidation Trust and Tony Diab* set for May 7, 2025, is

14         continued to May 21, 2025, at 11:00 a.m.

15     2.  Seven (7) days prior to the continued hearing the Parties shall file a Joint Status Report or an

16         agreed upon form of Order on the Stipulation.

17 **IT IS SO ORDERED.**

18                                             ###

19

20

21

22

23

24    Date: May 6, 2025                    Scott C. Clarkson
                                           United States Bankruptcy Judge
25

26

27

28