Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: ikharasch@pszjlaw.com
           vnewmark@pszjlaw.com
           hwinograd@pszjlaw.com

Attorneys for Consumer Legal Group, P.C. and LGS HoldCo, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>    Debtor.<br><br>RICHARD A. MARSHACK, solely in his capacity as chapter 11 trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>TONY DIAB, et al.,<br><br>    Defendants. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-23-ap-01046-SC<br><br>**JOINT STATUS REPORT IN CONNECTION WITH MOTION FOR ORDER APPROVING THE STIPULATION BETWEEN TRUSTEE OF THE LPG LIQUIDATION TRUST AND TONY DIAB** |

Pursuant to *Order on Stipulation with Defendants Consumer Legal Group, P.C., LGS Holdco, LLC, Greyson Law Center PC, Han Trinh, and Phoung Jayde Trinh to Continue Hearing on Motion for Order Approving the Stipulation between Trustee of the LPG Liquidation Trust and Tony Diab* [Docket No. 768] (the "Order"), the Defendants Consumer Legal Group, P.C.

4902-8383-7251.2 15344.001

("CLG"), LGS Holdco, LLC ("LGS"), Greyson Law Center PC ("Greyson"), Han Trinh ("Han"), Phuong Jayde Trinh ("Jayde"), and Plaintiff and Trustee of the LPG Liquidating Trust Richard A. Marshack (the "Trustee" and, together with CLG, LGS, Greyson, Han, and Jayde, the "Parties"), hereby submit this Joint Status Report.

The hearing on the *Motion for an Order Approving Stipulation between Trustee of the LPG Liquidation Trust and Tony Diab,* [Docket 761] (the "Motion"), pursuant to which the Trustee seeks to enter into a stipulation with Tony Diab (the "Stipulation"), is scheduled to take place on May 21, 2025 (the "Hearing").

The Parties are attempting to resolve the Motion by agreeing to mutually acceptable language to be included in the Stipulation, and are hopeful that the Motion will be resolved in advance of the Hearing.

Dated: May 14, 2025           **DINSMORE & SHOHL, LLP**

By _____
CHRISTOPHER B. GHIO, ESQ.
Attorneys for Plaintiff,
Richard A. Marshack, Trustee of LPG Liquidation Trust

Dated: May 14, 2025           **PACHULSKI STANG ZIEHL & JONES LLP**

By   /s/ Ira D. Kharasch
Ira D. Kharasch
Victoria A. Newmark
Hayley R. Winograd
Attorneys for Consumer Legal Group P.C. and LGS HoldCo, LLC

Dated: May 14, 2025           **THE BANKRUPTCY LAW FIRM, PC**

By _____
Kathleen P. March
Attorneys for Greyson Law Center, PC, Han Trinh, and Phuong Jayde Trinh

4902-8383-7251.2 15344.001           2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

700 Louisiana St, Suite 4500, Houston, TX 77002

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT IN CONNECTION WITH MOTION FOR ORDER APPROVING THE STIPULATION BETWEEN TRUSTEE OF THE LPG LIQUIDATION TRUST AND TONY DIAB** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 14, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/14/25 | Hope R. Daniels | /s/ Hope R. Daniels |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Keith Barnett**  keith.barnett@troutman.com, kelley.wade@troutman.com
- **Bradford Barnhardt**  bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**  eric@eblawfirm.us, G63723@notify.cincompass.com
- **Christopher Celentino**  christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen**  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com
- **Michael T Delaney**  mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jamie P Dreher**  jdreher@downeybrand.com, amasson@downeybrand.com;courtfilings@downeybrand.com
- **Alan W Forsley**  alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Jeremy Freedman**  jeremy.freedman@nelsonmullins.com, bonnie.connolly@dinsmore.com
- **Christopher Ghio**  christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow**  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Veneeta Jaswal**  veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **Sweeney Kelly**  kelly@ksgklaw.com
- **Ira David Kharasch**  ikharasch@pszjlaw.com
- **Meredith King**  mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David S Kupetz**  david.kupetz@troutman.com, mylene.ruiz@troutman.com
- **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Yosina M Lissebeck**  Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com
- **Daniel S March**  marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
- **Victoria Newmark**  vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Lisa Patel**  lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Daniel H Reiss**  dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Jonathan Serrano**  Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**  wwall@wall-law.com
- **Johnny White**  JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**