Christopher Celentino (State Bar No. 131688)
Christopher B. Ghio (State Bar No. 259094)
Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Ste 800
San Diego, California 92101
Tele: (619) 400-0500
Fax:  (619) 400-0501
Christopher.Celentino@dinsmore.com
Christopher.Ghio@dinsmore.com
Yosina.Lissebeck@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br>Debtor.<br>_____<br>RICHARD A. MARSHACK,<br>Chapter 11 Trustee<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; ENG TAING, an individual; HENG TAING, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; REVOLV3, INC.; MERIT | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No.: 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**JOINT STATUS REPORT BETWEEN RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST, CONSUMER LEGAL GROUP, P.C., LGS HOLDCO, LLC, GREYSON LAW CENTER PC, HAN TRINH AND PHUONG JAYDE TRINH**<br><br>Judge: Hon. Scott C. Clarkson |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; and DOES 1 through 100, inclusive,<br>　　　　　　　　Defendants. |

Pursuant the *Order on Stipulation between Richard A. Marshack, Trustee of the LPG Liquidation Trust and Defendants Consumer Legal Group, P.C., LGS Holdco, LLC, Greyson Law Center PC, Han Trinh, and Phuong Jayde Trinh* [Dkt. No. 768] (the "Order"), Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Trustee") and Defendants Consumer Legal Group, P.C. ("CLG"), LGS Holdco, LLC ("LGS"), Greyson Law Center PC ("Greyson"), Han Trinh ("Han"), and Phuong Jayde Trinh ("Jayde") (collectively as the "Parties") hereby submit this Joint Status Report.

The hearing on the *Motion for Order Approving Stipulation Between Trustee of the LPG Liquidation Trust and Tony Diab* [Dkt. No. 761] (the "Motion") is set for hearing on May 21, 2025, at 11:00 a.m. (the "Hearing").

Defendants CLG and LGS filed an opposition to the Motion on April 23, 2025 [Dkt. No. 764] and Defendants Greyson, Han, and Jayde filed an opposition to the Motion on April 24, 2025 [Dkt. 765].

On April 30, 2025, the Trustee filed his reply in support of the Motion [Dkt. No. 766].

On May 6, 2025, the Court entered the *Order on Stipulation between Richard A. Marshack, Trustee of the LPG Liquidation Trust and Defendants Consumer Legal Group, P.C., LGS Holdco, LLC, Greyson Law Center PC, Han Trinh, and Phuong Jayde Trinh* [Dkt. 768] continuing the Motion to May 21, 2025, at 11:00 a.m. and ordering the Parties to file a Joint Status Report or an agreed upon form of Order on the Stipulation seven (7) days prior to the continued hearing.

On May 14, 2025, the Parties filed a Joint Status Report [Dkt. No. 771] indicating that they were attempting to resolve the Motion in advance of the Hearing.

/ / /

The Parties have since resolved all objections and have agreed upon a form of Order attached hereto as **Exhibit A**.

Dated: May 20, 2025

Respectfully submitted,

DINSMORE & SHOHL LLP

By: _____
Christopher Celentino
Christopher B. Ghio
Yosina M. Lissebeck
Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

Dated:

PACHULSKI STANG ZIEHL & JONES LLP

By: _____
Ira D. Kharasch
Victoria A. Newmark
Hayley R. Winograd
Attorneys for Consumer Legal Group P.C.
and LGS HoldCo, LLC

Dated: 5-20-25

THE BANKRUPTCY LAW FIRM, PC

By: _____
Kathleen P. March
Attorneys for Greyson Law Center, PC,
Han Trinh, and Phuong Jayde Trinh

Dated:

By: _____
Tony Diab

The Parties have since resolved all objections and have agreed upon a form of Order attached hereto as **Exhibit A**.

Respectfully submitted,

Dated:                                      DINSMORE & SHOHL LLP

By: _____
Christopher Celentino
Christopher B. Ghio
Yosina M. Lissebeck
Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

Dated: May 20, 2025                  PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Ira D. Kharasch
Ira D. Kharasch
Victoria A. Newmark
Hayley R. Winograd
Attorneys for Consumer Legal Group P.C.
and LGS HoldCo, LLC

Dated:                                      THE BANKRUPTCY LAW FIRM, PC

By: _____
Kathleen P. March
Attorneys for Greyson Law Center, PC,
Han Trinh, and Phuong Jayde Trinh

Dated: 5/20/2025                    By: /s/ Tony Diab
Tony Diab

Exhibit A

CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
DINSMORE & SHOHL LLP
655 W Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0468
Fax:  (619) 400-0501

Attorneys to Plaintiff, Richard A. Marshack, Trustee of the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, PC, | Adv. Proc. No.: 8:23-ap-01046-SC |
| Debtor, | Chapter 11 |
| | **ORDER ON RICHARD A. MARSHACK'S MOTION FOR ORDER APPROVING STIPULATION BETWEEN TRUSTEE OF THE LPG LIQUIDATION TRUST AND TONY DIAB** |
| | Date:   May 7, 2025<br>Time:   11:00 a.m.<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>           411 W. Fourth Street<br>           Santa Ana, California 92701 |
| RICHARD A. MARSHACK, Chapter 11 Trustee, | |
| Plaintiff, | |
| v. | |
| TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; ENG TAING, an individual; HENG TAING, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; MAVERICK MANAGEMENT GROUP, LLC; | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; REVOLV3, INC.; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; and DOES 1 through 100, inclusive,<br><br>                                  Defendants. |

Pursuant to the *Motion for Order Approving Stipulation Between Trustee of the LPG Liquidation Trust and Tony Diab*, filed on April 16, 2025, as Docket No. 761 (the "Motion"), and good cause appearing:

1.  The Parties consent to the entry of a final order and judgment by the Bankruptcy Court.

2.  The Court shall enter a non-dischargeable judgment against Diab and Coast Processing, jointly and severally, and in favor of the Trustee/Plaintiff in the minimum amount of $100,000,000.00 ("Non-dischargeable Judgment"), which is subject to increase upon further proof, such further proof to be provided in the form of a default judgment prove up pursuant to the Federal Rules of Bankruptcy Procedure and/or Local Rules, upon regular notice as provided therein.

3.  Diab acknowledges and agrees that the Non-dischargeable Judgment is based upon his own fraud, breach of fiduciary duty, and willful and malicious injury to the Debtor including, but not limited to, Diab not requiring the Debtor to maintain client payments in trust, violating numerous federal and state consumer protection laws, and operating the Debtor as a Ponzi scheme. .

4.  Diab shall cooperate in every extent possible, with the Trustee's efforts to obtain documents and information relating to the Recitals and any other matters which are subject to the Bankruptcy Case and other related adversaries, which Diab is able to obtain.

5.  Diab shall appear as a witness at any and all hearings, trials, or other matters at which the Trustee requests Diab to appear, with notice given of not less than 15-days, and at his own expense.

/ / /

2

6. The parties hereto have been represented by counsel or have had the opportunity to be represented by counsel and have knowingly waived such opportunity.

7. Diab shall remain bound by the Court's preliminary injunction [in Dkt. 70].

IT IS SO ORDERED.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT BETWEEN RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST, CONSUMER LEGAL GROUP, P.C., LGS HOLDCO, LLC, GREYSON LAW CENTER PC, HAN TRINH AND PHUONG JAYDE TRINH** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 20, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Keith Barnett<br>on behalf of Defendant Payliance, LLC | keith.barnett@troutman.com<br>kelley.wade@troutman.com |

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 20, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY**
Honorable Scott C. Clarkson
United States Bankruptcy Court. Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 20, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 20, 2025   Angelica Urena | /s/ *Angelica Urena* |
|---|---|
| Date            Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Page 4    F 9013-3.1.PROOF.SERVICE

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Bradford Barnhardt<br>on behalf of Plaintiff Richard A. Marshack | bbarnhardt@marshackhays.com<br>bbarnhardt@ecf.courtdrive.com<br>alinares@ecf.courtdrive.com |
| Bradford Barnhardt<br>on behalf of Trustee Richard A. Marshack (TR) | bbarnhardt@marshackhays.com<br>bbarnhardt@ecf.courtdrive.com<br>alinares@ecf.courtdrive.com |
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Leslie A Cohen<br>on behalf of Defendant Rosa Bianca Loli | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Michael T Delaney<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | mdelaney@bakerlaw.com<br>tbreeden@bakerlaw.com |
| Jamie P Dreher<br>on behalf of Defendant EPPS | jdreher@downeybrand.com<br>amasson@downeybrand.com<br>courtfilings@downeybrand.com |
| Alan W Forsley<br>on behalf of Interested Party Courtesy NEF | alan.forsley@flpllp.com<br>awf@fkllawfirm.com<br>awf@fl-lawyers.net<br>addy@flpllp.com<br>andrea@flpllp.com |
| Jeremy Freedman<br>on behalf of Plaintiff Richard A. Marshack | jeremy.freedman@dinsmore.com<br>bonnie.connolly@dinsmore.com |
| Jeremy Freedman<br>on behalf of Trustee Richard A. Marshack (TR) | jeremy.freedman@dinsmore.com<br>bonnie.connolly@dinsmore.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>angelica.urena@dinsmore.com |
| Christopher Ghio<br>on behalf of Trustee Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>angelica.urena@dinsmore.com |
| Eric D Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Veneeta Jaswal<br>on behalf of Plaintiff Richard A. Marshack | veneeta.jaswal@dinsmore.com<br>bonnie.connolly@dinsmore.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Sweeney Kelly<br>on behalf of Defendant Fidelity National Information Services, Inc. | kelly@ksgklaw.com |
| Sweeney Kelly<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | kelly@ksgklaw.com |
| Sweeney Kelly<br>on behalf of Defendant Worldpay Group | kelly@ksgklaw.com |
| Sweeney Kelly<br>on behalf of Defendant Worldpay, LLC | kelly@ksgklaw.com |
| Ira David Kharasch<br>on behalf of Defendant Consumer Legal Group, PC | ikharasch@pszjlaw.com |
| Ira David Kharasch<br>on behalf of Defendant LGS Holdco, LLC | ikharasch@pszjlaw.com |
| Meredith King<br>on behalf of Defendant Gallant Law Group | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC | David.Kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| Matthew A. Lesnick<br>on behalf of Defendant Optimumbank Holdings, Inc. d/b/a Optimum Bank | matt@lesnickprince.com<br>matt@ecf.inforuptcy.com<br>jmack@lesnickprince.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Daniel S March<br>on behalf of Defendant Daniel S. March | marchlawoffice@gmail.com<br>marchdr94019@notify.bestcase.com |
| Kathleen P. March<br>on behalf of Defendant Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Han Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Kathleen P. March<br>on behalf of Defendant Jayde Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbglobal.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Victoria Newmark<br>on behalf of Defendant Consumer Legal Group, PC | vnewmark@pszjlaw.com |
| Victoria Newmark<br>on behalf of Defendant LGS Holdco, LLC | vnewmark@pszjlaw.com |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Page 6    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| Lisa Patel<br>on behalf of Defendant OptimumBank Holdings, Inc. | lpatel@lesnickprince.com<br>jmack@lesnickprince.com<br>jnavarro@lesnickprince.com |
| Daniel H Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | Jonathan@MarguliesFaithLaw.com<br>vicky@marguliesfaithlaw.com<br>angela@marguliesfaithlaw.com<br>amber@marguliesfaithlaw.com |
| Zev Shechtman<br>on behalf of Interested Party Morning Law Group, P.C. | Zev.Shechtman@saul.com<br>zshechtman@ecf.inforuptcy.com<br>hannah.richmond@saul.com |
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| William J Wall<br>on behalf of Witness Bradford Lee | wwall@wall-law.com |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    Page 7    **F 9013-3.1.PROOF.SERVICE**