CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
DINSMORE & SHOHL LLP
655 W Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0468
Fax:  (619) 400-0501

Attorneys to Plaintiff, Richard A. Marshack, Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**MAY 29 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fisher     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.:  8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, PC, | Adv. Proc. No.: 8:23-ap-01046-SC |
| Debtor, | Chapter 11 |
| | **ORDER ON RICHARD A. MARSHACK'S MOTION FOR ORDER APPROVING STIPULATION BETWEEN TRUSTEE OF THE LPG LIQUIDATION TRUST AND TONY DIAB** |
| | Date:  May 21, 2025<br>Time:  11:00 a.m.<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>           411 W. Fourth Street<br>           Santa Ana, California 92701 |
| RICHARD A. MARSHACK,<br>Chapter 11 Trustee,<br><br>               Plaintiff,<br><br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; ENG TAING, an individual; HENG TAING, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; MAVERICK MANAGEMENT GROUP, LLC; | |

| |
|---|
| LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; REVOLV3, INC.; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. |

Pursuant to the *Motion for Order Approving Stipulation Between Trustee of the LPG Liquidation Trust and Tony Diab,* filed on April 16, 2025, as Docket No. 761 (the "Motion"); the hearing held on the Motion on May 21, 2025, at 11:00 a.m.; and good cause appearing:

1. The Parties consent to the entry of a final order and judgment by the Bankruptcy Court.

2. The Court shall enter a non-dischargeable judgment against Diab and Coast Processing, jointly and severally, and in favor of the Trustee/Plaintiff in the minimum amount of $100,000,000.00 ("Non-dischargeable Judgment"), which is subject to increase upon further proof, such further proof to be provided in the form of a default judgment prove up pursuant to the Federal Rules of Bankruptcy Procedure and/or Local Rules, upon regular notice as provided therein.

3. Diab acknowledges and agrees that the Non-dischargeable Judgment is based upon his own fraud, breach of fiduciary duty, and willful and malicious injury to the Debtor including, but not limited to, Diab not requiring the Debtor to maintain client payments in trust, violating numerous federal and state consumer protection laws, and operating the Debtor as a Ponzi scheme. .

4. Diab shall cooperate in every extent possible, with the Trustee's efforts to obtain documents and information relating to the Recitals and any other matters which are subject to the Bankruptcy Case and other related adversaries, which Diab is able to obtain.

5. Diab shall appear as a witness at any and all hearings, trials, or other matters at which the Trustee requests Diab to appear, with notice given of not less than 15-days, and at his own expense.

///

2

6. The parties hereto have been represented by counsel or have had the opportunity to be represented by counsel and have knowingly waived such opportunity.

7. Diab shall remain bound by the Court's preliminary injunction [in Dkt. 70].

IT IS SO ORDERED.

###

Date: May 29, 2025

Scott C. Clarkson
United States Bankruptcy Judge

3