
Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
Christopher.celentino@dinsmore.com
Yosina.lissebeck@dinsmore.com

M. Trent Spurlock (Ky. Bar No. 88569 — Admitted *pro hac vice*)
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Telephone: 502-540-2300
Facsimile: 502-425-1099
trent.spurlock@dinsmore.com

Attorneys for Richard A. Marshack, Chapter 11 Trustee

**FILED & ENTERED**

**OCT 29 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>Richard A. Marshack, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.<br><br>Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**[ORDER APPROVING STIPULATION OF DISMISSAL AS TO CONSUMER LEGAL GROUP, P.C. AND LGS HOLDCO, LLC**<br><br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>      411 W. Fourth Street<br>      Santa Ana, California 92701 |

1

The Court, having read and considered the *Stipulation of Dismissal as to Consumer Legal Group, P.C. and LGS Holdco, LLC* (the "Stipulation"), [Docket No. 794] entered into by and between Plaintiff Richard A. Marshack in his capacity as Liquidating Trustee of the LPG Liquidation Trust (the "Trustee") and Defendants Consumer Legal Group, P.C. ("CLG") and LGS Holdco, LLC ("LGS"), and good cause appearing therefor,

**HEREBY ORDERS:**

1. The Stipulation is APPROVED.
2. CLG and LGS, and all claims asserted against CLG and LGS, are DISMISSED from the above-captioned adversary proceeding.
3. Each party shall bear its own costs and attorneys' fees.
4. The Court shall retain jurisdiction over CLG, LGS, and the Trustee to enforce the terms of the agreement the parties reached to resolve the Trustee's claims against CLG and LGS (the "Agreement"), including without limitation, the terms addressing the relief a party may be due in the event of a default under the Agreement, as well as to adjudicate any disputes between the parties arising out of the Agreement.

###

Date: October 29, 2025

Scott C. Clarkson
United States Bankruptcy Judge