FILED & ENTERED

NOV 07 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor(s).<br><br>Richard A. Marshack, Chapter 11 Trustee,<br><br>Plaintiff(s),<br>v.<br><br>Tony Diab, *et al.*,<br><br>Defendant(s). | CHAPTER 11<br><br>Case No.:  8:23-bk-10571-SC<br>Adv No:   8:23-ap-01046-SC<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br><u>Vacated Hearing:</u><br>Date:        November 13, 2025<br>Time:        1:30 p.m.<br>Courtroom:  5C<br><br><u>Continued Hearing:</u><br>Date:        December 12, 2025<br>Time:        10:00 a.m.<br>Courtroom:  5C |

The Court finds good cause to continue the status conference set for November 13, 2025, to December 12, 2025, at 10:00 a.m. No status report is required for the continued hearing unless there are material changes the parties wish to bring to the Court's attention.

-1-

This hearing has been continued in accordance with the *Shutdown Plan*, which was adopted by the Court pursuant to Volume 13, Chapter 2, Section 230.50 of the Guide to Judiciary Policy and the Office of General Counsel's memorandum dated October 13, 2023, to address a lapse in appropriations for the Judiciary. This hearing may be continued further, from time to time, in accordance with the *Shutdown Plan*. Pursuant to the Anti-Deficiency Act, certain work may continue during a lapse of appropriations if it involves an "emergenc[y] involving the safety of human life or the protection of property." If you believe that this matter constitutes such an emergency, you may file a written application to be heard by the Court sooner than the specified continuation date.

**IT IS SO ORDERED.**

Date: November 7, 2025

Scott C. Clarkson
United States Bankruptcy Judge