

FILED & ENTERED

DEC 17 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor(s).<br><br>Richard A. Marshack, Chapter 11 Trustee,<br><br>Plaintiff(s),<br><br>v.<br><br>Tony Diab, *et al*.,<br><br>Defendant(s). | CHAPTER 11<br><br>Case No.:  8:23-bk-10571-SC<br>Adv. No.:  8:23-ap-01046-SC<br><br>**ORDER (1) SETTING DATES/DEADLINES AND (2) VACATING STATUS CONFERENCE**<br><br><u>Vacated Hearing:</u><br>Date:       December 18, 2025<br>Time:       1:30 PM<br>Courtroom: 5C |

The status conference set for December 18, 2025 is VACATED. The Court will set the following dates and deadlines:

1. Discovery cutoff: April 30, 2026. Note: this is the date by which all discovery motions must be heard and resolved.
2. Motion cutoff: June 18, 2026. Note: this is the date by which all non-discovery motions must be heard and resolved.
3. Pretrial conference: August 20, 2026, at 10:00 a.m.

The parties may stipulate to any adjustments to the foregoing dates and deadlines. The parties are specifically advised to cooperate and follow all local and federal rules. The failure to do so may result in the imposition of monetary and non-monetary sanctions, including the striking of the answer and dismissal of the complaint.

**IT IS SO ORDERED.**

Date: December 17, 2025

Scott C. Clarkson
United States Bankruptcy Judge