YOSINA M. LISSEBECK (SBN 201654)
yosina.lissebeck@dinsmore.com
CHRISTOPHER B. GHIO (SBN 259094)
christopher.ghio@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Attorneys for Plaintiff Richard A. Marshack, Trustee
for the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor.<br><hr>Richard A. Marshack, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARICH BEIN, LLC, a New York Limited Liability Corporation; BANKUNITED, N.A., a Florida based National Banking Association; GOFI LLC, a California Limited Liability Company; VULCAN CONSULTING GROUP, LLC, a California Limited Liability Company; LISA COHEN, individually and, DOES 1 through 10, inclusive,<br><br>Defendants. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br>Adv. No. 8:24-ap-01040-SC<br><br>(Related Adv. No. 8:23-ap-01046-SC)<br><br>**STIPULATION OF CONDITIONAL DISMISSAL**<br><br>Judge: Honorable Scott C. Clarkson<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, California 92701 |

The parties to this stipulation are Plaintiff Richard A. Marshack in his capacity as the Richard A. Marshack, former Chapter 11 Trustee for the Bankruptcy Estate of The Litigation Practice Group PC and current liquidating trustee of the LPG ("LPG" or "Debtor") Liquidation *Trust* ("Trustee"), and Defendants Marich Bein, LLC ("Marich Bein"), Hershey "Heshy" Deutsch ("Detsch"), Nachman Weisz ("Weisz"), and Israel Reches ("Reches").

1

**RECITALS**

A.      Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, on March 20, 2023 ("Petition Date"). Trustee was appointed on or about May 8, 2023, following the entry of an Order Directing United States Trustee to Appoint Chapter 11 Trustee (Bankr. Dkt. No. 58) on May 4, 2023.

B.      Effective September 24, 2024, Trustee became the Liquidating Trustee of the Debtor's Liquidation Trust pursuant to the Order Confirming Modified First Amended Joint Chapter 11 Plan of Liquidation (the "Confirmation Order") entered on September 9, 2024, and the Notice of Occurrence of Effective Date of Modified First Amended Joint Chapter 11 Plan of Liquidation filed on September 24, 2024 (the "Effective Date"). (Bankr. Dkt. Nos. 1646 and 1762.)

C.      On March 26, 2024, Plaintiff filed a complaint (the "Marich Bein Complaint") naming, among other defendants, Marich Bein, initiating adversary proceeding number 8:24-ap-01040 (the "Marich Bein Adversary Proceeding"). Thereafter, Plaintiff filed several amended complaints in the Marich Bein Adversary Proceeding in which it added Defendants Deutsch, Weisz, and Reches. Plaintiff's Fourth Amended Complaint contains its operative claims against Marich Bein, Deutsch, Weisz, and Reches in the Marich Bein Adversary Proceeding.

D.      The Parties have made and entered into a Settlement Agreement ("Agreement") pursuant to which Marich Bein, Deutsch, Weisz, and Reches have made certain assurances regarding payments to be made to the Trustee in accordance with the Agreement.

**STIPULATION**

**NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS (SUBJECT TO COURT APPROVAL):**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable here by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Richard A. Marshack in his capacity as Liquidating Trustee of the LPG Liquidation Trust, and Defendants [Marich Bein, Hershey "Heshy" Deutsch, Nachman Weisz, and Israel Reches] hereby stipulate to the conditional dismissal of this adversary proceeding without prejudice, with each party to bear its own attorneys' fees and costs. In the event there is a default under this agreement, the parties

agree that the Court will retain jurisdiction over the Release Parties so that the Stipulated Judgment can be filed in the adversary proceeding and that the Court can enter that Stipulated Judgment.

**IT IS SO STIPULATED.**

Dated: May 1, 2026

DINSMORE & SHOHL LLP

By: /s/ Christopher B. Ghio
    Yosina Lissebeck
    Christopher B. Ghio
Attorneys for Plaintiff Richard A. Marshack,
Trustee for the LPG Liquidation Trust

Dated: May 4, 2026

TROUTMAN PEPPER LOCKE LLP

By:_____
    David S. Kupetz
Attorneys for Defendant MARICH BEIN, LLC

Dated: May 4, 2026

LAW OFFICE OF JACOB Z. WEINSTEIN, PLC

By:_____
    Jacob Z. Weinstein (admitted pro hac vice)
Attorneys for Defendants Hershey "Heshy"
Deutsch, Nachman Weisz, and Israel Reches

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **655 West Broadway, Suite 800, San Diego, CA 92101**

A true and correct copy of the foregoing document entitled (*specify*):   **STIPULATION OF CONDTIONAL DISMISSAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 11, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) June 11, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> The Honorable Scott C. Clarkson,
> United States Bankruptcy Court
> Ronald Reagan Federal Building & Courthouse
> 411 West Fourth Street, Suite 5130 / Courtroom 5C
> Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 June 11, 2026_____        Bonnie Connolly_____        /s/ Bonnie Connolly_____
*Date     Printed Name*                                               *Signature*

4

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Jesse S Finlayson on behalf of Defendant BCB Bancorp, Inc
jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Jeremy Freedman on behalf of Plaintiff Richard A. Marshack
jeremy.freedman@nelsonmullins.com, bonnie.connolly@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Mary H Haas on behalf of Defendant Hershey Deustch
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Brandon J. Iskander on behalf of Interested Party Courtesy NEF
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Veneeta Jaswal on behalf of Plaintiff Richard A. Marshack
veneeta.jaswal@dinsmore.com, kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

David S Kupetz on behalf of Defendant Marich Bein LLC
david.kupetz@troutman.com, mylene.ruiz@troutman.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;linda.dominguez@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Bina Palnitkar on behalf of Defendant BankUnited, N.A.
palnitkarb@gtlaw.com

Richik Sarkar on behalf of Plaintiff Richard A. Marshack
richik.sarkar@dinsmore.com, Noreen.Leciejewski@dinsmore.com

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

5