MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
LISA R. PATEL (SBN 341574)
lpatel@lesnickprince.com
LESNICK PRINCE PAPPAS & ALVERSON LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Counsel for Defendant OptimumBank Holdings, Inc. dba Optimum Bank

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8:23-ap-01046-SC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OPTIMUMBANK HOLDINGS, INC.** |
| RICHARD A. MARSHACK, Liquidating Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; | |

EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.; and DOES 1 through 100, inclusive,

Defendants.

This Stipulation for Dismissal With Prejudice (the “Stipulation”) is entered into by and between Richard A. Marshack, in his capacity as Liquidating Trustee of the LPG Liquidation Trust (the “Trustee”) pursuant to the confirmed chapter 11 plan of The Litigation Practice Group, P.C. (the “Debtor”) and Defendant OptimumBank Holdings, Inc. (“Optimum” and together with the Trustee, the “Parties”).

**RECITALS**

A. The Trustee is the plaintiff in the above-captioned adversary proceeding (the “Adversary Proceeding”), pending in the United States Bankruptcy Court for the Central District of California, in which the Trustee asserts claims against multiple defendants, including Optimum.

B. The Parties entered into a Settlement Agreement dated August 14, 2024, as amended by an Amendment to Settlement Agreement effective September 2025 (together, the “Settlement Agreement”).

C. On September 9, 2024, the Court entered its Order Confirming Modified First Amended Joint Chapter 11 Plan of Liquidation (Dated June 14, 2024) [Bankr. Dkt. No. 1646] (the “Confirmation Order”), confirming the Debtor’s chapter 11 plan of liquidation (the “Plan”) in the Debtor’s bankruptcy case.

D. Pursuant to the Confirmation Order, the Trustee may settle, compromise, or withdraw any objections or proceedings without Court approval.

Accordingly, no separate order of the Bankruptcy Court approving the Settlement Agreement or this dismissal is necessary.

E. Optimum has performed its obligations under the Settlement Agreement, including the release and payment of funds to the Trustee.

F. Paragraph 5 of the Settlement Agreement provides that the Trustee shall file a stipulation of dismissal, in this Adversary Proceeding only, of Optimum pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a)(1)(A)(ii), made applicable herein by Federal Rule of Bankruptcy Procedure ("FRBP") 7041, dismissing with prejudice all known claims against Optimum as of the time the Adversary Proceeding was filed.

Accordingly, the Parties stipulate as follows:

**STIPULATION**

1. Pursuant to FRCP 41(a)(1)(A)(ii), made applicable by FRBP 7041, all known claims asserted against Optimum in the Adversary Proceeding are hereby dismissed with prejudice.

2. Consistent with the Settlement Agreement, each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with the Adversary Proceeding and the Settlement Agreement.

3. Consistent with the Settlement Agreement, the Court shall retain jurisdiction to enforce and construe the terms and provisions of the Settlement Agreement.

*[signatures on following page]*

DATED: September 2, 2026

LESNICK PRINCE PAPPAS & ALVERSON LLP

By: /s/Matthew A. Lesnick
Matthew A. Lesnick
Counsel for Defendant OptimumBank Holdings, Inc. dba Optimum Bank

DATED: September 2, 2026

DINSMORE & SHOHL LLP

By: [signature]
Christopher B. Ghio
Counsel for Plaintiff Richard A. Marshack as Liquidating Trustee of the LPG Liquidation Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Lesnick Prince Pappas & Alverson LLP, 315 W. 9th Street, Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OPTIMUMBANK HOLDINGS, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/02/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Barnett** keith.barnett@troutman.com, kelley.wade@troutman.com
- **Bradford Barnhardt** bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com
- **Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
- **Christopher Celentino** christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
- **Michael T Delaney** mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jamie P Dreher** jdreher@downeybrand.com, cdeulloa@DowneyBrand.com;courtfilings@downeybrand.com
- **Lexi J. Epley** lexi.epley@dinsmore.com, bonnie.connolly@dinsmore.com
- **Alan W Forsley** alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,ethan@flpllp.com
- **Jeremy Freedman** jeremy.freedman@nelsonmullins.com, bonnie.connolly@dinsmore.com
- **Christopher Ghio** christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H Golubow** rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Brandon J. Iskander** biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **Veneeta Jaswal** , jeanette.garcia@dinsmore.com
- **Veneeta Jaswal** Veneeta.Jaswal@jacksonlewis.com, jeanette.garcia@dinsmore.com
- **Sweeney Kelly** kelly@ksgklaw.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Meredith King** mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com
- **David S Kupetz** david.kupetz@troutman.com, mylene.ruiz@troutman.com
- **Matthew A Lesnick** matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- **Yosina M Lissebeck** yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com
- **Daniel S March** marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March** kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)** pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Victoria Newmark** vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
- **Lisa Patel** lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Daniel H Reiss** dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Jonathan Serrano** Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com

- **Zev Shechtman** Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **Howard Steinberg** steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still** astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **William J Wall** wwall@wall-law.com
- **Johnny White** JWhite@wrslawyers.com, jlee@wrslawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _______, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/02/2026 | Penelope Orpe | /s/Penelope Orpe |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |