| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LORI J. ENSLEY<br>ROBERT F. BICHER<br>ROBERT F. BICHER & ASSOCIATES<br>1220 Monte Vista Dr.<br>Redlands, CA 92373<br>Mailing Address:<br>P.O. Box 7010, Redlands, CA 92375<br><br>Telephone: (909) 793-8068<br>Email: rfbicher@earthlink.net<br><br>Field Agent and Forensic Analyst for Chapter 7 Trustee,<br>RICHARD A. MARSHACK ☒<br>☒ *Individual appearing without attorney*<br>*Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC ☒<br>CHAPTER: 11 |
| | **APPLICATION FOR PAYMENT OF:**<br><br>☐ **INTERIM FEES AND/OR EXPENSES**<br>**(11 U.S.C. § 331)**<br><br>☒ **FINAL FEES AND/OR EXPENSES**<br>**(11 U.S.C. § 330)** **SUPPLEMENT** |
| | DATE: January 14, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 5C ☒<br>PLACE: United States Bankruptcy Court ☒<br>411 West Fourth Street ☒<br>Santa Ana, California 92614 ☒ |

1. Name of Applicant (*specify*): Robert F. Bicher & Associates ☒

2. Type of services rendered:
   a. ☐ Attorney for (*specify*): _____
   b. ☐ Accountant for (*specify*): _____
   c. ☒ Other professional (*specify*): Field Agent and Forensic Analyst for Chapter 11 Trustee ☒

3. Date of filing of petition under chapter 11 ☒ of the Bankruptcy Code: 03/20/2023

4. Date of entry of Order Approving Applicant's Employment: 06/07/2023

5. Date of filing of last Fee and/or Expense Application: 08/29/24

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6. Total fees allowed or paid to Applicant to date (including retainers and prior
approved fee applications): $ _____

**this is a supplement
please see Dk. No.
1889 for detail**

   a.  Retainer received: $ _____

   b.  Retainer remaining as of the date of this Application: $ _____

   c.  Total amount requested in all prior applications: $ _____

   d.  Total amount actually paid pursuant to prior approved applications: $ _____

   e.  Total amount currently due but unpaid pursuant to prior approved applications: $ _____

   f.  Total amount allowed but reserved pending final fee application: $ _____

7. **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Robert F. Bicher - Fee Applications ⊞ | $ 300.00 | X | 7.90 ⊞ | = | $ 2,370.00 |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

   g.  ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as
follows:                                                                            ☐ See attached page

9. Bonus requested (final fee applications only): $ _____
(*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ _____

11. Total expenses paid to Applicant to date (including retainers and prior
approved expense applications): $ _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                          **F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| | Type of Expense | Reimbursement Requested this Application |
|---|---|---|
| a. | please see Dk. No. 1889 | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| e. | | $ |
| f. | | $ |
| g. | ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION: $**

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

Declaration of Robert F. Bicher (attached) and Declaration of Richard A. Marshack (filed separately)

15. Total number of attached pages of supporting documentation: __**10**__

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/19/2024 | Robert F. Bicher | _Kuent F. Bu_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 3                    F 2016-1.2.APP.PAYMENT.FEES

## <u>DECLARATION OF ROBERT F. BICHER</u>

I, Robert F. Bicher, declare:

A.      The matters stated herein are within my personal knowledge and, if called upon as a witness, I could and would competently testify as to the truth of the matters set forth herein, except those matters set forth on information and belief, as to which I am informed and believe they are true.

B.      I am a Principal with Robert F. Bicher & Associates ( the "Firm"), and current Field Agent and Forensic Analyst for the Chapter 7 Trustee, Richard A. Marshack.  At the Trustee's request, I file this supplement ("Supplement"), to my final fee application ("Final Fee Application") filed on November 7, 2024 as Dk. No. 1889. The Supplement is filed to include $2,730.00 in additional fees for preparing the Final Fee Application that occurred subsequent to September 23, 2024.

C.      <u>Statement of Facts</u>.

On December 19, 2024 I was contacted by Pam Kraus, Trustee's Administrator in this case, regarding a supplemental filing to our Final Fee Application to include time expended after September 23, 2024 in preparing the Firm's final fee application.  The Firm was previously directed to include time only through September 23, 2024 for the Final Fee Application.

D.      <u>Summary Statement of Services Rendered</u>.

I attach hereafter as Exhibit 1 (see below) a detailed description of all the time spent preparing the final fee application for this case, subsequent to September 23, 2024.  The services which the Firm rendered, and the billed hours for which the Firm requests compensation in this supplement, are categorized as follows:

(1)      <u>Fee Applications</u>

Robert F. Bicher:          7.9 hrs.

E.    Detailed Listing of All Time Spent by Professional on Matters for Which

Compensation is Sought:

See Exhibit "1", attached hereto, for a detailed description of the time spent on this

matter.

F.    Hourly Rates:

Fee Applications:

Robert F. Bicher, $300.00 per hour.

Total Fee Application Hours: 7.9 hrs. for $2,370.00

Average Hourly Rate:  $300.00.

G.    Request for Final Fee Application Period

| Revised Final Request | Paid | Balance Due |
|---|---|---|
| Fees:  $18,142.00 | $729.60 | $ 17,412.40 |
| Costs: $ 15.00 | $15.00 | $0 |

N.    The Applicant has reviewed LBR 2016-1 and Has Complied with it.

I have read Local Bankruptcy Rule 2016-1 and complied with it.

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct to the best of my knowledge.  Executed this *19th* day of December

2024, at Redlands, California.

Robert F. Bicher

EXHIBIT 1

AB CAPITAL FEE DETAIL

| DATE | TASK | DESCRIPTION | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|
| 09/24/24 | Fee App RB | T/c from E Hays and R Marshack re reduction of fees | 300.00 | 0.10 | $ 30.00 |
| 10/02/24 | Fee App RB | Email to P Kraus re copy of entered order on 1st Interim Fee Application | 300.00 | 0.10 | $ 30.00 |
| 10/02/24 | Fee App RB | Review P Kraus email and attached email chain re estimate of fees for final fee application | 300.00 | 0.10 | $ 30.00 |
| 10/02/24 | Fee App RB | T/c to P Kraus re estimate for final fee application | 300.00 | 0.10 | $ 30.00 |
| 10/02/24 | Fee App RB | T/c and email to Y Lissebeck re estimate for final fee application | 300.00 | 0.10 | $ 30.00 |
| 10/03/24 | Fee App RB | Review Y Lissebeck and P Kraus emails re final fee application | 300.00 | 0.10 | $ 30.00 |
| 10/03/24 | Fee App RB | Review 8/1/24-9/23/24 fee detail, reconcile paid and unpaid agent and claims fees, estimate fees, and email to Y Lissebeck re estimate | 300.00 | 0.60 | $ 180.00 |
| 10/03/24 | Fee App RB | Review email and attached entered order on interim fee application and reply | 300.00 | 0.10 | $ 30.00 |
| 10/03/24 | Fee App RB | Review and reply to R Marshack email re final fee application | 300.00 | 0.10 | $ 30.00 |
| 10/09/24 | Fee App RB | Review 8/1/24-9/24/24 fee detail and prepare summary schedule of fees and expenses | 300.00 | 0.70 | $ 210.00 |
| 10/10/24 | Fee App RB | Prepare draft Form F-2016 for final fee application | 300.00 | 0.60 | $ 180.00 |
| 10/21/24 | Fee App RB | T/c to P Kraus re final fee application | 300.00 | 0.10 | $ 30.00 |
| 10/22/24 | Fee App RB | T/c from P Kraus re final fee application | 300.00 | 0.10 | $ 30.00 |
| 10/29/24 | Fee App RB | Review Y Lissebeck and N Rapoport emails re final fee application hearing and filing dates | 300.00 | 0.10 | $ 30.00 |
| 10/29/24 | Fee App RB | Emails with P Kraus re final fee application hearing and filing dates | 300.00 | 0.10 | $ 30.00 |
| 10/30/24 | Fee App RB | Review fee detail and draft declaration for final fee application | 300.00 | 2.00 | $ 600.00 |
| 10/30/24 | Fee App RB | Review and revise draft declaration | 300.00 | 0.30 | $ 90.00 |
| 10/30/24 | Fee App RB | Complete Form F-2016 | 300.00 | 0.50 | $ 150.00 |
| 10/31/24 | Fee App RB | Emails with P. Kraus re final fee application | 300.00 | 0.20 | $ 60.00 |
| 10/31/24 | Fee App RB | Email to Y Lissebeck re final fee application amount | 300.00 | 0.10 | $ 30.00 |

EXHIBIT
Page 6

AB CAPITAL FEE DETAIL

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/31/24 | Fee App RB | Email to P. Kraus re executed declaration | 300.00 | 0.10 | $ | 30.00 |
| 10/31/24 | Fee App RB | Email from N Rapoport re fee application files to Legal Decoder and reply | 300.00 | 0.10 | $ | 30.00 |
| 10/31/24 | Fee App RB | Emails with P Kraus re final fee application documents to Legal Decoder | 300.00 | 0.10 | $ | 30.00 |
| 11/01/24 | Fee App RB | Email from Y Lissebeck re breakdown of fees and cost and reply | 300.00 | 0.10 | $ | 30.00 |
| 11/04/24 | Fee App RB | Email and T/c with P Kraus re expenses requested for final fee application | 300.00 | 0.10 | $ | 30.00 |
| 11/04/24 | Fee App RB | Email from P Kraus re attached final fee application for review | 300.00 | 0.20 | $ | 60.00 |
| 11/04/24 | Fee App RB | T/c from P Kraus re revisions for final fee application | 300.00 | 0.10 | $ | 30.00 |
| 11/04/24 | Fee App RB | Revise fee and expense detail, declaration, and Form F-2016 for final fee application and email to P Kraus | 300.00 | 0.80 | $ | 240.00 |
| 11/05/24 | Fee App RB | Review P Kraus emails re process for post confirmation fees and review process | 300.00 | 0.10 | $ | 30.00 |
| | | | | | | |
| | | Total Hours Billed and Total Amount | | 7.90 | $ | 2,370.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*):  **SUPPLEMENT TO SECOND AND FINAL FEE
APPLICATION FOR BICHER & ASSOCIATES** will be served or was served **(a)** on the judge in chambers in the form and
manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
**December 19, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On ‗, I served the following persons and/or entities at the last known addresses
in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the
United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration
that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to
F.R.Civ.P. 5 and/or controlling LBR, on  **December 19, 2024**, I served the following persons and/or entities by personal
delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the
judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2024 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued

- **INTERESTED PARTY COURTESY NEF: Kyra E Andrassy** kandrassy@raineslaw.com,
  bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Bradford
  Barnhardt** bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC: Eric
  Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com
- **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.: Michael Jay
  Berger** michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF: Ethan J Birnberg** birnberg@portersimon.com,
  reich@portersimon.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Peter W
  Bowie** peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC: Ronald K
  Brown** ron@rkbrownlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher
  Celentino** christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Shawn M Christianson** cmcintire@buchalter.com,
  schristianson@buchalter.com
- **INTERESTED PARTY COURTESY NEF: Randall Baldwin Clark** rbc@randallbclark.com
- **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI: Leslie A
  Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, P.C.: Michael W Davis** mdavis@dtolaw.com,
  ygodson@dtolaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Aaron E. De Leest**
  adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Anthony Paul Diehl** anthony@apdlaw.net,
  Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- **INTERESTED PARTY COURTESY NEF: Ashley Dionisio** adionisio@omniagnt.com
- **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY
  ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER : Jenny
  L Doling** jd@jdl.law,
  dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **ATTORNEY FOR CREDITOR CAROLYN BEECH: Daniel A Edelman** dedelman@edcombs.com,
  courtecl@edcombs.com
- **INTERESTED PARTY COURTESY NEF: Howard M Ehrenberg** Howard.Ehrenberg@gmlaw.com,
  hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmla
  w.com
- **CREDITOR: Meredith Fahn** fahn@sbcglobal.net
- **INTERESTED PARTY COURTESY NEF: Jeremy Faith** Jeremy@MarguliesFaithlaw.com,
  Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC: William P
  Fennell** william.fennell@fennelllaw.com,
  luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelll
  aw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley** alan.forsley@flpllp.com,
  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL: Marc C
  Forsythe** mforsythe@goeforlaw.com,
  mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jeremy
  Freedman** jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **ATTORNEY FOR CREDITOR HERRET CREDIT: Eric Gassman** erg@gassmanlawgroup.com,
  gassman.ericb112993@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher
  Ghio** christopher.ghio@dinsmore.com,
  nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD: Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **ATTORNEY FOR DEFENDANT STRIPE, INC: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC: Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC: David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Spencer Keith Gray**    spencer.gray@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY: Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION: Brian L Holman**    b.holman@musickpeeler.com
- **INTERESTED PARTY COURTESY NEF: Richard L. Hyde**    rhyde@awglaw.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION: Peter L Isola**    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC: Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Veneeta Jaswal**    veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sara Johnston**    sara.johnston@dinsmore.com
- **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS: Sweeney Kelly**    kelly@ksgklaw.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.: Joon M Khang**    joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE: Ira David Kharasch**    ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP: Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF: Christopher J Langley**    chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Kelli Ann Lee**    Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC: Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC: Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.: Britteny Leyva**    bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC: Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC: Michael D Lieberman**    mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP: Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **INTERESTED PARTY AND ATTORNEY: Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH: Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **ATTORNEY FOR CREDITOR DAVID ORR: Mark J Markus**    bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **CHAPTER 11 TRUSTEE: Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sarah S. Mattingly**    sarah.mattingly@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: William McCormick**    Bill.McCormick@ag.tn.gov
- **ATTORNEY FOR US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Byron Z Moldo**    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC: Glenn D. Moses**    gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jamie D Mottola**    Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF: Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF: Victoria Newmark**    vnewmark@pszjlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jacob Newsum-Bothamley**    jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR US TRUSTEE: Queenie K Ng**    queenie.k.ng@usdoj.gov
- **CREDITOR: Israel Orozco**    israel@iolawcorp.com
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.: Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Michael R Pinkston**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE: Douglas A Plazak**    dplazak@rhlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Tyler Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING: Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC: Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Kevin Alan Rogers**    krogers@wellsmar.com
- **ATTORNEY FOR CREDITOR MARI AGAPE: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Olivia Scott**    olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC: Maureen J Shanahan**    Mstotaro@aol.com
- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC: Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC: Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **INTERESTED PARTY COURTESY NEF: Jeffrey M Singletary**    jsingletary@swlaw.com, rmckay@swlaw.com
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC: Adam D Stein-Sapir**    info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.: Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): John H. Stephens**    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.: Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Matthew J Stockl    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK: Michael R Totaro**    Ocbkatty@aol.com
- **US TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC: William J Wall**    wwall@wall-law.com
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC: Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Reina Zepeda**    rzepeda@omniagnt.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**